UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.,

        Plaintiff,

v.

SEXY HAIR CONCEPTS, LLC

        Defendant.
----------------------------------------------------------------x

JUDGE LYNCH

Civil Action No.

07 CIV 5804

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff certifies that VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. is a wholly-owned subsidiary of Limited Brands, Inc., a publicly traded company and that plaintiff has no other corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:     New York, New York
              June 19, 2007

                                            COLUCCI & UMANS

                                            By: _____
                                            Frank J. Colucci (FC-8441)
                                            Richard P. Jacobson (RJ-2843)
                                            218 East 50th Street
                                            New York, New York 10022
                                            Telephone: (212) 935-5700
                                            Facsimile: (212) 935-5728
                                            Email: email@colucci-umans.com

                                            Attorneys for Plaintiff