UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTORIA'S SECRET STORES BRAND                CASE NO. 07 CIV 5804
MANAGEMENT, INC.,

                Plaintiff(s),

-v-

SEXY HAIR CONCEPTS, LLC

                Defendant(s),                    <u>AFFIDAVIT OF SERVICE</u>
-----------------------------------------------------------X
STATE OF CALIFORNIA  )
                                      :
COUNTY OF LOS ANGELES )

      MICHAEL L. SMITH, being duly sworn, deposes and says that he is an employee of NATIONWIDE LEGAL, INC., is over the age of eighteen years and is not a party to the action.
      That on the 22nd day of June, 2007, at approximately 1:30 p.m., deponent served a true and correct copy of the **SUMMONS IN A CIVIL CASE; PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P.7.1 and COMPLAINT** personally upon JANE TANJUAQUIO, Data Entry Clerk, who stated she was authorized by law to accept service of process on behalf of Sexy Hair Concepts, LLC, who's business address is 9232 Eton Avenue, Chatsworth, CA, 91311.
      JANE TANJUAQUIO, is a Filipino female, approximately 35 years of age, 5' 6" in height, weighs approximately 140 pounds, with brown hair and brown eyes.

                                                        _____
                                                           MICHAEL L. SMITH
                                                           Orange County Registration No.5159

Col.8259.rk

Due Date: _____
Docketed Date: _____
Docketed By: _____
Comments: _____