UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA'S SECRET STORES
BRAND MANAGEMENT, INC.,
**Plaintiff**

-v-

SEXY HAIR CONCEPTS, LLC,
**Defendant**

Case No. 07 CIV 5804 (GEL)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Defendant__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: July 12, 2007

/Philip Furgang/
**Signature of Attorney**

Attorney Bar Code: (PF5654)
FURGANG & ADWAR, L.L.P.
1230 Avenue of the Americas
7th Floor
New York, NY  10020
212-725-1818

Form Rule7_1.pdf