# FURGANG & ADWAR, L.L.P.
COUNSELLORS IN INTELLECTUAL PROPERTY LAW

PHILIP FURGANG
STEPHANIE FURGANG ADWAR

BRIAN J. SCANLON

OF COUNSEL:
SHELDON PALMER
BERTRAND M. LANCHNER

ROCKEFELLER CENTER
1230 AVENUE OF THE AMERICAS-7TH FL.
NEW YORK, NEW YORK 10020

TELEPHONE: (212) 725-1818
FACSIMILE: (212) 941-9711

INTERNET:
URL: www.furgang.com
e-mail: info@furgang.com

WHITE PLAINS OFFICE:
11 MARTINE AVENUE, PENTHOUSE
WHITE PLAINS, NEW YORK 10606
TELEPHONE: (914) 428-5300
FACSIMILE: (914) 428-0226

WEST NYACK OFFICE:
CENTEROCK EAST
2 CROSFIELD AVENUE
SUITE 210
WEST NYACK, NEW YORK 10994
TELEPHONE: (845) 353-1818
FACSIMILE: (845) 353-1996

PATENTS, TRADEMARKS, COPYRIGHTS,
ENTERTAINMENT AND RELATED CAUSES

October 18, 2007

**VIA ECF ONLY**

Hon. Gerald E. Lynch
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 910
New York, NY 10007

RE: Victoria's Secret Stores Brand Management, Inc. v.
    Sexy Hair Concepts, LLC
    Civil Action No.    :    07 CIV 5804 (GEL)
    Our File No.    :    9777

**Application for Adjournment**

Dear Judge Lynch:

    We are local counsel for Defendant in this action. We write to request an adjournment of the now scheduled Rule 26 conference because of the unavailability of Defendant's lead counsel, who is to be deposed on the date of the conference and, therefore, cannot attend.

    1. Original date of the conference: October 24, 2007.

    2. The number of previous requests for adjournment or extension: None

    3. N/A.

    4. Whether or not opposing counsel consents. Opposing counsel consents.

    Subject to the Court's approval, all counsels are available for a conference with the Court on November 1, 2007, at a time to be set at the Court's convenience.

FURGANG & ADWAR, L.L.P.

Hon. Gerald E. Lynch
October 18, 2007
Page 2

      We thank the Court for its courtesies.

                              Respectfully submitted,
                              FURGANG & ADWAR, L.L.P.

                              /Philip Furgang/
                              PHILIP FURGANG for the Firm
                              *philip@furgang.com*

PF:cr
cc: Richard P. Jacobson, Esq. (via ECF only)

FURGANG & ADWAR, L.L.P.