**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
Brian Scanlon (BS-5947)
1325 Avenue of the Americas – 28th Floor
New York, New York 10019
212-725-1818

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VICTORIA'S SECRET STORES
BRAND MANAGEMENT, INC.,

      Plaintiff,

   v.          : Civil Action No. 07-CIV-5804 (GEL)

SEXY HAIR CONCEPTS, LLC,

      Defendant.

---

TO: Collucci & Umans
   Frank J. Colucci, Esq.
   Richard P. Jacobson, Esq.
   218 East 50th Street
   New York, NY 10022
   Phone - 212-935-5700
   e-mail - email@colucci-umans.com

   PLEASE TAKE NOTICE that upon the annexed affirmations of Philip Furgang, Esq. and Roberta Jacobs-Meadway, Esq. in support of this motion and the Certificate of Good Standing annexed thereto, Defendant will move this court before the Honorable Gerald E. Lynch at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Roberta Jacobs-Meadway, Esq., a member of the firm of Ballard Spahr Andrews & Ingersoll, LLP and a member in good standing of the Bar of the State of Philadelphia, as attorney pro hac vice to argue or try this case in whole or in part as

counsel. There are no pending disciplinary proceedings against Roberta Jacobs-Meadway, Esq. in any State or Federal court.

Dated: October 24, 2007

Respectfully Submitted,
FURGANG & ADWAR, L.L.P.

_____
PHILIP FURGANG (PF-5654)
1325 Avenue of the Americas – 28th Floor
New York, New York 10019
212-725-1818