**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
Brian Scanlon (BS-5947)
1325 Avenue of the Americas – 28th Floor
New York, New York 10019
212-725-1818

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-CIV-5804 (GEL) |
| SEXY HAIR CONCEPTS, LLC, | : |
| Defendant. | : |

---

I, PHILIP FURGANG, an attorney at law, make the following statement under penalty of perjury:

1. I am a partner in the law firm of Furgang & Adwar, LLP and represent Defendant Sexy Hair Concepts, LLC. in this action.

2. I submit this affirmation in support of Defendant's motion to admit counsel, Roberta Jacobs-Meadway, Esq., to practice pro hac vice in the above captioned matter and appear on behalf of Defendant. Roberta Jacobs-Meadway, Esq. is a partner of the law firm of Ballard Spahr Andrews & Ingersoll, LLP.

-1-

3. Submitted herewith in support of this motion is the affirmation of and certificate of good standing for Roberta Jacobs-Meadway, Esq. and a proposed Order granting Defendant's motion.

4. Wherefore your affiant respectfully submits that Roberta Jacobs-Meadway, Esq. be permitted to appear as counsel and advocate pro hac vice in this one case.

I declare under penalty of perjury that
the foregoing is true and correct.
Executed on: 10/24/07

_____
Philip Furgang (PF-5654)