**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
Brian Scanlon (BS-5947)
1325 Avenue of the Americas – 28th Floor
New York, New York 10019
212-725-1818

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEXY HAIR CONCEPTS, LLC, <br><br> Defendant. | : <br> : <br> : <br> : <br> : Civil Action No. 07-CIV-5804 (GEL) <br> : <br> : <br> : <br> : |

I, ROBERTA JACOBS-MEADWAY, an attorney at law, make the following statement under penalty of perjury:

1.  I am a partner in the law firm of Ballard Spahr Andrews & Ingersoll, LLP.

2.  I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Pennsylvania.

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case.

I declare under penalty of perjury that
the foregoing is true and correct.
Executed on: __10/15/07__

Roberta Jacobs-Meadway
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Jacobsmeadwayr@ballardspahr.com
215.864.8201



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Roberta Jacobs-Meadway, Esq.*

#### DATE OF ADMISSION

*October 7, 1975*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 4, 2007

Patricia A. Johnson
Chief Clerk