**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
Brian Scanlon (BS-5947)
1325 Avenue of the Americas – 28th Floor
New York, New York 10019
212-725-1818

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-CIV-5804 (GEL) |
| SEXY HAIR CONCEPTS, LLC, | : |
| Defendant. | : |

---

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Roberta Jacobs-Meadway is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, a return copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted <u>pro</u> <u>hac</u> <u>vice</u> must serve a copy of this Order on all other counsel in this case.

Dated:

_____
United States District Judge

cc: Pro Hac Vice Attorney
 Court File