**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
Brian Scanlon (BS-5947)
1325 Avenue of the Americas – 28th Floor
New York, New York 10019
212-725-1818

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VICTORIA'S SECRET STORES
BRAND MANAGEMENT, INC.,

    Plaintiff,

  v.

SEXY HAIR CONCEPTS, LLC,

    Defendant.

: Civil Action No. 07-CIV-5804 (GEL)

---

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Roberta Jacobs-Meadway is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, a return copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: March 6, 2008

_____
United States District Judge

cc:   Pro Hac Vice Attorney
      Court File

-2-