Roberta Jacobs-Meadway
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
215) 851-8522

RJacobsMeadway@eckertseamans.com