UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
VICTORIA'S SECRET STORES BRAND :
MANAGEMENT, INC., :
:
Plaintiff, :
:
   -against- :
:
:
SEXY HAIR CONCEPTS, LLC, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```

07 Civ. 5804 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

     The parties having participated in a telephone conference with the Court on March 12, 2008, it is hereby ORDERED that:

1.    All discovery shall be completed by April 15, 2008. Requests for further extensions will be disfavored.

2.    The post-discovery conference originally scheduled for March 20, 2008, is adjourned until Friday, April 18, 2008, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
       March 12, 2008

                                                          /s/ Gerard E. Lynch
                                                  GERARD E. LYNCH
                                                  United States District Judge