N=308

22

Study # 08006 Name Recognition Study

| Resp ID Number | Gender/ Age | Version | Q1b- Associate word "Sexy" with: | Q1b- Do you associate the word "SEXY" with... | Q3b- Reasons mentioned THIRD MENTION (verbatims) | Q3a- Companies mentioned FOURTH MENTION (verbatims) | Q3b- Reasons mentioned FOURTH MENTION (verbatims) | Q3a- Companies mentioned FIFTH MENTION (verbatims) | Q3b-Reasons mentioned FIFTH MENTION (verbatims) | Q4-Why don't you associate with any company (verbatims) | Screener Q.C.--Purchased in past 6 months | | | | Screener Q.D.--Expect to purchase in next 6 months | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | shampoo, conditioner, hair conditioning crème | Hair gel, mousse, lotion, spray | Hair color, tint, or rinse | | shampoo, conditioner, hair conditioning crème | Hair gel, mousse, lotion, spray | Hair color, tint, or rinse |
| **Gender/ Age** | | | | | | | | | | | | | | | | | |
| **Males** | 152 | | | | | | | | | | | | | | | | |
| 18-34 | 51 | One company | | 58 | | | | | | | | | | | | | |
| 35-49 | 53 | More than one company | | 48 | | | | | | | | | | | | | |
| 50+ | 48 | No company | | 78 | | | | | | | | | | | | | |
| | | Don't know | | 69 | | | | | | | | | | | | | |
| **Females** | 156 | No opinion | | 55 | | | | | | | | | | | | | |
| 18-34 | 52 | | | | | | | | | | | | | | | | |
| 35-49 | 50 | | | | | | | | | | | | | | | | |
| 50+ | 54 | | | | | | | | | | | | | | | | |

# Exhibit I

# #08006
# NAME RECOGNITION SURVEY

# ANSWER CARDS
# FOR MAIN QUESTIONNAIRE
# LILAC

## **CARD 1b—LILAC DOT**

One company

More than one company

No company

Don't know

No opinion

#08006
NAME RECOGNITION SURVEY

ANSWER CARDS
FOR MAIN QUESTIONNAIRE
# ORANGE

## **CARD 1b—ORANGE DOT**

More than one company

One company

No company

Don't know

No opinion