**EXHIBIT E TO**

**FORD MOTION IN LIMINE**

Rotation 4

1301

STAPLE SCREENER TO BACK OF QUESTIONNAIRE. DO THIS NOW.

QUESTIONNAIRE - W

DO **NOT** ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

In a moment, I am going to show you the survey exhibit; then I will ask you a couple of questions.

Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE EXHIBIT CARD **W** OUT OF FILE AND HAND TO RESPONDENT.

Please look at the products and name on this survey exhibit.

Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES HE/SHE IS READY TO CONTINUE.

6.0  Who, or what company, do you believe puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

Victoria Secrets

IF 'DON'T KNOW,' GO TO --> Q7.0;
OTHERWISE, CONTINUE.

6.1  Why do you say that?
RECORD RESPONSE VERBATIM.

Because I just come from there

CONTINUE.

7.0 What other brand name or names, if any, do you believe are used by the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

*I don't know.*

_____

_____

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: _____

Why do you say that ___INSERT 1ST RESPONSE TO Q7.0___ is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

_____

_____

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that ___INSERT 2ND RESPONSE TO Q7.0___ is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

_____

_____

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that ___INSERT 3RD RESPONSE TO Q7.0___ is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

_____

_____

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

8.0  Now, I am going to ask you a question that has three choices. PAUSE. After I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that the company that puts out the products on this card with this name...READ LIST...

one, does not have a business affiliation or business connection with any other company or companies;

two, has a business affiliation or business connection with any other company or companies; or

three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_Two_

IF '...HAS A BUSINESS AFFILIATION/CONNECTION...;' CONTINUE;
OTHERWISE, GO TO --> Q9.0.

8.1  With what other company or companies?
RECORD RESPONSE VERBATIM.

_Bath Body Works._

IF 'DON'T KNOW' NAME(S),
GO TO --> Q8.3;
OTHERWISE, CONTINUE.

8.2  Why do you say that?
RECORD RESPONSE VERBATIM.

_Because I saw them together, I mean they joined together as a team, I see they're products from_

GO TO --> Q9.0.

8.3  Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

_____

CONTINUE.

8.2
_Victoria Secrets and then I see them at Bath & Body Works also._

9.0 Now, I am going to ask you another question that has three choices. PAUSE. Again, after I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that the products on this card with this name ...READ LIST...

    one, are not being put out with the authorization or approval of any other company or companies;

    two, are being put out with the authorization or approval of any other company or companies; or

    three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_Two_

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
OTHERWISE, GO TO --> Q10.0.

9.1 With what other company or companies?
RECORD RESPONSE VERBATIM.

_Bath Body Works_

IF 'DON'T KNOW' NAME(S),
GO TO --> Q9.3;
OTHERWISE, CONTINUE.

9.2 Why do you say that?
RECORD RESPONSE VERBATIM.

_Because they joined together as a team._

GO TO --> Q10.0.

9.3 Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for the products on this card with this name?
RECORD RESPONSE VERBATIM.

_____

_____

CONTINUE.

10.0 Would you please tell me what letter is on the back of the card?
RECORD LETTER.

LETTER: _W_   CONTINUE.

PUT EXHIBIT CARD BACK IN FILE AND CONTINUE.

VERIFICATION:

    Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: __[Redacted]__

Telephone Number: __[Redacted]__

ASK: Is that a daytime or evening telephone number?
**RECORD RESPONSE WITH AN 'X.'**

    _X_ 1. daytime telephone number

    ___ 2. evening telephone number

THANK RESPONDENT FOR HIS/HER TIME AND PARTICIPATION.

---

Interviewer Certification:

    I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_Jane Adams_           _1-6-08_
Interviewer's signature           Date

---

Supervisor Validation:

    I hereby certify that I personally met this respondent and confirmed his/her answers to questions 1.0 through 2.1.

