# EXHIBIT G TO

# FORD MOTION IN LIMINE

**FEMALES ONLY**

FB&A
1/08
#1302A

SCREENER - Z

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

　　_____ 1. male  **TERMINATE.**

　　__X__ 2. female  **CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

　　_____ 1. under 18  **TERMINATE.**

　　_____ 2. 18 to 34 ┐

　　__X__ 3. 35 to 54 ├ **CHECK SCREENING QUOTA. CONTINUE.**

　　_____ 4. 55 or over ┘

　　_____ 5. refused  **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| - shampoo? | X 1. | 2. | 3. |
| - conditioner? | X 1. | 2. | 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | X 1. | 2. | 3. |
| - straightening balm? | X 1. | 2. | 3. |
| - curl-enhancing spray? | X 1. | 2. | 3. |
| - shine serum? | X 1. | 2. | 3. |

　　　　　　　　　　　　　　　　　　　　　**CONTINUE.**

FEMALES ONLY                                                    FB&A
                                                                1/08
                                                                #1302A


SCREENER - Z

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

   _____ 1. male  **TERMINATE.**

   __X__ 2. female  **CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

   _____ 1. under 18  **TERMINATE.**

   _____ 2. 18 to 34 ⎤

   __X__ 3. 35 to 54  ⎬  **CHECK SCREENING QUOTA. CONTINUE.**

   _____ 4. 55 or over ⎦

   _____ 5. refused  **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | ___ 2. | ___ 3. |
| conditioner? | X 1. | ___ 2. | ___ 3. |
| hair spray, styling gel, mousse, pomade, or style creme? | X 1. | ___ 2. | ___ 3. |
| straightening balm? | X 1. | ___ 2. | ___ 3. |
| curl-enhancing spray? | X 1. | ___ 2. | ___ 3. |
| shine serum? | X 1. | ___ 2. | ___ 3. |

                                                        **CONTINUE.**

**VS - Ford 1287**

**FEMALES ONLY**  <span style="float:right">FB&A<br>1/08<br>#1302A</span>

SCREENER - Z

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

    _____ 1. male   **TERMINATE.**

    __X__ 2. female   **CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

    _____ 1. under 18   **TERMINATE.**

    _____ 2. 18 to 34

    __X__ 3. 35 to 54      **CHECK SCREENING QUOTA. CONTINUE.**

    _____ 4. 55 or over

    _____ 5. refused   **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | _____ 2. | _____ 3. |
| conditioner? | X 1. | _____ 2. | _____ 3. |
| hair spray, styling gel, mousse, pomade, or style creme? | X 1. | _____ 2. | _____ 3. |
| straightening balm? | X 1. | _____ 2. | _____ 3. |
| curl-enhancing spray? | X 1. | _____ 2. | _____ 3. |
| shine serum? | X 1. | _____ 2. | _____ 3. |

**CONTINUE.**