# EXHIBIT H TO

# FORD MOTION IN LIMINE

FB&A
1/08
#1302

SCREENER - W

Hello. My name is \_\_\_\_\_, and I am with \_\_\_\_\_. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

    __X__ 1. male
    _____ 2. female    **CHECK SCREENING QUOTA.   CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST.   RECORD RESPONSE WITH AN 'X.'**

    _____ 1. under 18   **TERMINATE.**
    _____ 2. 18 to 34
    _____ 3. 35 to 54    **CHECK SCREENING QUOTA.   CONTINUE.**
    __X__ 4. 55 or over
    _____ 5. refused   **DO NOT READ.   TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST.   RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | _____ 2. | _____ 3. |
| conditioner? | X 1. | _____ 2. | _____ 3. |
| hair spray, styling gel, mousse, or pomade? | X 1. | _____ 2. | _____ 3. |
| straightener? | X 1. | _____ 2. | _____ 3. |
| dyes, rinses, highlighter or hair mascara? | X 1. | _____ 2. | _____ 3. |
| hair glitter? | X 1. | _____ 2. | _____ 3. |
| hair removing creams? | X 1. | _____ 2. | _____ 3. |

**CONTINUE.**

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ___ 2. | ___ 3. |
| - conditioner? | X 1. | ___ 2. | ___ 3. |
| - hair spray, styling gel, mousse, or pomade? | X 1. | ___ 2. | ___ 3. |
| - straightener? | X 1. | ___ 2. | ___ 3. |
| - dyes, rinses, highlighter or hair mascara? | X 1. | ___ 2. | ___ 3. |
| - hair glitter? | X 1. | ___ 2. | ___ 3. |
| - hair removing creams? | X 1. | ___ 2. | ___ 3. |

**IF 'YES,' TO ANY, CONTINUE;
OTHERWISE, TERMINATE.**

3.0 Do you, or does anyone else in your home, work for...
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ___ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care products? | ___ 1. | X 2. |

**IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.**

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

__X__1. yes **TERMINATE.**

_____2. no/don't recall **CONTINUE.**

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

_____1. yes **TERMINATE.**

_____2. no **CONTINUE.**

5.0 Do you usually wear contact lenses or eyeglasses when you are reading?
**RECORD RESPONSE WITH AN 'X.'**

_____1. yes **CONTINUE.**

_____2. no **GO TO --> INVITATION TO INTERVIEW.**

5.1  Do you have them with you at this time?
     **RECORD RESPONSE WITH AN 'X.'**

     _____1.  yes  **CONTINUE.**

     _____2.  no   **TERMINATE.**


5.2  Will you please wear them during the rest of the interview?
     **RECORD RESPONSE WITH AN 'X.'**

     _____1.  yes, agreed  **CONTINUE.**

     _____2.  no, refused  **TERMINATE.**


**INVITATION TO INTERVIEW:**

   We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
   **RECORD RESPONSE WITH AN 'X.'**

     _____1.  yes, agreed  **CONTINUE.**

     _____2.  no, refused  **TERMINATE.**

FB&A
1/08
#1302

SCREENER - W

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

   **X** 1. male
                   **CHECK SCREENING QUOTA. CONTINUE.**
   _____ 2. female

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
   **READ LIST. RECORD RESPONSE WITH AN 'X.'**

   _____ 1. under 18   **TERMINATE.**

   _____ 2. 18 to 34

   _____ 3. 35 to 54     **CHECK SCREENING QUOTA. CONTINUE.**

   **X** 4. 55 or over

   _____ 5. refused   **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
   **READ LIST. RECORD RESPONSES WITH AN 'X.'**

   |  | Yes | No | Don't Recall |
   |---|---|---|---|
   | shampoo? | X 1. | ___ 2. | ___ 3. |
   | conditioner? | X 1. | ___ 2. | ___ 3. |
   | hair spray, styling gel, mousse, or pomade? | X 1. | ___ 2. | ___ 3. |
   | straightener? | X 1. | ___ 2. | ___ 3. |
   | dyes, rinses, highlighter or hair mascara? | X 1. | ___ 2. | ___ 3. |
   | hair glitter? | X 1. | ___ 2. | ___ 3. |
   | hair removing creams? | X 1. | ___ 2. | ___ 3. |

                                             **CONTINUE.**

2.1  Within the next six months, are you likely to purchase any
     of the following hair care products?
     **READ LIST.  RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ___ 2. | ___ 3. |
| - conditioner? | X 1. | ___ 2. | ___ 3. |
| - hair spray, styling gel, mousse, or pomade? | X 1. | ___ 2. | ___ 3. |
| - straightener? | X 1. | ___ 2. | ___ 3. |
| - dyes, rinses, highlighter or hair mascara? | X 1. | ___ 2. | ___ 3. |
| - hair glitter? | X 1. | ___ 2. | ___ 3. |
| - hair removing creams? | X 1. | ___ 2. | ___ 3. |

