# EXHIBIT I TO

# FORD MOTION IN LIMINE

Notation 4

STAPLE SCREENER TO <u>BACK</u> OF QUESTIONNAIRE.  DO THIS NOW.   3102

QUESTIONNAIRE - Y

DO <u>NOT</u> ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

In a moment, I am going to show you a picture of a retail display, and after that, I am going to show you a product from that display.  Then I will ask you a couple of questions.

Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE PICTURE __Y__ OUT OF FILE AND HAND TO RESPONDENT.

Would you please look at this picture as you would if you saw this display in a store.

Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

GET PICTURE BACK AND PUT BACK IN FILE.

REMOVE PRODUCT __Y__ FROM BAG AND HAND TO RESPONDENT.

This is a product from the display like the one you saw in the picture.  Please look at this product as you would if you saw it in a store and were considering purchasing this product.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

6.0  Who, or what company, do you believe puts out this product with this name?
RECORD RESPONSE VERBATIM.

_Victoria Secret_

IF 'DON'T KNOW,' GO TO --> Q7.0;
OTHERWISE, CONTINUE.

6.1  Why do you say that?
RECORD RESPONSE VERBATIM.

_It says it at the bottom of the bottle._

CONTINUE.

7.0   What other brand name or names, if any, do you believe are used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_I don't know._

_____

_____

                        IF 'DON'T KNOW,' GO TO --> Q8.0;
                                   OTHERWISE, CONTINUE.


7.1   ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: _____

Why do you say that __INSERT 1ST RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

_____

                        IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
                                   OTHERWISE, GO TO --> Q8.0.


7.2   RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that __INSERT 2ND RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

_____

                        IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
                                   OTHERWISE, GO TO --> Q8.0.


7.3   RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that __INSERT 3RD RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

_____

                        IF MORE THAN THREE RESPONSES AT Q7.0,
                           USE BACK OF PAGE AND CONTINUE;
                                   OTHERWISE, GO TO --> Q8.0.

8.0   Now, I am going to ask you a question that has three
      choices.   PAUSE.   After I am done, if you want me to read
      the question again, just ask me.   PAUSE.

      Do you believe that the company that puts out this product
      with this name...READ LIST...

         one, does not have a business affiliation or business
         connection with any other company or companies;

         two, has a business affiliation or business connection
         with any other company or companies; or

         three, don't know or have no opinion?

      RECORD RESPONSE VERBATIM.
      _____*Don't Know*_____

      IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
                                         OTHERWISE, GO TO --> Q9.0.

8.1   With what other company or companies?
      RECORD RESPONSE VERBATIM.

      _____

      _____
                                             IF 'DON'T KNOW' NAME(S),
                                                    GO TO --> Q8.3;
                                                OTHERWISE, CONTINUE.

8.2   Why do you say that?
      RECORD RESPONSE VERBATIM.

      _____

      _____
                                                   GO TO --> Q9.0.

   8.3   Even though you don't know the name or names, what if
         anything, can you tell me about the company or
         companies that you believe have a business affiliation
         or business connection with the company that puts out
         this product with this name?
         RECORD RESPONSE VERBATIM.

         _____

         _____
                                                         CONTINUE.

9.0  Now, I am going to ask you another question that has three
     choices.  **PAUSE.**  Again, after I am done, if you want me to
     read the question again, just ask me.  **PAUSE.**

     Do you believe that this product with this name
     ...READ LIST...

          one, is *not* being put out with the authorization or
          approval of any other company or companies;

          two, *is* being put out with the authorization or
          approval of any other company or companies; or

          three, don't know or have no opinion?

     **RECORD RESPONSE VERBATIM.**

     _Don't Know!_

     IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
                                       OTHERWISE, GO TO --> Q10.0.


9.1  With what other company or companies?
     **RECORD RESPONSE VERBATIM.**

     _____

     _____

                                        IF 'DON'T KNOW' NAME(S),
                                               GO TO --> Q9.3;
                                            OTHERWISE, CONTINUE.


