Rotation 1

STAPLE SCREENER TO <u>BACK</u> OF QUESTIONNAIRE.  DO THIS NOW.   3620

QUESTIONNAIRE - Y

DO <u>NOT</u> ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

    In a moment, I am going to show you a picture of a retail display; and after that, I am going to show you a product from that display.  Then I will ask you a couple of questions.

    Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE PICTURE __Y__ OUT OF FILE AND HAND TO RESPONDENT.

    Would you please look at this picture as you would if you saw this display in a store.

    Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

GET PICTURE BACK AND PUT BACK IN FILE.

REMOVE PRODUCT __Y__ FROM BAG AND HAND TO RESPONDENT.

    This is a product from the display like the one you saw in the picture.  Please look at this product as you would if you saw it in a store and were considering purchasing this product.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

6.0  Who, or what company, do you believe puts out this product with this name?
    RECORD RESPONSE VERBATIM.

    *So Sexy*

                         IF 'DON'T KNOW,' GO TO --> Q7.0;
                                  OTHERWISE, CONTINUE.

6.1  Why do you say that?
    RECORD RESPONSE VERBATIM.

    *Because So Sexy is written on the bottle.*

                                                     CONTINUE.

7.0 What other brand name or names, if any, do you believe are used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_Victoria's Secret_

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: _Victoria's Secret_

Why do you say that INSERT 1ST RESPONSE TO Q7.0 is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_Because the color on the bottle, pink, is Victoria's Secret's color._

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that INSERT 2ND RESPONSE TO Q7.0 is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that INSERT 3RD RESPONSE TO Q7.0 is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

8.0  Now, I am going to ask you a question that has three choices. PAUSE. After I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that this product with this name
...READ LIST...

one, <u>is</u> being put out with the authorization or approval of any other company or companies;

two, is <u>not</u> being put out with the authorization or approval of any other company or companies; or

three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_two, is not being put out_

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
                                 OTHERWISE, GO TO --> Q9.0.

8.1  With what other company or companies?
RECORD RESPONSE VERBATIM.

_____

_____

                          IF 'DON'T KNOW' NAME(S),
                                 GO TO --> Q8.3;
                              OTHERWISE, CONTINUE.

8.2  Why do you say that?
RECORD RESPONSE VERBATIM.

_____

_____

                                 GO TO --> Q9.0.

8.3  Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

                                          CONTINUE.

9.0 Now, I am going to ask you another question that has three choices. PAUSE. Again, after I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that the company that puts out this product with this name...READ LIST...

    one, <u>has</u> a business affiliation or business connection with any other company or companies;

    two, does <u>not</u> have a business affiliation or business connection with any other company or companies; or

    three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_two, does not_

IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
                               OTHERWISE, GO TO --> Q10.0.

9.1 With what other company or companies?
RECORD RESPONSE VERBATIM.

_____

_____

IF 'DON'T KNOW' NAME(S),
GO TO --> Q9.3;
OTHERWISE, CONTINUE.

9.2 Why do you say that?
RECORD RESPONSE VERBATIM.

_____

_____

GO TO --> Q10.0.

9.3 Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

CONTINUE.

10.0 Would you please tell me what letter is on the back of the bottle?
RECORD LETTER.

LETTER: _Y_   CONTINUE.

PUT PRODUCT BACK IN BAG AND CONTINUE.

3620

11.0 Within the past six months, have you had your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

    _X_ 1. yes
    ___ 2. no    ⎤ CONTINUE.
    ___ 3. don't recall ⎦

11.1 Within the next six months, are you likely to have your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

    _X_ 1. yes
    ___ 2. no    ⎤ CONTINUE.
    ___ 3. don't know ⎦

**VERIFICATION:**

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent N[REDACTED]

Telephone Nu[REDACTED]

ASK: Is tha[REDACTED]
RECORD RESPONSE WITH AN 'X.'

    _X_ 1. daytime telephone number
    ___ 2. evening telephone number

**THANK RESPONDENT FOR HER TIME AND PARTICIPATION.**

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_Carol Hernandez_      _1-25-08_
Interviewer's signature      Date

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed her answers to questions 1.0 through 2.1.

