# EXHIBIT J TO

# FORD MOTION IN LIMINE

STAPLE SCREENER TO BACK OF QUESTIONNAIRE. DO THIS NOW.

QUESTIONNAIRE - W

DO NOT ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

    In a moment, I am going to show you the survey exhibit, then I will ask you a couple of questions.

    Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE EXHIBIT CARD __W__ OUT OF FILE AND HAND TO RESPONDENT.

    Please look at the products and name on this survey exhibit.

    Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES HE/SHE IS READY TO CONTINUE.

6.0  Who, or what company, do you believe puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

_Don't know, I would guess Victoria Secret._

                                      IF 'DON'T KNOW,' GO TO --> Q7.0;
                                           OTHERWISE, CONTINUE.

6.1  Why do you say that?
RECORD RESPONSE VERBATIM.

_There known for naming products sexy like many of there fragrances._

                                                           CONTINUE.

7.0 What other brand name or names, if any, do you believe are used by the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

Pink

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: Pink

Why do you say that  INSERT 1ST RESPONSE TO Q7.0  is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

There associated with Victoria Secret, and this brand is popular under Victoria Secret.

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that  INSERT 2ND RESPONSE TO Q7.0  is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that  INSERT 3RD RESPONSE TO Q7.0  is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

8.0 Now, I am going to ask you a question that has three choices. PAUSE. After I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that the products on this card with this name ...READ LIST...

    one, are not being put out with the authorization or approval of any other company or companies;

    two, are being put out with the authorization or approval of any other company or companies; or

    three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_Don't know_

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
OTHERWISE, GO TO --> Q9.0.

8.1 With what other company or companies?
RECORD RESPONSE VERBATIM.

_____

_____

IF 'DON'T KNOW' NAME(S),
GO TO --> Q8.3;
OTHERWISE, CONTINUE.

8.2 Why do you say that?
RECORD RESPONSE VERBATIM.

_____

_____

GO TO --> Q9.0.

8.3 Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for the products on this card with this name?
RECORD RESPONSE VERBATIM.

_____

_____

CONTINUE.

9.0 Now, I am going to ask you another question that has three choices. PAUSE. Again, after I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that the company that puts out the products on this card with this name...READ LIST...

one, does not have a business affiliation or business connection with any other company or companies;

two, has a business affiliation or business connection with any other company or companies; or

three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_I think it probably would._

IF '....HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
OTHERWISE, GO TO --> Q10.0.

9.1 With what other company or companies?
RECORD RESPONSE VERBATIM.

_Don't know, probably Victoria Secret._

IF 'DON'T KNOW' NAME(S),
GO TO --> Q9.3;
OTHERWISE, CONTINUE.

9.2 Why do you say that?
RECORD RESPONSE VERBATIM.

_Because there releasing a smaller brand under there name._

GO TO --> Q10.0.

9.3 Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

_____

_____

CONTINUE.

10.0 Would you please tell me what letter is on the back of the card?
RECORD LETTER.

LETTER: _W_    CONTINUE.

PUT EXHIBIT CARD BACK IN FILE AND CONTINUE.

VERIFICATION:

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: [Redacted]

Telephone Number: [Redacted]

ASK: Is that a daytime or evening telephone number?
RECORD RESPONSE WITH AN 'X.'

_____1. daytime telephone number

___✓__2. evening telephone number

THANK RESPONDENT FOR HIS/HER TIME AND PARTICIPATION.

---

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_____   __1/11/08__
Interviewer's signature                 Date

---

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed his/her answers to questions 1.0 through 2.1.

_____
Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE. DO THIS NOW.

FB&A
1/08
#1302

1514

SCREENER - W

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 RECORD GENDER:

__✓__ 1. male ─┐
_____ 2. female ─┘  **CHECK SCREENING QUOTA. CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

_____ 1. under 18  **TERMINATE.**
_____ 2. 18 to 34 ─┐
__✓__ 3. 35 to 54  ├─ **CHECK SCREENING QUOTA. CONTINUE.**
_____ 4. 55 or over ─┘
_____ 5. refused  **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | ✓ 1. | _____ 2. | _____ 3. |
| conditioner? | ✓ 1. | _____ 2. | _____ 3. |
| hair spray, styling gel, mousse, or pomade? | _____ 1. | ✓ 2. | _____ 3. |
| straightener? | _____ 1. | ✓ 2. | _____ 3. |
| dyes, rinses, highlighter or hair mascara? | _____ 1. | ✓ 2. | _____ 3. |
| hair glitter? | _____ 1. | ✓ 2. | _____ 3. |
| hair removing creams? | _____ 1. | ✓ 2. | _____ 3. |

