Rotation 4

1603

STAPLE SCREENER TO BACK OF QUESTIONNAIRE.   DO THIS NOW.

QUESTIONNAIRE - W

DO NOT ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

   In a moment, I am going to show you the survey exhibit; then I will ask you a couple of questions.

   Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE EXHIBIT CARD __W__ OUT OF FILE AND HAND TO RESPONDENT.

   Please look at the products and name on this survey exhibit.

   Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES HE/SHE IS READY TO CONTINUE.

6.0  Who, or what company, do you believe puts out the products on this card with this name?
     RECORD RESPONSE VERBATIM.

     _____Nair_____

     _____

     _____

     _____
                              IF 'DON'T KNOW,' GO TO --> 07.0;
                                        OTHERWISE, CONTINUE.

6.1  Why do you say that?
     RECORD RESPONSE VERBATIM.

     _____it is the first thing I can think_____

     _of_____

     _____

     _____
                                                CONTINUE.

7.0 What other brand name or names, if any, do you believe are used by the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

_got to be glue, Clairol, Suave_

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: _got to be glue_

Why do you say that __INSERT 1ST RESPONSE TO Q7.0__ is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

_they make hair gel_

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _Clairol_

Why do you say that __INSERT 2ND RESPONSE TO Q7.0__ is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

_Cause they make hair dye_

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _Suave_

Why do you say that __INSERT 3RD RESPONSE TO Q7.0__ is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

_Cause they make shampoo_

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

9.0  Now, I am going to ask you another question that has three
     choices. PAUSE. Again, after I am done, if you want me to
     read the question again, just ask me. PAUSE.

     Do you believe that the products on this card with this name
     ...READ LIST...

         one, are **not** being put out with the authorization or
         approval of any other company or companies;

         two, **are being put out** with the authorization or
         approval of any other company or companies; or

         three, don't know or have no opinion?
     RECORD RESPONSE VERBATIM.

     _____has a business connection_____

     IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
                                    OTHERWISE, GO TO --> Q10.0.

9.1  With what other company or companies?
     RECORD RESPONSE VERBATIM.

     _____don't know_____

                                    IF 'DON'T KNOW' NAME(S),
                                    GO TO --> Q9.3;
                                    OTHERWISE, CONTINUE.

9.2  Why do you say that?
     RECORD RESPONSE VERBATIM.

     _____

     _____
                                    GO TO --> Q10.0.

9.3  Even though you don't know the name or names, what, if
     anything, can you tell me about the company or
     companies that you believe gave their authorization or
     approval for the products on this card with this name?
     RECORD RESPONSE VERBATIM.

     _____I don't know_____

                                    CONTINUE.

10.0 Would you please tell me what letter is on the back of the
     card?
     RECORD LETTER.

     LETTER: __W__   CONTINUE.

     PUT EXHIBIT CARD BACK IN FILE AND CONTINUE.

VERIFICATION:

    Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: _____[Redacted]_____

Telephone Number: _____[Redacted]_____

ASK:  Is that a daytime or evening telephone number?
     RECORD RESPONSE WITH AN 'X.'

    __X__  1.  daytime telephone number

    _____  2.  evening telephone number

THANK RESPONDENT FOR HIS/HER TIME AND PARTICIPATION.

---

Interviewer Certification:

    I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_____[signature]_____    1-9-08
Interviewer's signature    Date

---

Supervisor Validation:

    I hereby certify that I personally met this respondent and confirmed his/her answers to questions 1.0 through 2.1.

_____
Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE.  DO THIS NOW.

FB&A
1/08
#1302  1603

SCREENER - W

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0  RECORD GENDER:

   _X_ 1.  male ⎤
                ⎬── CHECK SCREENING QUOTA.  CONTINUE.
   ___ 2.  female ⎦

1.1  So that we can get a mix of individuals in various age categories, would you please tell me if you are...
     READ LIST.  RECORD RESPONSE WITH AN 'X.'

