# EXHIBIT K TO

# FORD MOTION IN LIMINE

Rotation 4



STAPLE SCREENER TO <u>BACK</u> OF QUESTIONNAIRE.   DO THIS NOW.

QUESTIONNAIRE - W

DO <u>NOT</u> ERASE ON THE QUESTIONNAIRE.

**TAKE RESPONDENT INTO INTERVIEWING ROOM.**

**SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.**

In a moment, I am going to show you the survey exhibit; then I will ask you a couple of questions.

Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

**TAKE EXHIBIT CARD __W__ OUT OF FILE AND HAND TO RESPONDENT.**

Please look at the products and name on this survey exhibit.

Please take as much time as you like, and let me know when you are ready to continue.

**PAUSE UNTIL RESPONDENT INDICATES HE/SHE IS READY TO CONTINUE.**

6.0  Who, or what company, do you believe puts out the products on this card with this name?
**RECORD RESPONSE VERBATIM.**

_I don't know_

IF 'DON'T KNOW,' GO TO --> Q7.0;
OTHERWISE, CONTINUE.

6.1  Why do you say that?
**RECORD RESPONSE VERBATIM.**

CONTINUE.

7.0 What other brand name or names, if any, do you believe are used by the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

*Clairol*

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: *Clairol*

Why do you say that   INSERT 1ST RESPONSE TO Q7.0   is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

*Because it is a name brand*

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that   INSERT 2ND RESPONSE TO Q7.0   is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that   INSERT 3RD RESPONSE TO Q7.0   is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

8.0  Now, I am going to ask you a question that has three
      choices.  PAUSE.  After I am done, if you want me to read
      the question again, just ask me.  PAUSE.

      Do you believe that the company that puts out the products
      on this card with this name...READ LIST...

          one, does not have a business affiliation or business
          connection with any other company or companies;

          two, has a business affiliation or business connection
          with any other company or companies; or

          three, don't know or have no opinion?

      RECORD RESPONSE VERBATIM.

      _I think they do have a business affiliation_

                          IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
                                                      OTHERWISE, GO TO --> Q9.0.


  8.1  With what other company or companies?
       RECORD RESPONSE VERBATIM.

       _Herbal Essence_

                                          IF 'DON'T KNOW' NAME(S),
                                                 GO TO --> Q8.3;
                                          OTHERWISE, CONTINUE.


  8.2  Why do you say that?
       RECORD RESPONSE VERBATIM.

       _Because of all of the products that_
       _they make_
                                                       GO TO --> Q9.0.


      8.3  Even though you don't know the name or names, what if
           anything, can you tell me about the company or
           companies that you believe have a business affiliation
           or business connection with the company that puts out
           the products on this card with this name?
           RECORD RESPONSE VERBATIM.

           _____
           _____
                                                          CONTINUE.

9.0   Now, I am going to ask you another question that has three choices.  PAUSE.  Again, after I am done, if you want me to read the question again, just ask me.  PAUSE.

Do you believe that the products on this card with this name ....READ LIST...

   one, are not being put out with the authorization or approval of any other company or companies;

   two, are being put out with the authorization or approval of any other company or companies; or

   three, don't know or have no opinion?

   RECORD RESPONSE VERBATIM.

   _I don't know_____

        IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
                                              OTHERWISE, GO TO --> Q10.0.

9.1   With what other company or companies?
      RECORD RESPONSE VERBATIM.

      _____

      _____

                                         IF 'DON'T KNOW' NAME(S),
                                              GO TO --> Q9.3;
                                         OTHERWISE, CONTINUE.

9.2   Why do you say that?
      RECORD RESPONSE VERBATIM.

      _____

      _____

                                              GO TO --> Q10.0.

9.3   Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for the products on this card with this name?
      RECORD RESPONSE VERBATIM.

      _____

      _____

                                                    CONTINUE.

10.0  Would you please tell me what letter is on the back of the card?
      RECORD LETTER.

      LETTER:  __W__      CONTINUE.

      PUT EXHIBIT CARD BACK IN FILE AND CONTINUE.

VERIFICATION:

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: [Redacted]

Telephone Number: [Redacted]

ASK: Is that a daytime or evening telephone number?
RECORD RESPONSE WITH AN 'X.'

   X   1.   daytime telephone number

   X   2.   evening telephone number

THANK RESPONDENT FOR HIS/HER TIME AND PARTICIPATION.

---

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_Anne [signature]_       1/7/08
Interviewer's signature      Date

---

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed his/her answers to questions 1.0 through 2.1.

