# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Victoria's Secret Brand Management, Inc., Plaintiff/Appellant, <br><br> v. <br><br> Sexy Hair Concepts, LLC, Defendant/Appellee. | Case No. 07cv-5804(GEL) |

## DEFENDANT/APPELLEE'S MOTION FOR SUMMARY JUDGMENT

Defendant/Appellee, Sexy Hair Concepts, LLC ("Sexy Hair") hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, that the decision of the T.T.A.B. from which this appeal was taken be affirmed. In support of its Motion for Summary Judgment, Sexy Hair submits the attached Rule 56.1 Statement of Material Fact and Memorandum of Law and the Declarations of James Morrison and John F. Metzger.

Respectfully submitted,

Date: May 2, 2008

Roberta Jacobs-Meadway (RJ-M 5870)
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Center
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400
rjacobsmeadway@eckertseamans.com

Co-Counsel for Sexy Hair Concepts, LLC
Our File: 297797-00081

Cc:   Philip Furgang, Esq.
FURGANG & ADWAR, LLP
1325 Avenue of the Americas
28th Floor
New York, NY 10019
Phone: (212) 725-1818

{M0652938.1}                    1