# PRODUCED DOCUMENTS

# REFERENCED BY

# MORRISON DECLARATION

**SEXY HAIR CONCEPTS, LLC**
**Sexy Hair Brands - INCOME STATEMENT**

| | 2007 Est | 2006 Actual | 2005 Actual | 2004 Actual | 2003 Actual | 2002 Actual | 2001 Actual | 2000 Actual |
|---|---|---|---|---|---|---|---|---|
| Net Sales - SH (Distributor Price) | 60,000,000 | 51,208,000 | 38,890,000 | 32,017,000 | 28,428,000 | 22,231,000 | 1?,538,000 | 9,323,000 |
| Net Sales - SH (Retail Price) | 218,181,818 | 186,574,545 | 141,418,182 | 119,698,182 | 103,374,545 | 81,167,273 | 49,239,091 | 33,901,818 |
| **Selling Expenses:** | | | | | | | | |
| Cooperative advertising | 935,437 | 581,545 | 585,844 | 598,951 | | | | |
| Detailing | 321,324 | 153,282 | 319,322 | 232,764 | | | | |
| Education - Distributors | 515,291 | 507,097 | 534,920 | 440,789 | | | | |
| Education - Stylists | 42,000 | 22,100 | 37,629 | 134,698 | | | | |
| Sales Incentives | 231,700 | 208,468 | 142,245 | 92,113 | | | | |
| Sales Literature - Printing | 303,607 | 279,715 | 297,309 | 155,865 | | | | |
| Sales Meetings | 371,666 | 445,117 | 338,874 | 281,038 | | | | |
| Sales Samples | 580,841 | 892,647 | 593,579 | 490,000 | | | | |
| Tradeshows - Distributor | 520,205 | 297,661 | 635,305 | 486,020 | | | | |
| Total Selling Expense | 3,732,590 | 3,415,476 | 3,380,027 | 2,955,847 | | | | |
| **Marketing Expenses:** | | | | | | | | |
| Advertising Media | 1,464,000 | 1,070,770 | 977,397 | 595,484 | | | | |
| Artwork - Production/Supplies | 134,000 | 63,671 | 88,514 | 87,570 | | | | |
| Dues and Subscriptions | 2,000 | 1,504 | 807 | 8,278 | | | | |
| Education - Corporate | 266,000 | 304,190 | 375,279 | 316,939 | | | | |
| Education - Print Materials | 33,000 | 15,249 | 45,768 | 56,048 | | | | |
| POP Materials and Displays | 78,000 | 36,796 | 66,954 | 0 | | | | |
| Promotional/Samples | 153,000 | 352,661 | 181,764 | 103,254 | | | | |
| Publicity Expenses | 471,000 | 238,657 | 81,614 | 88,812 | | | | |
| Publicity Fees | 60,000 | 93,721 | 43,904 | 60,000 | | | | |
| Research & Development | 22,000 | 18,665 | 60,123 | 20,448 | | | | |
| Tradeshows - Major | 432,000 | 502,661 | 113,490 | 716,600 | | | | |
| Academy | 90,000 | 130,327 | 60,748 | 0 | | | | |
| Website | 52,000 | 44,327 | 37,502 | 0 | | | | |
| Total Marketing Expense | 3,253,002 | 2,861,240 | 1,933,554 | 2,053,432 | | | | |
| Total Selling and Marketing Expense | 6,985,590 | 6,277,712 | 5,313,581 | 4,949,279 | | | | |

HIGHLY
CONFIDENTIAL

SHNY 0001

# Sexy Hair Concepts
## Sales Summary

### Summary by Brand

| | 2010E | 2009E | 2008E | 2007E | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sexy Hair Brands | 98,807,393 | 83,917,392 | 71,064,200 | 60,000,000 | 51,308,416 | 38,889,637 | 32,917,334 | 28,428,760 | 22,321,329 | 13,538,188 | 9,323,492 |

### Summary of Sexy Hair Sub-Brands

| | 2010E | 2009E | 2008E | 2007E | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Big Sexy Hair (15) | 37,779,372 | 33,139,800 | 29,070,000 | 25,500,000 | 22,645,973 | 16,321,077 | 15,020,373 | 11,335,803 | 9,223,037 | 5,008,139 | 3,750,778 |
| Straight Sexy Hair (16) | 4,058,330 | 3,498,560 | 3,016,000 | 2,600,000 | 2,147,669 | 2,259,807 | 1,548,321 | 1,628,821 | 1,692,821 | 1,181,896 | 1,481,948 |
| Short Sexy Hair (18) | 16,256,594 | 14,295,600 | 12,540,000 | 11,000,000 | 8,603,568 | 8,452,050 | 6,470,419 | 5,787,812 | 4,174,517 | 3,095,630 | 2,604,685 |
| Curly Sexy Hair (19) | 2,620,235 | 2,471,920 | 2,232,000 | 2,200,000 | 2,193,622 | 2,489,133 | 1,658,787 | 851,138 | 801,026 | 737,194 | 958,353 |
| Healthy Sexy Hair - Soy | 7,986,000 | 7,260,000 | 6,600,000 | 6,600,000 | 5,568,828 | 4,304,681 | 4,333,815 | 4,755,664 | 5,455,741 | 2,778,808 | 527,768 |
| Healthy Sexy Hair - Pumpkin (24) | 3,954,275 | 3,438,500 | 2,990,000 | 2,600,000 | 3,302,375 | 2,213,947 | 2,284,349 | 1,734,942 | 121,780 | 736,522 | |
| Silky Sexy hair (26) | 3,327,500 | 3,025,000 | 2,750,000 | 2,500,000 | 2,477,847 | 2,666,361 | 1,520,857 | 2,144,345 | 852,407 | | |
| Sexy Hair Kits | | | | | 1,167 | 32,700 | 80,413 | 190,235 | | | |
| Wild Sexy Hair (25) | 5,323,063 | 4,628,750 | 4,025,000 | 3,500,000 | 3,575,625 | | | | | | |
| | | | | | | | | | | | |
| Color Me Sexy (29) | 459,647 | 398,131 | 345,600 | 300,000 | 477,700 | 29,669 | | | | | |
| Strong Sexy Hair | 4,594,920 | 3,894,000 | 3,300,000 | 3,000,000 | | | | | | | |
| New Sexy Hair Brand - 2007 | 765,820 | 649,000 | 550,000 | 500,000 | | | | | | | |
| New Products - 2008 | 3,374,800 | 2,860,000 | 2,600,000 | | | | | | | | |
| New Sexy Hair Brand - 2008 | 778,800 | 660,000 | 600,000 | | | | | | | | |
| New Products - 2009 | 2,970,000 | 2,700,000 | | | | | | | | | |
| New Sexy Hair Brand - 2009 | 660,000 | 600,000 | | | | | | | | | |
| New Products - 2010 | 2,800,000 | | | | | | | | | | |
| New Sexy Hair Brand - 2010 | 600,000 | | | | | | | | | | |

