# EXHIBIT A TO

# METZGER DECLARATION

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-30 10:32:21 ET

**Serial Number:** 78107587 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2754457

**Mark (words only):** BEACH SEXY

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-08-19

**Filing Date:** 2002-02-08

**Transformed into a National Application:** No

**Registration Date:** 2003-08-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-08-25

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.

**Address:**
VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

swimwear
**Basis:** 1(a)
**First Use Date:** 2002-02-20
**First Use in Commerce Date:** 2002-02-20

---

### ADDITIONAL INFORMATION

---

**Disclaimer:** "beach"

---

### MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-01-08 - Attorney Revoked And/Or Appointed

2008-01-08 - TEAS Revoke/Appoint Attorney Received

2007-10-23 - Attorney Revoked And/Or Appointed

2007-10-23 - TEAS Revoke/Appoint Attorney Received

2005-05-05 - TEAS Change Of Correspondence Received

2003-08-19 - Registered - Principal Register

2003-06-18 - Allowed for Registration - Principal Register (SOU accepted)

2003-05-27 - Communication received from applicant

2003-05-27 - PAPER RECEIVED

2003-05-15 - Non-final action mailed

2003-05-12 - Assigned To Examiner

2003-05-07 - Statement of use processing complete

2003-04-08 - Amendment to Use filed

2003-04-08 - TEAS Statement of Use Received

2003-01-21 - Notice of allowance - mailed

2002-10-29 - Published for opposition

2002-10-09 - Notice of publication

2002-07-18 - Approved for Pub - Principal Register (Initial exam)

2002-07-01 - Communication received from applicant

2002-07-01 - PAPER RECEIVED

2002-06-17 - Non-final action mailed

2002-06-12 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Shenia D. Miracle
Victoria's Secret Direct
Intellectual Property Manager
3427 Morse Crossing
Columbus OH 43219
Phone Number: 614-337-5942
Fax Number: 614-577-3047

---

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-30 10:32:59 ET

**Serial Number:** 78085820 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2776825

**Mark (words only):** SEXY SUPPORT

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-10-21

**Filing Date:** 2001-09-27

**Transformed into a National Application:** No

**Registration Date:** 2003-10-21

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-10-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.

**Address:**
VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active

clothing, namely, lingerie
**Basis:** 1(a)
**First Use Date:** 2002-01-31
**First Use in Commerce Date:** 2002-01-31

---

### ADDITIONAL INFORMATION

**Disclaimer:** "SUPPORT"

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-10-23 - Attorney Revoked And/Or Appointed

2007-10-23 - TEAS Revoke/Appoint Attorney Received

2005-05-02 - TEAS Change Of Correspondence Received

2003-10-21 - Registered - Principal Register

2003-08-21 - Allowed for Registration - Principal Register (SOU accepted)

2003-07-28 - Communication received from applicant

2003-08-18 - Case File In TICRS

2003-07-28 - PAPER RECEIVED

2003-07-14 - Non-final action mailed

2003-07-10 - Assigned To Examiner

2003-05-21 - Statement of use processing complete

2003-05-21 - Amendment to Use filed

2003-05-21 - TEAS Statement of Use Received

2002-11-26 - Notice of allowance - mailed

2002-09-03 - Published for opposition

2002-08-14 - Notice of publication

2002-07-05 - Approved for Pub - Principal Register (Initial exam)

2002-06-28 - Examiner's amendment mailed

2002-06-24 - Previous allowance count withdrawn

2002-04-06 - Approved for Pub - Principal Register (Initial exam)

2002-03-11 - Communication received from applicant

2002-03-11 - PAPER RECEIVED

2001-12-26 - Non-final action mailed

2001-12-13 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Deborah A. Hampton
Limited Brands
Intellectual Property Manager
FOUR LIMITED PARKWAY
REYNOLDSBURG OH 43068
Phone Number: 614-577-6948
Fax Number: 917-522-7158