# EXHIBIT B TO

# METZGER DECLARATION





**Gateway to the City**

| Home | Shopping | Dining | Entertainment & Event | Visitor | Opportunities | Specials | Virtual Tour | Information |



Boston. It's the seat of American history and the site of one of America's most famous shopping and dining experiences - Faneuil Hall Marketplace. For over 250 years, the marketplace has played an integral role in the life of Boston's residents. So if you are ready to see, taste and touch a true Boston experience, come to this historic and exciting place. Welcome to Faneuil Hall Marketplace.

Pick up a Discount Coupon Book for additional savings on food and entertainment.

- ✔ Downloadable Directory
- ✔ Parking
- ✔ Directions
- ✔ Hours
- ✔ Contact
- ✔ Online Media Room

Client Login

Faneuil Hall Marketplace




**Gateway to the City**

| Home | Shopping | Dining | Entertainment & Events | Visitor | Opportunities | Specials | Virtual Tour | Information |



F aneuil Hall Marketplace is Boston at its best with more than 100 of the finest shops and carts. National names, locally-owned treasures, plus the Bull Market — the world's first "fleet" of 43 wholly unique pushcarts featuring New England artisans and their fabulous wares.

View: **Stores |Carts & Kiosks|A to Z**

### Accessories

- Ann Taylor
- Boston Campus Gear
- Cuoio
- Geoclassics
- Local Charm
- Nine West
- Sunglass Hut & Watch Station
- Victoria's Secret



### Apparel/Children's

- Urban Outfitters

### Apparel/Men & Women

- Celtic Weavers
- Orvis
- Sock It To Me

### Entertainment & Electronics

- Camera Center

### Eyewear

- Cuoio
- Sunglass Hut & Watch Station

### Galleries

- Bostonian Society Museum Shop
- Boston Pewter Company
- Museum of Fine Arts

### Houseware & Home Furnishings

- Boston Pewter Company
- Crate & Barrel
- Funusual
- Museum of Fine Arts
- On The Edge
- Yankee Candle Company

### Jewelry

- Boston Pewter Company
- Flowers and Jewelry
- Geoclassics
- Local Charm

### Leather and Luggage

- Coach
- Cuoio

### Services

- Bostix Ticket Booth
- Faneuil Hall Information Booth

- Urban Outfitters
- Destination Boston

**Apparel/Men's**

- Bill Rodgers Running Center
- Celtic Weavers
- Orvis

**Apparel/Women's**

- Ann Taylor
- Coach
- Cuoio
- Nine West
- Orvis
- Victoria's Secret

**Bull Market Pushcarts**

- See Kiosks Page

**Bath, Health, and Beauty**

- Crabtree & Evelyn
- Origins
- Victoria's Secret

**Cards, Gifts, and Books**

- Best of Boston
- Boston Pewter Company
- Bostonian Society Museum Shop
- Celtic Weavers
- Crabtree & Evelyn
- Crate & Barrel
- Exotic Flowers
- Godiva Chocolatier
- Museum of Fine Arts
- Sluggers Upper Deck Kiosk
- Yankee Candle Company

**Shoes**

- Ann Taylor
- Bill Rodgers Running Center
- Cuoio
- Nine West

**Speciality**

- Bostonian Society Museum Shop
- Celtic Weavers
- Exotic Flowers
- Funusual
- Geoclassics
- Local Charm
- Sock It To Me
- Victoria's Secret
- Yankee Candle Company

**Sporting Equipment & Apparel**

- Bill Rodgers Running Center
- Cheers Gift Shop
- Orvis
- Sluggers Upper Deck Kiosk
- Sunglass Hut & Watch Station

**Toys and Games**

- Build-A-Bear Workshop
- friends 2b made



Faneuil Hall Marketplace





Home | Wednesday, April 30, 2008

358 Broadway Mall | Hicksville, NY 11801 | Phone 516-939-0679

general information    customer services    mall directory    contact details    leasing information

## GAP

## MALL DIRECTORY

## STORE LISTING

ACL/T-Mobile

Aeropostale

Al-Maya Perfumes

American Eagle Outfitters

Arby's

Arjay Wireless

As Seen On TV

Astoria Federal Savings

Auntie Anne's Pretzel

B. Dalton Booksellers

Babbages

Bath & Body Works

Bath Fitter

Benny's Jewelry

Best Alterations (Tailor)

Boston Market

Boulder Creek Steakhouse

Bourbon Street Café

Broadway Mall Dental Center

Broadway Multiplex Cinemas

Cel-Net Communications

Champs

Charlotte Russe

Chinese Gourmet

Cingular Wireless

City Source

Claire's Etc.

Cohen's Fashion Optical

Dakota Watch Company

INTERACTIVE MALL MAP

VIEW FULL FEATURE

GIFT CARDS

giftcard

VIEW FULL FEATURE

JUST FOR KIDS

KIDS KLUB

VIEW FULL FEATURE



A Vornado Managed Property

VORNADO
REALTY TRUST

Designer Shoe Outlet

Disney Store

Elite Gallery

Famous Footwear

Foot Locker

Frederick's of Hollywood

G & G

Gadgets & Gizmos

Gamestop

GAP

General Nutrition Center

Gymboree

Gymboree Play House

H & M

Hershey's Ice Cream

Hot Topic

IKEA

J & S Accessories

Johnny Rockets

Journeys

Kay Jewelers

Lady Foot Locker

Lane Bryant

Lids

Limited Too

Littman Jewelers

Lux Me

M&M Menswear

Macy's

Mandee

McDonald's Express

Motherhood Maternity

Mrs. Field's Cookies

My Tees

Nails 2000 & Day Spa

Nationwide Insurance

New York & Company

New York Golf

New York Islanders

New York Sports

Newstop

NY Sports Works

Old Navy

On The Border Mexican Café

Pacific Sunwear

Panera Bread

Payless Shoesource

Pharmacy

Piercing Pagoda

Pizza Hut Express

Plaza Barber

Pretzel Time

Rainbow

Ruby Tuesday

Sbarro

Sightline Research

Sock Drawer

Sprint PCS

Starbucks

Starbucks (inside Target)

Sterling Gallery

Sterling Optical

Steve & Barry's

Stride Rite

STS Tires

Subway

Sunglass Hut

Sushi.com

Taco Bell/KFC

Tae Kwon Do

TARGET

Tax Tips / Fligel, Brint & Co., CPA's

The Children's Place

Tina's Luggage & Accessories

Tropik Sun Fruit & Nuts

Tuesday Morning

Unique Styles

Verizon Fios

Victoria's Secret

Video Buttons

Yaali/The Leather Place

Zales

Zales Jewelers

Zoom Verizon Wireless

Zumiez

Privacy Policy & Disclaimer     Select From List     GO





A Vornado Managed Property
**VORNADO**
REALTY TRUST



Broadway Mall



To find a certain store search in a certain category or find a stores by name

Store Categories          Alphabetical Store Listing

See Map

### Sightline Research

Category: Services                    Phone: 933-7989

Location: 965/884                     General Hours:
                                      Monday-Saturday: 10:00AM - 9:30PM
                                      Sunday: 11:00AM - 7:00PM









