# Lenox Square ® Floorplan

Print this Page



| STORE | LOCATION | PHONE |
|---|---|---|
| Abercrombie & Fitch | Upper Level (Q) | (404) 816-2143 |
| Abercrombie & Fitch | Upper Level (Q) | (404) 816-2143 |
| Abercrombie & Fitch | Upper Level (Q) | (404) 816-2143 |
| adidas Originals | B | (404) 842-0112 |
| adidas Originals | B | (404) 842-0112 |
| adidas Originals | B | (404) 842-0112 |
| After Hours Formalwear | O | (404) 237-8340 |
| Aldo Shoes | J | (404) 814-1595 |
| American Eagle Outfitters | S | (404) 812-1768 |
| Ann Taylor | G | (404) 264-0450 |
| Ann Taylor Loft | P | (404) 841-0228 |
| Anthropologie | T | (404) 237-4175 |
| Anthropologie | T | (404) 237-4175 |
| Anthropologie | T | (404) 237-4175 |
| Apple Computer | S | (404) 926-3085 |
| Apple Computer | S | (404) 926-3085 |
| ArdenB. | M | (404) 760-0390 |
| Asian Chao | A | (404) 842-1986 |
| Atlanta Police Department Substation | Plaza Walk | (404) 467-8375 |
| AtlanTIX | | (404) 588-9890 |
| AtlanTIX | | (404) 588-9890 |
| AtlanTIX | | (404) 588-9890 |
| Aveda Lifestyle Store | G | (404) 495-9984 |
| BabyGap | Q | (404) 261-0395 |
| Bailey Banks & Biddle | K | (404) 237-9247 |
| Bailey Banks & Biddle | K | (404) 237-9247 |
| Bakers | R | (404) 264-0520 |
| Bally of Switzerland | I | (404) 231-0327 |
| Banana Republic | J | (404) 231-4905 |
| Bank of America ATM | Market Level | |
| Bare Escentuals | P | (404) 814-1176 |
| Bath & Body Works | R | (404) 812-0556 |
| Bath & Body Works | R | (404) 812-0556 |
| BCBGMAXAZRIA | J | (404) 848-0802 |
| bebe | M | (404) 846-1190 |
| bebe Sport | M | (404) 816-1540 |
| bebe Sport | M | (404) 816-1540 |
| bebe Sport | M | (404) 816-1540 |
| Betsey Johnson | L | (404) 848-9511 |
| Bloomingdale's | NOW OPEN | (404) 495-2800 |
| Bobby Jones | L | (404) 846-7977 |
| Bostonian Shoe | G | (404) 495-9117 |
| Brooks Brothers | S | (404) 237-7000 |
| Brookstone | S | (404) 841-9004 |
| Brookstone | S | (404) 841-9004 |
| Brookstone | S | (404) 841-9004 |
| Brookstone | S | (404) 841-9004 |
| Burberry | K | (404) 231-5550 |
| Burger King | A | (404) 239-0858 |
| Buster Brown | E | (404) 237-4967 |
| Buster Brown | E | (404) 237-4967 |
| Caché | L | (404) 233-5785 |

| | | |
|---|---|---|
| Caché | L | (404) 233-5785 |
| Cajun Supreme | A | (404) 239-0088 |
| California Pizza Kitchen | D | (404) 262-9221 |
| Calvin Klein | Upper level Neiman Marcus wing | |
| Calvin Klein | Upper level Neiman Marcus wing | |
| Calvin Klein | Upper level Neiman Marcus wing | |
| Calvin Klein | Upper level Neiman Marcus wing | |
| Cartier | Near Neiman Marcus on the Mall Level - "L" | (404) 841-0840 |
| Cartier | Near Neiman Marcus on the Mall Level - "L" | (404) 841-0840 |
| Cartier | Near Neiman Marcus on the Mall Level - "L" | (404) 841-0840 |
| Cartier | Near Neiman Marcus on the Mall Level - "L" | (404) 841-0840 |
| Champs Sports | D | (404) 237-2205 |
| Champs Sports | D | (404) 237-2205 |
| Chick-fil-A | A | (404) 231-7972 |
| Cinnabon | A | (404) 240-0666 |
| Club Monaco | I | (404) 812-9441 |
| Coach | J | (404) 237-6297 |
| Coach | J | (404) 237-6297 |
| Coach | J | (404) 237-6297 |
| Corner Bakery Cafe | U | (404) 266-8282 |
| Crate & Barrel | O | (404) 239-0008 |
| DASS Salon & Spa | B/G, Atrium, one/two levels up from the Food Court | |
| DASS Salon & Spa | B/G, Atrium, one/two levels up from the Food Court | |
| Davante | K | (404) 442-8900 |
| Davante | K | (404) 442-8900 |
| Davante | K | (404) 442-8900 |
| Davante | K | (404) 442-8900 |
| David Yurman | Mall Level - "J" | (404) 812-9225 |
| Diesel | Upper level Neiman Marcus wing | (404) 812-6471 |
| Diesel | Upper level Neiman Marcus wing | (404) 812-6471 |
| Diesel | Upper level Neiman Marcus wing | (404) 812-6471 |
| Diesel | Upper level Neiman Marcus wing | (404) 812-6471 |
| Diesel | Upper level Neiman Marcus wing | (404) 812-6471 |
| Ecco Shoes | R | (404) 816-4553 |
| Ecotage Salon and Spa | in Rich's | |
| Express | R | (404) 841-0679 |
| Falcons 365 | C | |
| Farmer's Basket | A | (404) 995-0089 |
| Fashion Tailor | E | (404) 467-1050 |
| Fast Fix Jewelry Repair | N | (404) 869-1877 |
| Field of Dreams | T | (404) 233-2296 |
| Florsheim Shoes | M | (404) 233-0353 |
| Foot Locker | G | (404) 364-9726 |
| Foot Locker | G | (404) 364-9726 |
| French Connection | Main Mall Level | (404) 841-2122 |
| French Connection | Main Mall Level | (404) 841-2122 |
| French Connection | Main Mall Level | (404) 841-2122 |
| French Connection | Main Mall Level | (404) 841-2122 |
| Freshens Yogurt | A | (404) 816-7881 |
| fye - For Your Entertainment | D | (404) 995-9450 |
| Game Stop | B | (404) 261-7944 |
| Game Stop | B | (404) 261-7944 |
| Gap | M | (404) 233-3229 |
| Gap | M | (404) 233-3229 |

| | | |
|---|---|---|
| Gap | M | (404) 233-3229 |
| GapKids | H | (404) 816-4129 |
| Gateway Newstand | C | (404) 266-1268 |
| GNC | B | (404) 261-3980 |
| Godiva Chocolatier | K | (404) 262-2108 |
| Graham, David R., D.D.S. | F | (404) 261-2627 |
| Great American Cookie Co. | I | (404) 261-3969 |
| Great Steak & Potato Company | A | (404) 264-4545 |
| Great Wraps | A | (404) 233-4624 |
| Guess? | M | (404) 266-1893 |
| Gymboree | P | (404) 841-6422 |
| H. Stockton Atlanta | K | (404) 233-1608 |
| Haagen-Dazs | A/N | (404) 233-3396 |
| Harold's | H | (404) 237-1699 |
| Heel Quik | C | (404) 231-5014 |
| Hermes | L | (404) 233-1011 |
| Hermes | L | (404) 233-1011 |
| Herzing College | a | (404) 816-4533 |
| Hollister Co. | S | |
| Hollister Co. | S | |
| Hollister Co. | S | |
| Hovan Gourmet | A | (404) 231-9018 |
| HQ Shoe Shine | C | (404) 231-5014 |
| Icing by Claire's | P | (404) 869-0800 |
| It's About Time | E | (404) 233-0357 |
| J. Crew | I | (404) 237-2739 |
| J. Crew | I | (404) 237-2739 |
| J. Crew | I | (404) 237-2739 |
| Jacadi | Q | (404) 848-0202 |
| Johnston & Murphy | S | (404) 261-6529 |
| Karen Millen | I | |
| Kate Spade | Located in the Neiman Marcus wing | (404) 841-8838 |
| Kate Spade | Located in the Neiman Marcus wing | (404) 841-8838 |
| Kate Spade | Located in the Neiman Marcus wing | (404) 841-8838 |
| Kate Spade | Located in the Neiman Marcus wing | (404) 841-8838 |
| Kate Spade | Located in the Neiman Marcus wing | (404) 841-8838 |
| Kate Spade | Located in the Neiman Marcus wing | (404) 841-8838 |
| Kenneth Cole | U - Upper Level near Crate & Barrel | (404) 261-2653 |
| Kenneth Cole | U - Upper Level near Crate & Barrel | (404) 261-2653 |
| Kenneth Cole | U - Upper Level near Crate & Barrel | (404) 261-2653 |
| Kenneth Cole | U - Upper Level near Crate & Barrel | (404) 261-2653 |
| Kenneth Cole | U - Upper Level near Crate & Barrel | (404) 261-2653 |
| Kenneth Cole | U - Upper Level near Crate & Barrel | (404) 261-2653 |
| Kids Foot Locker | D | (404) 237-4950 |
| Kids Foot Locker | D | (404) 237-4950 |
| Kiehl's Since 1851 | Mall Level - "J" | (404) 816-7636 |
| L'Occitane | G | |
| Lacoste | H | (404) 842-9353 |
| Lacoste | H | (404) 842-9353 |
| Lacoste | H | (404) 842-9353 |
| Lady Foot Locker | B | (404) 266-0107 |
| Lady Foot Locker | B | (404) 266-0107 |
| Landau | G | (404) 869-0909 |
| LEIBER | "L" | (404) 869-7694 |

