# EXHIBIT C TO

# METZGER DECLARATION

"sexy hair" hair care - Google Search

Sign in

Web  Images  Maps  News  Shopping  Gmail  more ▼

Google  "sexy hair" hair care  [Search]  Advanced Search
Preferences

Web  Shopping

Results 1 - 10 of about 328,000 for "sexy hair" hair care (0.23 seconds)

Shopping results for **"sexy hair" hair care**

Big **Sexy Hair** Volumizing Hairspray ...   $12.23 - Amazon.com
**Sexy Hair** Spray and Play (Set of 3) 10.6 ...   $29.99 - Beauty Surplus Sales
Silky **Sexy Hair** Satin Soft 8.5oz   $11.16 - www.hello-gorgeous.net

**Sexy Hair**
Check out our new site! **Sexy Hair** is cool, hip and edgy with distinguished brand names
including Big **Sexy Hair**, Short Sexy, Straight **Sexy Hair**, Healthy **Sexy** ...
Map of 6300 Richmond Rd, Texarkana, TX 75503
www.sexyhair.com/ - 2k - Cached - Similar pages

**sexy hair**
The company's name was changed in 2000 after the extremely successful introduction of a
number of **hair care** lines under the **Sexy Hair** theme. ...
www.sexyhair.com/right.php?r=about%7Csexy_hair - 7k - Cached - Similar pages

**Sexy Hair Hair Care** - Health & Beauty Supplies - BizRate - Compare ...
Buy **Sexy Hair Hair Care** from Health & Beauty Supplies stores. Comparison shop online at
BizRate. Check store ratings before you buy **Hair Care**.
www.bizrate.com/haircare/brand--sexy+hair/products__att259--393307-.html - 165k -
Cached - Similar pages

Seductively **Sexy Hair** - **Hair Care** Products for **Sexy Hair** - Marie ...
If you've just caught a whiff of kakadu plum or caju fruit, you're already under the spell of
Molton Brown's seductively scented new **hair** line.
www.marieclaire.com/hair/hairstyles/hair/molton-brown-hair - 43k - Cached - Similar pages

Amazon.com: **Sexy Hair** Concepts - **Hair Care**: Beauty
Online shopping for **Hair Care** Beauty; Styling Accessories, Conditioners, Shampoos, Styling
Products, Styling Tools, Scalp Treatments, Hair Loss Products, ...
www.amazon.com/Hair-Care-Products-Beauty/b?ie=UTF8&node=11057241&brand=Sexy%
20Hair%20Concepts - 166k - Cached - Similar pages

**Sexy Hair Hair Care Products on Sale**

Sponsored Links

**Hair Straightening NY**
Seen in New York Mag's "Best Of"
issue & CBS news with Linda Lopez
www.geminisalonnyc.com/

**Sexy Hair Salon Products**
40% Off List On **Sexy Hair** Products.
Fast Free Ship Over $60. Buy Now.
www.SalonSavings.com/SexyHair

**Sexy Hair Care** Products
Big Savings on **Sexy Hair Care**
Free Shipping on Orders Over $75
www.BeautyClicks.com

**Sexy Hair**
Buy **Sexy Hair** Concepts Online
Free Shipping with Minimum Purchase
www.drugstore.com/SexyHairConcepts

sexyhair Products
Shop sexyhair Products at
Beauty Depot. Free Shipping!
www.BeautyDepot.com

Discount **Sexy Hair** Salon **Hair Care** Products with a price guarantee.
www.spiralhaircase.com/products/haircare/sexy-hair/index.html - 80k -
Cached - Similar pages

**Haircare Nexxus. Big Sexy Hair. Paul Mitchell. Kerasilk. American ...**
**Hair care** product lines include Paul Mitchell, Nexxus, American Crew, and Sebastian. Also
offering skincare by Murad.
 Map of 3101 Pga Blvd, Lake Park, FL 33410
www.jrussellsalons.com/ - 24k - Cached - Similar pages

**Big Sexy Thicker Hair Care Products with volume Shampoo**
Thicker **hair** comes from Big **Sexy Hair** Products. Thicker **hair** with volume shampoo,
conditioner & styling aids for thicker hairstyles. Big **Sexy Hair Care** ...
www.alternative-beauty.com/big-sexy-hair.html - 51k - Cached - Similar pages

Beauty Products, Skin **Care & Hair Care** supply
Healthy **hair** products, skin care products, cosmetics and beauty products supply. Advanced
rejuvenating beauty product ... **Sexy Hair** · Straight **Sexy Hair** ...
www.alternative-beauty.com/ - 42k - Cached - Similar pages
More results from www.alternative-beauty.com »

big **sexy hair** blow dry volumizing gel - recommendation by ...
Nov 11, 2006 ... big **sexy** hair blow dry volumizing gel - recommended by thedelicious ... hair
**care** + beauty · **hair care** + **hair** · **hair care** + natural ...
www.thisnext.com/item/0D4E9461/AA87FBAD/big-sexy-hair-blow-dry - 33k -
Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

"sexy hair" hair care    [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

"sexy hair" hair care - Google Search

http://www.google.com/search?hl=en&q=%22sexy+hair%22+hair+care

5/1/2008

Sign In

Web    Images    Maps    News    Shopping    Gmail    more ▼

Google

"sexy hair" hair care

[ Search ]    Advanced Search
               Preferences

Results 11 - 20 of about 322,000 for **"sexy hair" hair care**. (0.29 seconds)

Sponsored Links

**Sexy Hair Salon Products**
40% Off List On **Sexy Hair** Products.
Fast Free Ship Over $60. Buy Now.
www.SalonSavings.com/**SexyHair**

**Sexy Hair Care** Products
Big Savings on **Sexy Hair Care**
Free Shipping on Orders Over $75
www.BeautyClicks.com

Web

**Hair Styling Products - PriceGrabber.com**
**Sexy Hair** Concepts Big **Sexy Hair** Flip It Over Full & Wild Spray 4.4 oz .... We Do Not Sell
Any Knockoffs Or Imitations. Frederic Fekkai **Hair Care**. ...
health-beauty.pricegrabber.com/hair-styling-products/p/1240/ - Similar pages

**Amazon.com: Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle ...**
... Short **Sexy Hair** Hard Up Gel, 16.9-Ounce Pump Bottle. Health & Personal **Care**. ...
styling, finishing and **hair care** products offered by Amazon.com. ...
www.amazon.com/Short-Sexy-Hair-16-9-Ounce-Bottle/dp/B000EM79Q0M - 221k -
Cached - Similar pages

**Sexy Hair Hair Care** Products - Beauty Salon Shampoo for your Hair ...
Discounted Salon professional **Sexy Hair** products. Shop for **Sexy** Hair . Find product size,
price, description, instruction, direction.
www.hairexpo.biz/Shampoo/Sexy-Hair.html - 93k - Cached - Similar pages

**Salon Hair Products and Beauty Supplies - Professional Shampoo ...**
**Hair Care** Products and Beauty Supplies at discounted prices I ... **Sexy Hair** Big Volume
Conditioner You get the biggest volume Click for complete details ...
Map of 5720 Capital Blvd # B, Raleigh, NC 27616
www.hairexpo.biz/ - 68k - Cached - Similar pages
More results from www.hairexpo.biz »

**Sexy Hair and Other Hair Care, Brushes and Jewelry - Cosmetic Cosmos**
**Sexy Hair** and Other **Hair Care**, Brushes and Jewelry.
www.cosmeticcosmos.com/haachacaandb.html - 40k - Cached - Similar pages

**SleekHair.com - Discount Salon Hair Products**
Goldwell strives to set standards for professional **hair care** throughout the world. ... With
product lines ranging from Big **Sexy Hair**, Straight **Sexy Hair**, ...
www.sleekhair.com/ - 50k - Cached - Similar pages

Healthy **Sexy Hair Care** Products, Free Shipping Offer on All ...
Healthy **Sexy Hair** Products-Soy based shampoos,conditioners,deep

http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=10&sa=N

5/1/2008

"sexy hair" hair care - Google Search

5/1/2008

conditioners,pomades,hairsprays Healthy **Sexy Hair Care** Products, Free Shipping Offer on All ...
www.diamondbeauty.com/brandnames/Healthy-Sexy-Hair/ - 30k - Cached - Similar pages

Big <u>Sexy Hair Care</u> Products Free Shipping <u>Offer on All Big Sexy</u> ...
Big **Sexy Hair Care** Products - Produces moisture, while giving the **hair** fantastic body and volume. Big **Sexy Hair Care** Products Free Shipping Offer on All Big ...
www.diamondbeauty.com/brandnames/Big-Sexy-Hair/ - 27k - Cached - Similar pages
More results from www.diamondbeauty.com »

