# ALTERNATIVE BEAUTY
### Your Source For Quality Beauty Products



| Home | Hair Care | Skin Care | Cosmetics | Bath and Body | Gifts & Sets | Weight Loss | Contact Us |

*Beauty Products >> Beauty Products Search*

Big Sexy Hair >> *Big hair products*

[ Search ]

**Beauty Products >>**
> hair products
> skin care
> cosmetics
> bath and body
> gift sets

**By Hair Products >>**
- American Crew
- Amplify
- Back to Basics
- Biolage
- Big Sexy Hair
- Curly Sexy Hair
- Curl Life
- Color Smart Matrix
- Healthy Hair Plus
- Healthy Sexy Hair
- Matrix Hair Products
- Nioxin
- Redken
- Short Sexy Hair
- Sexy Hair
- Straight Sexy Hair
- Sleek Look

# Big Sexy Hair Products & Shampoo Thicker Hair

**Important Note:** We never sell discontinued Nioxin or outdated Nioxin or knockoffs.

## Call Us At 888 909 1658

### Big Sexy Hair Products

Also See

Save Big on Big Sexy Hair Care Shampoos and Styling Aids including:

- Hair Sprays
- Mouses
- Hair Detangler
- Blow Dry Lotion
- Spray And Play

Thicker hair comes from **Big Sexy Hair Products.** Thicker hair with volume shampoo, conditioner & styling aids for thicker hairstyles. Big Sexy Hair Care Products bring volume and amplify hair to its healthiest maximum for thicker hair!

**Big Sexy Hair Shampoo & Big Sexy Hair Products & Beauty at discount prices!**

| | | | | | |
|---|---|---|---|---|---|
| Big Sexy Shampoo | BS101 | 8.5 oz | $9.95 | $7.95 | order now |
| Big Sexy Shampoo | BS102 | 32 oz | $20.95 | $17.95 | order now |

Volume, Thicker hair that is much more receptive to hair styles that hair with volume. Want fullness, thickness and vibrancy in your hair then try Big Sexy



Big Sexy Thicker Hair Care Products with volume Shampoo

- Tigi Bed Head

**Hair Color Products**
- Nourish Hair Color
- Hair Color Shampoos
- Hair Color Conditioner

**Hair Growth Products**
- Hair Follicle Spray
- Hair Vitamins
- Hair Loss Treatments

**By Hair Type**
- Curly Hair
- Straighten Hair
- Thinning Hair
- Black Hair
- Frizzy Hair
- Dry Hair
- Thin Hair (volume)
- Dandruff Shampoo

**By Skin Care**
- Wrinkles
- Stretch Marks
- Spider Veins
- Face Firming
- Body Skin Firming
- Toenail Fungus
- Acne Skin Care

**By Nail Care**
- Opi Nail Polish
- Opi Complete line

Shampoo.

| Big Sexy Conditioner | | | | |
|---|---|---|---|---|
| Big Sexy Conditioner | BS103 | 8.5 oz | $10.95 $7.95 | order now |
| | BS104 | 32 oz | $24.95 $18.95 | order now |

This conditioner amplifies the hair shaft to make it much larger. It purges botanicals deep into the hair shaft to swell it making hair thicker and full with volume.

| Volumizing Detangler | | | | |
|---|---|---|---|---|
| | BS105 | 8.5 oz | $10.95 $8.95 | order now |

Simply spray into hair after towel drying and then comb through with ease. Will not flatten hair like most detanglers.

| Big Sexy Dense Hair Spray | | | | |
|---|---|---|---|---|
| | BS106 | 8.5 oz | $13.95 $11.95 | order now |

Spray for denser thicker hair, builds up hair for thicker hair styles. Thicker hair holds styles better. Start building volume with texture right now.

| Volumizing Blow Dry | | | | |
|---|---|---|---|---|
| | BS107 | 8.5 oz | $13.95 $11.95 | order now |

Apply just before blow drying for optimal thickness in hair. Most lotions thin out or flatten hair styles. This hair product build volume while controlling the hair styles.

| Root Pump Volumizing Mousse | | | | |
|---|---|---|---|---|
| | BS108 | 10.6oz | $16.95 $14.95 | order now |

Forget about those mousses that flatten and weigh down your hair styles. This Mousse builds super volume into hair and never weighs down curly, straight or full hair styles.

| Spray and Play | | | | |
|---|---|---|---|---|
| | BS109 | 10.6oz | $14.95 $13.95 | order now |

Spray into hair to build volume while styling

http://www.alternative-beauty.com/big-sexy-hair.html

Big Sexy Thicker Hair Care Products with Volume Shampoo

each layer of your hair. You will see a big difference as you build up layers that build up serious volume into any hair style.



Today's top hair products including Redken, Tigi, Nioxin, American Crew, Abba, Scruples, Rusk, Nourish, Biolage. Matrix, Scruples, Pureology. Back To Basics, Chi, Joico, Kms, Ioma, Mastey, Nexxus, Sebastian, Wella, Goldwell and Opi Nail polish are all here with super discount prices at Alternative Beauty!

Alternative Beauty Products All Right Reserved by Healthy Hair Products & Skin Care Copyright 2007

# ThisNext

## Home

## Explore

Watch People Shop

- What's New
- What's Popular
- Gossip Girl Fashion
- Spring Shopping Guide

- Meet Our Community
- Featured Member
- Featured List

ThisNext Blog

## Recommend

What do you want to recommend?

Go

Other ways to recommend

- Sign Up
- Sign In
- Help

## Search

Keywords  sexy hair care

Search

# big sexy hair blow dry volumizing gel - recommended by thedelicious



Like it? Tell us what you think.

