

**Henna Shampoo**
Our Price: $12.00

Enter Quantity: 1    [Order]

**Klorane Dry Shampoo with Oat Milk**
Our Price: $19.25

Enter Quantity: 1    [Order]

Home | About Us | Privacy Policy | Contact Us | View Order

© 2004 Cosmetic Cosmos • 387 Thames Street • New Port, RI 02840

Design By Solid Cactus

SleekHair.com - Discount Salon Hair Products



# SleekHair.com

Home | About Us | Customer Services | View Cart | Contact Us

## Welcome to SleekHair.com

**Search** Go

Hair Products
Skin Products
Make-Up Cosmetics
Nail Products
Hair Appliances
Brushes, Tweezers & Beauty Tools
Hair Color & Chemicals

Recommendations
Sale / Hot Deals
New Arrivals

Customer Services
Privacy Policy
Contact us

SHOP BY BRAND
Shop by brand



### GOLDWELL

Goldwell strives to set standards for professional hair care throughout the world. From the essential to the creative, Goldwell Hair Products has everything you need to create amazing, durable styles. Goldwell Trendline includes 5 different styling segments for each hair type and 5 levels of hold to create the look you want. Within Goldwell Color Definition and Goldwell Color Glow, you can protect and amplify your color-treated hair. The luxurious Goldwell Inner Effect hair system will repower and resoft your hair to a lively, new look!

View Goldwell Hair Products >>

### Schwarzkopf PROFESSIONAL

Schwarzkopf Professional represents the most exciting, hairdresser inspired, global company, with outstanding, innovative and personal services for salons. OSIS continues to drive the world of cutting edge styling.

## SPECIAL

**It's a 10 Ten - Miracle Leave In Product**
Price: $14.99
Buy Now!

**Matrix Biolage Conditioning Balm**
Price: $8.49
Buy Now!

**Silque Hair Shine - alcohol free hair shiner for all hair types**
Price: $13.29
Buy Now!

5/1/2008



Secure Shopping
hosted by YAHOO!

**JOIN OUR MAILING LIST**
receive advanced notification of sales, new products and more!

[ Submit ]



Because style never stands still. BC Bonacure is the first hair care regime to provide a personalised hairtherapy from within, to give profound and enduring hair beauty.

View Schwarzkopf Hair Products >>

## ★ sexyhairconcepts

★ sexyhairconcepts

With product lines ranging from Big Sexy Hair, Straight Sexy Hair, Short Sexy Hair, Curly Sexy Hair, Healthy Sexy Hair, Wild Sexy Hair, Formulas by Ecoly, Fresh Concepts, and the new Pumpkin Healthy Sexy Hair collection, Sexy Hair Concepts has found a simple way to create products that actually do their job while at the same time unleash the user's true self.

View Sexy Hair Products >>

## murad acne complex kit



The Murad Acne Complex® fights not just acne but the symptoms of all 7 types of breakouts. Over 90% of participants in independent clinical studies showed a reduction in blemishes. For the discounted price of $47.95, this 2 month supply will heal blemishes, prevent future breakouts, and achieve healthy skin with this complete regimen.

View Murad Acne Complex Kit >>

**New Arrivals**




**Kiss Me Mascara**

Price: $19.99

[ Buy Now ]

**Biosilk Silk Therapy**

Price: $8.99

**Sebastian Shaper Hairspray - Brushable Styling**

Price: $4.99

[ Buy Now ]

**Nexxus VitaTress Biotin Scalp-Creme**

Price: $9.79

[ Buy Now ]

**Joico K-Pak Deep Penetrating Reconstructor**

Price: $14.99

[ Buy Now ]





**MoroccanOil - moroccan oil treatment for all hair types**

Price:$37.79

**Sudzz FX Cashmere Cleansing Shampoo for dry, damaged hair**

Price:$17.99

**Yu Be Moisturizing Skin Cream - Original Japanese Formula**

Price:$11.99

**Schwarzkopf BC Bonacure Color Save Shampoo**

Price:$11.99

**Goldwell Inner Effect Resoft & Color Live Shampoo**

Price:$20.99

**TurboIon Croc Professional Nano-Titanium Ionic Hair Flat Iron**

Price:$92.99

Home | About Us | Privacy Policy | Resources | Contact Us | Blog | Product List | View Cart

© 2003-2008 All Rights Reserved by sleekhair.com.

SleekHair.com is the premier source for discount professional skin and hair products with top brands such as Murad, Paul Mitchell, Redken, Farouk Biosilk Chi, Abba Hair, Schwarzkopf, Goldwell, Graham Webb, Hempz, Kms California, Joico, Iso Hair, Pureology, Rusk, Sebastian, Nioxin, Matrix and much more!



# Diamond Beauty



Diamond Club

Home | Brands | View Cart | Search | Contact Us
| wishlist |

## Healthy Sexy Hair Care Products

Click here for a Healthy Sexy Hair Price List or a Alphabetical Order Price List by Diamond Beauty

Nutrition for you hair. Healthy Sexy Hair, the first ever complete soy based line, conditions while it styles. Safe for color treated hair, products work all day on all hair types.

