- •Roux
- •Rusk
- •Sahag
- •Schwarzkopf
- •Scruples
- •Sea Critters
- •Semi De Lino
- •Sexy Hair
- •Silk Result
- •Sorbie
- •Sudzz FX
- •Sukesha
- •Sunglitz
- •TIGI
- •Tocco Magico
- •Tressa
- •Tri
- •Vitatress
- •Y Serum
- •Zerran

BBBOnLine RELIABILITY PROGRAM

VeriSign Secured

Products names, descriptions and likeness are protected under United States trademark and/or copyright. Use of such items on this website constitutes fair use in accordance with applicable US law and exist soley to illustrate the products in question.

© 2000-2008 Spiral Haircase for Discount Hair Care Products - Price Guarantee

5/1/2008

Short sexy hair main hair Care - Health & Beauty Supplies - BIZRATE - Compare prices & buy - Discount ... Page ...

short sexy hair

Your account | Sign up for our newsletter!

| Hair Care | All Departments |

Go!

Home > Health & Beauty Supplies > Hair Care > short sexy hair

# short sexy hair in Hair Care
( Related Searches: short sexy hair gel, short sexy hair concepts, short sexy hair wax. More )

⚙ Not what you're looking for? See Other Matches for "short sexy hair"

| | short sexy hair in Hair Care | Products per page: 30 | Sort by: Most Popular | | |
|---|---|---|---|---|---|

**Brand**

**Hair Care Products**

**Styling Products**

**Composition**

**Hold**

**Price Range**

**Stores**

| | Product Title | Store | Price |
|---|---|---|---|
| | **Short Sexy Hair Shatter** Separate and Hold 4.2 oz. 30 Day Money back Guarantee. **Short Sexy Hair Shatter** Separate... More | folica.com<br>This store is rated:<br>⚙ | $11.99 |
| | **Sexy Hair Concepts Short Sexy Hair Hard Up Gel, 4.2 fl oz**<br>**Short Sexy Hair Hard Up Gel** More | drugstore.com<br>This store is rated:<br>⚙ | $12.99 |
| | **Short Sexy Hair** Slept In Texture Cream 4.2 Ounces Great product to give you that slept in look and texture! Creates... More | MyBeautyCenter.com<br>This store is not yet rated. Why? | $12.05 |
| | **Short Sexy Hair Hard Up Holding Gel 5.1 oz.** 30 Day Money back Guarantee. **Short Sexy Hair Hard Up** Holding provides... More | folica.com<br>This store is rated:<br>⚙ | $12.99 |
| | **Sexy Short Sexy Hair Play Dirty Wax 4.4oz** Sexy Short Sexy Hair Play Dirty Wax 4.4oz. Master your hair into... More | *Just 4 hair*<br>the place to buy hair care products<br>This store is not yet rated. Why? | $13.10 |
| | | drugstore.com | $12.39 |

5/1/2008



CIRCLE OF EXCELLENCE

BizRate 2007
a Shopzilla Company

Find out the top stores for online shopping!

**Suggested Searches**
short sexy hair care
short hair care
short hair care men

This store is rated:

$75.65

Wilshire Wigs & Accessories

This store is not yet rated  Why?

$9.45

MyBeautyCenter.com

This store is not yet rated  Why?

$10.25

 Just4hair
the place to win where your problems

This store is not yet rated  Why?

$124.00

 wigs.com
the wig experts

This store is not yet rated  Why?

$14.99

folica.com

This store is rated:

$15.99

folica.com

This store is rated:

$15.99

drugstore.com

 **Sexy Hair Concepts Short Sexy Hair, Control Maniac Wax, 1.8 oz**
Short Sexy Hair, Control Maniac Wax  More

 HAIRDO 10-INCH EXTENSION (STRAIGHT)
This revolutionary clip-in takes longer hair to a shorter sexy...  More

 **Sexy Hair Hard Up Gel 5.1 fl oz 150 ml**
Short Sexy Hair Hard Up Gel, 5.1 fl oz (150 ml)  More

**Short Sexy Hair Quick Change Shaping Balm 1.7**
Sexy Hair Short Sexy Hair Quick Change Shaping Balm 1.7oz. short...  More

 Revlon Bravo - Wigs
Bravo by Revlon :: Wigs - **Short**, closely cropped style with razored...  More

 **Short Sexy Hair Slept In Texture Creme**
30 Day Money back Guarantee. When you need to go from the office...  More

 **Short Sexy Hair Frenzy Bulked-Up Texture**
30 Day Money back Guarantee. Now any short style can have incredible...  More

Sexy Hair Concepts Short Sexy Hair, Frenzy Bulked-Up






Short Sexy Hair Hair Care - Health & Beauty Supplies - BizRate - Compare prices & buy - Discount - Find ...

short looks hair care
sexy hair care
sexy hair hair care
big sexy hair care

This store is rated:



Texture, 2.5 fl oz
**Short Sexy Hair**, Frenzy Bulked-Up Texture More

$98.00

Wilshire Wigs & Accessories
This store is not yet rated. Why?



CRUZ by Tony of Beverly
**Sexy short** wig with all-over piecey layers More

$261.00

wigs.com
the wig expert.
This store is not yet rated. Why?

Amore Wendy - Wigs
Wendy by Amore :: Wigs - This short textured "coif" is undeniably... More

$12.25

Trust 4 hair

This store is not yet rated. Why?

Short Sexy Hair Slept in Texture Creme 4.2oz
Sexy Hair **Short Sexy Hair** Slept in Texture Creme 4.2oz. Creates... More

$11.43

Trust 4 hair

This store is not yet rated. Why?

Short Sexy Hair Hard UP Hard Gel 5.1oz
**Short Sexy Hair** Hard UP Hard Gel 5.1oz. Extreme hold. Dries fast... More

$14.25

Trust 4 hair

This store is not yet rated. Why?

Short Sexy Hair Blow It Up Gel Foam 9oz
Sexy Hair **Short Sexy Hair** Blow It Up Gel Foam 9oz More

$13.75

Trust 4 hair

This store is not yet rated. Why?

Sexy Hair Short Sexy Frenzy Bulk-up Texture 2.5oz
Sexy HairShort Sexy Frenzy Bulk-up Texture 2.5oz. Use on Dry Hair... More

$39.50

Wilshire Wigs & Accessories

NANA by Bobbi Boss

**Sexy short wig with edgy all-over layers** More

This store is
not yet rated. Why?

