# Leave In Conditioner



**Soy Tri-Wheat Leave-in Conditioner**
Nutritious protection for the hair. This strengthening combination of Soy and Tri-Wheat proteins defend the hair against the sun and environment. Leaves hair incredibly soft and tangle free. Can be used daily.

8.5 oz  $16.50     Quantity: 1     Order

# Shampoo



**Pumpkin Enzyme Therapy Mist**
Wearable Leave In Therapy Mist that also cross functions as a styling spray. Pumpkin Enzymes help stimulate circulation, promote healing and provide nourishment to hair. Provides thermal protection, also helps give body and lift to hair. Great for al...more

8 oz  $16.50     Quantity: 1     Order

### Pumpkin Rehydrating Shampoo

Contains moisturizing Pumpkin Fatty Acids that increase the moisture content in hair and improves condition of hair. Also contains Panthenol that penetrates the hair to help prevent damage and add shine. Great for all hair types and everyday use, esp...more



10 oz
$17.50   Quantity: 1   Order

### Soy Milk Shampoo

A nourishing cleanser. This Soy blend penetrates and feeds the hair nourishment while it cleanses. Restores the hairs lost emollients, pliability and sheen. This gentle shampoo helps prevent color loss while it strengthens the hair. Can be used daily...more

13.5 oz
$13.00   Quantity: 1   Order

### Pumpkin Detoxifying Shampoo

As a natural hair therapy, Pumpkin Enzymes contain Beta Carotene and Vitamins which combat oxidation and free-radical damage, a combination of Pumpkin Enzymes and Soy Protein provide the highest source of antioxidants to gently cleanse and detoxify t...more

8 oz
$16.50   Quantity: 1   Order

### Soy Milk Shampoo

A nourishing cleanser. This Soy blend penetrates and feeds the hair nourishment while it cleanses. Restores the hairs lost emollients, pliability and sheen. This gentle shampoo helps prevent color loss while it strengthens the hair. Can be used daily...more

13.5 oz
$13.00   Quantity: 1   Order

## Styling

### Pumpkin Whipped Soufflé Styling Crème

Light holding styling crème when applied throughout damp hair and can also be used as a perfect finishing coat when applied to any dry hair style. Provides shine and helps reduce frizz. Great for all hair

### Soy Paste Texture Pomade

This non greasy, soy based texture pomade delivers a firm, pliable hold while giving ultimate texture, separation and moldability. Its unique Soy botanical blend strengthens the hair shaft and keeps hair moisturized and conditioned as it

styles. Neve...more

types and everyday use.

Quantity: 1

1.8 oz
$15.50

[Order]

4 oz
$19.75

Quantity: 1

[Order]

**Soy Sculpting and Braiding Clay**
Soy Sculpting and Braiding Clay -
For sculpting and hold, this product
has it

1.8 oz
$14.50

Quantity: 1

[Order]

We accept all major credit cards on our secure online store



QUESTIONS/COMMENTS E-MAIL US

Copyright 2001 All Rights Reserved

*5/1/2008 3:33:31 PM*

ebY®

Sign in or register

Categories ▼   Motors   Express   Stores

Welcome to eBay!
Find more items similar to: Lot 2 Healthy Sexy Hair Soya Want Full Hair Hair Spray
See all items in: Hair Care > Gel, Mousse & Spray

Listed in category: Health & Beauty > Hair Care > Gel, Mousse & Spray

## Lot 2 Healthy Sexy Hair Soya Want Full Hair Hair Spray

Seller of this item? Sign in for your status

View larger picture

| | |
|---|---|
| Starting bid: | US $9.99 |
| | Place Bid > |
| Your maximum bid: | US $ |
| | (Enter US $9.99 or more) |
| =Buy It Now= price: | US $12.99 |
| | Buy It Now > |
| End time: | 19 hours 24 mins |
| | (May-02-08 10:57:53 PDT) |
| Shipping costs: | US $5.50 |
| | US Postal Service Priority Mail® |
| | Service to United States |
| | (more services) |
| Ships to: | Worldwide |
| Item location: | Bayport, New York, United States |
| Quantity: | 1 lot available (2 items each) |
| Cost per item: | US $5.00 each (Not sold individually) |

Need help?
Take a tour to learn more

Item number: 360046552612

Watch this item in My eBay

### Meet the seller

Seller:  justinsmomo ( 28515 ☆) ⚡Power Seller
Feedback: 99.8% Positive
Member:  since Oct-25-01 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  🖼 Crystal Cares Cosmetics

### Buy safely

1. Check the seller's reputation
   Score: 28515 | 99.8% Positive
   See detailed feedback

2. Check how you're protected

   PayPal Up to $2,000 in buyer protection. See eligibility

History: 0 bids

You can also: Watch This Item
Get mobile or IM alerts | Email to a friend

Listing and payment details: Show

## Description

*Item Specifics - Item Condition*
Condition: New

# Crystal Cares Cosmetics



Visit my eBay Store: Crystal Cares Cosmetics
CHI | KMS | Clinique | Sebastian | WHOLESALE

Search my eBay Store:

[ Search ]

Add to Favorite Stores

**stores**

eBay User ID:
justinsmomo

SQUARE TRADE
May 1, 2008

**Member of SquareTrade**
**Bid with Confidence**
**Click to Learn Why**

SquareTrade © AP6.0

quareTrade © AP6.0

*YOU ARE BIDDING ON A Lot of 2*

## Healthy Sexy Hair Soya Want Full Hair Firm Hair Spray

10.6 OZ EACH

Soya Firm Hold Hairspray - Soy Protein not only protects the hair, it gives the hair fullness and body. Gives firm, all day hold. Volumizes and protects with soy. Humidity resistant. Dries on contact.



*PLEASE NOTE – ALL ARE NEW AND UNSED ALTHOUGH SOME CANS MAY BE MISSING ORIGINAL OUTER PLASTIC CAPS AND WILL BE SHIPPED WITH MAKESHIFT CAPS TO AVOID LEAKING/SPRAYING. SOME CANS MAY CONTAIN SCRATCHES OR SCUFFS.*

Winning bidder pays only $5.50 for shipping.  Please Check out my other items! for great deals on hair care, cosmetics, perfumes and skin care products!

Be sure to add me to your favorites list!    Sign up for my email newsletters by adding my eBay Store to your Favorites

We are terribly sorry, however, due to unreliable mail delivery system in Italy we  will no longer be shipping to Italy unless it is EXPRESS MAIL. International shipping charge that are listed ARE NOT for EXPRESS shipping.  Buyers from outside the continental United States will pay actual shipping charges .

Insurance is optional but highly recommended. It does not happen often but things can get lost or broken in the mail. I will not be responsible for lost or broken items.

## I AM HAPPY TO COMBINE SHIPPING TO SAVE MONEY FOR YOU!!

### Check out my other items Or Visit My Store store!!

### PayPal or Postal Money Order only PLEASE!

Thanks for looking and Happy Bidding!!



Stores



Visit my store

00008

What's your Credit Score? 720? 650? Find Out From Experian.

## Find more items from the same seller. Bid or Buy Now!

| | | | |
|---|---|---|---|
| Case of 12 Hot Sexy Highlights: Black Cat | Case of 12 Hot Sexy Highlights: Foxy Brown Conditioner | Case of 12 Hot Sexy Highlights: Foxy Brown Conditioner | LOT OF 10 Silky Sexy Hair Satin Hairspray Soft - 8.5 oz |
| US $19.99 | US $19.99 | US $19.99 | US $4.25 |
| =Buy It Now or Best Offer | =Buy It Now or Best Offer | =Buy It Now or Best Offer | 3 bids: |
| | | | Time left: 1h 42m |

Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

Country: United States

| | To |
|---|---|
| Shipping and Handling | |
| US $5.50 | United States |

| Service | Insurance |
|---|---|
| US Postal Service Priority Mail® Estimated delivery 2-3 days* | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | | Buyer protection on eBay |
|---|---|---|
| PayPal VISA | Preferred/Accepted | **PayPal** Up to $2,000 in buyer protection. See eligibility |
| | Seller Preferred | |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

## Take action on this item

Help

Item title: Lot 2 Healthy Sexy Hair Soya Want Full Hair Hair Spray

| Place a bid | | Buy It Now | |
|---|---|---|---|
| Starting bid: | US $9.99 | *eBay It Now* price: | US $12.99 |
| Your maximum bid: | US $ | | Buy It Now > |
| | (Enter US $9.99 or more) | | You will confirm in the next step. |
| | Place Bid > | | |
| | You will confirm in the next step. | | |

(or)

eBay automatically bids on your behalf up to your maximum bid.
Learn about bidding.

