5/1/2008



Click for details
CHI TURBO DRYER - RED. FREE
SHIPPING

Regular Price $220.00

DBSS Price $159.99

DBSS 1 ^ ADD TO CART

Click for details
Goldwell Double Boost Rootlift
Spray 6.5oz. Goldwell Hair
Products

Regular Price $19.00

DBSS Price $15.30

DBSS 1 ^ ADD TO CART



Click for details
HOT TOOLS TOURMALINE IONIC
1875 WATTS PROFESSIONAL
DRYER WITH PRO MOISTURE
SYSTEM. #1056 Free Shipping

Regular Price $129.00

DBSS Price $74.99

DBSS 1 ^ ADD TO CART



Click for details
Hot Tools Tourmaline Tools Curling
Irons with Pro Moisture System

Click for details
Hot Tools Tourmaline IONIC
1875 WATTS PROFESSIONAL
DRYER WITH PRO MOISTURE
SYSTEM. #1045 Free Shipping

Regular Price $129.99

DBSS Price $69.99

DBSS 1 ^ ADD TO CART





Click for details
Hot Tools Tourmaline IONIC®
1875 Watt Professional Dryer with
Pro Moisture System and ION

http://www.discount-beauty.com/

5/1/2008

SELECT Variable Ion. Model 1044
FREE SHIPPING
Regular Price $129.00
DBSS Price $79.99

∨ 1 ∧
ADD TO CART

3/4" Model 3101
Regular Price $50.00
DBSS Price $35.99
∨ 1 ∧
ADD TO CART

Click for details
Sebastian Shaper Plus Hair Spray
10.6oz. Sebastian Hair Products
Regular Price $15.00
DBSS Price $11.85

∨ 1 ∧
ADD TO CART

Click for details
Spornette Rally Rounder Medium
#432
Regular Price $16.00
DBSS Price $12.99

∨ 1 ∧
ADD TO CART

# Discount Beauty

Shafer Plaza At Mustang Creek

Tanger Outlet Mall
301 Tanger Drive, Suite 226
Terrell, Texas 75160
Tel: 972-563-9944

**sales@discount-beauty.com**

426 Old FM 548., Suite 104
Forney, TX 75126
Telephone: (972)552-9129
or (800) 755-3807

Browse All Products    |   home   |   about us   |   buy gift certificates   |   locations   |   help   |   contact us

Copyright discount-beauty.com. All Rights reserved.

View Cart | My Account/Order Status | Help

Home | The Company | Learn More | FAQs | Return Policy | Contact Us | Skin Care Info

Home > Hair Care Products > Sexy Hair Products >

# Big Sexy Hair Volume Detangler

**Our Price: $10.99**

**Size:** 10 oz

Free Shipping on Orders over $75

*Product Code: SEBSHVD003*

Qty: 1

Add to cart

Add to Wish List

**Customers also recommend:**
Big Sexy Shampoo
**Our Price: $9.99**

Add ☐

+ Larger Photo

Email a Friend

### Description

Big Sexy Hair Volume Detangler is a leave-in detangler that gives body and fullness, while leaving hair tangle free.

Details:

- Detangles hair
- Helps prevent static electricity

## SEARCH

[        ] Go

### SKIN TREATMENTS

Anti Aging Skin Care
Anti Wrinkle
Acne Treatments
Breast Enhancement
Body Firming Lotions
Cellulite Treatments
Dark Spots & Age Spots
Dry Skin and Skin Rashes
Eye Treatments
Facial Treatment
Pore Minimizer
Scar Removal
Spider Veins Treatments
Stretch Mark Therapy
Sunscreen & Sun Damage
Toenail Fungus
Microderm Abrasion
All - Skin Treatments

### SKIN CARE

Lotions
Moisturizers
Cleansers & Washes
Anti-Oxidants



**Straight Sexy Smooth Out Spray**
Our Price: $11.50
Add ☐

**Straight Sexy Straight Aero Straightening Spray**
Our Price: $17.99
Add ☐

**Big Sexy Hair Volume Conditioner**
Our Price: $10.99
Add ☐

**Big Sexy Hair Root Pump**
Our Price: $14.99
Add ☐

- Provides weightless body

Contains Panthenol, Ginseng and Ginkgo Biloba Extracts which help to add moisture, volume and shin , Use on damp hair

Share your knowledge of this product with other customers... Be the first to write a review.

