# ThisNext

## Home

## Explore

Watch People Shop

- What's New
- What's Popular
- Gossip Girl Fashion
- Spring Shopping Guide

- Meet Our Community
- Featured Member
- Featured List

ThisNext Blog

## Recommend

What do you want to recommend?

Other ways to recommend

- Sign Up
- Sign In
- Help

## Search

Keywords  sexy hair hair care        Search

Go

thisnext - Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle

# Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle



Like it? Tell us what you think

Want it? Add it to your wish list.

**Buy at...**

**Compare Prices**

**Store   Price**
Amazon   $27.79

Powered by Shopping.com

**Share this product**

- Amazon.com

http://www.thisnext.com/item/4DF51D40/Short-Sexy-Hair-Hard-Up-Gel-16

- Email
- BlogIt

# First to Recommend



## FashionKitty

(Recommendations made: 3044)

- Add to my friends
- Give a compliment

## Description

Updated Oct 2, 2007

"I'm sorry if my looks better done up with gel ..." Derek Zoolander. All male models have to have their hair gelled to perfection, and Derek Zoolander is not an exception to this rule.

## Rate this recommendation:

- Smart
- Funny
- Useful

**Hair Gel**
Quickly Find Hair Care Product Suppliers in Our Directory.
v.v

**Stimulate Hair Growth**
Proven Hair Loss Solutions Leader. Look Great. Free Consult Today.

Ads by Google

## More Recommendations

**1-1 of 1**

ThisNext - Short Sexy Hair/...



**rufrog.**

(Recommendations made: 7)

- Add to my friends
- Give a compliment

## Description

Updated Jan 18, 2008

Holds extremely!!! well!!! Doesn't leave build up on hair or turn white and flaky.
I've been using this for over one year and I have absolutely NO COMPLAINTS.

**Rate this recommendation:**

- Smart
- Funny
- Useful

**1-1 of 1**

# Tell us what you think.

Submit Your Recommendation

Recommendation:

# Related Product Lists

## Viewing 1-1 of 1 Lists

Zoolander: Blue Steel

Short Sexy Hair Up Gel, 16.9 Ounce Pump Bottle - ThisNext

Updated Oct 2, 2007

This list is devoted to my favorite movie ... Zoolander. If you are a true Zoolander fan you will truly appreciate... more
This list is for people who like:
ben stiler, derek zoolander, male models, modeling, style dash

### Viewing 1-1 of 1 Lists

# Related Products



Matrix Lonice Forming Foam

ThisNext - Short Hair Gel by ... - Short Sexy Hair Hard Up Gel

## Set Navigation

- Next
- Previous

## Advertisement

**Brocato Hair Care**
Buy Brocato Hair Products Online Free Shipping & Great
Service!
HairCareChoices.com/Brocato

**Kids hair detangler**
Tear-free baby shampoo Save on Baby Basics® Products
www.BabyBasicsClub.com

**Rene Furterer**
Free Shipping. Same Day Shipping Great Service. Fast
Delivery!
ReneFurterer.HairBoutique.com

**Nioxin 25% Discount Sale**
$6 flat rate shipping Best deals on the Net
www.uniSalon.com

Ads by Google

# Become a
# ThisNext Member

- make wish lists
- it's easy and free
- takes less than a minute



## Advertisement

ThisNext - shopping finds you love. Find your favorite products and share...



# Related Product Categories

- beauty 4139
- hair 798
- hair care 448
- gel 71
- hair gel 14
- zoolander 13
- stiff gel 1

# Popular Combinations

- gel + bath
- hair gel + hair products
- beauty + cosmetics
- beauty + makeup
- beauty + fashion
- beauty + style
- beauty + skin care
- beauty + beauty products
- beauty + hair

Short and chic Avon Color Up hair paint Done – ThisNext

- hair + style

View More



**How influential can you be?**
**If you're a Maven on ThisNext, VERY.**
Click to find out how to become a Maven for 2008

ThisNext
**Spring Shopping Guide**
Fashion. Holidays. Living.

So Chic(k)

You can +add favorite products to any list!



**ThisNext**
**Spring Design Contest**

Tag it "SpringDesign" and win four pieces of fresh design



ThisNext is now on
Facebook!
introducing

**IWant**

install now

•

- **Become a ThisNext Member**

  Sign up now and get shopping ideas just for you.

- **ThisNext on Facebook**

  Have more fun shopping with your friends on Facebook.

