I AM HAPPY TO COMBINE SHIPPING TO SAVE MONEY FOR YOU!!

**Check out my other items Or Visit My Store stores!**

**PayPal or Postal Money Order only PLEASE!**

Thanks for looking and Happy Bidding!!

*Visit my store*

*stores*

## Related Items



CURLY SEXY HAIR
Shampoo & Conditioner 2
Liters
Liter Pumps Included!

**US $39.99** | Shipping:
US $10.00

Add to Cart



KMS Flat Out Hair Prepare
Curl Control End Frizz 2
bott

**US $9.99** | Shipping: US
$8.95

Add to Cart

eBay Express: Lot of 3 Sexy Hair Curly Sexy Hair Conditioner - 8.5 oz - Description

The seller, justinsmomo, assumes full responsibility for the content of this listing and the item offered. Report this item

**We're always here for you**
24-hour Customer Service, seven days a week.
Contact us

**Peace-of-mind shopping**
Buyer protection with every purchase.
See conditions

Home | About eBay Express | Sell on eBay Express | eBay | Comment on eBay Express | Customer Service | eBay Express Pulse

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

straight hair on Folica.com, the Web's Most Popular Beauty Store

# folica.com

The Web's Most Popular Beauty Store

888-919-4247

🛒 CART : CUSTOMER SERVICE

Tools :: Hair Styling :: Hair Care :: Hair Loss :: Hair Removal :: Skin Care :: Makeup :: Spa & Body :: Men :: Brands

FREE SHIPPING ON ORDERS OVER $75 ★ 30-DAY RETURN POLICY ★ 100% SECURE & SAFE

[SEARCH]   Home >Search

**FREE TRAVEL POUCH/MAT** with select appliances purchase.
*While Supplies Last!*

**Refine your search**

**Category**
▸ Appliances (86)
▸ Hair Care (29)
▸ Hair Fashion (4)
▸ Hair Loss (1)
▸ Hair Styling (62)
▸ Makeup (1)
▸ Men (2)
▸ Showcase (17)
▸ Wellness (2)

**Brand**
▸ Alfapart (1)
▸ Alterna (4)
▸ American Crew (3)
▸ BaByliss (5)
▸ Bed Head by TIGI (5)
▸ Bio Ionic (2)
▸ BioSilk (2)
▸ Bumble & Bumble (2)
▸ Catwalk by TIGI (1)
▸ CHI (11)
▸ Conair (3)
▸ Corioliss (4)
▸ Cricket (2)
▸ CurlFriends (1)
▸ Curly Hair Solutions (1)
▸ Davines (3)
▸ DENMAN (2)
▸ Destination Nation (2)
▸ Ergo (3)
▸ FHI (7)
▸ Fudge (2)

**CELEBRATE MOTHER'S DAY** WITH SAVINGS UP TO 67%
<u>Shop Now</u> for select gifts that will make mom feel beautiful

Sort by: **popularity** | lowest price | highest price

**1 - 10 of 204** Search Results for **straight hair**

**Search Suggestions:** permanent hair straightener | chemical straightener | smoothing cream | chi hair care | non chemical hair straightener | sedu heat protecting | hair straightening cream | curl remover | chi straight guard | straightening brush



CHI Straight Guard Smoothing Styling Cream
CHI **Straight** Guard Smoothing Styling Cream easy brush-glide formula is an ideal styling tool for all your smooth, sleek styles. It also provides your **hair** with incredible control and smoothness while helping to eliminate frizz and create superior shine. Directions: Apply a small amount of CHI **Straight** …
$9.99 ★★★★★   Product Details  Consumer Reviews  Buy
**Related Searches:** chi | chi straight guard | smoothing cream



Phyto Phytodefrisant Relaxing Balm 3.3 oz.
Phyto Phytodéfrisant Relaxing Balm is a relaxing balm for all **hair** types, naturally curly or permed **hair**. Ferula, horseradish and garlic extracts coat and **straighten hair** without any chemical action. Featured Customer Video Review The non-oily formula won't weaken **hair**. Imparts shine …
$26.95 ★★★★★   Product Details  Consumer Reviews
**Related Searches:** straightening balm | phyto | non chemical hair straightener

▸ GHD (5)
▸ GOLD'N HOT (1)
▸ got2b (2)
▸ HAI (1)
▸ Hairagami (1)
▸ hairdo by Jessica Simpson (3)
▸ Halo (1)
▸ Helix by Hot Tools (3)
▸ Hot Tools (3)
▸ Hot Tools Ceramic Ti Professional (3)
▸ InfraShine (2)
▸ ionFX (1)
▸ John Frieda (6)
▸ KMS (2)
▸ Luxor (1)
▸ L'ANZA (4)
▸ Marilyn (2)
▸ Mason Pearson (10)
▸ Maxus (3)
▸ Metropolis (3)
▸ Monroe (2)
▸ Nioxin (1)
▸ one 'n only (2)
▸ Paul Brown Hawaii (4)
▸ Paul Mitchell (1)
▸ Phyto (2)
▸ Pureology (3)
▸ Real Puala (1)
▸ Redken (2)
▸ Remington (2)
▸ Rene Furterer (2)
▸ Revlon (2)
▸ S-factor by TIGI (2)
▸ Sebastian (2)
▸ Sedu (6)
▸ Sexy Hair (10)
▸ Sleek Look by Matrix (3)
▸ Smooth 'N Shine (1)
▸ Solano (2)



one 'n only Curl Remover

A revolutionary new service that alters and controls the curl pattern of naturally curly **hair** and removes the curl from permed **hair**. One 'n Only curl remover includes 4 oz (113 grams) of Step 1 Formula and 4 fl oz (118 ml) of Step 2 Neutralizer that: ...

