







**Product Index**

Enter keyword(s):

[ SEARCH ]

**SEXY HAIR CONCEPTS**

**BIG SEXY HAIR**

**SHORT SEXY HAIR**

**STRAIGHT SEXY HAIR**

**CURLY SEXY HAIR**

**HEALTHY SEXY HAIR**



Home | About Us
Services | Our Products
Paul Mitchell
Murad | Fudge
Tigi Bedhead | Biosilk

## SEXY HAIR CONCEPTS

**SEXY HAIR CONCEPTS is a** vanguard, hairdresser-led enterprise in the professional beauty industry that is committed to enhancing the human potential of its members by creating fun new products that summon emotion, and educational systems that provoke thought and artistry. Hairstylist and business visionary, Michael O'Rourke, founded **SEXY HAIR CONCEPTS** by ECOLY in 1992. Having owned and operated a 35-unit successful salon chain in South Africa before coming to the United States, O'Rourke founded the Carlton Hair Care and Hair Health and Beauty Stores in Southern California, a 30-unit salon and store chain, before starting Ecoly International.

**As Seen in the May '02 issue of AMERICAN SALON MAGAZINE!**

The cover and several pages titled "Braid in America" feature the creative genius of Sexy Hair Concepts' founder, CEO and visionaire Michael O'Rourke assisted by Creative Director Douglas Little. Quoting Michael, the article states: "These days, what's going on in the street – all the urban, punk, and ethnic influences – is having a huge impact on hair. It's not enough for hairdressers to just use linear thinking anymore. When creating looks, being multi-dimensional is key." There are several beautiful braiding styles pictured and Michael shares a few "how-to" tips for using Healthy Sexy

Page 2 of 2

5/1/2008

Sexy Hair Concepts, Big Sexy Hair, Straight Sexy Hair, Short Sexy Hair, Curly Sexy Hair, Healthy Sexy Hair

Hair Soy Sculpting and Braiding Clay. The entire Sexy Hair Concepts team applauds Michael and takes pride in this fabulous work!

**Featured Brands include:**

- Big Sexy Hair
- Curly Sexy Hair
- Healthy Sexy Hair
- Short Sexy Hair
- Straight Sexy Hair




View Your SHOPPING CART

EMAIL THIS TO A FRIEND



american salon





Hair SEXY Concepts

Nioxin | Joico
Alterna | Rusk
Sebastian | KMS
American Crew
Textureline by Artec
Sexy Hair Concepts
Shipping & Policies
Free Newsletter
Order by Mail or Fax

http://www.jrussellsalons.com/sexy_hair_concepts.htm

# * Health & Personal Care

Home › Personal Care & Beauty › Hair Care

Pages: << 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

### AHAVA Mineral Shampoo

Caress your tomentum by with the help of the magical mineral chemical formula of this gentle and soundly purifying shampoo. A hone blend in of Mineral Skin OsmoterTM, Dead Sea set extracts and other instinctive moisturizing agents foliage your fuzz and scalp clear and soundly renascent.



### Wella Color Preserve Hydrating Conditioner 12oz

Protects haircolor and locks in wet. Defends fuzz in preparation for mundane harm. Thoroughly terms.



### Pravana Fiber Paste 4.3oz

Pravana Fiber Paste provides incomparable flexible back up to substantially whatever title. Fiber Paste allows you to instantly leash, shore, or spiker fuzz in contrast with upper limit bear, beam and grain.




### VAVOOM by Matrix: Volumizing foam 8.5 oz



VOLUMIZING FOAM 8.5 OZ



## Curly Sexy Hair Curling Creme (Medium to Thick Hair) 5.1oz (Concepts)

Curling Creme (Medium To Thick Hair),to verify frizz and apply special explanation and mold, patch providing for a long time of long continuance bear to rebellious curls.



## Healthy Sexy Hair Soy Paste Texture Pomade (1.8oz)

Gives vivid texture. Separates, defines and inside information. Conditions spell it styles. Use on juiceless hair. (1.8oz)

Key features Healthy Sexy Hair
- Highest Quality Styling products uncommitted



## Farouk CHI Straight Guard Smoothing Styling Cream

CHI Straight Guard Smoothing Styling Cream leisurely sweep soaring chemical formula is an idealistic styling instrument by reason of the whole of your smooth out, soothe styles spell providing fuzz unbelievable verify and smoothness and portion in eliminating frizz and creating higher-up beam.