_[signature]_
Supervisor's signature

---

**MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE. DO THIS NOW.**

FB&A
1/08
#1302
1301

SCREENER - W

Hello. My name is ⎯JA⎯, and I am with ⎯JT⎯. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

⎯⎯⎯ 1. male ⎯⎯⎯⎯⎯⎯⎯⎯
⎯X⎯ 2. female ⎯⎯⎯⎯⎯⎯⎯ **CHECK SCREENING QUOTA. CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

⎯⎯⎯ 1. under 18  **TERMINATE.**

⎯X⎯ 2. 18 to 34 ⎯⎯⎯⎯⎯⎯

⎯⎯⎯ 3. 35 to 54  **CHECK SCREENING QUOTA. CONTINUE.**

⎯⎯⎯ 4. 55 or over ⎯⎯⎯⎯

⎯⎯⎯ 5. refused  **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | ___ 2. | ___ 3. |
| conditioner? | X 1. | ___ 2. | ___ 3. |
| hair spray, styling gel, mousse, or pomade? | X 1. | ___ 2. | ___ 3. |
| straightener? | X 1. | ___ 2. | ___ 3. |
| dyes, rinses, highlighter or hair mascara? | X 1. | ___ 2. | ___ 3. |
| hair glitter? | ___ 1. | X 2. | ___ 3. |
| hair removing creams? | ___ 1. | X 2. | ___ 3. |

**CONTINUE.**

2.1   Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST.  RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| shampoo? | X 1. | ____ 2. | ____ 3. |
| conditioner? | X 1. | ____ 2. | ____ 3. |
| hair spray, styling gel, mousse, or pomade? | X 1. | ____ 2. | ____ 3. |
| straightener? | X 1. | ____ 2. | ____ 3. |
| dyes, rinses, highlighter or hair mascara? | X 1. | ____ 2. | ____ 3. |
| hair glitter? | ____ 1. | X 2. | ____ 3. |
| hair removing creams? | ____ 1. | X 2. | ____ 3. |

**IF 'YES,' TO ANY, CONTINUE;
OTHERWISE, TERMINATE.**

3.0   Do you, or does anyone else in your home, work for...
**READ LIST.  RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| an advertising agency or marketing research firm? | ____ 1. | X 2. |
| a retail store or company that makes, sells, or distributes any hair care products? | ____ 1. | X 2. |

**IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.**

4.0   Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

____ 1.   yes   **TERMINATE.**

X  2.   no/don't recall   **CONTINUE.**

4.1   During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

____ 1.   yes   **TERMINATE.**

X  2.   no   **CONTINUE.**

5.0   Do you usually wear contact lenses or eyeglasses when you are reading?
**RECORD RESPONSE WITH AN 'X.'**

____ 1.   yes   **CONTINUE.**

X  2.   no   **GO TO --> INVITATION TO INTERVIEW.**

Case 1:07-cv-05804-GEL   Document 15-6   Filed 05/02/2008   Page 9 of 17

Screener W, Page 3

Case 1:07-cv-05804-GEL   Document 15-6   Filed 05/02/2008   Page 9 of 17

Screener W, Page 3

5.1 Do you have them with you at this time?
**RECORD RESPONSE WITH AN 'X.'**

_____ 1. yes  **CONTINUE.**

_____ 2. no  **TERMINATE.**

5.2 Will you please wear them during the rest of the interview?
**RECORD RESPONSE WITH AN 'X.'**

_____ 1. yes, agreed  **CONTINUE.**

_____ 2. no, refused  **TERMINATE.**

**INVITATION TO INTERVIEW:**

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
**RECORD RESPONSE WITH AN 'X.'**

✓ 1. yes, agreed  **CONTINUE.**

_____ 2. no, refused  **TERMINATE.**

Case 1:07-cv-05804-GEL   Document 15-6   Filed 05/02/2008   Page 9 of 17

Screener W, Page 3

5.1 Do you have them with you at this time?
**RECORD RESPONSE WITH AN 'X.'**

_____ 1. yes  **CONTINUE.**

_____ 2. no  **TERMINATE.**

5.2 Will you please wear them during the rest of the interview?
**RECORD RESPONSE WITH AN 'X.'**

_____ 1. yes, agreed  **CONTINUE.**

_____ 2. no, refused  **TERMINATE.**

**INVITATION TO INTERVIEW:**

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
**RECORD RESPONSE WITH AN 'X.'**

✓ 1. yes, agreed  **CONTINUE.**

_____ 2. no, refused  **TERMINATE.**

Rotation 3

STAPLE SCREENER TO BACK OF QUESTIONNAIRE. DO THIS NOW.