                              **IF 'YES,' TO ANY, CONTINUE;
                              OTHERWISE, TERMINATE.**

3.0  Do you, or does anyone else in your home, work for...
     **READ LIST.  RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ___ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care products? | ___ 1. | X 2. |

                              **IF 'YES' TO EITHER, TERMINATE.
                              IF 'NO' TO BOTH, CONTINUE.**

4.0  Other than a political poll, during the past three months,
     have you participated in any marketing research surveys,
     including online surveys?
     **RECORD RESPONSE WITH AN 'X.'**

     X  1.  yes  **TERMINATE.**

     ___ 2.  no/don't recall  **CONTINUE.**

4.1  During the past month, have you heard anything about the
     subject of any of the interviews we are conducting here at
     the mall?
     **RECORD RESPONSE WITH AN 'X.'**

     ___ 1.  yes  **TERMINATE.**

     ___ 2.  no  **CONTINUE.**

5.0  Do you usually wear contact lenses or eyeglasses when you
     are reading?
     **RECORD RESPONSE WITH AN 'X.'**

     ___ 1.  yes  **CONTINUE.**

     ___ 2.  no  **GO TO --> INVITATION TO INTERVIEW.**

5.1 Do you have them with you at this time?
**RECORD RESPONSE WITH AN 'X.'**

_____1. yes **CONTINUE.**

_____2. no **TERMINATE.**

5.2 Will you please wear them during the rest of the interview?
**RECORD RESPONSE WITH AN 'X.'**

_____1. yes, agreed **CONTINUE.**

_____2. no, refused **TERMINATE.**

**INVITATION TO INTERVIEW:**

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
**RECORD RESPONSE WITH AN 'X.'**

_____1. yes, agreed **CONTINUE.**

_____2. no, refused **TERMINATE.**

FB&A
1/08
#1302

SCREENER - W

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

    **X** 1. male

    _____ 2. female

    **CHECK SCREENING QUOTA. CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

    _____ 1. under 18   **TERMINATE.**

    _____ 2. 18 to 34

    _____ 3. 35 to 54     **CHECK SCREENING QUOTA. CONTINUE.**

    **X** 4. 55 or over

    _____ 5. refused   **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

| | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | ___ 2. | ___ 3. |
| conditioner? | X 1. | ___ 2. | ___ 3. |
| hair spray, styling gel, mousse, or pomade? | X 1. | ___ 2. | ___ 3. |
| straightener? | X 1. | ___ 2. | ___ 3. |
| dyes, rinses, highlighter or hair mascara? | X 1. | ___ 2. | ___ 3. |
| hair glitter? | X 1. | ___ 2. | ___ 3. |
| hair removing creams? | X 1. | ___ 2. | ___ 3. |

**CONTINUE.**

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ____ 2. | ____ 3. |
| - conditioner? | X 1. | ____ 2. | ____ 3. |
| - hair spray, styling gel, mousse, or pomade? | X 1. | ____ 2. | ____ 3. |
| - straightener? | X 1. | ____ 2. | ____ 3. |
| - dyes, rinses, highlighter or hair mascara? | X 1. | ____ 2. | ____ 3. |
| - hair glitter? | X 1. | ____ 2. | ____ 3. |
| - hair removing creams? | X 1. | ____ 2. | ____ 3. |

**IF 'YES,' TO ANY, CONTINUE; OTHERWISE, TERMINATE.**

3.0 Do you, or does anyone else in your home, work for...
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ____ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care products? | ____ 1. | X 2. |

**IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.**

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

X 1. yes **TERMINATE.**

____ 2. no/don't recall **CONTINUE.**

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes **TERMINATE.**

____ 2. no **CONTINUE.**

5.0 Do you usually wear contact lenses or eyeglasses when you are reading?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes **CONTINUE.**

____ 2. no **GO TO --> INVITATION TO INTERVIEW.**

5.1  Do you have them with you at this time?
     **RECORD RESPONSE WITH AN 'X.'**

     _____1.  yes  **CONTINUE.**

     _____2.  no   **TERMINATE.**


5.2  Will you please wear them during the rest of the interview?
     **RECORD RESPONSE WITH AN 'X.'**

     _____1.  yes, agreed  **CONTINUE.**

     _____2.  no, refused  **TERMINATE.**

**INVITATION TO INTERVIEW:**

   We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
     **RECORD RESPONSE WITH AN 'X.'**

     _____1.  yes, agreed  **CONTINUE.**

     _____2.  no, refused  **TERMINATE.**