9.2  Why do you say that?
     **RECORD RESPONSE VERBATIM.**

     _____

     _____

                                              GO TO --> Q10.0.


9.3  Even though you don't know the name or names, what, if
     anything, can you tell me about the company or
     companies that you believe gave their authorization or
     approval for this product with this name?
     **RECORD RESPONSE VERBATIM.**

     _____

     _____

                                                      CONTINUE.


10.0 Would you please tell me what letter is on the back of the
     bottle?
     **RECORD LETTER.**

     LETTER: __Y__        CONTINUE.

     PUT PRODUCT BACK IN BAG AND CONTINUE.

11.0 Within the past six months, have you had your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

    X  1.  yes
    _____  2.  no        CONTINUE.
    _____  3.  don't recall

11.1 Within the next six months, are you likely to have your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

    X  1.  yes
    _____  2.  no        CONTINUE.
    _____  3.  don't know

**VERIFICATION:**

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: [Redacted]

Telephone Number: [Redacted]

ASK: Is that [Redacted]
**RECORD RESPONSE WITH AN 'X.'**

    X  1.  daytime telephone number
    X  2.  evening telephone number

**THANK RESPONDENT FOR HER TIME AND PARTICIPATION.**

---

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_____    _____
Interviewer's signature                Date

---

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed her answers to questions 1.0 through 2.1.

_____
Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE **BACK** OF THIS QUESTIONNAIRE. **DO THIS NOW.**

SCREENER - Y

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

_____ 1. male **TERMINATE.**

__X__ 2. female **CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST.  RECORD RESPONSE WITH AN 'X.'**

_____ 1. under 18 **TERMINATE.**

_____ 2. 18 to 34 ⎤

__X__ 3. 35 to 54 ⎬ **CHECK SCREENING QUOTA.  CONTINUE.**

_____ 4. 55 or over ⎦

_____ 5. refused **DO NOT READ.  TERMINATE.**

**REUSE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST.  RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | _____ 2. | _____ 3. |
| conditioner? | X 1. | _____ 2. | _____ 3. |
| hair spray, styling gel, mousse, pomade, or style creme? | X 1. | _____ 2. | _____ 3. |
| straightening balm? | X 1. | _____ 2. | _____ 3. |
| curl-enhancing spray? | X 1. | _____ 2. | _____ 3. |
| shine serum? | X 1. | _____ 2. | _____ 3. |

**CONTINUE.**

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | 2. | 3. |
| - conditioner? | X 1. | 2. | 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | X 1. | 2. | 3. |
| - straightening balm? | X 1. | 2. | 3. |
| - curl-enhancing spray? | X 1. | 2. | 3. |
| - shine serum? | X 1. | 2. | 3. |

IF 'YES,' TO ANY, CONTINUE;
OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care product? | 1. | X 2. |

IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes  TERMINATE.
_X_ 2. no/don't recall  CONTINUE.

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes  TERMINATE.
_X_ 2. no  CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you are shopping?
**RECORD RESPONSE WITH AN 'X.'**

_X_ 1. yes  CONTINUE.
____ 2. no  GO TO --> INVITATION TO INTERVIEW.

3102

5.1 Do you have them with you at this time?
**RECORD RESPONSE WITH AN 'X.'**

    __X__ 1.  yes  **CONTINUE.**

    _____ 2.  no  **TERMINATE.**

5.2 Will you please wear them during the rest of the interview?
**RECORD RESPONSE WITH AN 'X.'**

    __X__ 1.  yes, agreed  **CONTINUE.**

    _____ 2.  no, refused  **TERMINATE.**

**INVITATION TO INTERVIEW:**

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
**RECORD RESPONSE WITH AN 'X.'**

    __X__ 1.  yes, agreed  **CONTINUE.**

    _____ 2.  no, refused  **TERMINATE.**

Rotation 1

3201

STAPLE SCREENER TO <u>BACK</u> OF QUESTIONNAIRE.   DO THIS NOW.