_Rose Marie O'Sullivan_
Supervisor's signature

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE **BACK** OF THIS QUESTIONNAIRE. <u>DO THIS NOW.</u>

FEMALES ONLY

FB&A
1/08
#1302A  3620

SCREENER - Y

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

   _____ 1. male  **TERMINATE.**

   __X__ 2. female  **CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
   **READ LIST. RECORD RESPONSE WITH AN 'X.'**

   _____ 1. under 18  **TERMINATE.**

   __X__ 2. 18 to 34 ⎤
   _____ 3. 35 to 54 ⎬  **CHECK SCREENING QUOTA. CONTINUE.**
   _____ 4. 55 or over ⎦

   _____ 5. refused  **DO NOT READ. TERMINATE.**
                                                                     **REUSE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
   **READ LIST. RECORD RESPONSES WITH AN 'X.'**

| | Yes | No | Don't Recall |
|---|---|---|---|
| - shampoo? | __X__ 1. | _____ 2. | _____ 3. |
| - conditioner? | __X__ 1. | _____ 2. | _____ 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | __X__ 1. | _____ 2. | _____ 3. |
| - straightening balm? | __X__ 1. | _____ 2. | _____ 3. |
| - curl-enhancing spray? | __X__ 1. | _____ 2. | _____ 3. |
| - shine serum? | __X__ 1. | _____ 2. | _____ 3. |

                                  **CONTINUE.**

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ___ 2. | ___ 3. |
| - conditioner? | X 1. | ___ 2. | ___ 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | X 1. | ___ 2. | ___ 3. |
| - straightening balm? | X 1. | ___ 2. | ___ 3. |
| - curl-enhancing spray? | X 1. | ___ 2. | ___ 3. |
| - shine serum? | X 1. | ___ 2. | ___ 3. |

IF 'YES,' TO ANY, CONTINUE; OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ___ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care product? | ___ 1. | X 2. |

IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

___ 1.  yes  TERMINATE.

X  2.  no/don't recall  CONTINUE.

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

___ 1.  yes  TERMINATE.

X  2.  no  CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you are shopping?
**RECORD RESPONSE WITH AN 'X.'**

___ 1.  yes  CONTINUE.

X  2.  no  GO TO --> INVITATION TO INTERVIEW.

3620

5.1  Do you have them with you at this time?
    **RECORD RESPONSE WITH AN 'X.'**

    _____ 1.  yes  **CONTINUE.**

    _____ 2.  no   **TERMINATE.**


5.2  Will you please wear them during the rest of the interview?
    **RECORD RESPONSE WITH AN 'X.'**

    _____ 1.  yes, agreed  **CONTINUE.**

    _____ 2.  no, refused  **TERMINATE.**


**INVITATION TO INTERVIEW:**

    We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall.  This will take only a few minutes of your time.  Would you come with me, please?
    **RECORD RESPONSE WITH AN 'X.'**

    __X__ 1.  yes, agreed  **CONTINUE.**

    _____ 2.  no, refused  **TERMINATE.**

STAPLE SCREENER TO BACK OF QUESTIONNAIRE.  DO THIS NOW.    3623

QUESTIONNAIRE - Y

DO NOT ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

In a moment, I am going to show you a picture of a retail display; and after that, I am going to show you a product from that display.  Then I will ask you a couple of questions.

Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE PICTURE __Y__ OUT OF FILE AND HAND TO RESPONDENT.

Would you please look at this picture as you would if you saw this display in a store.

Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

GET PICTURE BACK AND PUT BACK IN FILE.

REMOVE PRODUCT __Y__ FROM BAG AND HAND TO RESPONDENT.

This is a product from the display like the one you saw in the picture.  Please look at this product as you would if you saw it in a store and were considering purchasing this product.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

6.0 Who, or what company, do you believe puts out this product with this name?
RECORD RESPONSE VERBATIM.

_Macy's_

IF 'DON'T KNOW,' GO TO --> Q7.0;
OTHERWISE, CONTINUE.

6.1 Why do you say that?
RECORD RESPONSE VERBATIM.

_Cause it looks like it is sold in a department store._

CONTINUE.

7.0 What other brand name or names, if any, do you believe are used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_Victoria's Secret, JC Penny_

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: _Victoria's Secret_

Why do you say that __INSERT 1ST RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_Because that name is on the bottle._

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _JC Penny_

Why do you say that __INSERT 2ND RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_Cause that is another major department store that sells this kind of stuff._

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that __INSERT 3RD RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

8.0  Now, I am going to ask you a question that has three choices. PAUSE. After I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that this product with this name
...READ LIST...

   one, is being put out with the authorization or approval of any other company or companies;

   two, is not being put out with the authorization or approval of any other company or companies; or

   three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_I believe it is._

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
                                    OTHERWISE, GO TO --> Q9.0.

8.1  With what other company or companies?
RECORD RESPONSE VERBATIM.

_Victoria's Secret or Reggis_

IF 'DON'T KNOW' NAME(S),
GO TO --> Q8.3;
OTHERWISE, CONTINUE.

8.2  Why do you say that?
RECORD RESPONSE VERBATIM.

_because they sell stuff with crazy names._

GO TO --> Q9.0.

8.3  Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

CONTINUE.

3623

9.0   Now, I am going to ask you another question that has three choices. PAUSE. Again, after I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that the company that puts out this product with this name...READ LIST...

    one, has a business affiliation or business connection with any other company or companies;

    two, does not have a business affiliation or business connection with any other company or companies; or

    three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_I think it does_

IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
OTHERWISE, GO TO --> Q10.0.