**CONTINUE.**

2.1  Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST.  RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | ✓ 1. | ____ 2. | ____ 3. |
| - conditioner? | ✓ 1. | ____ 2. | ____ 3. |
| - hair spray, styling gel, mousse, or pomade? | ____ 1. | ✓ 2. | ____ 3. |
| - straightener? | ____ 1. | ✓ 2. | ____ 3. |
| - dyes, rinses, highlighter or hair mascara? | ____ 1. | ✓ 2. | ____ 3. |
| - hair glitter? | ____ 1. | ✓ 2. | ____ 3. |
| - hair removing creams? | ____ 1. | ✓ 2. | ____ 3. |

**IF 'YES,' TO ANY, CONTINUE; OTHERWISE, TERMINATE.**

3.0  Do you, or does anyone else in your home, work for...
**READ LIST.  RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ____ 1. | ✓ 2. |
| - a retail store or company that makes, sells, or distributes any hair care products? | ____ 1. | ✓ 2. |

**IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.**

4.0  Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

____ 1.  yes  **TERMINATE.**
✓ 2.  no/don't recall  **CONTINUE.**

4.1  During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

____ 1.  yes  **TERMINATE.**
✓ 2.  no  **CONTINUE.**

5.0  Do you usually wear contact lenses or eyeglasses when you are reading?
**RECORD RESPONSE WITH AN 'X.'**

____ 1.  yes  **CONTINUE.**
✓ 2.  no  **GO TO --> INVITATION TO INTERVIEW.**

5.1  Do you have them with you at this time?
     **RECORD RESPONSE WITH AN 'X.'**

     \_\_\_\_\_1.  yes   CONTINUE.

     \_\_\_\_\_2.  no    TERMINATE.


5.2  Will you please wear them during the rest of the interview?
     **RECORD RESPONSE WITH AN 'X.'**

     \_\_\_\_\_1.  yes, agreed   CONTINUE.

     \_\_\_\_\_2.  no, refused   TERMINATE.


**INVITATION TO INTERVIEW:**

   We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall.  This will take only a few minutes of your time.  Would you come with me, please?
     **RECORD RESPONSE WITH AN 'X.'**

     ✓\_\_\_\_1.  yes, agreed   CONTINUE.

     \_\_\_\_\_2.  no, refused   TERMINATE.

STAPLE SCREENER TO BACK OF QUESTIONNAIRE. DO THIS NOW.

QUESTIONNAIRE - W

DO NOT ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

    In a moment, I am going to show you the survey exhibit; then I will ask you a couple of questions.

    Please understand that we are only interested in your opinions, and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE EXHIBIT CARD __W__ OUT OF FILE AND HAND TO RESPONDENT.

    Please look at the products and name on this survey exhibit.

    Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES HE/SHE IS READY TO CONTINUE.

6.0 Who, or what company, do you believe puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

*So Sexy*

IF 'DON'T KNOW,' GO TO --> Q7.0,
OTHERWISE, CONTINUE.

6.1 Why do you say that?
RECORD RESPONSE VERBATIM.

*ITS THE ONLY NAME THATS ON THE SHEET*

CONTINUE.

Rotation 1

1520

STAPLE SCREENER TO BACK OF QUESTIONNAIRE.  DO THIS NOW.

QUESTIONNAIRE - W

DO NOT ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

In a moment, I am going to show you the survey exhibit; then I will ask you a couple of questions.

Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE EXHIBIT CARD __W__ OUT OF FILE AND HAND TO RESPONDENT.

Please look at the products and name on this survey exhibit.

Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES HE/SHE IS READY TO CONTINUE.

6.0 Who, or what company, do you believe puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

VO5

IF 'DON'T KNOW,' GO TO --> Q7.0;
OTHERWISE, CONTINUE.

6.1 Why do you say that?
RECORD RESPONSE VERBATIM.

That's what I use, and its the first name that come to mind.

CONTINUE.

7.0 What other brand name or names, if any, do you believe are used by the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

L'Oreal

                  IF 'DON'T KNOW,' GO TO --> Q8.0;
                  OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: L'Oreal

Why do you say that __INSERT 1ST RESPONSE TO Q7.0__ is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

They have hair care and skin products similar to the ones on the card.

        IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
        OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that __INSERT 2ND RESPONSE TO Q7.0__ is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

        IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
        OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that __INSERT 3RD RESPONSE TO Q7.0__ is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

        IF MORE THAN THREE RESPONSES AT Q7.0,
        USE BACK OF PAGE AND CONTINUE;
        OTHERWISE, GO TO --> Q8.0.

8.0  Now, I am going to ask you a question that has three choices.  PAUSE.  After I am done, if you want me to read the question again, just ask me.  PAUSE.

Do you believe that the products on this card with this name ...READ LIST...

   one, <u>are</u> being put out with the authorization or approval of any other company or companies;

   two, are <u>not</u> being put out with the authorization or approval of any other company or companies; or

   three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_I believe there put out with authorization_

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
                                        OTHERWISE, GO TO --> Q9.0.

8.1  With what other company or companies?
RECORD RESPONSE VERBATIM.

_The competitive companys like the ones I mention_
_VO5 and Loreal_

                                        IF 'DON'T KNOW' NAME(S),
                                            GO TO --> Q8.3;
                                        OTHERWISE, CONTINUE.