   ___ 1.  under 18   TERMINATE.

   _X_ 2.  18 to 34 ⎤
   ___ 3.  35 to 54 ⎬── CHECK SCREENING QUOTA.  CONTINUE.
   ___ 4.  55 or over ⎦

   ___ 5.  refused    DO NOT READ.  TERMINATE.

2.0  Within the past six months, have you purchased any of the following hair care products?
     READ LIST.  RECORD RESPONSES WITH AN 'X.'

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | ___ 2. | ___ 3. |
| conditioner? | X 1. | ___ 2. | ___ 3. |
| hair spray, styling gel, mousse, or pomade? | X 1. | ___ 2. | ___ 3. |
| straightener? | ___ 1. | X 2. | ___ 3. |
| dyes, rinses, highlighter or hair mascara? | ___ 1. | X 2. | ___ 3. |
| hair glitter? | ___ 1. | X 2. | ___ 3. |
| hair removing creams? | ___ 1. | X 2. | ___ 3. |

                                                   CONTINUE.

Case 1:07-cv-05804-GEL   Document 15-16   Filed 05/02/2008   Page 7 of 16
Screener - W, Page 2   1663

2.1 Within the next six months, are you likely to purchase any
    of the following hair care products?
    **READ LIST.  RECORD RESPONSES WITH AN 'X.'**

    |  | Yes | No | Don't Know |
    |---|---|---|---|
    | shampoo? | X 1. | ___ 2. | ___ 3. |
    | conditioner? | X 1. | ___ 2. | ___ 3. |
    | hair spray, styling gel, mousse, or pomade? | X 1. | ___ 2. | ___ 3. |
    | straightener? | ___ 1. | X 2. | ___ 3. |
    | dyes, rinses, highlighter or hair mascara? | ___ 1. | X 2. | ___ 3. |
    | hair glitter? | ___ 1. | X 2. | ___ 3. |
    | hair removing creams? | ___ 1. | X 2. | ___ 3. |

    IF 'YES,' TO ANY, CONTINUE;
    OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
    **READ LIST.  RECORD RESPONSES WITH AN 'X.'**

    |  | Yes | No |
    |---|---|---|
    | an advertising agency or marketing research firm? | ___ 1. | X 2. |
    | a retail store or company that makes, sells, or distributes any hair care products? | ___ 1. | X 2. |

    IF 'YES' TO EITHER, TERMINATE.
    IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months,
    have you participated in any marketing research surveys,
    including online surveys?
    **RECORD RESPONSE WITH AN 'X.'**

    ___ 1.  yes   TERMINATE.

    X 2.  no/don't recall   CONTINUE.

4.1 During the past month, have you heard anything about the
    subject of any of the interviews we are conducting here at
    the mall?
    **RECORD RESPONSE WITH AN 'X.'**

    ___ 1.  yes   TERMINATE.

    X 2.  no   CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you
    are reading?
    **RECORD RESPONSE WITH AN 'X.'**

    ___ 1.  yes   CONTINUE.

    X 2.  no   GO TO --> INVITATION TO INTERVIEW.

5.1  Do you have them with you at this time?
     **RECORD RESPONSE WITH AN 'X.'**

     _____ 1.  yes  **CONTINUE.**

     _____ 2.  no   **TERMINATE.**

5.2  Will you please wear them during the rest of the interview?
     **RECORD RESPONSE WITH AN 'X.'**

     _____ 1.  yes, agreed  **CONTINUE.**

     _____ 2.  no, refused  **TERMINATE.**

**INVITATION TO INTERVIEW:**

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
     **RECORD RESPONSE WITH AN 'X.'**

     __X__ 1.  yes, agreed  **CONTINUE.**

     _____ 2.  no, refused  **TERMINATE.**

STAPLE SCREENER TO BACK OF QUESTIONNAIRE.   DO THIS NOW.    3233

QUESTIONNAIRE - Y

DO **NOT** ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

   In a moment, I am going to show you a picture of a retail display; and after that, I am going to show you a product from that display. Then I will ask you a couple of questions.

   Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE PICTURE __Y__ OUT OF FILE AND HAND TO RESPONDENT.

   Would you please look at this picture as you would if you saw this display in a store.

   Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

GET PICTURE BACK AND PUT BACK IN FILE.

REMOVE PRODUCT __Y__ FROM BAG AND HAND TO RESPONDENT.

   This is a product from the display like the one you saw in the picture. Please look at this product as you would if you saw it in a store and were considering purchasing this product.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

6.0   Who, or what company, do you believe puts out this product with this name?
      RECORD RESPONSE VERBATIM.

   _Victoria's Secrets._

                                    IF 'DON'T KNOW,' GO TO --> Q7.0;
                                              OTHERWISE, CONTINUE.

6.1   Why do you say that?
      RECORD RESPONSE VERBATIM.

   _It's on the bottle and my daughter gets their magazine and she shops there._

                                                        CONTINUE.

7.0  What other brand name or names, if any, do you believe are used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_____ I don't know. _____

_____

_____

                    IF 'DON'T KNOW,' GO TO --> Q8.0;
                               OTHERWISE, CONTINUE.

7.1  ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0:_____

Why do you say that __INSERT 1ST RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

_____

                    IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
                               OTHERWISE, GO TO --> Q8.0.

7.2  RECORD SECOND RESPONSE TO Q7.0:_____

Why do you say that __INSERT 2ND RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

_____

                    IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
                               OTHERWISE, GO TO --> Q8.0.

7.3  RECORD THIRD RESPONSE TO Q7.0:_____

Why do you say that __INSERT 3RD RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

_____

                    IF MORE THAN THREE RESPONSES AT Q7.0,
                         USE BACK OF PAGE AND CONTINUE;
                               OTHERWISE, GO TO --> Q8.0.

3233

8.0  Now, I am going to ask you a question that has three choices. PAUSE. After I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that this product with this name ...READ LIST...

> one, is being put out with the authorization or approval of any other company or companies;
>
> two, is not being put out with the authorization or approval of any other company or companies; or
>
> three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_I guess a company, Maybe Procter and Gamble._

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
OTHERWISE, GO TO --> Q9.0.

8.1  With what other company or companies?
RECORD RESPONSE VERBATIM.

_Procter and Gamble_

IF 'DON'T KNOW' NAME(S),
GO TO --> Q8.3;
OTHERWISE, CONTINUE.

8.2  Why do you say that?
RECORD RESPONSE VERBATIM.

_It is a big company._

GO TO --> Q9.0.

8.3  Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for this product with this name?
RECORD RESPONSE VERBATIM.

_____

_____

CONTINUE.

9.0  Now, I am going to ask you another question that has three choices. PAUSE. Again, after I am done, if you want me to read the question again, just ask me. PAUSE.

   Do you believe that the company that puts out this product with this name...READ LIST...

   one, <u>has</u> a business affiliation or business connection with any other company or companies;

   two, does <u>not</u> have a business affiliation or business connection with any other company or companies; or

   three, don't know or have no opinion?

   RECORD RESPONSE VERBATIM.

   _I don't know._

   IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
   OTHERWISE, GO TO --> Q10.0.

9.1  With what other company or companies?
   RECORD RESPONSE VERBATIM.

   IF 'DON'T KNOW' NAME(S),
   GO TO --> Q9.3;
   OTHERWISE, CONTINUE.

9.2  Why do you say that?
   RECORD RESPONSE VERBATIM.

   GO TO --> Q10.0.

9.3  Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out this product with this name?
   RECORD RESPONSE VERBATIM.

   CONTINUE.

10.0 Would you please tell me what letter is on the back of the bottle?
   RECORD LETTER.

   LETTER: _Y_   CONTINUE.

   PUT PRODUCT BACK IN BAG AND CONTINUE.