_____
Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE. DO THIS NOW.

FB&A
1/08
#1302 1121

SCREENER - W

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

   __X__ 1. male ─┐
                  ├─ **CHECK SCREENING QUOTA.  CONTINUE.**
   _____ 2. female ─┘

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
   **READ LIST.  RECORD RESPONSE WITH AN 'X.'**

   _____ 1. under 18   **TERMINATE.**

   _____ 2. 18 to 34 ─┐
   _____ 3. 35 to 54  ├─ **CHECK SCREENING QUOTA.  CONTINUE.**
   __X__ 4. 55 or over ─┘

   _____ 5. refused   **DO NOT READ.  TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
   **READ LIST.  RECORD RESPONSES WITH AN 'X.'**

   |                                              | Yes   | No    | Don't Recall |
   |----------------------------------------------|-------|-------|--------------|
   | - shampoo?                                   | X 1.  | ___2. | ___3.        |
   | - conditioner?                               | X 1.  | ___2. | ___3.        |
   | - hair spray, styling gel, mousse, or pomade?| X 1.  | ___2. | ___3.        |
   | - straightener?                              | ___1. | X 2.  | ___3.        |
   | - dyes, rinses, highlighter or hair mascara? | X 1.  | ___2. | ___3.        |
   | - hair glitter?                              | ___1. | X 2.  | ___3.        |
   | - hair removing creams?                      | ___1. | X 2.  | ___3.        |

   **CONTINUE.**

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ____ 2. | ____ 3. |
| - conditioner? | X 1. | ____ 2. | ____ 3. |
| - hair spray, styling gel, mousse, or pomade? | X 1. | ____ 2. | ____ 3. |
| - straightener? | ____ 1. | X 2. | ____ 3. |
| - dyes, rinses, highlighter or hair mascara? | X 1. | ____ 2. | ____ 3. |
| - hair glitter? | ____ 1. | X 2. | ____ 3. |
| - hair removing creams? | ____ 1. | X 2. | ____ 3. |

**IF 'YES,' TO ANY, CONTINUE;
OTHERWISE, TERMINATE.**

3.0 Do you, or does anyone else in your home, work for...
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ____ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care products? | ____ 1. | X 2. |

**IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.**

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes   **TERMINATE.**
X  2. no/don't recall   **CONTINUE.**

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes   **TERMINATE.**
X  2. no   **CONTINUE.**

5.0 Do you usually wear contact lenses or eyeglasses when you are reading?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes   **CONTINUE.**
X  2. no   **GO TO --> INVITATION TO INTERVIEW.**

5.1  Do you have them with you at this time?
**RECORD RESPONSE WITH AN 'X.'**

    \_\_\_\_\_1.  yes  **CONTINUE.**

    \_\_\_\_\_2.  no   **TERMINATE.**

5.2  Will you please wear them during the rest of the interview?
**RECORD RESPONSE WITH AN 'X.'**

    \_\_\_\_\_1.  yes, agreed  **CONTINUE.**

    \_\_\_\_\_2.  no, refused  **TERMINATE.**

**INVITATION TO INTERVIEW:**

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall.  This will take only a few minutes of your time.  Would you come with me, please?
**RECORD RESPONSE WITH AN 'X.'**

    __X__1.  yes, agreed  **CONTINUE.**

    \_\_\_\_\_2.  no, refused  **TERMINATE.**

7.0 What other brand name or names, if any, do you believe are used by the company that puts out the products on this card with this name?
**RECORD RESPONSE VERBATIM.**

Bed Head

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: Bed Head

Why do you say that ___INSERT 1ST RESPONSE TO Q7.0___ is another brand name used by the company that puts out these products with this name?
**RECORD RESPONSE VERBATIM.**

Just because they always show people with messy hair in sexual positions

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that ___INSERT 2ND RESPONSE TO Q7.0___ is another brand name used by the company that puts out these products with this name?
**RECORD RESPONSE VERBATIM.**

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that ___INSERT 3RD RESPONSE TO Q7.0___ is another brand name used by the company that puts out these products with this name?
**RECORD RESPONSE VERBATIM.**

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

8.0  Now, I am going to ask you a question that has three choices.  **PAUSE**.  After I am done, if you want me to read the question again, just ask me.  **PAUSE**.

Do you believe that the company that puts out the products on this card with this name... **READ LIST**...

  one, <u>has</u> a business affiliation or business connection with any other company or companies;

  two, does <u>not</u> have a business affiliation or business connection with any other company or companies; or

  three, don't know or have no opinion?

**RECORD RESPONSE VERBATIM**.

_I don't know_

  IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
                      OTHERWISE, GO TO --> Q9.0.

8.1  With what other company or companies?
**RECORD RESPONSE VERBATIM**.

  _____

  _____

                          IF 'DON'T KNOW' NAME(S),
                                GO TO --> Q8.3;
                            OTHERWISE, CONTINUE.

8.2  Why do you say that?
**RECORD RESPONSE VERBATIM**.

  _____

  _____

                              GO TO --> Q9.0.