HIGHLY CONFIDENTIAL

SHNY 0002

**Metzger, John (Phila)**

Here are the Advertising and P.R. expense numbers for the last 5 years :

|  | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Advertising | $680 K | $595K | $577K | $1.019mil | $1.575mil |
| Public Relations | $147K | $118K | $125K | $352K | $385K |

HIGHLY
CONFIDENTIAL
SHNY 0003



# RACK DEAL 2006

**PLEASE CONTACT YOUR DISTRIBUTOR FOR DEAL INFORMATION AND PRICING.**



SHNY 00306

SOLD ONLY IN PROFESSIONAL SALONS. © 2006 SEXY HAIR CONCEPTS, LOS ANGELES, CA 91311. ALL U.S. AND

# ...you can take me anywhere

## CURL POWER CURL ENHANCER

Purchase:
1 – Curly Sexy Hair Curl Power Curl Enhancer 8.5 oz

Receive FREE:
1 – Big Sexy Hair Travel Sized Spray & Play Hairspray 1.5oz
1 – Travel accessories bag



- U.S. Salon Price: $6.88
- U.S. Salon Value: $9.38
- U.S. Retail Price: $13.75
- U.S. Retail Value: $18.75
- CN Salon Price: $11.24
- CN Salon Value: $15.33
- CN Retail Price: $18.49
- CN Retail Value: $25.22

## SAVE 27%
Products will be packed in a travel bag.



## STRAIGHT SMOOTH & SEAL

Purchase:
1 – Straight Sexy Hair Smooth & Seal Aerated
Anti-Frizz Spray 8.8 oz

Receive FREE:
1 – Big Sexy Hair Travel Sized Spray & Play Hairspray 1.5oz
1 – Travel accessories bag

- U.S. Salon Price: $8.75
- U.S. Salon Value: $11.25
- U.S. Retail Price: $17.50
- U.S. Retail Value: $22.50
- CN Salon Price: $14.31
- CN Salon Value: $18.40
- CN Retail Price: $23.54
- CN Retail Value: $30.27

## SAVE 22%
Products will be packed in a travel bag.

SHNY 00312

## SHORT HARD UP GEL

**Purchase:**
1 – Short Sexy Hair Hard Up Gel 5.1 fl oz

**Receive FREE:**
1 – Big Sexy Hair Travel Sized Spray & Play Hairspray 1.5oz
1 – Travel accessories bag



- U.S. Salon Price: $6.75
- U.S. Salon Value: $9.25
- U.S. Retail Price: $13.50
- U.S. Retail Value: $18.50

- CN Salon Price: $11.04
- CN Salon Value: $15.13
- CN Retail Price: $18.16
- CN Retail Value: $24.89

## SAVE 27%
Products will be packed in a travel bag.

## SOY TRI-WHEAT LEAVE IN

**Purchase:**
1 – Healthy Sexy Hair Soy Tri-Wheat Leave-In 8.5 fl oz

**Receive FREE:**
1 – Big Sexy Hair Travel Sized Spray & Play Hairspray 1.5oz
1 – Travel accessories bag



- U.S. Salon Price: $6.25
- U.S. Salon Value: $8.75
- U.S. Retail Price: $12.50
- U.S. Retail Value: $17.50

- CN Salon Price: $10.22
- CN Salon Value: $14.31
- CN Retail Price: $16.81
- CN Retail Value: $23.54

## SAVE 29%
Products will be packed in a travel bag.

SHNY 00313

*Additional deal on back...*



**LOSE EVERY EXTRA POUND!** p. 194

# SELF

YOU
AT YOUR
BEST

**WIN!**
17 Amazing
Spa Trips at
Self.com

## Slim Down, Tone Up, Show Off!
### An Easy Plan Gets Results in 1 Month

### GLOWING SKIN!
No More Pimples, Lines or Concealer

American Idol's
**Katharine McPhee**
On Her New
Body Attitude

## Get the Paycheck You Deserve How, p. 212

## STOP CANCER BEFORE IT STARTS

## Have Vacation Sex
Without Leaving Home

All-Natural Fixes
For Back Pain
And Other Aches

# Stress Less, Relax More!
**24 Ahhh-Inspiring Ideas**

SHNY 00345

HER WAY





"Right now, I'm loving all things rose gold, especially this Cartier watch. It's both classic and luxe."

18K ROSE GOLD "LA DONA" WATCH, $22,600, CARTIER, 800-227-8437 FOR LOCATIONS.