## Westfield Chicago Ridge

| Store | Category | Telephone |
|---|---|---|
| | | Page: <Prev 1 2 3 4 5 6 7 8 9 Next> |
| | Stores starting with: A B C D E F G H I J K L M N O P R S T U V W X Y Z | |
| Toe Heaven | Beauty and Beauty Services | 708-422-9668 |
| Tokyo Express | Food Court Food Specialty Restaurants | 708-636-8882 |
| Torrid | Fashion Women's | 708-229-0496 |
| Trade Secret | Beauty and Beauty Services Services | 708-423-7400 |
| Ultra Diamonds | Jewelry | 708-422-9240 |
| Underground Station | Shoes | 708-229-8775 |
| US Cellular | Cellular Phone | 708-952-2044 |
| Vanity | Accessories Fashion Women's | 708-424-3060 |
| Verizon Wireless | Cellular Phone | 708-346-9557 |
| Victoria's Secret | Accessories Beauty and Beauty Services Fashion Women's and Men's | 708-346-0646 |
| Visionworks | Eyewear - Optical and Sunglass Services | 708-423-0791 |
| Whitehall Jewelers | Jewelry | 708-423-1771 |
| Wilsons Suede & Leather | Fashion Women's and Men's | 708-423-8555 |
| Windsor | Fashion Women's and Men's | 708-424-8531 |
| Xccessories! | Accessories Jewelry | 708-423-0069 |
| Yankee Candle | Gifts Home Furnishings and Design | 708-423-6715 |
| Zales Jewelers | Jewelry | 708-857-8202 |

**Westfield** Chicago Ridge

State   Category  Select a store category   Keywords

Search   Find a Store   Find a Westfield

- home
- our stores
- dining
- entertainment
- shopping hours
- news and events
- concierge services
- getting here
- special offers
- gift cards
- sign in. sign up
- your westfield

Search for

444 Chicago Ridge Mall
Chicago Ridge IL 60415
708 499 0840

- Contact us
- Westfield United States
- Corporate
- Careers
- Your privacy
- Disclaimer

You looked in **all categories**

Sort results by:
Category
Store

Case 1:07-cv-05804-GEL     Document 18-3     Filed 05/02/2008     Page 15 of 44

    



Mall Home

Mall Information

Mall Directory

@ Your Mall NOW!

Restaurants & Cinemas

Guest Services

Contact the Mall

Jobs

## Want to mark this as your preferred mall?

You can select a mall to be a preferred mall so that you are brought to this mall website each and every time you visit Simon.com.

Click here to pick this mall as your preferred.

## Southdale Center Home
**Mall Highlights**

⊙ **Click here for mall hours**



Southdale Center is the nation's first enclosed regional shopping center. The center, which opened in 1956, is anchored by Macy's, JC Penney and...
More...

✉ **Address**
10 Southdale Center
Edina, MN 55435
Click here for map

✎ **Location**

Southdale Center is located in Edina, MN at the corner of West 66th Street and France Avenue South in Hennepin County. The site is bounded by West 66th Street to the north, West 69th Street to the south, York Avenue to the east, and France Avenue to the west. France Avenue is a key north/south artery serving the Minneapolis metropolitan area, while West 66th Street is a major east/west arterial.

☎ **Phone Number**
(952) 925-7874

💳 **Southdale Center Gift Card – Give the gift of choice**
Southdale Center gift cards give them exactly what they want – the gift of choice. This Simon Visa Giftcard may be redeemed within any Simon mall and anywhere Visa Debit cards are accepted. Gift cards may be purchased at the Simon Marketplace, Simon Guest Services, customer service desk or mall office. And it is also available for purchase online.
Click here to buy a gift card online now.



**Featured Stores** ▼ Manage Favorites

- AMC 16 Theatres
- Abercrombie & Fitch
- Apple Computer

- Ann Taylor
- Coach
- Aveda

- Len Druskin Clearance Store
- Ocean Waves Massage & O2 Lounge
- Final Cut Sports Barbershop



**Get a Simon Visa Giftcard Online**

Privacy Policy | Find Another Simon Mall | Investor Relations | Simon Youth Foundation



more choices·    Simon.com Global Navigation        
HOME  GIFTCARDS  KIDGITS  REGISTER  HELP

**Sign In**
Not registered? click here

Mall Home

Mall Information

Mall Directory

@ Your Mall NOW!

Restaurants & Cinemas

Guest Services

Contact the Mall

Jobs

## Southdale Center Directory

Looking for a specific store or type of shopping venue? Browse through your mall's complete directory and get all the pertinent information on the store in question. It's that easy - just choose the method of viewing the directory that is most convenient for you.

$ This icon indicates that a coupon is available. Click on the tenant to access the coupon.
SALE This icon indicates that a sale is available. Click on the tenant to access the sale.

Browse by Category | Browse Alphabetically | View Mall Floorplan

### Accessories
A Dollar
AT&T
Avon
Claire's Boutique
Coach
Davlin's
Len Druskin Clearance Store
PacSun
Radio Shack
Ralph's Shoe Service
SolarEx Sunglasses
Sonnie's
Studio
Sunglass Hut
Top Mobile
Watch World International
Zumiez

### Arts & Crafts
Davlin's

### Cards / Books / Gifts / Stationery
A Dollar
B. Dalton Bookseller
Hallmark
Yankee Candle
Zumiez

### Children's Fashions
abercrombie
Children's Place, The
GapKids / BabyGap
Gymboree
Limited Too
Marshalls
Stride Rite Shoes

### Cigars / Tobacco
Treats & More



Build your own
Simon Giftcard

Personalize a name and a message
right on the card!