| | | |
|---|---|---|
| LEIBER | "L" | (404) 869-7694 |
| LEIBER | "L" | (404) 869-7694 |
| Lenox Square Management Office | | (404) 233-7575 |
| LensCrafters | E | (404) 239-0784 |
| LensCrafters | E | (404) 239-0784 |
| Lids | B | (404) 848-0930 |
| Lindt Chocolatier | R | (404) 995-8827 |
| Louis Vuitton | K - New expanded location now open | (404) 266-3674 |
| Louis Vuitton | K - New expanded location now open | (404) 266-3674 |
| Louis Vuitton | K - New expanded location now open | (404) 266-3674 |
| Louis Vuitton | K - New expanded location now open | (404) 266-3674 |
| Louis Vuitton | K - New expanded location now open | (404) 266-3674 |
| LUSH | 206B | (404) 841-1223 |
| LUSH | 206B | (404) 841-1223 |
| MAC Cosmetics | in Rich's | |
| Macy's Optical Boutique | Inside Macy's | (404) 467-5303 |
| Macy's Optical Boutique | Inside Macy's | (404) 467-5303 |
| Macy*s | | (404) 231-2611 |
| Man Alive | B | (404) 814-2238 |
| Mark Shale | J | (404) 231-0600 |
| Marmi | I | (404) 816-1992 |
| Mayors Jewelers | M | (404) 233-8201 |
| Metropark | B | |
| Metropark | B | |
| Mid America Research | F | (404) 261-8011 |
| Mimi Maternity | G | (404) 365-0426 |
| Mimi Maternity | G | (404) 365-0426 |
| Miss Sixty / Energie | Q | |
| Miss Sixty / Energie | Q | |
| Miss Sixty / Energie | Q | |
| Miss Sixty / Energie | Q | |
| Monogram Shop/Alterations | E | (404) 233-1457 |
| Montblanc | Mall level J | (404) 231-4810 |
| Montblanc | Mall level J | (404) 231-4810 |
| Montblanc | Mall level J | (404) 231-4810 |
| Montblanc | Mall level J | (404) 231-4810 |
| Montblanc | Mall level J | (404) 231-4810 |
| Mori Classics | M | (404) 261-1222 |
| Mori Luggage & Gifts | S | (404) 231-2146 |
| Mr. Pretzels | M | (404) 467-1233 |
| Mr. Pretzels | M | (404) 467-1233 |
| Nail Pizzazz | B | (404) 261-9732 |
| Nathan's Famous | A | (404) 812-0007 |
| Neiman Marcus | | (404) 266-8200 |
| Neiman Marcus | | (404) 266-8200 |
| Neiman Marcus | | (404) 266-8200 |
| Neiman Marcus | | (404) 266-8200 |
| Neiman Marcus | | (404) 266-8200 |
| Neiman Marcus | | (404) 266-8200 |
| Neiman Marcus | | (404) 266-8200 |
| Neiman Marcus Cafe | Neiman Marcus | (404) 279-5850 |
| Nicole Miller | L | (404) 261-0202 |
| Nike | Upper Level - "S" | (404) 846-5549 |
| Nike | Upper Level - "S" | (404) 846-5549 |

| | | |
|---|---|---|
| Nike | Upper Level - "S" | (404) 846-5549 |
| Nike | Upper Level - "S" | (404) 846-5549 |
| Nike | Upper Level - "S" | (404) 846-5549 |
| Nike | Upper Level - "S" | (404) 846-5549 |
| Nine West | G | (404) 233-1515 |
| Oakley | U | (404) 846-9887 |
| Oakley | U | (404) 846-9887 |
| Oakley | U | (404) 846-9887 |
| Oakley | U | (404) 846-9887 |
| Panera Bread | O | (404) 848-9997 |
| Papyrus | R | (404) 233-1292 |
| Papyrus | R | (404) 233-1292 |
| Polo By Ralph Lauren | I | (404) 261-2663 |
| Polo By Ralph Lauren | I | (404) 261-2663 |
| Pottery Barn | P | (404) 812-9726 |
| Pottery Barn Kids | Q | (404) 442-9122 |
| Prime | T | (404) 812-0555 |
| PUMA | | (404) 846-4331 |
| PUMA | | (404) 846-4331 |
| PUMA | | (404) 846-4331 |
| PUMA | | (404) 846-4331 |
| Restoration Hardware | G | (404) 240-2844 |
| Roman Delight | A | (404) 848-1558 |
| Sakkio Japan | A | (404) 233-7317 |
| Salle Opticians | T | (404) 231-9993 |
| Salvatore Ferragamo | K | (404) 467-0986 |
| Savvi Formalwear | 124 | (404) 266-2115 |
| Savvi Formalwear | 124 | (404) 266-2115 |
| Savvi Formalwear | 124 | (404) 266-2115 |
| Sbarro | A | (404) 233-9138 |
| Select Comfort | T | (404) 812-9395 |
| Sephora | M | (404) 816-0123 |
| Shabby Chic | | |
| Solstice | U | (404) 869-8102 |
| Solstice | U | (404) 869-8102 |
| Solstice | U | (404) 869-8102 |
| Sony Style | H | |
| Sony Style | H | |
| St. John Boutique | K | (404) 233-1955 |
| Starbucks Coffee | I | (404) 239-0890 |
| Steve Madden | G | (404) 264-1150 |
| Stuart Weitzman | Neiman Marcus Wing | |
| Subway | Food Court | (404) 949-0943 |
| Sun Trust ATM | Mall Level | |
| Sun Trust Bank | N | (404) 365-3725 |
| Sunglass Hut International | K/B | (404) 233-6077 |
| Swarovski Crystal | R | (404) 842-9806 |
| Swarovski Crystal | R | (404) 842-9806 |
| Swarovski Crystal | R | (404) 842-9806 |
| Swarovski Crystal | R | (404) 842-9806 |
| Swim & Sport | S | (404) 841-8311 |
| T-Mobile | O | (404) 848-9808 |
| T-Mobile | O | (404) 848-9808 |
| Taco Bell | A | (404) 231-0675 |

| | | |
|---|---|---|
| Teavana | Q | (404) 495-0760 |
| The Art of Shaving | I | (404) 841-8665 |
| The Art of Shaving | I | (404) 841-8665 |
| The Athlete's Foot | U | (404) 812-0220 |
| The Body Shop | M | (404) 233-6004 |
| The Clubhouse | N | (404) 442-8891 |
| The Forum Athletic Club | E - The Plaza Walk | (678) 904-1940 |
| The Forum Athletic Club | E - The Plaza Walk | (678) 904-1940 |
| The Limited | R | (404) 816-2380 |
| The Tinder Box / Vino 100 | D | (404) 231-9853 |
| The Walking Company | H | (404) 816-9330 |
| The Walking Company | H | (404) 816-9330 |
| Things Remembered | B | (404) 816-4785 |
| Tourneau | I | (404) 760-1883 |
| Tourneau | I | (404) 760-1883 |
| TOUS | Q | (404) 848-2796 |
| TOUS | Q | (404) 848-2796 |
| Travelex | Food Court | (404) 759-3846 |
| True Religion | | |
| United Colors of Benetton | P | (404) 266-3448 |
| Up Front Plus Premier Parking | Front Entrance | |
| Urban Outfitters | B | |
| Urban Outfitters | B | |
| Victoria's Secret | B/G | (404) 365-8860 |
| Victoria's Secret | B/G | (404) 365-8860 |
| Victoria's Secret Beauty | G/B | (404) 365-8860 |
| Vidal Sassoon | G | (404) 237-7870 |
| Wet Seal | P | (404) 237-1888 |
| Whitehall Co. Jewellers | L | (404) 262-1275 |
| Williams-Sonoma | R | (404) 812-1703 |
| Williams-Sonoma | R | (404) 812-1703 |
| Wolf Camera & Video | N | (404) 237-3388 |
| Wolf Camera & Video | N | (404) 237-3388 |
| Zara | Upper Level Neiman Marcus Wing | (404) 948-1516 |
| Zara | Upper Level Neiman Marcus Wing | (404) 948-1516 |
| Zara | Upper Level Neiman Marcus Wing | (404) 948-1516 |
| Zara | Upper Level Neiman Marcus Wing | (404) 948-1516 |
| Zara | Upper Level Neiman Marcus Wing | (404) 948-1516 |