Short **Sexy Hair Care** Products by Joy Beauty
Short **Sexy Hair** Hair Care Products for: Gel Hard Up,Blow It Up Gel Foam Shaping Blam,Slept In Texturing Creme,Control Maniac Wax,**Hair** Spray.
www.joybeauty.com/products/shortsexyhair/ - 23k - Cached - Similar pages

Short <u>Sexy Hair Care</u> Products Styling Beauty Products Ecoly ...
Short **Sexy Hair** ecoly fashion formulas big **sexy hair** phytologie pureologie kerastase.
www.planetbeauty.com/brands/Short-Sexy-Hair/ - 38k - Cached - Similar pages

**Previous** 1 2 3 4 5 **6** 7 8 9 <u>1011</u>    **Next**

[ Search ]

"sexy hair" hair care

<u>Search within results</u> | <u>Language Tools</u> | <u>Search Tips</u> | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=10&sa=N

Sign in

Web  Images  Maps  News  Shopping  Gmail  more ▼

Google    "sexy hair" hair care    [ Search ]    Advanced Search
Preferences

Web    Results 21 - 30 of about 322,000 for "sexy hair" hair care. (0.15 seconds)

**Sexy Hair Concepts LLC - Google Finance**
**Sexy Hair** wants to take sexy from concept to reality. Named **Sexy Hair** Concepts, the
company makes and distributes **hair care** products for sale in more than ...
finance.google.com/finance?cid=14544775 - 23k - Cached - Similar pages

The TTABlog®: Finding Family of "SEXY" Marks, TTAB Sustains 2(d ...
May 10, 2007 ... Opposer **Sexy Hair** Concepts convinced the Board that it (Opposer, not the
Board) owns a family of "SEXY" marks for various **hair care** products....
thettablog.blogspot.com/2007/05/finding-family-of-sexy-marks-ttab.html - 28k -
Cached - Similar pages

Hair care featuring **Sexy Hair** Concepts including Shampoo ...
**Hair care** featuring **Sexy Hair** Concepts including Shampoo, Conditioner, Smooth & Seal,
Power Straight Temp Straightening Balm.
www.cutndry.com/straight_sexy_hair.htm - 35k - Cached - Similar pages

Rene Furterer, Goldwell **Hair Care**, Nioxin, Nioxin Shampoo, Nexxus ...
**Hair care** and nail care products such as Rene Furterer, Goldwell **Hair Care**, ... **Hair Care**
Product, Osis, American Crew, Alterna, KMS, Big **Sexy Hair**, ...
.Map of 1801 Palm Beach Lakes Blvd, West Palm Beach, FL 33401
www.cutndry.com/ - 49k - Cached - Similar pages

**Sexy Hair : Beauty : Target**
Find, shop for and buy **Sexy Hair** at Target.com. ... Free Shipping on Select **Hair Care** Tools
through 5.3.08 - Free Shipping on Select **Hair Care** Products ...
www.target.com/Sexy-Hair-Beauty/b?ie=UTF8&node=403737011 - 185k -
Cached - Similar pages

**Sexy hair tips - Hair Care** - Helium - by J Tyler
A gorgeous head of hair - men have always been fascinated by it and women have always
tried to achieve it. Think of Marilyn Mo... by J Tyler.
www.helium.com/items/874116-gorgeous-always-fascinated-women - 37k -
Cached - Similar pages

Sponsored Links

**Sexy Hair** Salon Products
40% Off List On **Sexy Hair** Products.
Fast Free Ship Over $60. Buy Now.
www.SalonSavings.com/SexyHair

**Sexy Hair Care** Products
Big Savings on **Sexy Hair Care**
Free Shipping on Orders Over $75
www.BeautyClicks.com

sexy hair   hair care - Google Search

**Sexy hair tips - Hair Care - Helium - by Heidi Marie Fleetfoot**
Having **sexy hair** can make you look great and feel fabulous. The look which will suit you the
most will depend on your hair leng.... by Heidi Marie Fleetfoot.
www.helium.com/items/870536-having-great-fabulous-which - 39k - Cached - Similar pages
More results from www.helium.com »

Big **Sexy Hair** Products by Joy Beauty
Big **Sexy Hair** **Hair Care** Products for: Root Pump Plus, Root Volumizer,
Shampoo,Conditioner,Styling Gel,Mousse,**Hair** Spray,Finishing and Treatments.
www.joybeauty.com/products/bigsexyhair/ - 23k - Cached - Similar pages

**Hair Care** Products sale
**Sexy** Hair bullet **Sexy Hair** Silk Result bullet Silk Result Sorbie bullet ... 2000-2008 Spiral
Haircase for Discount **Hair Care** Products - Price Guarantee.
www.spiralhaircase.com/products/haircare/index.html - 81k - Cached - Similar pages

Short **Sexy Hair** **Hair Care** - Health & Beauty Supplies - BizRate ...
Buy short sexy hair **Hair** Care from Health & Beauty Supplies stores. Comparison shop
online at BizRate. Check store ratings before you buy **Hair Care**.
www.bizrate.com/haircare/products__keyword--short+sexy+hair.html - 156k -
Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12    **Next**

[ Search ]  "sexy hair" hair care

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Maps  News  Shopping  Gmail  more ▼

Sign in

Google

"sexy hair" hair care

[ Search ]  Advanced Search
Preferences

Web

Results 31 - 40 of about 1,020,000 for "sexy hair" hair care. (0.30 seconds)

Sponsored Links

**Sexy Hair** Salon Products
40% Off List On **Sexy Hair** Products.
Fast Free Ship Over $60. Buy Now.
www.SalonSavings.com/**SexyHair**

**Sexy Hair** Care Products
Big Savings on **Sexy Hair** Care
Free Shipping on Orders Over $75
www.BeautyClicks.com

HOT **SEXY Hair** Care Products, Shampoo, Conditioner - For Men ...
HOT SEXY **Hair Care** Products on sale at FragranceNet.com. Over 10000 Designer Hair
Care Products, Perfume and Fragrances at FragranceNet.com®.
www.fragrancenet.com/ff/net/thc_items.html?cat=10094&cur_letter=H&gs_gen=U - 50k -
Cached - Similar pages

Rene Furterer, Goldwell **Hair Care**, Nioxin, Nioxin Shampoo, Nexxus ...
**Hair** care and nail **care** products such as Rene Furterer, Goldwell Hair Care, ... Hair Care
Product, Osis, American Crew, Alterna, KMS, Big **Sexy Hair**, ...
Map of 1801 Palm Beach Lakes Blvd. West Palm Beach, FL 33401
www.cutndry.com/ - 49k - Cached - Similar pages

Lucire Beauty - Jim Morrison: Big **Sexy Hair's** revolutionary - The ...
Big **Sexy Hair's** Jim Morrison could be said to have revolutionized his corner of the beauty
industry ... to launch a line of **hair care** and sun **care** products. ...
www.lucire.com/2007/0101be0.shtml - 18k - Cached - Similar pages

$10 - $20 | Personal **Care** - **Hair Care** at mySimon
Compare prices and narrow the selection to items that have **Hair Care**. ... **Sexy Hair**
Concepts Play Dirty Wax Master Dry Wax Short Sexy 4.4 oz picture ...
www.mysimon.com/.../dflITrail-Hair-%20Care~%2410%20-%20%2420 - 192k -
Cached - Similar pages

Swingy, shiny, **sexy hair**: Living Well Articles: self.com
Swingy, shiny, **sexy hair!** Get it with this guide to the three Cs: cut, color and **care**. By Beth
Janes. From the February 2006 issue (page 1 of 2) ...
www.self.com/livingwell/articles/2007/04/0206sshair_1_of_2 - Similar pages

1st Beauty supply, at **Hair** Products 4 me, **hair care** products ...
Beauty supply **hair care** & skin **care**. EZ online ordering. Fast shipping! ... Color Mark, Curly
**Sexy Hair**, salon quality.~Dog Shampoo, EC Mode-Hair, ...
Map of 1072 N Swan Rd. Tucson, AZ 85711
www.hairproducts4me.com/ - 18k - Cached - Similar pages

**Hair** Trends -- **Hair Care** Haircuts **Hair** Color
Find out the latest trends, learn the basics of **haircare** & how to find the best ... Secrets to
**Sexy Hair** -- What Your Stylist Didn't Tell You (But Told Us) ...
beauty.about.com/od/hairbasics/Styling_Your_Hair.htm - 21k - Cached - Similar pages