Want it? Add it to your wish list.

**Buy at...**

## Compare Prices

| Store | Price |
|---|---|
| Folica Beauty S | $12.99 |
| Amazon | $16.5 |

Powered by Shopping.com

- Amazon.com

http://www.thisnext.com/item/0D4E9461/AA87FBAD/big-sexy-hair-blow-dry

5/1/2008

## Share this product

- Email
- BlogIt

# Recommendation



**thedelicious**

(Recommendations made: 906)

- Add to my friends
- Give a compliment

## Description

Updated Nov 11, 2006

i like the entire "big sexy" line because my hair is so far from being big and sexy it needs every scrap of help it can get. i mean, i certainly can't go big and sexy without big, sexy hair, so i start with the volumizing gel before i blowdry, and use the hairspray to finish. BIG! SEXY!

**For people who like:**

- beauty
- beauty products
- big sexy
- drugstore beauty queen
- hair care
- haircare

**List that features this:**

- prettify

**Rate this recommendation:**

- Smart
- Funny
- Useful

# Give thedelicious a compliment

Compliment:

Submit Your Compliment

**Tight or Wavy Curls?**
Ouidad's Curl Profiler will find styling
products for your curl type

**Dry Curly Hair**
The Trusted Beauty Brand For All Ethnicities.
Sign Up For Catalogue.

Ads by Google

# Related Products

garnier fructis fortifying shampoo for dry hair

**Set Navigation**

- Next
- Previous

## Advertisement

**Easy Kids Hair Styling**
Ouidad Krly Gentle Shampoo Leaves Children's
Hair Soft/Easy To Style
www.ouidad.com

**John Frieda® Collection**
Find the Products Your Hair Needs - Begin Your
Salon Experience Online!
www.JohnFrieda.com

v v                                Ads by Google

# Become a
# ThisNext Member

- learn how to shopcast
- it's easy and free
- takes less than a minute


sign up now

## Advertisement



## Related Product Categories

- beauty 4139
- beauty products 462
- hair care 448
- drugstore beauty queen 13
- big sexy 1

## Popular Combinations

- hair care + beauty
- hair care + hair
- hair care + natural
- hair care + organic
- hair care + beauty products
- hair care + cosmetics
- hair care + makeup
- beauty + cosmetics
- beauty + makeup
- beauty + fashion

View More

**How influential can you be?**
**If you're a Maven on ThisNext, VERY.**

Click to find out how to
become a Maven for 2008 ▶



ThisNext
**Spring Shopping Guide**
Fashion. Holidays. Living.

So Chic{k}

You can +add
favorite products to
any list!



**ThisNext**
**Spring Design Contest**

Tag it "SpringDesign" and win
four pieces of fresh design ▶



big sexy hair blow dry volumizing gel - recommendation by thedelicious - ThisNext



ThisNext is now on
Facebook!
Introducing

**I Want**

install now

- **Become a ThisNext Member**

  Sign up now and get shopping ideas just for you.

- **ThisNext on Facebook**

  Have more fun shopping with your friends on Facebook.

- **Feature ThisNext recommendations on your blog**

  Start Shopcasting now

- **Create a Wish list on ThisNext**

  Your personalized list of must-have items

# Shop ThisNext

**Shopping Guides**

1. New Year's Eve New Year's Eve Party
2. Valentine's Day Valentine's Day Gift Ideas
3. Easter
   Easter Gift Ideas



4. Earth Day Eco-Friendly Gifts
5. Mother's Day Mother's Day Gift Ideas
6. Father's Day Father's Day Gifts Ideas
7. Think Pink Month Breast Cancer Awareness Products
8. Halloween Adult Halloween Costumes
9. Thanksgiving Thanksgiving Entertaining
10. Christmas Unique Christmas Gifts

See More

**Popular Categories**

1. Designer
2. Shoes
3. Kitchen
4. Modern
5. Toys
6. Gadgets
7. Home Decor
8. Jewelry
9. Accessories
10. Eco-Friendly

See More

**Quick Guides**

1. Modern Bedding
2. Office Supplies
3. Camouflage Wedding Dress
4. Handcuff Necklace
5. Betsey Johnson Jewelry
6. Knee High Boots
7. Colored Skinny Jeans
8. Tight Leather Pants
9. See Through Shirts
10. Leopard Print Shoes

http://www.thisnext.com/item/0D4E9461/AA87FBAD/big-sexy-hair-blow-dry

5/1/2008

big sexy hair blow dry volumizing gel - recommendation by thefenchous - ThisNext

See More

# Gift Ideas

**Gifts for Her**

1. Women's Fashion
2. Chef Gifts
3. Fashion Jewelry
4. Funky Accessories
5. Women's Gift Gadget
6. Holiday Gift for Her
7. Trendy Fun Gifts
8. Home Decoration Gifts
9. Baby Shower Gifts
10. Little Black Dress

**Gifts for Him**

1. Gadgets for Men
2. Cool Gadgets
3. Cool Guy Gifts
4. Bachelor Pad
5. Latest Gadgets
6. Gadgets and Gizmos
7. Outdoor Sports
8. Men's Fashion
9. Unique Mens Gifts
10. Men's Style

**Gifts for Kids**

1. New Baby Gifts
2. Toys for Kids
3. Fun Games for Kids
4. Top Toddler Toys

big sexy hair blow dry volumizing gel - recommendation by thedelicious - ThisNext

5. Toddler Costumes
6. Cool Toys for Kids
7. Handmade Toys
8. Educational Toys
9. Games for Kids
10. American Toys

**Gifts for Occasion**

1. Unique Wedding Gifts
2. Graduation Gift Ideas
3. Baby Shower Gifts
4. Birthday Gift Ideas
5. Anniversary Gift Ideas
6. Cool Housewarming Gifts
7. Bachelor Party Supplies
8. Bridal Shower Gifts
9. Hostess Gifts
10. Thank You Gifts