# Healthy Sexy Hair



**Healthy Sexy Hair has the following types of products:** Conditioner, Hair Spray, Leave-in Conditioner, Shampoo, Styling Products, Treatments,

# Conditioner by Healthy-Sexy-Hair

Healthy Sexy Hair Care Products, Free Shipping Offer on All Healthy Sexy Hair Care

### Soy Milk Conditioner
Detangles hair and helps reduce frizz.

Adds weightless strength and moisture

Provides shine, softness, frizz control and color protection.

great for all hair types -

**13.5 fl. oz. $13.25** WishList [Add To Cart]

**34 fl. oz.  $27.00** WishList [Add To Cart]

### Pumpkin Potion Leave In Conditioner with Ginger Root
Concentrated Leave In Conditioner with a combination of Pumpkin Enzymes and Ginger Root plus, Safflower Oil and Jojoba Seed Oil

Revitalizes dry, brittle damaged and over processed hair

Helps mend split ends, minimize frizz and impart -



**10 oz $18.00** WishList [Add To Cart]

### Soy Tri-Wheat Leave-in Conditioner
Detangles and softens hair.

Imparts light protein and moisture.

Helps prevent static electricity

use on damp hair before styling

-

**8.5 fl. oz. $16.50** WishList [Add To Cart]

# Hair Spray by Healthy-Sexy-Hair

http://www.diamondbeauty.com/brandnames/Healthy-Sexy-Hair/

5/1/2008

**Soya Want Full Hair- Firm Hold Hairspray**

Delivers firm, all-day hold.

Volumizes and protects hair.

Seals out humidity

use on dry hair

*55% VOC compliant -



9.1 oz $16.50  WishList  (Add To Cart)

# Leave-in Conditoner by Healthy-Sexy-Hair

**Pumpkin Enzyme Therapy Mist**
Wearable Leave In Therapy Mist that also cross functions as a styling spray

Helps give body and lift to fine hair

Provides thermal protection

Mouth-watering Pumpkin Spice fragrance! -

**Soya Want Flat Hair- Hot Iron Spray**
Produces stick-straight looks.

Protects hair from heat styling.

Embeds protein while styling

specifically designed to be used with a flat iron.
spray on dry hair and flat iron -



4.5 oz $13.00  WishList  (Add To Cart)

8 oz $15.00  WishList  (Add To Cart)

# Shampoo by Healthy-Sexy-Hair

## Pumpkin Dextoxifying Shampoo

Provides the highest source of Antioxidants

Gently cleanses and detoxifies the hair

Protects natural and chemically treated hair color

Delectable Pumpkin fragrance! -

10 oz $15.00   Wishlist   [Add To Cart]



## Chocolate Soymilk Shampoo

Chocolate SoyMilk Shampoo, a gentle, sulfate-free formulation that prolongs the life of hair color.

A guilt-free chocolate that offers all the deliciousness of the scrumptious treat without the calories.

Packaged in a milk/vitamin style bottle, Chocolate SoyMilk Shampoo contains chamomile, nettle and horsetail extract to add shine and smoothness, and sunscreens to help prevent color fading.

Topped off with a lip-smacking chocolate milk fragrance, this shampoo is ideal for all hair types - fine to thick. -

13.5 fl oz $16.00   Wishlist   [Add To Cart]

## Soy Milk Shampoo

Nourishes and strengthens hair.

Promotes shine.

Helps protect color.

great for all hair types -



13.5 fl. oz. $12.00   Wishlist   [Add To Cart]

33.8 fl. oz. $20.00   Wishlist   [Add To Cart]

## Pumpkin Rehydrating Shampoo

Moisturizing Pumpkin Fatty Acids increase the moisture content in hair and improves it's condition

Increased Panthenol (Pro-Vitamin B) penetrates hair to prevent damage and adds shine

Protects natural and chemically treated hair color -



10 oz $16.00   Wishlist   [Add To Cart]

# Styling Products by Healthy-Sexy-Hair

**Pumpkin Whipped Soufflé Styling Crème**

Acts as a light holding styling creme when used in damp hair

Perfect as a finishing coat to any hair style when used in dry hair

Provides shine and helps reduce frizz

Yummy Pumpkin Soufflé fragrance! -



**1.5 fl. oz. $9.50** WishList Add To Cart

**4 oz    $18.00** WishList Add To Cart

# Treatments by Healthy-Sexy-Hair

**Pumpkin Puree Treatment Masque**

Highly concentrated moisturizing

Pumpkin Fatty Acids, Wheat and Soy Proteins, Panthenol and Aloe increase the moisture content and condition of hair

Increased Panthenol (Pro-Vitamin B) penetrates hair to prevent damage and adds shine

-



**8.5 oz $27.50** WishList Add To Cart

**Soy Paste Texture Pomade**

Gives intense texture.

Separates, defines and details.

Conditions while it styles

use on dry hair -



**1.8 oz. $15.30** WishList Add To Cart

**Soy Smoothie Bodifying Lotion**

Temporarily straightens hair.

Smoothes frizz.

Strengthens & protects hair while styling.

use on damp hair and blow dry -

+++



**6.8 fl. oz. $14.50** WishList Add To Cart

Healthy Sexy Hair Care Products, Free Shipping Offer on All Healthy Sexy Hair Care

**Images/Graphics are not always identical to product. New images are often not available.**

TOP

Home | Brands | View Cart | Search



Diamond Beauty
Los Angeles Beauty Supply (LA Beauty Supply, a California Corp.)
Serving the public since 1960.