PREMIERE by Forever Young
**Sexy short** wig with edgy layers  More

Wilshire Wigs &
Accessories

This store is
not yet rated. Why?

$40.00

WENDY by Amore Designer Series
**Short sexy** wig with long, angular fringe. Features a mono
to... More

Wilshire Wigs &
Accessories

This store is
not yet rated. Why?

$145.50

Jon Renau Fame - Wigs
Fame by Jon Renau :: Wigs - **Short**, flattering style with a
monofilament... More

wigs.com
the wig experts

This store is
not yet rated. Why?

$229.50

Jon Renau Feather - Wigs
Feather by Jon Renau :: Wigs - **Short**, flattering style with
a... More

wigs.com
the wig experts

This store is
not yet rated. Why?

$229.50

Recalculate

Shipping costs above are an estimate of UPS ground, or equivalent U.S. carrier, for ZIP code:

**Stores Selling Hair Care** (Sponsored Links)

**Find Your New Hair Style**
See and try on 1000s of different **hair** styles instantly! Join now.
www.dailymakeover.com

**People.com Hairstyles**
The Ultimate Guide to Hairstyles From People.com StyleWatch!
people.com/stylewatch

**Hair-Loss Treatment Info**
Review Treatment for Male Pattern **Hair** Loss-Get More Information.
hair-loss-medication.com

Short Sexy Hair Hair Hair Care - Health & Beauty Supplies - BizRate - Compare prices by ... Customer ...

## Popular Searches in Hair Care

Styles Short Hair, Short Hairs Cuts, Bumble Bumble, Haircolor Or Hair Color Or Hair Dye, Kerastase, Loreal, Layered Short Hair, Black Hair Weave Styles, Wen Hair Care, Hair New Style, Shampoo, Short Hairstyles Teens, Hair Extension, Funky Hair Style, Hair Highlights Blonde, Schwarzkopf, Hair Extensions, Hairstyles Medium Short Hair, Hairstyles Short Hair, Paul Mitchell, Aveda, More

BizRate is your resource for short sexy hair in Hair Care. Shop for Hair Care from top brands like Sexy Hair, Hairdo and Jon Renau Wigs. Find savings on short sexy hair in Hair Care when you sort by lowest price, brand, or store. Read customer reviews for Health & Beauty Supplies stores and leave a review of your own. Use BizRate's latest online shopping tools and features to get that hot product you want at a price you can afford. Buy Short Sexy Hair Shatter Separate and Hold 4.2 oz. and Sexy Hair Concepts Short Sexy Hair Hard Up Gel, 4.2 fl oz.

I'm shopping for short sexy hair    in   All Departments    [ Find It! ]

See the 2007 Circle of Excellence Winners!

Stores are responsible for providing BizRate with correct and current prices. Sales taxes and shipping costs are estimates; please check store for exact amounts. Product specifications are obtained from merchants or third parties. Although we make every effort to present accurate information, BizRate is not responsible for inaccuracies. We encourage you to notify us of any discrepancies by clicking here.

Store ratings and product reviews are submitted by online shoppers; they do not reflect our opinions and we have no responsibility for their content.

Home | Your account | Help | About BizRate | Privacy Policy | User Agreement | Jobs | Press
Merchant Login | Merchant Listings and Advertising | Ratings and Research | Affiliates
BizRate UK - Shopping | BizRate France - Acheter à prix discount | BizRate Germany - Preise vergleichen
BizRate Sitemap Index | BizRate Top Searches | BizRate Top Products | BizRate Store Ratings
Thank you for shopping online at BizRate

© 2008 Shopzilla, Inc. Shopzilla is a Scripps media company.

http://www.bizrate.com/haircare/products__keyword--short+sexy+hair.html

# FragranceNet.com

HOME

| WOMEN'S FRAGRANCES | MEN'S FRAGRANCES | GIFT SETS | SKINCARE | HAIRCARE | AROMATHERAPY | CANDLES |

help | order status | my account | **SHOPPING BAG**

> GO

Currency:

account search

> enter to win
$250 Shopping Spree

FREE SHIPPING
U.S. orders over $80

Enjoy No Payments for 90 Days with BillMeLater

Buy Fast. Feel Secure.

HACKER SAFE
TESTED 01-MAY
See orders over $80
Subject to credit approval. Details

**< back to haircare**

select a product below:

ABBA
AMERICAN CREW
AMPLIFY
ARTEC
AVEDA
BACK TO BASICS
BAIN DE TERRE
BED HEAD
BIOGENOL
BIOLAGE
BIOSILK
BUMBLE AND BUMBLE
CATWALK
CHI
COLOR SMART
CURL LIFE
GOLDWELL
GRAHAM WEBB

> IF YOU DON'T SEE IT,
REQUEST IT

>> Join Our Coupon List

>> Win $250 Shopping Spree

## HOT SEXY hair care by Sexy Hair Concepts

shampoo | conditioner | styling

Check the items you wish to purchase, then click

### shampoo

| Image | Description | | Price | Add |
|---|---|---|---|---|
| zoom/info | HIGHLIGHTS COLOR STABILIZING SHAMPOO 6.8 OZ OZ | | | |
| | item #146691 | | | |
| | In stock today | | | |
| | Free U.S. Shipping over $60 | | | |

• in stock today
• 100% genuine brand names

> ADD TO SHOPPING BAG

^ Back to Top

**Our Price:**
$7.59

Retail Price:
$7.96

HIGHLIGHTS HIGHLIGHTING

**Our Price:**

we also recommend:

**Similar Haircare Brands**
Wella
Graham Webb
Paul Mitchell Kids

Those who bought
**HOT SEXY** also bought

Bumble And Bumble

**conversions**

| oz | ml |
|---|---|
| 1.0 oz | 30 ml |
| 1.7 oz | 50 ml |
| 2.5 oz | 75 ml |
| 3.4 oz | 100 ml |
| 4.2 oz | 125 ml |
| 6.8 oz | 200 ml |
| 8.4 oz | 250 ml |