Purchase this item now without bidding.
Learn about Buy It Now.

**Other options**

Back to home page  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

**Welcome to eBay!**

Find more items similar to: Lot 2 Healthy Sexy Hair Soya Want Full Hair Hair Spray

See all items in: Hair Care > Gel, Mousse & Spray

Need help?
Take a tour to learn more

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



Search

We're working with leading Web sites to deliver more relevant advertising and make protecting your privacy easier.

To learn more about your choices, click here.

**TACODA**
www.tacoda.com/notice

Hot Sexy Highlights: Titanium Blonde



HAIRUWEAR®
HairDo

# Hot Sexy Highlights: Titanium Blonde

Karen Marie Shelton
Date: 11/11/2001, Revised 7/3/2002

## Introduction

I'm always on the lookout for great new hair care products that I can share with the thousands of **HairBoutique.com** visitors. Although we don't have the same testing budget as hair testing master Paula Begoun or major consumer groups, we do try to check out as many new products as our strands and pocketbooks can withstand.

I have recently been trying out many of the Phytotherathrie products with good overall results. However, I was tempted mightily by the very sensuous silver and red packaging of the **Hot Sexy Highlights Titanium Blonde Color Conditioner** that was winking at me on the shelf at my local beauty supply. Although I had seen advertisements in some of the professional hair publications over the past year I had never bumped into the product in "real time" before. When I picked up the 5.1 ounce shiny silver tube with the red cap and bright red star at the top I was mesmerized.

The manager of the store who is used to my weekly reads of various hair care products saw me browsing through all the ingredients on the back of the tube. She rushed over to tell me all about this product that was fairly new in their inventory.



She explained that this product was from Sexy Hair Concepts, the same people who make Ecoly products. Ahhhh. Yes, Ecoly. Well I do like their products although I have never written about



**Article Categories**

**New Articles**

**List Of All Tips & Articles**

**African American**

**Best of Hair Talk**

**Braids & Dreadlocks**

**Bridal Styles**

**Celebrity Hairstyles**

**Curly Hairstyles & FAQ's**

**Hair Care & Recipes**

**Hair Coloring**

**Hair Disasters**

**Hair Extensions**

**Hair Jewelry & Accessories**

**Hair Link of the Week**

**Hair Loss**

**Hair Styling**

**Long Hair Info & Styles**

http://www.hairboutique.com/tips/tip1051.htm

5/1/2008

Men's Hair Info
Product Reviews
Prom Styles
Short Hair Styles
Updos

**About**
Advertise
Careers
Contact Us
Press
Privacy Policy
Terms of Service

Share this page









them for the HairBoutique.com site. Something I need to work on fixing in the near future.

Thinking about the fact that I would be writing about this new product (for me) and the company, I quizzed the manager about the line. She told me that her beauty supply store had never carried the Ecoly line but she personally liked the packaging for the Sexy Hair Concepts and had recently added it as a new line.

Continued below ↓

advertisement

I asked the manager if I could get a refund if I didn't like the product. She gave me her usual sheepish grin and responded with her normal shrug and a "all sales are final" comment. Oh what the heck...it was only $11.95. I decided to just go with the flow and give it a whirl?

To be fair I also purchased the companion shampoo which is the Highlighting Shampoo. The packaging was just as hot as the conditioner and the tube proclaimed that the product "Turns Ordinary Blondes Into Bombshell Blondes!" Hmmm. As a lifelong blonde I decided that I was going to have fun testing these new products.

It is has been pointed out to be by some of the hair care experts that develop various products that I am not always fair to selectively test just one product in a complete line. They have suggested that I test a conditioner with the matching conditioner to be really objective. Although I did test the shampoo, this review is specifically focused on the Color Conditioner which was the product that originally caught my eye.

**The Product Packaging**

The bright shiny silver tube has a red cap and the prominent words "Hot Sexy Highlights" on the front. The word Hot is in all caps and in red to get your attention. As a seasoned hair consumer even I was attracted by the Red letters. So I have to say that the people who developed the product packaging are brilliant.

The back of the product provides application instructions in English and several other languages. It also provides the ingredients in English. This product warns that it is guaranteed only when sold in a professional salon. Like the other top professional lines (ARTec, Paul Mitchell, Aveda) this line is advertised as sold only by professional hair care establishments like salons and spas.

I was actually really interested in finding out more detailed information about the product than what the tube contained. So I surfed over to the **The Sexy Hair Concepts web site** to get more info on the goal of the Titanium Blonde Color Conditioner.

According to the web site, the Hot Sexy Highlights - Titanium Blonde provide "the big freeze on unwanted yellow tones and tells brassiness to chill out...

- For platinum-white blondes only
- Cancels yellow tones
- Pumps up the shine
- Drenches hair in moisture

## Selecting The Correct Color For Your Hair

I have to admit I found it interesting that the Titanium Blonde is described as "for platinum-white blondes" only. Luckily I have a shade of blonde that is light enough to fit this description. However, I did not see this disclaimer anywhere on the tube. Although the tube does advertise that the product eliminated "brassiness" it does not state that the Titanium Blonde is for platinum-white blondes.

Although I have not talked with the Sexy Hair Concepts folks I am pretty sure that their response to this comment would be that the reason the product is sold "only in professional salons" is because the stylists would be trained to know which of their products to use on the various hair colors of the client."

My suggestion to any hair consumers who want to try this product at home is to make sure you have the right shade for your hair color. Sexy Hair Concepts also makes a Color Stabilizing Shampoo, Wheat Blonde Color Conditioner (for all blonde shades except platinum), Black Cat for all black tones, Red Hot Mama for red tones and Foxy Brown for brown tones. They also have a Whipped Up Gel Foam, Glitter Spray and Aero Color Sprays in shades of cotton candy pink and indigo blue.

## Do Color Conditioners Really Work?

This is probably one of the bigger topics of debate in the hair world. I have had color experts give me a wide range of answers. One master colorist told me personally that if you want to maintain your chemically induced color treatment that the color conditioners that you don't rinse out are the

best bet. "After all", he pointed out, if you rinse it out with warm water, you are washing all the color enhancing properties out into the drain". This colorist also believed that the color shampoos had even less impact than the conditioners.

One of our other color experts, **Henry Amador**, shared his opinion that "color conditioners can work if they are not used every day". Henry cautioned that color shampoos and conditioners can be "drying" can should be used in moderation but that they can definitely work.

I have also received email from several colorists who had completely opposing views. One colorist who works in a well known spa on the East Coast was upset that HairBoutique.com even reviews or recommends color shampoos and conditioners. She insists that the colors could permanently stain and discolor over processed or damaged hair.

"Hogwash!" was the comment I received from another famous colorist who told me that in his opinion, "only ARTec's color shampoos and conditioners with its strong color pigmentation would make any type of lasting change to hair".

What is my opinion you ask? Well as a hair consumer who only knows from actual product use, I think the truth is somewhere in the middle. Yes, I believe that in some cases people with over processed, over porous hair will risk staining and possibly permanent discoloration from using some of the color shampoos. I also agree that of the color shampoos and conditioners on the market that ARTec has the strongest formula and should only be used by colorists or stylists educated in the proper use of the line.