**Browse for more products in the same category as this item:**

Hair Care Products > Sexy Hair Products

Skin Serums
Skin Exfoliants
Skin Care for Men
Eye Care
Face Care
Foot Care
Nail Care
Joint & Muscle
Rejuvenation Laser
Travel Kits
All - Skin Care

SPA & BODY

Body Scrubs
Body Washes
Body Butters
Body Mists
Muds and Masks
Tanning Products
Spa Exfoliants
All - Spa & Body

MAKE-UP

Eye Shadow
Blush
Concealers
Foundation
Lip Products
Shimmer/Bronzer
Air Stocking Spray-On Panty Hose
Nail Polish & Care
All - Beauty Products

WEIGHT LOSS

Weight Loss Supplements
Diet Pills
All - Weight Loss

Styling Aids
All - Hair Care

## HAIR PRODUCTS

Hair Care Products
Shampoos
Conditioners
Styling Aids
Hair Removal
Hair Vitamins
Hair Loss & Growth
All - Hair Care

*Working for a Cause*

PayPal
PAYMENTS

Join our mailing list!

Join Now





# HAIR CARE CHOICES

SHOP • BRANDS • HAIR • MAKE-UP • SKIN • STYLING TOOLS • BIG DEALS! • SIGN UP FOR SPECIALS

May 1, 2008
Shopping Cart | Account
(866) 409-7227

Search Site [Go]

## CHOOSE A BRAND

Abba
AG Hair Cosmetics
Alterna
Alto Bella
American Crew
AminoGenesis
anuva
Art of Beauty
BaByliss
Bain de Terre
BC Bonacure
Big Sexy Hair
Bio Ionic
BioSilk
Blazing
Body Drench
Bodyography
Brocato
CaliforniaTan
Cellex-C
CHI
China Glaze
clean+easy
Color Me Sexy
Crabtree & Evelyn
Creative Nail Design
Cricket
Cuccio Naturale
Curly Sexy Hair
Dermalogica
dermastage
Essie
Fake Bake
FHI Heat, Inc.
Framesi
Freeze 24/7

## FEATURED PRODUCTS
Free Shipping On All orders over $49.



Dermalogica
Daily Resurfacer
$64.99
*Click for Details*



Ole Henriksen
Re-Start Anti-Aging
Serum
$36.99
*Click for Details*



PHARMAGEL
Bio-A Concentrate
$36.99
*Click for Details*



Kinerase
C6 Peptide Intensive
Treatment
$96.00
*Click for Details*

The Best Of Anti-Aging Ingredients



**Best Sellers**

Hempz Age Defying Moisturizer

Freeze 24/7 Freeze & Go Instant

Brightener & Smoother

Taberco The Eye Lift

**Need advice?**

As a HairCareChoices.com customer you are
now eligible to receive hair and hair product
advice via email from a licensed cosmetologist:

http://www.haircarechoices.com/

5/1/2008

Cosmetologist@HairCareChoices.com

**Resources**
Read review tips and advice






Freeze 24/7
Miracle Kit
$131.48
*Click for Details*



Dermalogica
Antioxidant Hydramist
$34.99
*Click for Details*

Fudge
ghd
GiGi
gloMinerals
Goldwell
Grund
HairDo Extensions by
Jessica Simpson
Hayashi
Head (h2t) To Toe
Healthy Sexy Hair
Hempz
Iso
IT&LY Hair Fashion
iTech
JLife
Joico
Kenra
Kinerase
KiS
KMS California
L'Anza
LAMAS
Loma
Marilyn Monroe
Menz Line
Mirabella
MOP
Nail Tek
Nexxus
O2 Originals
Ole Henriksen
OPI
Original Sprout
Osis
Paul Brown Hawaii
Pearl Prescriptives
PHARMAGEL
Pravana
Retrohair
Robanda
Rusk
Satin Smooth
Schwarzkopf
Scruples
Seche

Sexy Bath and Body
Sexy Hair Concepts
Short Sexy Hair
Silky Sexy
St. Moritz
St. Tropez
Straight Sexy Hair
Strong Sexy Hair
Sunglitz
Supernatural
Supre
Taberco
Tecnica
Terax
The Marilyn Brush
The Monroe Brush
theBalm
Therapro Mediceuticals
ThermaFuse
TIGI
TIGI - Body
TIGI - Cosmetics
TIGI- Bed Head
TIGI- Catwalk
TIGI- Hardcore
TIGI- S Factor
Tressa
Urban Potions
Youngblood Mineral
Cosmetics
Zerran

Contact Us | Privacy & Security | Policies | Anti-Diversion | Shipping* & Returns | Order Status
Powered by osCommerce
Copyright © 2008

MY ACCOUNT | STORES | SEE ALL BRANDS | PROMOTIONS | SALE | CONTACT US

Nails | Skincare | Haircare | Makeup | Men | Bath & Body | Gifts

☐ Shopping Basket **Items**

Select a Brand

Skincare
Makeup
Hair
Tools
Nails
Men
Bath and Body
Gifts

**More ways to shop**

What's New

What's Hot

Top Sellers



Deva Curl

Curls you crave.
The DevaSun Dryer.