- **Feature ThisNext recommendations on your blog**

  Start Shopcasting now

- **Create a Wish list on ThisNext**

  Your personalized list of must-have items

# Shop ThisNext

**Shopping Guides**

1. New Year's Eve New Year's Eve Party
2. Valentine's Day Valentine's Day Gift Ideas
3. Easter
   Easter Gift Ideas

4. Earth Day Eco-Friendly Gifts
5. Mother's Day Mother's Day Gift Ideas
6. Father's Day Father's Day Gifts Ideas
7. Think Pink Month Breast Cancer Awareness Products
8. Halloween Adult Halloween Costumes
9. Thanksgiving Thanksgiving Entertaining
10. Christmas Unique Christmas Gifts

See More

**Popular Categories**

1. Designer
2. Shoes
3. Kitchen
4. Modern
5. Toys
6. Gadgets
7. Home Decor
8. Jewelry
9. Accessories
10. Eco-Friendly

See More

**Quick Guides**

1. Modern Bedding
2. Office Supplies
3. Camouflage Wedding Dress
4. Handcuff Necklace
5. Betsey Johnson Jewelry
6. Knee High Boots
7. Colored Skinny Jeans
8. Tight Leather Pants
9. See Through Shirts
10. Leopard Print Shoes

http://www.thisnext.com/item/4DF51D40/Short-Sexy-Hair-Hard-Up-Gel-16

5/1/2008

See More

# Gift Ideas

**Gifts for Her**

1. Women's Fashion
2. Chef Gifts
3. Fashion Jewelry
4. Funky Accessories
5. Women's Gift Gadget
6. Holiday Gift for Her
7. Trendy Fun Gifts
8. Home Decoration Gifts
9. Baby Shower Gifts
10. Little Black Dress

**Gifts for Him**

1. Gadgets for Men
2. Cool Gadgets
3. Cool Guy Gifts
4. Bachelor Pad
5. Latest Gadgets
6. Gadgets and Gizmos
7. Outdoor Sports
8. Men's Fashion
9. Unique Mens Gifts
10. Men's Style

**Gifts for Kids**

1. New Baby Gifts
2. Toys for Kids
3. Fun Games for Kids
4. Top Toddler Toys

5. Toddler Costumes
6. Cool Toys for Kids
7. Handmade Toys
8. Educational Toys
9. Games for Kids
10. American Toys

**Gifts for Occasion**

1. Unique Wedding Gifts
2. Graduation Gift Ideas
3. Baby Shower Gifts
4. Birthday Gift Ideas
5. Anniversary Gift Ideas
6. Cool Housewarming Gifts
7. Bachelor Party Supplies
8. Bridal Shower Gifts
9. Hostess Gifts
10. Thank You Gifts

# City Guides

1. Los Angeles |
2. New York |
3. London |
4. Milano |
5. Hong Kong |
6. Paris |
7. Miami |
8. Dallas |
9. Sydney |
10. Berlin |
11. See Cities

# ThisNext Information

http://www.thisnext.com/item/4DF51D40/Short-Sexy-Hair-Hard-Up-Gel-16

Short Sexy Hair Hard Up Gel, 16.9-Ounce Pump Bottle - ThisNext

- Business Owners
- FAQ
- Blog
- Shopcast
- About Us
- Contact ThisNext.com
- Newsletter
- Privacy Policy
- Terms of Use

Copyright ©2005-2008 ThisNext, Inc.



ebaY®

Welcome! Sign in or register.                                                                    Site M

Buy | Sell | My eBay | Community | Hel

eBay Security &
Resolution Center

Categories ▼    Motors    Express    Stores

Home > Buy > Search Results for 'HEALTHY SEXY HAIR PUMPKIN SH...'

All Items    Auctions    Buy It Now

☐ Search title and description

[ Search ] Advanced Search

▶ Narrow Your Results

ADVERTISEMENT  (about)

FIND ALL YOUR EQUINE
NEEDS AT TSC ›

Tsc TRACTOR
SUPPLY CO

All Categories                    [ Search ]  Advanced Search

50 items found   ( Save this search )

☑ Show only: Items similar to: HEALTHY SEXY HAIR PUMPKIN SHAMPOO-CONDITIONER-SPRAY

List View | Picture Gallery                                    Sort by:  Time: ending soonest ▼   Customize Displa

| Item Title | Bids | Price* | Shipping to USA | Time Left ▲ |
|---|---|---|---|---|
| Big Sexy Hair-Healthy Sexy Hair Soy Milk Shampoo 13.5oz | ℙ  =BuyItNow | $11.99 | $7.50 | 1h 25m |
| NISIM Tripack Shampoo, Conditioner, Extract (Oily Hair) | ℙ  =BuyItNow | $39.99 | $12.99 | 7h 00m |

2 Healthy Sexy Hair Soy Tri Wheat Leave In Conditioner — **$9.99** $9.99 — 1 — 14h 39m

2 Healthy Sexy Hair Soya Want Flat Hair Flat Spray 5.3 — **$9.99** $5.50 — 1 — 17h 10m

Lot 2 Healthy Sexy Hair Soya Want Full Hair Hair Spray — **$9.99** =Buy It Now $12.99 — 18h 31m