**$6.95** ★★★★☆   Product Details  Consumer Reviews  Select Color/Size

**Related Searches:** permanent hair straightener | curl remover | chemical straightener




Slider Brush

Designed by a famous **hair** designer to **straighten** all types of **hair**. The Slider has 3 separate rows of bristle - the nylon bristle penetrates to thescalp, the boar bristle grabs the **hair** at the root and **straightens** it. Thismakes straightening **hair** as easy as 1, 2, 3.Sponge-like grip for stress-free use ...

**$5.99** ★★★★☆   Product Details  Consumer Reviews  Buy

**Related Searches:** straightening brush | hair brush | slider brush

TIGI Bed Head Control Freak Extra Extra Straight Hair Straightener

With one quick blast – get your freakin' **hair straight** as a board. Achieve the ultimate **straight** with a soft sexy feel. Use with Control Freak shampoo, conditioner and serum for best results. To use: For best results, use sparingly on damp to dry **hair**. For more control, apply as you are drying each section . ...

**$14.95** ★★★★☆   Product Details  Consumer Reviews  Buy

**Related Searches:** hair straightening cream | bed head flat iron | best hair straighteners



Sedu Smoothing Heat Protecting Boost

Sedu Smoothing Heat Protecting Boost gives **hair** the protection against heat damages from flat irons or curling irons. **Straight** from Sedu's research labs and to the salon comes an amazing breakthrough in technology that lets you smooth curls, tame frizz and transform coarse **hair** into a salon smooth style . ...

**$12.99** ★★★★☆   Product Details  Consumer Reviews  Buy

**Related Searches:** sedu heat protecting | heat protection | sedu

CHI Ceramic Flat Iron (original model)

This CHI 1 inch flat iron will **straighten**, curl and flip your **hair**. CHI vs. SOLIA Lowest Temperature Highest Temperature Temperature Adjustable **Straighten**, Curl & Flip **Hair** Plate contains ceramic Plate contains Tourmaline SOLIA 140 450 Yes Yes Yes Yes CHI . ...

▸ Solia (6)
▸ T3 (5)
▸ Ted Gibson (1)
▸ therapy-g (3)
▸ Tweezerman (2)
▸ Wahl (1)
▸ wigo (4)
▸ Zero Frizz (1)

**Price Range**
▸ Under $100 (150)
▸ $100 - $250 (52)
▸ $250 - $500 (2)



**$84.95  FREE SHIPPING  ★★★★☆**   Product Details  Consumer Reviews  Buy
**Related Searches:** chi | chi flat iron | chi hair straightener | hair straightener

Sexy Hair Straight Sexy Hair Conditioner
From Sexy **Hair** comes **Straight** Sexy **Hair** Conditioner that relaxes curls,
detangles and adds shine. Formulated with botanicals to help wavy and curly **hair**
go **straight**, providing you with a silky, sleek and sexy appearance.Directions:After
shampooing work through or **hair** and rinse.
**$9.99  ★★★★★**   Product Details  Consumer Reviews
**Related Searches:** #1 hair straightener | straight | straightener

Sedu Ionic Ceramic Tourmaline Flat Iron (1 1/2")
Rated the Best **Hair** Straightener on the market and preferred by top **hair** stylists
around the world, Sedu flat iron **straightens**, smoothes and tames frizzy or
rebellious **hair** for long-lasting results. Sedu's patented ultra-smooth
ceramic/tourmaline plates guarantee smooth straightening motion without
pulling . . .
**$115.95  FREE SHIPPING  ★★★★☆**   Product Details  Consumer Reviews  Buy
**Related Searches:** sedu | professional flat iron | flat iron | sedu flat iron



Maxius Beyond Straight
Maxius Beyond **Straight** is a humidity resistant temporary straightener with wheat
protein and thermal protection that allows you to go **straight**, reduce frizz and
relax curls. It can be used with a blow dryer alone or together with a flat iron for
optimum control and added manageability.Product Benefits . . .
**$15.99  ★★★★★**   Product Details  Consumer Reviews  Buy
**Related Searches:** thermal protection | straightening dryer | heat protection

**Page 1 2 3 4 5 6 7 8 9 10 11>> of 21 | Next**

**Search Suggestions:** permanent hair straightener | chemical straightener | smoothing cream | chi hair care
| non chemical hair straightener | sedu heat protecting | hair straightening cream | curl remover | chi
straight guard | straightening brush

straight hair on Folica.com, the Web's Most Popular Beauty Store

Search again



[ SEARCH ]

## Didn't find what you want?

Please tell us what it is so we can improve our selection.