## Phyto Organics Absolute Firm Hold Hair Spray 300ML

This firm hold spray provides dilatory of long continuance verify through an over-



5/1/2008

the-top go of the finest instinctive ingredients.A immobile drying chemical formula that firmly holds and adds beam to ruined styles lacking flaking. Organic Quinoa Protein in quest of hold and brightness. Exotic Ipu draw out in the place of softness and beam. Nutrient fertile Alfalfa, organic fertilizer herbs and vitamins tend, sustain, and guard. Contains UV and Thermal protectants. Humidity resistant. Colour unscathed.

## Wella Color Preserve Hydrating Shampoo 12oz

Protects haircolor and locks in wet. Gently cleanses and safe-guards heathly tomentum. Washes outside establish up, non haircolor.



## Arthritis Advantage Apr, Caplets- 32 Ea Sku 1773639 (GANEDEN BIOTECH.)

SKU NUMBER: 87957?The Miniminum EXP
date stamp on product:1year.TITLE
DESCRIPTION: Arthritis Advantage Arthritis
Advantage APR, Caplets 32 ea.MANUFACTURER:GANEDEN BIOTECH.PRODUCT DESCRIPTION:A
Medical Food For The Dietary Management of ArthritisWorks from the inner out.See astonishing
results in as small as 14 days!Helps relieve:Inflammation. Swelling. Stiffness. Aches. Pains.Arthritis
Advantage™ APR is a dietetic direction scheme that helps lighten the symptoms of arthritis.Arthritis
Advantage™ APR is a letters patent undecided preparation of good bacterium, MSM, Green Tea
Extract, and indispensable vitamins and minerals.Arthritis Advantage™ APR workings from the
Extract, and indispensable vitamins and minerals.Arthritis Advantage™ APR workings from the
privileged come out in as small as 14 years in contrast with continued day-to-day use.Arthritis Advantage™ APR workings in as small as 2
weeks and inside of a month you won't trust in what way a great deal best you feel.You will-Feel the disparity from the mo you acquire up in
the forenoon. Breeze through and through your day-to-day activities. Get a best night's sleep.Digestive Advantage™ Money Back
Guarantee:Ganeden offers a wealth hinder warrant if you ar non 100% satisfied. Simply evidence us wherefore you ar non satisfied and bring
home the bacon the UPC encipher from the mathematical product package accompanying the pilot sales recipe. (See enclosed command sheet
of paper in spite of details).INGREDIENTS:Bacillus Coagulans GB-101, MSM, Green Tea Extract, Maltodextrose, Microcrystaline Cellulose, L-
Lysine, Vitamin A, Vitamin D, Vitamin C, Vitamin E, Phosphorus, Stearic Acid.SUGGESTED USE:Directions in quest of use:Take unitary caplet
each daytime. The mathematical product requires 30 years to bring home the bacon upper limit ease. The mathematical product sourmess be
taken continuously to defend results. Symptoms testament take back if the mathematical product is discontinued. Some gaseous state and
dilatation may come for the period of the 1st not many years. Not recommended against of child below 10 years of age.Do non kibosh
infectious electric current medications anterior to discussing according to your doctor. Parental oversight is required. Arthritis Advantage
should be kept in a nerveless, Juiceless localize.





Alterna Hair Care Products,Artec,KMS,Mont Source,Murad,Nailtiques,Nioxin,Paul Mitchell,Sexy Hair,Tri,Yonka

# Ascardi ®

## T H E  S A L O N

## Tampa Bay's largest full service salon and the most complete source of professional salon products via the Internet

4046 Park Street North
St. Petersburg, Florida 33709
Phone: (727) 343-1234



Nail Care
Skin Care
Make-up Artistry
Massage Therapy
Professional Salon Products

### Featured Products Menu

| Alterna | Murad | Nailtiques | Nioxin |
| Paul Mitchell | Sexy Hair | Tri | Yonka |

We also offer *Gift Certificates* for all products and services!

### Main Menu

| About Us | Our Services | Our Hours |
| Directions | Specials | Gift Certificates |

**Site Last Updated: March, 2008**

Alterna Hair Care Products,Artec,KMS,Mont Source,Murad,Nailtiques,Nioxin,Paul Mitchell,Sexy Hair,Tri,Yonka

**** NOTE ****

This web site supports the features of Microsoft Explorer 4.0 and Netscape Communicator 6.0 and higher. For best viewing, it is recommended that your system is configured for True Color Mode (24 bit) and 800 x 600 resolution.