3821

QUESTIONNAIRE - Y

DO NOT ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

In a moment, I am going to show you a picture of a retail display; and after that, I am going to show you a product from that display. Then I will ask you a couple of questions.

Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE PICTURE __Y__ OUT OF FILE AND HAND TO RESPONDENT.

Would you please look at this picture as you would if you saw this display in a store.

Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

GET PICTURE BACK AND PUT BACK IN FILE.

REMOVE PRODUCT __Y__ FROM BAG AND HAND TO RESPONDENT.

This is a product from the display like the one you saw in the picture. Please look at this product as you would if you saw it in a store and were considering purchasing this product.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

6.0 Who, or what company, do you believe puts out this product with this name?
RECORD RESPONSE VERBATIM.

_Victoria Secret_

IF 'DON'T KNOW,' GO TO --> Q7.0;
OTHERWISE, CONTINUE.

6.1 Why do you say that?
RECORD RESPONSE VERBATIM.

_Because I just shopped there right now_

CONTINUE.

7.0 What other brand name or names, if any, do you believe are used by the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

_I don't know_

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1 **ASK FOR EACH RESPONSE AT Q7.0:**

**RECORD FIRST RESPONSE TO Q7.0:** _____

Why do you say that ___INSERT 1ST RESPONSE TO Q7.0___ is another brand name used by the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2 **RECORD SECOND RESPONSE TO Q7.0:** _____

Why do you say that ___INSERT 2ND RESPONSE TO Q7.0___ is another brand name used by the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that ___INSERT 3RD RESPONSE TO Q7.0___ is another brand name used by the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

8.0  Now, I am going to ask you a question that has three choices.  PAUSE.  After I am done, if you want me to read the question again, just ask me.  PAUSE.

Do you believe that the company that puts out this product with this name...READ LIST...

    one, <u>has</u> a business affiliation or business connection with any other company or companies;

    two, does <u>not</u> have a business affiliation or business connection with any other company or companies; or

    three, don't know or have no opinion?

**RECORD RESPONSE VERBATIM.**

_TWO_

IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
OTHERWISE, GO TO --> Q9.0.

8.1  With what other company or companies?
**RECORD RESPONSE VERBATIM.**

IF 'DON'T KNOW' NAME(S),
GO TO --> Q8.3;
OTHERWISE, CONTINUE.

8.2  Why do you say that?
**RECORD RESPONSE VERBATIM.**

GO TO --> Q9.0.

8.3  Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

CONTINUE.

9.0   Now, I am going to ask you another question that has three
      choices.  PAUSE.  Again, after I am done, if you want me to
      read the question again, just ask me.  PAUSE.

      Do you believe that this product with this name
      ...READ LIST...

            one, is being put out with the authorization or
            approval of any other company or companies;

            two, is not being put out with the authorization or
            approval of any other company or companies; or

            three, don't know or have no opinion?

      **RECORD RESPONSE VERBATIM.**

      _one_

                  IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
                                                  OTHERWISE, GO TO --> Q10.0.

9.1   With what other company or companies?
      **RECORD RESPONSE VERBATIM.**

      _I dont know_

                                              IF 'DON'T KNOW' NAME(S),
                                                      GO TO --> Q9.3;
                                                  OTHERWISE, CONTINUE.

9.2   Why do you say that?
      **RECORD RESPONSE VERBATIM.**

                                                      GO TO --> Q10.0.

9.3   Even though you don't know the name or names, what, if
      anything, can you tell me about the company or
      companies that you believe gave their authorization or
      approval for this product with this name?
      **RECORD RESPONSE VERBATIM.**

      _I dont know_

                                                              CONTINUE.