QUESTIONNAIRE - Y

DO <u>NOT</u> ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

    In a moment, I am going to show you a picture of a retail display; and after that, I am going to show you a product from that display. Then I will ask you a couple of questions.

    Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE PICTURE __Y__ OUT OF FILE AND HAND TO RESPONDENT.

    Would you please look at this picture as you would if you saw this display in a store.

    Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

GET PICTURE BACK AND PUT BACK IN FILE.

REMOVE PRODUCT __Y__ FROM BAG AND HAND TO RESPONDENT.

    This is a product from the display like the one you saw in the picture. Please look at this product as you would if you saw it in a store and were considering purchasing this product.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

6.0  Who, or what company, do you believe puts out this product with this name?
    RECORD RESPONSE VERBATIM.

_Victoria Secret_

                                     IF 'DON'T KNOW,' GO TO --> Q7.0;
                                          OTHERWISE, CONTINUE.

6.1  Why do you say that?
    RECORD RESPONSE VERBATIM.

_Because it says the name right here._

                                                         CONTINUE.

7.0 What other brand name or names, if any, do you believe are used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_The Pink collection_

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:
RECORD FIRST RESPONSE TO Q7.0: _Pink collection_

Why do you say that __INSERT 1ST RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_I know because I purchase the pink collection in Victoria's Secret._

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that __INSERT 2ND RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that __INSERT 3RD RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

8.0   Now, I am going to ask you a question that has three choices.  **PAUSE.**  After I am done, if you want me to read the question again, just ask me.  **PAUSE.**

Do you believe that this product with this name
...**READ LIST**...

one, <u>is</u> being put out with the authorization or approval of any other company or companies;

two, is <u>not</u> being put out with the authorization or approval of any other company or companies; or

three, don't know or have no opinion?

**RECORD RESPONSE VERBATIM.**

_Don't know_

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
OTHERWISE, GO TO --> Q9.0.

8.1   With what other company or companies?
**RECORD RESPONSE VERBATIM.**

IF 'DON'T KNOW' NAME(S),
GO TO --> Q8.3;
OTHERWISE, CONTINUE.

8.2   Why do you say that?
**RECORD RESPONSE VERBATIM.**

GO TO --> Q9.0.

8.3   Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for this product with this name?
**RECORD RESPONSE VERBATIM.**

CONTINUE.

9.0   Now, I am going to ask you another question that has three
      choices. PAUSE. Again, after I am done, if you want me to
      read the question again, just ask me. PAUSE.

      Do you believe that the company that puts out this product
      with this name...READ LIST...

         one, <u>has</u> a business affiliation or business connection
         with any other company or companies;

         two, does <u>not</u> have a business affiliation or business
         connection with any other company or companies; or

         three, don't know or have no opinion?

      RECORD RESPONSE VERBATIM.
      _____*Does not*_____

         IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
                                          OTHERWISE, GO TO --> Q10.0.

9.1   With what other company or companies?
      RECORD RESPONSE VERBATIM.

      _____

      _____

                                          IF 'DON'T KNOW' NAME(S),
                                              GO TO --> Q9.3;
                                          OTHERWISE, CONTINUE.

9.2   Why do you say that?
      RECORD RESPONSE VERBATIM.

      _____

      _____

                                          GO TO --> Q10.0.

9.3   Even though you don't know the name or names, what if
      anything, can you tell me about the company or
      companies that you believe have a business affiliation
      or business connection with the company that puts out
      this product with this name?
      RECORD RESPONSE VERBATIM.

      _____

      _____

                                                          CONTINUE.

10.0  Would you please tell me what letter is on the back of the
      bottle?
      RECORD LETTER.

      LETTER: ___*Y*___   CONTINUE.