9.1   With what other company or companies?
RECORD RESPONSE VERBATIM.

_Victoria's Secret_

IF 'DON'T KNOW' NAME(S),
GO TO --> Q9.3;
OTHERWISE, CONTINUE.

9.2   Why do you say that?
RECORD RESPONSE VERBATIM.

_Because it says distributed by victoria's secret beauty company_

GO TO --> Q10.0.

9.3   Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

CONTINUE.

10.0  Would you please tell me what letter is on the back of the bottle?
RECORD LETTER.

LETTER: _Y_   CONTINUE.

PUT PRODUCT BACK IN BAG AND CONTINUE.

Rotation 1
Questionnaire - Y, Page 5

3623

11.0 Within the past six months, have you had your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

___ 1. yes
_X_ 2. no       ⎱ CONTINUE.
___ 3. don't recall ⎰

11.1 Within the next six months, are you likely to have your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

_✓_ 1. yes
___ 2. no       ⎱ CONTINUE.
___ 3. don't know ⎰


**VERIFICATION:**

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent N[Redacted]
Telephone N[Redacted]

ASK: Is tha[Redacted]
**RECORD RESPONSE WITH AN 'X.'**

_✓_ 1. daytime telephone number
___ 2. evening telephone number

**THANK RESPONDENT FOR HER TIME AND PARTICIPATION.**

| Interviewer Certification: |
|---|
| I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me. |
| _____    1-26-08 |
| Interviewer's signature           Date |

| Supervisor Validation: |
|---|
| I hereby certify that I personally met this respondent and confirmed her answers to questions 1.0 through 2.1. |
| _____ |
| Supervisor's signature |

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE. DO THIS NOW.

FEMALES ONLY

FB&A
1/08
#1302A

3623

SCREENER - Y

Hello. My name is \_\_\_\_, and I am with \_\_\_\_. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

　\_\_\_\_1.　male　**TERMINATE.**

　✓\_\_\_2.　female　**CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
READ LIST. RECORD RESPONSE WITH AN 'X.'

　\_\_\_\_1.　under 18　**TERMINATE.**

　\_\_\_\_2.　18 to 34 ⎤

　X\_\_\_3.　35 to 54　⎬　**CHECK SCREENING QUOTA. CONTINUE.**

　\_\_\_\_4.　55 or over ⎦

　\_\_\_\_5.　refused　**DO NOT READ. TERMINATE.**

　　　　　　　　　　　　　　　　　　　　　　　**REUSE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
READ LIST. RECORD RESPONSES WITH AN 'X.'

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | \_\_\_ 2. | \_\_\_ 3. |
| conditioner? | X 1. | \_\_\_ 2. | \_\_\_ 3. |
| hair spray, styling gel, mousse, pomade, or style creme? | ✓ 1. | \_\_\_ 2. | \_\_\_ 3. |
| straightening balm? | \_\_\_ 1. | ✓ 2. | \_\_\_ 3. |
| curl-enhancing spray? | \_\_\_ 1. | ✓ 2. | \_\_\_ 3. |
| shine serum? | X 1. | \_\_\_ 2. | \_\_\_ 3. |

**CONTINUE.**

3623

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ___ 2. | ___ 3. |
| - conditioner? | ✓ 1. | ___ 2. | ___ 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | X 1. | ___ 2. | ___ 3. |
| - straightening balm? | ___ 1. | X 2. | ___ 3. |
| - curl-enhancing spray? | ___ 1. | X 2. | ___ 3. |
| - shine serum? | ✓ 1. | ___ 2. | ___ 3. |

**IF 'YES,' TO ANY, CONTINUE; OTHERWISE, TERMINATE.**

3.0 Do you, or does anyone else in your home, work for...
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ___ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care product? | ___ 1. | ✓ 2. |

**IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.**

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

___ 1. yes   TERMINATE.

X  2. no/don't recall   CONTINUE.

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

___ 1. yes   TERMINATE.

X  2. no   CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you are shopping?
**RECORD RESPONSE WITH AN 'X.'**

___ 1. yes   CONTINUE.

✓ 2. no   GO TO --> INVITATION TO INTERVIEW.

3623

5.1 Do you have them with you at this time?
**RECORD RESPONSE WITH AN 'X.'**

    \_\_\_\_\_1. yes  **CONTINUE.**

    \_\_\_\_\_2. no  **TERMINATE.**

5.2 Will you please wear them during the rest of the interview?
**RECORD RESPONSE WITH AN 'X.'**

    \_\_\_\_\_1. yes, agreed  **CONTINUE.**

    \_\_\_\_\_2. no, refused  **TERMINATE.**

**INVITATION TO INTERVIEW:**

    We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
**RECORD RESPONSE WITH AN 'X.'**

    __X__1. yes, agreed  **CONTINUE.**

    \_\_\_\_\_2. no, refused  **TERMINATE.**