8.2  Why do you say that?
RECORD RESPONSE VERBATIM.

_Its a competition_

                                                GO TO --> Q9.0.

8.3  Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for the products on this card with this name?
RECORD RESPONSE VERBATIM.

_There upgrading these products_  KJ 1/11/08

                                                CONTINUE.

9.0  Now, I am going to ask you another question that has three choices. **PAUSE.** Again, after I am done, if you want me to read the question again, just ask me. **PAUSE.**

Do you believe that the company that puts out the products on this card with this name...READ LIST...

one, has a business affiliation or business connection with any other company or companies;

two, does not have a business affiliation or business connection with any other company or companies; or

three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

Don't Know

IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
OTHERWISE, GO TO --> Q10.0.

9.1  With what other company or companies?
RECORD RESPONSE VERBATIM.

IF 'DON'T KNOW' NAME(S),
GO TO --> Q9.3;
OTHERWISE, CONTINUE.

9.2  Why do you say that?
RECORD RESPONSE VERBATIM.

GO TO --> Q10.0.

9.3  Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

CONTINUE.

10.0 Would you please tell me what letter is on the back of the card?
RECORD LETTER.

LETTER: W        CONTINUE.

PUT EXHIBIT CARD BACK IN FILE AND CONTINUE.

1520

VERIFICATION:

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: __[Redacted]__

Telephone Number: __[Redacted]__

ASK: Is that a daytime or evening telephone number?
RECORD RESPONSE WITH AN 'X.'

    ✓ 1. daytime telephone number

    ✓ 2. evening telephone number

THANK RESPONDENT FOR HIS/HER TIME AND PARTICIPATION.

---

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_[signature]_                                    _1/11/07_
Interviewer's signature                          Date

---

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed his/her answers to questions 1.0 through 2.1.

_[signature]_
Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE <u>BACK</u> OF THIS QUESTIONNAIRE. <u>DO THIS NOW.</u>

FB&A
1/08
#1302

1520

SCREENER - W

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

_____ 1. male ⎤
__✓__ 2. female ⎦ **CHECK SCREENING QUOTA. CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

_____ 1. under 18   **TERMINATE.**
__✓__ 2. 18 to 34 ⎤
_____ 3. 35 to 54 ⎦ **CHECK SCREENING QUOTA. CONTINUE.**
_____ 4. 55 or over
_____ 5. refused   **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | ✓ 1. | _____ 2. | _____ 3. |
| conditioner? | ✓ 1. | _____ 2. | _____ 3. |
| hair spray, styling gel, mousse, or pomade? | _____ 1. | ✓ 2. | _____ 3. |
| straightener? | _____ 1. | ✓ 2. | _____ 3. |
| dyes, rinses, highlighter or hair mascara? | _____ 1. | ✓ 2. | _____ 3. |
| hair glitter? | _____ 1. | ✓ 2. | _____ 3. |
| hair removing creams? | _____ 1. | ✓ 2. | _____ 3. |

**CONTINUE.**

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | ✓ 1. | ___ 2. | ___ 3. |
| - conditioner? | ✓ 1. | ___ 2. | ___ 3. |
| - hair spray, styling gel, mousse, or pomade? | ___ 1. | ✓ 2. | ___ 3. |
| - straightener? | ___ 1. | ✓ 2. | ___ 3. |
| - dyes, rinses, highlighter or hair mascara? | ___ 1. | ✓ 2. | ___ 3. |
| - hair glitter? | ___ 1. | ✓ 2. | ___ 3. |
| - hair removing creams? | ___ 1. | ✓ 2. | ___ 3. |

IF 'YES,' TO ANY, CONTINUE;
OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ___ 1. | ✓ 2. |
| - a retail store or company that makes, sells, or distributes any hair care products? | ___ 1. | ✓ 2. |

IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

___ 1.   yes   **TERMINATE.**
✓ 2.   no/don't recall   **CONTINUE.**

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

___ 1.   yes   **TERMINATE.**
✓ 2.   no   **CONTINUE.**

5.0 Do you usually wear contact lenses or eyeglasses when you are reading?
**RECORD RESPONSE WITH AN 'X.'**

___ 1.   yes   **CONTINUE.**
X 2.   no   **GO TO --> INVITATION TO INTERVIEW.**

1520

5.1  Do you have them with you at this time?
     **RECORD RESPONSE WITH AN 'X.'**

     _____ 1.  yes  **CONTINUE.**

     _____ 2.  no   **TERMINATE.**


5.2  Will you please wear them during the rest of the interview?
     **RECORD RESPONSE WITH AN 'X.'**

     _____ 1.  yes, agreed  **CONTINUE.**

     _____ 2.  no, refused  **TERMINATE.**


**INVITATION TO INTERVIEW:**

   We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
     **RECORD RESPONSE WITH AN 'X.'**

     _____ 1.  yes, agreed  **CONTINUE.**

     __X__ 2.  no, refused  **TERMINATE.**