11.0 Within the past six months, have you had your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

__X__ 1. yes ⎤
_____ 2. no  ⎬ CONTINUE.
_____ 3. don't recall ⎦

11.1 Within the next six months, are you likely to have your hair done at a salon?
**RECORD RESPONSE WITH AN 'X.'**

__X__ 1. yes ⎤
_____ 2. no  ⎬ CONTINUE.
_____ 3. don't know ⎦

VERIFICATION:

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent N[Redacted]

Telephone Nu[Redacted]

ASK: Is tha[Redacted]
RECORD RESPONSE WITH AN 'X.'

__✓__ 1. daytime telephone number
_____ 2. evening telephone number

THANK RESPONDENT FOR HER TIME AND PARTICIPATION.

---

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_____      _____
Interviewer's signature            Date

---

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed her answers to questions 1.0 through 2.1.

_Shari Meadow_
Supervisor's signature

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE. DO THIS NOW.

FEMALES ONLY

FB&A
1/08
#1302A

3233

SCREENER - Y

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0  RECORD GENDER:

　　　____1.  male   TERMINATE.

　　　_X__2.  female CONTINUE.

1.1  So that we can get a mix of individuals in various age categories, would you please tell me if you are...
     READ LIST.  RECORD RESPONSE WITH AN 'X.'

　　　____1.  under 18  TERMINATE.

　　　____2.  18 to 34 ─┐
　　　____3.  35 to 54  ├ CHECK SCREENING QUOTA.  CONTINUE.
　　　_X__4.  55 or over┘

　　　____5.  refused  DO NOT READ.  TERMINATE.
                                                        REUSE.

2.0  Within the past six months, have you purchased any of the following hair care products?
     READ LIST.  RECORD RESPONSES WITH AN 'X.'

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | ___ 2. | ___ 3. |
| conditioner? | ___ 1. | X 2. | ___ 3. |
| hair spray, styling gel, mousse, pomade, or style creme? | X 1. | ___ 2. | ___ 3. |
| straightening balm? | ___ 1. | X 2. | ___ 3. |
| curl-enhancing spray? | ___ 1. | X 2. | ___ 3. |
| shine serum? | ___ 1. | X 2. | ___ 3. |

                                                        CONTINUE.

3233

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
READ LIST.  RECORD RESPONSES WITH AN 'X.'

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ___ 2. | ___ 3. |
| - conditioner? | X 1. | ___ 2. | ___ 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | X 1. | ___ 2. | ___ 3. |
| - straightening balm? | ___ 1. | X 2. | ___ 3. |
| - curl-enhancing spray? | ___ 1. | X 2. | ___ 3. |
| - shine serum? | ___ 1. | ___ 2. | X 3. |

IF 'YES,' TO ANY, CONTINUE;
OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
READ LIST.  RECORD RESPONSES WITH AN 'X.'

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ___ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care product? | ___ 1. | X 2. |

IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
RECORD RESPONSE WITH AN 'X.'

___1. yes  TERMINATE.

X 2. no/don't recall  CONTINUE.

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
RECORD RESPONSE WITH AN 'X.'

___1. yes  TERMINATE.

X 2. no  CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you are shopping?
RECORD RESPONSE WITH AN 'X.'

X 1. yes  CONTINUE.

___2. no  GO TO --> INVITATION TO INTERVIEW.

3233

5.1  Do you have them with you at this time?
     RECORD RESPONSE WITH AN 'X.'

     _X_ 1.  yes   CONTINUE.

     ___ 2.  no    TERMINATE.

5.2  Will you please wear them during the rest of the interview?
     RECORD RESPONSE WITH AN 'X.'

     _X_ 1.  yes, agreed   CONTINUE.

     ___ 2.  no, refused   TERMINATE.

INVITATION TO INTERVIEW:

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
     RECORD RESPONSE WITH AN 'X.'

     _X_ 1.  yes, agreed   CONTINUE.

     ___ 2.  no, refused   TERMINATE.