8.3  Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out the products on this card with this name?
**RECORD RESPONSE VERBATIM**.

  _____

  _____

                                  CONTINUE.

9.0  Now, I am going to ask you another question that has three choices. **PAUSE.** Again, after I am done, if you want me to read the question again, just ask me. **PAUSE.**

Do you believe that the products on this card with this name ...**READ LIST**...

one, <u>are</u> being put out with the authorization or approval of any other company or companies;

two, <u>are not</u> being put out with the authorization or approval of any other company or companies; or

three, don't know or have no opinion?

**RECORD RESPONSE VERBATIM.**

_With the approval_

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
OTHERWISE, GO TO --> Q10.0.

9.1  With what other company or companies?
**RECORD RESPONSE VERBATIM.**

_Maybe an abocrombie company or victoria secret_

IF 'DON'T KNOW' NAME(S),
GO TO --> Q9.3;
OTHERWISE, CONTINUE.

9.2  Why do you say that?
**RECORD RESPONSE VERBATIM.**

_That what they sell_

GO TO --> Q10.0.

9.3  Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for the products on this card with this name?
**RECORD RESPONSE VERBATIM.**

_____

_____

CONTINUE.

10.0  Would you please tell me what letter is on the back of the card?
**RECORD LETTER.**

LETTER: ___W___ CONTINUE.

PUT EXHIBIT CARD BACK IN FILE AND CONTINUE.

VERIFICATION:

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: __[Redacted]__

Telephone Number: __[Redacted]__

ASK:   Is that a daytime or evening telephone number?
       RECORD RESPONSE WITH AN 'X.'

       __X__ 1.   daytime telephone number

       __X__ 2.   evening telephone number

THANK RESPONDENT FOR HIS/HER TIME AND PARTICIPATION.

---

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_Phyllis Sands_____     __1/9____
Interviewer's signature                  Date

---

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed his/her answers to questions 1.0 through 2.1.

_____
Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE <u>BACK</u> OF THIS QUESTIONNAIRE. <u>DO THIS NOW.</u>

FB&A
1/08
#1302

1124

SCREENER - W

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

     _X_ 1. male ⎤
     ___ 2. female ⎦ **CHECK SCREENING QUOTA. CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

     ___ 1. under 18  **TERMINATE.**

     _X_ 2. 18 to 34 ⎤
     ___ 3. 35 to 54 ⎥ **CHECK SCREENING QUOTA. CONTINUE.**
     ___ 4. 55 or over ⎦

     ___ 5. refused  **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | _X_ 1. | ___ 2. | ___ 3. |
| conditioner? | _X_ 1. | ___ 2. | ___ 3. |
| hair spray, styling gel, mousse, or pomade? | _X_ 1. | ___ 2. | ___ 3. |
| straightener? | ___ 1. | _X_ 2. | ___ 3. |
| dyes, rinses, highlighter or hair mascara? | ___ 1. | _X_ 2. | ___ 3. |
| hair glitter? | ___ 1. | _X_ 2. | ___ 3. |
| hair removing creams? | ___ 1. | _X_ 2. | ___ 3. |

    **CONTINUE.**

1124

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ____ 2. | ____ 3. |
| - conditioner? | X 1. | ____ 2. | ____ 3. |
| - hair spray, styling gel, mousse, or pomade? | X 1. | ____ 2. | ____ 3. |
| - straightener? | ____ 1. | X 2. | ____ 3. |
| - dyes, rinses, highlighter or hair mascara? | ____ 1. | X 2. | ____ 3. |
| - hair glitter? | ____ 1. | X 2. | ____ 3. |
| - hair removing creams? | ____ 1. | X 2. | ____ 3. |

IF 'YES,' TO ANY, CONTINUE; OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ____ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care products? | ____ 1. | X 2. |

IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes   TERMINATE.

X 2. no/don't recall   CONTINUE.

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes   TERMINATE.

X 2. no   CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you are reading?
**RECORD RESPONSE WITH AN 'X.'**

____ 1. yes   CONTINUE.

X 2. no   GO TO --> INVITATION TO INTERVIEW.

1124

5.1   Do you have them with you at this time?
      **RECORD RESPONSE WITH AN 'X.'**

      _____ 1.  yes  **CONTINUE.**

      _____ 2.  no   **TERMINATE.**


5.2   Will you please wear them during the rest of the interview?
      **RECORD RESPONSE WITH AN 'X.'**

      _____ 1.  yes, agreed  **CONTINUE.**

      _____ 2.  no, refused  **TERMINATE.**


**INVITATION TO INTERVIEW:**

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
**RECORD RESPONSE WITH AN 'X.'**

   _X_ 1.  yes, agreed  **CONTINUE.**

   _____ 2.  no, refused  **TERMINATE.**