" I'm obsessed with the Big Sexy Hair product Flip It Over. It's hairspray, but with a putty consistency, and it gives my hair a cool, messy-curly look. "

BIG SEXY HAIR FLIP IT OVER FULL & WILD SPRAY $17 SEXYHAIR.COM FOR LOCATIONS.



"Forever 21 has a great selection of really cute, of-the-moment tops at the most incredible prices."

HOT TOP TOP $18 FOREVER21.COM

" With makeup, I tend to focus on my eyes. I like to fill in my brows with a pencil, then use lots of mascara and pretty, neutral-toned shadows— Chanel's are just gorgeous. "



CHANEL QUADRA EYESHADOW IN SHIMMERING DUNES, $55, CHANEL.COM

L'OREAL PARIS BROW STYLIST CUSTOM SHAPING PENCIL, $7 FOR TWO, DRUGSTORES

"One of my fans sent me the most amazing pair of leather flip-flops. They're so comfortable—I've been wearing them with everything."

LEATHER "ALEXANDRA" THONG FLATS, $294, MELANIE DIZON, LULU'S MANHATTAN BEACH, CA  310-798-2577



"The L.A. boutique Tryst sells the best variety of unique items, from imported jeans to beautiful shoes."

TRYST 11224 VENTURA BLVD L.A. 818-285-7976



"My first big splurge ever was on Louis Vuitton luggage. There's nothing more elegant and sleek."

MONOGRAM ALZER 70 SUITCASE $5,900 LOUISVUITTON.COM

"Wearing a bright string bikini to the beach always makes me feel sexy and good about my body."

BIKINI TOP $15, BOTTOM $14, VICTORIASSECRET.COM

"David Yurman makes these chunky rings that I adore. I like how they add a little edge to girly outfits."

SHNY 00346

advertisement



Sexy Hair ... ... Separates hair into small sections. Spray with Curly Sexy Hair 24/7 Instant-Set Curling Spray. Curl hair using a ¾" curling iron. Below Right: Use a dime-sized amount of Silky Sexy Hair Frizz Eliminator to pull apart curls. This loosens and detangles curls while adding shine. Pin up hair at the nape of the neck, letting loose hair on sides and front fall forward. Bottom: Go casual: Apply Big Sexy Hair Root Pump Volumizing Spray Mousse into damp hair at the crown, prior to blow-drying. Lightly spray with Straight Sexy Hair Smooth & Seal Anti-Frizz Spray before setting hot rollers for long-lasting shine. Loosen curls with fingers, then spray with Big Sexy Hair Spray & Play Volumizing Hairspray.

## sexy style

1. Big Sexy Hair Spray & Play, $14.95. 2. Straight Sexy Hair Smooth & Seal Anti-Frizz Spray, $17.50. 3. Big Sexy Lips, $17.50. 4. Big Sexy Hair Root Pump Volumizing Spray Mousse, $14.95. 5. Silky Sexy Hair Frizz Eliminator, $18.95. 6. Curly Sexy Hair 24/7 Instant-Set Curling Spray, $18.25.

Right: Rai applies her favorite shade of Big Sexy Lips in ... ...erry.

big sexy lips

SHNY 00353



## TOP 10 DIVERTED MANUFACTURERS
## DOLLAR VOLUME - TOTAL U.S. – ALL OUTLETS
## ALL HAIR CARE
### Year Ended September 30, 2005

**Share of Diverted Dollar Volume**

| Manufacturer | Share |
|---|---|
| MATRIX | 21.7 |
| JPMS | 15.3 |
| SEBASTIAN | 14.3 |
| TIGI | 8.7 |
| AMERICAN CREW | 6.1 |
| FAROUK | 6.0 |
| NEXXUS | 4.6 |
| REDKEN | 4.6 |
| RUSK | 4.1 |
| SEXY HAIR CONCEPTS | 3.5 |

% Change vs. Year Ended Prior quarter

| Manufacturer | % Change |
|---|---|
| MATRIX | 3 |
| JPMS | 1 |
| SEBASTIAN | (4) |
| TIGI | 6 |
| AMERICAN CREW | 0 |
| FAROUK | 5 |
| NEXXUS | 0 |
| REDKEN | 7 |
| RUSK | (7) |
| SEXY HAIR CONCEPTS | 0 |