## Department Stores

JCPenney
Macy*s SALE
Marshalls

## Entertainment

Radio Shack

## Entertainment-Theatres

AMC 16 Theatres

## Food – Specialty

Auntie Anne's Pretzels
Caribou Coffee
Great Steak & Potato Company
Orange Julius
Treats & More

## Health and Beauty

A Dollar
Ala Moana Nails
Aveda SALE
Avon
Bath & Body Works
Body Shop, The
Crabtree & Evelyn SALE
Final Cut Sports Barbershop SALE
GNC
Golden Razor Family Salon
JCPenney Styling Salon
Macy*s Premier Salon
MasterCuts SALE
Ocean Waves Massage & O2 Lounge
Regis Salon
Trade Secret
Ulta Salon, Cosmetics & Fragrance
Victoria's Secret
Victoria's Secret Beauty

## Home Furnishings

Ladan Galleries
Select Comfort
Twin City Jacuzzi

## Jewelry

Ben Bridge Jewelers
Goodman Jewelers
Helzberg Diamonds
Rogers & Hollands Jewelers SALE
Watch World International
Zumiez

## Luggage

Coach

## Medical / Oficinas médicas

Minute Clinic

## Men's & Women's Fashions

Abercrombie & Fitch
American Eagle Outfitters
Banana Republic
Buckle
City Shirts
Eddie Bauer
Express
Gap
J. Crew
Len Druskin Clearance Store
Marshalls
PacSun
Studio
Sunglass Hut
VS Social Standard
Zumiez

**Men's Fashions**
Abercrombie & Fitch
American Eagle Outfitters
Banana Republic
Buckle
Eddie Bauer
Express
Express Men
Gap
J. Crew
Men's Wearhouse
MW Tux SALE
PacSun
Savvi Formalwear
Zumiez

**Men's Speciality Fashions**
Zumiez

**Miscellaneous**
A Dollar
Ala Moana Nails
ProActiv
Ralph's Shoe Service
Treats & More
Twin City Jacuzzi

**Music / Electronics / Video**
Apple Computer
Games N Go
Mobile Solutions, The
Radio Shack
Suncoast Motion Picture Company
Verizon Your Express Premium Retailer

**Newsstand**
Treats & More

**Optical / Eyewear**
LensCrafters
Sunglass Hut
Vision World
Visionary Optical

**Photography**
JCPenney Portrait Studio
Ritz Camera One Hour Photo
Ritz Camera Proex Portraits

**Restaurants (order at the counter)**
Arby's
Dairy Queen
Great Steak & Potato Company
Little Tokyo
Macy*s Marketplace Deli
Orange Julius
Sbarro
Subway

**Restaurants (order via wait staff)**
California Pizza Kitchen
Cheesecake Factory, The
Macy*s Lakeshore Grill
Maggiano's Little Italy
P.F. Chang's China Bistro
Ruby Tuesday

**Services**
Ala Moana Nails
Apple Computer
Aveda [SALE]
Avon
Final Cut Sports Barbershop [SALE]
Fixery, The
Golden Razor Family Salon
H & R Block
Island Ink Jet
JCPenney Portrait Studio
JCPenney Styling Salon
King of Shines
LensCrafters
Macy*s Premier Salon
MasterCuts [SALE]
Minute Clinic
Mobile Solutions, The
MW Tux [SALE]
Ocean Waves Massage & O2 Lounge
Qwest Communications
Ralph's Shoe Service
Regis Salon
Ritz Camera One Hour Photo
Ritz Camera Proex Portraits
Stitch It Alterations
T-Mobile
Top Mobile
Twin City Jacuzzi
Verizon Wireless
Vision World
Visionary Optical

**Services / Servicios**
Mobile Solutions, The

**Shoes**

Champs Sports
Crocs
Easy Spirit
Foot Locker
JL Esso
Lady Foot Locker
Marshalls
Nine West
PacSun
Stride Rite Shoes
Zumiez

**Specialty Food**
Arby's
Ben & Jerry's Ice Cream
Caribou Coffee
Cinnabon
Dairy Queen
GNC
Godiva Chocolatier
Great Steak & Potato Company
Orange Julius
Treats & More

**Specialty Shops**
A Dollar
Avon
Bath & Body Works
Body Shop, The
Coach
Crabtree & Evelyn $ SALE
Davlin's
Fixery, The
Goodman Jewelers
JCPenney Portrait Studio
Len Druskin Clearance Store
Macy*s Travel
Minute Clinic
Mobile Solutions, The
MW Tux SALE
Ounces Tea Company
PacSun
ProActiv
Radio Shack
Savvi Formalwear
Shock City Cellular
T-Mobile
Things Remembered SALE
Twin City Jacuzzi
Victoria's Secret Beauty
Watch World International

**Sporting Goods / Activewear**
Champs Sports
Foot Locker
Franchise Sports
Lady Foot Locker
Zumiez

**Toys and Games**
Games by James

Radio Shack

## Women's Fashions
Abercrombie & Fitch
Aeropostale
American Eagle Outfitters
Ann Taylor
Arden B.
Banana Republic
Buckle
Christopher & Banks
Eddie Bauer
Express
Gap
J. Crew
Lady Foot Locker
Limited, The
Macy*s Petites
Macy*s Women's World
Marshalls
New York & Company
PacSun
Sonnie's
Talbots Woman
Victoria's Secret
Victoria's Secret Beauty
Zumiez

## Women's Specialty Fashions
Macy*s Petites
Motherhood Maternity
Sonnie's
Zumiez

# Southdale Center Floorplan

Print this Page



## FIRST LEVEL

## SECOND LEV

## THIRD LEVEL

## LOWER LEVEL

| STORE | LOCATION | PHONE |
|---|---|---|
| A Dollar | Main Level in the JC Penney's wing | (952) 926-7800 |
| A Dollar | Main Level in the JC Penney's wing | (952) 926-7800 |
| A Dollar | Main Level in the JC Penney's wing | (952) 926-7800 |
| A Dollar | Main Level in the JC Penney's wing | (952) 926-7800 |
| A Dollar | Main Level in the JC Penney's wing | (952) 926-7800 |
| abercrombie | Second Level - Center Court | (952) 925-4621 |
| Abercrombie & Fitch | Main Level - Center Court | (952) 922-8467 |