**Center Hours:**
Mon-Sat: 10am-9pm
Sun: noon-6pm

HOME    DIRECTORY    DIRECTIONS    SERVICES    SPONSORSHIPS    LEASING    CONTACT US    SEARCH



*Contact Us*

**Hickory Ridge Mall**
6075 Winchester Road
Memphis, TN 38115

General Information: 901-367-8045
Management Office: 901/795-8844
Email: info@hickoryridge.com

[Leasing Application]

6075 Winchester Road    •    Memphis, TN 38115    •    PH: 901-367-8045    •    Email: info@hickoryridge.com



terms of use    •    privacy statement



HOME   DIRECTORY   DIRECTIONS   SERVICES   SPONSORSHIPS   LEASING   CONTACT US   SEARCH



## *Store Directory*

- View by category
- View alphabetically
- Print directory

**ALL**

**4Ever Young**
Phone: 901/367-8955  /  Location: 70  /  View Map

**4Ever Young Plus**
Phone: 901/370-4996  /  Location: 12  /  View Map

**901 Entertainment**
Phone: 901/362-1812  /  Location: 8  /  View Map

**Air Xpressions**
Phone: 901/360-0290  /  Location: 42  /  View Map

**Hallmark Gold Crown Store**
Phone: 901/366-1317  /  Location: 134  /  View Map
 Gift Cards Available

**Aqua Spa**
Phone: 901/369-0500  /  Location: 6  /  View Map

**Arby's**
Phone: 901/547-1030  /  Location: 110  /  View Map
 Gift Cards Available

**Ashley Stewart**
Phone: 901/542-8227  /  Location: 27  /  View Map

**Barber Shop**
Phone: 901/566-2473  /  Location: 100  /  View Map

**Bath & Body Works & White Barn Candle Co.**
Phone: 901/794-9972  /  Location: 19  /  View Map
View Gift Ideas
 Gift Cards Available

**Baubles, Buckles N' Bags**

Phone: 901/363-6869  /  Location: Marketplace  /

**C & P Accessories**
Phone: 901/283-9819  /  Location: Marketplace  /

**Cajun Grill**
Phone: 901/794-9005  /  Location: 114  /  View Map

**Champs Sports**
Phone: 901/795-0517  /  Location: 138  /  View Map

Gift Cards Available

**China Master**
Phone: 901/794-9005  /  Location: 115  /  View Map

**City Gear**
Phone: 901/507-2645  /  Location: 130  /  View Map

**Consumer Opinion Center**
Phone: 901/375-8334  /  Location: 105  /

**Customer Service Desk**
Phone: 901/367-8045  /  Location:   /

**Cyberstation**
Location: 112  /  View Map

**Dapper Deals**
Phone: 901/366-1043  /  Location: 50  /

**Dead Sea Secrets**
Phone: 901/366-1858  /  Location: Marketplace  /

**Dial n' Design**
Phone: 901/794-6416  /  Location: Marketplace  /

**TN Driver's License Express**
Phone: 901/543-7920  /  Location: 90  /  View Map

**Eve's Shoes**
Phone: 901-546-9911  /  Location: 63  /  View Map

**Finish Line**
Phone: 901/795-8578  /  Location: 26  /  View Map
View Gift Ideas

**Flavaful Coffees**
Phone: 901/362-0015  /  Location: 121  /

**Foot Locker**
Phone: 901/365-0843  /  Location: 126  /  View Map
View Gift Ideas

Gift Cards Available

**FootAction USA**
Phone: 901/794-9053 / Location: 92 / View Map

---

**Fun World**
Phone: 901/461-4660 / Location: 65 / View Map

---

**FYE (For Your Entertainment)**
Phone: 901/360-9808 / Location: 64 / View Map
View Gift Ideas 🎁

---

**GNC Live Well**
Phone: 901/794-1506 / Location: 101 / View Map
View Gift Ideas 🎁

🎁 Gift Cards Available

---

**Gold 'N Gems**
Phone: 901/794-8786 / Location: K / View Map

---

**Gold & Gifts**
Phone: 901/794-4552 / Location: E / View Map

---

**Hamdy's**
Phone: 901/949-2430 / Location: 97 /

---

**Happi Treats**
Phone: 901/795-5020 / Location: 120 /

---

**Her\*She**
Phone: 901/542-0333 / Location: 5 / View Map

---

**Hibbett Sports**
Phone: 901/795-6121 / Location: 57 / View Map

🎁 Gift Cards Available

---

**Icing by Claire's**
Phone: 901/367-8877 / Location: 31 / View Map

🎁 Gift Cards Available

---

**Old Towne Furniture**
Phone: 662-213-5566 / Location: 11 / View Map

---

**Joy Collection**
Phone: 901/795-2121 / Location: 2 / View Map

---

**Kay Jewelers**
Phone: 901/365-8700 / Location: 124 / View Map
View Gift Ideas 🎁

---

**La Coneccion**
Phone: 901/794-9664 / Location: 123 / View Map

---

**Lady Foot Locker**
Phone: 901/795-9536 / Location: 83 / View Map

 Gift Cards Available

**LensCrafters**
Phone: 901/367-1878  /  Location: 1  /  View Map

**M'Town Approved**
Phone: 901/360-0855  /  Location: 33  /  View Map

**Macy's**
Phone: 901/369-1271  /  Location: Anchor  /
View Gift Ideas ⊞

 Gift Cards Available

**Makeda's Homemade Butter Cookies**
Phone: 901/367-2345  /  Location: 122  /

**Man Alive**
Phone: 901/370-6543  /  Location: 15  /

**Management Office**
Phone: 901/795-8844  /  Location: C  /

**Marty's**
Phone: 901/367-1303  /  Location: 67  /  View Map

**Milano Classic**
Phone: 901/794-3367  /  Location: 21  /  View Map

**Motherland Gallery**
Phone: 901/797-9100  /  Location: 72  /  View Map

**Mr. Goldman**
Phone: 901/369-9741  /  Location: 84  /  View Map

**Mr. Goldman Signature**
Phone: 901/365-1998  /  Location: 20  /

**Name Game**
Phone: 901/360-9051  /  Location: 29  /  View Map

**Pearle Vision**
Phone: 901/362-1496  /  Location: 53  /  View Map

**Perfume Palace**
Phone: 901/794-2260  /  Location: G  /

**Piccadilly Cafeteria**
Phone: 901/367-7865  /  Location: 24  /  View Map

**Pride Accessories**
Location: D  /

**Pride Mini Mart**
Location: Marketplace  /

**Pro Image**
Phone: 901/360-0366  /  Location: 7  /  View Map

**Puppets Galore**
Phone: 662-393-8777  /  Location:    /

**Q Studio**
Phone: 901/365-4678  /  Location: 54  /  View Map

**Rainbow Apparel**
Phone: 901/362-2017  /  Location: 77  /  View Map

**Regis Salon**
Phone: 901/362-2552  /  Location: 39  /  View Map

Gift Cards Available

**Rose's Nails**
Phone: 901/794-1122  /  Location: 46  /  View Map

**School Uniform Central**
Phone: 901/368-0699  /  Location: 143  /  View Map

**Sears**
Phone: 901/369-7600  /  Location: Anchor  /  View Map
View Gift Ideas

Gift Cards Available

**Shades Plus**
Phone: 901/794-6416  /  Location: Marketplace  /

**Shelby County Clerk's Office**
Phone: 901/545-4244  /  Location: 79  /

**Stylish**
Phone: 901/367-1202  /  Location: 14  /  View Map

**Wireless 4 U/ T-Mobile**
Phone: 901/795-3212  /  Location: C  /  View Map

**T.J.'s Gifts**
Phone: 901/546-9019  /  Location: 104  /  View Map

**The Beauty Shop**
Phone: 901/375-0605  /  Location: 98  /

**Shoe Dept.**
Phone: 901/794-9577  /  Location: 74  /  View Map

**The Situation**
Phone: 901/363-0464  /  Location: 45  /  View Map

**Touchtel Wireless**
Phone: 901/795-7741  /  Location: F  /  View Map

**Treasure Time**
Phone: 901/542-0202 / Location: A / View Map

**Underground Station**
Phone: 901-370-6103 / Location: 80 / View Map

**Vaqueras Boots**
Phone: 901/323-6545 / Location: 125 / View Map

**Villa Pizza**
Phone: 901/795-8170 / Location: 119 / View Map

**Way of Champions Martial Arts**
Phone: 365-4475 / Location: 95 /

**Zales**
Phone: 901/542-3411 / Location: 30 / View Map

Back to Top

6075 Winchester Road    •    Memphis, TN 38115    •    PH: 901-367-8045    •    Email: info@hickoryridge.com



terms of use    •    privacy statement



SEARCH

CENTER INFORMATION
GIFT CARDS
STORE DIRECTORY
PRODUCT SEARCH
DINING & ENTERTAINMENT
MOVIES
SALES
EVENTS
PROGRAMS
CAREERS
LEASING INFORMATION
EMAILS & CHANCE TO WIN

**What if Mother's Day were a place?**
Come to the mall with amenities that make Mom's life a little easier. Kids' activity bags, programs and much more.