Open Directory - Shopping: Health: Beauty: **Hair Care**
... for **hair** including Paul Mitchell, Alterna and **Sexy Hair**, skin, and nails. ...
DiscountBeauty.com - Offering brand name **hair care** products and beauty ...
www.dmoz.org/Shopping/Health/Beauty/Hair_Care/ - 13k - Cached - Similar pages

Wild **Sexy Hair Hair Care** Beauty products by Bel Air beauty
Wild **Sexy Hair** Product Types include: Styling skin and **hair care** beauty supply products.
www.belairbeauty.com/brands/Wild-Sexy-Hair/ - 47k - Cached - Similar pages

Straight **Sexy Hair Hair Care** Beauty products by Bel Air beauty
Straight **Sexy Hair** Product Types include: Balm Conditioner Shampoo Spray Styling skin and
**hair care** beauty supply products.
www.belairbeauty.com/brands/Straight-Sexy-Hair/ - 48k - Cached - Similar pages
More results from www.belairbeauty.com »

Previous 1 2 3 4 5 6 7 8 9 10 11 12 13    **Next**

"sexy hair" hair care    [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Sign in

Web  Images  Maps  News  Shopping  Gmail  more ▼

Google    "sexy hair" hair care

[ Search ]  Advanced Search
            Preferences

Results 41 - 50 of about 1,020,000 for "sexy hair" hair care. (0.31 seconds)

Web

**Sexy Hair Concepts Hair Care**
Your Cost: $13.59. Curly **Sexy Hair** Curling Creme (Medium to Thick Hair) 5.1oz ... Match
Any. Shop Navigation:. Shop Home > **Hair Care** > > **Sexy Hair** Concepts ...
www.beautydeals.net/shop/list.html?categ=316 - 75k - Cached - Similar pages

Santa Monica Salon|Salons|Beauty|**Hair**|CA 90405|Los Angeles ...
Nov 17, 2007 ...Services include hair|care|color|removal, wedding|bridal hair styles, ...
Holiday|**Sexy Hair**|Styles in in ... Los Angeles|Southern California are in ...
beauty-salon-santa-monica.blogspot.com/2007/11/holiday-sexy-hairstyles-get-8-powerful.html
- 23k - Cached - Similar pages

Healthy **Sexy Hair Care** Products by Eva Beauty
Healthy **Sexy Hair** Products Shampoo,Conditioner,Styling Gel,Mousse,**Hair** Spray,Finishing
and Treatments.
www.evabeauty.com/products/healthy-sexy-hair/ - 16k - Cached - Similar pages

Lot 2 Healthy **Sexy Hair** Soya Want Full **Hair Hair** Spray
... ON A Lot of 2 Healthy **Sexy Hair** Soya Want Full Hair Firm Hair Spray 10.6 OZ... great
deals on **hair** care, cosmetics, perfumes and skin **care** products! ...
cgi.ebay.com/Lot-2-Healthy-Sexy-Hair-Soya-Want-Full-Hair-Hair-
Spray_W0QQitemZ360046552612QQcmdZViewItem

Gary Martino Demonstrates the Innovative Science of **Hair Care** to ...
The Science of **Sexy Hair** is Revealed at the Royal Institution of Great Britain's ... and
L'Oreal – explained the science behind today's innovative **hair care** ...
news.nationalstarch.com/NewsStory.asp?newsItemId=335 - 30k - Cached - Similar pages

[poc] The Science of **Sexy Hair** is Revealed at the Royal Institution of ...
File Format: Microsoft Word - View as HTML
The Science of **Sexy Hair** is Revealed at the Royal Institution of Great ... Gary Martino
Demonstrates the Innovative Science of **Hair Care** to London Area ...
news.nationalstarch.com/ExportToWord.asp?newsItemId=335 - Similar pages

American Chronicle | **Sexy Hair**, Vulgar Thinking: What?s in a Word?

Dec 5, 2005 ... **Sexy Hair**, Vulgar Thinking: What?s in a Word? Ron DeYoung ... to the word
sexy than it does to a sign that advertises a **hair care** product. ...
www.americanchronicle.com/articles/4006 - 34k - Cached - Similar pages

Hot Sexy Highlights: Titanium Blonde
I'm always on the lookout for great new **hair care** products that I can share with the ... She
explained that this product was from **Sexy Hair** Concepts. ...
www.hairboutique.com/tips/tip1051.htm - 41k - Cached - Similar pages

Richard Scott Salon and Day Spa :: Products
Purology **hair care** is specifically formulated for color treated hair. ... Big **Sexy Hair**, Silky
**Sexy Hair**, Healthy **Sexy Hair**, Short **Sexy Hair**, Strait **Sexy** ...
richardscottsalon.com/products.html - 16k - Cached - Similar pages

Get **Sexy Hair**
**Hair** Helpers. , Skin Care ... Get **Sexy Hair**. 10 fantastic tricks to take your hair from so-so to
so-sexy. ... Get super-**sexy hair** with these 10 easy tips. ...
www.ihj.com/lhj/story.jhtml?storyid=/
templatedata/lhj/story/data/10tipsSexyHair_08022002.xml - 36k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14    **Next**

"sexy hair" hair care    [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Maps  News  Shopping  Gmail  more ▼

Google          "sexy hair" hair care          [Search]   Advanced Search
                                                          Preferences

Web  Video

Results **51 - 60** of about **1,020,000** for **"sexy hair" hair care**. (0.12 seconds)

Healthy **Sexy Hair**: Soy For Your **Hair**
Jul 3, 2002 ... Since Soy is the future fuel power for the **hair**, **Sexy Hair** ... For additional **hair**
care articles, tips and product information check out the ...
www.hairboutique.com/tips/tip1149.htm - 27k - Cached - Similar pages

Buy **Sexy Hair** Concepts Big **Sexy Hair** Root Pump Spray Mousse Online ...
**Sexy Hair** Concepts® guarantees this product only when sold through ... suspect that you
have a medical problem, promptly contact your health **care** provider. ...
www.drugstore.com/qxp157876_333181_sespider/
sexy_hair_concepts/big_sexy_hair_root_pump_spray_mousse.htm - 51k -
Cached - Similar pages



YouTube - TRESemme & Project Runway Stylist show u
Sexy ...
TRESemme & Project Runway Stylist show u **Sexy Hair** Styles #3 ...
47 sec - ☆☆☆☆☆
www.youtube.com/watch?v=uPESEbellWo

**Hair Care** Blog: 02/05/2006 - 02/11/2006 - **Hair Care** Blog
Feb 5, 2006 ...Curly **Sexy Hair** 24/7 can be yours, anywhere, anytime. by: SleekHair
Professional **HairCare** Products. Wednesday, February 08, 2006 ...
blog.sleekhair.com/archive/2006_02_05_archive.html - 42k - Cached - Similar pages

**Sexy Hair** | Personal **Care** at mySimon
Save money! We have Personal **Care** comparison shopping information at mySimon.
Compare prices and narrow the selection to items that have **Sexy Hair** at ...
www.mysimon.com/9000-10955_8-0.html?sdcq=dnatrs-sexy_hair/dfllTrail-Sexy%20Hair -
178k - Cached - Similar pages

HairWax, Paste, Pomade - **Hair** styling product, **Hair Care** product ...
**Hair** Wax, Paste, Pomade, and other **Hair** styling products, **Hair** care products and ... **Sexy**
**Hair** ConceptsShort **Sexy Hair**, Frenzy Bulked-Up Texture read more ...
www.hairstyle.com/hair-products/hair-wax.htm - 37k - Cached - Similar pages

**Sexy Hair Weaves Hair Extension #1 part 2 of 4 - Truveo Video Search**
Tags: Beauty, Black hair, black hair care, black hair styles, girls, hair cut ... "**Sexy Hair** Weaves **Hair** Extension #7 part 4 of 5" von hairworld ...
www.truveo.com/Sexy-Hair-Weaves-Hair-Extension-1-part-2-of-4/id/3086530863 - 86k - Cached - Similar pages

**Hair Care - By Big Sexy Hair - Compare Prices, Reviews and Buy at ...**
**Hair Care** - By Big **Sexy Hair** - 59 results like the Big **Sexy Hair** What A Tease Backcomb 2.6oz, Big **Sexy Hair** Spray & Play Volumizing hairspray, Big **Sexy Hair** ...
www.nextag.com/Big-Sexy-Hair-2700070/brand-html - 103k - Cached - Similar pages