# City Guides

1. Los Angeles |
2. New York |
3. London |
4. Milano |
5. Hong Kong |
6. Paris |
7. Miami |
8. Dallas |
9. Sydney |
10. Berlin |
11. See Cities

# ThisNext Information

big sexy hair blow dry volumizing gel - recommendation by thisnext.com - ThisNext

- <u>Business Owners</u>
- <u>FAQ</u>
- <u>Blog</u>
- Shopcast
- <u>About Us</u>
- Contact ThisNext.com
- Newsletter
- <u>Privacy Policy</u>
- Terms of Use

Copyright ©2005-2008 ThisNext, Inc.



Page 1 of 7

# PriceGrabber.com
Comparison Shopping Beyond Compare™

Login | Register

| Computers | Electronics | Furniture | Cameras | Clothing | Software | Sporting Goods | Video Games | Health & Beauty | Jewelry & Watches | Your Account | Sell Yours | Bookmark This Page |

Popular Health & Beauty    Reviews & Ratings    Rebates    Merchant Coupons    ShopGreen    Babies & Kids    Mother's Day Guide    Election '08    More

**SHOP FOR**    **IN**    Search Current Results    **SEARCH**

DirectBuy
The #1 way to buy direct for your home.
FREE
Ad, provided by

Health & Beauty > Haircare > Styling Products

## Styling Products (5802 Matches)

**Filters:** Basic | Advanced

**Click to Add a Filter:**

**Top Brands**
Bumble and bumble (94)
Paul Mitchell (105)
Redken (128)
Affirm (7)
TIGI (186)
View More Options

**Type**
Balm (80)
Clay (23)
Cream (696)
Foam (176)
View More Options

Eco-Friendly

Calculate your BottomLinePrice including shipping & tax!

Enter Zip Code: [            ]  [Go]

PriceGrabber Newsletter
DEALS IN YOUR EMAIL

Products Sorted by Popularity

Sort by Rating | Sort by Price

[Compare]

⊞ more info
☐
**Bumble and bumble Thickening Spray, 250ml/8oz - 0560828904**
Bumble and bumble - 0560828904
Rating: Write a Review $5.00 Bonus!

fragranceX.com
★★★★☆

$34.00
+ Tax & Shipping
**Shop Now →**

⊞ more info
☐
**Affirm Avlon Moisture Plus Conditioning Relaxer 4 Single Applications**
Affirm
Rating: Write a Review

Amazon.com
★★★☆☆

$49.99
+ Tax & Shipping
**Shop Now →**

Hair Styling Products - PriceGrabber.com

Page 2 of 7

5/1/2008

Yes (236)

**Price Range**
Set Price Range



+ more info

**Bumble and bumble Bumble & Bumble Brown Hair Powder**
Bumble and bumble - 685428003583
Rating: Write a Review $5.00 Bonus!

from **$41.00**
(2 Sellers)
Compare Prices →

+ more info

**St Tropez Whipped Bronze Mousse 4 oz**
BIS10517
Rating: Write a Review $5.00 Bonus!

from **$17.95**
(2 Sellers)
Compare Prices →

+ more info

**Consort Non-Aerosol Hair Spray - Unscented Extra, 8 oz**
Consort - 022400650029
Rating: Write a Review

from **$2.89**
(2 Sellers)
Compare Prices →

+ more info

**Bumble and bumble Surf Spray, 125ml/4oz - 05089188904**
Bumble and bumble - 05089188904
Rating: Write a Review $5.00 Bonus!

$25.00
+ Tax & Shipping
Shop Now →

+ more info

**Andis Pivot Pro Combo Hair Clipper Trimmer 23965**
Andis - 23965
Rating: Write a Review $5.00 Bonus!

from **$38.95**
(3 Sellers)
Compare Prices →

+ more info

**Men Pure-Formance Grooming Clay 4 oz**
Aveda - BISAVEDA11736
Rating: Write a Review $5.00 Bonus!

from **$22.00**
(2 Sellers)
Compare Prices →

Sears
reimagine you

Hair Styling Products - PriceGrabber.com



**Paul Mitchell Sculpting Foam 16.9 oz**
Paul Mitchell
Rating: Write a Review

USA Beauty Supplies
★★★★☆

$17.60
+ Tax & Shipping
Shop Now →

**Affirm RELAXER KIT 4 APPLICATIONS**
Affirm
Rating: Write a Review

from $47.99
(2 Sellers)
Compare Prices →

**DESIGN ESSENTIALS CREAM RELAXER SPECIAL(MILD) 4 LB- 1 PC**
Rating: Write a Review

from $69.99
(2 Sellers)
Compare Prices →

**St Tropez Whipped Bronze Mousse 8 oz**
BIS10518
Rating: Write a Review $5.00 Bonus!

from $35.45
(2 Sellers)
Compare Prices →

**HairMax LaserComb Premium Edition**
HairMax - 100
Rating: Write a Review $5.00 Bonus!

Amazon.com
★★★★☆

$429.99
+ Tax & Shipping
Shop Now →

**Sexy Hair Concepts Big Sexy Hair Flip It Over Full & Wild Spray 4.4 oz**
Rating: Write a Review

USA Beauty Supplies
★★★★☆

$15.27
+ Tax & Shipping
Shop Now →

**Jason Natural Cosmetics Fresh**

Buying or remodeling?

Find your unique style at our unique price.

Click here to visit a Buy showroom near you.