QUESTIONS/COMMENTS

*Note: we can only assist you with the products that we carry on this site. We do not sell wholesale and we do not have a list of other distributors and do not have Distributor Representatives phone numbers.*

***Over 5 Million Visitors***

The location of this page: **diamondbeauty.com**
Copyright 2001-2007 all rights reserved 5/1/2008 2:48:00 PM

*from: http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=10&sa=n*

5/1/2008

http://www.diamondbeauty.com/brandnames/Healthy-Sexy-Hair/

Short Sexy Hair Care Products by Joy Beauty

# JOY BEAUTY

HACKER SAFE
TESTED DAILY 01-MAY

**Free Shipping!**
on Domestic Orders Over $100

home   your account   skin care   hair care   brands   categories   return policy   shipping info   contact us



## Short Sexy Hair Care Products

Short Sexy Hair is a sign of the times. It says "I'm confident. I'm assured. Passion is my main stay. It's starting to rule the boardroom as well as the bedroom."

Click here for PRICES or to PURCHASE... - Click here for PRICES Sorted Alphabetically...

# Short Sexy Hair Products

**Gel**



**Hold Out - Medium Holding Gel**
Provides medium hold, alcohol free and will not flake, containes mosturizers and conditioners. To be used on damp or dry hair.

4.4 oz   $15.50

Place in cart now
1   [Buy Now]

**Short & Sexy Gel Hard Up**
Short Sexy Hair Short & Sexy Gel Hard Up Extra strong holding gel.

**Short & Sexy Gel Hard Up**
Short Sexy Hair Short & Sexy Gel Hard Up Extra strong holding gel.

5.1 oz
$16.50

Place in cart now
1   [Buy Now]

**What A Body Blow Dry Gel**
What A Body Blow Dry Gel - Ultra bodifying blow dry gel.

Short Sexy Hair Care Products by Joy Beauty

## Gel Foam

**Blow It Up Gel Foam**
Short Sexy Hair Blow It Up Gel Foam has your volume. Apply at the roots and the Blow It Up gel turns into a foam giving support and movement of all styls. Use on damp hair.

5.3 oz  $16.50

Place in cart now
1  Buy Now

16.9 oz,pump
$33.00

Place in cart now
1  Buy Now

## Hair Spray



**Double Header -- Volume and Texturizing Spray**
Creates volume when applied at damp roots, then blow dry. Adds texture when applied throughout dry hair. Extremely light-weight. Clean-feeling with no sticky product feel. Use on damp hair or dry hair.

6.8 oz  RETAIL:
$19.75
Our price:
$16.50

Place in cart now
1  Buy Now



**Shatter Separate and Hold**
Shatter - Separate and Hold is a firm holding texture spray specifically designed to enhance shattered, jagged and textured hair styles. Unique new spray delivers a very controlled fine mist that goes only where you want it to go. Gives hair extra ho....more

4.2 oz  $16.50

6.8 oz
$16.50

Place in cart now
1  Buy Now

## Shaping Balm

**Quick Change Shaping Balm**
Short Sexy Hair Quick Change Shaping Balm, will quick change your hair as often as you can change your mond. During the day, create and maintain your shape for work; and without

washing your hair, you can quick change it for the evening. Use on damp ….more



1.7 oz  $15.50

Place in cart now
1   [Buy Now]

## Styling



### Control Maniac Wax

Short Sexy Hair Control Maniac Wax takes control of your hair. Control Maniac allows you to control any style that you can dream of. Slick back, spikes, conservative, alternative, you name it; this wax will do. Use on dry hair.

1.8 oz  $15.50

Place in cart now
1   [Buy Now]



### Play Dirty Dry Wax

Play Dirty Dry Wax - Spray lightly into dry hair for added texture. Medium hold.

4.4 oz  $19.75

Place in cart now
1   [Buy Now]



### Slept In Texturing Creme

Short Sexy Hair Slept In Texturing Creme creates Ultimate texture. The trendy style of today is the textured, messy, slept in look; and for this, Slept In is the only product you need. Think of this product as giving you Slept In style. Use on damp o….more

### Frenzy Bulked Up Texture

Frenzy - bonds to the hair to thicken the hair shaft -- creating fullness and separation at the same time. Frenzy delivers extra holding power to hold styles in place with a medium matte finish. Apply a small amount to dry hair and style. For more in….more

2.5 oz  $19.75

Place in cart now
1   [Buy Now]

### Rough & Ready Styling Gunk

Rough & Ready Styling Gunk - Mess into hair for extra dimension with medium hold.



4.4 oz  $17.50

Place in cart now
1   [Buy Now]

Amazon for Joy Beauty. Cart Products by Joy Beauty

5.1 oz  **$17.50**

Place in cart now

1

**Buy Now**

We accept all major credit cards on our secure online store





Questions/Comments - E-MAIL US

Copyright 2001,2007 All Rights Reserved

*5/1/2008 2:49:35 PM*
*http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=10&sa=N------*

Nails | Skincare | Haircare | Makeup | Men | Bath & Body | Gifts

🛒 Shopping Basket Items

# Short Sexy Hair Care Products

Short Sexy Hair offers dual action products specifically made for short hair to achieve the ultimate stylish look. The products can be combined together to create a unique, individual style.