SHAMPOO 6.8 OZ OZ

$7.59

Item #146697

Retail Price:
$7.96

In stock today
Free U.S. Shipping over $60

zoom/info

Check items, then click    **> ADD TO SHOPPING BAG**

**Free Shipping**
orders over $60 -
U.S. only.

**conditioner**

| Image | Description | Price | Add |
|---|---|---|---|

HIGHLIGHTS WHEAT BLONDE
COLOR CONDITIONER 5.1 OZ

Item #146688

**Our Price:**
**$10.19**

Retail Price:
$11.96

In stock today
Free U.S. Shipping over $60

zoom/info

Check items, then click    **> ADD TO SHOPPING BAG**

» Back to Top

**styling**

| Image | Description | Price | Add |
|---|---|---|---|

HIGHLIGHTS BLUE HIGH DRAMA
GLITTER SPRAY FIRM HOLD 4.4
OZ

Item #146689

**Our Price:**
**$10.19**

Retail Price:
$11.96

In stock today
Free U.S. Shipping over $60

zoom/info

HIGHLIGHTS RED HIGH DRAMA
GLITTER SPRAY FIRM HOLD 4.4
OZ

Item #146695

**Our Price:**
**$10.19**

Retail Price:
$11.96

In stock today
Free U.S. Shipping over $60

zoom/info

Check items, then click    **> ADD TO SHOPPING BAG**

» Back to Top

If you don't see what you are looking for, REQUEST IT.

Women's Fragrances | Men's Fragrances | Gift Sets | SkinCare | Haircare | Aromatherapy | Candles

Contact | Help | Privacy | Order Status | My Account | Shopping Bag

About Us | Gift Certificates | Affiliate Program | Wholesale Information | Corporate Discount Program

100% Safe, Secure Shopping. 30 Day Money Back Guarantee.

 

## more about FragranceNet.com

Perfume at discount prices are just the beginning. FragranceNet.com was created to provide consumers worldwide with access to the largest inventory of genuine, brand name perfumes and fragrances, skincare, candles, haircare, aromatherapy and more at the lowest possible prices. We deliver your favorite perfume to your door step offering Free U.S. shipping for orders above $60. Discover what others say about their favorite perfumes. Women's perfumes, men's perfumes, discount perfumes, designer perfumes, celebrity perfumes and other products such as cologne, skin care products and hair care items. We only carry genuine brand name perfumes and colognes. Absolutely NO imitations or knock-offs. FragranceNet.com has been online since 1997.

Entire contents Copyright © 1997-2008 FragranceNet.com, Inc.

FragranceNet and FragranceNet.com are trademarks of FragranceNet.com, Inc.
All Rights Reserved.

# CUTNDRY.COM
## your one stop beauty shop™

Search [____] [Go]

**Haircare**
**Nailcare**
**Skincare**

Rene Furterer
Nioxin Hair Care
Nioxin Starter and Nioxin
Economy Kits
Pureology
Goldwell
American Crew
AG Hair Cosmetics
Alterna
Bio Tonic
Creative Scentsations
Deep Brilliance
Keracare Hair Care
KMS Hair Care
Murad Haircare
NailTek Nail Care
Nexxus
Osis Hair Care
Scented Candles
Sebastian
Sexy Hair Concepts
Hempz
Herbal Moisturizer
Wella Haircare

Hair Care ● Nail Care ● Skin Care ● Candles

[📦 Shopping Bag]

[▦] [Go!]

------ Online Product Lines ------





## alterna



**Alterna Haircare. Alterna's goal is to continually push the envelope by revealing the latest in haircare ingredients and technologies to shape the future of hair care... CLICK HERE to view the products.**

## kms hair care

**KMS Hair Care - Featuring Flat out. Smoothing products for all hair types. Inspired by fashion and informed by lifestyles. CLICK HERE to view the products.**

## unique style
**AG Hair Cosmetics - Style with**

[✉ E-MAIL TO A FRIEND]

Questions about our products, or if you want to make an appointment,

**CALL TODAY!**
**561-683-8071**

[ABOUT US]



**QUESTIONS?**

**Offline for the moment.** Leave a message.

Type your question here and click below...

[Send]

Live Chat by LivePerson

**FLAT RATE Shipping on every order!**

Now thru May 31st!
● $5.00 Flat rate
● No Order Minimum
● Same Day Shipping for instock items
● Applies to Standard Ground Shipping

**Questions?**
Click here to leave us a message





ScanAlert
**HACKER SAFE**
TESTED DAILY

**PayPal**

VISA  DISCOVER
MasterCard  AMEX  eCHECK

**View Shopping Cart**

**WoW!**
★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★
It's A Perfect 10!

**CLICK HERE to find out more!**

OUR SERVICES
OUR PRODUCTS
NEWSLETTER
CONTACT US



**NEXXUS**
Nexxus Hair Care

**Substance.** AG is dedicated to providing the ultimate in style through the performance of its unique product range.







**PUREOLOGY.**
serious colour care
Pureology

Featured Line
**nexxus**

**Nexxus Hair Care,** nature and earth united with science! featuring **Nexxuspheres**, 21st century technology with time-released nutrients!







**Bio•ionic**
Bio Ionic

Salon Exclusive...
**serie expert**

Professional formulas that dramatically improve hair quality. Reviving and Strengthening each hair fiber internally - at the molecular core, Optimizing the color process for beautiful, lasting color and Visibly conditioning hair for softness and shine








L'ORÉ

**American Crew**
American Crew

Thinning Hair?
**want results?**

**One in four** people has fine or thin-looking hair. Statistics show that by 2005, nearly 70 million Americans will have noticeably thin-looking hair. **NIOXIN is the most advanced, natural**





**NIOXIN**
RESEARCH LABORATORIES, INC



solution for fine or thin-looking hair! Click Here for info.





*HOT* New Products!

 

Nioxin
Loreal



SEBASTIAN COLLECTION
Sebastian Collection

LAMINATES
Sebastian Laminates

 

Sebastian Shaperbastian Xtah



sexyhairconcepts

# CutnDry.com

## Giving our all in the ongoing quest to help you eliminate bad hair days!

**To get your hair and keep your hair looking great, your first step will be to decide which hair care brand works best for your hair. We are all different, and no one manufacturer of hair care products works for everyone. Our recommended hair care lines have been carefully scrutinized for performance and reliability.**

**Click Here for a complete list of our represented product lines.**

*At CutnDry.com we carry the most important product lines. Here you will be able to find the one that is right for you!*

DISCLAIMER: The manufacturers and distributors of the products being offered for sale are the sole owners of their registered trademarks and copyrights. CutnDry.com in NO way represents itself to be affiliated with any of the manufacturers or licensed distributors of the products for sale on our web site. CutNDry.com provides access to professional hair care products via our web site to individuals who do

5/1/2008



not have access to a local retail salon. Our Internet clientele is free to contact us at any time for product recommendations or questions about products listed for sale on our web site at 1-561-683-8071 or toll free at 1-888-344-8484. Thank your for your business.