I personally use and love Aveda's Blue Malva and Chamomile color shampoos. I don't like the Aveda color conditioners as well as I like the shampoos. I also like and use the **Mine Blue Monday color shampoo and matching conditioner**. I even like the matching **Mine color gel**. My stylist has experimented on me with the ARTec color shampoos and conditioners and I liked the results that she achieved. I was unable to duplicate her results at home though.

Do I see results with color conditioners? I see the best results for the first four weeks after my last highlighting treatment at the salon. Once the treatment fades the results are less obvious. I also have discovered that my best use of any of the color shampoos and conditioners that I have tried is to use a maximum of three or four times a week. I have found all of the products, regardless of brand, to be slightly drying if I use them all the time.

## Usage

After shampooing work a generous amount of conditioner evenly throughout the hair and leave on for 2-3 minutes. Rinse with warm water until the water runs completely clear. Can be used daily.

## Fragrance

This conditioner's aroma reminds me of the scent of Cheer detergent. I know that sounds weird but the aroma smells like fresh white shirts that have just washed in Cheer and taken right out of the clothes dryer. It is definitely a clean scent. I struggled for days to come up with a good description

but the only thing I could come up with was the Cheer analogy. It is actually a nice aroma. Definitely not flowery or perfumed though.

## How I Tested This Product

After shampooing with the Hot Sexy Highlight Shampoo and rinsing well, I applied a glob of the Hot Sexy Color Conditioner to the palm of my hand. The product is about the right consistency, neither too thick or too thin. The color is dark blue, which was a good sign. This told me that the product was designed to offset the brassy yellows that light blonde hair has a tendency to develop.

The formula spread easily from the roots to the ends of my long hair. I did cheat and add an extra squirt because my super long hair requires extra product for adequate coverage. So far so good.

## Ingredients

Deionized Water (Aqua), Cetearyl Alcohol, Cetrimonium Chloride, PEG-40 Hydrogenated Castor Oil, Panthenol, Extract of (Henna, Burdock, Chamomile, Rosemary, Horsetail, Comfrey, Rosehips, Simethicone, Triethanolamine, Methylparaben, Propylparaben. May contain (Basic Blue99, Basic Red 76, Basic Yellow 57, Basic Bown 17, Fragrance (Parfum)

## Conclusion

I can not stress enough how people react different to hair care products. The key to understanding what works for you is to get a good understanding of your basic hair type. I know that my hair is naturally wavy/curly, medium thickness, very coarse and it "acts up" under certain conditions. Just like I know I will get a headache if I drink beer, I know that my hair goes nuts when I use products that are even slightly drying.

I also know that many of my friends can use the exact same products that I don't get good results with and have great success. That is why we try to have all different types of people with different types of hair check out different products at HairBoutique.com.

With all of that said, I definitely liked the Hot Sexy Highlights color conditioner. However, I did find that it was slightly drying to my normally coarse, naturally wavy/curly super long hair. I was careful to use the conditioner in conjunction with the Hot Sexy Highlights shampoo and to try the product both at the beginning and near the end of my color cycles. I think with proper use and recommendation from your stylist, you could use this product with great results depending on your hair type and condition.

Do I think this product is a lot better than **Mine's Blue Monday** or **Aveda's Blue Malva?** Not really. Do I think it is a lot worse? Again, not really. Which is part of the ongoing dilemma that I struggle with on a daily basis. There are literally dozens of "color enhancing" shampoos and conditioners on the market right now. Besides Aveda, ARTec, Mine and Hot Sexy Highlights there are color enhancing shampoos and related products from Redken, Paul Mitchell, Brocata, Rene Furterer and Terax, to name just a few of the many. Of course there are all the products that start with "Blonde" including the now famous John Freida line of Sheer Blonde which get mixed reviews

for many of our HairBoutique.com visitors.

So again, the question becomes, of the dozes of color enhancing shampoos and conditioners that are available, how do you pick one that works best for you? I think the key is to select a product from a line that you have had success with in the past as a starting point. Also, it is always good to get suggestions from your stylist or hair care professional.

If you color or highlight your hair it is important to discuss this topic with your hair colorist. They may recommend that certain brands will be bet for your type of chemical treatment. They may also be concerned about staining.

One thing is for sure, if you hoping to glob a blonde highlight shampoo onto a head of brunette hair, you will not see any significant changes in the color. Color shampoo and conditioners are designed to enhance the existing color. Not change it or lighten it in any major way.

For me, I do well with a handful of lines that have proven to have a good history of performance with my hair type. My hair thrives with **Phytotherathrie**, ARTec, Aveda, Mine, Rene Furterer and some other "salon" lines. The best color brands for my hair have been Matrix SoColor and ARTec's Enamels.

I personally prefer to stick with those brands that I know work for my hair type when I am not in new product "testing" mode. The salon brands just seem to really work for me. They don't work for everyone and they aren't the lowest priced options on the market.

I do balk at some things. I found a fabulous imported truffle shampoo that cost over $65 for 8 ounces. I just couldn't see spending that much on a shampoo. Is it worth it? I am sure that it is. However, for good quality that is dependable I will spend $15-22 for a shampoo that I know makes my hair look and feel great.

I think the same rule of thumb should be utilized with color conditioners like Aveda, ARTec, Mine and Hot Sexy Highlights. Find a brand you like and feel has good value and then start there.

Do I think that Hot Sexy Highlights is a good brand? Absolutely. They are part of the Ecoly family which I have always respected for their high quality hair care product lines.

**Karen's Rating**

On my own scale of 1-10, 10 being the best, I give I give the Hot Sexy Highlights - Titanium Blonde color conditioner a 9. Happy conditioning!

If you want to talk more about this or other hair care articles on **HairBoutique.com** or anywhere else, please post a message on HairBoutique.com's **Hair Talk Forums.**

For additional hair care articles, tips and product information check out the following links:

• **Hair Boutique Tips & Articles** section. Check out the over 10,000+ different hair care and

styling tips at **HairBoutique.com**

**Notice**

All images & text in this article are strictly copyrighted and owned exclusively by HairBoutique.com & may not be copied, reproduced, or posted anywhere without the prior express written permission of HairBoutique.com. Please honor our copyrights.

This information is not guaranteed to be proven, scientific or clinical but is based on my humble opinions and experiences. This article is provided solely for your general information only. It is in no way intended as medical or beauty advice, and should not be depended upon as a substitute for any consultations with qualified health professionals.

HairBoutique.com makes no warranties of any kind regarding this article, including but not limited to any warranty of accuracy, adequacy, completeness, currency, reliability, merchantability or fitness for a particular purpose, expressly disclaims liability of errors or omissions in this information and materials. No warranty of any kind, expressed or implied, is given in conjunction with the information and materials. This information and material is not, and should not be construed as advice in any shape or form.

Copyright 1997–2008, **hairboutique.com**, All Rights Reserved. **Terms of Service, Privacy Statement, Advertise, Contact Us, Press,**

http://www.hairboutique.com/tips/tip1051.htm

5/1/2008

**Home** | **About Us** | **Recent Media** | **Services** | **Products** | **Contact Us**

## Gift Baskets

**Looking for that perfect gift?**

Let us create the perfect gift basket for all occasions. We can customize these baskets and attach a gift card as well. Give the gift of beauty and wellness in a beautifully packaged Gift Basket. Stop in and ask one of our specialists to customize the perfect gift basket for anyone on your gift list.

## Seasonal Speciality Items

**Sexy Hair Pumpkin Speciality Line**

back to top

## Hand Crafted Soaps

*Lavender • Sandalwood • Peppermint Stick • Patchouli • Tangerine Spice • Peppermint Foot Scrub • Oats Milk • Cucumber Melon*

Homemade in small batches, each bar is individually crafted and air cured. They contain vegetable oil, glycerin, purified water, sorbital, aloe vera, herbs and essential oils.