Search: Enter Keyword  **GO**

About Planet Beauty

Store Coupon

Browse our Brands

Jobs/Applications

Sign up for Special offers
news and more

**Free Shipping**
UPS  On Domestic
Orders Over $100







## Go Smile

Go Smile Advanced Formula B1, $89.00

Keep your pearly whites sparkling this summer. Whiten on-the-go with these unique whitening ampoules.



## MODEL Co

Model Co Tan Airbrush in a Can 150 gram, $28.00

Get that summer bronze without the harmful effects of the sun. Goes on as a fine mist leaving a smooth, natural tan.

## Moroccan Oil

MOROCCAN OIL, $39.00

Treat your hair to the ultimate experience. Protect, hydrate, nourish, and give instant shine to stressed out hair in one easy step.



## Murad

Murad Wet Suit Cell Hydrating Supplement, $29.00

Keep your skin radiant from the inside out. Helps to protect against inflammation & oxidation.

## Tantowel

Tantowel Classic - Full Body, $21.00

Individually packaged towels, large enough to tan your entire body. Look Good Naked....or wherever you go!



## Dermalogica

Dermalogica After Sun Repair, $30.00

Take you skin from damaged to sexy. Instantly reduces irritation, redness & discomfort caused from scorching rays.

### PLANET BEAUTY IS PROUD TO PRESENT PRODUCTS FROM THESE MANUFACTURES

Abba | Alba Botanica | Alfaparf | Amazing Concealer | AminoGenesis | Anthony | Anthony Sport | Archipelago | Babyliss | Barielle | BeautyBlender | Bed Head | Big Sexy Hair | Bio Ionic | Bioelements | Bliss | Candle Warmer | Cargo Cosmetics | Caruso Professional | Cellex-C | Cellulite Rx | Claus Porto | CLEAN | Colure | Comodynes | ComptorSudPacifique | Crazylibellule | Crede | Cricket | Crome | Crystal Body | Curly Sexy Hair | Cyclic Soap | DDF | Dermablend | DERMAdoctor | Dermalogica | Deva Curl | Dr.Grandel | Enjoy | ERA | Face Foundation | Evian | Evolution skin | Fake Bake | Fashion Formula | FHI Heat | Flavours Self Tanner | Foot Petals | Frederic Fekkai | Freeze | Frownies | GHD | Go Smile | Goldwell | Guinot | Hai | Hayashi Systems | Healthy Sexy Hair | Helen of Troy | Hempz | HollywoodFashionTape | Hot Sexy Hair | Hot Spa | Hot Tools | Hot Touch | HydroPeptide | Hylexin | Ice | Icon | Idebenol | Illuminare | Jack Black | Japonesque | Jessica Simpson | Joico | Jolen | Jonathan Hair Care | Juice Beauty | Kai | Kerastase | Kiss Me Mascara | Kms California | Komenuka Bijin | Lanza | Lip Fusion | Lip Scrub Sarah Happ | Lippman | Loccitane | Longcils | Mama Mio | Mason Pearson | Maui Babe | Mavala | MD Lash Factor | MD Skincare | MEHAZ | MODEL Co | Moroccan Oil | Murad | Mustela | Naïtiques | Napoleon Perdis | NuFace | Nyce Legs | Ojon | Orly | Osis | per-fēkt | Phyto | Proraso | Pure Fiji Spa | Pureology | Rene Furterer | Revitalash | Rilastil | Satin Haircolor | Scentual Expressions | Schwarzkopf | Short Sexy Hair | Solano | Sorbie | Spa Girl | St Tropez | Straight Sexy Hair | StriVectin | Supersmile | Sweet Lacquer | SweetSpot Labs | T3 Tourmaline | Talika | Tancho | Tantowel | Tend Skin | Terax | The Art of Shaving | The Marilyn Brush | Thymes | Tocca | Too Faced | Toppik | TS2 | Tweezerman | TZCase | Vitabath | Voluspa | Votivo | Wigo | X5 Superlite | Yonka | Yu-Be | Zeno |

We have MANY MORE brands and beauty products to select from. We are adding new brands EVERYDAY. Don't see what you want? Call any one of our stores. Click here for a store near you.

Home | About Us | Contact US | Breauty Brands | Articles | News | Links | Sitemap

5/1/2008



Free Shipping
On Domestic
Orders Over $100

HACKER SAFE
McAfee
TESTED 01-MAY

myfoxla's LIST
WINNER

CONFIRMED
godaddy.com
HIGH ASSURANCE

PayPal
VERIFIED

| ABOUT PLANET BEAUTY | POLICIES | CONTACT US | BRANDS/CATEGORIES | JOBS |

Copyright © PlanetBeauty.com ALL RIGHTS RESERVED • WebDesign by artsci.net
5/1/2008 4:22:33 PM

FROM: http://www.google.com/search?q=%22sexy+hair%22+hair+care&hl=en&start=60&sa=n
882454

5/1/2008

http://www.planetbeauty.com/

free shipping on any order* of $25 or more >
*First, nonprescription orders only. Standard shipping.