Lot 3 Healthy Sexy Hair Soy Milk Shampoo - 13.5 OZ — **$9.99** $6.50 — 1 — 18h 32m

STRAIGHT SEXY HAIR SHAMPOO & CONDITIONER 1 OF EACH! — **$5.99** $5.50 — - — 23h 14m

Big Sexy Hair Healthy Soy Milk Shampoo 33.8 oz — =Buy It Now **$15.99** $7.50 — 23h 26m

Big Sexy Hair-Healthy Soy Milk Conditioner 33.8 oz — =Buy It Now **$15.99** $7.50 — 23h 27m

Healthy Hair Emu Oil Shampoo and Emu Oil Conditioner — =Buy It Now **$14.95** $5.45 — 1d 03h 17m

Search Options



Customize options displayed above.

**Related Guides**

Straightening your h...
Don't get ripped off...
What's Ojon Restorat...
Cheap and Effective ...
Have You Tried Chaz ...
Great Products and H...
**See all related guides...**

proauctionsjb (27)
Dog Gone Sisters (22)
HAIRMONIOUS (18)
FITNESS 4 U 2 GO (3)

**See all matching Stores**
**See all common keywords**

ADVERTISEMENT (about)

Healthy Sexy Hair Soy Milk Conditioner Liter

**$19.99** $9.99
=BuyItNow $20.20

1d 05h 39m

Viviscal shampoo for healthy ,faster hair growth 5.1 oz

**$12.99** $6.99
=BuyItNow $12.99

1d 13h 41m

10 Healthy Sexy Soya Want Flat Hair Iron Spray 5.3 oz

=BuyItNow $49.99 $10.99

1d 14h 07m

Nisim Shampoo for Dry hair and healthy hair growth 32oz

**$45.95** $6.99
=BuyItNow $45.95

1d 14h 28m

Nisim Shampoo for Dry hair and healthy hair growth

**$14.95** $6.99
=BuyItNow $14.95

1d 14h 28m

Big Sexy Hair-Healthy Sexy Hair Soy Milk Conditioner

=BuyItNow $12.99 $7.50

1d 15h 13m

Big Sexy Hair-Healthy Sexy Hair Soy Milk Shampoo 13.5oz

=BuyItNow $11.99 $7.50

1d 15h 19m





CURLY SEXY HAIR SHAMPOO & CONDITIONER LITER DUO

≡Buy It Now $24.00 $11.95    1d 16h 38m

Big SexyHair Healthy Pumpkin Detoxifying Shampoo 10 oz

≡Buy It Now $12.99 $7.50    1d 18h 43m

Big Sexy Hair Healthy Pumpkin Rehydrating Shampoo 10 oz

≡Buy It Now $14.99 $6.50    1d 20h 21m

Big Sexy Hair Healthy Pumpkin Conditioner 10 oz

≡Buy It Now $12.99 $6.50    1d 23h 50m

STRAIGHT SEXY HAIR SHAMPOO & CONDITIONER 1 OF EACH!

$5.99 $5.50    2d 46m

Sexy Hair Pumpkin Detoxifying Shampoo 10 Oz.

$7.25 Calculate 2d 01h 21m

2 Healthy Sexy Hair SOY MILK CONDITIONER 33.8 oz EACH

≡Buy It Now $24.99 $14.99    2d 12h 22m

..., HAIR CARE, Fragrances items on eBay.com



ULTIMATE Healthy Sexy Hair Pumpkin GIFT Pack — Buy It Now $82.50 $8.99 — 2d 15h 20m

STRAIGHT SEXY HAIR SHAMPOO & CONDITIONER 1 OF EACH! — $4.99 $5.50 — 2d 20h 35m

3 BIOLAGE HAIR CARE SETS SHAMPOO CONDITIONER SPRAY NIB — Buy It Now $9.99 $24.99 — 2d 23h 48m

Big Sexy Hair-Healthy Sexy Hair Soy Milk Conditioner — Buy It Now $12.99 $7.50 — 3d 25m

Big Sexy Hair-Healthy Sexy Hair Soy Milk Conditioner — Buy It Now $12.99 $7.50 — 3d 01h 00m

STRAIGHT sexy hair SHAMPOO & CONDITIONER 8.5 fl.oz.ea — Buy It Now $6.99 $7.95 — 3d 02h 10m



Healthy Hair Emu Oil Shampoo and Emu Oil Conditioner — Buy It Now $14.95 $5.45 — 3d 03h 17m