Your email (optional, if you want us to respond)

[ Submit ]



TIGI Bed Head Control Freak Extra Extra Straight Hair Straightener
With one quick blast – get your freakin' **hair straight** as a board. Achieve the
ultimate **straight** with a soft sexy feel. Use with Control Freak shampoo,
conditioner and serum for best results. To use: For best results, use sparingly on
damp to dry **hair**. For more control, apply as you are drying each section  . . .
**$14.95** ★★★★☆☆  Product Details  Consumer Reviews  Buy

### Select Reviews

★★★★★ **Keeps hair straight a really long time**
Reviewer: Cindy from Newport Beach, CA  12/5/2007

I have been using this product and it works great for my hair. I actually spray the product into my hand
before applying to my hair and then I blowdry with a really big wand brush. My hair not only gets straight
but stays straight for days without washing, I wake up and it is still straight if not straighter then the day I
used it.

★★★★★ **Great Product**
Reviewer: Tiffany from Las Vegas, NV  10/6/2007

This is a great product. It works well on those stubborn waves that don't want to straighten out.

★★★★★ **I'm Lovin It!**
Reviewer: The new straight head from   2/5/2007

I was looking for a way to cut down my straighting time.. At first i used it the worng way then i read the directions on this site... I barely have to straighten my hair. Which i great because i spend hours trying to get my hair straightend because its so wavey and poofy. I will always use this product!

★★★★★ **Best Hair Straightening Product**
Reviewer: Carmen from New York  12/21/2006

This is the best product I've purchased in a long time. It definitely does the job. You have to blow dry your hair but after that the hair stays straight. I haven't had this luck with a product in a very long time. I will definitely buy this again.

★★★★★ **wonderful!!!!**
Reviewer: tracie from   5/22/2006

After reading the first review, I bought this product; not only does it smell great, but it WORKS!! and your hair still feels touchable.

★★★★★ **I love this product.**
Reviewer: Christina from California.  5/17/2006

I bought this in hope of having my hair straight, since its naturally curly, this product works fabulous, stays straight the whole day, and smells good. I absolutley love this product.

★★★★☆ **Worked well**
Reviewer: Suzi from   2/15/2008

This product is lightweight and easy to use. My hair is short and extremely coarse and curly. I think it helped a lot, giving it a much smoother surface. Just don't use too much of the product or your hair will gum up a bit. All in all it worked very nicely. Thank you TIGI

★★★★☆ **IM LOVING IT!!!!**
Reviewer: Ali from San Diego  1/13/2007

This was my first time using any TIGI product, i wanted somthing that'll straighten my hair, so i decided on

buying this product and its great!!! i was suprised that it actually worked. i have very thick hair especially wen i blow dry it gets very frizzy, but after i blow dry my hair now it feels straight and very much less friz. i have tried other things but it just left my hair feeling greasy and still frizzy, with Bed Head control freak extra extra straight it made my hair feel and smelling great. on the other hand, i flat iron my hair anyway and with this product it didnt completely straighten my hair like a board just like it said, but it cut off my straightening time alot, it ONLY took me 3 mins!! and i have long hair, with a really good flat iron lol. I think this product will work GREAT with girls already with semi straight hair, but with us girls with thick wavy/curly hair like mine..flat iron is another option while using the product.

**Order Now** (click here)

Search again   [ straight hair ]   [ SEARCH ]

100% Secure and Safe. 30 Day Money Back Guarantee
Millions of Customers Served by Folica.com Since 1997

Question? customer service    fcs@folica.com    888-919-4247

Corporate Information  |  Privacy Policy  |  Return Policy
Low Price Guarantee  |  Security Guarantee  |  Shipping Charge  |  Customer Service
Affiliate Program

Folica Beauty Supply, Inc.
8 Corporate Drive, Cranbury, New Jersey 08512, USA

VeriSign Secured

HACKER SAFE
TESTED DAILY 01-MAY

GOLD AWARD BizRate 2006

Sign up for special offers
enter your email

TRUSTe
site privacy statement















# GoddessWithin

HOME

Nail Care    Skin Care    Hair Care    Cosmetics    Bath & Body    Tools    Vitamins & Supplements    ORDER STATUS

SHOP BY BRAND:    All Brands

INTERNATIONAL ORDERS WELCOME »CLICK FOR DETAILS

FREE SHIPPING ORDERS OVER $70 »CLICK FOR DETAILS

1-800-697-9883 ORDER BY PHONE »CLICK TO E-MAIL US

FAQ'S | ADVICE | SHOPPING CART

SEARCH    GO »



Home > Shop By Brand > Sexy Hair Concepts > Sexy Hair Concepts Healthy Sexy Hair > Healthy Sexy Hair Pumpkin Pumpkin Conditioner 10oz

## Featured Items



**1 FREE OPI Nail Polish with Min. $75.00 Purchase.**



**SAI BABA SOAP BAR- Nag Champa 150 GM/4BARS**
Regular price: $17.80
**Sale price:$14.42**

**Earthly Body Suntouched Candle Nag Champa 8 Oz**
Regular price: $12.88
**Sale price:$10.95**

# Healthy Sexy Hair Pumpkin Pumpkin Conditioner 10oz

Healthy Sexy Hair Pumpkin Conditioner is packed with Vitamins A, C, & E. Provides the highest source of Beta-Caratene and rich in Antioxidants. Acts as a natural hair therapy, with its Beta-Caratene and Ascorbic Acid to combat oxidation and free-radical damage. Protects natural and chemically treated hair color from dull, drying effects of sun, pollution, and everyday harsh effects of the environment. Promotes healing, stimulates circulation and provides nourishment to dull, dry hair. Naturally helps protect hair color. Great for all hair types and daily use.