Site Links
About Us - Our Services - Our Hours - Directions - Specials - Gift Certificates

Copyright © 2005, Aacardi - The Salon, All Rights Reserved.

Site designed and hosted by;
Crystal Beach Web Solutions

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to win a Trip to LA: Fa... Page 1 of 2

« FRESH Gives You A FRESH Scent- Cannabis Santal EDP at Barneys Beverly Hills PA 3/30. Fashiontribes Beauty Buzz Podcast and BLOG!! | Main | BENEFIT Has Its EYES ON YOU! GWP Offer! Fashiontribes.com Beauty Buzz Blog »

## ROCK ON WITH JIM MORRISON + SEXY HAIR CONCEPTS AND SHOW-OFF YOUR STYLE CONTEST TO WIN A TRIP TO LA: FASHIONTRIBES.COM PODCAST AND BLOG

powered by Audioblog.com




MP3 File

Love that effect of "rock star" hair? Want that sexy look seen on the runway or on TV? It's easy to get it-- ask **Michael O' Rourke**, Founder and Creative Director of **Sexy Hair Concepts.** O'Rourke remains Chairman of the Board and Creative Director and builds upon his creative genius by opening a unique stylist education forum in Topanga Canyon,



M A Y 2 0 0 8

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |

5/1/2008

http://fashiontribes.typepad.com/beautybuzz/2006/04/audio_moblog_1.html

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to Win a Trip to LA: Fa... Page 2 of 12

Case 1:07-cv-05804-GEL     Document 18-13     Filed 05/02/2008     Page 9 of 37

5/1/2008

CA, called **Institute of Courage.** This institute will encourage stylists to break the boundaries of their typical styling habits and explore new boundaries of creativity. Very unique, very different, very much Michael O'Rourke!



**Sexy Hair Concepts** is a versatile line of hair products with a collection for virtually every hair type. Maybe you have heard of this line.. it's breaking records all over the place for unique presentation of products that really deliver the goods in hair styling.

There's *news* with this line -- **lots of news** with this line.

CATEGORIES

Select Category

OUR BLOGS

Fall 2007 Fashionweek Coverage

FASHIONTRIBES BLOGROLL

FASHIONTRIBES DAILY

Fashiontribes Fellow

The Travel Snob

FT FAVES

Fall 2007 Fashionweek Coverage

THE FASHIONTRIBES BLOGROLL

FASHIONTRIBES DAILY 5 MIN. PODCAST

RECENT COMMENTS

April on Don't Stress Because It's the Pits!

Allison M on Don't Stress Because It's the Pits!

Victoria on Go Naked Courtesy of Rodan + Fields! Podcast

Amelia on podcast!!: Live Like a Geisha, with Fresh's Memoirs of a Geisha Collection

Case 1:07-cv-05804-GEL        Document 18-13        Filed 05/02/2008        Page 10 of 37

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to Win a Trip to LA: Fa... Page 3 of 12

5/1/2008

Anna.1 on Don't Stress Because It's the Pits!



1) New to the Sexy Hair Concept Team is **CEO Jim Morrison** --listen to the podcast and hear what Morrison is telling you about what's NEW with **Sexy Hair Concepts**. Originally with L'Oreal, Jim Morrison was instrumental in bringing lines to the corporate family like Redken and Kiehls and creating a stellar line-up that has taken L'Oreal from mid-range to cutting edge in hair care. If anyone can accomplish that feat, imagine what he can do with **Sexy Hair Concepts!!** Innovative, sharp, on his game and ahead of the curve, this man knows the biz and has "all burners" going.

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to Win a Trip to LA: Fa... Page 4 of 12



2) More **NEWS!!!** Repackaging of the **Healthy Sexy Hair line** which will include some brand new cutting-edge cosmeceutical type ingredients by the end of summer. This launch will take hair care to a new level and create new expectations in reviving dry, damaged, sun-burnt hair and turning it back into luscious locks. One of the newest products to launch in the **Healthy Sexy Hair** line is the **Chocolate Soymilk Shampoo** . Chocoholics UNITE!! This is something you have to try--NOT to drink, but to apply to hair. Your hair will look great, feel fab and smell ...... like chocolate!!

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to Win a Trip to LA: Fa... Page 5 of 12

5/1/2008



3) Yes!! There is MORE new.. It's really about **Sexy Hair Concepts** being a **"SHOW-OFF"**.. Pushing the limits of reality TV to the very highest levels.