10.0  Would you please tell me what letter is on the back of the
      bottle?
      **RECORD LETTER.**

      LETTER: _Y_   CONTINUE.

      **PUT PRODUCT BACK IN BAG AND CONTINUE.**

11.0 Within the past six months, have you had your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

__X__ 1. yes ⎫
_____ 2. no  ⎬ CONTINUE.
_____ 3. don't recall ⎭

11.1 Within the next six months, are you likely to have your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

__X__ 1. yes ⎫
_____ 2. no  ⎬ CONTINUE.
_____ 3. don't know ⎭

**VERIFICATION:**

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent N[Redacted]

Telephone Nu[Redacted]

ASK: Is tha[Redacted]
**RECORD RESPONSE WITH AN 'X.'**

_____ 1. daytime telephone number
__X__ 2. evening telephone number

**THANK RESPONDENT FOR HER TIME AND PARTICIPATION.**

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_____    1/28/08
Interviewer's signature      Date

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed her answers to questions 1.0 through 2.1.

_____
Supervisor's signature

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE. DO THIS NOW.

FEMALES ONLY

FB&A
1/08
#1302A 3821

SCREENER - Y

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 RECORD GENDER:

___ 1. male   **TERMINATE.**

_X_ 2. female   **CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

___ 1. under 18   **TERMINATE.**
___ 2. 18 to 34 ─┐
_X_ 3. 35 to 54  ├─ **CHECK SCREENING QUOTA. CONTINUE.**
___ 4. 55 or over ─┘
___ 5. refused   **DO NOT READ. TERMINATE.**

**REUSE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | _X_ 1. | ___ 2. | ___ 3. |
| conditioner? | _X_ 1. | ___ 2. | ___ 3. |
| hair spray, styling gel, mousse, pomade, or style creme? | _X_ 1. | ___ 2. | ___ 3. |
| straightening balm? | ___ 1. | _X_ 2. | ___ 3. |
| curl-enhancing spray? | _X_ 1. | ___ 2. | ___ 3. |
| shine serum? | _X_ 1. | ___ 2. | ___ 3. |

**CONTINUE.**

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
READ LIST. RECORD RESPONSES WITH AN 'X.'

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | 2. | 3. |
| - conditioner? | X 1. | 2. | 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | X 1. | 2. | 3. |
| - straightening balm? | 1. | X 2. | 3. |
| - curl-enhancing spray? | X 1. | 2. | 3. |
| - shine serum? | X 1. | 2. | 3. |

IF 'YES,' TO ANY, CONTINUE; OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
READ LIST. RECORD RESPONSES WITH AN 'X.'

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care product? | 1. | X 2. |

IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
RECORD RESPONSE WITH AN 'X.'

____ 1. yes   TERMINATE.
_X__ 2. no/don't recall   CONTINUE.

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
RECORD RESPONSE WITH AN 'X.'

____ 1. yes   TERMINATE.
_X__ 2. no   CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you are shopping?
RECORD RESPONSE WITH AN 'X.'

____ 1. yes   CONTINUE.
_X__ 2. no   GO TO --> INVITATION TO INTERVIEW.

5.1  Do you have them with you at this time?
    **RECORD RESPONSE WITH AN 'X.'**

   \_\_\_\_\_1.  yes    **CONTINUE.**

   \_\_\_\_\_2.  no    **TERMINATE.**


5.2  Will you please wear them during the rest of the interview?
    **RECORD RESPONSE WITH AN 'X.'**

   \_\_\_\_\_1.  yes, agreed    **CONTINUE.**

   \_\_\_\_\_2.  no, refused    **TERMINATE.**

**INVITATION TO INTERVIEW:**

   We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
    **RECORD RESPONSE WITH AN 'X.'**

   \_\_X\_\_1.  yes, agreed    **CONTINUE.**

   \_\_\_\_\_2.  no, refused    **TERMINATE.**