      PUT PRODUCT BACK IN BAG AND CONTINUE.

11.0 Within the past six months, have you had your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

    __X__ 1. yes
    _____ 2. no    ⎤ CONTINUE.
    _____ 3. don't recall ⎦

11.1 Within the next six months, are you likely to have your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

    __X__ 1. yes
    _____ 2. no    ⎤ CONTINUE.
    _____ 3. don't know ⎦


**VERIFICATION:**

    Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent N[REDACTED]

Telephone N[REDACTED]

ASK: Is tha[REDACTED]
**RECORD RESPONSE WITH AN 'X.'**

    __X__ 1. daytime telephone number
    _____ 2. evening telephone number

**THANK RESPONDENT FOR HER TIME AND PARTICIPATION.**

---

Interviewer Certification:

    I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_Mindy Lehman_      _1/22/08_
Interviewer's signature      Date

---

Supervisor Validation:

    I hereby certify that I personally met this respondent and confirmed her answers to questions 1.0 through 2.1.

_[signature]_
Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE <u>BACK</u> OF THIS QUESTIONNAIRE. <u>DO THIS NOW.</u>

FEMALES ONLY

FB&A 1/08
#1302A

SCREENER - Y

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0  **RECORD GENDER:**

    _____ 1. male **TERMINATE.**

    __X__ 2. female **CONTINUE.**

1.1  So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST.   RECORD RESPONSE WITH AN 'X.'**

    _____ 1. under 18  **TERMINATE.**

    __X__ 2. 18 to 34 ┐

    _____ 3. 35 to 54 ├─ **CHECK SCREENING QUOTA.   CONTINUE.**

    _____ 4. 55 or over ┘

    _____ 5. refused  **DO NOT READ.   TERMINATE.**

                                                                     **REUSE.**

2.0  Within the past six months, have you purchased any of the following hair care products?
**READ LIST.   RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| - shampoo? | _X_ 1. | ____ 2. | ____ 3. |
| - conditioner? | _X_ 1. | ____ 2. | ____ 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | _X_ 1. | ____ 2. | ____ 3. |
| - straightening balm? | ____ 1. | _X_ 2. | ____ 3. |
| - curl-enhancing spray? | ____ 1. | _X_ 2. | ____ 3. |
| - shine serum? | ____ 1. | _X_ 2. | ____ 3. |

                                                     **CONTINUE.**

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ___ 2. | ___ 3. |
| - conditioner? | X 1. | ___ 2. | ___ 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | X 1. | ___ 2. | ___ 3. |
| - straightening balm? | ___ 1. | X 2. | ___ 3. |
| - curl-enhancing spray? | ___ 1. | X 2. | ___ 3. |
| - shine serum? | ___ 1. | X 2. | ___ 3. |

IF 'YES,' TO ANY, CONTINUE;
OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ___ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care product? | ___ 1. | X 2. |

IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

___ 1. yes  TERMINATE.

X 2. no/don't recall  CONTINUE.

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

___ 1. yes  TERMINATE.

X 2. no  CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you are shopping?
**RECORD RESPONSE WITH AN 'X.'**

X 1. yes  CONTINUE.

___ 2. no  GO TO --> INVITATION TO INTERVIEW.

5.1  Do you have them with you at this time?
     **RECORD RESPONSE WITH AN 'X.'**

     __X__ 1.  yes  **CONTINUE.**

     _____ 2.  no   **TERMINATE.**


5.2  Will you please wear them during the rest of the interview?
     **RECORD RESPONSE WITH AN 'X.'**

     __X__ 1.  yes, agreed  **CONTINUE.**

     _____ 2.  no, refused  **TERMINATE.**


**INVITATION TO INTERVIEW:**

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
     **RECORD RESPONSE WITH AN 'X.'**

     __X__ 1.  yes, agreed  **CONTINUE.**

     _____ 2.  no, refused  **TERMINATE.**