ACNielsen MARKET DECISIONS

Copyright © 2005 ACNielsen a VNU business

SHNY 00289

# DIVERTED BRAND SUMMARY AS OF SEPTEMBER 30, 2005
## TOTAL U.S.
## DOLLAR SALES VOLUME TREND

**CATEGORY**
**HAIR CARE**

| | DOLLAR SALES VOLUME | | | YEAR AGO | | | | CRRENT PERIOD | % NET CHANGE | | | % CHANGE VS PRIOR YEAR | SHARE OF DIVERTED VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | QTR IV 2003 | QTR I 2004 | QTR II 2004 | QTR III 2004 | QTR IV 2004 | QTR I 2005 | QTR II 2005 | QTR II 2005 | PRIOR QTR | YEAR AGO | PAST YEAR ACCUM | | |
| SEBASTIAN | 12,790,000 | 12,827,858 | 12,951,753 | 12,020,534 | 11,741,100 | 11,811,891 | 12,291,879 | 12,549,884 | 2.1 | 4.4 | 48,394,154 | -4.3 | 14.3 |
| SEXY HAIR CONCEPTS | 2,043,028 | 2,485,599 | 2,506,847 | 2,611,534 | 2,917,279 | 2,884,571 | 3,016,283 | 3,152,282 | 4.5 | 20.7 | 11,870,366 | 23.1 | 3.5 |
| SORBIE | 48,273 | 29,022 | 18,259 | 8,912 | 13,911 | 13,744 | 6,871 | 2,242 | -67.4 | -74.8 | 36,769 | -64.8 | 0.0 |
| TIGI | 6,849,607 | 5,905,729 | 6,281,465 | 6,220,465 | 6,026,782 | 6,538,362 | 7,616,901 | 9,107,316 | 19.5 | 46.2 | 29,290,361 | 15.9 | 8.7 |
| WELLA | 22,613 | 15,741 | 11,077 | 9,187 | 7,580 | 9,808 | 4,831 | 10,726 | 122.0 | 16.7 | 32,846 | -43.8 | 0.0 |
| ZOTOS CORE BRANDS | 534,329 | 555,786 | 619,286 | 1,681,082 | 953,919 | 645,342 | 570,104 | 703,388 | 23.4 | -58.2 | 2,972,743 | -16.3 | 0.8 |
| ZOTOS INTERNATIONAL | 0 | 0 | 160 | 859 | 1,260 | 1,845 | 1,933 | 2,057 | 6.4 | 139.6 | 7,095 | 603.6 | 0.0 |
| SMALL MANUFACTURERS | 546,760 | 683,883 | 664,126 | 771,212 | 737,931 | 732,335 | 616,047 | 651,318 | -10.5 | -28.5 | 2,637,631 | 2.8 | 0.8 |
| PRIVATE LABEL | 400 | 128 | 29 | 29 | 53 | 0 | 0 | 0 | -100.0 | -100.0 | 53 | -90.9 | 0.0 |
| ALL OTHER MANUFACTURERS | 7,138 | 3,480 | 3,899 | 2,619 | 669 | 523 | 128 | 0 | -100.0 | -100.0 | 1,321 | -82.3 | 0.0 |

ACNielsen

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to: BOX
TTAB FEE, Commissioner for Trademarks, 2900
Crystal Drive, Arlington, Virginia 22202-3514, on
the date indicated below.

By: _Judith Millet-Masi_

Date: _4/12/04_

**BOX TTAB FEE**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

Sexy Hair Concepts LLC,                    :

      Opposer,                    :

      v.                    :        Opposition No. _91160206_

Leapfrog (UK) Limited                    :

      Applicant.                    :

04-14-2004
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #22

## NOTICE OF OPPOSITION

Honorable Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3514

Dear Madam:

    In the matter of Trademark Application Serial No. 76/497,494 for the mark "DAMN

SEXY HEAVENLY," filed February 10, 2003 and published for opposition in the Official

Gazette on December 23, 2003 at page TM 213:

    Sexy Hair Concepts LLC, a California limited liability company having a place of

business at 9232 Eton Avenue, Chatsworth, California 91311 ("Opposer"), believes that it will

be damaged by the registration of the mark shown in the above-identified application and hereby

opposes the same.  The grounds for opposition are as follows:

        1.     Leapfrog (UK) Limited, a United Kingdom corporation ("Applicant"),

seeks to register "DAMN SEXY HEAVENLY" as a trademark for use in connection with, <u>inter</u>

PHL_A #1846525 v2
Matter No. 091032

SHINY 0556

alia, hair care preparations, namely shampoos, rinse, conditioners, lotions, hair creams, hair dyes, sprays, gels and mousses, as evidenced by the publication of said mark in the Official Gazette on December 23, 2003 at page TM 213.

    2.    The application herein opposed was filed March 14, 2003 on the basis of Section 44(e).  Applicant claims no date earlier than March 14, 2003 for the purpose of claiming priority.

    3.    Opposer is and has been engaged in the development, manufacture and sale of hair care products, and related goods and has built a successful business in connection therewith.

    4.    Since at least as early as June 15, 1998, Opposer, itself and through its predecessor in interest, has used "SEXY" and "SEXY HAIR" as the dominant element of its name and marks for hair care preparations, including shampoo, conditioner, gels, sprays, color, dyes, rinses and mousses.  Since at least as early as December 21, 1998, Opposer has used such mark in commerce in the United States for such goods.

    5.    Information about Opposer's business and products can be found at its website, www.sexyhairconcepts.com.

    6.    Opposer has taken steps to protect the "SEXY HAIR" mark and has secured U.S. Trademark Registration No. 2,403,396 for such mark for hair care preparations as identified therein.  Registration No. 2,403,396 is valid and subsisting.  A copy of the pertinent information about such registration from the PTO database is attached as Exhibit A.

    7.    Since 1998, Opposer has taken steps to develop a family of "SEXY" marks for hair care preparations, including:  "SEXY HAIR CONCEPTS," "HOT SEXY HIGHLIGHTS," "HEALTHY SEXY HAIR," "WILD SEXY HAIR," "FORMULAS BY ECOLY BIG SEXY HAIR," "BIG SEXY HAIR," CURLY SEXY HAIR, " "SHORT SEXY

SHINY 0557

HAIR," and SEXY HAIR (Design), among others.  Promotional materials showing the "SEXY"

marks of Opposer are attached as Exhibit B.

8.      Opposer has also secured U.S. Reg. No. 2,486,702 for the mark "SEXY

HAIR (Design)" for hair care preparations; U.S. Reg. No. 2,553,996 for the mark "HOT SEXY

HIGHLIGHTS" for hair care preparations; and U.S. Reg. No. 2,707,751 for the mark "WILD

SEXY HAIR" for hair care preparations.  The '702, '996, and '751 registrations are valid and

subsisting.  Copies of the pertinent information about such registrations from the PTO database

are attached as Exhibit C-E.

9.      Use of the "SEXY HAIR" mark by Opposer has been continuous and

commercially significant.