| | | |
|---|---|---|
| Abercrombie & Fitch | Main Level - Center Court | (952) 922-8467 |
| Abercrombie & Fitch | Main Level - Center Court | (952) 922-8467 |
| Aeropostale | Second Level in Center Court | (952) 929-1085 |
| Ala Moana Nails | Two Locations! See Floor Plan | (952) 927-9551 |
| Ala Moana Nails | Two Locations! See Floor Plan | (952) 927-9551 |
| Ala Moana Nails | Two Locations! See Floor Plan | (952) 927-9551 |
| AMC 16 Theatres | Off 69th Street or France Avenue | (952) 920-9595 |
| American Eagle Outfitters | Second Level in Center Court | (952) 926-9441 |
| American Eagle Outfitters | Second Level in Center Court | (952) 926-9441 |
| American Eagle Outfitters | Second Level in Center Court | (952) 926-9441 |
| Ann Taylor | Main Level - Center Court | (952) 922-6868 |
| Apple Computer | Main Level - Center Court | (952) 920-8260 |
| Apple Computer | Main Level - Center Court | (952) 920-8260 |
| Arby's | Second Level next to JC Penney's - Door 8 off 66th Street | (952) 922-7868 |
| Arby's | Second Level next to JC Penney's - Door 8 off 66th Street | (952) 922-7868 |
| Arden B. | | |
| AT&T | See Floor Plan | (952) 920-8451 |
| Auntie Anne's Pretzels | Second Level near Center Court escalators | (952) 926-6925 |
| Aveda | Main Level - Center Court | (952) 920-3411 |
| Aveda | Main Level - Center Court | (952) 920-3411 |
| Avon | | (952) 929-4314 |
| Avon | | (952) 929-4314 |
| Avon | | (952) 929-4314 |
| Avon | | (952) 929-4314 |
| B. Dalton Bookseller | Main Level - in the District off Center Court | (952) 920-2677 |
| Banana Republic | Center Court near Macy's | (952) 922-5070 |
| Banana Republic | Center Court near Macy's | (952) 922-5070 |
| Banana Republic | Center Court near Macy's | (952) 922-5070 |
| Bath & Body Works | Second Level - Center Court | (952) 920-1064 |
| Bath & Body Works | Second Level - Center Court | (952) 920-1064 |
| Ben & Jerry's Ice Cream | Center Court | (952) 929-4167 |
| Ben Bridge Jewelers | Second Level - Center Court just off escalators | (952) 922-1250 |
| Body Shop, The | See Floor Plan | (952) 929-1530 |
| Body Shop, The | See Floor Plan | (952) 929-1530 |
| Buckle | Third Level - See Floor Plan | (952) 285-1021 |
| Buckle | Third Level - See Floor Plan | (952) 285-1021 |
| Buckle | Third Level - See Floor Plan | (952) 285-1021 |
| California Pizza Kitchen | Southdale's District area near AMC Theatre hallway and B. Dalton's Bookshop | (952) 924-3000 |
| Caribou Coffee | Main level near Macy's | (952) 926-1183 |
| Caribou Coffee | Main level near Macy's | (952) 926-1183 |
| Champs Sports | Main Level just off Center Court | (952) 929-4917 |
| Champs Sports | Main Level just off Center Court | (952) 929-4917 |
| Cheesecake Factory, The | Just off 69th Street entrance | (952) 653-3333 |
| Children's Place, The | Second Level - Center Court | (952) 922-6836 |
| Christopher & Banks | Second Level just outside JC Penney's | (952) 920-1830 |
| Cinnabon | Main Level off Center Court, near Door 20 | (952) 929-1214 |
| City Shirts | Second Level in Center Court | (952) 920-9091 |
| Claire's Boutique | Second Level | (952) 927-8876 |
| Coach | Main Level - Center Court | (952) 920-8734 |
| Coach | Main Level - Center Court | (952) 920-8734 |
| Coach | Main Level - Center Court | (952) 920-8734 |
| Crabtree & Evelyn | Main Level near Macy's | (952) 928-9848 |
| Crabtree & Evelyn | Main Level near Macy's | (952) 928-9848 |

| | | |
|---|---|---|
| Crocs | Center Court | (952) 926-0963 |
| Dairy Queen | Main Level just off Center Court | (952) 920-6811 |
| Dairy Queen | Main Level just off Center Court | (952) 920-6811 |
| Davlin's | Second Level near Macy's | (952) 926-6838 |
| Davlin's | Second Level near Macy's | (952) 926-6838 |
| Davlin's | Second Level near Macy's | (952) 926-6838 |
| Easy Spirit | Main Level - Center Court | (952) 920-9630 |
| Eddie Bauer | Second Level - Center Court | (952) 925-1225 |
| Eddie Bauer | Second Level - Center Court | (952) 925-1225 |
| Eddie Bauer | Second Level - Center Court | (952) 925-1225 |
| Express | Second Level - Center Court | (952) 920-1260 |
| Express | Second Level - Center Court | (952) 920-1260 |
| Express | Second Level - Center Court | (952) 920-1260 |
| Express Men | Second Level - Center Court near Macy's | (952) 920-1981 |
| Final Cut Sports Barbershop | #3135 3rd floor next to Macy's | (952) 922-9610 |
| Final Cut Sports Barbershop | #3135 3rd floor next to Macy's | (952) 922-9610 |
| Fixery, The | Main Level - JC Penney's wing | (952) 929-7122 |
| Fixery, The | Main Level - JC Penney's wing | (952) 929-7122 |
| Foot Locker | Second Level just off Center Court | (952) 929-5888 |
| Foot Locker | Second Level just off Center Court | (952) 929-5888 |
| Franchise Sports | Second Level in the JC Penney wing | (952) 929-4577 |
| Games by James | Second Level in the JC Penney wing | (952) 925-9656 |
| Games N Go | Third Level near Food Court | (952) 926-0592 |
| Gap | Main Level - Center Court | (952) 926-4574 |
| Gap | Main Level - Center Court | (952) 926-4574 |
| Gap | Main Level - Center Court | (952) 926-4574 |
| GapKids / BabyGap | Main Level - Center Court near Macy's | (952) 922-3818 |
| GNC | Second Level off Center Court in JC Penney wing | (952) 927-5572 |
| GNC | Second Level off Center Court in JC Penney wing | (952) 927-5572 |
| Godiva Chocolatier | Main Level - Center Court | (952) 920-8442 |
| Golden Razor Family Salon | Main Level in JC Penney wing, near Door 13 | (952) 920-4193 |
| Golden Razor Family Salon | Main Level in JC Penney wing, near Door 13 | (952) 920-4193 |
| Goodman Jewelers | Second Level - Center Court | (952) 920-1010 |
| Goodman Jewelers | Second Level - Center Court | (952) 920-1010 |
| Great Steak & Potato Company | Food Court on Level Three | (952) 920-0618 |
| Great Steak & Potato Company | Food Court on Level Three | (952) 920-0618 |
| Great Steak & Potato Company | Food Court on Level Three | (952) 920-0618 |
| Gymboree | Main Level off Center Court, near Ruby Tuesday | (952) 920-5513 |
| H & R Block | #2355 on 1st level | (952) 925-5171 |
| Hallmark | Next to Ann Taylor off Center Court | (952) 926-2326 |
| Helzberg Diamonds | Second Level off Center Court | (952) 920-2907 |
| Island Ink Jet | Center Court | (952) 929-0248 |
| J. Crew | Main Level - Center Court | (952) 926-2739 |
| J. Crew | Main Level - Center Court | (952) 926-2739 |
| J. Crew | Main Level - Center Court | (952) 926-2739 |
| JCPenney | See Floor Plan | (952) 920-8101 |
| JCPenney Portrait Studio | See Floor Plan | (952) 920-0754 |
| JCPenney Portrait Studio | See Floor Plan | (952) 920-0754 |
| JCPenney Portrait Studio | See Floor Plan | (952) 920-0754 |
| JCPenney Styling Salon | See Floor Plan | (952) 920-8557 |
| JCPenney Styling Salon | See Floor Plan | (952) 920-8557 |
| JL Esso | Main Level just off Center Court | (952) 922-2026 |
| King of Shines | Main Level near Macy's and Ruby Tuesday | (952) 221-7171 |
| Ladan Galleries | #1375 Located on 1st level by JCPenney | |