**Mall Hours**
Monday-Saturday: 10:00am-9:00pm
Sunday: 11:00am-7:00pm
Department Stores: Hours may vary

The Parks at Arlington
3811 South Cooper Street
Arlington, Texas  76015
817.467.0200

General Growth Properties, Inc. | Contact Us | Privacy Statement | Terms of Use | © Copyright 2008



SEARCH

ABOUT US

LOCATE US

MALL SERVICES

GIFT CARDS

STORE DIRECTORY

PRODUCT SEARCH

DINING & ENTERTAINMENT

MOVIES

SALES

EVENTS

PROGRAMS

CAREERS

LEASING INFORMATION

DEALS & CHANCE TO WIN

### The Parks at Arlington
3811 South Cooper Street
Arlington, Texas 76015
817.467.0200

**Mall Hours:**

| | |
|---|---|
| Monday-Saturday: | 10:00am-9:00pm |
| Sunday: | 11:00am-7:00pm |
| Department Stores: | Hours may vary |
| Ice & AMC Theatres: | Hours may vary |

The Parks at Arlington has all your shopping and entertainment needs! Come take a spin on the menagerie-themed Carousel then glide over to ICE at The Parks, an NHL-sized ice arena. Top your day with an escape with the stars at AMC 18 Theatres, featuring stadium style seating and your favorite first run movies.

The Parks has over 180 specialty stores including Coach, Bare Escentuals, Banana Republic, Aeropostale, Hollister, Kirkland's, Origins, Build-A-Bear Workshop, Caché, Club Libby Lu, AGX, Sharper Image, Starbucks, Anchor Blue, DSW, and Lifeway Christian Store. And, now open - The Cheesecake Factory. Plus we always have your favorites - Dillard's, Macy's, Dick's Sporting Goods, Sears, JCPenney, Circuit City, and Steve & Barry's.

Come Shop & Enjoy.





She loves what you buy because she's your mom.



Why not surprise her with something she'll really love? A GGP Mall Gift Card.

CLICK HERE

**Mall Hours**
Monday-Saturday: 10:00am-9:00pm
Sunday: 11:00am-7:00pm
Department Stores: Hours may vary

The Parks at Arlington
3811 South Cooper Street
Arlington, Texas 76015
817.467.0200

General Growth Properties, Inc. | Contact Us | Privacy Statement | Terms of Use | © Copyright 2008

Store Directory                                                                                    Page 1 of 3

**Store Directory**

PRINT THIS PAGE

Store Directory
Stores By Alphabetical | Stores By Category



| STORE | ZONE | FLOOR | PHONE |
|---|---|---|---|
| A'Gaci | C | Lower Level | (817) 468-5181 |
| abercrombie | B | Upper Level | (817) 465-0602 |
| Abercrombie & Fitch | B | Upper Level | (817) 466-9740 |
| Aeropostale | D | Upper Level | (817) 375-8804 |
| AGX | D | Lower Level | (817) 375-0952 |
| Aldo Shoes | B | Lower Level | (817) 468-7413 |
| AMC 18 Theatres Movie Info | Anchor | 1 & 2 | (972) 724-8000 |
| American Eagle Outfitters | C | Lower Level | (817) 472-9925 |
| Amy's Hallmark | C | Lower Level | (817) 468-8581 |
| Anchor Blue | D | Lower Level | (817) 419-3425 |
| Auntie Anne's Pretzels | D | Upper Level | (817) 557-0431 |
| Auntie Anne's Pretzels 2 | B | Lower Level | (817) 419-9400 |
| Bakers Shoes | B | Upper Level | (817) 472-8700 |
| Banana Republic | B | Upper Level | (817) 468-5605 |
| Bare Escentuals | C | Lower Level | (817) 472-7864 |
| Barnes and Noble- Opening May 2008 | Anchor | Upper Level | |
| Bath & Body Works | C | Lower Level | (817) 465-8443 |
| Bath & Body Works 2 | A | Upper Level | (817) 466-4055 |
| Ben Bridge Jewelers | B | Lower Level | (817) 466-4454 |
| Bigtyme Airbrush | D | Upper Level | (817) 467-1221 |
| Bioderm Skin Care and Laser Center | B | Upper Level | (817) 784-2400 |
| Brighton Collectibles | B | Lower Level | (817) 419-0788 |
| Brookstone | C | Upper Level | (817) 557-1930 |
| Buckle | A | Lower Level | (817) 419-0159 |
| Bui Yah Kah | D | Lower Level | (817) 466-2100 |
| Build-A-Bear Workshop | B | Lower Level | (817) 465-0800 |
| Caché | C | Upper Level | (817) 467-3100 |
| Cellular Planet | C | Lower Level | (817) 468-8088 |
| Champs Sports | D | Lower Level | (817) 784-9160 |
| Charley's Grilled Subs | B | Upper Level | (817) 465-6300 |
| Charlotte Russe | A | Upper Level | (817) 375-1985 |
| Chick-fil-A | B | Upper Level | (817) 472-9917 |
| Christopher & Banks | A | Lower Level | (817) 557-2410 |
| Cinnabon | D | Upper Level | (817) 557-1051 |
| Circuit City | Anchor | Lower Level | (817) 466-2815 |