**Shop for discount beauty supplies and professional hair care ...**
Let us help you find the discount beauty products you want, including professional **hair care** products like Brocato, Curly **Sexy Hair**, TIGI, Keracare, ...
www.discount-beauty.com/ - 70k - Cached - Similar pages

**Skin Care Products | Skin Care Products, Skin Care, Skin ...**
Big **Sexy Hair** Volume Detangler is a leave-in detangler that gives body and fullness, while leaving hair tangle free. Details: .. Detangles hair ...
www.skinenergizer.com/Big-Sexy-Hair-Volume-Detangler-p/sebshvd003.htm - 39k - Cached - Similar pages

**Previous 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15    Next**

"sexy hair" hair care

Search

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

http://www.google.com/search?q=%22sexy+hair%622+hair+care&hl=en&start=50&sa=N

5/1/2008

Web Images Maps News Shopping Gmail more ▼

Google    "sexy hair" hair care

Search    Advanced Search
          Preferences

Results 61 - 70 of about 1,020,000 for "sexy hair" hair care. (0.14 seconds)

Web

Curly Sexy Hair 24/7 - Hair Care Blog
Jan 13, 2006 ... Curly Sexy Hair 24/7 | Hair Care Blog | Curly Sexy Hair 24/7. ... You can
use Curly Sexy Hair 24/7 to create bigger waves for body and ...
blog.sleekhair.com/2006/01/curly-sexy-hair-247.html - 34k - Cached - Similar pages

HairCareChoices.com - Nexxus, Goldwell, Scruples and Joico
Save on quality hair care products from Nexxus, Goldwell, Scruples and Joico. ... Healthy
Sexy Hair · Hempz · Iso · IT&LY Hair Fashion ...
  Map of 1620 Continental St, Redding, CA 96001
www.haircarechoices.com/ - 18k - Cached - Similar pages

Beauty products, Beauty brands - Dermalogica, YONKA, DDF ...
Planet Beauty skin and hair care beauty products. ... Revitalash, Rilastil, Satin Haircolor,
Scentual Expressions, Schwarzkopf, Short Sexy Hair, Solano ...
www.planetbeauty.com/ - 47k - Cached - Similar pages

Buy Sexy Hair Concepts Big Sexy Hair Spray And Play Volumizing ...
Sexy Hair Concepts guarantees this product only when sold through .... suspect that you
have a medical problem, promptly contact your health care provider. ...
www.drugstore.com/.../sexy_hair_concepts/
big_sexy_hair_spray_and_play_volumizing_hairspray.htm - 55k - Cached - Similar pages

Hair Care - Hair Vitamins - Hairstyles - Skin Care
Hair Vitamins for better hair styles. Hair care relating to great short to longer ... Bao Shi, Bed
Head TIGI, Big Sexy Hair, Blue Q: Miso Pretty, breeze ...
www.salonweb.com/ - 37k - Cached - Similar pages

Hair Care ...Shampoo, Conditioners and Styling Aids
Crede Hair Care As Seen In Vogue AND Allure! Curl Friends, Special Hair Care For Curly
Hair From The Co-Founder Of Bumble & Bumble · Curly Sexy Hair By ...
www.adiscountbeauty.com/haircare.html - 47k - Cached - Similar pages

Hair Care Products, Brands & Reviews
Hair Detangler · Men's Hair Care · Swimmer Hair Care · Rainwear & Sleepwear. Featured

Brands ... **Hair Care** Products. You are here: Home > **Hair Care** ...
www.folica.com/haircare.htm - 42k - Cached - Similar pages

Skin **Care** Products | Skin **Care** Products, Skin **Care**, Skin ...
Advanced skin **care** products - Over 700 skin **care** products | anti-wrinkle creams, ... Big
Straight **Sexy Hair** Smooth & Seal smoothes fine and medium **hair**. ...
www.skinenergizer.com/Big-Straight-Sexy-Hair-Smooth-Seal-p/sesshss008.htm - 37k -
Cached - Similar pages

Short **Sexy Hair** Hard Up Gel, 16.9-Ounce Pump Bottle - ThisNext
Oct 2, 2007 ... Short **Sexy Hair** Hard Up Gel, 16.9-Ounce Pump Bottle ... **hair care** + beauty
products · **hair care** + cosmetics · **hair care** + makeup ...
www.thisnext.com/item/4DF51D40/Short-Sexy-Hair-Hard-Up-Gel-16 - 38k -
Cached - Similar pages

HEALTHY **SEXY HAIR** PUMPKIN SHAMPOO-CONDITIONER-SPRAY, **Hair Care** ...
Buy HEALTHY **SEXY HAIR** PUMPKIN SHAMPOO-CONDITIONER-SPRAY, **Hair Care** items
on eBay. Find a huge selection of Fragrances, Bath Body items and get what you want ...
search.ebay.com/HEALTHY-SEXY-HAIR-PUMPKIN-SHAMPOO-CONDITIONER-
SPRAY_W0QQfsIZ1QQsatitleZHEALTHYQ20SEXYQ20H... - 122k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16    **Next**

"sexy hair" hair care

[ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

http://www.google.com/search?q=%22sexy+hair+%22+hair+care&hl=en&start=60&sa=N

5/1/2008

Sign in

Web Images Maps News Shopping Gmail more ▼

Google    "sexy hair" hair care

[ Search ]    Advanced Search
                Preferences

Results 71 - 80 of about 1,020,000 for "sexy hair" hair care (0.16 seconds)

Web

**sexy hair concepts and more eBay Store About My Store**
Salon quality hair products at low prices. Specializing in Sexy Hair Products and Bain De
Terre. ... NEW WOMENS AND MENS SALON HAIR CARE AT RESONABLE PRICES ...
members.ebay.com/ws/eBayISAPI.dll?ViewUserPage&userid=246daisy246 - 49k -
Cached - Similar pages

Shop for discount beauty supplies and professional hair care ...
**Sexy Hair** Concepts Healthy Flash 3-D Shine Gloss 1.7oz · Click for details · Healthy Sexy
Flash 3-D Shine Gloss 1.7oz. Regular Price $14.00. DBSS Price ...
www.discount-beauty.com/index.asp?PageAction=VIEWSERIES&ManfID=45&SeriesID=4 -
49k - Cached - Similar pages

Big **Sexy Hair** What A Tease 4.4oz
... Rusk, Satin by Developlus Hair Care, **Sexy Hair** Concepts, Shiny Silver, Sique, Supre
Hempz Hair Care, Terax ... Return to **Sexy Hair** Concepts listings ...
www.beautydeals.net/shop/details.html?id=3948 - 42k - Cached - Similar pages

**Hair Care - ImageUnique**
Short **Sexy Hair** For edgy, trendy styles or update your look! ... MOP is an evolutionary
approach to modern hair care. Your hair require's the same nutrition ...
imageunique.com/index.cfm?fuseaction=category.display&category_ID=63 - 40k -
Cached - Similar pages

Fragrance/perfume like So **Sexy hair care** line? - Yahoo! Answers
Does Victoria's Secret sell a perfume/fragrance th...
answers.yahoo.com/question/index?qid=20071218044019AA3ZFSN - 30k -
Cached - Similar pages

eBay Express: Lot of 3 **Sexy Hair** Curly **Sexy Hair** Conditioner - 8.5 ...
eBay Express Lot of 3 **Sexy Hair** Curly **Sexy Hair** Conditioner - 8.5 oz Health & Beauty Hair
Care & Color.
item.express.ebay.com/Health-Beauty_Hair-Care-Color__Lot-of-3-Sexy-Hair-Curly-Sexy-
Hair-Conditioner-8-5-o... - 44k - Cached - Similar pages

straight **hair** on Folica.com, the Web's Most Popular Beauty Store
Search Suggestions: permanent **hair** straightener | chi **hair care** | chemical ... From **Sexy**
**Hair** comes Straight **Sexy Hair** Conditioner that relaxes curls, ...
search.folica.com/beauty/straight%20hair - 88k - Cached - Similar pages

Healthy **Sexy Hair** Pumpkin Pumpkin Conditioner 10oz - **Sexy Hair** ...
Healthy **Sexy Hair** Pumpkin Conditioner is packed with Vitamins A, C, & E. Provides the
highest source of Beta-Caratene and rich in Antioxidants. ...
www.goddess-within.com/healthy-sexy-hair-pumpkin-pumpkin-conditioner-10oz.html - 33k -
Cached - Similar pages

SalonSavings.com - Lowest Prices, Fastest Service, Largest ...
SalonSavings.com - High End **Haircare** At The Lowest Prices - Login / Create Account /
Track an Order. Signup For FREE Email Offers: High End **Haircare** At The ...
www.salonsavings.com/ - 20k - Cached - Similar pages