Hair Styling Products - PriceGrabber.com



**vitacost**.com
See All-Time Ratings

⊞ more info

**Botanicals Hairspray - 8 Fluid Ounces Spray,**
Jason Natural Cosmetics
Rating: Write a Review

$2.89
+ Tax & Shipping
Shop Now →

---

USA Beauty Supplies
★★★★☆

⊞ more info

**Paul Mitchell Super Sculpt Styling Glaze 33.8 oz - 1 liter**
Paul Mitchell
Rating: Write a Review

$16.64
+ Tax & Shipping
Shop Now →

---

⊞ more info

**Cellex-C Advanced-C Serum 2 Step Kit Includes 20.5oz Products Anti Aging, Anti Wrinkle**
Cellex-C - CCACK
Rating: ★★★★★ (5 Reviews) $5.00 Bonus!

from $107.10
(2 Sellers)
Compare Prices →

---

⊞ more info

**Revlon Helen of Troy MoistureStay Luxury Paraffin Bath**
Revlon - RVS1212
Rating: ★★★★★ (5 Reviews) $5.00 Bonus!

from $26.99
(5 Sellers)
Compare Prices →

---

**fragranceX.com**
★★★★☆

⊞ more info

**Frederic Fekkai Coiff Controle - Ironless Straightening Balm, 100ml/3.4oz - 07359096604**
Frederic Fekkai - 07359096604
Rating: Write a Review $5.00 Bonus!

$30.00
+ Tax & Shipping
Shop Now →

---

**drugstore**
★★★★☆

⊞ more info

**Citre Shine Anti-Frizz Serum, Highly Laminating, 4 fl oz**
Citre Shine - 951673
Rating: Write a Review

$5.50
+ Tax & Shipping
Shop Now →

5/1/2008

Hair Styling Products - PriceGrabber.com



**Dep Texturizing Gel, Ultimate Hold, Level 9, 12 oz**
Dep - 4894
Rating: Write a Review

from $2.69
(3 Sellers)
Compare Prices →

**Paul Mitchell Super Skinny Serum 5.1 oz**
Paul Mitchell
Rating: Write a Review

USA Beauty Supplies
★★★☆☆

$15.79
+ Tax & Shipping
Shop Now →

**Paul Mitchell Extra-Body Sculpting Foam 6.7 oz**
Paul Mitchell
Rating: Write a Review

USA Beauty Supplies
★★★☆☆

$9.67
+ Tax & Shipping
Shop Now →

**Redken Fresh Curls Combo**
Redken
Rating: Write a Review

Amazon.com
★★★☆☆

$52.99
+ Tax & Shipping
Shop Now →

**Avlon - Creme Relaxer 4 lb MILD**
FINE HAIR
Affirm
Rating: Write a Review

Amazon.com
★★★☆☆

$43.99
+ Tax & Shipping
Shop Now →

Page: 1 | 2 | 3 | 4 | 5 | Next »

5/1/2008

Hair Styling Products - PriceGrabber.com

**Sponsored Links**

**Styling Products**
Get The Top Ten Hair Care Tips That Will Give You Picture Perfect **Hair!**
lorealparisusa.com

**Hair Styling Product**
Discounts on All Hair Products. Up to 70% off & Free U.S. Shipping!
FragranceNet.com

**US Salon Supply**
Professional Beauty Supply for Industry Professionals, Salon, Spa
www.ussalonsupply.com

**Tigi Hair Care On Sale**
40% Off. Catwalk S-Factor Bedhead Fast Free Ship Over $60. Buy Today!
www.SalonSavings.com/Tigi

**$17.33 BioSilk Therapy**
BioSilk Silk Therapy Treatment Have silky **hair** instantly.
www.i-medica.com



Your unique style.
Our unique price.

Click here for your FREE
Insider's Guide

US English  US Spanish  Canada  View more
»
Terms of Use and Privacy Policy

About Us | Jobs | Advertise | Merchant Login | Market Reporter | Mobile | Help

Copyright © PriceGrabber.com, Inc. All Rights Reserved

http://health-beauty.pricegrabber.com/hair-styling-products/p/1240/

5/1/2008

Hair Styling Products - PriceGrabber.com

Amazon.com: Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle: Health & Personal Care

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards    Your Account | Help

Health & Personal Care

Browse Products    Top Sellers    Health Care    Personal Care    Shaving & Hair Removal    Nutrition & Fitness    Sales & Special Offers

Health & Personal Care

**Customers viewing this page may be interested in this Sponsored Link** (What's this?)

Herbal Essences® Love Your Luscious **Hair.** Love Your Nails- Free Mani/Pedi w/ Purchase!    www.HerbalEssences.com



See larger image
Share your own customer images

To get this item by **Monday,** May 5 order within 0hr 43min.



Get Free Shipping for a full month with a
**Free Trial of Amazon Prime** › learn more

# Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle

Other products by Short Sexy

★★★★★ ⊙ (10 customer reviews)

List Price: ~~$29.96~~

Price: **$20.60** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

You Save: $9.36 (31%)

**Save an extra 15% with Subscribe & Save:** Subscribe for automatic reorders and get this item for **$17.51** with free shipping. No obligations, no risks, no fees. See details

**In Stock.**
Ships from and sold by **Amazon.com.**

**Want it delivered Friday, May 2?** Order it in the next 0 hours and 43 minutes, and choose **One-Day Shipping** at checkout. See details



Quantity: 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

or

Save 15% with
**Subscribe & Save**
(See details)

Quantity: 1

◉ Delivery every 1 month
○ Delivery every 2 months
○ Delivery every 3 months
○ Delivery every 6 months

Subscribe Now

Amazon.com: Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle: Health & Personal Care



Page 1 of 3

Add to Wish List ►
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Save an extra $15 instantly when you spend $75 or more on select professional shampoo, conditioner, styling, finishing and hair care products offered by Amazon.com. Enter code MAY8PRHA at checkout. Here's how (restrictions apply). Offer valid through May 31, 2008.