## Short Sexy Hair - **Styling products**



**Short Sexy Hair Blow It Up**
Gel foam. Gives hair weightless volume. Supoor...
5.3oz    $16.50**Add to Cart**

**Short Sexy Hair Control Maniac**
This wax provides ultimate control and definiti...
1.8oz    $15.50**Add to Cart**



**Short Sexy Hair Double Header**
Volume & Texture Spray.
Light Bamboo Sunflower ...
6.8 oz    $19.95**Add to Cart**



**Short Sexy Hair Frenzy**
Gives dense texture and bulk. Bonds to hair...
2.5oz    $19.95**Add to Cart**

**Short Sexy Hair Hard Up**
Hard holding gel that gives extreme hold and co...
5.1oz    $16.50**Add to Cart**




**Short Sexy Hair Hold Out**
Green Tea scented gel is alcohol free and will ...
4.4oz    $15.50**Add to Cart**

Short Sexy Hair Care Products Styling Beauty Products Ecoly Fashion Beauty Brands Fomulas Big Sexy Hair



**Short Sexy Hair Play Dirty**
Wax master dry wax. Easy
spray-on applicati....
4.4oz   $19.95 **Add to Cart**



**Short Sexy Hair Quick Change**
Shaping balm. Defines and
separates the hai...
1.7oz   $15.50 **Add to Cart**



**Short Sexy Hair Shatter**
Separate & hold spray.
Creates intense sepa...
4.2oz   $16.50 **Add to Cart**



**Short Sexy Hair Slept In**
Texture cream. Adds light-
weight texture. ...
4.2 oz   $17.50 **Add to Cart**



**Short Sexy Hair Rough & Ready**
Styling gunk. Gives rough,
erratic texture....
4.4oz   $17.50 **Add to Cart**

**Short Sexy Hair What a Body**
Ultra bodifying blow dry gel.
Perfect for b...
6.8oz   $16.50 **Add to Cart**

**PLANET BEAUTY IS PROUD TO PRESENT PRODUCTS FROM THESE MANUFACTURES**

Abba : Alba Botanica : Alfaparf : Amazing Concealer : AminoGenesis : Anthony : Anthony Sport : Archipelago : Babyliss : Barielle :
BeautyBlender : Bed Head : Big Sexy Hair : Bio Ionic : Bioelements : Bliss : Candle Warmer : Cargo Cosmetics : Caruso Professional :
Cellex-C : Cellulite Rx : Claus Porto : CLEAN : Colure : Comodynes : ComptoirSudPacifique : Crazylibellule : Crede : Cricket : Crome :
Crystal Body : Curly Sexy Hair : Cyclic Soap : DDF : Dermablend : DERMAdoctor : Dermalogica : Deva Curl : Dr.Grandel : Enjoy : ERA :
Face Foundation : Evian : Evolution skin : Fake Bake : Fashion Formula : FHI Heat : Flavours Self Tanner : Foot Petals : Frederic Fekkai
Freeze : Frownies : GHD : Go Smile : Goldwell : Guinot : Hai : Hayashi Systems : Healthy Sexy Hair : Helen of Troy : Hempz :
HollywoodFashionTape : Hot Sexy Hair : Hot Spa : Hot Tools : Hot Touch : HydroPeptide : Hylexin : Ice : Icon : Idebenol : Illuminare
Jack Black : Japonesque : Jessica Simpson : Joico : Jolen : Jonathan Hair Care : Juice Beauty : Kai : Kerastase : Kiss Me Mascara :
Kms California : Komenuka Bijin : Lanza : Lip Fusion : Lip Scrub Sarah Happ : Lippman : Loccitane : Longcils : Mama Mio : Mason
Pearson : Maui Babe : Mavala : MD Lash Factor : MD Skincare : MEHAZ : MODEL.Co : Moroccan Oil : Murad : Mustela : Nailtiques
Napoleon Perdis : NuFace : Nyce Legs : Ojon : Orly : Osis : per-fekt : Phyto : Proraso : Pure Fiji Spa : Pureology : Rene Furterer
Revitalash : Rilastil : Satin Haircolor : Scentual Expressions : Schwarzkopf : Short Sexy Hair : Solano : Sorbie : Spa Girl : St Tropez :
Straight Sexy Hair : StriVectin : Supersmile : Sweet Lacquer : SweetSpot Labs : T3 Tourmaline : Talika : Tancho : Tantowel : Tend Skin
Terax : The Art of Shaving : The Marilyn Brush : Thymes : Tocca : Too Faced : Toppik : TS2 : Tweezerman : TZCase : Vitabath :
Voluspa : Votivo : Wigo : X5 Superlite : Yonka : Yu-Be : Zeno

We have MANY MORE brands and beauty products to select from. We are adding new brands EVERYDAY.
Don't see what you want? Call any one of our stores. Click here for a store near you.

5/1/2008

Short Sexy Hair Care Products Styling Beauty Products Ecoly Fashion Beauty Brands Formulas Long ...

We accept all major credit cards on our secure online store





Free Shipping
On Domestic
Orders Over $100

ABOUT PLANET BEAUTY | POLICIES | CONTACT US | BRANDS/CATEGORIES | JOBS

FROM: http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=10&sa=N

5/1/2008 2:49:48 PM Copyright © PlanetBeauty.com ALL RIGHTS RESERVED • WebDesign by artsci.net

Web  Images  Maps  News  Shopping  Gmail  more ▼

e.g. "CSCO" or "Google"          [ Get quotes ]   Stock screener New!