**Subscribe to our FREE Newsletter.**
Enter your e-mail address:

⦿ subscribe  ○ unsubscribe

[ Submit ]

Home | About | Products | Candles | Special Offers | Newsletter
Rene Furterer | Goldwell | Wella | American Crew | Murad | NailTek
Keracare | KMS | AG Hair Cosmetics | Creative Scentsations | Nexxus
Osis | Sexy Hair Concepts | Sebastian | Nioxin | Alterna
Bio Ionic | Deep Brilliance | Pureology | Free Newsletter | Newsletter Archives
Favorite Links | Contact Us | Shipping & Policies | Print Order Form

**Copyright © 2008 CutNDry.com. All rights reserved.**


Is Your Child Happy In School?
If Not, There Is An Alternative
K12 e-Schools ▶

Home / Fashion / Beauty / Volante / Living / News
Community > Insider / Forum

Shop
Email Updates
Advertise
Contact us
Subscribe

Search



lucire




PINK
THOMAS PINK
JERMYN STREET LONDON
Shop Online

Jim Morrison

beauty: hair

# THE
# REVOLUTIONARY

Jim Morrison could be said to have revolutionized his corner of the beauty industry, writes **Summer Rayne Oakes**

From issue 21 of *Lucire*

IN HIS 24 YEARS in the industry, Jim Morrison hasn't skipped a beat. Just like the iconic rock star who he shares his name with, Morrison is a legend. With eight years as President of L'Oréal US, manager of several celebrity product lines, and now CEO of Big Sexy Hair, Jim is arguably one of the best beauty brand strategists in the business. From hair to skin care, Morrison has brought us many of the products that we have come to not only love, but swear by. In person, Jim Morrison is as debonair as they come. His sophisticated nature, however, is matched by his down-to-earth, charismatic disposition and





Katherine McPhee, Big Sexy Hair's signature face, tries on jewellery on the *Crown Princess*.



'A lot of people are saying, "We've come to the end of the whole celebrity–personal care run. It's saturated." I say, "Nonsense." As long as there is someone who evokes real emotion in people and as long as a company can match that person with a product that's really

common sense—qualities that have undoubtedly helped with his unequivocal success in the industry.

**Talk about a record career. When did it start?**
I've been in the beauty industry, officially, for 24 years, which seems impossible to me since I feel like it started yesterday.

**You jump-started L'Oréal US when you were there. Can you talk about that?**
L'Oréal was a major part of my résumé. I spent eight years there as President (1992–December 2000). During that time, we bought Redken, Maybelline, Kiehl's, Soft Sheen, Matrix, Johnson, and Carson. I was responsible for every aspect of the Redken acquisition, which has turned out to be the most successful acquisition in the Beauty business.

**What did you begin working on after L'Oréal?**
After L'Oréal, I honestly thought I would do something radically different, but I became involved with several different Hollywood celebrities and really got intrigued with the whole "celebrity–personal care" connection. I was personally responsible for the Phat Farm–Baby Phat–Coty deal and did work for Britney Spears and Brooke Shields. I even started a company with Olympic gold medal winner Amanda Beard, to launch a line of hair care and sun care products.

**Is it imperative to have well-known people associated with the brand to ensure success?**
Today, the key components to success in personal care are "aspiration" and "emotional change." We use celebrities to define the aura of a brand and try to personify it in products. That celebrity needs to be someone who women aspire to being like or living like. But … aspiration isn't enough. The products have to be exceptional. Not mediocre. If that product (perfume, shampoo, hair colour, skin care product) is amazing and can really lift a woman



awesome, why would it end?'

up (emotionally) then you have the recipe for something truly extraordinary. A lot of people are saying, 'We've come to the end of the whole celebrity–personal care run. It's saturated.' I say, 'Nonsense.' As long as there is someone who evokes real emotion in people and as long as a company can match that person with a product that's really awesome, why would it end?!

**You're with Big Sexy Hair now. What made you make that move?**
I got involved as a partner at Sexy Hair in March, for several reasons, mainly because it was a super-cool company with a great young image, but also because I really respected the founder, Michael O'Rourke, who dreamed up Sexy Hair and is a true hair-genius, [and] it gave me a chance to really do my own thing. No board of directors in France, no one telling me what not to do. So far it's been incredible.

**Katharine McPhee is the new spokesperson for Big Sexy Hair. How did you come to choose her?**
I saw Katharine McPhee when there were about 12 contestants left on *American Idol*. She blew me away. I loved her grace, her style, her poise, her voice and her hair! I wanted her to be the face of Sexy Hair because she represented everything that I had in my head for the brand: youth, beauty, talent, class, a young sophistication, and sexiness. It was really a rush when I found out that she and her mother had been using Sexy Hair products for six or seven years!

**What is your vision for Sexy Hair?**
Sexy Hair has a chance to be one of those once-in-a-lifetime stories; like an Aveda or a Paul Mitchell or even a Redken: an idea that becomes reality and truly has an influence on an industry. It can become "an emotional brand" and can become an "evolutionary company" in the personal care industry. The sky is truly the limit!

**You bring a lot of expertise and momentum. What is your personal philosophy in building a brand?**

When I come into a company or manage a brand, I bring a very simple philosophy, and that is 'Our job is to make people feel better about themselves.' Personally, professionally however you want to internalize it, we win if we make people feel great. So now think about how simple it becomes to develop a mission or a business strategy. It's really clear whether you're succeeding or not; you just need to see those smiles on your customers' faces. Then, when you talk about "job satisfaction", what could be more rewarding than being a walking, talking breath of fresh air, an emotional lift? •

**Related articles**

Welcome to Miami
Oribe Canales is the star hairdresser who has been credited as one of the creators of the supermodels *by Vivian Galtier Kelly*
*From issue 14 of Lucire*

Napoleon solo
An exclusive interview with Napoleon Perdis, the Australian behind the world-famous cosmetics' range that bears his name *by Jack Yan*
*Excerpted from the August 2005 print edition of Lucire*



Copyright ©1997–2007 by JY&A Media, a division of Jack Yan & Associates. All rights reserved.