## Brushes, Blow Dryers and Accessories

We have a wide variety of brushes in all shapes and sizes for your styling needs. Paddle brushes, Round brushes and Vent brushes can be found here. We stock ceramic brushes in 4 sizes and thermal round brushes in many sizes as well. Here you can find the all new 4 inch blue monster round thermal styling brush and the Super Solano Commercial strength blow dryer. We also stock blow dryer diffuser attachments as well as a wide variety of hair accessories. Stop by this area to see what you can find for your styling needs.

back to top

**Goldwell Haircare Products**

Goldwell is a highly effective product line known for its advanced conditioning properties in the Kera Silk line and color depositing treatments in the color glow line. With a history of being one of the finest hair color lines in the world, Goldwell product is color safe and truly nourishing. The outdoor and sun line offer a clarifying shampoo that will not strip your hair of its beautiful color and contains UV protection from both indoor and outdoor lighting.

back to top

**Purology Hair Care**

Purology hair care is specifically formulated for color treated hair. Extend the life of your color by 30% or more with Purology. Purology shampoo and conditioners come in hydrating, pure volume, purifying and straitening formulas.

The luxury of exquisite color care exists in the form of Nanoworks Shampoo and Nanoworks conditioner. Each contains exclusive ingredients that fight against dull, drying effects of age and feed hair the nutrients it needs returning hair to a more youthful condition, healthy, glowing, radiant and revitalized state.

back to top

**Sexy Hair Concepts**



*A vibrant spirit*
*A passionate heart*
*A playful laugh*
*A curious mind*
*Creative thoughts, sincere intent, meaningful gestures and zest for life. We made these products especially for you. Michael O'Rourke*

Big Sexy Hair, Silky Sexy Hair, Healthy Sexy Hair, Short Sexy Hair, Strait Sexy Hair, Curly Sexy Hair There is on for you. This line delivers performance and versatility. With its cutting edge philosophy, Sexy Hair Concepts leads the industry with education, style and popularity. Try the Sexy Hair product that is right for you.

back to top





## Alterna – Only the Best

From Beverly Hills, CA, this over the top product line only utilizes the finest ingredients in the world. The packaging is second to none and the performance is beyond what you would expect from a beauty care line of products.

There are products for thinning hair, shampoos and conditioners for dry hair and styling products for any type of hair with the incorporation of Enzyme Therapy directly into your hair shaft. Alturna has a product to alleviate any or all of your hair care challenges so "What's your Problem?" We have the answer!

Kindly ask our specially trained staff for more info in these exciting new products. You cannot go back through time but your hair can! With ALTERNA

back to top

## Bio Ionic

The Bio Ionic Professional Hair Care System is a revolutionary hair care system that captures the energy of natural IONS to rebuild, repair and retexturize the hair.

Click here: Bio Ionic



back to top

## Framesi Options BY Framesi

*Perfect normal hair*
**Free**
A spray-on, leave-in conditioner specifically formulated for fine hair; detangles and reduces static electricity, while it adds volume to the hair and protects it from the heat of the dryer. 250 ml bottle.
**Rinse**
A liquid conditioner for normal to coarse hair; it is a deep thermo- protective moisturizer that leaves hair super soft and glossy without build-up. 250 or 1000ml flacon.
**Ultra body**
A shampoo specifically formulated for normal hair; with an ultra-balanced formula, it



gently cleans without affecting the hair's natural hydro lipid balance. 250 or 1000ml flacon.

*Repair damaged hair*

**Drench**
A deep-moisturizing mask for very dry and fragile hair; it instantly revitalizes, leaving hair softer, shinier and more supple. 250 ml tube or 1000 ml flacon.

**Intense**
A protein treatment for chemically over-processed, brittle hair; regenerates, restructures and reinforces the hair, leaving it more supple. 250 ml jar.

**Liquid Protein**
A pure, protein-spray emulsion; it restructures badly damaged hair, restoring vitality and making it easier to style. 150 ml bottle.

**Extreme Care**
A shampoo specifically formulated for damaged hair; it gently cleanses the fragile structure of over processed hair, leaving it soft and shiny. 250 or 1000 ml flacon.

*Revitalize color-treated hair*

**Moist-air**
A conditioner for fine colored hair; it moisturizes without build-up, adding body and shine, while it prolongs the color and keeps it glossy and bright. 250 or 1000 ml flacon.

**Hydrate**
A moisturizing formulation for normal to coarse color-treated hair; leaves hair silky soft which it protects color from fading. 250 ml tube.

**Deep**
An intensive mask that restores the hair's natural balance; it provides deep moisturizing to over-processed hair and adds renewed shine to colored hair. 250 ml jar.

**Color Cleanse**
A shampoo specifically formulated for colored hair; a deep cleansing formula that does not fade colored hair. 250 or 1000 ml flacon.

back to top



## Yon-Ka Paris

The premier French Yon-Ka collection provides advanced therapeutic facial and skin care to cope with all skin imbalances and conditions - tightness and flakiness associated with dry skin; over-reactivity of sensitive types; dullness of combination skin; excess shine and blemishes of oily skin; acne lesions caused by problematic skin as well as the sudden loss of essential moisture, typical of dehydrated skin.

Yon-Ka Products and Therapies are Hand Crafted, Plant-Derived, Holistically Formulated, Scientifically Proven and Customized. Yon-Ka successfully integrates the complex science of four botanical therapies - Aroma-Therapy, Phyto-Therapy, Marine-Therapy, and Fruit-Acid Therapy - into a whole line of therapeutic, nurturing and healing products. Each Yonka prescription is tailor-made to the individual using the right selection of these naturopathy products to correct in depth, the root of the problem, not simply treat the symptoms.

Click here: Yon-Ka Paris

back to top



5/1/2008



Richard Scott Salon & Day Spa :: All Rights Reserved



Healthy Sexy Hair: Soy For Your Hair

**hairboutique.com**

**Marketplace**

image provided by Faruk BioSilk

Search

THE RANGE ROVER SPORT
OFF-ROAD EXPERIENCE.

MOUSEOVER TO REVEAL MORE

LAND-ROVER

Home | MyHairBoutique | Articles | Hollywood & More | Ask Karen | Hair Articles

Short Hair Diva | Gallery | Forums | Store | JerkyFlea | Book Reviews | Features

## Healthy Sexy Hair: Soy For Your Hair

Donald Wilson
Date: 7/3/2002

### Introduction

The Soy experience just got healthier. Since Soy is the future fuel power for the hair, Sexy Hair Concepts introduces five new products to its Healthy Sexy Hair collection that continues to feed and nourish the hair.

**Soy Fuel Power** -- Conditioner Booster: Two drops = Perfect healthy hair. This intense soy formula invigorates any conditioner with one simple step - add 2-4 drops into daily conditioner and hair will be given an energy boost. Soy Fuel Power's exclusive formulation of Soy Protein and boosting botanicals infuses extra moisture and protein into hair. Ideal for all hair types, this conditioning enhancer creates extra strong, shiny and bouncy hair. The fresh cucumber melon fragrance makes this a conditioning experience! (Est. Suggested Retail Price: $16.00)

**Soy Salvation** -- Deep Treatment Hair Masque: Soy Salvation strengthens and improves hair, no matter what condition it's in. This deep hair masque treatment revitalizes normal hair and revives damaged hair. The unique combination of Soy Protein, Oatmeal and pure ingredients nourishes hair, giving it strength, softness and body in just five minutes. After shampooing, simply squeeze out excess water from the hair, apply one full pack of Soy Salvation, wait five minutes and rinse thoroughly. For a more intense treatment, wrap hair in a towel for the five minutes - the heat offers a more concentrated treatment. This complete reformation product is packaged in a box of six individual foils. For full results, follow a six-week prescriptive program by using one pack each week. The sweet green banana fragrance is reminiscent of a tropical paradise. (Est. Suggested Retail Price: $19.00)