welcome (sign in) | view shopping bag | Checkout | help
your account | your list™ | your prescriptions | fast shop

get up to
$50
for making us
your pharmacy



# drugstore
e·s̈o
the uncommon drugstore

| pharmacy | medicine cabinet | home medical | oral care | | | skin care | beauty & jewelry | vitamins | GNC | gifts & flowers | | diet & fitness | food & gourmet | SALE |
| green & natural | men's | personal care | household | pets | toys & games | baby & mom | | | | sexual well-being | | contact lenses | BEAUTY.COM |

SEARCH:

your shopping bag
no items in bag
view details | Checkout




browse: hair care | all styling products | all styling products | Sexy Hair Concepts store

## Product Info

package details
customer reviews
see accessories

**Talk about this item:**

e-mail a friend
write a review

**Related Products:**

ethnic styling products
anti-frizz products
curl defining
gels & lotions



⊕ see larger photo

# Sexy Hair Concepts Big Sexy Hair Spray And Play Volumizing Hairspray 10.6 fl oz (300 g)

★★★★★
read reviews

quantity: 1

**Add to bag**
or
Save to your list™

availability: in stock

suggested:  $15.96
our price:  $13.99
save 12% ($1.97)

🚚 Everyday Free Shipping
This item must be shipped via ground transportation

## Package Details

It's always Better when it's Bigger!

hair spray

More in hair care

Visit our Sexy Hair Concepts Store

See what other customers of this item also shopped for and bought

Property Of Michael O'Rourke

No Animal Testing.

Guaranteed only when sold only in a professional salon.

**Additional Product Information from drugstore.com, inc.:**

drugstore.com, inc. is not associated or affiliated with Sexy Hair Concepts and is not a licensed retailer of Sexy Hair Concepts. Sexy Hair Concepts guarantees this product only when sold through authorized retailers, and cannot guarantee the authenticity of any product sold by an unauthorized retailer. drugstore.com, inc. cannot guarantee that this product is covered by any manufacturer's warranties or eligible for any manufacturer's rebate. If the UPC codes or other tracing codes are missing from any product container of a Sexy Hair Concepts product, please retain your purchase receipt to assist in the tracing of that product in the unlikely event it is defective.

**Directions**

Application: Spray into styled hair for lift and hold.

**Ingredients**

SD Alcohol 40 (Alcohol Denat.), Hydrofluorocarbon 152A, Octylacrylamide/Acrylates Butylaminoethyl Methacrylate Copolymer, Aminomethyl Propanol, Dimethicone Copolyol, Phenyl Trimethicone, Triethyl Citrate, AMP Isostearoyl Hydrolyzed Wheat Protein, Pentaerythrityl Tetracaprylate (Tetracaprate), Octyl Methoxycinnamate, Cyclomethicone, Fragrance

**Warnings**

**Flammable. Contents Under Pressure.** Do not use near heat, open flame or while smoking. Do not puncture or incinerate. Store below 120°F or 48°C. Avoid spraying in eyes. Use only as directed. Intentional misuse by deliberately concentrating and inhaling contents may be harmful or fatal. **Keep out of reach of children.**

# Customer Reviews

John Paul Mitchell Systems

Average Rating: ★★★★★

★★★★★  I can't say enough about this product! It is absolutely,
AWESOME! This product holds my fine hair in place EVEN in

☆☆☆☆☆ humid and windy weather without that stiff, sticky feeling and NO residue or flakes that some products leave behind!!! It's also great to spray on before blow drying if you want added height! I HIGHLY RECOMMEND!!!
-- Anonymous on February 3, 2008

☆☆☆☆☆ Strong holding hairspray that can create volume at the roots!
-- Anonymous on January 1, 2008

☆☆☆☆☆ I LOVE this! Was using MINK but this is so much better. Holds my fine long hair out of my face and I can't say enough about this spray, I will use this from now on.
-- Anonymous on November 23, 2007

☆☆☆☆☆ Its just great for fine thin hair.
Been searching and this is the best to keep hair in place.
-- DONNA, Baltimore, MD on June 18, 2007

☆☆☆☆☆ Absolutly fabulous. I have very fine hair, and it's very long. I'm in the entertainment industry, so I need it full and luscious looking. The only thing for me, is that I use a lot, so I was losing more hair in the shower, than usual. So now I first use Jonathan's Dirt (great stuff), than the "Big Sexy Hair" Hairspray, then finish it off, or touch it up during a performance, with "Shaper" (my constant, for 20 years) that doesn't damage. Just some hints.
-- Anonymous on April 27, 2007

☆☆☆☆☆ This will be the only hairspray I ever buy from now on. I doesn't flake, it hold my straight thick asian hair in place. Awesome stuff.
-- Anonymous on April 13, 2007