...SHAMPOO-CONDITIONER-SPRAY ... : Hair Care, Fragrances Items on eBay.com

| Item | Buy It Now / Price | Bids | Time Left |
|---|---|---|---|
| BIG SEXY HAIR BIG VOLUME SHAMPOO & CONDITIONER LITERS | **$19.99** / =Buy It Now $20.99 | - | 3d 16h 07m |
| Lot 4 Healthy Sexy Hair Soya Want Full Hair Hair Spray | **$9.99** $9.50 | 1 | 3d 22h 14m |
| ALTERNA CAVIAR SHAMPOO&CONDITIONER&HAIR SPRAY 2FL.OZ. | **$3.99** $8.99 | - | 3d 22h 20m |
| Healthy Sexy Hair Soy Milk Shampoo 13.5oz *Free Ship!!! | **$8.99** $2.99 | - | 3d 22h 33m |
| healthy sexy hair pumpkin DETOXIFYING shampoo 64 oz. | **$24.99** / =Buy It Now $32.99 | - | 3d 22h 56m |
| aquage strengening shampoo and conditioner !!FREE SPRAY | =Buy It Now $42.00 $9.00 | - | 3d 23h 08m |
| Healthy Sexy Hair Soya Want Flat Hair & Soy Conditioner | =Buy It Now $14.25 Calculate | - | 4d 54m |
| BIG SEXY HAIR BIG VOLUME SHAMPOO & CONDITIONER LITERS | **$19.99** / =Buy It Now $20.99 | - | 4d 06h 16m |
| 13.5 oz. Healthy Sexy Hair Soy Milk Conditioner. NEW. | **$3.99** $5.95 | - | 4d 12h 20m |



Healthy Sexy Hair - Hair Care, Fragrances Items on eBay.com



SILKY SEXY HAIR SILKY SHAMPOO & CONDITIONER LTRs
=Buy It Now $24.99 $8.99
4d 15h 54m

3 Healthy Sexy Hair SOY MILK Conditioner 13.5 oz Each
$15.99 $9.99
4d 21h 10m

2 Healthy SEXY Hair SOYA WANT FULL HAIR Firm Hair Spray
=Buy It Now $9.99 Calculate
5d 07m

HEALTHY SEXY HAIR SHAMPOO & CONDITIONER LITERS
=Buy It Now $20.99 $9.50 $22.99
5d 02h 38m

2 Healthy Sexy Hair SOY MILK CONDITIONER 33.8 oz EACH
=Buy It Now $24.99 $14.99
5d 02h 57m

Healthy Sexy Hair Soy Milk Conditioner Liter
$19.99 $9.99
5d 04h 50m

Straight Sexy Hair 2 Shampoo & 1 Conditioner 8.5oz EACH
=Buy It Now $9.99 $5.45
5d 13h 28m

..., Hair Care, Fragrances Items on eBay.com

Healthy Sexy Hair Soy Milk Conditioner 13.5 Oz.

*P* - **$5.00** Calculate 6d 02h 03m

2 Healthy Sexy Hair Soy Milk Color Safe Conditioner

*P* ≡Buy It Now **$9.99** $14.99 $5.50 6d 02h 08m

Straight Sexy Hair Shampoo & Conditioner, 8.5 Oz. Ea.

*P* - **$5.99** $6.95 6d 18h 02m

**Page 1 of 1**

**Tools:** My eBay Favorites  |  Want It Now  |  RSS   Learn more about RSS feeds

* Items that are listed in a currency other than U.S. dollars display the converted amount in italicized text. Converted amounts shown are estimates based on Bloomberg's conversion rates. If you need to get recent exchange rates, please use the Universal Currency Converter.

Note: Bid counts and amounts may be slightly out of date. See each listing for international eBay official time 16:25:58 PI shipping options and costs.
This page was last updated: May-01 16:25



**Top 10 Health Products**

<u>Vitamins</u>           <u>Magnets</u>
<u>Massage</u>           <u>Vision Care</u>
<u>Smoking Cessation</u>    <u>Aromatherapy</u>
<u>Weight Management</u>    <u>Teeth Whitening</u>
<u>Electric Toothbrushes</u>  <u>Medical Special Needs</u>

**See all health products**
<u>**with Free Shipping**</u>

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany |

...HEALTHY-SEXY-HAIR-PUMPKIN-SHAMPOO-CONDITIONER-SPRAY_W0QQfsiZ1... , Hair Care, Fragrances items on eBay.com

Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

ebY®

Welcome! Sign in or register.

Categories ▼  Motors  Express  Stores

Buy | Sell | My eBay | Community | Help

Site Map

| All Categories | Search | Advanced Search |

Home > eBay Stores > sexy hair concepts and more> About the Seller

Add to My Favorite Stores

## sexy hair concepts and more

**Maintained by:** 246daisy246 (1537 ★ ) ✉ Power Seller

Salon quality hair products at low prices. Specializing in Sexy Hair Products and Bain De Terre. My inventory changes weekly. Also I have a large collection of NWT childrens clothes. I always combine shipping. Pay full price 1st, 1/2 price second and all others $1.00 per item.