SXY1063
Regular price: $16.96
**Sale price:$13.57**

ORDER ▸

Healthy Sexy Hair Pumpkin Pumpkin Conditioner 10oz - Sexy Hair Concepts Healthy Sexy Hair



**STAR NAIL Pumice Pad
1 ea**
Regular price: $2.20
**Sale price:$1.50**

**Classic 100% Cotton
Squares 2x2 160 ct**
Regular price: $4.50
**Sale price:$2.99**



**FHI Heat Styling
Accessory Kit**
Regular price: $39.95
**Sale price:$9.99**



**Feet First Buffing Pad**
Regular price: $4.00
**Sale price:$3.10**



**Nail Clipper Straight**
Regular price: $3.50
**Sale price:$2.40**

**Phillips Brush**

**Tourmaline Monster Vent Brush 5"**
Regular price: $40.95
**Sale price: $31.20**



**Classic Cotton Swabs 500 ct**
Regular price: $5.00
**Sale price: $2.99**



## SPECIALS

**FHI Heat Nano Weight Pro 1800 Dryer Pink**
Regular price: $150.00
Sale price: $109.95

**Alterna TEN Skin Therapy 6.7 oz**
Regular price: $35.00
Sale price: $29.75



**Hot Tools 1" Ceramic Flat Iron**
Regular price: $78.68
Sale price: $48.78



**One Minute Manicure Spa Treatment 13 oz**
Regular price: $29.90
Sale price: $21.99



**Fake Bake Self-Tanning Lotion 6 oz**
Regular price: $24.99
Sale price: $15.95

Home | About Us | Terms & Conditions| International Orders | Product List | Contact us

Nail Care | Skin Care | Hair Care | Cosmetics | Bath & Body | Tools | Vitamins & Supplements

Online Beauty Supplier Offering Discount Prices and Free Shipping On Top Name Brands Like Redken, Matrix, Paul Mitchell, Joico, Abba, OPI, TIGI, Nioxin, Pureology, Alterna, Terax, Biosilk, Farouk, Nexxus, and Many More.

DISCLAIMER: The manufacturers and distributors of the products being offered for sale are the owners of their registered trademarks, logos, packaging and copyrights.

© Copyright GoddessWithin

e-commerce by
YAHOO!

SalonSavings.com - Lowest Prices, Fastest Service, Largest Selection on Haircare Products





SalonSavings - Lowest Prices, Fastest Service, Largest Selection on Haircare Products

**Signup For FREE Email Offers:**

Join

Search

Login / Create Account / Track an Order

**Shopping Cart**
Items In Cart:
Order Total: $0.00
View Cart | Check Out

**Shop By Brand**

**Top Hair Brands**

Alagio
American Crew
ARTec
Bed Head
Biolage by Matrix
Biosilk
Bumble & Bumble
Catwalk
CHI
Discontinued Items
Graham Webb
Kérastase
Paul Mitchell
Pureology
Redken
Sexy Hair
TIGI

**Shop All Brands**

**Discontinued Items**

**CHI Flat Irons**

**OPI Nail Polish**

**Travel Sizes**

**Salon Brushes**







as low as
**$89.99**



**85% OFF**
SELECT ITEMS

salonsavings.com - Lowest Prices, Fastest Service, Largest Selection on Haircare Products

SalonSavings.com - Lowest Prices, Fastest Service, Largest Selection on Haircare Products

Home    About Us    FAQs    Questions or Comments    Shipping    Contact    Return Policy    Privacy Policy



**Home    Finance Articles    Discussion    Our Blog / Member Blogs**

## SavingAdvice.com
*Teaching you to Save Money*

**Register        Members List        Today's Posts        Search**

Ads by Google

Gasoline Credit Cards

XML

User Name  | User Name |  □ Remember Me?
Password  | | Log in

Personal Finance Forums > Financial Chit Chat > Freebies > Beauty

**Sexy Hair Mini Haircare Sample Set Featuring the Power of Pumpkin Enzymes**

**Post Reply**

LinkBack ▽   Thread Tools ▽

□ 08-14-2006, 05:43 AM                                        #1 (permalink)

**Kimmie628** ●
Freebie Queen

Join Date: May 2004
Posts: 13,074

Points: 423783.70
Donate

**Sexy Hair Mini Haircare Sample Set Featuring the Power of Pumpkin Enzymes**

http://survey.behindthechair.com/sex...mpkin0806.aspx

Kimmie

---

## Mint Loves
## Saving Advice

Track And Manage
Your Money. Free
Personal Finance
Tool.

www.Mint.com



**Featured Sponsors**
IVA Debt Counsellors UK
IVA uk definitive guide
Apply Now for Personal Loans
Bad Credit Auto Loans
Car Insurance

**Sexyhair Products**
Shop sexyhair Products at Beauty Depot. Free Shipping!
www.BeautyDepot.com

**Hair Care by Grund**
Find Shampoo, Conditioner & More 30-Day Money Back.
Free Shipping!
HairCareChoices.com/Grund

**Take the Pledge**
April is Financial Literacy Month - Take Your Savings
Pledge Here!
FinancialLiteracyMonth.com

Ads by Google

---

08-15-2006, 11:24 PM

**shanb63**
$ Saving College Sophomore

#2 (permalink)

Join Date: Jun 2006
Location: Seattle
Posts: 925

Points: 6835.00
Donate

---

**Re: Sexy Hair Mini Haircare Sample Set Featuring the Power of Pumpkin Enzymes**

Thanks

"The only thing money gives you is the freedom of not worrying about money."