**The Show Off – Show Us Your Sexy Hair ® and Lather Yourself in Luxury .** Launched on March 1, 2006, the public is invited to participate in a national "casting call" for the ultimate "reality TV contest", **The SHOW-OFF.** Winners and their personal hair stylists will be lathered in luxury with grand prize packages.



**Round I, from March 1 to May 31, 2006:**

**Contestants may submit a photo of their "Sexy Hair ®" style at www.sexyhair.tv,** in one of five Sexy Hair ® brand categories: Big, Short, Straight, Curly or **Healthy Sexy Hair ®.** Entries must include the name of their hairstylist plus the usual information. **Michael O'Rourke,** master hair artist and creator of Sexy Hair ®, and a panel of judges will select ten semi-finalists from each category (a total of fifty semi-finalists). These fifty semi-finalists will each receive a prize and advance to the next round.

**Round II, June 15 to July 15, 2006:**

Photos of the fifty semi-finalists will be posted on **www.sexyhair.tv,** where the US public can vote for their favorite Sexy Hair® contestant in each category.

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to win a Trip to LA! Fa... Page 7 of 12

One finalist from each category will be chosen and will advance to the final round. **Each finalist will receive a prize, which includes a trip to Orlando, Florida for the contest finale.**

**Final Round from July 21 to August 4, 2006:**
The American public will be able to vote one final time via the contest website for their favorite Sexy Hair® finalist. The voting will determine the Grand Prize winner.

## The FINAL ANNOUNCEMENT:

August 27, 2006 in Orlando, Florida, **Sexy Hair®** will announce the **Grand Prize Winner on SexyHair.tv** in a live webcam broadcast. A finale party will follow at the Stylist Choice Awards at the Hard Rock Live in Orlando.

**PRIZES!!!**
The **Grand Prize Winner Package** includes:
Trip for 2 to the **American Music Awards Show** in Los Angeles and **Official After Party;**
**$5000 cash for Shopping Spree** and 1 Year of Free **Sexy Hair® Products.**
Trip for 2 includes round-trip airfare, hotel, meal allowance, tickets to the American Music Awards Show and Official After Party.

The **Stylist Grand Prize Winner Package** includes:
Trip to **Michael O'Rourke's Institute of Courage** and enrollment into the **Structure in Motion** ™ Experience (SIMX) (3 days/$1,000 value); round-trip airfare to Los Angeles, hotel accommodations (2 nights); **$1000 cash for Shopping Spree; and 1 Year of Free Sexy Hair® products.**

For complete contest rules and prize information, please visit http://www.sexyhair.tv..

Fashiontribes Beauty Buzz Blog Podcast Show Off Contest Sexy Hair Concepts

5/1/2008

http://fashiontribes.typepad.com/beautybuzz/2006/04/audio_moblog_1.html

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to win a Trip to LA: Fa...  Page 8 of 12

Case 1:07-cv-05804-GEL    Document 18-13    Filed 05/02/2008    Page 15 of 37

5/1/2008

Los Angeles Michael O'Rourke Beauty Jim Morrison Healthy Sexy Hair Hair Beauty Expert Hair Stylist Celebrities Hair Products Style Expert LA Story blog Fashion Expert

beauty buzz.



**April 3, 2006 in LA expert, Los Angeles, Science, Weblogs, beauty expert, color, conditioner, fashion expert, fashiontribes.com, hair color, highlighter, holiday, look, men , personal appearance, podcast, red carpet event, special event, style expert, styling products, stylist, tools, treatment, women | Permalink**

## TrackBack

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/266210/4591796

Listed below are links to weblogs that reference Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to Win a Trip to LA: Fashiontribes.com Podcast and BLOG:

## Comments

i live in the uk and i am having problems trying to purchase sexy hair products can you help please

**Posted by: alison | Apr 8, 2007 2:11:40 PM**

## Post a comment

Name:

☐ Remember personal info?



Email Address:

URL:

Comments:

Preview    Post

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to Win a Trip to LA: ...     Page 10 of 12

R E C E N T   P O S T S

L A T E S T
H E A D L I N E S

NYT > Fashion & Style

Tightening the Belt: Is This the
World?s Cheapest Dress?

How Steve & Barry?s became a $1
billion company selling celebrity style
for $8.98.

Status: Looking for Work on
Facebook

Social-networking Web sites like
Facebook, Friendster and MySpace
are turning into business tools.

Skin Deep: Hard Times, but Your Lips
Look Great

Lipstick serves as a cosmetic solution
to indulgences on a tight budget.