10.     Opposer has since prior to February 10, 2003 used "Sexy Hair Concepts"

and "Sexy Hair" as trade names as well as marks in connection with its business, which includes

some body care products as well as hair care products.

11.     Opposer's registered trademark "SEXY HAIR," Opposer's family of

"SEXY" marks, and the "Sexy Hair" and "Sexy Hair Concepts" names are inherently distinctive

as applied to Opposer's products and business.

12.     By virtue of Opposer's continuous use in commerce of its registered

"SEXY HAIR" trademark and its family of "SEXY" marks and the "Sexy Hair" and "Sexy Hair

Concepts" names in connection with such goods and business, such goods and business have

become favorably known to the relevant trade and public under such marks and names.

13.     Because Opposer is the owner of U.S. trademark registrations for "SEXY

HAIR," "SEXY HAIR (Design)," "HOT SEXY HIGHLIGHTS," and WILD SEXY HAIR,

priority is not in issue.

SHINY 0558

14.     In the application herein opposed, there are no restrictions on trade channels, so it must be assumed that the goods identified in the application will travel through all trade channels appropriate for goods of that type.

15.     Applicant's mark is confusingly similar to Opposer's registered "SEXY HAIR" trademarks and also to the family of "SEXY" marks established by Opposer, and to Opposer's "Sexy Hair" and "Sexy Hair Concepts" trade names.

16.     Each of Opposer's marks and its names, and Applicant's mark, employ the identical term—"SEXY," as the dominant or a dominant element.

17.     The goods of Opposer and the goods of Applicant are essentially the same (hair care products), overlapping (body care products), or otherwise closely related.

18.     Hair care products and body care products such as are sold by Opposer and as are identified in the application herein opposed are customarily marketed through the same and overlapping channels of trade.

19.     The products marketed and sold under Opposer's registered "SEXY HAIR," "HOT SEXY HIGHLIGHTS," and WILD SEXY HAIR trademarks, Opposer's family of "SEXY" marks, and through Opposer's "Sexy Hair" and "Sexy Hair Concepts" business, and the products intended to be sold under Applicant's "DAMN SEXY HEAVENLY" mark, are such as would be sold to the same and to overlapping classes of purchasers.

20.     Applicant's "DAMN SEXY HEAVENLY" trademark as applied to the goods identified in the application herein opposed so resembles Opposer's registered "SEXY HAIR" trademarks, Opposer's family of "SEXY" marks as applied to Opposer's products, and Opposer's "Sexy Hair" and "Sexy Hair Concepts" names as used in connection with Opposer's business, that it is likely to cause confusion, mistake, and/or deception.

SHINY 0559

21.    If Applicant is permitted to register "DAMN SEXY HEAVENLY" for the goods set forth in the application, confusion of the relevant trade and public is likely to result, which will damage and injure Opposer.

22.    On seeing Applicant's "DAMN SEXY HEAVENLY" mark used in connection with Applicant's products, purchasers and potential purchasers are likely to believe in error that such goods are offered by or in association with or under license from Opposer or that Opposer and Applicant are affiliated.

23.    Any defect, objection to, or fault found with Applicant's goods sold under its mark "DAMN SEXY HEAVENLY" would necessarily reflect on and seriously injure the reputation that Opposer has established for its goods and business.

24.    If Applicant is granted a registration for the mark herein opposed, it would obtain thereby at least a *prima facie* exclusive right to use the mark. Such registration would be a source of damage and injury to Opposer and Opposer's customers.

WHEREFORE, Sexy Hair Concepts LLC prays that registration of the mark of Application Serial No. 76/497,494 be refused and that this opposition be sustained.

A duplicate copy of this Notice of Opposition is enclosed herewith.

The required fee of $300 may be charged to Deposit Account No. 02-0755 and any overpayment may be credited to this account.

Respectfully submitted,

Dated: 4/12/04

By: _____
Roberta Jacobs-Meadway
Patricia G. Cramer
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
(215) 665-8500

ATTORNEYS FOR OPPOSER

SHINY 0560

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-04-12 10:02:57 ET

**A**

**Serial Number:** 75634213 Assignment Information

**Registration Number:** 2403396 Assignment Information

**Mark (words only):** SEXY HAIR

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2000-11-14

**Filing Date:** 1999-02-05

**Transformed into a National Application:** No

**Registration Date:** 2000-11-14

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 104

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2003-11-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Ecoly International, Inc.

**Address:**
Ecoly International, Inc.
9232 Eton Avenue
Chatsworth, CA 91311
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

---

Hair care products for men, women and children, namely hair shampoos, hair conditioners, hair lotions, hair cremes, hair gels, hair sprays, hair color, hair dyes, hair rinses, hair mousse

SHINY 0561

**International Class:** 003
**First Use Date:** 1998-06-15
**First Use in Commerce Date:** 1998-12-21

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "HAIR"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2000-11-14 - Registered - Principal Register

2000-08-22 - Published for opposition

2000-07-21 - Notice of publication

2000-06-03 - Approved for Pub - Principal Register (Initial exam)

1999-12-14 - Letter of suspension mailed

1999-10-18 - Communication received from applicant

1999-08-17 - Non-final action mailed

1999-08-04 - Case file assigned to examining attorney

1999-07-30 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
Roberta Jacobs-Meadway (Attorney of record)

ROBERTA JACOBS-MEADWAY
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE COMMERCE SQ STE 2200
2005 MARKET ST
PHILADELPHIA PA 19103

SHINY 0562

Sexy Hair Concepts [ Property of Michael O'Rourke ]



SHINY 0563

4/12/2004

http://sexyhairconcepts.com/index_intro0.html

Sexy Hair Concepts [ Property of Michael O'Rourke ]