| | | |
|---|---|---|
| Lady Foot Locker | Second Level just left of Center Court escalators | (952) 925-3731 |
| Lady Foot Locker | Second Level just left of Center Court escalators | (952) 925-3731 |
| Lady Foot Locker | Second Level just left of Center Court escalators | (952) 925-3731 |
| Len Druskin Clearance Store | Main Level off Center Court in the District | (952) 920-0472 |
| Len Druskin Clearance Store | Main Level off Center Court in the District | (952) 920-0472 |
| Len Druskin Clearance Store | Main Level off Center Court in the District | (952) 920-0472 |
| LensCrafters | Second Level - Center Court | (952) 920-8607 |
| LensCrafters | Second Level - Center Court | (952) 920-8607 |
| Limited Too | See Floor Plan | (952) 920-3010 |
| Limited, The | See Floor Plan | (952) 920-0363 |
| Little Tokyo | Food Court - Level Three | (952) 927-5031 |
| Macy*s | See Floor Plan | (952) 924-6600 |
| Macy*s Lakeshore Grill | Macy's Lower Level | (952) 924-6727 |
| Macy*s Marketplace Deli | Macy's Third Floor | (952) 924-6749 |
| Macy*s Petites | See Floor Plan | (952) 924-6624 |
| Macy*s Petites | See Floor Plan | (952) 924-6624 |
| Macy*s Premier Salon | Macy's | (952) 924-6730 |
| Macy*s Premier Salon | Macy's | (952) 924-6730 |
| Macy*s Travel | See Floor Plan | (952) 924-6777 |
| Macy*s Women's World | See Floor Plan | (952) 924-6626 |
| Maggiano's Little Italy | Off 69th Street entrance | (952) 285-4339 |
| Marshalls | Southdale Center's Lower Level | (952) 929-2668 |
| Marshalls | Southdale Center's Lower Level | (952) 929-2668 |
| Marshalls | Southdale Center's Lower Level | (952) 929-2668 |
| Marshalls | Southdale Center's Lower Level | (952) 929-2668 |
| Marshalls | Southdale Center's Lower Level | (952) 929-2668 |
| MasterCuts | Main Level off Center Court in the District | (952) 922-1212 |
| MasterCuts | Main Level off Center Court in the District | (952) 922-1212 |
| Men's Wearhouse | Main Level off Center Court, near Ruby Tuesday | (952) 926-4231 |
| Minute Clinic | Main Level off Center Court near Hallmark | (866) 389-2727 |
| Minute Clinic | Main Level off Center Court near Hallmark | (866) 389-2727 |
| Minute Clinic | Main Level off Center Court near Hallmark | (866) 389-2727 |
| Mobile Solutions, The | See Floor Plan | (952) 920-1100 |
| Mobile Solutions, The | See Floor Plan | (952) 920-1100 |
| Mobile Solutions, The | See Floor Plan | (952) 920-1100 |
| Mobile Solutions, The | See Floor Plan | (952) 920-1100 |
| Motherhood Maternity | Second Level between Center Court and JC Penney's | (952) 927-9909 |
| MW Tux | Main Level in JC Penney's wing, just inside Door 13 | (952) 926-8105 |
| MW Tux | Main Level in JC Penney's wing, just inside Door 13 | (952) 926-8105 |
| MW Tux | Main Level in JC Penney's wing, just inside Door 13 | (952) 926-8105 |
| New York & Company | Second Level near Macy's, from outside use Door 21 | (952) 924-0909 |
| Nine West | Second Level off Center Court, near Macy's | (952) 927-4131 |
| Ocean Waves Massage & O2 Lounge | Main Level - Center Court | (952) 922-3600 |
| Ocean Waves Massage & O2 Lounge | Main Level - Center Court | (952) 922-3600 |
| Orange Julius | Main Level just off Center Court in the District | (952) 920-6811 |
| Orange Julius | Main Level just off Center Court in the District | (952) 920-6811 |
| Orange Julius | Main Level just off Center Court in the District | (952) 920-6811 |
| Ounces Tea Company | Second Level near Macy's | (952) 922-9443 |
| P.F. Chang's China Bistro | Off 69th Street entrance | (952) 926-1713 |
| PacSun | Third Level | (952) 920-2276 |
| PacSun | Third Level | (952) 920-2276 |
| PacSun | Third Level | (952) 920-2276 |

| | | |
|---|---|---|
| PacSun | Third Level | (952) 920-2276 |
| PacSun | Third Level | (952) 920-2276 |
| PacSun | Third Level | (952) 920-2276 |
| ProActiv | Center Court | (952) 920-2091 |
| ProActiv | Center Court | (952) 920-2091 |
| Qwest Communications | Main Level - Center Court | (952) 920-3038 |
| Radio Shack | Main Level between JC Penney's and Center Court | (952) 922-9505 |
| Radio Shack | Main Level between JC Penney's and Center Court | (952) 922-9505 |
| Radio Shack | Main Level between JC Penney's and Center Court | (952) 922-9505 |
| Radio Shack | Main Level between JC Penney's and Center Court | (952) 922-9505 |
| Radio Shack | Main Level between JC Penney's and Center Court | (952) 922-9505 |
| Ralph's Shoe Service | Third Level across from JC Penney's | (952) 927-8533 |
| Ralph's Shoe Service | Third Level across from JC Penney's | (952) 927-8533 |
| Ralph's Shoe Service | Third Level across from JC Penney's | (952) 927-8533 |
| Regis Salon | Third Level by Macy's | (952) 929-5555 |
| Regis Salon | Third Level by Macy's | (952) 929-5555 |
| Ritz Camera One Hour Photo | Second Level by Arby's (Space 2300) | (952) 927-5451 |
| Ritz Camera One Hour Photo | Second Level by Arby's (Space 2300) | (952) 927-5451 |
| Ritz Camera Proex Portraits | Main Level across from Ruby Tuesday and inside Door 20 (Space 1015) | (952) 929-9393 |
| Ritz Camera Proex Portraits | Main Level across from Ruby Tuesday and inside Door 20 (Space 1015) | (952) 929-9393 |
| Rogers & Hollands Jewelers | Second Level - Center Court | (952) 285-1200 |
| Ruby Tuesday | Main Level off France Avenue | (952) 928-9906 |
| Savvi Formalwear | Second Level outside Macy's (Space 2045) | (952) 925-2010 |
| Savvi Formalwear | Second Level outside Macy's (Space 2045) | (952) 925-2010 |
| Sbarro | Food Court - Level Three (Space 3990) | (952) 925-4960 |
| Select Comfort | Second Level off Center Court, near Macy's (Space 2075) | |
| Shock City Cellular | Main Level - just off Center Court | (952) 922-0501 |
| SolarEx Sunglasses | Main Level - Center Court | (952) 929-1732 |
| Sonnie's | Main Level - Center Court (Space 1150) | (952) 929-3022 |
| Sonnie's | Main Level - Center Court (Space 1150) | (952) 929-3022 |
| Sonnie's | Main Level - Center Court (Space 1150) | (952) 929-3022 |
| Stitch It Alterations | Off Center Court next to Abercrombie & Fitch | (952) 848-7466 |
| Stride Rite Shoes | Second Level near Macy's | |
| Stride Rite Shoes | Second Level near Macy's | |
| Studio | # 2825 on 2nd level | (952) 925-1342 |
| Studio | # 2825 on 2nd level | (952) 925-1342 |
| Subway | Third Level - Food Court (Space 3920) | (952) 922-1871 |
| Suncoast Motion Picture Company | Third Level - Center Court near Macy's (Space 3195) | (952) 924-0100 |
| Sunglass Hut | Second Level - off Center Court (Space 2900) | (952) 928-9055 |
| Sunglass Hut | Second Level - off Center Court (Space 2900) | (952) 928-9055 |
| Sunglass Hut | Second Level - off Center Court (Space 2900) | (952) 928-9055 |
| T-Mobile | Main Level - Center Court | (952) 928-3801 |
| T-Mobile | Main Level - Center Court | (952) 928-3801 |
| Talbots Woman | Main Level near Macy's (Space 1045) | (952) 285-1800 |
| Things Remembered | Second Level near JC Penney's (Space 2240) | (952) 922-5409 |
| Top Mobile | Second Level between JC Penney's & Center Court (Space 2540) | (952) 922-8511 |
| Top Mobile | Second Level between JC Penney's & Center Court (Space 2540) | (952) 922-8511 |
| Trade Secret | Second Level - near Macy's (Space 2945) | (952) 925-2555 |
| Treats & More | See Floor Plan | (952) 926-4849 |
| Treats & More | See Floor Plan | (952) 926-4849 |
| Treats & More | See Floor Plan | (952) 926-4849 |
| Treats & More | See Floor Plan | (952) 926-4849 |