| Store | Level | Location | Phone |
|---|---|---|---|
| Claire's | A | | Upper Level | (817) 465-3091 |
| Claire's Boutique | C | | Upper Level | (817) 472-5910 |
| Clinique | C | | Upper Level | (817) 472-4551 |
| Club Libby Lu | A | | Lower Level | (817) 417-7700 |
| Coach | C | | Lower Level | (817) 457-9056 |
| Dallas Cowboys Pro Shop | C | | Upper Level | (817) 468-8612 |
| dELiA's | C | | Lower Level | (817) 472-1500 |
| Dick's Sporting Goods | Anchor | | 1 & 2 | (817) 987-4800 |
| Dillard's | Anchor | | 1 & 2 | (817) 465-0718 |
| Disney Store, The | B | | Lower Level | (817) 557-3222 |
| DSW Shoes | Anchor | | Lower Level | (817) 557-1077 |
| Express | A | | Upper Level | (817) 465-2335 |
| Express Men | A | | Upper Level | (817) 465-2335 |
| Eyemakers | D | | Lower Level | (817) 468-8370 |
| Eyemasters | A | | Lower Level | (817) 465-3934 |
| Faces | B | | Upper Level | (817) 472-7222 |
| Famous Cajun Grill | C | | Upper Level | (817) 784-8888 |
| Fancy Fragrances | A | | Upper Level | (817) 467-5353 |
| Fast Fix Jewelry Repair | C | | Lower Level | (817) 417-9100 |
| Finish Line | C | | Upper Level | (817) 465-2170 |
| Foot Locker | D | | Lower Level | (817) 468-3903 |
| Footaction USA | C | | Lower Level | (817) 467-6474 |
| Forever 21 | C | | Upper Level | (817) 472-0369 |
| Fossil | B | | Upper Level | (817) 375-9455 |
| Frederick's of Hollywood | D | | Lower Level | (817) 467-0555 |
| Friedman Marketing | C | | Upper Level | (817) 467-6437 |
| Frullati | B | | Upper Level | (817) 465-9474 |
| G by Guess- Coming Soon! | C | | Lower Level | |
| GameStop | A | | Lower Level | (817) 467-0678 |
| GameStop | C | | Upper Level | (817) 375-8258 |
| Gap | A | | Lower Level | (817) 557-0023 |
| Gap Kids | A | | Lower Level | (817) 557-0023 |
| General Nutrition Center | D | | Upper Level | (817) 465-3363 |
| Glamour Shots | B | | Upper Level | (817) 784-0112 |
| Gordon's Jewelers | C | | Upper Level | (817) 468-5577 |
| Great American Cookie Co. | C | | Lower Level | (817) 419-7011 |
| Gymboree | B | | Lower Level | (817) 784-0797 |
| Haagen Dazs | C | | Upper Level | (817) 375-9381 |
| Helzberg Diamonds | B | | Upper Level | (817) 468-3636 |
| Heritage 1981 | C | | Lower Level | (817) 557-3317 |
| Hollister | C | | Lower Level | (817) 557-5060 |
| Hot Topic | C | | Upper Level | (817) 467-1925 |
| ICE at The Parks | Anchor | | Lower Level | (817) 419-0095 |
| Icing by Claire's | A | | Upper Level | (817) 472-9744 |
| Industrial Rideshop | D | | Upper Level | (817) 557-6152 |
| J. Kinlow Hair and Body Lab | D | | Lower Level | (817) 557-2230 |
| JB Robinson Jewelers | C | | Upper Level | (817) 466-3495 |
| JCPenney | Anchor | | 1 & 2 | (817) 557-9292 |
| Jewelz | D | | Upper Level | (817) 557-3169 |
| Journey's | B | | Upper Level | (817) 472-9411 |
| Journey's Kidz | A | | Lower Level | (817) 375-1152 |
| Kay Jewelers | B | | Lower Level | (817) 465-1870 |
| Kid's FootLocker | C | | Upper Level | (817) 466-8670 |
| Kirkland's | C | | Lower Level | (817) 557-2454 |
| Knife Shoppe, The | C | | Upper Level | (817) 466-9243 |
| L'Patricia | D | | Lower Level | (817) 375-1222 |
| Lady Foot Locker | B | | Upper Level | (817) 468-4066 |
| Lenscrafters | D | | Upper Level | (817) 472-5050 |
| Lids | C | | Upper Level | (817) 465-6626 |
| Lids 2 | D | | Lower Level | (817) 466-2450 |
| Lifeway Christian Store | | | Lower Level | (817) 784-9600 |
| Limited Too | C | | Lower Level | (817) 472-8412 |
| Lundstrom Jewelers | C | | Upper Level | (817) 784-2780 |
| M.A.C. Cosmetics | B | | Upper Level | (817) 375-8400 |
| Macy's | Anchor | | 1 & 2 | (817) 472-4617 |
| Man Alive | B | | Upper Level | (817) 468-9517 |
| Manchu Wok | C | | Upper Level | (817) 472-9333 |
| Mastercuts | C | | Upper Level | (817) 465-0555 |
| Merle Norman Cosmetics | D | | Lower Level | (817) 784-1455 |
| Mia & Maxx | C | | Upper Level | (817) 467-2220 |
| Motherhood Maternity | D | | Upper Level | (817) 784-2840 |
| Mrs. Field's Cookies | B | | Upper Level | (817) 472-5461 |
| Nails Now | D | | Upper Level | (817) 375-8160 |

| Store | Level | Location | Phone |
|---|---|---|---|
| Natural Nails | A | Upper Level | (817) 465-9555 |
| Naturalizer Shoes | C | Lower Level | (817) 467-3234 |
| New York & Company | B | Lower Level | (817) 375-5890 |
| Ninfa's Express | C | Upper Level | (817) 375-0100 |
| Origins | B | Upper Level | (817) 419-0838 |
| Pacific Sunwear | D | Upper Level | (817) 557-1377 |
| Payless ShoeSource | D | Lower Level | (817) 468-7565 |
| Perfumania | C | Upper Level | (817) 375-9175 |
| PretzelMaker/TCBY | D | Lower Level | (817) 465-2011 |
| Quizno's Classic Subs | C | Upper Level | (817) 419-9986 |
| Radio Shack | D | Lower Level | (817) 468-4463 |
| Rave | C | Upper Level | (817) 465-5254 |
| Regis Hairstylists | A | Upper Level | (817) 468-7664 |
| Robinson Jewelers | A | Upper Level | (817) 472-0077 |
| Roman Delight | C | Upper Level | (817) 375-0100 |
| Samuel's | B | Upper Level | (817) 557-8920 |
| Sarku Japan | B | Upper Level | (817) 472-7625 |
| Sbarro | C | Upper Level | (817) 467-6344 |
| Sears | Anchor | 1 & 2 | (817) 472-4051 |
| Select Comfort | C | Upper Level | (817) 468-2603 |
| Sharper Image | C | Lower Level | (817) 375-8281 |
| Shi by Journey's | C | Upper Level | (817) 468-3280 |
| Sonic | B | Upper Level | (817) 417-5376 |
| Spencer Gifts | D | Upper Level | (817) 467-2274 |
| Spirit Threads | D | Upper Level | (817) 375-0738 |
| Sporting Eyes | C | Lower Level | (817) 419-8884 |
| Starbucks | C | Lower Level | (817) 375-8600 |
| Steve & Barry's | Anchor | Lower Level | (817) 466-4973 |
| Stride Rite | B | Lower Level | (817) 467-7676 |
| Studio One to One | A | Upper Level | (817) 468-8999 |
| Subway | B | Upper Level | (817) 557-0806 |
| Sunglass Hut | C | Lower Level | |
| Sunglass Hut 2 | B | Lower Level | (817) 465-3375 |
| Sweet Habits | D | Lower Level | (817) 466-2229 |
| Take A Break | D | Upper Level | (817) 472-8766 |
| Texas Treasures | A | Lower Level | (817) 468-3722 |
| The Body Shop | C | Lower Level | (817) 466-2185 |
| The Cheesecake Factory | Outparcel | Upper Level | (817) 465-2211 |
| The Children's Place | B | Upper Level | (817) 472-1120 |
| Things Remembered | D | Upper Level | (817) 784-8922 |
| Tilt | D | Upper Level | (817) 468-8160 |
| Toni & Guy | B | Lower Level | (817) 784-0922 |
| Torrid | C | Upper Level | (814) 465-8765 |
| Trade Secret | A | Upper Level | (817) 467-9251 |
| Tuxedo Junction | C | Upper Level | (817) 472-0188 |
| Underground Station | C | Lower Level | (817) 466-1459 |
| Vans | A | Lower Level | (817) 465-6177 |
| Verizon Wireless | D | Upper Level | (817) 468-3280 |
| Victoria's Secret | B | Lower Level | (817) 557-9116 |
| Vitamin World | C | Upper Level | (817) 419-2730 |
| Whitehall Co. Jewelers | C | Upper Level | (817) 465-3430 |
| Yankee Candle | C | Lower Level | (817) 472-5569 |
| Young At Heart | A | Upper Level | (817) 468-7277 |
| Zales Jewelers | D | Lower Level | (817) 784-0622 |
| Zoom In Zoom Out | D | Upper Level | (817) 417-6019 |
| Zumiez | C | Upper Level | (817) 467-6558 |
| Zumiez | D | Upper Level | (817) 375-1687 |





Mon-Sat: 10am-9pm
Sun: 11am-6pm
Restaurant & Department Store Hours May Vary
75th Ave & Bell Rd

(623) 979-8928

I AM ONE FOR FRILLS

THE LIFE OF STYLE    STEP OUT STEP UP    SWEEPSTAKES    ABOUT US    ENTER TO WIN



Arrowhead Towne Center | Store Directory                                              Page 1 of 7



**ARROWHEAD**
*Towne Center*

Mon-Sat  10am-9pm
Sun  11am-6pm
Restaurant & Department Store Hours May Vary
75th Ave & Bell Rd
**(623) 979-8928**