**Sexy Hair** Mini **Haircare** Sample Set Featuring the Power of Pumpkin ...
Sep 2, 2006 ... http://survey.behindthechair.com/sex...mpkin0806.aspx.
www.savingadvice.com/.../20635-sexy-hair-mini-**haircare**-sample-set-featuring-power-
pumpkin-enzymes.html - 61k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17    **Next**

[ ] Search

"sexy hair" hair care

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

"sexy hair" hair care - Google Search

Sign in

Web  Images  Maps  News  Shopping  Gmail  more ▼

Google    "sexy hair" hair care

[ Search ]  Advanced Search
            Preferences

Results **81 - 90** of about 1,020,000 for "sexy hair" hair care. (0.19 seconds)

**Web**

Big **Sexy Hair**
Great color protection and vitamin infused for age-defying hair care. ... A Perfect marriage of
science and beauty, i-bella's **Hair Care** and Home & Body ...
www.spaimprimis.com/bigsexy.html - 6k - Cached - Similar pages

BEAUTY: **Hair Care** at Kaboodle
Kaboodle - Find BEAUTY: **Hair Care** using Kaboodle lists. ... **Sexy Hair** Concepts Big **Sexy**
**Hair** Spray & Play Harder, Firm Volumizing Hairspray ...
www.kaboodle.com/kandyt220/beauty-hair-care.html - 195k - Cached - Similar pages

**Sexy Hair** Concepts - Shop By Brand
**Sexy Hair** Concepts Healthy **Sexy Hair** ... **Sexy Hair** Concepts Straight **Sexy Hair** pad. pad.
pad. pad. **Sexy Hair** Concepts Aero Tan Tanning Spray 5.3oz ...
www.goddess-within.com/sexyhairconcepts.html - 40k - Cached - Similar pages

**Sexy Hair** Concepts, Big **Sexy Hair**, Short **Sexy Hair**, Straight **Sexy** ...
**SEXY HAIR** CONCEPTS is a vanguard, hairdresser-led enterprise in the ... O'Rourke
founded the Carlton **Hair Care** and **Hair** Health and Beauty Stores in Southern ...
www.jrussellsalons.com/sexy_hair_concepts.htm - 14k - Cached - Similar pages

**Hair Care**: Farouk, Phyto Organics, GANEDEN BIOTECH,, review ...
* Health & Personal **Care** ... Curly **Sexy Hair** Curling Creme (Medium to Thick **Hair**) 5.1oz
(Concepts), Curling Creme (Medium To Thick **Hair**),to verify frizz and ...
healthek.com/**hair-care**1/13.html - 18k - Cached - Similar pages

Alterna **Hair Care** Products, Artec, KMS, Mont Source, Murad, Nailtiques ...
Aacardi is Tampa Bay's largest full service salon. We carry the most complete source for
professional salon products via the Internet.
  Map of 4046 Park St N, St Petersburg, FL 33709
www.aacardi.com/ - 18k - Cached - Similar pages

Beauty Buzz: Rock ON with Jim Morrison + **Sexy Hair** Concepts and ...
1) New to the **Sexy Hair** Concept Team is CEO Jim Morrison –listen to the podcast and
hear ... This launch will take **hair care** to a new level and create new ...

http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=80&sa=N

5/1/2008

fashiontribes.typepad.com/beautybuzz/2006/04/audio_moblog_1.html - 36k -
Cached - Similar pages

Healthy **Sexy Hair** Pumpkin Rehydrating Shampoo
Curly **Sexy Hair** Curly **Sexy Hair** Advanced Formula Conditioner ... Healthy **Sexy Hair** Soy
Milk Conditioner 33.8 oz ( 1 Liter ) ...
www.beautyencounter.com/646630004539.html - 64k - Cached - Similar pages

CareFair.com - Sleek and **Sexy Hair**: Tips to Get the Look
Sleek and sexy are the buzzwords for hair this winter. Learn the secret to a beautiful head of
healthy, straight hair right here.
www.carefair.com/hair/Sleek_and_Sexy_Hair_4484.html - 35k - Cached - Similar pages

HOT SEXY by **Sexy Hair** Concepts - 5 oz HIGHLIGHTS WHEAT BLONDE ...
Hot Sexy by **Sexy Hair** Concepts | HIGHLIGHTS RED HIGH DRAMA GLITTER SPRAY
FIRM HOLD 4.4 oz ... OTHER DISCOUNT AND FRAGRANCE PRODUCTS BY **SEXY HAIR**
CONCEPTS ...
www.perfume.com/sexy-hair-concepts/hot-sexy-1090048.html - 41k - Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18    **Next**

"sexy hair" hair care    [Search]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

"sexy hair" hair care - Google Search

Sign in

Web  Images  Maps  News  Shopping  Gmail  more ▼

Google    "sexy hair' hair care

[Search]  Advanced Search
          Preferences

Results 91 - 100 of about 1,020,000 for **"sexy hair" hair care**. (0.15 seconds)

**Web**

Google Directory - Shopping > Health > Beauty > **Hair Care**
Offering brand name **hair** care products and beauty supplies. ... salon products for hair
including Paul Mitchell, Alterna and **Sexy Hair**, skin, and nails. ...
www.google.com/Top/Shopping/Health/Beauty/Hair_Care/ - 23k - Cached - Similar pages

Silky **Sexy Hair** Silky Conditioner Smoothing
Curly **Sexy Hair** Advanced Formula Shampoo 33.8 oz (1 liter) ... Silky **Sexy Hair** Silky
Shampoo Smoothing 33.8 oz (1 Liter) ...
www.beautyencounter.com/64663002955.html - 89k - Cached - Similar pages

**Sexy Hair** Concepts: Strong **Sexy Hair** - Associated Content
Jul 20, 2007 ... My sister talked me into buying Strong **Sexy Hair** shampoo, made by **Sexy
Hair** Concepts. I already own several **hair** care products from another ...
www.associatedcontent.com/article/312202/sexy_hair_concepts_strong_sexy_hair.html -
46k - Cached - Similar pages

**Sexy Hair** Spray & Play Hairspray 10.6 oz MyBeautyCenter - Online ...
Hair Care, Styling, **Sexy Hair** Spray & Play Hairspray 10.6 oz, **Sexy Hair** Spray & Play
Hairspray. ... **Sexy Hair** Extra Big Volume Shampoo 33.8 fl oz 1.06 qt 1 lt ...
www.mybeautycenter.com/sexy_hair_spray_play_hairspray_106_oz-p-66649.html - 54k -
Cached - Similar pages

Healthy **Sexy Hair Hair Care** Products ecoly fashion formulas
Healthy **Sexy Hair** Product Types include: Conditioners Gel **Hair Care** Hair sprays Pomade
Shampoos Straightener Treatments skin and **hair** care beauty supply ...
www.skinnhair.com/brand.asp?brand=66 - 18k - Cached - Similar pages

Kut N Beauty Online Store: BIG **SEXY HAIR**
Big **Sexy Hair Care** Products Big **Sexy Hair** is a RED HOT product line created to take hair
to its maximum hold. Big **Sexy Hair** is designed to improve and ...
www.kutnbeauty.com/mm5/merchant.mvc?Screen=CTGY&
Store_Code=KUTNBEAUTY&Category_Code=SexyBig - 29k - Cached - Similar pages

eBay Express: Short **Sexy Hair*HARD UP*Holding** Gel-SALON 16.9oz ...

http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=90&sa=N

CHECK MY OTHER AUCTIONS FOR MORE NIOXIN **HAIR CARE** PRODUCTS! ... Here is a BRAND NEW, UNOPENED, LARGE 16.9 fl oz Short **Sexy Hair** HARD UP Holding Gel tub. ...
item.express.ebay.com/Health-Beauty_Hair-Care-Color__Short-Sexy-Hair-HARD-UP-
Holding-Gel-SALON-16-9oz-Pum... - 39k - Cached - Similar pages

Luscious **Hair Care**: Find, Compare, Read Reviews & Buy Online ...
Shopping is the best place to comparison shop for Luscious **Hair Care** ... Silky **Sexy Hair**
Silky Shampoo Silky **Sexy Hair** transforms your hair into soft ...
shopping.yahoo.com/s:Hair%20Care:4168-Brand=Luscious - 60k - Cached - Similar pages