**Special Offer**

## Product Features

- one 16.9-ounce pump bottle of hair styling gel
- Provides an extra firm hold
- Great for today's short styles
- Never tested on animals
- Made in the United States

## Better Together

Buy this item with Gillette Fusion Power Replacement Cartridges, 8-Count Package by Gillette today!

  +  

**Total List Price:** $59.95
**Buy Together Today: $35.57**

Add both to Cart

## Customers Who Bought This Item Also Bought

Back



Short Sexy Hair Hard Up



Short Sexy Hair Hard up Gel Short Sexy Hair Hard Up



Xbox 360 Wireless






Call of Duty 4: Modern

Next

Amazon.com: Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle: Health & Personal Care

| Gel | 16.9 Oz + Pump | Gel, 16.9 oz w/ Pump Bottle | Controller Black | Warfare |
|---|---|---|---|---|
| ★☆☆☆☆ (1) | ★★★★★ (2) $23.99 | ★★★★★ (1) $19.99 | $39.99 | ★★★★★ (380) $57.79 |

## Important Information

### Ingredients
Deionized Water, SD Alcohol 40, Sorbitol, Octylacryamide/Acrylates/Butylaminomethyl Methacrylate, Copolymer, Triethanolamine, Keratin Amino Acids (and) Sodium Chloride, Polysorbate 20, Imidazolidinyl Urea, Methylparaben, Methylchloroisothiazolinone (and) Methylisothiazolinone, FD&C Blue No. 1, Mica (and) Titanium Dioxide (and) Ferric Ferrocyanide, Fragrance (Parfum), d-Limonene, Lilial, Hexyl Cinnamic Aldehyde, Linalool, Citronellol, gamma-Methyl Ionone, Benzyl Salicylate.

### Directions
Apply to damp or dry hair and style.

## Product Description

### Product Description
The Short Sexy Hair Hard Up Gel provides extra firm hold for short hair styles. Extra large pump bottle. No animal testing. Made in USA.

## Product Details

**Shipping Weight:** 1.2 pounds (View shipping rates and policies)

**Shipping:** Currently, item can be shipped only within the U.S.

**Note:** Gift-wrapping is not available for this item.

**ASIN:** B000EM79QM

**Average Customer Review:** ★★★★★ ☑ (10 customer reviews)

**Amazon.com Sales Rank:** #692 in Health & Personal Care (See Bestsellers in Health & Personal Care)

Popular in these categories: (What's this?)

#5 in Health & Personal Care > Personal Care > Hair Care > Styling Products > **Creams, Gels & Lotions**
#5 in Grocery > Health & Family > Personal Care > Hair Care & Beauty > Hair Care > Styling Products > **Creams, Gels & Lotions**

## Buy This Product and Related Accessories



**Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle**

~~$29.96~~ **$20.60**

Select this item

**Accessories**

Aquis Microfiber Hair Towel, Lisse Crepe, White (19 x 39-Inches)

In Stock and eligible for FREE Super Saver Shipping

~~$18.00~~ **$16.99**

Select this item

Conair Infiniti Tourmaline Hair Designer (Wine)

In Stock and eligible for FREE Super Saver Shipping

~~$69.99~~ **$42.62**

Select this item

Ulti-Mate Three Chamber Organizer, Satin

In Stock and eligible for FREE Super Saver Shipping

~~$39.99~~ **$30.69**

Select this item

Andis 22500 Cordless Fade Haircutting, 18 Piece Kit

In Stock and eligible for FREE Super Saver Shipping

~~$49.99~~ **$39.04**

Select this item



Add selected items to shopping cart

Items selected: 0     | Subtotal: $0.00

---

## Customers Who Viewed This Item Also Viewed

Back

Short Sexy Hair Hard Up Gel
★☆☆☆☆ (1)

Short Sexy Hair Hard up Gel 16.9 Oz + Pump
★★★★★ (2) $23.99

Short Sexy Hair Frenzy Bulked-Texture 2.5 oz
★★★★★ (4) $14.95

Dippity Do Extra Hold Styling Gel
★★★★★ (4) $6.99

American Crew Firm Hold Styling Gel for Men, 15.2-Ounce Bottle....
★★★★☆ (9) $27.45

Page 1 of 4     Next



> **Explore similar items :**  Health & Personal Care (10)   Electronics (4)   Beauty (2)

## Customers viewing this page may be interested in these Sponsored Links (What's this?)

**Hair** Straightening NY
www.geminisalonnyc.com/    Seen in New York Mag's "Best Of" issue & CBS news with Linda Lopez

**Hair Care**
lorealparisusa.com    Get The Top Ten **Hair Care** Tips That Will Give You Picture Perfect **Hair**!

**Sexy Hair Care** Products
www.BeautyClicks.com    Big Savings on **Sexy Hair Care** Free Shipping on Orders Over $75

See a problem with these advertisements? Let us know

Advertise on Amazon

## Suggested Tags from Similar Products (What's this?)

Be the first one to add a relevant tag (keyword that's strongly related to this product)

mp3 player (101)    laser mouse (57)    sandisk (56)

wireless mouse (86)    mouse (57)    e250 (54)

sansa e250 (90)    logitech (55)    nano (46)

sansa (73)    headphones (48)