# Sexy Hair Concepts LLC - Discuss Sexy Hair Concepts LLC

## Summary

Sexy Hair wants to take sexy from concept to reality. Named Sexy Hair Concepts, the company makes and distributes hair care products for sale in more than 60,000 US professional hair salons. Products include Fresh Concepts, its Sexy Hair line, Sex Symbol Aero Tan (self-tanning spray), and Formulas by Ecoly. The company in mid-2006 enlisted the help of American Idol finalist Katharine McPhee to serve as the face of the company in ads and promotional materials through 2007. Sexy Hair Concepts distributes its products in the US and internationally -- in more then 25 countries. Formerly named Formulas by Ecoly and founded by Michael O'Rourke, Sexy Hair Concepts hired Jim Morrison as its CEO in March 2006. More from Hoovers »

9232 Eton Ave.
Chatsworth, CA 91311
USA
+1-818-718-6982 (Phone)
818-718-9353 (Fax)

Company website:
http://www.sexyhairconcepts.com

## Officers and directors

| | |
|---|---|
| Michael O'Rourke | Chairman and Founder |
| Eric McLemore | National Director, Domestic Distributor Sales |
| Michael Coccaro | National Sales Manager, Eastern US |

## Discussions

Start a discussion about Sexy Hair Concepts LLC »

## Related Companies

| Name | Exchange | Symbol | Last Trade | Change | Mkt Cap |
|---|---|---|---|---|---|
| John Paul Mitchell Systems | | | | | |
| P&G-Clairol, Inc. | | | | | |
| Alterna Inc. | | | | | |
| Zotos International, Inc. | | | | | |
| Conair Liquids Division | | | | | |
| Imperial Dax Company, Inc. | | | | | |

Sexy Hair Concepts LLC - Google Finance

Page 2 of 2

Goody Products,
Inc.

Graham Webb
International, Inc.

C-Care LLC

Trans-India Products
Inc.

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer

©2008 Google    Google Home - Help - Privacy Policy - Terms of Service

| SEARCH BLOG | "FLAG BLOG | Next Blog»

# The TTABlog®

## *Keeping Tabs on the TTAB®*

by John L. Welch

THURSDAY, MAY 10, 2007

### Finding Family of "SEXY" Marks, TTAB Sustains 2(d) Opposition to "SO SEXY" for Hair Care Products

Opposer Sexy Hair Concepts convinced the Board that it (Opposer, not the Board) owns a family of "SEXY" marks for various hair care products, leading to victory in its opposition to registration of the mark SO SEXY for essentially identical hair care products. Crucial to the decision was the Board's conclusion that the word "sexy" is neither descriptive nor laudatory for these products. *Sexy Hair Concepts, LLC v. Victoria's Secret Stores Brand Management, Inc.*, Opposition No. 91125739 (April 20, 2007) [not precedential].

**About Me**



John L. Welch

Lowrie, Lando & Anastasi, LLP

**Recent Articles**

Unfriendly Shores? Recent Developments in U.S. Law May Trouble Foreign Trademark Owners (with Ann Lamport Hammitte)

healthysexyhair.

The Board took judicial notice of dictionary definitions of "sexy" as "sexually suggestive or stimulating: erotic" and as "generally attractive or interesting: appealing." However, the record did not establish "a direct connection between the term 'sexy' and any specific quality, characteristic, function, ingredient, attribute or feature of the identified hair care products or of hair after the use of the products." [TTABlog comment: I may not be able to describe "sexy" hair precisely, but I know it when I see it.]

The Board next looked at the family-of-marks issue, and found that the evidence "clearly established that opposer promotes a group of marks for which the common characteristic is the term 'sexy.'"

"Except for the mark SEXY HAIR, opposer's family of marks is characterized by the term SEXY preceded by a word that suggests an intended result of the product and followed by a generic noun in the hair care field (e.g., SEXY HAIR, BIG SEXY HAIR, STRAIGHT SEXY HAIR, HEALTHY SEXY HAIR, HOT SEXY HAIR, WILD SEXY HAIR, HOT SEXY HIGHLIGHTS)."

The marks are shown together on television, at trade shows, and in

*The Top Ten TTAB Decisions of 2007®*

TTAB 2007 Update: Rules, Rulings, and Repercussions (with Ann Lamport Hammitte)

Fraud for Thought: Can Fraud be Avoided by Correcting a False Statement Prior to Publication? (with Ann Lamport Hammitte)

*The TTAB in 2006: The Good, the Bad, and the Ugly*

*The Top Ten TTAB Decisions of 2006® [Part 1 of 2]*

*The Top Ten TTAB Decisions of 2006® [Part 2 of 2]*

*The TTAB and Foreign Website Evidence: Quo Vadis?* (with Ann Lamport Hammitte)

*The Top Ten TTAB Decisions of 2005*

*The Ten Worst TTAB Decisions of 2005?*

*The Top Ten TTAB Decisions of 2004*

*The TTAB in 2004: What Was Hot, What Was Not*

*2004 at the TTAB: 12 Citables and 3 Precedential CAFC Decisions*

*Six Potential Pitfalls in Trademark Prosecution*

promotional brochures. The SEXY element is emphasized by the use of different fonts and colors for the SEXY or SEXY HAIR portion of the marks. Several periodicals referred to various brands as the SEXY HAIR or SEXY HAIR CONCEPTS "collection" or "line" of products.

The existence of a few third-party registrations for marks containing the term "sexy" for hair care products does not "defeat or limit opposer's family of marks characterized by the term SEXY preceded by a word that suggest an intended result of the product and followed by a generic noun in the hair care field."