5/1/2008

See latest newsletter   Sign up for the free mySimon newsletter   Site Map | Help

Shopping news. Product reviews. Delivered weekly.

mySimon
NEWSLETTER

FREE
mySimon
NEWSLETTER

# mySimon

Computers | Electronics | Gaming | Home | Clothing | Babies & Kids | Entertainment | Sports | Jewelry | Health & Beauty | More

Search    All Categories    GO

MOTHER'S DAY GIFTS  UNDER $50 >  UNDER $100 >  SPLURGE >

Home > Health and Beauty > Personal Care

Filters Selected:
> Hair Care
$10 - $20   Delete all

Sort by:
Best Matches
Lowest Price
Product rating

Styling Product Type:
Hair Mousses (1175)
Hairsprays and Spritzes
(1094)
Hair Gels (1502)
Pomades and Waxes (419)
Texturizers (170)
More +

Styling Tool Type:
Brushes (897)
Hair Dryers (236)
Curling Irons (251)
Combs (201)
Straightening and Flat Irons
(155)
More +

Brand:
Redken (514)
Tigi (445)
Sexy Hair (406)
L'Oreal (522)
American Crew (231)
More +

Or Sort by:
Gender or Age
Hair Care Type
Hair Color Type



Sonicare Sonicare
Hx6012/82 Repl. Brush
Rating: Not yet rated

Goodmans $20.69
Cetral City $32.69
Herbs Care Pharmacy
$37.19

See More Prices
$17 - $39
from 5 stores



Conair Tc607xc Cordless
Ceramic 1 Straightener
Rating: Not yet rated

Goodmans $14.99
Amazon $11.50
Amazon $11.00

See More Prices
$11 - $24
from 2 stores



Hot Tools Professional
Flat Iron
Rating: 10 (1 review)

Falcs Beauty Supply
$15.99
Salons Plus Beauty Supply
$21.99

See More Prices
$17 - $22
from 4 stores



Sexy Hair Concepts Play
Dirty Wax Master Dry
Rating: Not yet rated

Goddess Within $13.57
Amazon $13.95
Amazon $15.50

See More Prices
$14 - $23
from 2 stores

Remington H1012 Travel
10 Pcs Hair Rollers
Rating: (1 review)

Amazon $17.95
Amazon $16.46
Amazon $19.95

See More Prices
$14 - $23
from 2 stores

sponsored by:  Buy Now &
Heal Now at Your
GNC Card...



| Fragrance.Com 333.50 | AmericaRx.com Nexus | 11195 | Amazon $6.49 | internationale 510.58 |
|---|---|---|---|---|
| Amazon $14.65 | Shop $10.38 | Feira Beauty Supply | Amazon $9.34 | ViaPlan.com 510.38 |
| | Amazon $13.50 | $12.00 | | Wanna Shoppe $13.95 |
| See More Prices | See More Prices | See More Prices | See More Prices | See More Prices |
| $15 - $29 | $14 - $27 | $12 - $48 | $6 - $17 | $9 - $16 |
| from 4 stores | from 4 stores | from 2 stores | from 3 stores | from 7 stores |

Page 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 .. 50  <  >

(About)

**Sponsored Links**

**HAIR CARE**
World leader in botanical beauty. Free shipping on orders over $30.
yvesrocherusa.com

**EXTENSIONS/LACE WIGS/IL**
Fusion/Weaving/We Ship Anywhere Chicago For NW Suburb/S Wisconsin
divastrandsofstyle.com

**HAIR CARE PRODUCTS**
Try the John Frieda§ Collection for Richer, Silkier Locks You'll Love.
www.johnfrieda.com

**BELLA BELLA SALON**
Full Service Hair Salon Color and Style Enhancements
bellabellasalon

**ORGANIC HAIR CARE**
We Offer Products With Organic Ingredients For Healthy Hair.
www.naturalorganichaircare.com

Please note: Prices are provided by individual stores. Please alert us to any pricing discrepancies and we will alert the stores.
Report a product or pricing error

**Related Search Terms**

All Personal Care Features
Personal Care Top Searches

# Beauty supply hair care products

Its a 10 Hair Mask, ABBA, Abba Pure Skin, All Nutrient, Alterna, Altobella, American Crew, Big Sexy Hair, BioElements, BioElements Alphabetical list, Biogenol, Bodyography, Bodyography - Mineral MakeUp, Bonacure, By-Framesi, California Concepts, Color Mark, Curly Sexy Hair, salon quality-->Dog Shampoo, EC Mode-Hair, EC Mode-Skin, FootLogix, Framesi, Healthy Sexy Hair, Jingles, John Paul Pet Shampoo, Langé-Hair, Langé-Skin, Lanza, Lanza Be Long, Malibu 2000, marc daniels, Moisture Block, NanoWorks, Nexxus, Nexxus Phyto Organics, Nexxus Vita Tress, Nioxin, Onesta, Options, OSIS, Panthenol 5%, Paul Brown, Paul Mitchell, paul mitchell dog shampoo, salon quality-->Pet Shampoo, Phyto Organic, PureOlogy, Proxen, Pure Volume, Repéchage-SkinCare, Robanda, Roffler, Rusk, Segino, Sexy Hair, Shine In, Schwarzkopf, Shine In, Short Sexy Hair, Silky Sexy Hair, Sonma, Sorbie, Straight Sexy Hair, Sukesha, Ten, Vita Tress, & VITÉ 20

**click here to place International Orders and pick your shipping**

To Bookmark this page please press control D (control + d)
Our Goal: to ship your order on the same business day

To Order: Click on yor product  link at top of page

# HairProducts4me.com

| Rush Order, Air Order , Email Help   |  Enter Here  |

| How To Order | Privacy Policy | FAQ | Legal Notice | Return Policy | Cancelled Orders | Site Map | Shipping Information | Email

Copyright © 1997- 2005 All Rights Reserved



*Original Graphics & background*

Read About Hair Care: ABBA | Alterna | Biogenol | EC Mode | Framesi | Hard Water | Jingles | Lange-Hair | Lange-Skin | Lanza | Malibu 2000 | Nexxus | Panthenol | Paul Brown | PureOlogy | Proxen | Roffler | Shine In | Sorbie | Home | Framesi Hair Color | Beauty Salon Hair Supplies |