**Article Categories**

**New Articles**

**List Of All Tips & Articles**

**African American**

**Best of Hair Talk**

**Braids & Dreadlocks**

**Bridal Styles**

**Celebrity Hairstyles**

**Curly Hairstyles & FAQ's**

**Hair Care & Recipes**

**Hair Coloring**

**Hair Disasters**

**Hair Extensions**

**Hair Jewelry & Accessories**

**Hair Link of the Week**

**Hair Loss**

**Hair Styling**

**Long Hair Info & Styles**



5/1/2008

Men's Hair Info
Product Reviews
Prom Styles
Short Hair Styles
Updos

About
Advertise
Careers
Contact Us
Press

Privacy Policy
Terms of Service

Share this page

**Soy Butter -- Pure Shine:** Soy Butter-Pure Shine is a non-greasy, ultra shiny finishing product that protects hair from dehydration. The Soy Protein and Shea Butter ingredient combination naturally defends hair from the harmful effects of the environment, while at the same time works to retain the hair's moisture. Soy Butter-Pure Shine is available in an uplifting mango-grapefruit fragrance. (Est. Suggested Retail Price: $16.00)

**Soya Want Flat Hair -- Flat Iron Spray:** Healthy Sexy Hair introduces the first-ever aerosol flat iron spray that's actually good for the hair. Soya Want Flat Hair is a straightening product that not only offers a great styling tool, but also helps protect hair from heat damage. Especially designed for use with a flat iron, this styling aid contains Soy and Wheat Proteins to guard hair against high temperature and regular flat iron use, as well as infuses protein into the hair for added strength. The result? Shiny, healthy and super straight hair. The kumquat cucumber fragrance adds a sweet note to any styling routine. (Est. Suggested Retail Price: $12.00)

Continued below ↓

advertisement



**Soya Want Full Hair --** Firm Hairspray: Offering intense hold and shine, Soya Want Full Hair is a hairspray that gives continued holding power throughout the day, volume and protection from the sun. This fast-drying hairspray uses the benefits of Soy Protein to make hair feel and look healthy. Soya Want Full Hair is available in a bright basil nectarine fragrance. (Est. Suggested Retail Price: $14.00)

As part of the Sexy Hair Concepts collection, **Healthy Sexy Hair collection** and all Sexy Hair Concepts products are available in professional salons in 20 countries.

For more information on Big Sexy Hair products and all Sexy Hair Concepts products, call (800) 848-3383 or visit the website at **www.sexyhairconcepts.com.**

This is
what allergy
congestion
can feel like.

Donald Wilson
M. Crag & Associates Public Relations
1007 Montana Ave., #720
Santa Monica, CA 90403
310-899-2900 (telephone)
310-899-9410 (fax)

If you want to talk more about this or other hair care articles on **HairBoutique.com** or anywhere else, please post a message on HairBoutique.com's **Hair Talk Forums.**

For additional hair care articles, tips and product information check out the following links:

- **Hair Boutique Tips & Articles** section. Check out the over 10,000+ different hair care and styling tips at **HairBoutique.com**

**Notice**

All images & text in this article are strictly copyrighted and owned exclusively by HairBoutique.com & may not be copied, reproduced, or posted anywhere without the prior express written permission of HairBoutique.com. Please honor our copyrights.

This information is not guaranteed to be proven, scientific or clinical but is based on my humble opinions and experiences. This article is provided solely for your general information only. It is in no way intended as medical or beauty advice, and should not be depended upon as a substitute for any consultations with qualified health professionals.

HairBoutique.com makes no warranties of any kind regarding this article, including but not limited to any warranty of accuracy, adequacy, completeness, currency, reliability, merchantability or fitness for a particular purpose, expressly disclaims liability of errors or omissions in this information and materials. No warranty of any kind, expressed or implied, is given in conjunction with the information and materials. This information and material is not, and should not be construed as advice in any shape or form.

Copyright 1997–2008, **hairboutique.com,** All Rights Reserved. **Terms of Service, Privacy Statement, Advertise, Contact Us, Press,**

# drugstore®
the uncommon drugstore

welcome (sign in) | view shopping bag | help
your account | your list™ | your prescriptions | fast shop

# free shipping on any order* of $25 or more >
*First nonprescription orders only · Standard shipping.

| pharmacy | medicine cabinet | home medical | oral care | skin care | beauty & jewelry | vitamins | GNC | gifts & flowers | diet & fitness | food & gourmet | SALE |
| green & natural | men's | personal care | household | pets | toys & games | | | baby & mom | | sexual well-being | contact lenses | BEAUTY.COM® |

SEARCH:

your shopping bag
no items in bag
view details | Checkout

browse: hair care | salon hair care | salon styling products | more volume | Sexy Hair Concepts store

## Product Info

package details
customer reviews
see accessories

## Talk about this item:

e-mail a friend
write a review

## Related Products:

gels & creams
mousse & foam
pomades & balms
serums
sprays



MICHAEL KORS

# Sexy Hair Concepts Big Sexy Hair Root Pump Spray Mousse 10.6 oz (300 ml)

see larger photo

quantity: 1

suggested: $15.96
our price: $13.99
save 12% ($1.97)

★★★★★
read reviews

**Add to bag**
or
Save to your list™

availability: in stock

Everyday Free Shipping
This item must be shipped via ground transportation

## Package Details

Pumps up hair for big volume

More in hair care

Visit our Sexy Hair Concepts Store

See what other customers of this item also shopped for and bought

Sold only in professional Salons.

6% VOC Compliant

**Made in U.S.A.**

Additional Product Information from drugstore.com, inc.:

drugstore.com, inc. is not associated or affiliated with Sexy Hair Concepts® and is not a licensed retailer of Sexy Hair Concepts®. Sexy Hair Concepts® guarantees this product only when sold through authorized retailers, and cannot guarantee the authenticity of any product sold by an unauthorized retailer. drugstore.com, inc. cannot guarantee that this product is covered by any manufacturer's warranties or eligible for any manufacturer's rebate. If the UPC codes or other tracing codes are missing from any product container of a Sexy Hair Concepts® product, please retain your purchase receipt to assist in the tracing of that product in the unlikely event it is defective.

**Directions**

Application: Shake can well before using. For lift, spray into damp hair at the scalp and mid shaft areas. Blow dry hair away from scalp.

**Ingredients**

Water (Aqua), Hydrofluorocarbon 152A, VP/VA Copolymer, Dimethyl Ether, Isopentane, PVP, PEG 12, Dimethicone, Polysorbate 80, Cocamidopropyl Hydroxysultaine, Oleth 20, Butylether Hydroxypropyl Sultaine, PPG 5 Ceteth 20, Carbomer, Diazolidinyl Urea, Fragrance/Parfum, Benzyl Salicylate, Butylphenyl Methylpropional, Citronellol, Eugenol, Geraniol, Hexyl Cinnamal, Hydroxycitronellal, Hydroxymethylpentyl 3 Cyclohexene Carboxaldehyde, D Limonene, Linalool, Sodium Hydroxide, Benzophenone 4, Tetrasodium EDTA, Tetrahydroxypropyl Ethylenediamine

**Warnings**

Pressurized container. Container may explode if heated. Do not puncture or incinerate even after use. Protect from sunlight and store at temperatures below 120°F (48°C). Do not use near fire, heat or while smoking. Do not spray on a naked flame or any incandescent material. Keep away from sources of ignition such as pilot light or any object that sparks. Avoid spraying in eyes. Use only as directed. Keep out of reach of children. Intentional misuse by deliberately concentrating and inhaling the contents can be harmful or fatal.