☆☆☆☆☆ I bought a small bottle of this on eBay before buying the full size. This is one of the best hair sprays I've found - and believe me, I've been through many hair products trying to find something that works. It holds hair in place without weighing it down. That's important considering I have oily, fine hair. It also doesn't contribute to extra oil - something I've had problems with in the past. It holds all day at work. Perhaps the best thing is that if I change my mind in the morning I can easily brush through it and respray and it still looks just a great. I highly recommend this. I'm purchasing the full size bottle today.
-- Anonymous on April 1, 2007

☆☆☆☆☆ This is a great product. I have very fine hair and this product keeps my hair in place all day. Just a light spraying does the job.
-- Carol, Richmond, CA on March 18, 2007

☆☆☆☆☆ I decided to order this hairspray and I am glad that I did. It works really well, and I don't find it to be stiff, but I only spray lightly and that is all it needs as it just holds great. My hair stays like I

**our policies**
Questions? Please
visit our site.help

styled it all day.
-- Patricia, Danville, VA on February 10, 2007

★★★★★ I will never buy any other hair spray. I love this stuff.
-- Jennifer, Bakersfield, CA on January 25, 2007

★★★★★ I really feel as if I have been waiting 40 years for this product. It does not go on that differently from other sprays in the morning, but it is the first product I have ever used that holds all day. It seems as if my hair gets better as the day goes on. In the past, I would feel pretty good until I looked into a mirror after an hour and saw flat hair. It is not stiff. I have seen other products I like go off the market, so that worries me a bit!
-- Anonymous on November 29, 2006

★★★★★ I love this spray and the Root Punp also. One problem. It sometimes makes my face break out with hard bumps. Not exactly like zits. After all, I'm 50+ years old. Is there one particular ingredient that may do this? Anyone know?
-- Betty on July 29, 2006

★★★★☆ I use the Spray and Play Harder and boy, this stuff is awesome! I have been looking for a hairspray that holds all day and that doesn't flake or fall after a couple of hours. Well I have found it, I love this hairspray! This is a keeper.
-- Anonymous on October 24, 2005

★★★★★ The BEST hairspray I have ever tried, and I have tried many! It holds like no other, yet is not sticky or "crunchy" on your hair. I no longer use anything else!
-- Anonymous on September 4, 2005

★★★☆☆ I have to rate it four stars in terms of its hold, but man oh man, this stuff is like cement. Now mind you, some of us girls like to use crazy glue on our hair, but some of us prefer to actually be able to brush our hair after using hairspray. So just be warned, this stuff is POWERFUL!
-- Elizabeth, San Jose, CA on July 25, 2005

See all 17 reviews | Write a review

## Payment Options

☑ BillMe Later®  Buy Fast. Feel Secure. Pay Later® Subject to credit approval.  Details

# Get Sexy Hair Concepts Big Sexy Hair Spray And Play

pages for information about our site and our policies.
about our prices

# Volumizing Hairspray with accessories:

| Product Name: | Quantity: | Price: | Select: |
|---|---|---|---|
| **Sexy Hair Concepts** Big Sexy Hair Spray And Play Volumizing Hairspray - 10.6 fl oz in stock | 1 | $13.99 save12% | ☑ |
| **CHI** Rocket Professional Hair Dryer - 1 ea in stock | 1 | $135.00 save55% | ☐ |

**Add selected to bag**

## May We Suggest ...

**Progaine** Volumizing Foam, Thin Hair

our price $4.79 save 20% ($1.20) **Buy**

**Got 2b 2 Sexy** Voluptuous Volume Hairspray

our price $5.99 **Buy**

**Thicker Fuller Hair** Weightless Volumizing Hair Spray

our price $4.99 **Buy**

PayPal  Google Checkout  BillMe Later



prescriptions | health | home medical | oral care | hair care | beauty | vitamins | gnc store | diet & fitness | food | top offers | green & natural | men's | personal care | household & pets | pet store | toys & games | baby & mom | mother's day gift ideas | sexual well-being | discount contact lenses from vision direct | beauty.com

Information on this site is provided for informational purposes and is not meant to substitute for the advice provided by your own physician or other medical professional. You should not use the information contained herein for diagnosing or treating a health problem or disease, or prescribing any medication. You should read carefully all product packaging. If you have or suspect that you have a medical problem, promptly contact your health care provider. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease. Customer reviews are provided for informational purposes only. Customer reviews reflect the individual reviewer's results and experiences only and are not verified or endorsed by drugstore.com, inc. Actual results may vary among users.
Please see our Terms of Use | Privacy Policy | Pharmacy Notice of Privacy Practices
Copyright © 1999-2008 drugstore.com, inc. All rights reserved.

# AMERICAN DISCOUNT BEAUTY SUPPLY.adiscountbeauty.com

⧆ home  ⧆ contact us  ⧆ about us  ⧆ links  ⧆ privacy  ⧆ security  ⧆ customer service  ⧆ shopping cart  ⧆ order status

Search | Special Requests

Beauty supplies and haircare products for up to 40% off everyday!