⟳ Back to previous page

### About the Seller

SALON PRODUCTS SEXY HAIR PRODUCTS, MASTEY, TREVOR SORBIE AND MUCH, MUCH MORE. MY INVENTORY CHANGES WEEKLY. I HAVE A SPECIAL I AM RUNNING FOR A LIMITED TIME PAY HIGHEST SHIPPING ON MULTIPLE HAIR PRODCUTS ALL OTHERS WILL BE $1.00 EACH ADDITIONAL ITEM ONLY IF PAID FOR AND SHIPPED OUT IN THE SAME BOX. ALL PRODUCTS MUST FIT IN ONE BOX TO GET THIS DEAL. YOU WILL NEED TO MENTION THIS AD THEN I WILL ADJUST YOUR INVOICE. I ALSO HAVE NEW WITH TAGS INFANT AND CHILDRENS CLOTHES

# NEW WOMENS AND MENS SALON HAIR CARE AT RESONABLE PRICES

## Product and Feedback

**Products are new and genuine brand items. Products are sold by a salon professional and any questions including product usage are welcome!**

## Payment Methods Accepted

eBay Security & Resolution Center



I accept all types of payments like PayPal, money orders, cash and checks. If paying by check I would need the check to clear before sending out product, this usually takes at least a week so if you are in a rush for your product money order would be a quicker way. Please E-Mail any questions before bid or purchase. Comments and questions in your payment are not read until your package is ready to be shipped. Comments in your payment may cause delay of shipment. I will not be held responsible for your package once it leaves my hand anything can happen to it at the P.O. or during shipping do not blame me. If you get insurance I can help if you do not get the insurance there is nothing I can do.

## Payment & Clearance

Payment is requested within 2 days and is expected within 7 days after purchase or auction end. Paypal E-Checks require 6-7 business days to clear before shipment.

## Shipping

All items are sent via USPS First Class, Parcel Post or priority mail with Delivery Confirmation. The hipping and Handling Priceis part of the overall cost of the auction item(s) and is non-negotiable.

All packages are shipped to your "Primary" Paypal address.

All packages are shipped within 0-2 business days after payment has cleared.

*Please Note: The ength of timeyour package takes to reach it destination is not under the seller control. Reported delivery times range from 2 days to 2 weeks.

Thank You and Happy Bidding

Now about me, I am a stay at home mom and ebay is my job. I do everything possible to make sure you are happy with your purchase. I take this job very seriously. I love selling hair products and giving you great deals. If you have any questions please feel free to email me anytime. I get new products weekly, please check back. ALL OF MY PRODUCTS ARE GUAREENTEED SALON MERCHANDISE.



## Listings

To protect bidder privacy, when the price or highest bid on an item reaches or exceeds a certain level, User IDs will be displayed as anonymous names. For auction items, a bold price means at least one bid has been received.

**Note:** Anonymous names may appear more than once and may represent different bidders.

| Item | Start | End | Price | Title | High Bidder/Status |
|---|---|---|---|---|---|
| 300039971584 | Oct-19-06 | May-11-08 07:32:20 | $9.49 | BIG SEXY HAIR FLIP IT OVER FULL & WILD HAIR SPRAY new | Available |
| 300049964958 | Nov-16-06 | May-09-08 05:55:27 | $6.99 | NEW SEXY HAIR CONCEPTS SEX SYMBOL EYE SHADOW TRIO | Available |
| 300049965077 | Nov-16-06 | May-09-08 05:56:17 | $6.99 | NEW SEXY HAIR CONCEPTS SEX SYMBOL LIP LAQUER | Available |
| 300049965243 | Nov-16-06 | May-09-08 05:57:16 | $6.99 | NEW SEXY HAIR CONCEPTS SEX SYMBOL HOT CHEEKS | Available |
| | Nov-16- | May-09-08 | | NEW SEXY HAIR CONCEPTS SEX SYMBOL MAKEUP W/ DISPLAY | |

http://members.ebay.com/ws/eBayISAPI.dll?ViewUserPage&userid=246daisy246

5/1/2008

Sexy Hair Concepts and more eBay Store items that Eva...