---

08-16-2006, 03:46 AM

**frugalelf**
$ Saving College Junior

#3 (permalink)

Join Date: Oct 2005
Location: Bridgton, Maine
Posts: 1,075
Last Blog Entry: Raising a Grandchild
Points: 11379.20
Donate

Quote

IVA Forum
IVA Book
So what is an IVA?
Private Student Loans
Credit Cards
Payday Loans
Student Loans
Financial News
Online IVA guide
Cash Loans
Credit Card Processing
Back to School
Payday Cash Advance Loans
Debt Consolidation Loan

**Partners**
Budget Stretcher
DivaTribe
Thrifty Fun
Money Talk
Online Personal Budgeting
Budget Dial

## ⊙ Re: Sexy Hair Mini Haircare Sample Set Featuring the Power of Pumpkin Enzymes

Quote:

> Originally Posted by **Kimmie628**
> http://survey.behindthechair.com/sex....mpkin0806.aspx

Kimmie, I filled out the survey..does this mean they will send a sample, it really didn't say?

"Every child is an artist. The problem is how to remain an artist when you grow up" Unknown author

08-20-2006, 10:11 PM                                    #4 (permalink)

**mel1ksufan** ⊙
$ Saving College Junior

Join Date: Oct 2005
Location: Manhattan The Little Apple
Posts: 1,076

Points: 10316.20
Donate

## ⊙ Re: Sexy Hair Mini Haircare Sample Set Featuring the Power of Pumpkin Enzymes

Thank You, I feel kind of bad I was guessing on some of the answers i don't work in a salon 😊

"Happiness comes from within, and not from without" :smilie_winki:

09-02-2006, 04:53 PM                                    #5 (permalink)

**jermelh** ⊙
$ Saving Fourth Grader

Join Date: Aug 2006
Location: Charlotte, NC
Posts: 24

Points: 240.00
Donate

## ⊙ Re: Sexy Hair Mini Haircare Sample Set Featuring the Power of Pumpkin Enzymes

Sorry, The page you requested is closed as of 9/1/2006. Please please click the back button or close this browser window.

I guess I missed it. Oh well.

 Post Reply     Quote

« Previous Thread | Next Thread »

**Currently Active Users Viewing This Thread: 1** (0 members and 1 guests)

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**
Trackbacks are **On**
Pingbacks are **On**
Refbacks are **Off**

**Similar Threads**

| Thread | Thread Starter | Forum | Replies | Last Post |
|--------|----------------|-------|---------|-----------|
| Write a product review for hair product and get free hair product sample | Kimmie628 | Beauty | 0 | 09-17-2006 05:33 AM |
| Free Sample of Sexy Hair What A Tease Hairspray | Kimmie628 | Beauty | 2 | 09-11-2006 11:21 PM |
| Snapmax mini-greenhouse sample | Kimmie628 | Other Freebies | 2 | 07-30-2006 05:25 PM |
| Power Container- sample of the Clinique ATMOS & Power Pouch (Business) | Kimmie628 | Beauty | 0 | 07-12-2006 08:02 AM |
| FREE Jovan Sexy Fragrance Sample | Kimmie628 | Beauty | 1 | 05-14-2006 07:31 AM |

All times are GMT -7. The time now is 04:30 PM.

Contact Us - Top

Powered by vBulletin® Version 3.6.4
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.
SEO by vBSEO 3.0.0 RC6 © 2006, Crawlability, Inc.

---- SavingAdvice.com

| More Links | Home Loan | Debt Consolidation Loans | Refinance Home Mortgage | Finance Options | Personal Loans |

About Us | Advertising | Privacy Policy | Link To Us | Related Resources | Webmasters | Media | Site Map | Contact Us

Copyright ©2002-2008 SavingAdvice.com. All rights reserved.

Please read our Disclaimer

# BEAUTY: Hair Care
by kandyt220 | 22 Comments

➢ Haircare is very important to me...my hair is very long (almost waist length), damaged, and color treated. However, it's not always in my budget to spend a fortune caring for it.

This list is compiled of some products that I regularly use and love as well as some new ones that I am hoping to try. Some are bargains and others are pricy. All that matters is that they do their job and leave my hair looking great.

1  2  Next »    Show **25** | 50

---

**Hair Appliances**

## Linea Pro C2 Digital Red Leopard Flat Iron



**See this at:**  linea-pro.com  |  **Added on 08/09/07**

The new C2 technology is exclusively found with Linea-Pro. The C2 is going to be a flat iron that once again leads the market with innovation in style and technology. The C2 uses pure titanium plates so that negative Ions and Far infrared heat can be...

**Highlights:**   Price: $199.00

**Comments (2)**

⚑ Flag Comment



Pretty pricy...but the red leopard is too cute and this is supposed to be recommended by professionals.

Posted by kandyt220 on 8/12/07

i'd just get a sedu @ folica.com.. you'll save about 75 dollars.