Life?s Work: Sickened by the Office
(Really)

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to Win a Trip to LA:... Page 11 of 12

It may sound like a bad joke, but occupational asthma is very real.

Critical Shopper | Christian Louboutin: Open-Toed Fetishes (and More)
This combination of raw sex and superior architecture inspires in Christian Louboutin fans an obsessive devotion.

Front Row: Dressing Up, Win, Place or Show
Cathy Miller, the go-to fashion guru for the bluegrass society set, has been hired to represent a direct-sales collection owned by Bill Blass New York.

Fitness: Cycling Success Measured in Frequent-Flier Miles
Triathletes travel (and spend) a lot for the perfect fit in a bike.

Powered by: RSS-to-JavaScript.com

reveries

New Feed Address
To continue to receive Cool News, please re-subscribe at: http://feeds.feedburner.com/coolnews.
Thank you!

Powered by: RSS-to-JavaScript.com

A B O U T

Email Me

Beauty Buzz: Rock ON with Jim Morrison + Sexy Hair Concepts and SHOW-OFF Your Style Contest to Win a Trip to LA: ...    Page 12 of 12

A R C H I V E S

November 2006

October 2006

September 2006

August 2006

July 2005

June 2006

May 2006

April 2006

March 2006

February 2006

Subscribe to this blog's feed

Add me to your TypePad People list

Healthy Sexy Hair Pumpkin Rehydrating Shampoo

5/1/2008

# BEAUTY ENCOUNTER

888.844.7730 | Customer Care | Wish List | SHOPPING BAG

Search

FRAGRANCES | SKINCARE | MAKEUP | HAIR CARE | BATH & BODY | CANDLES & WELLNESS | ACCESSORIES | CLEARANCE

Free gift with purchase
Click for details

Top Searches    »»

HOME • BRANDS • S • SEXY HAIR CONCEPTS • HEALTHY SEXY HAIR PUMPKIN REHYDRATING SHAMPOO • HEALTHY SEXY HAIR PUMPKIN REHYDRATING SHAMPOO



zoom

## Healthy Sexy Hair Pumpkin Rehydrating Shampoo

10.0 oz

Item# 64663004539

Regular Price: $15.95    Our Price: $10.99    You Save: 31.10%

Quantity: 1

add to shopping bag    add to wish list

**DESCRIPTION** | INGREDIENTS | HOW TO USE

**10.0 oz**

Moisturizing Pumpkin Fatty Acids increase the moisture content in hair and improves condition of hair. Increased Panthenol (Pro-Vitamin B) also penetrates hair to prevent damage and add shine. As a natural hair therapy, Pumpkin Enzymes contain Beta Carotene and Vitamins which combat oxidative and free-radical damage. Packed with Pumpkin Enzymes, Aloe, Wheat Germ Oil, Panthenol, Vitamins A, C and E, Natural Fruit Acids and Minerals.