SHINY 0564

4/12/2004

http://sexyhairconcepts.com/index_intro0.html

Sexy Hair Concepts [ Property of Michael O'Rourke ]

SHINY 0565

4/12/2004

http://sexyhairconcepts.com/index_intro0.html

Sexy Hair Concepts [ Property of Michael O'Rourke ]



SHINY 0566



Sexy Hair Concepts [ Property of Michael O'Rourke ]

SHINY 0567

4/12/2004

Sexy Hair Concepts [ Property of Michael O'Rourke ]    Page 1 of 1



SHINY 0568    4/12/2004

Sexy Hair Concepts [ Property of Michael O'Rourke ]

Page 1 of 1



SHINY 0569

4/12/2004

http://sexyhairconcepts.com/index_intro0.html

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2004-04-12 10:03:31 ET**

**Serial Number:** 75751842 <u>Assignment Information</u>

**Registration Number:** 2486702 <u>Assignment Information</u>

**Mark**



**(words only):** SEXY HAIR

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-09-11

**Filing Date:** 1999-07-15

**Transformed into a National Application:** No

**Registration Date:** 2001-09-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2003-11-05

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ecoly International, Inc.

**Address:**
Ecoly International, Inc.
9232 Eton Avenue

SHINY 0570

Chatsworth, CA 91311
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

hair care products for men, women and children, namely shampoos, conditioners, hair lotions, hair conditioning creams, hair gels, hair sprays, hair color, hair tint and hair mousse
**International Class:** 003
**First Use Date:** 1998-06-15
**First Use in Commerce Date:** 1998-12-21

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Disclaimer:** "HAIR"

**Lining and Stippling:** THE MARK IS LINED FOR THE COLOR RED.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2001-09-11 - Registered - Principal Register

2001-06-19 - Published for opposition

2001-06-06 - Notice of publication

2001-01-23 - Approved for Pub - Principal Register (Initial exam)

2000-07-05 - Communication received from applicant

2000-07-05 - Communication received from applicant

2000-06-07 - Communication received from applicant

2000-01-20 - Non-final action mailed

1999-12-15 - Case file assigned to examining attorney

1999-12-07 - Case file assigned to examining attorney                    SHINY 0571

---

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75751842                    4/12/2004

## CONTACT INFORMATION

**Correspondent (Owner)**
Roberta Jacobs-Meadway (Attorney of record)

ROBERTA JACOBS-MEADWAY
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
ONE COMMERCE SQUARE
2005 MARKET STREET, 22ND FLOOR
PHILADELPHIA, PA 19 103-7086

SHINY 0572

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2004-04-12 10:03:55 ET**

**Serial Number:** 76075306 <u>Assignment Information</u>

**Registration Number:** 2553996 <u>Assignment Information</u>

**Mark (words only):** HOT SEXY HIGHLIGHTS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-03-26

**Filing Date:** 2000-06-22

**Transformed into a National Application:** No

**Registration Date:** 2002-03-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2003-11-05

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ecoly International, Inc.

**Address:**
Ecoly International, Inc.
9232 Eton Avenue
Chatsworth, CA 91311
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

### GOODS AND/OR SERVICES

hair care products for men, women and children, namely, shampoos, conditioners, hair lotions, hair conditioning creams, hair gels, hair sprays, hair color, hair tint and hair mousse

SHINY 0573

**International Class:** 003
**First Use Date:** 2000-07-00
**First Use in Commerce Date:** 2000-07-00

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "HIGHLIGHTS"

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2002-03-26 - Registered - Principal Register

2001-08-31 - Allowed for Registration - Principal Register (SOU accepted)

2001-08-08 - Statement of use processing complete

2001-07-26 - Amendment to Use filed

2001-06-19 - Notice of allowance - mailed

2001-03-27 - Published for opposition

2001-03-14 - Notice of publication

2001-01-05 - Approved for Pub - Principal Register (Initial exam)

2000-12-20 - Examiner's amendment mailed

2000-12-04 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

---

**Correspondent (Owner)**
ROBERTA JACOBS-MEADWAY (Attorney of record)

ROBERTA JACOBS-MEADWAY
BALLARD SPAHR ANDREWS & INGERSOLL LLP
1735 MARKET STREET
51ST FLOOR
PHILADELPHIA PA 19103-7599                    SHINY 0574

---

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2004-04-12 09:59:54 ET

**Serial Number:** 76260669 <u>Assignment Information</u>



**Registration Number:** 2707751 <u>Assignment Information</u>

**Mark (words only):** WILD SEXY HAIR

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-04-15

**Filing Date:** 2001-05-22

**Transformed into a National Application:** No

**Registration Date:** 2003-04-15

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 - Warehouse (Newington)

**Date In Location:** 2003-11-05

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. SEXY HAIR CONCEPTS, LLC

**Address:**
SEXY HAIR CONCEPTS, LLC
9232 ETON AVENUE
CHATSWORTH, CA 91311
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** California

---

### GOODS AND/OR SERVICES

hair care products for men, women, and children, namely hair shampoos, hair conditioners, hair lotions, hair cremes, hair gels, hair sprays, hair color, hair dyes, hair rinses, hair mousse

SHINY 0575

**International Class:** 003
**First Use Date:** 2002-08-15
**First Use in Commerce Date:** 2002-08-15

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Disclaimer:** "HAIR"

**Prior Registration Number(s):**
2403396

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-04-15 - Registered - Principal Register

2003-01-27 - Allowed for Registration - Principal Register (SOU accepted)