| | | |
|---|---|---|
| Treats & More | See Floor Plan | (952) 926-4849 |
| Twin City Jacuzzi | Second Level just left of escalator (Space 2855) | (952) 890-7727 |
| Twin City Jacuzzi | Second Level just left of escalator (Space 2855) | (952) 890-7727 |
| Twin City Jacuzzi | Second Level just left of escalator (Space 2855) | (952) 890-7727 |
| Twin City Jacuzzi | Second Level just left of escalator (Space 2855) | (952) 890-7727 |
| Ulta Salon, Cosmetics & Fragrance | Second Level off Center Court (Space 2750) | (952) 920-9748 |
| Verizon Wireless | Second Level - Center Court at top of escalator | (952) 285-9964 |
| Verizon Your Express Premium Retailer | 1st level kiosk located across from Apple. | (952) 928-1093 |
| Victoria's Secret | Main Level - Center Court (Space 1165) | (952) 925-0037 |
| Victoria's Secret | Main Level - Center Court (Space 1165) | (952) 925-0037 |
| Victoria's Secret Beauty | Main Level - Center Court (Space 1780) | (952) 848-2317 |
| Victoria's Secret Beauty | Main Level - Center Court (Space 1780) | (952) 848-2317 |
| Victoria's Secret Beauty | Main Level - Center Court (Space 1780) | (952) 848-2317 |
| Vision World | Main Level - near Macy's and Door 20 off France Avenue (Space 1030) | (952) 926-3900 |
| Vision World | Main Level - near Macy's and Door 20 off France Avenue (Space 1030) | (952) 926-3900 |
| Visionary Optical | Main Level off Center Court near Macy's (Space 1090) | (952) 929-2442 |
| Visionary Optical | Main Level off Center Court near Macy's (Space 1090) | (952) 929-2442 |
| VS Social Standard | #3015 located on 3rd floor by the food court. | (952) 926-0603 |
| Watch World International | Main Level - off Center Court next to Abercrombie (Space 1525) | (952) 924-0120 |
| Watch World International | Main Level - off Center Court next to Abercrombie (Space 1525) | (952) 924-0120 |
| Watch World International | Main Level - off Center Court next to Abercrombie (Space 1525) | (952) 924-0120 |
| Yankee Candle | Second Level - Center Court by escalator (Space 2885) | (952) 929-1511 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |
| Zumiez | Third Level (Space 3855) | (952) 926-1574 |

Case 1:07-cv-05804-GEL    Document 18-3    Filed 05/02/2008    Page 29 of 44

**simon.com** | more choices·    Simon.com Global Navigation    go
HOME  GIFTCARDS  KIDGITS®  REGISTER  HELP

LENOX SQUARE

☑ **Sign In**
Not registered? click here

**Mall Home**

**Mall Information**

**Mall Directory**

**☺ Your Mall NOW!**

**Restaurants & Cinemas**

**Guest Services**

**Contact the Mall**

**Jobs**

### Want to mark this as your preferred mall?
You can select a mall to be a preferred mall so that you are brought to this mall website each and every time you visit Simon.com.

Click here to pick this mall as your preferred. ▣

### Lenox Square ® Home
**Mall Highlights**

Offering more choices since 1959, Lenox Square is the Southeast's premier shopping destination.  Lenox Square is anchored...
More...

✉ **Address**
3393 Peachtree Road NE
Atlanta, GA 30326
Click here for map

🐾 **Location**

Lenox Square is located in the prestigious Buckhead area of Atlanta, Georgia, between I-85 and State Highway 400, at the corner of Peachtree and Lenox Road.  Detailed directions are available by calling Lenox Square's 24-hour Shopping Line at 404-233-6767.

Lenox Square is easily accessible on MARTA.  We are located on the Northeast - South rail line at stop NE7.  Visit www.ItsMarta.com for more details.

🕿 **Phone Number**
(404) 233-6767

🎁 **Lenox Square ® Gift Card – Give the gift of choice**
Lenox Square ® gift cards give them exactly what they want – the gift of choice. This Simon Visa Giftcard may be redeemed within any Simon mall and anywhere Visa Debit cards are accepted. Gift cards may be purchased at the Simon Marketplace, Simon Guest Services, customer service desk or mall office. And it is also available for purchase online.
Click here to buy a gift card online now.

☺ **Click here for mall hours**





SIMON INSIDER    Click for **secret deals** inside information ...more choices ▣

**Featured Stores** ▣ Manage Favorites

- Banana Republic
- Express
- H. Stockton Atlanta
- Brooks Brothers
- Salvatore Ferragamo
- Betsey Johnson
- Polo By Ralph Lauren
- St. John Boutique
- Louis Vuitton



**Get a Simon Visa Giftcard Online** ▣

     

**simon**.com | more choices · Simon.com Global Navigation    go   HOME   GIFTCARDS   KIDGITS®   REGISTER   HELP



🗏 **Sign In**
Not registered? click here

Mall Home

Mall Information

Mall Directory

@ Your Mall NOW!