## Store Directory

| Store Name | Location | Sales |
|---|---|---|
| A&W All American Food<br>(623) 979-5347 | Upper Level | |
| Aerie<br>(623) 334-5039 | Lower Level | |
| Aeropostale<br>(623) 486-5120 | Upper Level | |
| Aldo<br>(623) 979-9628 | Lower Level | |
| Altered States<br>(623) 334-9954 | Lower Level | |
| Ambiance<br>(623) 487-7200 | Lower Level | |
| AMC Theatres<br>(602) 956-4262 | Lower Level | |
| American Eagle Outfitters<br>(623) 487-0061 | Upper Level | |
| Anchor Blue<br>(623) 979-1141 | Lower Level | |
| Ann Taylor Loft<br>(623) 776-2110 | Lower Level | |
| Arista Curlz<br>(623) 878-0003 | Lower Level | |
| Arizona National Guard Recruiting Center<br>(623) 388-9046 | Upper Level | |
| Arrowhead Barber Shop<br>(623) 979-5773 | Lower Level | |
| As Seen on T.V.<br>(623) 444-5154 | Upper Level | |
| AT&T<br>(623) 334-2457 | | |
| Azhara<br>(623) 334-0238 | Lower Level | |
| Bakers<br>(623) 979-5291 | Lower Level | |
| Bath & Body Works<br>(623) 412-1151 | Lower Level | |
| Bebe Sport<br>(623) 412-8080 | Lower Level | |
| Body Central<br>(623) 486-0358 | Upper Level | |
| Bourbon Street Grill<br>(623) 878-8799 | Upper Level | |
| Brendan Diamonds<br>(623) 773-3000 | Upper Level | |
| Buckle | Upper Level | |

| | |
|---|---|
| (623) 334-4777 | |
| Build-A-Bear Workshop<br>(623) 773-3954 | Lower Level |
| C&C Market Research<br>(623) 776-9477 | Upper Level |
| Cathy Jean<br>(623) 776-2323 | Upper Level |
| Chain Reaction Diamond Center<br>(623) 412-2737 | Upper Level |
| Champs Sports<br>(623) 878-2085 | Upper Level |
| Charlotte Russe<br>(623) 486-7708 | Lower Level |
| Chevy's Mexican Restaurant<br>(623) 979-0055 | Upper Level |
| Children's Play Area | Lower Level |
| Christopher & Banks<br>(623) 979-7589 | Lower Level |
| Cibola Vista<br>(602) 889-4646 | |
| Cinnabon<br>(623) 486-4400 | Upper Level |
| Claire's<br>(623) 979-1132 | Lower Level |
| Clark's Shoes<br>(623) 979-4440 | Lower Level |
| Coach<br>(623) 334-4740 | Lower Level |
| Coldwater Creek<br>(623) 776-2036 | Lower Level |
| Dairy Queen / Orange Julius<br>(623) 486-5157 | Upper Level |
| Dick's Sporting Goods | Lower Level |
| Dick's Sporting Goods | Upper Level |
| Digitall<br>(623) 376-6200 | Upper Level |
| Dillard's<br>(623) 979-1128 | Lower Level |
| Dillard's<br>(623) 979-1128 | Upper Level |
| Easy Spirit<br>(623) 412-8222 | Lower Level |
| Express<br>(623) 412-8443 | Upper Level |
| EyeMasters<br>(623) 486-2020 | Upper Level |
| Famous Footwear<br>(623) 979-2722 | Upper Level |
| Fast Fix Jewelry & Watch Repair<br>(623) 878-9811 | Upper Level |
| Foot Locker<br>(623) 878-3080 | Upper Level |
| Forever 21<br>(623) 334-0530 | Upper Level |
| Fossil | |

| | |
|---|---|
| (623) 334-3561 | Upper Level |
| Fuzzwigs Candy Factory<br>(623) 979-8537 | Upper Level |
| Game Daze<br>(623) 979-5360 | Upper Level |
| GameStop<br>(623) 878-8100 | Upper Level |
| Glamour Shots<br>(623) 412-1111 | Upper Level |
| Glass Cage Sports<br>(623) 979-4343 | Lower Level |
| GNC<br>(623) 878-5052 | Upper Level |
| Godiva Chocolatier<br>(623) 334-9972 | Upper Level |
| Gordon's Jewelers<br>(623) 412-1800 | Upper Level |
| Great Steak & Potato Co<br>(623) 876-7778 | Upper Level |
| Gymboree<br>(623) 878-2405 | Lower Level |
| Helzberg Diamonds<br>(623) 979-8805 | Lower Level |
| Hibachi-San<br>(623) 412-8522 | Upper Level |
| Hollister Co<br>(623) 334-2745 | Lower Level |
| Hot Topic<br>(623) 979-4010 | Upper Level |
| I Smile Dentistry<br>(623) 537-5453 | Upper Level |
| Icing<br>(623) 412-7872 | Upper Level |
| Industrial RideShop<br>(623) 776-7000 | Upper Level |
| J. Jill<br>(623) 334-3120 | Lower Level |
| JCPenney<br>(623) 412-1121 | Lower Level |
| JCPenney<br>(623) 412-1121 | Upper Level |
| Johnny Rockets<br>(623) 487-3524 | Upper Level |
| Journeys<br>(623) 878-5151 | Upper Level |
| Just Sports<br>(623) 412-0012 | Upper Level |
| Kay Jewelers<br>(623) 412-3996 | Upper Level |
| K-B Toys<br>(623) 412-1788 | Lower Level |
| Kiddie Kandids<br>(623) 979-4000 | Lower Level |
| Kids Club<br>(623) 979-8928 | Lower Level |

| Store | Level |
|---|---|
| Kitchen Gourmet<br>(623) 412-9177 | Lower Level |
| L A Nails<br>(623) 487-9481 | Upper Level |
| Lane Bryant<br>(623) 979-1219 | Lower Level |
| Leasing Opportunity<br>(623) 979-7720 | Lower Level |
| Leasing Opportunty<br>(623) 979-7720 | |
| LensCrafters<br>(623) 486-4911 | Upper Level |
| Lids<br>(623) 776-2300 | Upper Level |
| Lithium Clothing Company<br>(623) 776-8900 | Upper Level |
| Macy's<br>(623) 979-7900 | Lower Level |
| Macy's<br>(623) 979-7900 | Upper Level |
| MasterCuts<br>(623) 412-3883 | Lower Level |
| Melt, Your Bath and Skincare Delicatessen<br>(623) 334-2727 | Lower Level |
| Merle Norman<br>(623) 412-1923 | Lower Level |
| Mervyns<br>(623) 486-8800 | Lower Level |
| Mervyns<br>(623) 486-8800 | Upper Level |
| Miracle Mile Deli<br>(623) 979-3430 | Lower Level |
| Model Homes Center<br>(623) 412-1116 | Upper Level |
| Motherhood Maternity<br>(623) 486-3888 | Lower Level |
| Mrs. Fields<br>(623) 215-0285 | Lower Level |
| Naturalizer<br>(623) 486-7787 | Lower Level |
| Nava-Hopi Gallery<br>(623) 412-3161 | Lower Level |
| New Store Coming Soon!<br>Coming Soon! | Lower Level |
| New Store Coming Soon!<br>Coming Soon! | Lower Level |
| New York & Company<br>(623) 486-7836 | Lower Level |
| No Fear<br>(623) 334-9685 | Upper Level |
| Nu U Unlimited<br>(623) 334-5100 | Upper Level |
| PacSun<br>(623) 979-1555 | Upper Level |
| Panda Express<br>(623) 412-8032 | Upper Level |

| Store | Phone | Level |
|---|---|---|
| Papyrus | (623) 486-4403 | Lower Level |
| Paradise Bakery & Cafe | (623) 412-3044 | Upper Level |
| Paris Optique | (623) 915-1005 | Lower Level |
| Payless ShoeSource | (623) 878-2466 | Upper Level |
| Perfume Gallery | (623) 979-7966 | Lower Level |
| Picture People | (623) 334-2350 | Lower Level |
| Piercing Pagoda | (623) 334-9066 | |
| Precision Time | (623) 776-0792 | |
| Pretzel Time | (623) 215-0555 | Upper Level |
| Pumpkin Patch | (623) 878-6620 | Lower Level |
| Puppies 'N Love | (623) 878-9059 | Upper Level |
| Qwest Solutions Center | (623) 878-0609 | |
| Qwest Solutions Center Living Room | (623) 878-0609 | |
| RadioShack | (623) 486-8484 | Upper Level |
| Regis Salons | (623) 486-7788 | Upper Level |
| Ritz Camera 1-Hour Photo | (623) 412-1300 | Upper Level |
| Robeks Juice | (623) 878-9900 | Lower Level |
| Rocky Mountain Chocolate Factory | (623) 979-0677 | |
| Samuels Jewelers | (623) 979-4735 | Upper Level |
| Sbarro | (623) 412-2034 | Upper Level |
| Sears | (623) 776-4500 | Lower Level |
| Sears | (623) 776-4500 | Upper Level |
| See's Candies | (623) 773-2182 | Upper Level |
| Sephora | (623) 334-9700 | Lower Level |
| Shiekh Shoes | (623) 486-2048 | Upper Level |
| Signals | (623) 979-3550 | Lower Level |
| Signals | (623) 776-9390 | |
| Silver EFX | (623) 979-2852 | Lower Level |