Curly **Sexy Hair** - ImageUnique
Image Unique. Home » **Hair Care** » Curly **Sexy Hair**. **Hair Care** ... Curly Sexy: Curling
Creme for Medium to Thick Hair 5.1 oz Our Price: $13.00 ...
www.imageunique.com/index.cfm?fuseaction=category.display&category_id=90 - 25k -
Cached - Similar pages

Hairfanatic - **Hair Care** - Straightening & Curling Balms/Sprays
Healthy **Sexy Hair** 4.2 oz Soy Smoothie Straightening Tonic Price: $9.95 ... Scissors, Shears,
& Razors, - Hot Rollers, **Hair Care**, - Betty Hair Color ...
www.hairfanatic.com/hair-care/straightening-curling-balmssprays/ - 83k -
Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19    **Next**

[ "sexy hair" hair care ] [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Page 1 of 3

"sexy hair" hair care - Google Product Search

Web  Images  Maps  News  Shopping  Gmail  more ▼

My Shopping List

**Google** [Checkout] "sexy hair" hair care    [Search Products]  [Search the Web]    Advanced Product Search
Preferences

## Products

Show [Google Checkout] items only  **Showing all items**    Show grid view    Results 1 - 10 of about 167 for **"sexy hair" hair care**. (0.15 seconds)

Sort by relevance    Sponsored Links

Big **Sexy Hair** Volumizing Hairspray, Spray & Play, 10.6 oz (300 g)
Directions: Spray into styled **hair** for lift and hold.
Add to Shopping List

$12.23
Amazon.com
★★★★☆
4,286 seller ratings

Treat Male Hair Loss Now
Learn About FDA-Approved Medicine
Get More Info & Find a Doctor Now.
hair-loss-medication.com

**Sexy Hair** Spray and Play (Set of 3) 10.6 oz ea
Big **Sexy Hair** Spray and Play 3 - 10.6 oz cans.
Add to Shopping List

$29.99
Beauty Surplus Sales

**Sexy Hair Care Products**
Big Savings on **Sexy Hair Care**
Free Shipping on Orders Over $75
www.BeautyClicks.com

Garnier Fructis
Let Your **Hair** Shine With A New
Strength with Fructis **Haircare**.
Garnier.com

Silky **Sexy Hair** Satin Soft 8.5oz
Non-aerosol hairspray, perfect for those who dislike the feel of traditional hairsprays. Medium hold, soft to touch. Delivers shine for a Satin finish.
Add to Shopping List

$11.16
www.hello-gorgeous.n...
★★★★★ 2 seller ratings

All Natural **Hair Care**
Try our unique combination of organics to give you healthy **hair!**
www.SaveYourWorld.com

Healthy **Sexy Hair** – Soy Tri-Wheat Leave In Conditioner
Healthy **Sexy Hair** Soy Tri-Wheat Leave-In Conditioner has a combination of Soy and Tri-Whea that combats against the harmful effects of the sun and ...
Add to Shopping List

$10.99
SleekHair.com - Disc...

Medical Hair Restoration
Permanently restore your hair.
Schedule your free consultation!
www.medicalhairrestoration.com

**Sexy Hair**
Buy **Sexy Hair** Concepts Online
Free Shipping with Minimum Purchase
www.drugstore.com/SexyHairConcepts
[Google Checkout]

Healthy **Sexy Hair** Pumpkin Conditioner
Healthy **Sexy Hair** Pumpkin Conditioner is packed with Vitamins

$14.99
SleekHair.com - Disc...

Metro Beauty Academy

"sexy hair" hair care - Google Product Search

A, C, & E. Provides the highest source of Beta-Caratene and rich in Antioxidants. ...
Add to Shopping List

Advanced Cosmetology & Esthetics
Small Classes = Personal Attention
www.MetroBeautyAcademy.com

**Hair Salon**
State of the Art Full Service Day
Spa And Salon. Glen Mills PA.
www.josephanthony.com

Big **SEXY HAIR** Big SHINE SPRAY (2.5 oz)
Additional shipping is only .99 cents Big **Sexy Hair** Big Shine - Shine Spray gives your **hair** that incredible shine it always wanted! ...
Add to Shopping List

**$8.99**
SuperSalonStore.com

Healthy **Sexy Hair** Soy Smoothie Bodifying Lotion 6.8 oz
Additional shipping is only .99 cents Healthy **Sexy Hair** Soy Smoothie Bodifying Lotion adds body and smoothes **hair**. We also ship anywhere in the world email ...
Add to Shopping List

**$9.99**
SuperSalonStore.com

Healthy **Sexy Hair** Soy Tri-Wheat Leave In Conditioner 8.5oz
Healthy **Sexy Hair** Soy Tri-Wheat Leave-In Conditioner has a combination of Soy and Tri-Whea that combats against the harmful effects of the sun and ...
Add to Shopping List

**$10.36**
www.hello-gorgeous.n...
★★★★★ 2 seller ratings

Silky **Sexy Hair** Conditioner 10.1oz
Combines Silk and Soy proteins with two types of silicones to deliver extra protection, shine, and smoothness to the **hair**, leaving it extra soft, smooth, ...
Add to Shopping List

**$9.56**
www.hello-gorgeous.n...
★★★★★ 2 seller ratings

Straight **Sexy Hair** Conditioner 10.1
Straight **Sexy Hair** Conditioner is for relaxing curly **hair** and detangling it. This conditioner relaxes curls. Adds shine while detangling your **hair**.
Add to Shopping List

**$7.96**
www.hello-gorgeous.n...
★★★★★ 2 seller ratings

5/1/2008



**Refine product results for: "sexy hair" hair care**

Price range
Under $15
$15 - $20
Over $20
$ _____ to $ _____   Go

Stores
www.hello-gorgeous.n...
SuperSalonStore.com
Online Home Goods St...
ElfashionNetwork.com
The Discount Perfume
More »

Seller rating
4 stars and up
3 stars and up
2 stars and up
Has a rating
More »

Goooooooooogle ▲

Result Page:   1 2 3 4 5 6 7 8 9 10   **Next**

Google does not charge for inclusion in its search results or accept payment for better placement.

[ Search Products ]    [ Search the Web ]

"sexy hair" hair care

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2008 Google - ⚡ Accepts Google Checkout Learn more



LIVELIFE*sexy*

Be one of the first 500 to respond
and receive a free travel size of
Sexy Bath and Body
Citrus Basil Energizing Body Moisturizer
and Citrus Basil Energizing Creamy Body Wash,
Sexy Hair's newest products!

hair.

new site coming soon!

Sexy Hair Hair Care - Health & Beauty Supplies - BizRate - Compare prices & buy - Discount - Price

Page 1 of 7

Go!

Home > Health & Beauty Supplies > Hair Care > Sexy Hair

## Sexy Hair in Hair Care
( Related Searches: big sexy hair, short sexy hair, healthy sexy hair, More)

5/1/2008

Sexy Hair Hair Care - Health & Beauty Supplies - BizRate - Compare prices & buy - Discount - Price

Page 2 of 7

**Sexy Hair in Hair Care**

Hair Care Products

Conditioner Type

Use

Styling Products

Composition

Hold

Price Range

or Browse by:

Products per page: 30

Sort by: Most Popular

| Product Title | Store | Price |
|---|---|---|
| | | 1 2 3 Next |
| Short Sexy Hair Shatter Separate and Hold 4.2 oz. 30 Day Money back Guarantee. Short Sexy Hair Shatter Separate... More | folica.com  This store is rated: | $11.99 |
| Sexy Hair Concepts Healthy Sexy Hair Soy-Tri-Wheat Leave In Conditioner, 8.5 fl.oz Nutritious Protection For Hair More | drugstore.com  This store is rated: | $11.00 |
| Sexy Hair Hard Up Gel 5.1 fl oz 150 ml Short Sexy Hair Hard Up Gel, 5.1 fl oz (150 ml) More | MyBeautyCenter.com  This store is not yet rated. Why? | $9.45 |
| Short Sexy Hair Hard Up Holding Gel 5.1 oz. 30 Day Money back Guarantee. Short Sexy Hair Hard Up Holding provides... More | folica.com  This store is rated: | $12.99 |
| Sexy Hair Curly Hair Curling Creme 5.0oz Sexy Hair Curly Hair Curling Creme 5.0oz More | great 4 hair The place to value hair care products  This store is not yet rated. Why? | $8.73 |
| Sexy Hair Concepts Short Sexy Hair Hard Up Gel, 4.2 fl oz Short Sexy Hair Hard Up Gel More | drugstore.com  This store is rated: | $12.99 |
| Short Sexy Hair Slept in Texture Cream 4.2 Ounces Great product to give you that slept in look and texture! Creates... More | MyBeautyCenter.com  This store is not yet rated. Why? | $12.05 |

http://www.bizrate.com/haircare/brand--sexy-hair/products__att259--393307-.html

5/1/2008

Sexy Hair Hair Care - Health & Beauty Supplies - BizRate - Compare prices & buy - Discount - Price