**Your tags:** Add your first tag

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

## Search Products Tagged with

> See most popular Tags

## Rate This Item to Improve Your Recommendations

Sign in to rate this item

⚬⚬⚬⚬⚬  . I own it

Amazon.com: Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle: Health & Personal Care

# Customer Reviews

**10 Reviews**

| | |
|---|---|
| 5 star: | (8) |
| 4 star: | (1) |
| 3 star: | (1) |
| 2 star: | (0) |
| 1 star: | (0) |

**Average Customer Review**

★★★★☆ (10 customer reviews)

Share your thoughts with other customers:

[Create your own review]

## Most Helpful Customer Reviews

2 of 2 people found the following review helpful:

★★★★★ **Best value option for this Gel**, October 4, 2007

By Jeremy M. Crawford ⊡ - See all my reviews
REAL NAME™

I have used this Gel for years. I highly recommend it. I had switched from American Crew to this, and this one holds up much better, especially for the long haul. Use it with wet hair to get and keep the wet look, or use it on dry hair to avoid the wet look. The pump size is the best deal for the money, and the pump works pretty well till the very end.

⊡ Comment | Permalink | Was this review helpful to you? (Yes) (No)
(Report this)

1 of 1 people found the following review helpful:

★★★★★ **Best out there**, August 23, 2007

By Justin B. Harvey ⊡ - See all my reviews
REAL NAME™

This is THE best hair gel out there. Great hold, not oily or greasy. Washes off your hands with no problems. I have tried every gel out there and I keep coming back to this one. I buy it here because it's hard to find in stores.

⊡ Comment | Permalink | Was this review helpful to you? (Yes) (No)
(Report this)

## Most Recent Customer Reviews

★★★★☆ **Great styling gel**
Great for quick styling. Just a little sticky but still works well on dry or moist hair.
Published 4 days ago by B. Tran

★★★☆☆ **Not the same**
I purchased this product at CVS and at a Salon here in NYC. The color of this product is light blue and the container is different. It also smells funny. **Read more**
Published 2 months ago by Christopher Hazeltine

★★★★★ **Great Product**
Great gel. My first time using it. Decided to purchase it since my barber raved about it. Definitely am happy with the gel.
**Read more**
Published 2 months ago by Joseph A. Bernal

★★★★★ **Kimmy**
Great for short hair style's.I'm a hairdresser and it's what I recommend to all my guy's that want that wet look and smell's great too.
Published 6 months ago by Kim Estes

★★★★★ **An effective gel for short,**

2 of 3 people found the following review helpful:

★★★★★ **SHORT SEXY AND SUPER**, July 10, 2006

By **Jason Pogue** ▶ (The OC) - See all my reviews
REAL NAME™

This stuff is amazing. Best hair gel in the market for sure. Great product that works awesome, goes on easy, and washes out easy too. HIGHLY RECOMMEND!!!

Comment | Permalink | Was this review helpful to you? [Yes] [No]
(Report this)

Share your thoughts with other customers: [Create your own review]
> **See all 10 customer reviews...**

**thick hair**
My hair is short and extremely thick and fixing my hair has always been very difficult. Most products don't come close to holding it in place. **Read more**
Published 6 months ago by Stephen B. Phillips

★★★★★ **Very sexy product**
I have similar experiences to other reviewers. I have asian hair and require a gel with the strongest hold. **Read more**
Published 6 months ago by Sheldon C.

★★★★★ **Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle**
This product is amazing! Extremely long lasting, workable gel. Does not immediately freeze, so you have time to play with the style. **Read more**
Published 8 months ago by I. Melnick

**Search Customer Reviews**

☑ Only search this product's reviews

> **See all 10 customer reviews...**

ADVERTISEMENT



Oral-B® Triumph™
with SmartGuide.

LEARN MORE

SAVE $10

## Customer Discussions Beta (What's this?)
New! See recommended Discussions for You

**This product's forum (0 discussions)**

Discussion                                      Replies    Latest Post

No discussions yet

Ask questions, Share opinions, Gain insight

**Start a new discussion**

Topic:

## Product Information from the Amapedia Community Beta (What's this?)

**Be the first person to add an article about this item at Amapedia.com.**

> See featured Amapedia.com articles

## Listmania!

**Search Listmania!**

 THE BEST ACTION AND ADVENTURE GAMES ON THE 360: A list by L. Burns ▸

 Home Recording Gear: A list by Paul H. "Paul H." ▸

 Nice Starter MP3 players for Around $150 or Less!!!!: A list by Mark "Technology, Music and Movies" ▸

Create a Listmania! list

## So You'd Like to...

**Search Guides**

 Have the Best MP3 Player and Headphones for under 400 bucks.: A guide by Eric Nagel

 build a small recording mixing studio using a PC tower: A guide by Nick "sonicvybe" ▸

 touch ambient bliss (part 2): A guide by Mark M. Caldwell "electrojunky" ▸

Create a guide

## Look for Similar Items by Category

Amazon.com: Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle: Health & Personal Care

Health & Family > Personal Care & Beauty > Hair Care > Styling Products > Creams, Gels & Lotions

Subscribe & Save > Personal Care & Beauty

Personal Care > Hair Care > Styling Products > Creams, Gels & Lotions

## 5-Star Spotlight



Customers are raving about the Rabbit Air BioGS. Its three-stage filtration process eliminates allergens, odors and germs from the air, and it comes with a 5-year warranty.

› Shop now

## GPS



### Navigation at Your Command

Garmin's nüvi 800s aren't the first navigators to offer voice recognition, but they set a new standard for simple and intuitive use. Check out the 850 or the 880 with 2nd generation MSN Direct content.

› Shop all Garmin

## Old-Fashioned Sweets for Mom

Delight Mom on Mother's Day with this retro candy gift box, featuring jawbreakers, Jujyfruits, SweeTarts, and more.