"Thus, opposer's family of marks is entitled to the scope of protection normally accorded a family of mark for whom the common element is a suggestive, rather than an arbitrary, term, i.e., a more limited scope of protection than for an arbitrary mark."

Turning to an assessment of Applicant's mark, the Board observed that SO SEXY may be "described as the term SEXY preceded by a word that suggests an intended result of the product, i.e., that the user's hair will be 'so,' or 'very SEXY.'"

"This is the same pattern as used in opposer's family of marks. Although all but one of opposer's marks include the term HAIR following sexy, neither party disagrees that 'hair' is a generic term in connection with the identified hair care products. Thus even though applicant's mark does not include the term HAIR, it is the only possible object of the phrase SO SEXY."

The Board therefore concluded that confusion is likely, and it

Trade Dress and the TTAB

The Top Ten TTAB Decisions of 2003

The TTAB in 2003 [Part I]

The TTAB in 2003 [Part II]

Dilution at the TTAB

TTAB Practice and the Madrid Rule Changes (with Ann Lamport Hammitte)

The Top Ten Losing TTAB Arguments

## TTABlog Archives

November 2004

December 2004

January 2005

February 2005

March 2005

April 2005

May 2005

June 2005

July 2005

August 2005

September 2005

October 2005

November 2005

December 2005

The TTABlog®: Finding Family of "SEXY" Marks, TTAB Sustains 2(d) Opposition to "SO SEXY" for Hair Care Products

Page 4 of 5

sustained the opposition.

**TTABlog comment:** I think the Board may have gone off the track in failing to recognize the laudatory nature of the word "sexy." Moreover, its comparison of the mark SO SEXY with Opposer's family of marks was a bit strained, don't you think? I just do not find SO SEXY to be similar enough to be likely to confuse.

Text Copyright John L. Welch 2007.

posted by John L. Welch @ 5/10/2007  

<< Home

| January 2006 |
| February 2006 |
| March 2006 |
| April 2006 |
| May 2006 |
| June 2006 |
| July 2006 |
| August 2006 |
| September 2006 |
| October 2006 |
| November 2006 |
| December 2006 |
| January 2007 |
| February 2007 |
| March 2007 |
| April 2007 |
| May 2007 |
| June 2007 |
| July 2007 |
| August 2007 |
| September 2007 |
| October 2007 |
| November 2007 |
| December 2007 |
| January 2008 |
| February 2008 |

The TTABlog®: Finding Family of "SEXY" Marks, TTAB Sustains 2(d) Opposition to 30 SEXY... for Hair Care Products

March 2008

April 2008

May 2008

5/1/2008

# CUTNDRY.COM
*your one stop beauty shop*™

Home ● Hair Care ● Nail Care ● Skin Care ● Candles

🛍 Shopping Bag

|Search| |Go|

**STRAIGHT SEXY HAIR**

Shampoo, Conditioner,
Smooth & Seal,
Power Straight Temp
Straightening Balm

Order Online or
Call Toll Free:
1-888-344-8484

[✉ E-MAIL TO A FRIEND]

Straight Sexy Hair

## Sexy Hair Concepts

| Big Sexy Hair | Color Me Sexy Hair | Curly Sexy Hair | Healthy Sexy Hair | Pumpkin by Healthy Sexy Hair |
|---|---|---|---|---|
| Short Sexy Hair | Silky Sexy Hair | Straight Sexy Hair | Strong Sexy Hair |  |

## Straight Sexy Hair
Click to Purchase any Straight Sexy Hair product below





**QUESTIONS?**

**Offline for the moment.**
Leave a message.

Type your question here and click below...

[Send]

Live Chat by LivePerson



**FLAT RATE Shipping on every order!**

Now thru May 31st!
● $5.00 Flat rate
● No Order Minimum
● Same Day Shipping for instock Items
● Applies to Standard Ground Shipping

**QUESTIONS?**
Click here to leave us a message.






WOW!
* * * * * * * * *
It's A Perfect 10!

☆ CLICK HERE ☆
to find out more!



CUTNDRY.COM

- Home
- Hair Care
- Nail Care
- Skin Care
- Candles
- Special Offers
- Newsletter
- Contact Us


BOSS BEAUTY Blog

---




**STRAIGHT SEXY HAIR SHAMPOO**

*For Relaxing Curly Hair*

Relaxes curl.
Adds shine.
Moisturizes.

STRAIGHT SEXY SHAMPOO

Item #: I-1014
Size: 8.5 oz.

Our Price: $8.94

**Add to Cart**    Item

#: I-1014a
Size: 33.8 oz.
Our Price: $19.50

**Add to Cart**

---



**STRAIGHT SEXY HAIR CONDITIONER**

*For Relaxing & Detangling.*

Relaxes curl.
Detangles.
Adds shine.

STRAIGHT SEXY CONDITIONER

Item #: I-1015
Size: 8.5 oz.

Our Price: $9.94

**Add to Cart**    Item

#: I-1015a
Size: 33.8 oz.
Our Price: $19.50

**Add to Cart**

---

**STRAIGHT SEXY HAIR SMOOTH & SEAL**




SMOOTH & SEAL ANTI-FRIZZ SPRAY

Item #: I-1017

---





ScanAlert
HACKER SAFE
TESTED DAILY

PayPal

VISA
MasterCard
DISCOVER
AMEX
eCHECK

**View Shopping Cart**





**HOT New Products!**

We can help, click here for ...