# To Order: Click on link (ie product line name) at top of page

# Skin Care: SkinCare4me | Abba Pure Skin | Age-Spots | Athlets Foot | Dry Skin | Eczema | Liver Spots | Rosacea | Tea Tree Oil | Anti-Aging Skin Care | Antioxidants Skin Care Products

# Hair Problems: | How to repair dry brittle hair and spit ends | Chlorine hair damage repair | Repair of permed damaged hair | Emergency hair repair treatment | Pro-vitamin E instant hair repair | Dry Hair | Pureology Reviews |

*Disclaimer: The manufacturers and distributors of the products being offered for sale are the owners of their registered trademarks, trade names and copyrights. HairProducts4me.com is not related to, nor affiliated with, any of the owners, manufacturers or wholesale distributors, of the products and brand names being offered for sale.*

HairProductsToGo   HairProducts4me.com   SkinCare4me   SkinCare4me   Sexy Hair   Anti Aging Skin Care
Schwarzkopf Hair Products   Roffler   Roffler Hair Products   Natural Hair Care   Natural Hair Care
Pure Volume Hair Care Products 4me   Pureology Hair Care   Paul Brown Hawaii   Framesi   Antioxidants Skin Care Products
Framesi Biogenol
Biogenol   Alterna Hair Products   Pureology Shampoo   ABBA Hair Products   Hard Water Well Water   SiteMap

HairProducts4me

5/1/2008

# *Bel Air*
## *Beauty Supply*

Select a Brand    Select Product Type

**FREE SHIPPING** - on order over $100 (Domestic Orders)

Home    Hair Care    Skin Care    Accessories    Brands    Categories    Site Map    View Cart

Search

🛒 SHOPPING CART

## Wild Sexy Hair

# Wild Sexy Hair Products

### Wild Sexy Hair - **Gel**


**MetalHead Metallic Holding Gel-Chrome(Silver)**
Work in, Wash out. Damp or Dry Hair.
-- Available Sizes --
2.1 oz. Currently out of Stock
2.1 oz.   $9.00


**MetalHead Metallic Holding Gel-Crimson(Red)**
Work in, Wash out. Damp or Dry Hair.
-- Available Sizes --
2.1 oz.   $9.00

**MetalHead Metallic Holding Gel-Chrome- Emerald(Green)**
Work in, Wash out. Damp or Dry Hair.
-- Available Sizes --
2.1 oz.   $9.00


**MetalHead Metallic Holding Gel-Indigo(Blue)**
Work in, Wash out. Damp or Dry Hair.
-- Available Sizes --
2.1 oz.   $9.00

**MetalHead Metallic Holding Gel-Copper(Orange)**
Work in, Wash out. Damp or Dry Hair.
-- Available Sizes --
2.1 oz.   $9.00




**MetalHead Metallic Holding Gel-Purple**
Work in, Wash out. Damp or Dry Hair.
-- Available Sizes --
2.1 oz.   $9.00

### Wild Sexy Hair - **Styling**

**Flashy 3-D Shine Gloss**

**Unshakeable Firm Holding Fixative**


**Untamed Whipped Wax**

Delivers a super, high shine without being greasy. Creates multi-dimension styles with a lightweight hold. Leaves hair soft, manageable and ready for the spotlight. Use on dry hair.
-- Available Sizes --
1.7 oz. Currently out of Stock
1.7 oz.    $14.30

Is a non-aerosal Hard holding spray! Dries super fast. Details and finishes the hair. Delivers an extremely firm hold that you just can't shake. Use on dry hair.
-- Available Sizes --
4.2 oz. Currently out of Stock
4.2 oz.    $13.80

Controls like a wax with the ease of a foam dispenser. Delivers a medium hold and never weighs hair down. Gives hair that untamed, wild look with extra dimension and texture. Use on wet or dry hair.
-- Available Sizes --
4.2 oz. Currently out of Stock
4.2 oz.    $16.50

from: http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=30&sa=N




About BelAir Beauty          Contact US          Beauty products          Links

**Bel Air Beauty Supply • 9618 W. Pico Blvd #503 • Los Angeles, CA 90035 • (310)271-4610 • (800)974-2228**

Content Copyright © 2002,2005 belairbeauty.com • Shopping Cart Copyright © 2002,2005 artsci.net

5/1/2008 2:59:22 PM    •    Site Design: artsci.net

http://www.belairbeauty.com/brands/Wild-Sexy-Hair/

5/1/2008

# Bel Air
## Beauty Supply

Home | Hair Care | Skin Care | Accessories | Brands | Categories | Site Map | View Cart

Select a Brand | Select Product Type

**FREE SHIPPING** - on order over $100 (Domestic Orders)

Search

SHOPPING CART

## Straight Sexy Hair

Straight Sexy Hair, more than a straightening system. The line utilizes the industry's newest and latest ingredients that condition, protect and give control. This is the first ever aerated straightening system that delivers uniform application from scalp to ends, without the mess. A mixture of Proteins and Panthenol are combined to help relax curls and strengthen the hair to keep it straight.

# Straight Sexy Hair Products

Straight Sexy Hair - **Balm**



**Power Straight Straightening Balm**
Straightens extra-curly hair.
Eliminates frizz. Weightless feel.
Never greasy.
-- Available Sizes --

## Straight Sexy Hair - Conditioner

3.4 oz  $14.30
5.1 oz  $17.00



**Straight Conditioner**
Helps eliminate frizz and tames the waves.
-- Available Sizes --
10 oz.  $10.00
33.8 oz  $17.50

## Straight Sexy Hair - Shampoo



**Straight Shampoo**
Replenish moisture and helps mend split ends.
-- Available Sizes --
8.5 oz  $7.80
33.8 oz  $17.50

## Straight Sexy Hair - Spray

# Straight Sexy Hair - **Styling**



**Smooth & Seal Aerated Anti-Frizz Spray**
Locks out moisture and keeps your hair straight.
-- Available Sizes --
8.8 oz   $16.70



**Darn Straight Straightening & Polishing Lotion**
Apply to damp hair from roots to ends then blow dry for beautiful, straight, shiny hair.
-- Available Sizes --
6.8 oz.   $20.00

**Straight Aero Straightening Spray**
Temporarily straightens unruly curls and waves.
-- Available Sizes --
8.8 oz   $16.70