©2007 Manufactured for and Distributed by Sexy Hair Concepts®

## Customer Reviews

Average Rating: ★★★★★

★★★★★ I have very fine hair, and this stuff works wonders! I can't tell you
how many compliments I've gotten on my hair since I started
using this!
— Anonymous on March 28, 2007

Write a review

## Payment Options

☑ Bill Me Later®  Buy Fast. Feel Secure. Pay Later.® Subject to credit approval. Details

# Get Sexy Hair Concepts Big Sexy Hair Root Pump Spray Mousse with accessories:

| Product Name: | Quantity: | Price: | Select: |
|---|---|---|---|
| **Sexy Hair Concepts** Big Sexy Hair Root Pump Spray Mousse - 10.6 oz in stock | 1 | $13.99 save12% | ☑ |
| **CHI** Rocket Professional Hair Dryer - 1 ea in stock | 1 | $135.00 save55% | ☐ |

Add selected to bag

## May We Suggest ...

**Samy**
Skyscraper Volumizing Hairspray

our price $7.99 Buy

**Samy**
Fat Hair "0" Thickening Creme

our price $7.99 Buy

**Kerastase Resistance**
Age Recharge

our price $58.00 Buy

our policies

Questions? Please
visit our site help
pages for information
about our site and our
policies.
about our prices



prescriptions | health | home medical | oral care | hair care | skin care | beauty | vitamins | gnc store | diet & fitness | food | top offers | green & natural |
men's | personal care | household & pets | pet store | toys & games | baby & mom | mother's day gift ideas | sexual well-being |
discount contact lenses from vision direct | beauty.com

Information on this site is provided for informational purposes and is not meant to substitute for the advice provided by your own physician or other medical professional. You should not use the information contained herein for diagnosing or treating a health problem or disease, or prescribing any medication. You should read carefully all product packaging. If you have or suspect that you have a medical problem, promptly contact your health care provider. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease. Customer reviews are provided for informational purposes only. Customer reviews reflect the individual reviewer's results and experiences only and are not verified or endorsed by drugstore.com, inc. Actual results may vary among users.

Please see our Terms of Use | Privacy Policy | Pharmacy Notice of Privacy Practices.
Copyright © 1999-2008 drugstore.com, inc. All rights reserved.





mySimon

See latest newsletter | Sign up for the free mySimon newsletter

Computers | Electronics | Gaming | Home | Clothing | Babies & Kids | Entertainment | Sports | Jewelry | Health & Beauty | More

MAY 11TH
MOTHER'S DAY GIFTS

Search          All Categories

MOTHER'S DAY GIFTS   UNDER $50 >   UNDER $100 >   SPLURGE >

Home > Health and Beauty > Personal Care

Filters Selected
Sexy Hair

Sort by:
Best Matches
Lowest Price
Product rating

Price Range
Below $10 (13)
$10 - $20 (414)
$20 - $30 (48)
$30 - $50 (6)
Above $50 (6)

Hair Care Type
Styling Products (142)
Conditioners (81)
Shampoos (78)
Home Perms (24)
Frizz Control (28)
More +

Styling Product Type
Hair Mousse (124)
Hairsprays and Spritzes (55)
Pomades and Waxes (12)
Hair Gels (31)
Texturizers (9)

Sexy Hair Concepts Play
Dirty Wax Master Dry
Rating: Not yet rated
Godess Within $12.57
Amazon $13.95
Amazon $15.50

See More Prices
$14 - $23
from 7 stores

Sexy Hair Short Quick
Change Shaping Balm 1.7
Rating: Not yet rated
Felicia Beauty Supply
$10.95
Beauty Deals $14.89
Amazon $13.00

See More Prices
$11 - $16
from 3 stores

Sexy Hair Short Quick
Change Shaping Balm
Rating: Not yet rated
Godess Within $10.37
Amazon $12.00
Amazon $12.00

See More Prices
$10 - $12
from 2 stores

Sexy Hair Short : Shatter
Separated/Hold Spray
Rating: Not yet rated
Godess Within $11.17
Felicia Beauty Supply
$11.99

See More Prices
$11 - $12
from 2 stores

Sexy Hair Healthy
Chocolate Soymilk
Rating: Not yet rated
Beauty Deals $13.59
Amazon $12.00
Amazon $14.00

See More Prices
$11 - $16
from 2 stores

Sexy Hair Product | A Consumer Guide | mySimon

Home | Site Map | Top Searches | Help

Copyright ©2008 CNET Networks, Inc. All Rights Reserved. Privacy Policy | Terms of Use

About CNET Networks | Jobs | Advertise | Partnerships
See More Prices
Visit other CNET sites

Search

**Sexy Hair Short Control Maniac Wax 1.8 oz**
Rating: Not yet rated

Goddess Within: $10.37
Feiza Beauty Supply: $12.99

See More Prices
$10 - $13
from 2 sellers

**Sexy Hair Healthy Chocolate Soy Milk**
Rating: Not yet rated

Amazon: $14.50
Amazon: $17.50
Amazon: $18.52

See More Prices
$15 - $19
from 2 sellers

Beauty Deals: $12.74
Amazon: $14.98

See More Prices
$13 - $16
from 2 sellers



Amazon: $10.99
Amazon: $13.25
Amazon: $15.50

See More Prices
$11 - $16
from 1 sellers

Amazon: $12.60
Amazon: $14.50
All Categories $14.50

See More Prices
$13 - $17
from 1 sellers

drugstore.com: $11.99
Amazon: $14.50
Amazon: $15.50

Goddess Within: $11.55
Amazon: $14.50

Select $6-$14
from 2 sellers







**Sexy Hair Short Hard Up Gel 3 Pack**
Rating: Not yet rated

drugstore.com: $12.99
Amazon: $8.98
Amazon: $10.10

See More Prices
$9 - $15
from 2 sellers

**Sexy Hair Healthy Pumpkin Enzyme**
Rating: Not yet rated

Goddess Within: $11.97
Beauty Deals: $12.74
Amazon: $13.99

See More Prices
$12 - $26
from 2 sellers

**Sexy Hair Healthy Pumpkin Puree**
Rating: Not yet rated

Goddess Within: $16.97
Beauty Deals: $21.24
Amazon: $13.00

See More Prices
$14 - $35
from 2 sellers

**Sexy Hair Curly Shampoo 8.5 oz /250 ml**
Rating: Not yet rated

Feiza Beauty Supply: $7.99
Amazon: $9.99

See More Prices
$7 - $9
from 2 sellers

**Sexy Hair Big spray and Play Harder 10 oz**
Rating: Not yet rated

Beauty Deals: $14.44
Amazon: $16.99

See More Prices
$14 - $17
from 2 sellers

**Sexy Hair Curly 24 7 Curls Instant Set Curling**
Rating: Not yet rated

Amazon: $17.19
Amazon: $18.75
Amazon: $19.00

See More Prices
$17 - $26
from 1 sellers






**Sexy Hair Silky Silky Conditioner 8.5 oz**
Rating: Not yet rated

Goddess Within: $9.97
Amazon: $15.50
Amazon: $15.50

See More Prices
$10 - $16
from 2 sellers

**Sexy Hair Healthy Pumpkin Whipped**
Rating: Not yet rated

Goddess Within: $14.37
Amazon: $19.55
Amazon: $20.05

See More Prices
$14 - $21
from 2 sellers

Amazon: $15.99

Amazon: $11.65
Amazon: $14.75

Amazon: $14.99

Amazon: $11.90
Amazon: $11.09

Amazon: $17.95
Amazon: $17.90

See More Prices
**$14 - $16**
from 2 store(s)

See More Prices
**$12 - $19**
from 2 store(s)

See More Prices
**$13 - $15**
from 2 store(s)

See More Prices
**$12 - $19**
from 2 store(s)

See More Prices
**$15 - $18**
from 2 store(s)

Page 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 ... 21  <   >

(About)

**Sponsored Links**

**ORGANIC HAIR CARE**
We Offer Products With Organic Ingredients For Healthy Hair.
www.naturalorganichaircare.com

**ADULT PERSONAL**
To Have a Sincere Relationship Meet a Philly Girl Near Your Home Today!
www.phillysinglesonline.com

**HOT VIDEO VIXENS**
See Sexy Melyssa Ford Photos! Vibe.com – the Home of Hip Hop
www.vibe.com

**ADULT PERSONAL ADS & CHAT**
Find Fun, Romance, Safe, Anonymous Instant Message(ing) Meet Someone Now
www.matchmaker.com

**GET BETTER BANK RATES**
Compare Rates on CDs, Interest Checking, Savings, Mortgages, Home Equity Loans, Credit Cards...
bankingmoney.com

Please note: Prices are provided by individual stores. Please alert us to any pricing discrepancies and we will alert the stores.
Report a product or pricing error

**Related Search Terms**

All Personal Care Features
Personal Care Top Searches

5/1/2008

http://www.mysimon.com/9000-10955_8-0.html?sdcq=dnatrs-sexy_hair/dflTrail-Sexy%20Hair

Home | Sitemap | Contact | Resources

Womens Hair    Mens Hair    Celebrity Hair    Colored Hair    Hair Articles    Ask Hairstyle    Hair Shop

Home > Hair Product Shop > Hair Wax, Paste & Pomade

## HAIR PRODUCT SHOP - HAIR WAX, PASTE & POMADE



**Hempz TexturePaste**

HempzTexturePaste read more

**Price: $16.60**

**American Crew Paste, CitrusMint**

American CrewPaste, CitrusMint read more

**Price: $14.36**

**Biosilk Silk Pomade,Finish**

BiosilkSilk Pomade,Finish read more

**Price: $11.99**

**Davines Defining System ShinePomade**

Davines Defining SystemShinePomade read more

**Price: $28.00**

*Participation required. See details.