## Hair Care ...Shampoo, Conditioners and Styling Aids

American Crew Mens Haircare and d:fi

Artec Color Shampoo and Conditioners ...now called L'oreal Colorist Collection

Aura Hair Care

Bain de Terre

Big Sexy Hair Line By Ecoly !

Bioshine Silk Polish

Biosilk Hair Care

Black & White Pomade Hair Care

Burts Bees Natural Haircare Items

Cake Beauty Collection...Hair, Body, Bath and Creams!

California Baby Bath And Skincare... Natural Aromatherapy for Kids!

Cellophanes are back...Sebastian Laminates Cellophanes!

Chi Haircare And The New Chi Ionic Color Protector System

## SHOP FOR PRODUCTS

➤ Fragrance

➤ Haircare: Shampoo, Conditioner & Styling Aids

➤ Appliances & Women's Personal Massagers

➤ Haircoloring Products , Rollers & Accesories

➤ Nailcare

➤ Waxing, Hair Removal & Bleaching

➤ Bath & Body and Candles

➤ Auto Flosser , Teeth Bleaching, Fresher Breath & Dental Care

➤ Skincare

➤ Footcare & Reflexology

➤ Tweezers, Skincare Tools, Scissors & Nippers

➤ Hair Brushes, Combs & Make-Up Brushes

➤ Mirrors

➤ Travel Bags & Make-Up Cases

➤ Make-Up & Removers

➤ Hair Accessories & Special Items

➤ Hair Loss, Hairpiece Accessories & Men's Products

➤ Babies' & Children's Products

➤ Ethnic Products

➤ Costume Wigs, Facial Hair,

http://www.adiscountbeauty.com/haircare.html

▲ Lashes, Nails and Make-up!

▲ Great Gifts For Everyone

Circle Of Friends Childrens Hair Care Products

Circle Of Friends NEW Lice-Free Zone Products AND Little Docs Calming Skincare!

Clairol Vitapointe Hair Care

Clairol Hair Care Shimmer Lights Shampoo And Conditioner By Clairol... Keep Grey And Blonde Tones From Turning Yellow !

Clay Esthe From Molto Bene Hair Care

Clay Pac By Alto Bella

Crede Hair Care As Seen In Vogue AND Allure!

Curl Friends, Special Hair Care For Curly Hair From The Co-Founder Of Bumble & Bumble

Curly Sexy Hair By Ecoly

D:fi Hair Care

DEESSE'S Hair Care Made In Japan!

Dry Shampoo...Algemarina, BATISTE And Klorane Oat Is Back!

DuSharme Hair Conditioner

Ecoly Hair Care Products

Faster Hairspray Company ...Dries Fast!!!

Fermodyl By Revlon Professional Hair Treatments And Shampoos

Focus 21 Hair Care Is Back With Even More Great Items!!!

Goldwell Hair Care

Goldwell NEW Color Glow...Color Intensifying Care And Colored Mousse!

Grande Finale Ultra Holding Hair Spray

Green Out, Red Out, Gold Out And Yellow Out Shampoo !

Hamadi Beauty..Tested on Actresses Never on Models!!!

Hayashi Hair Care System 911, System Hinoki And Colored Shampoos

Heathy Sexy Hair From Ecoly

Hempz Hair Care...A Higher State Of Hair Care!

Hot Oil and Deep Treatments..

ICE By Joico Hair Care!!!

ISO Hair Care

Jheri Redding Hair Care

Joico K-Pak And Hair Care

KMS California Hair Care...New Look

Kenra Hair Care

Kevis Hair Care... Promotes Healthy Hair Growth.

King Research NO RINSE MORE Shampoo

Klorane Haircare From France

Knotty Boy Hair Care Dread Stuff

Komenuka -Bijin Hair Care From Japan!

Korres Natural Products From Greece For Hair And Body!

LISCIOCRYSTAL by Milbon Straight Leave-in Hair Treatment 4oz.

Lamaur Hair Care Apple Pectin, Blondie Bone Marrow And More!

Loreal Hair Care Feria Treatment

Loreal Nature's Therapy Line

Magic Moves From Supremo Hair Care

Malibu 2000 Swimmers Action And Well Water Hair Care

Margaret Josefin Japan...Haircare for Damaged Hair

Mastey Haircare Including Restore SULFATE-FREE Shampoo!

Medi Dan Hair CareTreatment

Meros Haircare Including the ID Silk Care and Basal Scalp Repair

Molto Bene B:Oce ...Japanese Hair Care Products

Mop Hair Care...Modern Organic Products

NUTRESS Hair Care

Neo Leaf Hair Rejuvenator Tonic

Nexxus Brings Us VITA TRESS For Thinning Hair

Nexxus PHYTO ORGANICS Haircare

Nigelle Haircare

Odeule Air Wax From Japan

Page 3 of 5

Hair Care - Shampoo, Conditioners and Styling Aids

PPT Do Hair Care Shampoo And Conditioners From Japan!