| 300049965380 | 06 | 05:58:21 | $39.99 | CAS | Available |
|---|---|---|---|---|---|
| 290053519719 | Nov-21-06 | May-14-08 12:19:58 | $9.99 | NEW CURLY SEXY HAIR CURL REACTIVATOR 8.5 OZ. | Available |
| 290055366519 | Nov-26-06 | May-19-08 10:30:09 | $4.79 | SILKY SEXY HAIR SATIN MED. HOLD SOFT HAIRSPRAY 8.5OZNEW | Available |
| 290055408941 | Nov-26-06 | May-19-08 12:02:45 | $9.99 | NEW SHORT SEXY HAIR CONTROL MANIC WAX 1.8OZ. | Available |
| 290057299341 | Dec-01-06 | May-24-08 10:30:31 | $9.99 | new SEXY HAIR HOLD OUT MEDIUM HOLDING GEL 4.4OZ. | Available |
| 290058178772 | Dec-03-06 | May-26-08 17:57:16 | $8.29 | NEW SEXY HAIR CONCEPTS SEX SYMBOL SHIMMER POWDER DUST | Available |

Go see all current items for sale by this member.

**FeedBacks**

**User:**143ladyb ( 305 ☆ )  **Date:**May-01-08 12:37:14 PDT

**Praise:** Great Disney duffle bag-good quality. Very pleased. Thanks so much!

**User:**143ladyb ( 305 ☆ )  **Date:**May-01-08 12:36:35 PDT

**Praise:** Great Disney duffle bag-good quality. Very pleased. Thanks so much!

**User:**repomic ( 103 ☆ )  **Date:**Apr-30-08 18:15:54 PDT

**Praise:** was not happy with the way it was packaged. But very cute backpack.

**User:**theloniideckicircle ( 101 ☆ )  **Date:**Apr-30-08 16:27:55 PDT

**Praise:** Just as described A+++

**User:**hutchick ( 124 ☆ )  **Date:**Apr-29-08 07:18:21 PDT

**Praise:** Cute items! Great gift and arrived in time for the party - GREAT shipment time!

**User:**onceuponamountain ( 164 ☆ )  **Date:**Apr-28-08 17:57:35 PDT

**Praise:** Great item! Perfect transaction & Fast Shipping - Highly Recommend Seller!! TX!!

**User:**gamblingpatti ( 219 ☆ )  **Date:**Apr-28-08 04:03:43 PDT

stats and concepts and more ebay store options that KY20

**Praise:** Good transaction - will do business with seller again

**User:**gamblingpatti ( 219 ☆ )   **Date:**Apr-28-08 04:03:23 PDT
**Praise:** Good transaction - will do business with seller again

**User:**slowrollleroy ( 24 ☆ )   **Date:**Apr-25-08 19:00:29 PDT
**Praise:** Awesome EBAYERRRRR!!!! Fast Payment!!!

**User:**97taps  ( private )   **Date:**Apr-25-08 18:07:28 PDT
**Praise:** Love it. Just as described. Quick shipping. Thanks!

To see all feedback for this member, go to the Member Profile page.

View this member's Reviews & Guides.

View this member's My World page.

To create your own About Me page, click here.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



# discount-beauty.com

Mailing List | Buy Gift Certificates | Help

Home | Store | My Account | About Us | Contact Us

Store | Order Tracking | Log In

## Products

## Displaying products 1 - 1 of 1 results  Items:  –  Sort:  –

## Sexy Hair Concepts

BRANDS WE STOCK

--Select--

**Sexy Hair Concepts**
Big Sexy Hair
Curly Sexy Hair
Healthy Sexy Hair
Straight Sexy Hair
Short Sexy Hair
Wild Sexy Hair
Silky Sexy Hair

SEARCH STORE          GO

Advanced Search

Gift Certificates
Abba
American Crew
Arosci
Back to Basics
Bain de Terre
Basic Stlye

HACKER SAFE
McAfee
TESTED 01-MAY

SHOPPING HELP

Your Cart Is Empty

JOIN EMAIL LIST   GO

Enter Email Here!

GIFT CERTIFICATES

FREE
SHIPPING
ORDERS
Over $60.00 *

5/1/2008

(USA ONLY)
SHIPPING & RETURN POLICY

# Hair Type Tips

## Secure Encrypted Checkout

## Salon Services

## 2 Locations

SECURED BY
GeoTrust
click to verify
01-May-08 23:32 GMT

Bed Head
Big Sexy Hair

BioSilk
Body Double
Bonacure

**Brocato**
CatWalk
Cavier
CHI
Clairol Professional
Colourshines Cellophanes

Curling
Curling Irons
Curly Sexy Hair
Deep Brilliance
Design Essentials
Doo Gro
DUDU-OSUN
Flat Irons
Framesi
Fudge
Gold 'N Hot
Goldwell
Graham Webb
Haircolor
Hair Toys
Halo
Healthy Sexy Hair
Hot Tools
Human Hair
ISO
Joey New York
Joico
Kenra
KeraCare
KMS CALIFORNIA
KMS