Posted by alexandriamarie on 8/22/07

## Bespoke Labs Featherweight Dryer

**See this at:** sephora.com | **Added on** 07/26/07

What makes Bespoke Labs T3 different? The Secret Ingredient: Flawless ™. T3's tourmaline technology. Flawless ™, is T3's proprietary method of harnessing the unique ionic and infrared properties of the tourmaline gemstone is the secret behind Bespoke...

**Highlights:** $200

**Comments (1)**                                          ⊳ Flag Comment



I would really like a quality hair dryer like this.

Posted by kandyt220 on 8/12/07

---

Shampoo

## Organix Shampoo Tea Tree Mint 13 oz. Hydrating

**See this at:** amazon.com | **Added on** 08/12/07

* An ultra hydrating blend of Australian tea tree oils to add moisture and strength, while nourishing your hair with * replenishing moisturizing milk proteins and micro infused peppermint oils for hydration and balance

**Highlights:** Price: $6.99

**Comments (1)**                                          ⊳ Flag Comment



I am going to try this...I've heard great things about this line so far.

BEAUTY: Hair Care at Kaboodle

## Pantene Color Revival Shampoo

**See this at:** ulta.com  |  **Added on 08/12/07**



You Must Login to add selected items to a Wish List. | Pantene Color Revival Shampoo is made with emollients and pro-vitamins to make your color-treated hair up to 60% healthier. Your highlighted, bleached, or color treated hair is left smoother,....

**Highlights:**   Our Price: $3.99

Posted by kandyt220 on 8/12/07

**Comments (2)**

▶ Flag Comment



You can't go wrong with a classic like Pantene.

Posted by kandyt220 on 8/12/07

my original shamp. & conditioner its affordable, and i love it.

Posted by elle123123123 on 11/29/07

## Summer Hair Wash & Wear

**See this at:** fredericfekkai.com  |  **Added on 07/22/07**

Instant Shampoo Spray | Freshen up without lathering up. Restyle limp or overworked locks without water. Oils, product and pollutants be gone. | About Summer Hair | Summertime is all about sexy, undone style. But achieving the perfect....

**Highlights:**   Size Fekkai SKU UPC Suggested at | 4.2 oz. / 125 mL 211759

BEAUTY: Hair Care at Kaboodle



5/1/2008

730870807415 $ 20.00






⊞ Flag Comment

**Comments (1)**

This is perfect for days when I don't have time to shower in the AM.

Posted by kandyt220 on 8/12/07

---

**Conditioner**

## Organix Conditioner Tea Tree Mint 13 oz. Hydrating

**See this at:** amazon.com  |  **Added on 08/12/07**



* An ultra hydrating blend of Australian tea tree oils to add moisture and strength, while nourishing your hair with * replenishing moisturizing milk proteins and micro infused peppermint oils for hydration and balance

**Highlights:**     Price: $6.99



⊞ Flag Comment

**Comments (1)**

I want to try this!

Posted by kandyt220 on 8/12/07

---

## Pantene Color Revival Conditioner

**See this at:** ulta.com  |  **Added on 08/12/07**

You Must Login to add selected items to a Wish List. | (12.6 fl. oz./375 ml.) |
Apply to wet hair after shampooing. Comb through with fingers, beginning at

Page 4 of 13

5/1/2008

BEAUTY: Hair Care at Kaboodle

ends and working upward. Rinse thoroughly. Use daily. Gentle enough to use on permed or color...

Highlights:    Our Price: $3.99



## Garnier Sleek & Shine Fortifying Deep Conditioner

See this at:  ulta.com  |  Added on 08/12/07

Sleek & Shine Fortifying Deep Conditioner

Highlights:    Our Price: $5.29

Comments (1)



I LOVE this stuff! I use it twice a week and leave it on for about seven minutes while I shower. It works great and it's such a bargain.

Posted by kandyt220 on 8/12/07

⚑ Flag Comment



Styling Products

## mark Mega Volume Root Lifting Spray With Soothing Geranium

See this at:  shop.avon.com  |  Added on 01/06/08

Puterdame (read all my reviews) Location: MA mark purchase frequency: 4-6 x a year Skin type. Dry "I've had baby fine hair all my life, and have tried all the expensive, salon bought products, but Mark's root lifter and

http://www.kaboodle.com/kandyt220/beauty-hair-care.html

BEAUTY: Hair Care at Kaboodle



volumizing…

Highlights:   price: $5.00

## All Soft Velvet Whip thermal softening treatment



**See this at:** redken.com  |  **Added on 10/17/07**

Advanced silkening formulas contain Redken's exclusive Interbond Conditioning System and illuminating Silk-Luxe Complex to provide dry hair with intense softness, replenishment and strength. Hair is wrapped in softness with increased manageability….

TAGS:   all soft, redken

## Sexy Hair Concepts Big Sexy Hair Spray & Play Harder, Firm Volumizing Hairspray



**See this at:** drugstore.com  |  **Added on 07/22/07**

Drugstore.com, inc. is not associated or affiliated with Sexy Hair and is not a licensed retailer of Sexy Hair. Sexy Hair guarantees this product only when sold through authorized retailers, and cannot guarantee the authenticity of any product sold…

Highlights:   our price: $15.99

Comments (1)



⚑ Flag Comment

BEAUTY: Hair Care at Kaboodle

## Vavoom Gold Heat Blow-in Volume



See this at: matrix.com  |  Added on 08/05/07

For Fine / Medium hair * Use before blow-drying hair * Ultra light lotion helps protect hair against blow-dry heat * Gives natural body shape and movement * Follow with Iron-in Volume Protective Dry Mist to heat-seal design



I just bought a purse size of this and I am loving it. I"m ready for the big size.