See more products by Sexy Hair Concepts

**Availability:** Usually ships within 2-3 business days

RELATED ITEMS

http://www.beautyencounter.com/64663004539.html

Healthy Sexy Hair Pumpkin Rehydrating Shampoo

5/1/2008

**Big Sexy Hair Big Volume Conditioner**
33.8 oz

Price: $20.95

Our Price: $14.99

add to bag

**Straight Sexy Hair Conditioner**
33.8 oz

Price: $24.95

Our Price: $14.99

add to bag

**Curly Sexy Hair Curly Sexy Hair Advanced Formula Conditioner**
33.8 oz (1 liter)

Price: $24.95

Our Price: $16.99

add to bag

**Healthy Sexy Hair Soy Milk Conditioner**
33.8 oz ( 1 Liter )

Price: $22.00

Our Price: $16.99

add to bag

**Healthy Sexy Hair Soy Milk Conditioner**
13.5 oz

Price: $13.00

Our Price: $10.99

add to bag

http://www.beautyencounter.com/64663000004539.html

Healthy Sexy Hair Pumpkin Rehydrating Shampoo

**Silky Sexy Hair Silky Conditioner Smoothing**
33.8 oz (1 Liter)

Price: $23.50

Our Price: $16.99

add to bag

**Curly Sexy Hair Curly Sexy Hair Advanced Formula Conditioner**
10.0 oz

Price: $13.95

Our Price: $10.29

add to bag

**Silky Sexy Hair Silky Conditioner Smoothing**
10.0 oz

Price: $11.95

Our Price: $8.99

add to bag

**Straight Sexy Hair Conditioner**
10.0 oz

Price: $16.95

Our Price: $9.95

add to bag

Healthy Sexy Hair Pumpkin Rehydrating Shampoo

5/1/2008



**Big Sexy Hair Big Volume Conditioner**
10.0 oz

Price $11.95

**Our Price: $8.99**

add to bag

**Strong Sexy Hair Strengthening Conditioner**
8.5 oz

Price $15.95

**Our Price: $13.95**

add to bag

**Big Sexy Hair Big Volume Conditioner**
64.0 oz ( 2 Liters )

Price $39.95

**Our Price: $25.99**

add to bag

**Healthy Sexy Hair Pumpkin Conditioner**
64.0 oz ( 2 Liters )

add to bag

http://www.beautyencounter.com/64663004539.html

Healthy Sexy Hair Pumpkin Rehydrating Shampoo



**Healthy Sexy Hair Pumpkin Conditioner**
33.8 oz ( 1 Liter )

Price: $33.95          **Our Price: $27.99**          add to bag

**Strong Sexy Hair Strengthening Conditioner**
33.8 oz ( 1 Liter )

Price: $24.95          **Our Price: $19.95**          add to bag

Be Spicy,
Sweet & Sexy

join our
beauty network

free shipping
on all orders of $100 or more
*applies to standard domestic shipping only

Convenient worldwide shipping

Women's Perfume    Men's Cologne    Skincare    Makeup    Hair Care    Bath & Body    Candles & Wellness    Accessories    Hard to Find

ABOUT US    PRESS    PRIVACY POLICY    SITE INDEX

5/1/2008

Healthy Sexy Hair Pumpkin Rehydrating Shampoo

Copyright © Perfume Bay Inc. d.b.a. Beauty Encounter and BeautyEncounter.com. All rights reserved.

HACKER SAFE
TESTED 01-MAY

Designed by    Synertech

http://www.beautyencounter.com/64663000004539.html



# PERFUME.COM
Always delightfully low prices.

**1.800.645.9251** | 🛒 Your Cart: (0 items) | Help Center
Track Your Order

HACKER SAFE
TESTED 01-MAY

PRODUCT SEARCH: [_____] **GO**

WOMEN'S PERFUME | MEN'S COLOGNE | HAIR AND SKIN CARE | GIFT SETS

All Brands | All Designers | Candles | Perfume Specials | Coupons

Receive **FREE SHIPPING** on all orders over **$59**  See Details

UP TO 70% OFF - BRAND NAME FRAGRANCES + Start Shopping

## HOT SEXY by Sexy Hair Concepts

5 oz Highlights Wheat Blonde Color Conditioner for Men And Women
**In Stock Today**





Retail Price: ~~$11.96~~
**Our Price $9.98**
**You Save: 17% ($1.98)**


17% off

🛒 **ADD TO CART**

- Free shipping on orders over $59
- 100% genuine brand names
- **This item can be shipped within the United States, to Canada and Internationally**

🔍 See larger image

** Products displayed are NOT always exactly as shown. Please check size and type information carefully before ordering.

PRODUCT DESCRIPTION

HOT SEXY by Sexy Hair Concepts - 5 oz HIGHLIGHTS WHEAT BLONDE COLOR CONDITIONER for Men And Women

UPC #090174199051

Be the first to review this product

🖊 **WRITE REVIEW**

HOT SEXY BATH & BODY PRODUCTS

**Hot Sexy** by Sexy Hair Concepts | HIGHLIGHTS BLUE HIGH DRAMA GLITTER SPRAY FIRM HOLD 4.4 oz for Men And Women



HOT SEXY by Sexy Hair Concepts - 5 oz HIGHLIGHTS WHEAT BLONDE COLOR CONDITIONER - Discount Sale

Page 2 of 2



Our Price: **$9.98** List Price: $11.96
You save 17%

**Hot Sexy** by Sexy Hair Concepts | HIGHLIGHTS RED HIGH DRAMA GLITTER SPRAY FIRM HOLD 4.4 oz for Men And Women
Our Price: **$9.98** List Price: $11.96
You save 17%

**Hot Sexy** by Sexy Hair Concepts | HIGHLIGHTS WHEAT BLONDE COLOR CONDITIONER 5 oz for Men And Women
Our Price: **$9.98** List Price: $11.96
You save 17%