2003-01-27 - Case file assigned to examining attorney

2003-01-22 - Statement of use processing complete

2003-01-22 - Extension 1 granted

2002-10-09 - Amendment to Use filed

2002-10-09 - Extension 1 filed

2002-10-11 - PAPER RECEIVED

2002-04-16 - Notice of allowance - mailed

2002-01-22 - Published for opposition

2002-01-02 - Notice of publication

2001-09-06 - Approved for Pub - Principal Register (Initial exam)

2001-08-27 - Examiner's amendment mailed

2001-08-22 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

SHINY 0576

http://tarr.uspto.gov/servlet/tarr?regser=registration&entry=2%2C707%2C751

4/12/2004

**Correspondent (Owner)**
RICHARD E PEIRCE (Attorney of record)

RICHARD E PEIRCE
BALLARD SPAHR ANDREWS & INGERSOLL LLP
1735 MARKET ST 51ST FL
PHILADLEPHIA PA 19103-7599

**Phone Number:** 215-665-8500
**Fax Number:** 215-864-8999

SHINY 0577

LAW OFFICES

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

1735 MARKET STREET, 51st FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
WWW.BALLARDSPAHR.COM

BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

ROBERTA JACOBS-MEADWAY
DIRECT DIAL: 215-864-8201
PERSONAL FAX: 215-864-9950
JACOBSMEADWAYR@BALLARDSPAHR.COM

April 12, 2004



04-14-2004
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #22

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

Dear Madam:

     We are enclosing herewith the following documents set forth below, which are to be filed in the Patent and Trademark Office.

     Please charge all government filing fees with respect to the enclosed documents to our Miscellaneous Deposit Account 02-0755.

     Please charge any additional fees or credit overpayment to Miscellaneous Deposit Account 02-0755.

     Respectfully submitted,

     BALLARD SPAHR ANDREWS & INGERSOLL, LLP

     ROBERTA JACOBS-MEADWAY

cc:    Accounting
       IP Docketing Coordinator
Enclosures: Notice of Opposition
Opposer: Sexy Hair Concepts, Inc.
Applicant: Leapfrog (UK) Limited
Fees: $300.00
International Class: 3
Mark: DAMN SEXY HEAVENLY
Serial No.: 76/497,494
Attorney Docket No.: 091032
BOX TTAB - FEE

PHL_A #1868603 v1

SHINY 0578

TTAB

BOX TTAB – NO FEE

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

|  |  |  |
|---|---|---|
| SEXY HAIR CONCEPTS, LLC | : | |
| Opposer, | : | Serial No. 76/497,494 |
| v. | : | |
| LEAPFROG (UK) LIMITED | : | 160 206 |
| Applicant. | : | |

## AMENDMENT ON CONSENT AND
## CONTINGENT WITHDRAWAL OF NOTICE OF OPPOSITION

Pursuant to an Agreement between the parties, Applicant hereby requests that the description of goods in Application Serial No. 76/497,494 for DAMN SEXY HEAVENLY be amended, without prejudice, as follows:

"Perfumes; cosmetics; semi-liquid and powder makeup, foundation, concealer, eye shadow, eye liner, mascara, lipstick, lip liner, lip glosses, rouge and blusher and carrying case thereof; soaps, shampoos, colognes, talcum powder, face creams, face packs, skin lotions, lip creams, makeup base, skin cleansing preparations, body washes, hand creams, foot creams, hand balms, foot balms, massage balms, massage creams, face powder, bath powder, eyebrow pencils, nail care preparations, namely, nail color, nail polish, nail polish removers and cuticle coat, bath salts, bubble baths and bath oils, not for medical purposes, shower gels, perfumery, deodorants, anti-perspirants, suntan and sun screening preparations, shaving preparations, toilet waters, eau de colognes, body sprays, massage oils and aromatherapy oils, incense sticks, incense cones, incense sachets, incense sprays, mouth washes".

Please delete from the description of the goods the following: "hair care preparations, namely, shampoos, rinse, conditioners, lotions, hair creams, hair dyes, sprays, gels and mousses," so that the description of goods reads as set forth above.

It is submitted that the amendment is proper as it is limiting in nature.

05-17-2004

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

164970v1

SHINY 0579

Contingent upon the acceptance of the above amended description, Opposer hereby withdraws its opposition to registration of the mark of Application Serial No. 76/497,494 for DAMN SEXY HEAVENLY.

Respectfully submitted,

By: _____
Sanjiv D. Sarwate
Pattishall, McAuliffe, Newbury
Hilliard & Geraldson LLP
311 S. Wacker Drive, Suite 5000
Chicago, IL 60606
(312) 554-8000

Attorneys for Applicant

By: _____
Roberta Jacobs-Meadway
Ballard Spahr Andrews &
Ingersoll, LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
(215) 665-8500

Attorneys for Opposer

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE
UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED
TO THE COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VA
22202-3514 ON THE DATE INDICATED BELOW

By: _____

Date: 5/14/04

-2-

SHINY 0580

dmd

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Trademark Trial and Appeal Board**
2900 Crystal Drive
Arlington, Virginia 22202-3513

Mailed:  June 15, 2004

Opposition No. 91160206

SEXY HAIR CONCEPTS LLC

v.

Leapfrog (UK) Limited

**David Mermelstein, Attorney:**

On May 17, 2004, the parties filed applicant's proposed

amendment to its application Serial No. 76497494, with

opposer's consent, and opposer's withdrawal of the opposition,

contingent upon entry of the amendment.