Restaurants & Cinemas

Guest Services

Contact the Mall

Jobs

## Lenox Square ® Directory

Looking for a specific store or type of shopping venue? Browse through your mall's complete directory and get all the pertinent information on the store in question. It's that easy – just choose the method of viewing the directory that is most convenient for you.

$ This icon indicates that a coupon is available. Click on the tenant to access the coupon.

SALE This icon indicates that a sale is available. Click on the tenant to access the sale.

Browse by Category | Browse Alphabetically | View Mall Floorplan

**Men's & Women's Fashions**
Abercrombie & Fitch

**Men's Fashions**
Abercrombie & Fitch

**Women's Fashions**
Abercrombie & Fitch

**Shoes**
adidas Originals

**Sporting Goods / Activewear**
adidas Originals

**Men's & Women's Fashions**
adidas Originals

**Men's Fashions**
After Hours Formalwear

**Shoes**
Aldo Shoes

**Men's & Women's Fashions**
American Eagle Outfitters

**Women's Fashions**
Ann Taylor
Ann Taylor Loft
Anthropologie

**Accessories**
Anthropologie

**Home Furnishings**
Anthropologie

**Music / Electronics / Video**
Apple Computer



Build your own
**Simon Giftcard**

Personalize a name
and a message
right on the card! ™

**Specialty Shops**
Apple Computer

**Women's Fashions**
ArdenB.

**Restaurants (order at the counter)**
Asian Chao

**Services**
Atlanta Police Department Substation
AtlanTIX

**Entertainment**
AtlanTIX

**Entertainment-Theatres**
AtlanTIX

**Health and Beauty**
Aveda Lifestyle Store

**Children's Fashions**
BabyGap

**Jewelry**
Bailey Banks & Biddle

**Specialty Shops**
Bailey Banks & Biddle

**Shoes**
Bakers
Bally of Switzerland

**Men's & Women's Fashions**
Banana Republic

**Services**
Bank of America ATM

**Health and Beauty**
Bare Escentuals
Bath & Body Works

**Specialty Shops**
Bath & Body Works

**Women's Fashions**
BCBGMAXAZRIA
bebe
bebe Sport

**Sporting Goods / Activewear**
bebe Sport

**Women's Specialty Fashions**
bebe Sport

**Women's Fashions**
Betsey Johnson

**Department Stores**
Bloomingdale's

**Men's & Women's Fashions**
Bobby Jones

**Shoes**
Bostonian Shoe

**Men's & Women's Fashions**
Brooks Brothers

**Music / Electronics / Video**
Brookstone

**Cards / Books / Gifts / Stationery**
Brookstone

**Home Furnishings**
Brookstone

**Specialty Shops**
Brookstone

**Men's & Women's Fashions**
Burberry

**Restaurants (order at the counter)**
Burger King

**Children's Fashions**
Buster Brown

**Shoes**
Buster Brown

**Women's Fashions**
Caché

**Women's Specialty Fashions**
Caché

**Restaurants (order at the counter)**
Cajun Supreme

**Restaurants (order via wait staff)**
California Pizza Kitchen

**Women's Fashions**
Calvin Klein

**Men's & Women's Fashions**
Calvin Klein

**Men's Fashions**
Calvin Klein

**Accessories**
Calvin Klein
Cartier

**Cards / Books / Gifts / Stationery**
Cartier

**Jewelry**
Cartier

**Luggage**
Cartier

**Shoes**
Champs Sports

**Sporting Goods / Activewear**
Champs Sports

**Restaurants (order at the counter)**
Chick-fil-A

**Specialty Food**
Cinnabon

**Men's & Women's Fashions**
Club Monaco

**Luggage**
Coach

**Accessories**
Coach

**Specialty Shops**
Coach

**Specialty Food**
Corner Bakery Cafe

**Home Furnishings**
Crate & Barrel

**Health and Beauty**
DASS Salon & Spa

**Services**
DASS Salon & Spa
Davante

**Accessories**
Davante

**Optical / Eyewear**
Davante

**Specialty Shops**
Davante

**Jewelry**

David Yurman

**Men's & Women's Fashions**
Diesel

**Men's Fashions**
Diesel

**Sporting Goods / Activewear**
Diesel

**Shoes**
Diesel

**Women's Fashions**
Diesel

**Shoes**
Ecco Shoes

**Health and Beauty**
Ecotage Salon and Spa

**Women's Fashions**
Express

**Sporting Goods / Activewear**
Falcons 365

**Restaurants (order at the counter)**
Farmer's Basket

**Services**
Fashion Tailor
Fast Fix Jewelry Repair

**Specialty Shops**
Field of Dreams

**Shoes**
Florsheim Shoes
Foot Locker

**Sporting Goods / Activewear**
Foot Locker

**Women's Fashions**
French Connection

**Men's Fashions**
French Connection

**Men's & Women's Fashions**
French Connection

**Accessories**
French Connection

**Specialty Food**
Freshens Yogurt

**Music / Electronics / Video**
fye - For Your Entertainment
Game Stop SALE

**Toys and Games**
Game Stop SALE

**Women's Fashions**
Gap

**Men's & Women's Fashions**
Gap

**Men's Fashions**
Gap

**Children's Fashions**
GapKids

**Cards / Books / Gifts / Stationery**
Gateway Newstand

**Specialty Food**
GNC
Godiva Chocolatier SALE

**Services**
Graham, David R., D.D.S.

**Specialty Food**
Great American Cookie Co.

**Restaurants (order at the counter)**
Great Steak & Potato Company
Great Wraps

**Men's & Women's Fashions**
Guess?

**Children's Fashions**
Gymboree

**Men's Fashions**
H. Stockton Atlanta

**Specialty Food**
Haagen-Dazs

**Men's & Women's Fashions**
Harold's

**Services**
Heel Quik

**Men's & Women's Fashions**
Hermes

**Luggage**
Hermes

**Services**
Herzing College

**Men's & Women's Fashions**
Hollister Co.

**Men's Fashions**
Hollister Co.

**Women's Fashions**
Hollister Co.

**Restaurants (order at the counter)**
Hovan Gourmet

**Services**
HQ Shoe Shine

**Women's Fashions**
Icing by Claire's

**Jewelry**
It's About Time

**Men's Fashions**
J. Crew

**Men's & Women's Fashions**
J. Crew

**Women's Fashions**
J. Crew

**Children's Fashions**
Jacadi

**Shoes**
Johnston & Murphy

**Women's Fashions**
Karen Millen

**Shoes**
Kate Spade

**Optical / Eyewear**
Kate Spade

**Cards / Books / Gifts / Stationery**
Kate Spade

**Home Furnishings**
Kate Spade

**Luggage**
Kate Spade

**Accessories**
Kate Spade