| | |
|---|---|
| Skechers<br>(623) 979-9040 | Lower Level |
| Sleep Number by Select Comfort<br>(623) 412-1000 | Lower Level |
| Sole Outdoors<br>(623) 334-9453 | Upper Level |
| Spencer's<br>(623) 878-7957 | Upper Level |
| Sprint<br>(623) 878-0421 | Lower Level |
| Stacy's Hallmark<br>(623) 979-4999 | Lower Level |
| Starbucks Coffee<br>(623) 334-8061 | Lower Level |
| Stride Rite<br>(623) 773-3286 | Lower Level |
| Subway<br>(623) 412-8082 | Upper Level |
| Sunglass Designs<br>(623) 334-1676 | |
| Sunglass Hut & Watch Station<br>(623) 486-2727 | Upper Level |
| Sunglass Hut International<br>(623) 979-9797 | Lower Level |
| Taco Del Mar<br>(623) 486-5211 | Upper Level |
| The Body Shop<br>(623) 412-3713 | Upper Level |
| The Children's Place<br>(623) 334-3186 | Lower Level |
| The Knife Shop<br>(623) 878-4455 | Upper Level |
| The Sharper Image<br>(623) 776-2923 | Lower Level |
| Things Remembered<br>(623) 979-3170 | Upper Level |
| Thomas Kinkade Gallery<br>(623) 487-8411 | Lower Level |
| Tilly's<br>(623) 979-9031 | Upper Level |
| T-Mobile<br>(623) 979-8040 | Lower Level |
| TONI&GUY<br>(623) 487-8200 | Lower Level |
| Torrid<br>(623) 412-2290 | Upper Level |
| Trade Secret<br>(623) 486-0798 | Upper Level |
| U.S. Air Force Recruiting Center<br>(623) 334-4275 | Upper Level |
| U.S. Army/Marines Recruiting Center<br>623-334-9131 623-334-3325 | Lower Level |
| U.S. Navy Recruiting Center<br>(623) 773-0163 | Lower Level |
| Under Armour<br>(623) 412-0038 | Upper Level |

Verizon Wireless
(623) 486-4565

Victoria's Secret
(623) 412-8225                                                                                    Lower Level

Vitamin World
(623) 334-6986                                                                                    Lower Level

Weisfield Jewelers
(623) 878-6088                                                                                    Lower Level

Wetzel's Pretzels
(623) 486-3270                                                                                    Lower Level

Whitehall Jewelers
(623) 979-7441                                                                                    Upper Level

Wigs Amor
(623) 412-9129                                                                                    Upper Level

Wild Horse Gallery
(623) 878-5450                                                                                    Upper Level

Windsor
(623) 878-6202                                                                                    Lower Level

Yankee Candle
(623) 878-7002                                                                                    Upper Level

Yogurberry
(623) 334-5237                                                                                    Lower Level

Zales
(623) 412-1777                                                                                    Lower Level

Zounds
(480) 258-6040                                                                                    Lower Level

Zumiez
(623) 776-7037                                                                                    Upper Level





SEARCH

**Montclair Plaza**
5060 E. Montclair Plaza Lane
Montclair, California 91763
(909) 626-2442

**Mall Hours:**
Monday-Saturday:          10:00am-9:00pm
Sunday:                   11:00am-7:00pm
*Department stores and holiday hours may vary.*

**FABULOUS STORES. GREAT DINING. MONTCLAIR PLAZA**

Montclair Plaza features all of the stores you love, including Nordstrom,
Macy's, Barnes & Noble, Coach, Ann Taylor Loft, Victoria's Secret, and
Ben Bridge Jewelers. Enjoy a great meal at one of our fine eateries
including Macaroni Grill, Islands, and Elephant Bar.

**Montclair Plaza Gets a Make Over**

Your favorite shopping destination is getting a new look! Over the course
of the year you will see a new Montclair Plaza. The shopping center will
be updating its look inside and out. New retailers will join the already
amazing line up at Montclair Plaza, so stop by and see what's going on!

ABOUT US
LOCATE US
MALL SERVICES
GIFT CARDS
STORE DIRECTORY
DINING & ENTERTAINMENT
SALES
EVENTS
PROGRAMS
CAREERS
LEASING INFORMATION
EMAILS & CHANCE TO WIN





She loves what
you buy because
she's your mom.



Why not surprise her
with something
she'll really love?
**A GGP Mall Gift Card.**

**CLICK HERE**

[ EMAIL TO A FRIEND ]

**Mall Hours**
Monday-Saturday: 10:00am-9:00pm
Sunday: 11:00am-7:00pm
*Department stores and holiday hours may vary.*

**Montclair Plaza**
5060 E. Montclair Plaza Lane
Montclair, California 91763
(909) 626-2442

General Growth Properties, Inc. | Español | Contact Us | Privacy Statement | Terms of Use | © Copyright 2008

## Store Directory

PRINT THIS PAGE

Stores By Alphabetical | Stores By Category



| STORE | ZONE | FLOOR | PHONE |
|---|---|---|---|
| 99 cents Only Store | Outparcel | | (909) 626-9098 |
| Aeropostale | C | 2 | (909) 626-7703 |
| Aldo | B | 2 | (909) 621-5065 |
| All Pro Sports | B | 2 | (909) 399-9596 |
| American Eagle Outfitters | B | 2 | (909) 624-3881 |
| Amy's Hallmark | B | 2 | (909) 626-8786 |
| Anchor Blue | C | 1 | (909) 625-3234 |
| Anime Club | C | 2 | (909) 625-8967 |
| Ann Taylor Loft | B | 2 | (909) 625-6415 |
| As Seen on TV | A | 2 | (909) 625-3137 |
| AT&T | E | 1 | (909) 482-1177 |
| Bally's | E | 1 | (909) 625-1148 |
| Barnes & Noble | E | 1 | (909) 399-1966 |
| Bath & Body Works (LL) | E | 1 | (909) 398-4976 |
| Bath & Body Works (UL) | B | 2 | (909) 399-0566 |
| Ben Bridge Jewelers | B | 2 | (909) 625-4160 |
| Black & White Portrait Studio | E | 2 | (909) 625-1379 |
| Body Shop, The | E | 1 | (909) 624-5879 |
| Brookstone | C | 1 | (909) 625-5083 |
| Buckle Up | E | 1 | (909) 625-1689 |
| California Herb | A | 1 | (818) 325-3980 |
| Carlton Hair International | D | 1 | (909) 398-1939 |
| Cartoon Field | C | 1 | (909) 624-2006 |
| Catherine's Plus Sizes | OutParcel | | (909) 621-9896 |
| Champs | B | 1 | (909) 624-8986 |
| Charlotte Russe | E | 2 | (909) 624-5899 |
| Cingular Mobile Systems | B | 1 | (909) 482-1177 |
| Cinnabon | C | 1 | (909) 624-8422 |
| Circuit City | OutParcel | | (909) 625-6665 |
| Claire's | C | 2 | (909) 625-3036 |
| Coach | D | 2 | (909) 399-0657 |
| Comfort Zone Reflexology | E | 2 | (909) 626-6168 |
| Crescent Jewelers | C | 2 | (909) 626-4153 |
| Customer Service Center | E | 1 | (909) 626-2442 |
| Dairy Queen / Orange Julius | B | 2 | (909) 399-0947 |