Sexy Short Sexy Hair Play Dirty Wax 4.4oz
Sexy Short Sexy Hair Play Dirty Wax 4.4oz. Master your hair into... More

$13.10

Curly Sexy Hair Curl Power Curl Enhancer 8.5 oz.
30 Day Money back Guarantee. Curly Sexy Hair Curl Power Curl Enhancer... More

$13.99

Big Straight Sexy Hair Smooth & Seal 2 oz.
30 Day Money back Guarantee. Big Straight Sexy Hair Smooth & Seal... More

$3.99

Straight Sexy Hair Straight Aero Straightening Spray 8.8 oz
30 Day Money back Guarantee. Straight Sexy Hair Straight Aero... More

$17.99

Short Sexy Hair Slept In Texture Creme
30 Day Money back Guarantee. When you need to go from the office.... More

$14.99

Sexy Hair Soy Milk Shampoo
30 Day Money back Guarantee. Sexy Hair Soy Milk moisturizing shampoo... More

$11.99

Sexy Hair Straight Sexy Shampoo
30 Day Money back Guarantee. Straight Sexy hair Shampoo from Sexy... More

$8.99

folica.com
This store is rated:

**Suggested Searches**
sexy hair care
sexy hair hair care
big sexy hair care

Tour HGTV Green Home 2008
Gorgeous eco-friendly furnishings, energy-efficient appliances, and more!

START THE TOUR!

HGTV

Sexy Hair Hair Care - Health & Beauty Supplies - BizRate - Compare prices & buy - Discount - Price

short sexy hair care
hair care
hair care products
hair care treatment



Sexy Hair Concepts Short Sexy Hair. Control Maniac Wax.
1.8 oz
Short Sexy Hair, Control Maniac Wax  More

drugstore.com
This store is rated:

$12.39

Short Sexy Hair Frenzy Bulked-Up Texture
30 Day Money back Guarantee. Now any short style can
have incredible...   More

folica.com
This store is rated:

$15.99

Sexy Hair Power Straight Balm 3.4 oz
Straightens extra curly hair  More

MyBeautyCenter.com
This store is
not yet rated. Why?

$11.29

Big Straight Sexy Hair Smooth & Seal 8 oz.
30 Day Money back Guarantee. Big Straight Sexy Hair
Smooth & Seal...   More

folica.com
This store is rated:

$8.99

Sexy Hair Silky Sexy Hair Shampoo
30 Day Money back Guarantee. Bathe your hair in luxury
with Silky...  More

folica.com
This store is rated:

$10.99

Sexy Hair Curly Sexy Hair 24/7 Curl Spray
30 Day Money back Guarantee. Sexy Hair 24/7 Curling
Spray is activated...   More

folica.com
This store is rated:

$6.99



Sexy Hair Hair Care - Health & Beauty Supplies - BizRate - Compare prices & buy - Discount - Price

Sexy Hair... More

Big Sexy Hair Root Plump Plus Hairspray 10.6 oz.
30 Day Money back Guarantee. Big Sexy Hair Root Plump
Plus Hairspray... More

**folica.com**

This store is rated:

$16.99

Curly Sexy Hair Conditioner
30 Day Money back Guarantee. Curly Sexy Hair
Conditioner from... More

**folica.com**

This store is rated:

$9.99

Sexy Hair Silky Sexy Conditioner
30 Day Money back Guarantee. Big Sexy Silky Sexy
Conditioner combines... More

**folica.com**

This store is rated:

$11.99

1 | 2 | 3

Next

Recalculate

Shipping costs above are an estimate of UPS ground, or equivalent U.S. carrier, for ZIP code:

## Stores Selling Hair Care (Sponsored Links)

**Treat Male Hair Loss Now**
Learn About FDA-Approved Medicine Get More Info & Find a Doctor Now.
hair-loss-medication.com

**Black Hair Growth Fast**
Fast Black hair growth vitamins. Made for African American hair.
exoticallure.com/hairvitamins

**Trying To Re-Grow Hair?**
See Which Hair Loss Treatments Work The Quickest! Free Reviews
www.hair-loss-advisory.com

## Popular Searches in Hair Care

Styles, Short Hair, Short Hairs Cuts, Bumble Bumble, Haircolor Or Hair Color Or Hair Dye, Kerastase, Loreal, Layered Short Hair, Black Hair Weave Styles, Wen Hair Care, Hair New Style, Shampoo, Short Hairstyles Teens, Hair Extension, Funky Hair Style, Hair Highlights Blonde, Schwarzkopf, Hair Extensions, Hairstyles Medium Short Hair, Hairstyles Short Hair, Paul Mitchell, Aveda, More

## Related Products

All Brand

BizRate is your resource for Sexy Hair in Hair Care. Shop for Hair Care from top brands like Sexy Hair. Find savings on Sexy Hair in Hair Care when you sort by lowest price, brand, or store. Read customer reviews for Health & Beauty Supplies stores and leave a review of your own. Use BizRate's latest online shopping tools and features to get that hot product you want at a price you can afford. Buy Short Sexy Hair Shatter Separate and Hold 4.2. oz. and Sexy Hair Concepts Healthy Sexy Hair Soy-Tri-Wheat Leave In Conditioner, 8.5 fl oz.



**I'm shopping for**   in  All Departments   Find it!

See the 2007 Circle of Excellence Winners!

Stores are responsible for providing BizRate with correct and current prices. Sales taxes and shipping costs are estimates; please check store for exact amounts. Product specifications are obtained from merchants or third parties. Although we make every effort to present accurate information, BizRate is not responsible for inaccuracies. We encourage you to notify us of any discrepancies by clicking here.

Store ratings and product reviews are submitted by online shoppers; they do not reflect our opinions and we have no responsibility for their content.

Home | Your account | Help | About BizRate | Privacy Policy | User Agreement | Jobs | Press
BizRate Sitemap Index | BizRate Top Searches | BizRate Top Products | BizRate Store Ratings

Merchant Login | Merchant Listings and Advertising | Ratings and Research | Affiliates
BizRate UK - Shopping | BizRate France - Acheter à prix discount | BizRate Germany - Preise vergleichen
Thank you for shopping online at BizRate



© 2008 Shopzilla, Inc. Shopzilla is a Scripps media company.

Case 1:07-cv-05804-GEL    Document 18-5    Filed 05/02/2008    Page 35 of 43

Hello. Sign in to get personalized recommendations. New customer? Start here.

Need Gift Ideas for Mother's Day? ▾
Sponsored by Presto

Your Amazon.com | Today's Deals | Special Offers | Gifts & Wish Lists | Gift Cards

Your Account | Help

Browse Brands & Products | Bestsellers | Fragrance | Makeup | Skin Care | Bath & Shower | Hair Care | Men's Grooming

Hair Care

**Beauty › Hair Care › Sexy Hair Concepts**

Showing 1 - 24 of 57 Results

« Previous | Page: **1** 2 3 | Next »

Sort by Bestselling

**Beauty**
‹ Beauty

**Hair Care**
Conditioners (12)
Shampoos (10)
Styling Products (35)

**Brand**
‹ Any Brand
**Sexy Hair Concepts**

**Price**
**Any Price**
$0-$24 (55)
$25-$49 (2)
$      to $

**Listmania!**

What every teen girl wants for the holidays: A list by Sweet Alanna "Alanna" ▾

Free Shipping from Sephora
Enjoy free shipping for a limited time on orders of $50 and more from Sephora. Choose from the latest collections in makeup, skin care, fragrance, and more.

Free Shipping from Laura Mercier
Get 2nd day shipping for $5.95 on all orders from Laura Mercier. Check out Laura Mercier's newest makeup lines - Golddigger Collection and Dreamy Collection - here.



1.
Hi    in
Rehydrating Shampoo
$11.99 - $29.90

2.
Sl
Texture 2.5 oz
$16.99 $14.95

3.
ulked- St
Straight Straightening Balm
3.4 oz
$14.95 $11.95

4.
7.
10.
13.
16.

5.
8.
11.
14.
17.

6.
9.
12.
15.
18.

Show only Sexy Hair Concepts items
See more choices

Show only Sexy Hair Concepts items

Show only Sexy Hair Concepts items

Show only Sexy Hair Concepts items

Amazon.com: Sexy Hair Concepts - Hair Care: Beauty



Unleash your inner "Bad
Girl"!!: A list by
S.D.,Northwest "Cosmetics
Junkie!" ☑

▶ Create a Listmania! list

**Search Listmania!**

A D V E R T I S E M E N T

22.