› See more Mother's Day gifts at our Gourmet Food Store

## Natural Beauty

Find organic soaps, shampoos, skin-care products, and more at our Natural & Organic Beauty Store.

› See organic beauty products

ADVERTISEMENT



Capture every moment with a
FREE Camera Phone
from Verizon Wireless



verizon wireless

Learn More

## Feedback

▸ If you need help or have a question for Customer Service, **contact us**.

▸ Is there any other feedback you would like to provide? **Click here**

**Expiration Dates:** Amazon.com strives to provide the freshest product. If you are not satisfied with the dating on a product you receive from Amazon.com, please refer to Amazon.com's returns policy for this product line.

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Where's My Stuff?

Track your recent orders.

View or change your orders in Your Account.

## Shipping & Returns

See our shipping rates & policies.

Return an item (here's our Returns Policy).

**Search** Amazon.com 

## Need Help?

Forgot your password? Click here.

Redeem or buy a gift certificate/card.

Visit our Help department.

(GO!)

## Your Recent History (What's this?)

**Recently Viewed Products**     Loading Recommendations...

 Crimes of Passion DVD ~
Dina Meyer

**Recent Searches**

sexy hair hair care, dina meyer crimes of passion

› **View & edit Your Browsing History**

Page 12 of 12

## amazon.com®

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

5/1/2008

http://www.amazon.com/Short-Sexy-Hair-16-9-Ounce-Bottle/dp/B000EM79QM

Sexy Hair Hair Care Products - Beauty Salon Shampoo for your Hair Discounted at HairExpo.biz

**Hair Expo**

Store Front | Account | Ask Cosmetologist | Beauty Supplies - Site Map | Privacy | Contact | Help | FAQ

Shopping Cart | Checkout | About Us

□ Product Search

[          ] [Go]

Advanced Search

□ Products by Brand

ARTec Kiwi
ARTec TextureLine
Amplify by Matrix
Back to Basics
Bed Head by TIGI
Biolage by Matrix
Catwalk by TIGI
Color:Smart by Matrix
Curl:Life by Matrix
Fusion
ISO
Joico
Kenra
Matrix Essentials
Mizani
Nioxin
Nutra Grape
Paul Mitchell
Paul Mitchell Tea Tree
Redken
Rusk Sensories
Rusk Thermal STR8
Rusk W8LESS
Sexy Hair
Sleek:look by Matrix
Vavoom

□ Products by Type

Conditioner
Finishing
Shampoo
Skin Care
Hair Styling Aids
Hair Styling Tools
Vitamins

□ Shopping Cart

□ Empty Shopping Cart

□ Quick Login

Username [          ]
Password [          ]
[Login]

# Sexy Hair Hair Care Products - Sexy Hair Shampoo

Big Sexy Hair is specifically designed to add, support and enhance maximum fullness and body to the hair while maintaining moisture and protecting hair color from fading.

Healthy Sexy Hair is the first ever haircare line based on Soy protien. Soy delivers ultimate strength and moisture to rebuild the hair, restore is shiny, healthy apperance, and keep it looking great.

Silky Sexy Hair Care Shampoo and conditioner transforms your hair into soft, beautiful, touchable hair. It helps to smooth, strengthen and moisturize while combatting humidity, static electricity, and flyaways. It delivers beauty with ultimate protection against heat styling and the environment. The combination of strengthening Silk, and reparative Soy and Wheat Proteins, super moisturizing oils and extracts and shiny silicones leave hair silky soft. silky sexy hair is specifically designed to transform this, coars or damaged hair leaving it soft, silken and irresistible to touch. All Silky Sexy Hair products contain a combination of lighweight oils, Silk, wheat and other proteins to strengthen, repair and protect hair.

Healthy Sexy Hair Pumpkin
Pumpkin enzymes contain the highest source of beta carotene and vitamins to combat oxidation and free radical damage. Rich in antioxidants and vitamins A, C and E. Naturally provides UV protection for natural and chemically treated hair. Promotes healing, stimulates circulation and provides nourishment to hair.

Shop for discounted Sexy Hair Shampoo

All the Sexy Hair Shampoo hair products

By Category : Conditioner  Finishing  Styling

| Product Name | Size | Compare | Our Price | Buy |
|---|---|---|---|---|

Sexy Hair Hair Care Products - Beauty Salon Shampoo for your Hair Discounted at Hair Expo.biz

Forgot your password?
Create new account.

Sexy Hair
Big Volume Shampoo
Provides the biggest volume

10.0 fl oz Bottle
33.8 fl oz

$11.99    $8.99
$22.99    $19.99

Buy
Request

➦ Package details

Sexy Hair
Healthy Sexy Hair Soy Milk
Shampoo
Nourishes and strengthens hair

13.5 oz bottle
33.8 fl oz Bottle

$13.99    $11.99
$22.99    $19.99

Buy
Buy

➦ Package details

Sexy Hair
Silky Sexy Hair Silky
Shampoo
Luxurious, smoothing shampoo.
Strengthing silk, soy and wheat
protiens.