**STRAIGHT
SEXY HAIR
POWER STRAIGHT**

*Straightens
Extra Curly Hair!*

Eliminates frizz.
Weightless feel.
Never greasy.

*For a...*
*Smooth as Silk Look!*

Smoothes and polishes. Moisture resistant.
High shine.

Size: 8.8 oz.
Our Price: $17.50

**Add to Cart**

**POWER STRAIGHT
TEMPORARY
STRAIGTENING BALM**

Item #: I-1018

Size: 3.4 oz.
Our Price: $14.24

**Add to Cart**

Home | Hair Care | Nail Care | Skin Care | Candles | About Us
Special Offers | Free Newsletter | Newsletter Archives
Contact Us | Shipping & Policies | Print Order Form

Copyright © 2008 CutNDry.com. All rights reserved.

Sexy Hair : Beauty : Target

Skip Page Navigation



Save 10% when you open a REDcard™ credit account.  Apply now ▶

All Products [GO]

Target : Beauty : **Sexy Hair**

**Target : Beauty**

Sort by: Featured Items [GO]

**Beauty**
Arctec
Bath + Body
Beauty Mirrors + Vanity Trays
Beauty, Spa + Personal Care New Arrivals
Bed Head
Bestsellers
Biosilk
Body Care
Boots
Boots Botanics
Boots Eastern
Boots Eye Cosmetics
Boots Eye Liner
Boots Eye Shadow
Boots Feel the Difference
Boots Foundation
Cosmetics
Boots Lip Cosmetics
Boots Lipgloss



**Sexy Hair Spray and Play Volumizing Hair Spray - 10.6 oz.**

$15.99

Usually ships in 24 hours

[+ ADD TO CART]

**Sexy Hair Root Pump Plus Volumizing Spray Mousse - 10.6 oz.**

$17.99

Usually ships in 24 hours

[+ ADD TO CART]

or

[FIND IT AT A TARGET STORE]

**Sexy Hair Spray and Play Harder Volumizing Hair Spray - 10.6 oz.**

$16.99

Usually ships in 24 hours

[+ ADD TO CART]

or

[FIND IT AT A TARGET STORE]

**Sexy Hair Root Pump Mousse - 10.6 oz.**

$15.99

Usually ships in 24 hours

[+ ADD TO CART]

5/1/2008

Sexy Hair : Beauty : Target

- Boots Lipstick
- Boots Mascara
- Boots Mediterranean
- Boots No. 7
- Boots Skincare
- Boots Sleep
- Boots Soap & Glory
- Boots Time Dimension
- Breast Cancer Awareness
- Burt's Bees
- Cosco
- Cosmetic Bags
- Cosmetics
- Facial Systems
- Fragrances
- Gift Sets
- Iman Cosmetics
- Infiniti
- Miss Oops
- Naturals
- Neutrogena Wave
- Nice 'n Easy Perfect 10
- Olay
- Personal Care
- Pro Hair Care
- Rimmel
- Sanctuary
- Skin Care
- Spa + Massage
- Umberto
- Venus Embrace
- **Sexy Hair**
  - $0-$24 (4)
- Sebastian
- Redken
- Pureology

Sexy Hair : Beauty : Target

Bumble and Bumble
American Crew
Avalon Alba
Dr. Bronner's
Giovanni Natural
Jason
Juice Organics
Kiss My Face
Weleda
Herbal Concepts
LA Splash
Feminine Care
Neutrogena
Free Shipping on Select
Fragrances through 5.3.08
Free Shipping on Select
Fragrance Gift Sets
through 5.3.08
Free Shipping on Select
Makeup through 5.3.08
Free Shipping on Select
Beauty Mirrors through
5.3.08
Free Shipping on Select
Facial Skincare through
5.3.08
Free Shipping on Select
Hand + Body Skincare
through 5.3.08
Free Shipping on Select
Bath + Body through
5.3.08
Free Shipping on Select
Home Spa + Massage
through 5.3.08
Free Shipping on Select
Hair Care Tools through

5.3.08
Free Shipping on Select
Hair Care Products through
5.3.08
Free Shipping on Select
Medical Care through
5.3.08
Buy 3, Get Free Shipping
on Medline Scrubs through
5.12.08
Zeno

**E-mail Exclusives**
Sign up to receive special offers and promotions from Target.

E-mail address: [GO]

**The REDcards**

**Save 10%** Upon
Credit Approval ▶

Apply Now
Manage My Account
Card Benefits
Target Business Card

**Target Stores**
Find a Store
Weekly Ad
SuperTarget Coupons + Specials
Target Photo
Portrait Studio
Optical
Health
Pharmacy
See All

**Gifting**
Gift Finder
TargetLists

**Company Info**
About Target
Our Values
Careers
Community
News
Investors
Diversity
Affiliates
Team Member Services

Club Wedd Registry
Target Baby Registry

Gift Wrap

**Help**
Track an Order
Return an Item
Contact Us
Shipping
Product Recalls
My Account
See All

Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site

© 2008 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

# JOY BEAUTY

home  your account  skin care  hair care  view cart  brands  categories  return policy  shipping info  contact us

Save 10%
on your 1st order!

Free Shipping
On Domestic US order over $100

HACKER SAFE
TESTED DAILY 01-MAY

## Big Sexy Hair Care Products

Big Sexy Hair is a RED HOT product line created to take hair to its maximum hold. Big Sexy Hair is designed to improve and maintain the hair moisture while producing voluptuous body.