**Shine On Polishing Gloss**
Smoothes frizz. *Locks out humidity
*Weightless shine
-- Available Sizes --
3.4 oz Currently out of Stock
3.4 oz   $14.30

from: http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=30&sa=N

About BelAir Beauty     Contact US     Beauty products     Links

**Bel Air Beauty Supply • 9618 W. Pico Blvd #503 • Los Angeles, CA 90035 • (310)271-4610 • (800)974-2228**

Content Copyright © 2002,2005 belairbeauty.com • Shopping Cart Copyright © 2002,2005 artsci.net

5/1/2008 3:00:05 PM   •   Site Design: artsci.net

* Save Now! Coupon Code: 4382 for an **Extra 10% off** *

# beautydeals.net



View Bag | Checkout | Track Order | Account Login | Help

Items: 0    Total: $0.00

HACKER SAFE
TESTED 01-MAY

Hair Care | Skin Care | Tools | Hand & Foot | Hair Color | Bath | Cosmetics | Hair Removal | Mirrors | Hair Accessories | Sun Care | Brushes

Hot Sellers | Extra Discounts | Free Shipping Offer | As Seen In... | Our Picks | Policies | Contact Us

Misc

★

**Try us out! $2 off your first order with coupon code:** ★

Sexy Hair Concepts    [Search] Go    Select Product Type: 258    (<<)

(>>)

**Keyword/SKU Search:**

◉ Match All  ○ Match Any

[Search]

**Shop Navigation:**

Shop Home
> Hair Care
> > Sexy Hair Concepts



Sexy Hair Concepts

Specifically designed with innovative ingredients to create and support the style you want whether you want Healthy, Big, Short, Straight, or Curly Sexy Hair.

Select Product Type  [ ] Go    Select Product Need  [ ] Go





**Big Sexy Hair Big Volume Conditioner 10.1oz**

Maintains moisture and detangles without adding weight.

**More Info and Related products. . .**

**Retail Price:** ~~$11.99~~
**Your Cost:** $10.19


[Add to Bag]

**Big Sexy Hair Big Volume Shampoo 10.1 oz**

Moisturizes and increases the hair's diameter. For Maximum Fullness Protects Color.

More Info and Related products. . .

**Retail Price:** ~~$10.99~~
**Your Cost:** $9.34



Add to Bag

**Big Sexy Hair Blow Dry Volumizing Gel 8.5oz**

Incredible volume - Adds moisture and shine - Weightless.

More Info and Related products. . .

**Retail Price:** ~~$13.99~~
**Your Cost:** $11.89



Add to Bag

**Big Sexy Hair Root Pump Plus 10oz**

Humidity resistant volumizing spray mousse. Pump up big volume in fine and medium hold. Delivers medium hold. Supports hair at the root.

More Info and Related products. . .

**Retail Price:** ~~$17.99~~
**Your Cost:** $15.29



Add to Bag

**Big Sexy Hair Root Pump Spray Mousse 10.6oz**

Pumps up the root giving the hair volume

More Info and Related products. . .







**Retail Price:** ~~$15.99~~
**Your Cost:** $13.59




Add to Bag

---

### Big Sexy Hair What A Tease 4.4oz

Backcomb in a Bottle Spray on a boost of volume whenever a teased look is desired.

More Info and Related products...

**Retail Price:** ~~$19.99~~
**Your Cost:** $17.99



Add to Bag

---

### Big Sexy Hairspray 10.6oz (CA Formula)

To make sure your big Do really holds up big through the whole Night!

More Info and Related products...

**Retail Price:** ~~$15.99~~
**Your Cost:** $13.59



Add to Bag

---

### Big Sexy Hairspray and Play Harder 10oz

Spray and Play Firm Volumizing Hairspray, delivers firm, full flexible hold. Creates great shine. Seals out humidity.

More Info and Related products...





5/1/2008



Retail Price: ~~$16.99~~
**Your Cost: $14.44**

[Add to Bag]

### Color Me Sexy Leave-In Conditioner 8oz

Sulfate-Free ColorSet is guaranteed to help hair color las longer and remain brilliant and vibrant. ColorSet Leave-In Conditioner detangles and conditions hair while providing thermal protection.

More Info and Related products. . .




Retail Price: ~~$16.99~~
**Your Cost: $14.44**

[Add to Bag]

### Color Me Sexy Moisturizing Conditioner 10oz

ColorSet is formulated with UV protectants and conditioning agents protecting hair and maximizing color retention. Sulfate-Free ColorSet is guaranteed to help hair color las longer and remain brilliant and vibrant.

More Info and Related products. . .




Retail Price: ~~$19.99~~
**Your Cost: $16.99**

[Add to Bag]

### Color Me Sexy Moisturizing Shampoo 10oz

ColorSet is formulated with UV protectants and conditioning agents

protecting hair and maximizing color retention. Sulfate-Free ColorSet is guaranteed to help hair color las longer and remain brilliant and vibrant.

More Info and Related products. . .

**Retail Price:** ~~$18.99~~
**Your Cost:** $16.14

Add to Bag



### Color Me Sexy Moisturizing Treatment 8oz

Sulfate-Free ColorSet is guaranteed to help hair color las longer and remain brilliant and vibrant. ColorSet Treatment adds tremenduous moisture and shine protects from damage.

More Info and Related products. . .

**Retail Price:** ~~$26.99~~
**Your Cost:** $22.94

Add to Bag



### Color Me Sexy Volumizing Conditioner 10oz

ColorSet is formulated with UV protectants and conditioning agents protecting hair and maximizing color retention. Sulfate-Free ColorSet is guaranteed to help hair color las longer and remain brilliant and vibrant.

More Info and Related products. . .

**Retail Price:** ~~$19.99~~
**Your Cost:** $16.99

Add to Bag



### Color Me Sexy Volumizing Shampoo 10oz

ColorSet is formulated with UV protectants and conditioning agents

protecting hair and maximizing color retention. Sulfate-Free ColorSet is guaranteed to help hair color fas longer and remain brilliant and vibrant.

More Info and Related products. . .

**Retail Price:** ~~$10.99~~
**Your Cost:** $16.14





**Curly Sexy Hair Conditioner 10oz**

So you want fallen angel curls - seductive, saucy and downright WICKED. Want to make more of them? Whether they're rollered, natural or permed, our products add strength and support to thier shape; moisturising, softening properties for shine - and guaranteed must-touch-'em appeal.Contains quinoa and soy protein to support curls, chamomile to control frizz, plus aloe vera and passionfruit to detangle and add shine

More Info and Related products. . .