YourOnlineBeautyProducts.com

FREE* samples of the top beauty product brands!

CLICK HERE TO CLAIM

## Hair Advice Articles

Hair Style Guides
Hair Trends In 2007
The Pob, Posh's Bob
Guide To Blow Drying
Hair Style Advice Blog
What Hairstyle Suits Me Best?
My Face Shape
Hair Growing Tips
Hair Color Disasters
Homemade Hair Treatments
Diet & Healthy Hair
Causes Of Hair Damage
All About Straight Hair
All About Curly Hair
**VIEW ALL ARTICLES**

## Hairstyle Photo Galleries

Very Short Hairstyle Pictures
Short Hairstyle Pictures
Medium Hairstyle Pictures
Long Hairstyle Pictures
Updo Hairstyle Pictures
Men's Hairstyle Pictures
Celebrity Hairstyle Pictures





http://www.hairstyle.com/hair-products/hair-wax.htm

5/1/2008

## Hair Product Shop

Hot New Products
Hair Styling Wax/Pomade
Shampoo For All Hair Types
Hair Treatments
Rogaine For Men
Hair Coloring Products
Hair Styling Accessories
Hair Style Magazines
**VIEW ALL PRODUCTS**

**Our merchants support**






Sexy Hair Care
Products
Big Savings on
Sexy Hair Care
Free Shipping on
Orders Over $75
www.BeautyClicks.com

---

**Aura Purearoma Radiant HumectantPomade**
AuraPurearoma Radiant HumectantPomade read more

**Price: $6.99**

**Pantene Pro-V Texturize! Defining Pomade, Texture...**
Pantene Pro-V Texturize!Defining Pomade, Texture &Shine read more

**Price: $4.59**

**Got 2b Magnetik TexturizingPomade**
Got 2b MagnetikTexturizingPomade read more

**Price: $6.00**

**Joico BrilliantinePomade**
JoicoBrilliantinePomade read more

**Price: $10.96**

**American Crew Control and Shine,Pomade**
American CrewControl and Shine,Pomade read more

**Price: $15.26**

**Redken For Men Polish Up DefiningPomade**
Redken For MenPolish Up DefiningPomade read more

**Price: $14.00**



FREE* DESIGNER MAKE-UP SET!

○ MAC™
○ Revlon®
○ Lorac™
○ NARS™

Click Here!

*Participation required
See details.

Looking for a New Hairstyle?



### Samy Fat Hair 0 Calories ThickeningPomade

SamyFat Hair 0 Calories ThickeningPomade read more

**Price: $8.00**



### modern organic products pomade for separation +…

modern organic productsCertified Organic Olive Oil & Shea Butter sculpt hair into a glossy, polishedlook. read more

**Price: $14.00**



### Jonathan Product Dirt, TexturizingPaste

Jonathan ProductRecreate that sexy day after salon look - even on clean hair - with this non-greasy, non-sticky texturizingpaste. read more

**Price: $26.00**



### Alterna Hemp SheerPomade

Alterna Hemp ShineBrighten and add luster and manageability to any hair type with Alterna Hemp Shine products.A lightweight, high shine finishing… read more

**Price: USD $17.00**



**Blast From The PastGame**



Blast From ThePastGame **read more**

**Price: $29.99**



**Oscar Blandi Tocco Finale SculptingPomade** Tocco Finale means "Finishing Touch" in Italian.Tocco Finale Sculpting Pomade was created to add an edge to your desired style and its the... **read more**

**Price: USD $22.00**

**Philip B Shin-Aid Matte FinishPomade**
This new millennium water-based pomade is a synergy of natural ingredients: Glycerin, Soybean and Coconut Polymers -- giving you a cleaner look and... **read more**

**Price: USD $26.00**

**This domain may be for sale**
**Jack Black High Definition HairPomade**
This superior, natural pomade can be used on wet or dry hair to provide a wide range of effects for short or long hair. Mango and Shea Butter help... **read more**



**Price: USD $16.00**

Showing items 1 to 18 of 151

**Next 18**

Legal Information · Hairstyle.com

http://www.hairstyle.com/hair-products/hair-wax.htm

5/1/2008

# NexTag®
Comparison Shopping

Products   Mortgage   Travel   Degrees   Real Estate   more

Sign In | My Lists

Most Popular | Top Brands | List Central | My Lists

[NexTag Search]

Showing 1 - 15 of 59 matches, sorted by Best Match



**Big Sexy Hair What A Tease Backcomb 2.6oz**
Big Sexy Hair What a Tease is a backcomb in a bottle. Get massive hair instantly!
What A Tease does it all with elastic volume expanding resins.
*No user ratings*
+ Add to Shopping List  |  See More Like This
GoddessWith:$16  Amazon Marke:$23  Amazon:$23

**$16 to $23**

Compare Prices

at 3 Sellers

**Big Sexy Hair Spray & Play Volumizing hairspray**
Spray & Play Volumizing hairspray
★⋆⋆⋆⋆ (1 user rating) [rate this item]
+ Add to Shopping List  |  See More Like This
HairCareChoices

**$6.49**

Go to Store



**Big Sexy Hair Big Sexy Spray & Play Hairspray (10.6 oz.)**
Big Sexy Hair Hairspray. Spray and plays unique holding power will give incredible
volume, lift and hold keeping you looking cool even at your hottest. (10.6 oz.)
*No user ratings* [rate this item]
+ Add to Shopping List  |  See More Like This
Amazon

**$15.00**

Go to Store



**Big Sexy Hair Extra Big Volume Shampoo**
Extra Big Volume Shampoo
*No user ratings* [rate this item]
+ Add to Shopping List  |  See More Like This
HairCareChoices

**$12.49**

Go to Store



**Big Sexy Hair Spray & Play Volumizing hairspray 1.5 oz**
Firm, flexible hairspray.
*No user ratings* [rate this item]
+ Add to Shopping List  |  See More Like This
HairCareChoices

**$6.49**

Go to Store



5/1/2008

## Big Sexy Hair Root Pump Plus (10 oz)

Volumizing spray mousse. Pumps up big volume in fine and medium hair. Delivers a higher level of hold than Root Pump and is humidity resistant. Supports hair at the root.