Paul Mitchell

Philip B Hair and Body

Pure Fiji Bath And Skin Products AND NOW HAIRCARE... There Is Nothing Like It!

Queen Helene Hair Care Since 1930 !

Remino Styling Emulsions

Rona Gentil Made In Japan Hair Care

Roux Porosity Control Shampoo AND Mendex Repair Treatment

Rusk Haircare and Anti Curl Hair Straightener AND Thermal STR8

Schwarzkopf Presents Bonacure, Osis and Ingora Color Care

Sebastian Hair Care

Sorbie Hair Care By Trevor Sorbie

Spice Sisters Wax , Mists and Tubes By Arimino From Japan

Terax Hair Care Is Here... From Italy!

Tigi Bedhead and Catwalk

Tigi Brings You...S Factor! Smoothes, Softens and Shines!

Toppik Amazing Hair Building Fibers For Baldness and Thinning Hair

Tri Hair Care From The Institute Of Trichology

Vapon Topstick Tape , Wigcare Shampoo And Hairpiece Accessories

http://www.adiscountbeauty.com/haircare.html

5/1/2008

Hair Care ...Shampoo, Conditioners and Styling Aids

Vivitone X2 Power Hold Finishing Spray

Wella Lifetex Wellness , Liquid Color Preserve And Biotouch Haircare!

Woody's Quality Grooming For Men

Zerran Hair Care For Naturally Beautiful Hair

American Discount Beauty Supply, PO Box 351394, Los Angeles, California 90035 tel: 310-276-9006 fax: 310-815-8253
Copyright© 2007 American Discount Beauty Supply
Site designed by: 2SnakesCreative

http://www.adiscountbeauty.com/haircare.html

5/1/2008

# folica.com

The Web's Most Popular Beauty Store

888-919-4247

CART : CUSTOMER SERVICE

Tools : Hair Styling : Hair Care : Hair Loss : Hair Removal : Skin Care : Makeup : Spa & Body : Men : Brands

FREE SHIPPING ON ORDERS OVER $75  *  30-DAY RETURN POLICY  *  100% SECURE & SAFE

SEARCH

## Hair Care Products

*You are here:* Home > Hair Care

**HAIR CARE**

- ▶ Shampoo
- ▶ Conditioner
- ▶ Heat Protection
- ▶ Sun & UV Protection
- ▶ Anti Frizz Products
- ▶ Straight Hair Care
- ▶ Curly Hair Care
- ▶ Problem & Solution
- ▶ Hair Treatments
- ▶ Dandruff
- ▶ Hair Color Protection
- ▶ Humidity Protection
- ▶ Gray Hair Care
- ▶ Hair Moisturizer
- ▶ Hair Detangler
- ▶ Men's Hair Care
- ▶ Swimmer Hair Care
- ▶ Rainwear & Sleepwear

**FEATURED BRANDS**

- Alfaparf
- Aphogee
- American Crew
- Artec
- Aveda





Bring out your rich beautiful hair color

citre shine
Brilliant shine beautiful hair



ted gibson



Redken Extreme Anti-Snap Leave-in Treatment

**Most Popular** | **New Arrivals**





John Frieda Smooth Seas Detangling Conditioner

Jheri Redding Natural Protein Conditioner

Klorane Centaury Shampoo



Hair Care Products: Brands & Reviews

- Biolage
- Bed Head
- BioSilk
- Bumble & Bumble
- Catwalk
- Davines
- Folicure
- Frédéric Fekkai
- John Frieda
- Kérastase
- Klorane
- Matrix
- Nioxin
- Organin
- Paul Mitchell
- Pureology
- Redken
- Rogaine
- Rusk
- Sebastian
- Sedu
- Sexy Hair
- TiGi
- Wella
- More Salon Products

$6.59 $4.99
★★★★☆
13 Reviews

Thicker Fuller Hair Revitalizing Shampoo
$9.99 $5.95
★★★★☆
31 Reviews

$7.95
★★★★☆
17 Reviews

Klorane Camomile Shampoo
$12.50
★★★★★
25 Reviews

$12.50
★★★★☆
10 Reviews

Energizer Treatment Shampoo
$12.99 $9.99
★★★★☆
12 Reviews

$15.99
★★★★☆
19 Reviews

Medi Dan Medicated Dandruff Treatment Shampoo
$10.95
★★★★☆
18 Reviews

ApHOGEE Shampoo for Damaged Hair
$6.95
★★★★☆
22 Reviews

Hi-Pro-Pac Conditioner
$9.99 $5.99
★★★★☆
16 Reviews

CHI Keratin Mist 12 oz.
$14.95 $10.95
★★★★☆
14 Reviews

Klorane Mink Oil Shampoo
$16.50 $14.99
★★★★☆
10 Reviews








Follicure Extra Shampoo

$4.95

★★★☆☆
9 Reviews



ApHOGEE Keratin &
Green Tea Restructurizer

$7.95

★★★★☆
30 Reviews

  