**Kiwi**
K-Pak
Laminates
Lanza
Lanza Cp Anti Aging

Loma
Loma Pearatin

Mizani
Modern Organic Products
Motions
Multiplicity
Murad Hair Care

Nailtiques
Nexxus
Nioxin
One Minute Manicure
OPI
Organic Roots
Osis
Phyto Organics
Pureology

Relaxers
Rusk
Scruples
Schwarzkopf
Sebastian
Semodex
Shaper
SHEA BUTTER
Short Sexy Hair
SFactor
Silk Result
Silk Therepy
Silky Sexy Hair
Sleek Look
Straight Sexy Hair
Spornette Brushes/Combs

## Texture
## Thermafuse
TRENDLINE
Trix
Vita Tress
Waxing
Wella Biotouch
Wella Color Preserve
Wella Liquid Hair
Wigo Tools
Wild Sexy Hair
Y Serum

More Information
Our Affiliates Links

# Discount Beauty

Shafer Plaza At Mustang Creek

426 Old FM 548,, Suite 104

Tanger Outlet Mall

301 Tanger Drive, Suite 226

http://www.discount-beauty.com/index.asp?PageAction=VIEWSERIES&ManfID=45&SeriesID=4

5/1/2008

Forney, TX 75126
Telephone: (972)552-9129
or (800) 755-3807

Terrell, Texas 75160
Tel: 972-563-9944

**sales@discount-beauty.com**

Browse All Products  |  home  |  about us  |  buy gift certificates  |  locations  |  help  |  contact us

Copyright discount-beauty.com. All Rights reserved.

\* Save Now! Coupon Code: 4382 for an **Extra 10% off** \*



# beautydeals.net

HACKER SAFE
TESTED 01-MAY

Items: 0    Total: $0.00

View Bag | Checkout | Track Order | Account Login | Help

Hair Care | Skin Care | Tools | Hand & Foot | Hair Color | Bath | Cosmetics | Hair Removal | Mirrors | Hair Accessories | Sun Care | Brushes
Misc.

Hot Sellers | Extra Discounts | Free Shipping Offer | As Seen In | Our Picks | Policies | Contact Us

Search    [ ] Go

Sexy Hair Concepts    Select Product Type [ ] Go

Get It Faster With Our Hour Rush Service    <<    >>    ★

Return to Sexy Hair Concepts listings

## Big Sexy Hair What A Tease 4.4oz

Retail Price: $19.99

**Your Cost: $17.99**
(extra discounts may apply)

Backcomb in a Bottle Spray on a boost of volume whenever a teased look is desired.

[ Add to Bag ]



**Recommended Products**

Big Sexy Hair Big Volume Shampoo 10.1 oz    Our Price: 9.34
[ Add to Bag ]

Big Sexy Hair Big Volume Conditioner 10.1oz    Our Price: 10.19
[ Add to Bag ]

**People Who Bought this Product also Bought**

**Clarisonic Brush Head-Normal Skin**

Add to Bag          **Our Price:** 25.00

**Clarisonic Skincare Brush**

Add to Bag          **Our Price:** 175.00

**Developlus Satin Color #9G Light Gold Blonde 3oz**

Add to Bag          **Our Price:** 8.59

Shipping  |  Returns  |  Privacy  |  Contact Us  |  Rebates  |  Affiliates  |  Legal  |  Logout

▶Subscribe to our email club ✉

Sign up

Copyright ©2008
sitemap

\* Save Now! Coupon Code: 4382 for an **Extra 10% off** \*

Home » Hair Care



# Hair Care



THE ART OF HAIR DESIGN

Keune stands for elegance, creativity and the contemporary hair look.

### Keune Care Line

The Keune Care Line consists of 5 groups which provide a treatment for every hair problem:

* Cleansing products
* Scalp revitalizing products
* Hair revitalizing products
* Sun protection products
* Styling products

### Keune Styling Products



### Keune Travel Sizes

SO PURE
NATURAL BALANCE

### Keune SO PURE Hair Care

### Keune Sun Care Line

Hair Care
Nail Care
Skin Care
Gift Center
Hand & Body Lotions
Makeup/Cosmetics
Styling Tools
Tanning Products

home
what's new
search
view cart
wishlist
my account
contact us
site map
terms

Cart Items: 0  Total: $0.00

username

password

☐ remember me

password help

5/1/2008



## CREW

American Crew is commited to understanding and best serving men's grooming needs.

## Kenra Hair Care

Classic, quality haircare for more than 50 years.



## Kenra Platinum - Hair Care

With uniquely advanced formulations, alluring packaging and luxurious fragrances, Kenra Platinum sets the standard for style. *Kenra Platinum ColorCare has a sleek new look!*



## GRUND Hair Care

Grund's haircare and styling products keep professionals and their clients on top of the hair fashion world.