Posted by kandyt220 on 8/12/07

## Vavoom Gold Heat Iron-in Volume



See this at: matrix.com  |  Added on 08/05/07

For Fine / Medium hair * Use before ironing hair * Mists on ultra-dry * Smoothes for a faster iron glide as it seals in body, shine and static-free finish

Comments (1)                                          ⚑ Flag Comment



my hairstylist used this on me and its sooo nice, and smells so good :]

Posted by alexandriamarie on 10/25/07

BEAUTY: Hair Care at Kaboodle

## Redken Outshine Anti-frizz Polishing Milk, Styling No. 1



See this at: drugstore.com  |  Added on 07/26/07

Made in U.S.A. redken.com Additional Product Information from drugstore.com, inc.: drugstore.com, inc. is not associated or affiliated with Redken Laboratories, Inc and is not a licensed retailer of Redken Laboratories, Inc. Redken Laboratories, Inc...

Highlights:    our price: $14.99

Comments (1)                                      ⊨ Flag Comment

i use this and LOVE it... unfortunately redken tests on animals, so i wont be using this anymore. but it is very nice.

Posted by alexandriamarie on 8/22/07

## Bumble & Bumble Tonic Spray Lotion 8 oz



See this at: amazon.com  |  Added on 07/22/07

Great product from a company that only offers innovative wonderful products- this product shouldn't cost this much though. It costs less at authorized Bb. retail outlets and buying Bb. products online doesn't guarantee the consumer that they're...

TAGS:    Bumble & Bumble, spray, tonic

Highlights:    Price: $22.99

## mark Mega Volume Next Day Spray

See this at: shop.avon.com  |  Added on 09/14/07

Help refresh hair between shampoos with this spray that helps remove

buildup & reduces the appearance of oil. 6 fl. oz.

Highlights:   price: $5.00

Comments (1)

⚐ Flag Comment

A cheaper alternative to the other dry shampoos...I would love to try this out to see how it compares.

Posted by kandyt220 on 9/14/07

## Spa Wisdom Monoi Miracle Oil

See this at:  thebodyshop.com  |  **Added on 07/22/07**



At the heart of this featherweight body oil is Monoi de Tahiti, an ancient emollient of coconut oil, gardenia flowers, and babassu oil from Brazil. Monoi Miracle Oil can be added to the bath, rubbed all over the body or used as a pre-shampoo...

Highlights:   $17.00

## Miscellaneous Hair Goodies

## Xhilaration PREP HAIR AC GOLD HEADBAND : Target

See this at:  target.com  |  Added on 04/29/08

Xhilaration PREP HAIR AC GOLD HEADBAND

Highlights:   $8.99

## Olivia Garden Brush Cleaner BC-1

**See this at:** amazon.com | **Added on 04/12/08**

Product Description Fast and ease to clean all brush sizes and models. 2 tools in 1 fro perfect results. Comfort grip and ergonomic handle. Use the large side to rake through brush bristles to remove hair and build-up. Insert the small side to clean...

**Highlights:**    Price: $10.99

**Comments (1)**



Cool! This cleans your hairbrush for you!

Posted by kandyt220 18 days ago

⚑ Flag Comment

## John Frieda Frizz-Ease Night Cream Serum Overnight Repair Formula

**See this at:** walgreens.com | **Added on 03/18/08**

Be the first to review this product. Write a Review | Instructions * Apply to dry hair before bedtime. * Dispense a quarter-size amount of Cream Serum into palms, rub hands together and distribute evenly concentrating on dry, damaged ends. * Leave on...

BEAUTY: Hair Care at Kaboodle



Highlights:    Price $9.99 | Quantity: 1  Save to list | Size/count: 1.69 oz.

Comments (1)                                                    ⚐ Flag Comment

I definitely want to try this!
Posted by kandyt220 on 3/18/08

## Floral hair clip



See this at:  host294.ipowerweb.co...  |  Added on 01/19/08

Gift Voucher FLORAL HAIR CLIPS & CLIP-PINS FLORAL BARRETTES
RETRO BRIDE TEES & MERCH LAURA'S GLAMOUR PHOTOS RETRO
GLAMOUR GIRL TEES&MERCH HELLCAT DEBUTANTE TEES&MERCH
SARCASTIC & RISQUE MAGNETS-FUN! BATH & BEAUTY PRODUCTS
VINTAGE ECLECTICA &...

Highlights:   1 $22.00

## Pinup Hair Accessories ~ Black Dahlia Floral Pinup Hair Clip



See this at:  babygirlboutique.com  |  Added on 12/24/07

Pinup Hair Accessories ~ Black Dahlia Floral Pinup Hair Clip. On an alligator
clip. Perfect for the pinup girl with fine hair as this alligator clip is petite. This
stunning Black Dahlia hair flower is hard to find, but fun to wear! Feeling like
a...