**NOTIFY FRIEND ABOUT HOT SEXY**

Friends email address:

enter Email here

 TELL A FRIEND

**VOTE FOR HOT SEXY**

Vote for Hot Sexy and receive a Special Coupon

 VOTE

OTHER DISCOUNT AND FRAGRANCE PRODUCTS BY SEXY HAIR CONCEPTS

**For Women**
Hot Sexy
Sexy Hair

**For Men**
Hot Sexy
Sexy Hair

**For Men and Women**
Hot Sexy
Sexy Hair

**ABOUT US**
About Perfume.com
Contact Us
Affiliate Program
Terms of Use

**SHIPPING AND RETURNS**
Shipping Details
Returns
Cancellations
Track Your Order

**HELP**
Help Center
Privacy Notice
Popular Searches
Site Map

Add Perfume Search Bar    Learn More

    

© Copyright 1995 - 2008 Perfume.com | 1.800.645.9251

Silky Sexy Hair Silky Conditioner Smoothing

# BEAUTY ENCOUNTER

FRAGRANCES | SKINCARE | MAKEUP | HAIR CARE | BATH & BODY | CANDLES & WELLNESS

888.844.7730 | Customer Care | Wish List

Search   Search   >>   Top Searches

Free gift with purchase
Click for details

ACCESSORIES | CLEARANCE

HOME · BRANDS · S · SEXY HAIR CONCEPTS · SILKY SEXY HAIR SILKY CONDITIONER SMOOTHING · SILKY SEXY HAIR SILKY CONDITIONER SMOOTHING



zoom

## Silky Sexy Hair Silky Conditioner Smoothing

33.8 oz (1 Liter)

Item# 646630002955

Regular Price: $23.50    **Our Price: $16.99    You Save: 27.70%**

Quantity: 1

add to shopping bag    add to wish list

| DESCRIPTION | INGREDIENTS | HOW TO USE |

**33.8 oz (1 Liter)**

Indulge your hair with softness, smoothness and ultra conditioning.