By the proposed amendment applicant seeks to change the

identification of goods to the following:

Perfumes; cosmetics; semi-liquid and powder makeup,
foundation, concealer, eye shadow, eye liner, mascara,
lipstick, lip liner, lip glosses, rouge and blusher and
carrying case thereof; soaps, shampoos, colognes, talcum
powder, face creams, face packs, skin lotions, lip
creams, makeup base, skin cleansing preparations, body
washes, hand creams, foot creams, hand balms, foot balms,
massage balms, massage creams, face powder, bath powder,
eyebrow pencils, nail care preparations, namely, nail
color, nail polish, nail polish removers and cuticle
coat, bath salts, bubble baths and bath oils, not for
medical purposes, shower gels, perfumery, deodorants,
anti-perspirants, suntan and sun screening preparations,
shaving preparations, toilet water, eau de colognes, body
sprays, massage oils and aromatherapy oils, incense
sticks, incense cones, incense sachets, incense sprays,
mouth washes in International Class 03.

Inasmuch as the amendment is clearly limiting in nature

as required by Trademark Rule 2.71(b), and because opposer

SHINY 0581

Opposition No. 91160206

consents thereto, it is approved and entered. *See*, Trademark Rule 2.133(a).

The contingency in opposer's withdrawal having now been met, the opposition is dismissed in accordance with the agreement between the parties.

*By the Trademark Trial and Appeal Board*

SHINY 0582

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING
TRANSMITTED ELECTRONICALLY TO THE COMMISSIONER FOR
TRADEMARKS - http://estta.uspto.gov/filing-type.jsp

By: _____

DATE: _____ 9/28/05

**BOX TTAB FEE**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

SEXY HAIR CONCEPTS LLC,                   :
                                          :
                        Opposer,          :
                                          :
            v.                            :   Opposition No. ___91166718___
                                          :
WTFN, INC.                                :
                                          :
                        Applicant.        :
                                          :

### NOTICE OF OPPOSITION

Honorable Commissioner for Trademarks
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Madam:

     In the matter of Trademark Application Serial No. 78/422,467 for the mark "SEXY

BODY FOAM" filed May 20, 2004 and published for opposition in the Official Gazette on June

21, 2005 at page TM 284.

     Sexy Hair Concepts LLC, a California limited liability company having a place of

business at 9232 Eton Avenue, Chatsworth, California 91311 ("Opposer"), believes that it will

be damaged by the registration of the mark shown in the above-identified application and hereby

opposes the same. The grounds for opposition are as follows:

     1.     WTFN, Inc., a California corporation ("Applicant"), seeks to register

"SEXY BODY FOAM" as a trademark for use in connection with flavored body preparation,

namely flavored body foam used to aid sexual relations, as evidenced by the publication of said

mark in the Official Gazette on June 21, 2005 at page TM 284.

DMEAST #8826200 v2

Matter No. 046493

SHINY 0583

2.     The application herein opposed was filed May 20, 2004 on the basis of intent to use.  Applicant claims no date earlier than May 20, 2004 for the purpose of claiming priority.

3.     Opposer is and has been engaged in the development, manufacture and sale of hair care products, and bath and body products, and has built a successful business in connection therewith.

4.     Since at least as early as June 15, 1998, Opposer, itself and through its predecessor in interest (collectively, "Opposer"), has used "SEXY" as the dominant element of its names and marks for hair care preparations, and bath and body products including skin care products.  Since at least as early as December 21, 1998, Opposer has used such names and marks in commerce in the United States.

5.     Since at least as early as June 15, 1998, Opposer has continuously used "SEXY HAIR" as the dominant element of names and marks for hair care preparations and related products, including skin care products.

6.     Opposer has taken steps to protect the "SEXY HAIR" mark and has secured U.S. Trademark Registration No. 2,403,396 for such mark for the goods identified therein.  Registration No. 2,403,396 is valid and subsisting.

7.     Since 1998, Opposer has taken steps to develop a family of "SEXY" marks for hair care preparations, and bath and body products, including:  "SEXY HAIR CONCEPTS," "BIG SEXY HAIR," and "SEXY BATH & BODY" among others.

8.     Opposer has secured U.S. Reg. No. 2,823,999 for the mark "SEXY BATH & BODY."

9.     Use of the "SEXY" and "SEXY HAIR" names and marks by Opposer has been continuous and commercially significant since 1998.

SHINY 0584

10.     Opposer has since prior to May 20, 2004 used "Sexy Hair Concepts" and "Sexy Hair" as trade names as well as marks in connection with its business, which includes skin care products such as liquid body wash and moisturizing lotions, in addition to hair care products.

11.     Opposer's registered trademarks "SEXY HAIR" and "SEXY BATH & BODY," Opposer's family of "SEXY" marks, and the "Sexy Hair" and "Sexy Hair Concepts" names are inherently distinctive as applied to Opposer's products and business.

12.     By virtue of Opposer's continuous use in commerce of its marks and names in connection with its goods and business, such goods and business have become favorably known to the relevant trade and public under such marks and names.

13.     As Opposer is the owner of U.S. trademark registrations for "SEXY HAIR" and "SEXY BATH & BODY," priority is not in issue.

14.     In the application herein opposed, there are no restrictions on trade channels, so it must be assumed that the goods identified in the application will travel through all trade channels appropriate for goods of that type.

15.     Applicant's mark is confusingly similar to Opposer's registered trademarks and also to the family of "SEXY" marks established by Opposer, and to Opposer's "Sexy Hair" and "Sexy Hair Concepts" trade names.

16.     Each of Opposer's marks and names, and Applicant's mark, employ the identical term—"SEXY," as the dominant or a dominant element.  Opposer's "SEXY BATH & BODY" mark and Applicant's "SEXY BODY FOAM" mark are even more similar, each beginning with the distinctive term "SEXY" and having after the descriptive term "BODY" and differing only in the addition of non-distinctive wording:  FOAM, which is generic, and BATH.

17.     The goods of Opposer and the goods of Applicant are closely related.

SHINY 0585