Kenneth Cole

**Luggage**
Kenneth Cole

**Men's & Women's Fashions**
Kenneth Cole

**Men's Fashions**
Kenneth Cole

**Shoes**
Kenneth Cole

**Women's Fashions**
Kenneth Cole

**Shoes**
Kids Foot Locker

**Sporting Goods / Activewear**
Kids Foot Locker

**Health and Beauty**
Kiehl's Since 1851
L'Occitane

**Men's Fashions**
Lacoste

**Men's & Women's Fashions**
Lacoste

**Women's Fashions**
Lacoste

**Shoes**
Lady Foot Locker

**Sporting Goods / Activewear**
Lady Foot Locker

**Jewelry**
Landau
LEIBER

**Accessories**
LEIBER

**Shoes**
LEIBER

**Services**
Lenox Square Management Office
LensCrafters

**Optical / Eyewear**
LensCrafters

**Men's Fashions**

Lids

**Specialty Food**
Lindt Chocolatier

**Shoes**
Louis Vuitton

**Women's Fashions**
Louis Vuitton

**Specialty Shops**
Louis Vuitton

**Accessories**
Louis Vuitton

**Luggage**
Louis Vuitton

**Health and Beauty**
LUSH

**Health and Beauty / Salud y Belleza**
LUSH

**Health and Beauty**
MAC Cosmetics

**Services**
Macy's Optical Boutique SALE

**Optical / Eyewear**
Macy's Optical Boutique SALE

**Department Stores**
Macy*s

**Men's Fashions**
Man Alive

**Men's & Women's Fashions**
Mark Shale

**Shoes**
Marni

**Jewelry**
Mayors Jewelers

**Accessories**
Metropark

**Men's & Women's Fashions**
Metropark

**Services**
Mid America Research

**Women's Fashions**

Mimi Maternity

**Specialty Shops**
Mimi Maternity

**Women's Fashions**
Miss Sixty / Energie

**Shoes**
Miss Sixty / Energie

**Men's Fashions**
Miss Sixty / Energie

**Accessories**
Miss Sixty / Energie

**Services**
Monogram Shop/Alterations

**Accessories**
Montblanc

**Jewelry**
Montblanc

**Luggage**
Montblanc

**Cards / Books / Gifts / Stationery**
Montblanc

**Specialty Shops**
Montblanc

**Luggage**
Mori Classics
Mori Luggage & Gifts

**Specialty Food / Puestos de Comidas Especialidades**
Mr. Pretzels

**Specialty Food**
Mr. Pretzels

**Health and Beauty**
Nail Pizzazz

**Restaurants (order at the counter)**
Nathan's Famous

**Department Stores**
Neiman Marcus

**Men's Fashions**
Neiman Marcus

**Health and Beauty**
Neiman Marcus

**Children's Fashions**
Neiman Marcus

**Home Furnishings**
Neiman Marcus

**Shoes**
Neiman Marcus

**Women's Fashions**
Neiman Marcus

**Restaurants (order via wait staff)**
Neiman Marcus Cafe

**Women's Fashions**
Nicole Miller
Nike

**Shoes**
Nike

**Women's Specialty Fashions**
Nike

**Sporting Goods / Activewear**
Nike

**Men's Fashions**
Nike

**Men's Speciality Fashions**
Nike

**Shoes**
Nine West

**Optical / Eyewear**
Oakley

**Sporting Goods / Activewear**
Oakley

**Specialty Shops**
Oakley

**Accessories**
Oakley

**Restaurants (order at the counter)**
Panera Bread

**Services**
Papyrus SALE

**Cards / Books / Gifts / Stationery**
Papyrus SALE

**Home Furnishings**
Polo By Ralph Lauren

**Men's & Women's Fashions**
Polo By Ralph Lauren

**Home Furnishings**
Pottery Barn
Pottery Barn Kids

**Restaurants (order via wait staff)**
Prime

**Shoes**
PUMA

**Sporting Goods / Activewear**
PUMA

**Accessories**
PUMA

**Men's & Women's Fashions**
PUMA

**Home Furnishings**
Restoration Hardware

**Restaurants (order at the counter)**
Roman Delight
Sakkio Japan

**Services**
Salle Opticians

**Shoes**
Salvatore Ferragamo

**Specialty Shops**
Savvi Formalwear

**Services**
Savvi Formalwear

**Men's Fashions**
Savvi Formalwear

**Restaurants (order at the counter)**
Sbarro

**Home Furnishings**
Select Comfort

**Health and Beauty**
Sephora

**Home Furnishings**
Shabby Chic

**Accessories**
Solstice

**Specialty Shops**
Solstice

**Optical / Eyewear**
Solstice

**Home Furnishings**
Sony Style

**Music / Electronics / Video**
Sony Style

**Women's Fashions**
St. John Boutique

**Specialty Food**
Starbucks Coffee

**Shoes**
Steve Madden
Stuart Weitzman SALE

**Restaurants (order at the counter)**
Subway

**Services**
Sun Trust ATM
Sun Trust Bank

**Specialty Shops**
Sunglass Hut International
Swarovski Crystal SALE

**Cards / Books / Gifts / Stationery**
Swarovski Crystal SALE

**Jewelry**
Swarovski Crystal SALE

**Accessories**
Swarovski Crystal SALE

**Sporting Goods / Activewear**
Swim & Sport

**Specialty Shops**
T-Mobile

**Services**
T-Mobile

**Restaurants (order at the counter)**
Taco Bell

**Specialty Food**
Teavana

**Services**
The Art of Shaving

**Health and Beauty**
The Art of Shaving

**Shoes**
The Athlete's Foot

**Health and Beauty**
The Body Shop

**Restaurants (order via wait staff)**
The Clubhouse

**Health and Beauty**
The Forum Athletic Club

**Services**
The Forum Athletic Club

**Women's Fashions**
The Limited

**Specialty Shops**
The Tinder Box / Vino 100

**Sporting Goods / Activewear**
The Walking Company

**Shoes**
The Walking Company

**Specialty Shops**
Things Remembered
Tourneau

**Jewelry**
Tourneau
TOUS

**Accessories**
TOUS

**Services**
Travelex

**Men's & Women's Fashions**
True Religion
United Colors of Benetton

**Services**
Up Front Plus Premier Parking

**Men's & Women's Fashions**
Urban Outfitters

**Home Furnishings**
Urban Outfitters

**Health and Beauty**
Victoria's Secret

**Women's Fashions**
Victoria's Secret

**Health and Beauty**
Victoria's Secret Beauty
Vidal Sassoon

**Women's Fashions**
Wet Seal

**Jewelry**
Whitehall Co. Jewellers

**Home Furnishings**
Williams-Sonoma

**Specialty Shops**
Williams-Sonoma

**Services**
Wolf Camera & Video

**Music / Electronics / Video**
Wolf Camera & Video

**Men's & Women's Fashions**
Zara

**Men's Fashions**
Zara

**Accessories**
Zara

**Women's Fashions**
Zara

**Shoes**
Zara

Privacy Policy  |  Find Another Simon Mall  |  Investor Relations  |  Simon Youth Foundation