| Store | Location | Floor | Phone |
|---|---|---|---|
| Daniel's Jewelers | C | 2 | (909) 482-4582 |
| Del Mar Fresh Mexican Grill | A | 2 | (909) 624-1527 |
| Disney Store | B | 1 | (909) 624-4548 |
| Dream Shots | C | 2 | (909) 624-8700 |
| Easy Spirit | B | 1 | (909) 625-7733 |
| Elephant Bar | OutParcel | | (909) 621-3509 |
| Ethan Allen | OutParcel | | (909) 625-3822 |
| Express/ Express for Men | E | 2 | (909) 621-1772 |
| F.Y.E. | D | 1 | (909) 621-9541 |
| Fashion Body Jewlery | C | 1 | (909) 626-9361 |
| Fast Fix Jewelry Repair | C | 1 | (909) 625-6560 |
| Finish Line | B | 1 | (909) 482-1993 |
| Foot Locker | B | 1 | (909) 399-9024 |
| Forever 21 | E | 2 | (909) 621-2180 |
| Fred Meyer Jewelers | D | 1 | (909) 624-8883 |
| Fredericks of Hollywood | C | 2 | (909) 624-5214 |
| Fun Foto Gifts | D | 1 | (909) 624-4684 |
| Game Stop | C | 2 | (909) 624-7173 |
| Gap Kids | B | 1 | (909) 625-3232 |
| Gap, The | E | 1 | (909) 626-0595 |
| General Nutrition Center (GNC) | B | 1 | (909) 625-4162 |
| Georgio Jewelers | D | 2 | (909) 621-4403 |
| Girl Talk | B | 1 | (909) 399-9203 |
| Goodyear | OutParcel | | (909) 626-9728 |
| Great American Cookie Company | E | 2 | (909) 621-6274 |
| Great Khan's Mongolian BBQ | A | 2 | (909) 621-5476 |
| Great Steak & Fry | B | 2 | (909) 626-0095 |
| Gymboree | B | 1 | (909) 625-2877 |
| Haagen-Dazs | A | 2 | (909) 399-3300 |
| Helio | B | 2 | (909) 621-7130 |
| Helzberg Diamonds | D | 2 | (909) 621-2334 |
| Hijuki | E | 1 | (909) 626-9503 |
| Hollister | D | 1 | (909) 624-2800 |
| Hot Dog on a Stick | A | 2 | (800) 321-8400 |
| Hot Topic | C | 1 | (909) 624-6007 |
| Iced Out of Jewelry | E | 1 | (909) 450-2515 |
| Icing by Claire's | D | 2 | (909) 624-7840 |
| Image Salon & Spa | C | 1 | (909) 399-0699 |
| International Perfumes | C | 1 | (909) 621-6186 |
| Island's Fine Burgers and Drinks | OutParcel | | (909) 399-9331 |
| iSmile | C | 1 | |
| It's A Baby | A | 1 | (909) 482-1730 |
| Jasmine's Treasures | D | 1 | (909) 626-3927 |
| JCPenney | Anchor | 1 & 2 | (909) 621-3811 |
| JCPenney Photo Studio | Anchor | 2 | (909) 621-3826 |
| JCPenney Salon | Anchor | 2 | (909) 624-7213 |
| JcPenny Optical | Anchor | | (909) 621-3811 |
| Journeys | C | 2 | (909) 624-1979 |
| K-B Toys | C | 1 | (909) 626-2710 |
| Kay Jewelers | C | 2 | (909) 625-0795 |
| Kevin Jewelers | B | 1 | (909) 445-9655 |
| Kids Foot Locker | B | 1 | (909) 621-9599 |
| L.A. Beauty Mark | C | 1 | (909) 626-9361 |
| Lane Bryant | A | 1 | (909) 621-1955 |
| LensCrafters | C | 2 | (909) 399-5662 |
| Lids | D | 2 | (909) 624-3615 |
| Life Uniform & Shoe | C | 2 | (909) 399-0875 |
| Limited Too | B | 1 | (909) 621-1595 |
| Linens 'n Things | OutParcel | | (909) 398-1490 |
| Macy's | Anchor | 1 & 2 | (909) 621-3011 |
| Mall Management Office | C | 1 | (909) 626-2501 |
| Manchu Wok | A | 2 | (909) 621-4255 |
| Mc Donald's | A | 2 | (909) 621-6901 |
| Mica Bella | D | 1 | (909) 624-7657 |
| Mobile Link | E | 1 | (909) 626-1331 |
| Mobile Solutions | D | 1 | (909) 445-1390 |
| Mobile Tron | D | 1 | (909) 398-4802 |
| Montclair Plaza Dental Group | OutParcel | | (909) 626-3566 |
| Montclair Police Dept. Plaza Precinct | C | 1 | (909) 625-8683 |
| Mrs. Field's Cookies | A | 2 | (909) 621-5453 |
| MW Tux | A | 2 | (909) 624-1712 |
| New York & Company | C | 2 | (909) 626-0614 |
| Nextel/Sprint | E | 2 | (909) 399-1977 |

| Store | Anchor/Level | Level | Phone |
|-------|------|------|-------|
| No Fear | E | 2 | (909) 624-3329 |
| Nordstrom | Anchor | 1 & 2 | (909) 625-0821 |
| Nordstrom Cafe | Anchor | 2 | (909) 625-0821 |
| Nordstrom Espresso Bar | Anchor | 1 | (909) 625-0821 |
| NYS Collection | D | 1 | (909) 399-9313 |
| Pacific Grill | A | 2 | (909) 621-7851 |
| Pacific Sunwear | B | 1 | (909) 621-5702 |
| Panda Garden Buffet | Outparcel | | |
| Papaya | D | 1 | (909) 445-9600 |
| Payless ShoeSource | C | 2 | (909) 621-7153 |
| PFF Bank & Trust | OutParcel | | (909) 621-5021 |
| Premier Skin Care | A | 1 | (909) 625-8430 |
| Pro Activ | D | 1 | (909) 482-0152 |
| Pro Image, The | C | 2 | (909) 626-7964 |
| Radio Shack | C | 1 | (909) 621-6963 |
| Rainbow Gate | D | 2 | (909) 626-7267 |
| Reflection | E | 2 | (909) 399-1951 |
| Regis Hairstylists | B | 2 | (909) 624-6789 |
| Robbins Bros. | OutParcel | | (909) 621-4842 |
| Robert Wayne Footwear | C | 2 | (909) 625-6655 |
| Rocky Mountain Chocolate | C | 2 | (909) 626-9660 |
| Romano's Macaroni Grill | OutParcel | | (909) 621-2604 |
| Salon Amica Mia | OutParcel | | (909) 482-2002 |
| Salvatory | D | 1 | (909) 625-1786 |
| Samuel's Jewelers | C | 1 | (909) 621-2903 |
| Sbarro's Italian Eatery | A | 2 | (909) 626-1237 |
| Sears | Anchor | 1 & 2 | (909) 445-1500 |
| Sears Auto Center | Anchor | 1 | (909) 445-1528 |
| Sears Hearing Center | Anchor | 2 | (909) 625-3334 |
| Sears Optical | Anchor | 2 | (909) 625-6986 |
| Sears Photo Studio | Anchor | 2 | (909) 445-1565 |
| Security Office | E | 2 | (909) 626-6888 |
| See's Candies | B | 1 | (909) 626-2715 |
| Select Comfort | C | 2 | (909) 625-0808 |
| Sheikh Shoes | C | 1 | (909) 624-5850 |
| Silver Expressions | D | 1 | (909) 399-1975 |
| Silver Haven | B | 2 | (909) 447-4850 |
| So Relax | D | 1 | |
| Spa Bar | C | 1 | (909) 625-6515 |
| Spencer Gifts | C | 1 | (909) 621-1914 |
| Sprint (kiosk) | B | 2 | (909) 445-0806 |
| Sprint Mobile Tech | D | 1 | (909) 399-3268 |
| Sprint/Nextel | E | 2 | (909) 399-1977 |
| Studio 1921 | D | 2 | (909) 398-1898 |
| Sunglass Bar, The | C | 1 | (909) 621-6622 |
| Sunglass Hut | E | 1 | (909) 624-1875 |
| Surf City Squeeze | C | 1 | (909) 399-5818 |
| Sweet Factory | E | 1 | (909) 621-9755 |
| T-Mobile Kiosk (LL Center Court) | E | 1 | (909) 398-4622 |
| T-Mobile Store (food court) | B | 2 | (909) 624-0110 |
| Taco Bell Express / Haagen Dazs | A | 2 | (909) 399-3300 |
| Tessie's Hair Studio 2 | C | 1 | (909) 399-1189 |
| The Children's Place | B | 1 | (909) 428-0549 |
| Things Remembered | B | 2 | (909) 621-9124 |
| Tic Time | D | 1 | (909) 447-2728 |
| Tiffany's Beauty Supply & Salon | A | 2 | (909) 625-5992 |
| Time Blast | B | 2 | (909) 621-2585 |
| Tokyo Grill | A | 2 | (909) 399-0887 |
| Torrid | E | 2 | (909) 626-7860 |
| Treasure Gifts | C | 2 | |
| Two Lips Shoes | C | 1 | (909) 625-0320 |
| Vans | D | 2 | (909) 625-5079 |
| Verizon Wireless Store | B | 1 | (909) 398-1579 |
| Verizon, Wireless That's It! | D | 1 | (909) 621-1212 |
| Verizon, Wireless That's It! | E | 1 | (909) 621-4440 |
| Victoria's Secret | D | 2 | (909) 624-4499 |
| Vitamin World | C | 1 | (909) 625-7533 |
| Waltz Shoes | C | 1 | (909) 626-1580 |
| Wells Fargo Bank | OutParcel | | (909) 621-2900 |
| Wetzel's Pretzels (Nordstrom Wing) | D | 1 | (909) 625-4464 |
| Wetzel's Pretzels (Sears Wing) | C | 2 | (909) 482-4306 |
| White Barn Candle | E | 1 | (909) 447-5976 |
| William Jewelers | A | 2 | (909) 625-2222 |

| Store | | | | |
|---|---|---|---|---|
| Windsor | D | | 1 | (909) 621-2210 |
| Wireless Planet | B | | 1 | (909) 621-7395 |
| Women's Plus | C | | 2 | (909) 626-7850 |
| Yankee Candle | E | | 2 | (909) 398-0067 |
| Zales Jewelers | D | | 1 | (909) 621-4739 |
| Zilas | C | | 2 | (909) 482-4550 |
| Zilas II | B | | 1 | |
| Zumiez | C | | 1 | (909) 626-9260 |