He...
**Soymilk Shampoo**
$12.99 - $27.99
Show only Sexy Hair Concepts items
See more choices

23.

Sh...
**Ultra Bodifying Blow Dry Gel**
**6.8 oz**
~~$13.50~~ **$11.95**
Show only Sexy Hair Concepts items
See more choices

24.

No image available

He...
**Conditioner**
$10.99 - $16.99
Show only Sexy Hair Concepts items
See more choices

Showing 1 - 24 of 57 Results

« Previous | Page: **1**  2  3  | Next »        Sort by   Bestselling

**Search Feedback**

Did you find what you were looking for?  [Yes]  [No]

If you need help or have a question for Customer Service, please visit the Help Section.

askville
by amazon

Can't find what you're looking for? Ask Askville! There's a growing community of people just waiting to answer your question. **Give it a try!**

Search powered by A



···Mobile·
**Samsung**
**t439**
w/ free shipping
• 1.3 MP camera
• Bluetooth connectivity
• Music player

Amazon.com: Sexy Hair Concepts - Hair Care: Beauty

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate/card.
- Visit our Help department.

**Search** Amazon.com (Go)

**Your Recent History** (What's this?)

**Recently Viewed Products**

No image available  Crimes of Passion DVD ~ Dina Meyer

Loading Recommendations...

**Recent Searches**
dina meyer crimes of passion

› View & edit Your Browsing History

amazon.com®

Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

http://www.amazon.com/Hair-Care-Products-Beauty/b?ie=UTF8&node=11057241&brand=Sexy%20Hair%20Concepts

5/1/2008

Sexy Hair Hair Care Products on Sale



*Spiral Haircase*

[                    ] [Go]

Haircare  Nailcare  Skincare  Tanning  Accessories  Contact Us

shop by brand

Toll Free: 1-866-700-4818
Intl: 1-507-936-4603

**FREE SHIPPING!**
on all orders over $75.00

View
Shopping Bag

Beauty
SITEMAP

# Sexy Hair

## Get these Salon Hair Care Products On Sale!

Sexy Hair Concepts is a vanguard, hairdresser-led enterprise in the professional beauty industry that is committed to enhancing the human potential of its members by creating fun new products that summon emotion, and educational systems that provoke thought and artistry.

**Big Sexy**

Big Sexy Hair was specifically designed to add, support and enhance maximum fullness and body to the hair while maintaining moisture and protecting hair color from fading.

**Curly Sexy**



Curly Sexy Hair is specifically designed with innovative ingredients to create and support curls of all kinds.

**Healthy Sexy Pumpkin**



Healthy Sexy Hair Care Pumpkin products promote healing, stimulate circulation and provide nourishment to hair. Delivers a multitude of Natural Fruit Acids and Minerals. Provides protein building Amino Acids. Pumpkin Enzymes contain the highest source of Beta Carotene and Vitamins to combat oxidation and free radical damage

**Discount
Hair Care Products**

••S
••AG
••Abba
••AlfaParf
••All Nutrient
••Alterna
••Altobella
••American Crew
••Anasazi
••Bain de Terre
••Bedhead
••Betty
••Biogenol
••Bioionic
••Biosilk
••Black n White
••Bodyography
••Brocato
••Catwalk
••Chi
••Chi Ionic Power
••Clairol
••Clay Pac
••Curl Friends

Sexy Hair Hair Care Products on Sale

 **Healthy Sexy Soy**

Healthy Sexy Hair care products are the first hair care line based on Soy protein. Soy delivers ultimate strength and moisture to rebuild the hair, restore its shiny, healthy appearance, and keep it looking great.

 **Short Sexy**

Short Sexy Hair hair care products offers dual action products specifically made for short hair to achieve the ultimate stylish look. The products can be combined together to create a unique, individual style.

 **Silky Sexy**

Silky Sexy Hair hair care products transforms your hair into soft, beautiful, touchable hair. It helps to smooth, strengthen and moisturize while combating humidity, static electricity, and flyaways.

 **Straight Sexy**

Straight Sexy Hair hair care products is formulated to relax, temporarily straighten and protect hair from heat styling. These products also lock out humidity to keep hair straight, smooth and frizz-free all day.

 **Strong Sexy**

Strong Sexy Hair's hair care products proprietary ingredient, Tritanium Complex, is a powerful strengthening complex that dramatically improves the condition of damaged, weak or fine hair, and makes hair feel up to 7 times stronger.

- Deva
- Difi
- Ecoly
- Enjoy
- Excelsior
- Focus 21
- Framesi
- Fresh Concepts
- Fudge
- Gelfen
- Grund
- Hair Formula37
- Hayashi
- Hempz
- ICE
- ISO
- Image
- Itely
- J Beverly Hills
- Jingles
- John Sahag
- Joico
- KPak
- KUR
- Kadus
- Kenra
- Lamaur
- Lanza
- Loma
- MOP
- Malibu 2000
- Mastey
- Millenia Mud
- Millenia Mud
- Murad
- Nexxus
- Nioxin
- NucleicA
- Nutriox
- Options
- Palvin Bid
- Paul Brown
- Peter Hantz
- Philip B
- Phyto Organics
- Power Plus
- Pravana
- Pureology
- Redken

Sexy Hair Hair Care Products on Sale

- Roffler
- Roux
- Rusk
- Sahag
- Schwarzkopf
- Scruples
- Sea Critters
- Semi De Lino
- Sexy Hair
- Silk Result
- Sorbie
- Sudzz FX
- Sukesha
- Sunglitz
- TIGI
- Tocco Magico
- Tressa
- Tri
- Vitatress
- Y Serum
- Zerran



Products names, descriptions and likeness are protected under United States trademark and/or copyright. Use of such items on this website constitutes fair use in accordance with applicable US law and exist soley to illustrate the products in question.

© 2000-2008 Spiral Haircase for Discount Sexy Hair Hair Care Products - Price Guarantee

Haircare Nexxus, Big Sexy Hair, Paul Mitchell, Kerasilk, American Crew, Nioxin, Rusk... Page 1 of 2

5/1/2008

Enter keyword(s):



SEARCH

**OUR BRANDS**

AG Haircare
Alterna Hair Care
American Crew
ArTec Textureline
Bio Ionic Haircare System
Biolage by Matrix
Biosilk Hair Products
Fremesi Products
Fudge Hair Care
Joico Hair Care
Kerasilk by Goldwell
KMS California
Murad Skin Care
Nioxin Hair Products
Pureology Color Care
Rusk Hair Care
Sexy Hair Concepts
Sleek.Look by Matrix
Tigi Bed Head

About Us
Our Services
Newsletter
Bookmark Us
Resources

*Order online, or call our*
**TOLL FREE #**





------Our Product Lines------

Go There!

## WELCOME TO
## J. RUSSELL SALONS!

It is our goal to provide for you the highest quality hair care and skin care products and most expertly executed hair care and skin care services available anywhere. Quality along with exceptional service and recognized value are our objectives. If there is ever a question about a product or service, please do not hesitate to ask. We have devoted much time and energy into our web site for we feel that each customer deserves nothing less.

Our hair care product lines include American Crew, Bio Ionics, Goldwell Kerasilk, Definition, KMS, Nioxin, Tigi Bedhead, Nolita, Sebastian, Rusk, Fudge, Biosilk, Alterna, Joico, Sexy Hair Concepts, Biolage by Matrix, Sleek Look by Matrix, Pureology, and Textureline and Kiwi Naturals by ARTec. Our featured skincare line is Murad. For skin plus nailcare the featured line is One Minute Manicure. We invite you to enter our website where you will find all the services and products you like best!

**View Our *NEWEST* salon
& Spa in Wellington, Florida!**

http://www.jrussellsalons.com/

Haircare Nexxus, Big Sexy Hair, Paul Mitchell, Kerasilk, American Crew, Nioxin, KMS, Nioxin, Tigi Bed Head, Many More ...     Page 2 of 2

1.877.701.1477

**THIS MONTHS SPECIAL!**
For the following KMS Products this
month if you buy 1 you get 1 50% Off -
While supplies last!

Flat Out-Hot Pressed Spray
Flat Out-Shampoo
Curl Up Balm
Silker Therapy Plus

**Copyright © 1999 - 2006**
**J. Russell Salons. All rights reserved.**

5/1/2008

http://www.jrussellsalons.com/