10.1 oz
33.8 fl oz Bottle

$12.99    $10.99
$23.99    $20.99

Buy
Buy

➦ Package details

Sexy Hair
Healthy Sexy Hair Chocolate
Soy Milk Shampoo
Gentle, sulfate free, color safe
shampoo for all hair types

13.5 Fl oz
33 Fl oz

$19.99    $15.99
$34.99    $29.99

Buy
Buy

➦ Package details

Sexy Hair
Curly Sexy Hair Shampoo
Creates and supports your curls

10.1 fl oz
33.8 fl oz

$12.99    $11.49
$21.99    $17.99

Buy
Buy

➦ Package details



5/1/2008

Sexy Hair Hair Care Products - Beauty Salon Shampoo for your Hair Discounted at Hair Expo.biz

Page 3 of 3

**Sexy Hair**
**Pumpkin Re Hydrating**
**Shampoo**
Increases moisture content and
improves condition

| | | | |
|---|---|---|---|
| 10 fl oz | ~~$16.99~~ | $14.99 | Buy |
| 34 fl oz. | ~~$38.99~~ | $32.99 | Buy |
| 64 fl oz | ~~$57.99~~ | $48.99 | Request |

Package details

**Sexy Hair**
**Pumpkin Detoxifying**
**Shampoo**
Gently cleanses and detoxifies
hair

| | | | |
|---|---|---|---|
| 10 fl oz | ~~$17.99~~ | $14.99 | Buy |
| 34 fl oz. | ~~$38.99~~ | $30.99 | Buy |

Package details

Beauty and Hair Care, and Beauty Health Friends of www.hairexpo.biz
Join the Hair Expo at hairexpo.biz. Submit a link request for one of our groups:
beauty products, hair products, health products, fitness, jewelry, cosmetics, beauty salon, health alternative, skin care, hair care
health, beauty or hair care informational, shopping and special gifts, Miscellaneous

Browse our salon hair care products
| ARTec Kiwi | ARTec TextureLine | Amplify by Matrix | Back to Basics | Bed Head by TIGI | Biolage by Matrix | Catwalk by TIGI | Color.Smart by Matrix | Curl.life by Matrix |
Fusion | ISO | Joico | Kenra | Matrix Essentials | Mizani | Nioxin | Nutra Grape | Paul Mitchell | Paul Mitchell Tea Tree | Redken | Rusk Sensories | Rusk Thermal STR8 | Rusk
W8LESS | Sexy Hair | Sleek.look by Matrix | Vavoom |

| ARTec Kiwi | ARTec TextureLine | Amplify by Matrix | Back to Basics | Bed Head by TIGI | Biolage by Matrix | Catwalk by TIGI | Color.Smart by Matrix | Curl.life by Matrix |
Fusion | ISO | Joico | Kenra | Matrix Essentials | Mizani | Nioxin | Nutra Grape | Paul Mitchell | Paul Mitchell Tea Tree | Redken | Rusk Sensories | Rusk Thermal STR8 | Rusk



toll free 1-866-4COSMOS

Home ▪ About Us ▪ Privacy Policy ▪ Contact Us ▪ View Order

The Highest Quality Cosmetics
At Affordable Prices

Home :: Sexy Hair and Other Hair Care, Brushes and Jewelry

## Sexy Hair and Other Hair Care, Brushes and Jewelry

Mineral Make-up

Cosmetic Brushes

Cosmetics for Your Eyes

Cosmetics for Your Face

Cosmetics for Your Lips

Healthy Skincare

Nailpolish & Nail Treatments

Train Cases, Gift Sets and Cosmetic Bags

Cosmetic Gift Certificates

Manskin - Skincare for Men

Sun Care and Self Tanning

Glimmer, Sparkles and Extreme, High Velocity Shine

Cosmophoric Perfume and Dry Body Oil Spray

Spa Treatments for Face and Body

Tweezers and Clippers

False Eyelashes

Wedding Make-up

Sexy Hair and Other Hair Care, Brushes and Jewelry

Spa

SALES AND CLOSEOUTS







**Always Sexy Synthetic Wig**
Our Price: $29.00

Enter Quantity: 1    Order



**Pumpkin Enzyme Therapy Mist**
Our Price: $14.95

Enter Quantity: 1    Order



**Pumpkin Potion Leave-In Conditioner with Gingerroot**
Our Price: $17.95

Enter Quantity: 1    Order



**Pumpkin Puree Treatment Mask**
Our Price: $24.95



**Pumpkin Whipped Souffle Styling Creme**
Our Price: $17.95

**Pumpkin Detox Shampoo**
Our Price: $14.95

Sexy Hair and Other Hair Care, Brushes and Jewelry - Cosmetic Cosmos

5/1/2008

Enter Quantity: 1    [Order]

Enter Quantity: 1    [Order]

Enter Quantity: 1    [Order]



**Soy Shampoo**
Our Price: $11.95

**Soy Conditioner**
Our Price: $13.95

**Soy Paste Texture Pomade**
Our Price: $14.00

Enter Quantity: 1    [Order]

Enter Quantity: 1    [Order]

Enter Quantity: 1    [Order]



**Soya Want Flat Hair**
Our Price: $13.00

**Power Straight Straightening Balm**
Our Price: $14.25

**Big Volume Shampoo**
Our Price: $9.95






SECURE [Y] SHOPPING
VISA



**Big Volume Conditioner**
Our Price: $10.95

Enter Quantity: 1    Order

**Blow Dry Volumizing Gel**
Our Price: $12.95

Enter Quantity: 1    Order

**Beaded Bracelets**
Our Price: $7.95

Enter Quantity: 1    Order

**Updo Clips**
Our Price: $19.99

Enter Quantity: 1    Order

**Sequin Bracelets**
Our Price: $7.95

Enter Quantity: 1    Order

**Conditioning Smoothing Balm**
Our Price: $14.90

Enter Quantity: 1    Order

**Thermal Styling Spray**
Our Price: $10.90

Enter Quantity: 1    Order

**Pomegranite Shampoo**
Our Price: $10.25

Enter Quantity: 1    Order

**Mink Oil Shampoo**
Our Price: $12.00

Enter Quantity: 1    Order