Click here for PRICES or to PURCHASE.. - Click here for PRICES Sorted Alphabetically..

## Big Sexy Hair Products

### Conditioner



**Hair Conditioner**
After using the shampoo this adds additional volume and bounce to the hair while adding moisture.

10 oz   $13.00        Place in cart now
                          1      [Buy Now]



**Hair Conditioner**
After using the shampoo this adds additional volume and bounce to the hair while adding moisture.

33.8 oz   $21.00        Place in cart now
                            1      [Buy Now]

Big Sexy Hair Products by Joy Beauty

## Gel

### Blow Dry Volumizing Gel
Ideal for ultra fine and flat hair. Thickens and adds tremendous body. For use with blow dryer.

8.5 oz   $15.50

Place in cart now
1   (Buy Now)

## Hair Spray

### Dense, Thickening Spray
Dense, adds volume,spray it on the roots and you will be amazed.

8.5 oz   $16.50

Place in cart now
1   (Buy Now)



### Spray & Play, Volumizing Hairspray
Big Sexy Spray & Play Hairspray unique holding power will give incredible volume, lift and hold keeping you looking cool even at your hottest.

10.6 oz   $17.50

Place in cart now
1   (Buy Now)



### Spray & Play, Volumizing Hairspray
Big Sexy Spray & Play Hairspray unique holding power will give incredible volume, lift and hold keeping you looking cool even at your hottest.

1.5 oz   $4.00

Place in cart now
1   (Buy Now)

### Spray and Play Harder
Spray and Play - A volumizing hairspray that gives lift and hold to your hair.

10.5 oz   $18.50

Place in cart now
1   (Buy Now)



## Mousse

### Root Pump Plus, Volumizing

### Root Pump Volumizer Spray

Big Sexy Hair Products by Joy Beauty

## Shampoo



**Mousse**
Big Sexy Hair Root Pump Plus -
Humidity resistant, volumizing
Spray Mousse. Spray onto damp
hair and mid shaft.

10.6 oz   $19.75

Place in cart now
1   [Buy Now]

**Mousse**
Big Sexy Hair Root Volumizer,can be
applied to damp or dry hair,spray
toward the scalp and mid shaft where
lift is desired.

10.6 oz   $17.50

Place in cart now
1   [Buy Now]

**Shampoo**
Designed to give one thing, Volume,
Volume, and more volume.

10 oz   $12.00

Place in cart now
1   [Buy Now]

**Shampoo**
Designed to give one thing, Volume,
Volume, and more volume.

33.8 oz   $21.00

Place in cart now
1   [Buy Now]

## Styling



**Flip It Over**
Flip it Over - Full and Wild, spray onto
roots for the most incredible lift to your
hair.

4.4 oz   $19.75

Place in cart now
1   [Buy Now]



**Volumizing Detangler**
Big Sexy Hair Volumizing
Detangler,DETANGLES AND
CONDITIONS.

8.5 oz
$13.00

Place in cart now
1   [Buy Now]

**What a Tease**
What a Tease - backcomb in a bottle.
Spray on a boost of volume whenever a
teased look is desired.

Place in cart now

Big Sexy Hair Products by Joy Beauty



4.4 oz    $22.00    1    [Buy Now]



We accept all major credit cards on our secure online store



Questions/Comments - E-MAIL US

Copyright 2001,2007 All Rights Reserved

5/1/2008 2:52:50 PM

http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=20&sa=N------

5/1/2008

http://www.joybeauty.com/products/bigsexyhair/



*Spiral Haircase*

[ Go ]

Haircare   Nailcare   Skincare   Tanning   Accessories   Contact Us

**Toll Free: 1-866-700-4818**
**Intl: 1-507-936-4603**

shop by brand

**FREE SHIPPING!**
on all orders over $75.00!

View
Shopping Bag

Beauty
SITEMAP

**Discount Salon Hair Care Products on Sale Every Day!**

Below is just a sample!

Discount
Hair Care Products

- AG
- Abba
- AlfaParf
- All Nutrient
- Alterna
- Altobella
- American Crew
- Anasazi
- Bain de Terre
- Bedhead
- Betty
- Biogenol
- Bioionic
- Biosilk
- Black n White
- Bodyography
- Brocato
- Catwalk
- Chi
- Chi Ionic Power
- Clairol
- Clay Pac
- Curl Friends
- Deva



NO
IMAGE
AVAILABLE



- •Dfii
- ••Ecoly
- ••Enjoy
- ••Excelsior
- ••Focus 21
- ••Framesi
- ••Fresh Concepts
- ••Fudge
- ••Gefden
- ••Grund
- ••Hair Formula37
- ••Hayashi
- ••Hempz
- ••ICE
- ••ISO
- ••Image
- ••Itely
- ••J Beverly Hills
- ••Jingles
- ••John Sahag
- ••Joico
- ••KPak
- ••KUR
- ••Kadus
- ••Kenra
- ••Lamaur
- ••Lanza
- ••Loma
- ••MOP
- ••Malibu 2000
- ••Mastey
- ••Millenia Mud
- ••Millenia Mud
- ••Murad
- ••Nexus
- ••Nioxin
- ••NucleicA
- ••Nutriox
- ••Options
- ••Palvin Bid
- ••Paul Brown
- ••Peter Hantz
- ••Philip B
- ••Phyto Organics
- ••Power Plus
- ••Pravana
- ••Pureology
- ••Redken
- ••Roffler