**Retail Price:** ~~$13.99~~
**Your Cost:** $11.89



**Curly Sexy Hair Curl Power 8.5oz**

Spray into and over damp hair. Scrunch with hands and use a diffuser to enhance curls.

More Info and Related products. . .

**Retail Price:** ~~$14.99~~
**Your Cost:** $12.74



5/1/2008

### Curly Sexy Hair Curl Reactivator 8.5oz

Curl Reactivator,For curly hair it doesn t get much better than this... a light holding formula that instantly reshapes dull curls and gives them extra bounce and definition.

*More Info and Related products...*

**Retail Price:** ~~$15.99~~
**Your Cost:** $13.59

Add to Bag

### Curly Sexy Hair Curling Creme (Medium to Thick Hair) 5.1oz

Curling Creme (Medium To Thick Hair),to control frizz and give extra definition and shape, while providing long lasting hold to unruly curls.

*More Info and Related products...*

**Retail Price:** ~~$14.99~~
**Your Cost:** $12.74

Add to Bag

### Curly Sexy Hair Shampoo 10oz




So you want fallen angel curls - seductive, saucy and downright WICKED. Want to make more of them? Whether they're rollered,natural or permed, our products add strength and support to thier shape; moisturising, softening properties for shine - and guaranteed must-touch-'em appeal.It won't dry your hair out or make it crispy. Contains quinoa and soy protein to support curls, panthenol to condition and moisturise, plus passionfruit and ginseng to detangle, shine and energize.

More Info and Related products. . .

**Retail Price:** $~~12.99~~
**Your Cost:** $11.04




### Healthy Sexy Hair Chocolate Soymilk Shampoo 13.5oz

Detangles hair and helps reduce frizz. Provides shin, solfness, frizz control and color protection. Great for all hair types. Sulfate free. Chocolate scented

More Info and Related products. . .

**Retail Price:** $~~15.99~~
**Your Cost:** $13.59



### Healthy Sexy Hair Pumpkin Dextoxifying Shampoo 10oz

As a natural hair therapy, Pumpkin Enzymes contain Beta Carotene and Vitamins which combat oxidation and free-radical damage, a combination of Pumpkin Enzymes and Soy Protein provide the highest source of antioxidants to gently cleanse and detoxify the hair. Great for all hair types and everyday use.

More Info and Related products. . .

**Retail Price:** $~~14.99~~
**Your Cost:** $12.74






### Healthy Sexy Hair Pumpkin Enzyme Therapy Mist 8oz

Wearable Leave In Therapy Mist that also cross functions as a styling spray. Pumpkin Enzymes help stimulate circulation, promote healing and provide nourishment to hair. Provides thermal protection, also helps give body and lift to hair. Great for all hair types and everyday use, especially beneficial to fine, thin hair.

More Info and Related products. . .

**Retail Price:** $14.99
**Your Cost:** $12.74



### Healthy Sexy Hair Pumpkin Potion Leave In Conditioner with Ginger Root 10oz

Concentrated Leave In Conditioner with a combination of Pumpkin Enzymes and Ginger Root plus Safflower and Jojoba Seed Oil. Revitalizes dry, brittle damaged and over processed hair. Helps mend split ends, minimize frizz and imparts body into limp lifeless hair. Great for all hair types and everyday use, especially beneficial to dry, brittle, overprocessed and damaged hair.

More Info and Related products. . .

**Retail Price:** $17.99
**Your Cost:** $15.29



### Healthy Sexy Hair Pumpkin Puree Treatment Masque 8.5oz

Contains highly concentrated moisturizing Pumpkin Fatty Acids, Aloe, Wheat and Soy Proteins that increase the moisture content and condition of hair. Also contains Panthenol that penetrates the hair to help prevent damage and add shine. Great for all hair types and everyday use, especially beneficial to dry, brittle, overprocessed and damaged hair.

More Info and Related products. . .

**Retail Price:** ~~$24.99~~
**Your Cost: $21.24**




Add to Bag

### Healthy Sexy Hair Pumpkin Rehydrating Shampoo 10oz

Contains moisturizing Pumpkin Fatty Acids that increase the moisture content in hair and improves condition of hair. Also contains Panthenol that penetrates the hair to help prevent damage and add shine. Great for all hair types and everyday use, especially beneficial to dry, brittle, overprocesssed and damaged hair.

More Info and Related products. . .

**Retail Price:** ~~$15.99~~
**Your Cost: $13.59**



Add to Bag

Jump To    Page #1    of 2                    Next ->

Shipping  |  Returns  |  Privacy  |  Contact Us  |  Rebates  |  Affiliates  |  Legal  |  Logout

▶ Subscribe to our email club ✉

Sign up

Copyright ©2008
sitemap

* Save Now! Coupon Code: 4382 for an **Extra 10% off** *



# Eva Beauty

home   your account   skin care   hair care   shopping cart   return policy   shipping information   contact us

HACKER SAFE
TESTED DAILY 01-MAY

## Healthy Sexy Hair Care Products

The first complete Soy-based hair care line in the professional beauty industry. Soy has incredible health benefits and is poised as the fuel of the future for the body and hair. These products contain special Soy blends allowing proteins to penetrate hair more easily to deliver ultimate strength to the hair.

Click here for PRICES or to PURCHASE. - Click here for PRICES Sorted Alphabetically

# Healthy Sexy Hair Products

## Anti Frizz & Straightening

**Soy Smoothie Bodifying Lotion**
Soy Smoothie Bodifying Lotion, Temporarily straightens hair. Smoothes frizz. Strengthens and protects hair while styling.

6.8 oz  $14.50                                          Quantity: 1          [ Order ]

## Conditioner

**Pumpkin Puree Treatment Masque**
Contains highly concentrated moisturizing Pumpkin Fatty Acids, Aloe, Wheat and Soy Proteins that increase the moisture content and condition of hair. Also contains Panthenol that penetrates the hair to help prevent damage and add shine. Great for all...more

8.5 $27.50          Quantity: 1          [ Order ]

**Soy Milk Conditioner**
Healing and soothing nourishment for the hair. Replaces amino acids and moisture in the hair to strengthen and hydrate. Leaves the hair soft, full and manageable. Protects hair from the sun. Can be used daily.

13.5 oz  $15.50    Quantity: 1          [ Order ]