No user ratings [rate this item]
+ Add to Shopping List | See More Like This
Amazon

**$20.95**
Go to Store

## Big Sexy Hair Extra Big Volume Shampoo (13oz)

Cleans hair without stripping. Gives extra moisture and body while helping to increase the hair's diameter. For all hair types, but best on fine and very fine hair. (13oz)

No user ratings [rate this item]
+ Add to Shopping List | See More Like This
Amazon

**$15.50**
Go to Store

## Big Sexy Hair Root Pump Plus Humidity Resistant Spray Mousse

Root Pump Plus Humidity Resistant Spray Mousse

No user ratings [rate this item]
+ Add to Shopping List | See More Like This
HairCareChoices

**$17.49**
Go to Store

## Big Sexy Hair What a Tease Backcomb in a Bottle

What a Tease Backcomb in a Bottle

No user ratings [rate this item]
+ Add to Shopping List | See More Like This
HairCareChoices

**$19.49**
Go to Store

## Big Sexy Hair Dense Thickening Spray

Dense Thickening Spray

No user ratings [rate this item]
+ Add to Shopping List | See More Like This
HairCareChoices

**$14.49**
Go to Store

## Big Sexy Hair Big Volume Conditioner

Big Volume Conditioner

No user ratings [rate this item]
+ Add to Shopping List | See More Like This
HairCareChoices

**$11.99**
Go to Store

**Big Sexy Hair Root Pump Volumizing Spray Mousse 10.6 fl oz**
Root Pump Volumizing Spray Mousse
*No user ratings* [rate this item]
+ Add to Shopping List | See More Like This
HairCareChoices

**$15.49**
Go to Store

**Big Sexy Hair What a Tease Backcomb in a Bottle 2.6 fl oz**
What a Tease Backcomb in a Bottle
*No user ratings* [rate this item]
+ Add to Shopping List | See More Like This
HairCareChoices

**$19.49**
Go to Store

**Big Sexy Hair Big Volume Shampoo 2 oz**
Moisturizes, revitalizes and increases the hair's diameter giving more volume.
*No user ratings* [rate this item]
+ Add to Shopping List | See More Like This
HairCareChoices

**$3.49**
Go to Store

**Big Sexy Hair Big Volume Conditioner 2 oz**
Conditioner for big volume!
*No user ratings* [rate this item]
+ Add to Shopping List | See More Like This
HairCareChoices

**$3.49**
Go to Store

**Sponsored Links**

**Big Sexy Hair Concepts**
Big Sexy Hair Products On Sale Now. Low Prices & Free Shipping!
www.Beauty-Mart.com/Sexy

**Hair-Loss Medication**
Learn About Prescription Treatment Find Questions for Your Doctor.
hair-loss-medication.com

**Sexy Hair Care Products**
Big Savings on Sexy Hair Care Free Shipping on Orders Over $75
www.BeautyClicks.com

Save on Big Sexy Hair
Buy Big Sexy Hair Care and Save. Free Shipping & Great Service!
www.HairCareChoices.com/Big_Sexy

L'Oreal Paris
Always Look Your Best With L'Oreal. Because You're Worth It.
lorealparisusa.com

Find Your New Hair Style
See and try on 1000s of different hair styles instantly! Join now.
www.DailyMakeover.com

Folica.com: Sexy Hair
Buy Sexy Hair Concepts Products Save 20-40% at Folica.com Free Ship
Folica.com

NexTag Search

About NexTag | Help | Terms of Use | Privacy Policy | Sign In | Shopping List | Advertising Programs
© 1999-2008, NexTag, Inc. - International: UK | France | Germany

RSS Feed  Add to Google  MY YAHOO!  Windows Live!  ORBEK

Last updated May 01, 2008 15:40 1422629845 vtx5 ndenc2700070 adenc2700063

http://www.nextag.com/Big-Sexy-Hair-2700070/brand-html

5/1/2008



# discount-beauty.com

Mailing List | Buy Gift Certificates | Help

Store | Order Tracking | Log In

## Welcome Guest, thanks for stopping by.

### ** Attention Returning Customers **

We have upgraded our website and shopping cart to make it better during your shopping experience. We are still the same company you've known since 1998. Feel free to call us if you still have questions in regards to the new design and navigation. 1-800-755-3807 or 972-552-9129

## Beauty Supplies For Less:

Let us help you find the discount beauty products you want, including professional hair care products like Brocato, Curly Sexy Hair, TIGI, Keracare, BioSilk, Lanza, Mop, Yserum, and more. We want to be your beauty supplies online store of choice. Read more.

♫  Discount Beauty Supply and Salon is a full

BRANDS WE STOCK

--Select--

SEARCH STORE
GO
Advanced Search

Gift Certificates
Abba
American Crew
Arosci
Back to Basics
Bain de Terre
Basic Stlye
Bed Head
Big Sexy Hair
BioSilk
Body Double
Bonacure
Brocato
CatWalk
Cavier
CHI
Clairol Professional



TESTED  01-MAY

SHOPPING HELP

Your Cart Is Empty



JOIN EMAIL LIST  GO

Enter Email Here!



GIFT CERTIFICATES

FREE
SHIPPING
ORDERS
Over $60.00*

5/1/2008

Colourshines Cellophanes
Curling
Curling Irons
Curly Sexy Hair
Deep Brilliance
Design Essentials
Doo Gro
DUDU-OSUN
Flat Irons
Framesi
Fudge
Gold 'N Hot
Goldwell
Graham Webb
Haircolor
Hair Toys
Halo
Healthy Sexy Hair
Hot Tools
Human Hair
ISO
Joey New York
Joico
Kenra
KeraCare
KMS CALIFORNIA
KMS
KIwi
K-Pak
Laminates
Lanza
Lanza Cp Anti Aging
Loma
Loma Pearatin
Mizani
Modern Organic Products
Motions
Multiplicity
Murad Hair Care
Nailtiques
Nexxus
Nioxin
One Minute Manicure
OPI
Organic Roots
Osis
Phyto Organics
Pureology
Relaxers

## service Salon and Discount Retail Center.

We carry a wide range of professional products as well as a full line of ethnic hair care products. These items are sold to you from our online beauty supply store at a fraction of the cost of other retail centers.

We stand behind our beauty products and salon services! Check out our beauty tips to determine which beauty supply products are suitable for your hair type.

Discount Beauty Supply and Salon is located at 426 Old FM 548, Suite 104 Forney, TX, in the northeast section of Dallas, 13 miles from Town East Mall in Mesquite. We can help you with your salon supplies and professional beauty supplies selections by emailing or calling our toll - free number.

Please check out our newest selections of Flat irons by Golden hot and Ceramic irons by Chi and Hot Tools, together with the fastest growing black hair care line in Design Essentials.

Check out our different hair styles, beauty supplies, hair loss products and other beauty supply items in our catalog. We feature the best beauty supplies at great discounts, such as Nioxin, Abba, Cat Walk, American Crew, Goldwell, ISO, Nexxus, Tigi, Halo, Rusk, Biosilk silk therapy, Phyto Organics and many more beauty supplies items.

Please enjoy your visit to Discount Beauty Supply and

(USA ONLY)
SHIPPING & RETURN POLICY

## Hair Type Tips

## Secure Encrypted Checkout

## Salon Services

## 2 Locations



Rusk
Scruples
Schwarzkopf
Sebastian
Semodex
Shaper
SHEA BUTTER
Short Sexy Hair
SFactor
Silk Result
Silk Therapy
Silky Sexy Hair
Sleek Look
Straight Sexy Hair
Spornette Brushes/Combs

### Texture

### Thermafuse

TRENDLINE
Trix
Vita Tress
Waxing
Wella Biotouch
Wella Color Preserve
Wella Liquid Hair
Wigo Tools
Wild Sexy Hair
Y Serum



**More Information**

Our Affiliates Links

Salon Retail Center. Feel free to give us your input by emailing us, or by calling (972) 552-9129. If you're outside the Dallas/Fort Worth area, call us at our toll-free number, (800)755-3807.

Thank you for shopping our beauty supply stores and discount hair care. Don,t forget to check out our beauty tips.

## Store Specials



Click for details
Babyliss Nano Titanium Flat Iron 1 1 / 4" BAB2091 **FREE SHIPPING**
Regular Price $179.99
DBSS Price $129.99
< 1 >
**ADD TO CART**

Click for details
CHI PRO DRYER-BLACK. FREE SHIPPING
Regular Price $198.00
DBSS Price $129.99
< 1 >
**ADD TO CART**

5/1/2008

http://www.discount-beauty.com/