ApHOGEE Treatment for
Damaged Hair

$8.99 $6.95

★★★★½
119 Reviews





CHI Ionic Power Plus Hair
Kit

$36.95 $29.99

★★★★☆
12 Reviews

 customer service     fcs@folica.com    ☎ 888-919-4247

**100% Secure and Safe. 30 Day Money Back Guarantee**
Millions of Customers Served by Folica.com Since 1997

Corporate Information   |   Privacy Policy   |   Return Policy
Low Price Guarantee   |   Security Guarantee   |   Shipping Charge   |   Customer Service   |
Affiliate Program

Folica Beauty Supply, Inc.
8 Corporate Drive, Cranbury, New Jersey 08512, USA

**Sign up for special offers**
enter your email 







http://www.folica.com/haircare.htm

5/1/2008

Toll-free: 1-888-909-1658 / M-F 8:30 am - 5:30 pm

View Cart  |  My Account/Order Status  |  Help

Home  |  The Company  |  Learn More  |  FAQs  |  Return Policy  |  Contact Us  |  Skin Care Info

SEARCH

[_____] Go

**SKIN TREATMENTS**

Anti Aging Skin Care
Anti Wrinkle
Acne Treatments
Breast Enhancement
Body Firming Lotions
Cellulite Treatments
Dark Spots & Age Spots
Dry Skin and Skin Rashes
Eye Treatments
Facial Treatment
Pore Minimizer
Scar Removal
Spider Veins Treatments
Stretch Mark Therapy
Sunscreen & Sun Damage
Toenail Fungus
Microderm Abrasion
All - Skin Treatments

**SKIN CARE**

Lotions
Moisturizers
Cleansers & Washes
Anti-Oxidants

Home > Hair Care Products > Sexy Hair Products >
**Big Straight Sexy Hair Smooth & Seal**

[ Larger Photo ]

[ Email a Friend ]

**Description**

Big Straight Sexy Hair Smooth & Seal smoothes fine and medium hair, and delivers great shine to any hair style! Sexy Hair Concepts Straight Sexy Hair Smooth & Seal is an aerated anti-frizz spray that locks out moisture and seals in shine. the humidity resistant formula keeps straight hair smooth and shiny.

**Our Price: $9.99**

Free Shipping on Orders over $75.

*Product Code: SESSHSS008*

Qty: 1

[ add to cart ]

Add to Wish List

Customers also recommend:

**Big Sexy Hair Volume Detangler**
Our Price: $10.99
Add [ ]

Page 2 of 4

Skin Care | Products | Hair Care, Spa, and Body | General | Body & Spa

Skin Serums
Skin Exfoliants
Skin Care for Men
Eye Care
Face Care
Foot Care
Nail Care
Joint & Muscle
Rejuvenation Laser
Travel Kits
All - Skin Care

**SPA & BODY**

Body Scrubs
Body Washes
Body Butters
Body Mists
Muds and Masks
Tanning Products
Spa Exfoliants
All - Spa & Body

**MAKE-UP**

Eye Shadow
Blush
Concealers
Foundation
Lip Products
Shimmer/Bronzer
Air Stocking Spray-On Panty Hose
Nail Polish & Care
All - Beauty Products

**WEIGHT LOSS**

**Big Sexy Hair Volume Conditioner**
**Our Price: $10.99**
Add ☐

**Straight Sexy Smooth Out Spray**
**Our Price: $11.50**
Add ☐

**Big Sexy Hair Root Pump**
**Our Price: $14.99**
Add ☐

**Big Sexy Shampoo**
**Our Price: $9.99**
Add ☐

Share your knowledge of this product with other customers... Be the first to write a review.

**Browse for more products in the same category as this item:**

Hair Care Products > Sexy Hair Products

Weight Loss Supplements
Diet Pills
All - Weight Loss

**HAIR PRODUCTS**

Hair Care Products
Shampoos
Conditioners
Styling Aids
Hair Removal
Hair Vitamins
Hair Loss & Growth
All - Hair Care

All - Hair Care
Styling Aids

# My Recent History

◇ Big Sexy Hair Volume Detangler **$10.99**

Turn History Off

Working for a Cause

PayPal PAYMENTS

Join our mailing list!

Join Now




CLEAR
CLEAR ALL



About Us  |  Become an Affiliate  |  Privacy Policy  |  Send Us Feedback  |  Bookmark Us

Company Info  |  Terms of Use  |  Product Index  |  Category Index  |  Help

Copyright © 2008  Faber Products. LLC. All Rights Reserved.

Sell Online with Volusion.