## Pureology

**New!**

# d:fi

A new edge on haircare products.

## Big Sexy Hair

Big volume for fine hair!



## Curly Sexy Hair



Control for out-of-control hair!

**Short Sexy Hair**
For edgy, trendy styles or update your look!

**Silky Sexy Hair**
Calm the frizz--create silky hair!

**Healthy Sexy Hair**
Get healthy sexy hair with soy!

**Healthy Sexy Hair PUMPKIN**
NEW!
Experience the Power of Pumpkin...

**Straight Sexy Hair**

**Color Me Sexy**

**L'ANZA**
The healing hair care line...

BIOLAGE

BIOLAGE

**hydratherapie**

**fortetherapie**



**Color Mark Instant Professional Hair Color**
The first, instant temporary hair color that totally covers gray.

**GHD**

**Hempz Hair Care**
Incredible, healthy hair can be intensely habit forming.

## MATRIX

### Matrix Essentials Hair Care

Every step of **Matrix Essentials hair products** helps strengthen, protect, reflect from shampoo to final style for cumulative, continuous benefits.

Introducing breakthrough technology that goes beyond protection to help repair damage and strengthen the cuticle so molecules stay locked in.



### mop
modern organic products

### MOPModern Organic Hair Products

MOP is an evolutionary approach to modern hair care. Your hair require's the same nutrition as your body. So why not feed them the same nutritious ingredients...certified organic whole foods.

### Murad Hair Care

Murad takes their products to the next level by replenishing, balancing and protecting the scalp first.



### TIGI Bed Head Hair Care

Tigi Bedhead products made to fit your lifestyle and haircare



### Special Deals!

needs.

**TIGI Catwalk Hair Care**    **Tressa**

Our inspiration comes from fashion and our attention to individual style is what Catwalk is all about.

Hair Care • Nail Care • Skin Care • Gift Center • Hand & Body Lotions • Makeup/Cosmetics • Styling Tools • Tanning Products

home | what's new | search | view cart | wishlist | my account | contact us | site map | terms

2008 ImageUnique all rights reserved

ebY express

| Apparel & Accessories | Books | Computers & Networking | Consumer Electronics | Home & Garden | Jewelry & Watches | Sporting Goods | Most Wanted | More Categories ▼ |

⌐ Shopping Cart ¦ Wish List ¦ Your Account ¦ Customer Service

Hello! (Sign in or register)

Search

Home > Health & Beauty > Hair Care & Color > Lot of 3 Sexy Hair Curly Sexy Hair Conditioner - 8.5 oz

Hair Care & Color

## Lot of 3 Sexy Hair Curly Sexy Hair Conditioner - 8.5 oz

Condition: **New**
Quantity: **7 lots available (3 items each)**

Price: **US $14.99**

Shipping: **US $5.50**
US Postal Service Priority Mail®

**Add to Cart**

Add to Wish List

Q Zoom

**Description**    This Merchant's Items    Related Items

Condition: **New**

### Merchant Information

Merchant: justinsmomo (28618 ☆)
eBay Feedback: **99.8% positive**
Location: **Bayport, New York**

Contact this merchant
See all items from this merchant

⊜ **Protection with every purchase.**

Pay with PayPal or Credit Card. Free
Buyer Protection. See Conditions

stores

May 1, 2008

**SQUARE TRADE**

eBay User ID:
**justinsmomo**

**Member of SquareTrade**
**Bid with Confidence**
**Click to Learn Why**

SquareTrade © AP6.0

quareTrade © AP6.0

### YOU ARE BIDDING ON A Lot of 3 Sexy Hair Curly Sexy Hair Conditioner

8.5  OZ each

So you want fallen angel curls - seductive, saucy and downright WICKED. Want to make more of them? Whether they're rollered, natural or permed, our products add strength and support to thier shape; moisturising, softening properties for shine - and guaranteed must-touch-'em appeal. Contains quinoa and soy protein to support curls, chamomile to control frizz, plus aloe vera and passionfruit to detangle and add shine



Winning bidder pays only $5.50 for shipping.  Please Check out my other items! for great deals on hair care,
cosmetics, perfumes and skin care products!
Be sure to add me to your favorites list!   Sign up for my email newsletters by adding my eBay Store to your Favorites

We are terribly sorry, however, due to unreliable mail delivery system in Italy we will no longer be shipping to Italy
unless it is EXPRESS MAIL. International shipping charge that are listed ARE NOT for EXPRESS shipping.. Buyers
from outside the continental United States will pay actual shipping charges .

Insurance is optional but highly recommended. It does not happen often but things can get lost or
broken in the mail. I will not be responsible for lost or broken items.