Highlights:   Great Rockabilly Gifts & Retro Gifts For Under $20! > Pinup Hair
Accessories ~ Black Dahlia Floral Pinup Hair Clip

## Pinup Floral Hair Accessories - White Tropical Star Orchid Hair Clip

See this at:  babygirlboutique.com  |  Added on 12/24/07

Pinup Floral Hair Accessories - White Tropical Star Orchid Hair Clip. This handmade White Orchid Hair Clip is truly exotic! The perfect finishing touch on your 'do, whether your a pinup girly girl, a rockabilly gal, or just need the perfect accessory....

Highlights:   Great Rockabilly Gifts & Retro Gifts For Under $20! > Pinup Floral Hair Accessories - White Tropical Star Orchid Hair Clip



## Kashuk Tools® Bristle Hair Brush

See this at:  target.com  |  Added on 11/25/07

Kashuk Tools® Prized Possessions Brush Set

Highlights:   $14.99

Comments (1)





So I read about this brush in the November issue of Allure...it's supposed to be the closest thing to a Mason Pearson brush, which goes for $137!!!! I'll definitely have to pick this up on my next trip to Target for a tiny fraction of the price!

Posted by kandyt220 on 11/25/07

⚑ Flag Comment

## 3 Row Glitter Headband

See this at:  mandee.com  |  Added on 11/24/07

BEAUTY: Hair Care at Kaboodle

Description: Tooth-comb detail helps keep hair in place on this fashionable and functional accessory. Three skinny style headbands come together as one, each fashioned with glitter allover for sensational shine that starts at the top. * Made in China

Highlights:    Price: $6.00



**1** [2] [Next »]    Show **25** | 50

Copyright © 2008, Kaboodle, Inc. All Rights Reserved.

HEARST *digital media*



**GoddessWithin**

HOME

| Nail Care | Skin Care | Hair Care | Cosmetics | Bath & Body | Tools | Vitamins & Supplements |

SHOP BY BRAND:

 INTERNATIONAL ORDERS WELCOME >>CLICK FOR DETAILS

FAQ'S | ADVICE | All Brands✦

1-800-697-9833 ORDER BY PHONE >>CLICK TO CALL/MAIL US

FREE SHIPPING ORDERS OVER $70 >>CLICK FOR DETAILS

SHOPPING CART | ORDER STATUS

SEARCH    GO >>

Home > Shop By Brand > Sexy Hair Concepts

## Featured Items



**1 FREE OPI Nail Polish with Min. $75.00 Purchase.**



**SAI BABA SOAP BAR-Nag Champa 150 GM/4BARS**
Regular price: $17.80
**Sale price:$14.42**



**Earthly Body Suntouched Candle Nag Champa 8 Oz**
Regular price: $12.68
**Sale price:$10.95**

★ **sexyhairconcepts**

# Sexy Hair Concepts

**Sexy Hair Concepts Big Sexy Hair**

  

**Sexy Hair Concepts Curly Sexy Hair**

  

**Sexy Hair Concepts Healthy Sexy Hair**



**Sexy Hair Concepts Short Sexy Hair**

 

**Sexy Hair Concepts Silky Sexy Hair**

Sexy Hair Concepts - Shop By Brand

**Sexy Hair Concepts Straight Sexy Hair**

**Sexy Hair Concepts Aero Tan Tanning Spray 5.3oz**



ORDER >

SXY1075
Regular price: $17.50
**Sale price:$14.00**



**STAR NAIL Pumice Pad**
**1 ea**
Regular price: $2.20
**Sale price:$1.50**



**Classic 100% Cotton**
**Squares 2x2 160 ct**
Regular price: $4.50
**Sale price:$2.99**



**FHI Heat Styling**
**Accessory Kit**
Regular price: $39.95
**Sale price:$9.99**



**Feet First Buffing Pad**
Regular price: $4.00
**Sale price:$3.10**



**Nail Clipper Straight**
Regular price: $3.50
**Sale price:$2.40**



**Phillips Brush**





**Tourmaline Monster Vent Brush 5"**
Regular price: $40.95
**Sale price:$31.20**



**Classic Cotton Swabs 500 ct**
Regular price: $5.00
**Sale price:$2.99**

## SPECIALS





**FHI Heat Nano Weight Pro 1800 Dryer Pink**
Regular price: $150.00
**Sale price:$109.95**

**Alterna TEN Skin Therapy 6.7 oz**
Regular price: $35.00
**Sale price:$29.75**



**Hot Tools 1" Ceramic Flat Iron**
Regular price: $78.68
**Sale price:$48.78**



**One Minute Manicure Spa Treatment 13 oz**
Regular price: $29.90
**Sale price:$21.99**





**Fake Bake Self-Tanning Lotion 6 oz**
Regular price: $24.99
**Sale price:$15.95**

Home | About Us | Terms & Conditions | International Orders | Product List | Contact us

Nail Care | Skin Care | Hair Care | Cosmetics | Bath & Body | Tools | Vitamins & Supplements

Online Beauty Supplier Offering Discount Prices and Free Shipping On Top Name Brands Like Redken, Matrix, Paul Mitchell, Joico, Abba, OPI, TIGI, Nioxin, Pureology, Alterna, Terax, Biosilk, Farouk, Nexxus, and Many More.

DISCLAIMER: The manufacturers and distributors of the products being offered for sale are the owners of their registered trademarks, logos, packaging and copyrights.

© Copyright GoddessWithin

e-commerce by
**YAHOO!**