See more products by Sexy Hair Concepts

**Availability:** Usually ships within 2-3 business days

RELATED ITEMS

5/1/2008

Silky Sexy Hair Silky Silky Conditioner Smoothing

**Big Sexy Hair Big Volume Shampoo**
10.1 oz

Price: $10.95

Our Price: $7.99

add to bag

**Big Sexy Hair Big Volume Shampoo**
33.8 oz

Price: $20.95

Our Price: $14.99

add to bag

**Straight Sexy Hair Shampoo**
33.8 oz

Price: $22.95

Our Price: $14.99

add to bag

**Curly Sexy Hair Advanced Formula Shampoo**
33.8 oz (1 liter)

Price: $22.95

Our Price: $14.99

add to bag

**Healthy Sexy Hair Soy Milk Shampoo**
33.8 oz ( 1 Liter )

Price: $18.50

Our Price: $14.99

add to bag

Silky Sexy Hair Silky Conditioner Smoothing

5/1/2008

**Healthy Sexy Hair Soy Milk Moisture Shampoo**
13.5 oz

Price: $13.00

**Our Price: $10.99**

add to bag

**Healthy Sexy Hair Soy Milk Shampoo**
13.5 oz

Price: $10.50

**Our Price: $8.49**

add to bag

**Healthy Sexy Hair Soy Milk Moisture Shampoo**
33.8 oz ( 1 Liter )

**Big Sexy Hair Extra Big Volume Shampoo**
13.5 oz

Price: $12.95

**Our Price: $9.69**

add to bag

Silky Sexy Hair Silky Conditioner Smoothing

**Big Sexy Hair Extra Big Volume Shampoo**
33.8 oz

Price: $21.95     Our Price: **$15.99**     add to bag

**Silky Sexy Hair Silky Shampoo Smoothing**
8.5 oz

Price: $9.95     Our Price: **$7.99**     add to bag

**Silky Sexy Hair Silky Shampoo Smoothing**
33.8 oz (1 Liter)

Price: $22.00     Our Price: **$15.99**     add to bag

**Healthy Sexy Hair Soy Milk Shampoo**
2.0 oz (Travel Size)

add to bag

Silky Sexy Hair Silky Conditioner Smoothing



**Silky Sexy Hair Silky Shampoo Smoothing**
5.1 oz

Price: $8.95

**Our Price: $6.99**

add to bag

**Curly Sexy Hair Advanced Formula Shampoo**
10.0 oz

Price: $12.95

**Our Price: $8.29**

add to bag

**Silky Sexy Hair Silky Shampoo Smoothing**
10.0 oz

Price: $10.95

**Our Price: $8.99**

add to bag

**Straight Sexy Hair Shampoo**
10.0 oz

Price: $15.95

**Our Price: $9.95**

add to bag

Silky Sexy Hair Silky Conditioner Smoothing

**Healthy Sexy Hair Chocolate Soymilk Shampoo**
13.5 oz

Our Price: **$12.99**

add to bag

**Healthy Sexy Hair Chocolate Soymilk Shampoo**
34.0 oz ( 1 Liter )

Price: $33.95

Our Price: **$27.99**

add to bag

**Healthy Sexy Hair Pumpkin Detoxifying Shampoo**
10.0 oz

Price: $14.95

Our Price: **$10.99**

add to bag

**Healthy Sexy Hair Pumpkin Rehydrating Shampoo**
10.0 oz

Price: $15.95

Our Price: **$10.99**

add to bag

Silky Sexy Hair Silky Conditioner Smoothing

**Healthy Sexy Hair Pumpkin Detoxifying Shampoo**
33.8 oz ( 1 Liter )

Price: $39.95

Our Price: $29.90

add to bag

**Healthy Sexy Hair Pumpkin Rehydrating Shampoo**
33.8 oz ( 1 Liter )

Price: $39.95

Our Price: $29.90

add to bag

**Strong Sexy Hair Strengthening Shampoo**
8.5 oz

Price: $14.95

Our Price: $12.95

add to bag

**Big Sexy Hair Big Volume Shampoo**
64.0 oz (2 Liters )

Price: $39.95

Our Price: $25.99

add to bag

Silky Sexy Hair Silky Conditioner Smoothing



**Healthy Sexy Hair Pumpkin Detoxifying Shampoo**
64.0 oz ( 2 Liters )

Price: $49.95

**Our Price: $35.99**

add to bag

**Healthy Sexy Hair Pumpkin Rehydrating Shampoo**
64.0 oz ( 2 Liters )

Price: $49.95

**Our Price: $35.99**

add to bag

**Strong Sexy Hair Strengthening Shampoo**
33.8 oz ( 1 Liter )

Price: $24.95

**Our Price: $19.95**

add to bag

Silky Sexy Hair Silky Conditioner Smoothing






free shipping
on all orders of $100 or more
*applies to standard domestic shipping only

Be Spicy Sweet & Sexy

join our beauty network

Convenient worldwide shipping

| Women's Perfume | Men's Cologne | Skincare | Makeup | Hair Care | Bath & Body | Candles & Wellness | Accessories | Hard to Find |

| ABOUT US | PRESS | PRIVACY POLICY | SITE INDEX |

Copyright © Perfume Bay Inc. d.b.a. Beauty Encounter and BeautyEncounter.com. All rights reserved.

HACKER SAFE
TESTED 01-MAY

Designed by    Synertech

# Sexy Hair Concepts: Strong Sexy Hair - Associated Content

**Popular Searches**

david archuleta

american idol

webkinz

miley cyrus

Mother's Day

Paula Abdul

North Carolina

for Less Than $20!

Hair Products No One Can Live Without

Shaving, Waxing, Depilatories... At-Home Hair Removal Options

Halloween Props for Sexy Cop Costumes for Her

Beauty Tip: How to Summer Proof Your Hair

Three Reasons Why Women Shouldn't Shave Their Pubic Hair

The Curly-Haired Girl's Guide to Great Hair Days

Other topics: | find |

**Resources**

www.cosmeticdatabase.com/ingredient.php?ingre

barely touches my shoulders.

**About This Product**

This is sold as a *strengthening* shampoo, and the front of the bottle states that it contains *titanium complex*, whatever that is. It is the newest product for Sexy Hair Concepts, and it claims to:

* Gently clean & moisturize hair
* Restore resilience to limp hair
* Dramatically improve's damaged, weak or fine hair
* Provide nutrients for dry hair
* Makes hair feel up to 7 times stronger
* Won' weigh hair down
* Can be used every day
* Has a Passion Fruit Guava fragrance

Since this claimed to help damaged hair, and the owner of the beauty supply store said it would also be good for color treated hair, I had high hopes of this working for me.

**Ingredients**

| Share | Save For Later | Publish Yours | Print |

Page: 1 **2** | Next » |

**More by Clever Shopper**

Review: Nvision Energy Saving Lightbulbs

Easi-Twist Jar Opener: Review

Simplicity Non-Toxic, Hypoallergenic Dryer Sheets: Review

Review: Pure & Natural Body Bar with No Waste Packaging

View all »