Page 3 of 3

## Comments

Showing Comments 1 - 3 of 3



Gloria

My room mate got a few samples of this product and I tried it. Though my hair is too thin and curly to use the conditioner, the treatment worked very well for me instead. I used a very small amount. The samples were, I assume, a one time application, but there was enough in it to shampoo and treat my hair twice. I LOVE this product so much, I went to great lengths to find it! Yes, I paid $50.00 for both the shampoo and treatment but I think it's worth it. I have thin, frizzy, very curly hair that has been colored and this is by far the best product I have ever used (and I have tried alot). For the first time in a long time I can say my hair feels like hair, not rabbit fur nor a horses tail. My hair is long too, down the middle of my back. I have never tried it without the treatment. I am very happy with this product. Two of my sisters are beauticians and I did not consult either, I know when my hair feels healthy and when it does not. I have already gotten alot of compliments too. Thank

Posted on 12/05/2007 at 1:12:00 PM

Add a Comment



Gloria

My room mate got a few samples of this product and I tried it. Though my hair is too thin and curly to use the conditioner, the treatment worked very well for me instead. I used a very small amount. The samples were, I assume, a one time application, but there was enough in it to shampoo and treat my hair twice. I LOVE this product so much, I went to great lengths to find it! Yes, I paid $50.00 for both the shampoo and treatment but I think it's worth it. I have thin, frizzy, very curly hair that has been colored and this is by far the best product I have ever used (and I have tried alot). For the first time in a long time I can say my hair feels like hair, not rabbit fur nor a horses tail. My hair is long too, down the middle of my back. I have never tried it without the treatment. I am very happy with this product. Two of my sisters are beauticians and I did not consult either, I know when my hair feels healthy and when it does not. I have already gotten alot of compliments too. Thank

Posted on 12/05/2007 at 1:12:00 PM

Add a Comment



Thanks for this great review~I will be sure to avoid this product!

Sexy Hair Concepts: Strong Sexy Hair - Associated Content



Lisa Riggs

Posted on 08/17/2007 at 9:08:00 PM

### Type in Your Comments Below

Your name:

Add a Comment

Post Comment

Submit your own content on this or any topic. Get started »

Showing Comments 1 - 3 of 3

**Most Commented On**

Today

We Love You Parents
Some lines about our Parents
42 Comments

My Top 10 Best Liquid Face Foundations I Highly Re...
My top 10 best liquid face foundations lasts long....
38 Comments

Your Baby's First Visit to the Dentist
What can you expect when you take your child to th...
26 Comments

Tropical Orange Flower Concentrated Room Spray
If you are looking for a room spray that will last ..
24 Comments

Choose No Hassle Banking for
your financial wants and needs.

Roll over to learn more

▸ Credit Cards
▸ Auto Loans
▸ Direct Banking
▸ Healthcare Finance
▸ Home Loans
▸ Small Business

Capital One, N.A., Member FDIC

Capital One

Sexy Hair Concepts: Strong Sexy Hair - Associated Content

About Us | Press Room | Board of Directors | Careers at AC | Contact Us | FAQ | Content Partners | AC Stickers
Privacy Policy | Terms of Use | Site Map | Copyright Infringement? | Disclaimer

© 2008 Associated Content, Inc.

Healthy Sexy Hair Hair Care Products ecoly fashion formulas



# Skin and Hair

SKIN N HAIR.COM FOR ALL YOUR BEAUTY NEEDS

| Main Page | View Cart | Hair Care | Skin Care | Make up | Tools / Acccessories | Site Map |

**Shopping Cart**

Login ID:    GUEST
Total Qty:    0
Total Amt:    **$0.00**

## Healthy Sexy Hair

Healthy Sexy Soy Hair is the first-ever haircare line based on soy protein. Soy delivers ultimate strength and moisture to rebuild the hair, restore its shiny, healthy appearance and keep it looking great.

Introducing the new Healthy Sexy Pumpkin Line - the naturally complete, everyday natural hair therapy! Pumpkin enzymes contain the highest source of Beta Carotene and Vitamins to combat oxidation and free-radical damage. Healthy Sexy Pumpkins products are rich in antioxidants as well as Vitamins A, C and E. They also provide protein building amino acids and deliver a multitude of Natural Fruit Acids and Minerals. These wonderful products also provide natural UV protection for the hair as well as promoting healing, stimulating circulation and providing nourishment to hair.



# Healthy Sexy Hair Conditioners

| Item Description Click for more Information | Size/sku | Price | Click to Add |
|---|---|---|---|
| Healthy Sexy Hair Pumpkin Enzyme Therapy Mist | 8oz | $14.95 | Buy Now |
| Healthy Sexy Hair Pumpkin Potion | 10oz | $17.95 | Buy Now |
| Healthy Sexy Hair Soy Milk Conditioner | 13.5oz | $12.50 | Buy Now |
| Healthy Sexy Hair Soy Tri Wheat Leave In Conditioner | 8oz | $11.50 | Buy Now |

# Healthy Sexy Hair Shampoos

5/1/2008

Page 2 of 2

Healthy Sexy Hair Hair Care Products ecoly fashion formulas

| Item Description Click for more Information | Size/sku | Price | Click to Add |
|---|---|---|---|
| Healthy Sexy Hair Chocolate Soy Milk Shampoo | 13.5oz | $25.50 | Buy Now |
| Healthy Sexy Hair Pumpkin Detoxifying Shampoo | 10oz | $15.95 | Buy Now |
| Healthy Sexy Hair Pumpkin Rehydrating Shampoo | 10oz | $15.95 | Buy Now |
| Healthy Sexy Hair Soy Milk Shampoo | 13.5oz | $10.95 | Buy Now |

## Healthy Sexy Hair Styling products

| Item Description Click for more Information | Size/sku | Price | Click to Add |
|---|---|---|---|
| Healthy Sexy Hair Pumpkin Whipped Souffle Styling Cream | 4oz | $17.95 | Buy Now |
| Healthy Sexy Hair Soy Paste Texture Pomade | 1.8oz | $13.50 | Buy Now |
| Healthy Sexy Hair Soy Smoothie Straightening Tonic | 4oz | $11.50 | Buy Now |
| Healthy Sexy Hair Soya Want Flat Hair Flat Iron Spray | 4.3oz | $12.95 | Buy Now |
| Healthy Sexy Hair Soya Want Full Hair Firm Hold Hairspray | 5.3oz | $14.95 | Buy Now |

## Healthy Sexy Hair Treatments

| Item Description Click for more Information | Size/sku | Price | Click to Add |
|---|---|---|---|
| Healthy Sexy Hair Pumpkin Puree Treatment Masque | 8oz | $24.95 | Buy Now |



MY ACCOUNT | SEARCH | BASKET | CHECKOUT

CONTACT US    FORUM    ABOUT US    FAQ'S

Already a Customer? Sign In

BRANDS

ABBA
ALFAPARF
ALTERNA
AMERICAN CREW
ANDIS
AQUAGE
BABYLISS
BACK TO BASICS
BAIN DE TERR
BIO IONIC ELECTRICAL
C:EHKO
CHAMPKOM
CIRCLE OF FREINDS
CLAIROL
COLOR SEAL
CROME
DERMALOGICA
DICKSON
ECOLY
ELCHIM
ELGON
EMANI
ENJOY
GLO MINERALS
GOLDWELL
HAYASHI





Home > BRANDS > BIG SEXY HAIR

**BIG SEXY HAIR**

## Big Sexy Hair Care Products

Big Sexy Hair Care Products

Big Sexy Hair is a RED HOT product line created to take hair to its maximum hold. Big Sexy Hair is designed to improve and maintain the hair moisture while producing voluptuous body.

SORT BY: Name ▷    Price ▷    New Arrivals ▷    Default ▷    Find All

Kut N Beauty Online Store: BIG SEXY HAIR

HAI
HAIR DO
HALO
HEMPZ
HOT TOOLS
I-TECH
IDEN
ISO
JAPONEQUE
JAZZING
JOHNNY B
JOICO
KMS
KENRA
LANZA
NATURES THERAPY
LOREAL PREFERENCE
MAGIC IONIC
MANIC PANIC
MATRIX
MIRACLE
MURAD
MURAD SKIN CARE
NYX COSMETICS
NATURES THERAPY
NEXXUS
NIOXIN
O.P.I.
OSTER
PAUL MITCHELL
PRAVANA
PUREOLOGY
REDKEN
RUSK
SATIN
BONACURE
OSIS
**BIG SEXY HAIR**
CURLY SEXY HAIR
HEALTHY SEXY HAIR
SHORT SEXY HAIR
SILKY SEXY HAIR
STRAIGHT SEXY HAIR
STRONG SEXY HAIR
SHUGA

Kut N Beauty Online Store: BIG SEXY HAIR

SOLANO
SPECIAL EFFECTS
STYLI STYLE
BIOSILK
TOOLWORKZ
TWEEZERMAN
ULTRA
WAHL
WELLA
YOUNG BLOOD
ZERRAN
T3
CHI
LOREAL COLOURIST
COLLECTION

HAIRCARE

SKINCARE

NAILCARE

MAKEUP

TOOLS

MEN

TOP SELLERS

NEW PRODUCTS

MOST POPULAR

Page 4 of 4

Kut N Beauty Online Store: BIG SEXY HAIR



COLOR

SPECIALS

GIFT CERTIFICATES

LOCATIONS

TELL A FRIEND ABOUT US



SECURED BY
GeoTrust

Brands | Haircare | Skincare | Nailcare | Makeup | Tools | Men | Top Sellers | Most Popular | Specials | Gift Certificates | Locations
Terms and Conditions | Refund Policy | Privacy Policy | Contact | Forum | About | FAQ

5/1/2008

http://www.kutnbeauty.com/mm5/merchant.mvc?Screen=CTGY&Store_Code=KUTNBEAUTY&Category_Code=SexyBig



Short Sexy Hair Hard Up Holding Gel
Pump 16.9 oz

**US $21.99**



Short Sexy Hair 2 X 16.9oz HARD UP
GEL W/PUMP. LARGE

**US $37.95**



COST W/SHPG $24.50 SHORT SEXY
HARD UP GEL 16.9OZ W/PUMP

**US $15.00**

Luscious Hair Care: Find, Compare, Read Reviews & Buy Online @ Yahoo! Shopping

Yahoo!  My Yahoo!  Mail  Help

Welcome Guest (Sign In) (Sign Up)

| Home | Clothing | Electronics | Computers | Home & Garden | Mother's Day | More |

Shop for...          All departments          Submit Query

My Shopping  Help

YOU ARE HERE: Shopping > Beauty & Fragrances > All Hair Care > Luscious

# Luscious Hair Care

Need help buying? Read advice for Luscious Hair Care on Yahoo! Shopping

**Narrow Results**
for Luscious Hair Care

**Price**
$1.19 - $1.19 (2)
$4.99 - $4.99 (3)
$8.07 - $9.31 (3)
$17.00 - $18.65 (2)
$28.00 - $74.95 (3)

From $ ___ To $ ___   Refine

**Category**
Shampoo (5)
Conditioner (3)
Styling Products (2)
Styling Tools (1)
Hair Color (1)
Hair & Scalp Treatments (1)

**Hair Type**
Chemically Treated Hair (4)
Dry Hair (3)

**Store**
Hocks.Com Pharmacy (5)
BeautyExclusive (2)
MedShop Express (2)

SPONSOR RESULTS

Results 1 - 13 out of 13 for Luscious Hair Care on Yahoo! Shopping

- **Luxury Hair Products** - Experience Luxury Haircare – Shop Authentic Kérastase® Products. www.Kerastase-Usa.com
- **Buy Discount Hair Care Products** - Discount **Beauty** supply retails **beauty products** to the public at 20-40% less. Nioxin, Mizani, Bioslik, KMS, Nexxus, Keracare, Redken, ISO, pureology & more. www.discount-beauty.com
- **Hair Care Products** 80% off Retail - Save on Salon brand name **hair products** at Salon Savings. www.salonsavings.com
- **Discount Hair Care Products** - Discounts on hair care, skin care, make-up, nail care and more. www.beautydepot.com

Compare Side by Side          Sort by Top Results          Show Grid View

☐ Ted Gibson Fix It Gel with Merlot Complex
Hair type: Suitable for all hair types. At last this is "it" by Ted
Gibson. Inspired by the secrets of Red Wine. Ted Gibs...
Save to My Lists
- more **Luscious Hair Care** results from BeautyExclusive.com (2)

**$28.00**
BeautyExclusive...
★★★★★
Merchant Rating

☐ Garnier Nourishing Color Treatment with Fruit Oil Concentrates,
L...
Moisturizing Conditioners, Intensive Treatment Conditioners - Luscious
Save to My Lists
- more **Luscious Hair Care** results from MedShop Express (2)

**$8.07**
MedShop Express
★★★★
Merchant Rating

John Frieda Sheer Blonde Highlight Activating Volumizing

**$4.99**

Luscious Hair Care: Find, Compare, Read Reviews & Buy Online @ Yahoo! Shopping

**Sales & Deals**
10% Off & More (1)
25% Off & More (1)
50% Off & More (1)
All Sale Items (1)

Keyword [          ] **Refine**

Group Products
One Product Per Store
All Products

**Trends & Advice**
Bridal Beauty: Choosing a Hairstyle
from The Knot
Bridal Beauty: Choosing a Concealer
from The Knot
Sexy Barrettes: Gorgeous Accessories For Every Hair Type
from iVillage
All articles

---



**Shampoo ...**
For natural, color-treated or highlighted blondes Revives blonde highlights as it boosts shine for full-bodied blonde impact Daily shampoo with w...
• more **Luscious Hair Care** results from Hocks.Com Pharmacy (5)
Save to My Lists

**Hocks.Com Pharmacy**
★★★☆☆
Merchant Rating

---



**Corioliss Wet & Dry–Tourmaline**
The new Corioliss Wet & Dry has amazing technology that allows you to straighten your hair when damp or towel dried. It does this by having small...
Save to My Lists

**$74.95**
$250.00 – 70% off
SFRproducts Inc.
Review this merchant

---



**Silky Sexy Hair Silky Shampoo 10.1 oz**
Silky Sexy Hair Silky Sexy Hair transforms your hair into soft beautiful touchable hair. It helps to smooth strengthen and moisturi...
• more **Luscious Hair Care** results from Beauty-Mart (2)
Save to My Lists

**$9.31**
Beauty-Mart
Review this merchant

---



**Smooth Down – Butter Treat**
- Smoothing treatment for very dry / unruly hair - A rich, **luscious** rinse-out cream - Provides intense smoothing, long-lasting conditioning, nour...
Save to My Lists

**$17.00**
maneeventonline...
Review this merchant

---



**Ted Gibson Build It Blow Drying Agent with Merlot Complex**
As seen in Luxury Spa Finder , Shape and Glamour Magazines ! Hair type: Suitable for all hair types. At last this is "it" by Ted Gibs...
• more **Luscious Hair Care** results from BeautyExclusive.com (2)
Save to My Lists

**$28.00**
BeautyExclusive...
★★★★
Merchant Rating

---

**Natural Instincts Conditioning Colorant, Level 2, Light Natural B...**

**$8.11**
MedShop Express
★★★★

ADVERTISEMENT

Luscious Hair Care: Find, Compare, Read Reviews & Buy Online @ Yahoo! Shopping



**Luscious**

Save to My Lists

- more **Luscious Hair Care** results from MedShop Express (2)

**VO5 Herbal Escapes Sun Kissed Raspberry Balancing Conditioner 15 ...**
Herbal Escapes Sun Kissed Raspberry Balancing Conditioner Experience the health and vitality of natural herbal essence formula for beautiful. Sen...

Save to My Lists

- more **Luscious Hair Care** results from Hocks.Com Pharmacy (5)

**$1.19**
Hocks.Com
Pharmacy
★★★☆☆
Merchant Rating

**John Frieda Sheer Blonde Highlight Activating Daily Shampoo Honey ...**
Formerly Sheer Blonde Volume Enhancing Shampoo, Blonde For darker shades of blonde hair Revives blonde highlights as it boosts shine for full-bod...

Save to My Lists

- more **Luscious Hair Care** results from Hocks.Com Pharmacy (5)

**$4.99**
Hocks.Com
Pharmacy
★★★☆☆
Merchant Rating

**VO5 Herbal Escapes Sun Kissed Raspberry Balancing Shampoo 15 Ounc...**
Herbal Escapes Sun Kissed Raspberry Balancing Conditioner Experience the health and vitality of natural herbal essence formula for beautiful. Sen...

Save to My Lists

- more **Luscious Hair Care** results from Hocks.Com Pharmacy (5)

**$1.19**
Hocks.Com
Pharmacy
★★★☆☆
Merchant Rating

**John Frieda Sheer Blonde Glistening Perfection Moisturizing Condi...**
For natural, color-treated or highlighted blondes Ultra-moisturizing formula for distressed, damaged blonde that dramatically improves hair textu...

Save to My Lists

- more **Luscious Hair Care** results from Hocks.Com Pharmacy (5)

**$4.99**
Hocks.Com
Pharmacy
★★★☆☆
Merchant Rating

**Silky Sexy Hair Silky Shampoo 33.8 oz**
Silky Sexy Hair Silky Shampoo Silky Sexy Hair transforms your hair into soft beautiful touchable hair. It helps to smooth strengthen and moistur...

**$18.65**
Beauty-Mart

Merchant Rating

Luscious Hair Care: Find, Compare, Read Reviews & Buy Online @ Yahoo! Shopping

Page 4 of 5

Review this merchant

Save to My Lists

- more **Luscious Hair Care** results from Beauty-Mart (2)



**Compare side by side**

About these results

**SPONSOR RESULTS**

- **Luxury Hair Products** - Experience Luxury Haircare – Shop Authentic Kérastase® Products.
  www.Kerastase-Usa.com

- **Buy Discount Hair Care Products** - Discount **Beauty** supply retails **beauty products** to the public at 20-40%
  less. Nioxin, Mizani, Biosilk, KMS, Nexxus, Keracare, Redken, ISO, pureology & more.
  www.discount-beauty.com

- **Hair Care Products** 80% off Retail - Save on Salon brand name **hair products** at Salon Savings.
  www.salonsavings.com

- Discount **Hair Care Products** - Discounts on hair **care**, skin **care**, make-up, nail **care** and more.
  www.beautydepot.com

- Is Nioxin A Scam? - Read This Review Before Spending Your Money On Nioxin.
  www.TrustMichael.com/nioxin

**Search the web for Luscious Hair Care**

Take our survey and enter to win $1,000!

Shop Capital One Saving Zone - Save on All Items plus Featured Deals!

All departments

Submit Query

**Top Searches:** flat irons | brushes | hair color | loreal hair color | dry shampoo | hair dryer | hair care products | hair products | kerastase hair
products | hair colors | shampoo | flat iron | clairol hair color | hair dryers | hair care

**Popular Brands:** L'Oreal Hair Care | Paul Mitchell Hair Care | Pureology Hair Care | Shikai Hair Care | Bumble and Bumble Hair Care | Korres
Natural Products Hair Care | Optimum Hair Care | American Crew Hair Care | Herbatint Hair Care | Herbavita Hair Care | Hair Care

**Vertical Directory:** Fragrances & Perfumes | Makeup & Cosmetics | Skin Care | Hair Care | Bath & Body | Nail Care | Beauty Sets | All Beauty &
Fragrances

Luscious Hair Care: Find, Compare, Read Reviews & Buy Online @ Yahoo! Shopping

**Please send us your feedback.** • Find, Compare, Read Reviews & Buy Luscious Hair Care Online @ Yahoo! Shopping • Want to see your products in Yahoo! Shopping? Build your own store online or Advertise with us. Current Advertisers Sign in • Make money with Yahoo! Shopping APIs, now powering Yahoo! Tech. • Learn more about our paid syndication program. • Sitemap

Copyright ©2008 Yahoo! Inc. All Rights Reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Security and Disclaimer. Information about prices, products, services and merchants is provided by third parties and is for informational purposes only. Yahoo! does not represent or warrant the accuracy or reliability of the information, and will not be liable for any errors, omissions, or delays in this information or any losses, injuries, or damages arising from its display or use.



Home » Hair Care » Curly Sexy Hair

# Curly Sexy Hair

Need to tame your curly hair?  No problem!
Need to enhance those curls?  No problem!

**Curly Sexy: Advanced Formula Shampoo**



Quantity: 1    Choose One:

**Curly Sexy: Advanced Formula Curl Power Curl Enhancer for Fine to Medium Hair 8.5 oz**

**Our Price:** $13.50

ADD TO CART

**Curly Sexy: Curling Creme for Medium to Thick Hair 5.1 oz**

**Our Price:** $13.00

ADD TO CART

**Curly Sexy: Advanced Formula Conditioner**

Add to Cart

Quantity: 1    Choose One:

**Curly Sexy: Curling Detangler 8.5 oz**

**Our Price:** $12.00

ADD TO CART

**Curly Sexy: Curl Reactivator**

Hair Care
Nail Care
Skin Care
Gift Center
Hand & Body Lotions
Makeup/Cosmetics
Styling Tools
Tanning Products

home
what's new
search
view cart
wishlist
my account
contact us
site map
terms

Cart Items: 0  Total: $0.00

username

password

☐ remember me

Sign In  Register
password help

Curly Sexy Hair - ImageUnique

Page 2 of 2

Quantity: 1    Choose One:

 Add to Cart

## Curly Hair: 24/7 Instant-Set Curling Spray

**Our Price:** $18.50

ADD TO CART

Hair Care • Nail Care • Skin Care • Gift Center • Hand & Body Lotions • Makeup/Cosmetics • Styling Tools • Tanning Products
home | what's new | search | wishlist | my account | contact us | site map | terms
2008 ImageUnique all rights reserved



**hair fanatic** .com

**SHOP BY CATEGORIES**

Hair Tools
**Hair Care**
Skin Care
Nail Care

Specialty Items

Tweezer

Sale Items
Featured Items
New Items

Safest shopping
guaranteed

Shipping rates and
policies

Our return policy



**HACKER SAFE**
TESTED DAILY 01-MAY

---

Company      Customer Service      Product Directory

Search by Brand          Site Search
Choose a Brand    [Find It]                [Find It]



HAIR CARE

Home > Hair Care > Straightening & Curling Balms/Sprays

Items in Cart: **0**
Total: **$0.00**

[View Cart]

Betty Hair Color
Shampoos
Conditioners
Reconstructors &
Treatments
Gels, Glazes, & Lotions
Hairsprays & Mousses
Pomades, Waxes,
Cremes, & Muds
Shine Serums & Sprays
Straightening & Curling
Balms/Sprays
Thickening/Volumizing
Compounds
Curling Balms, Sprays,
and Cremes
Dandruff & Scalp Itching
Hair Loss/Thinning Hair

## STRAIGHTENING & CURLING BALMS/SPRAYS

**Viewing: 1-16 of 48**                          << prev | **1** | 2 | 3 | next >>

Sort/Filter:  Filter by Brand        Brand A-Z

**Alterna**
5.1 oz Alterna
Hemp Seed
Straightening Balm
**Price:** $12.80

[Product Info]

**Alterna**
8.3 oz Alterna
Hemp Seed
Straightening Balm
**Price:** $15.20

[Product Info]



**Alterna**
8 oz Alterna Hemp
Seed Straightening
Starch
**Price:** $19.80

[Product Info]



**Alterna**
5.1 oz Alterna Life
Curls Shape
Activator
**Price:** $19.80

[Product Info]

Hairfanatic - Hair Care - Straightening & Curling Balms/Sprays





**Aquage**
7oz. Aquage
Straightening
Ultragel
**Price: $16.50**

**Curly Sexy Hair**
8.5 oz Curl sexy
Curl Power Curl
Enhancer
**Price: $8.95**

**Curly Sexy Hair**
8.5 oz Curl sexy
Curl Reactivator
**Price: $8.95**

**Curly Sexy Hair**
5.1 oz Curl sexy
Curling Creme
**Price: $7.95**

**Curly Sexy Hair**
6.1 oz Curly sexy
24/7 Curls Instant-
Set Curling Spray
**Price: $16.15**

**Enjoy**
8.5 oz Enjoy
Straightener
**Price: $9.95**

**Formulas by
Ecoly**
10 oz Ecoly
Cypress Setting
Lotion
**Price: $8.95**

**Formulas by
Ecoly**
10 oz Ecoly Willow
Bark Heat Curling
Lotion  **Price: $10.89**

Product Info

Hairfanatic - Hair Care - Straightening & Curling Balms/Sprays











**Healthy Sexy Hair**
4.2 oz Soy Smoothie Straightening Tonic
**Price:** $9.95

Product Info

**Healthy Sexy Hair**
5.3 oz Soya Want Flat Hair Flat Iron Spray
**Price:** $9.95

Product Info

**Joico**
5.1 oz Joico Curl Activator
**Price:** $13.50

Product Info

**Joico**
6.8 oz Joico Curl Definer Creme/Gel
**Price:** $13.50

Product Info

**Viewing:** 1-16 of 48

<< prev | **1** | 2 | 3 | next >>

**OUR PRODUCT FINDER**

**Search by**
Select a Brand

**and/or**
Select a Category

Find It!

Hair Tools | Hair Care | Skin Care | Nail Care | Accessories
Sale Items | Featured Items | New Items
Company | Customer Service | Product Directory

Copyright © 2005 Hair Fanatic | Privacy Policy

Sign in

Web  Images  Maps  News  Shopping  Gmail  more ▼

Google    "sexy hair" hair care

[Search]  Advanced Search
          Preferences

Results **991 - 1000** of about 325,000 for **"sexy hair" hair care**. (0.32 seconds)

**Web**

Big **Sexy Hair** Shampoo, Big **Sexy Hair** Conditioner, Volumizing ...
Home > Hair Care > SEXY HAIR CONCEPTS > BIG **SEXY HAIR**. Big **Sexy Hair** - Featuring
Big **Sexy** Volume Shampoo, Big **Sexy** Detangling Conditioner, Big **Sexy** Styling ...
www.just4beauty.com/hair-care-big-sexy-hair.html - 44k - Cached - Similar pages

**Sexy Hair** Concept, Shampoo, Conditioner, Silky **Sexy Hair**, Big **Sexy** ...
Home > **Hair Care** > **SEXY HAIR** CONCEPTS. **SEXY HAIR** CONCEPTS is a vanguard,
hairdresser-led enterprise in the professional beauty industry that is committed to ...
www.just4beauty.com/sexhaircon.html - 47k - Cached - Similar pages

**SEXY HAIR** hair care styling by **Sexy Hair** Concepts
**SEXY HAIR** by **Sexy Hair** Concepts hair care styling SILKY **SEXY HAIR** SATIN
HAIRSPRAYMEDIUM HOLD 8.5 OZ for UNISEX.
www.fragrancenet.com/f/net/hc_items.html?cat=10095&
cur_letter=S&gs_gen=u&inv_pc=froogle&ut...

PAUL MITCHELL **Hair Care** Products, Shampoo, Conditioner - For Men ...
Over 10000 Designer **Hair Care** Products, Perfume and Fragrances at FragranceNet.com®.
... **Sexy Hair** : Kerastase. free shipping on U.S. order of $60 ...
www.fragrancenet.com/f/net/hc_items.html?cat=02966&
cur_letter=p&gs_gen=u&id=nAH3a8BV - 20 hours ago - Similar pages

ghd & T3 **Hair** Straighteners, Parlux & T3 Hairdryers, Nioxin **Hair** ...
Professional **hair** products like Nioxin, Tigi, Joico, Fudge, Matrix. Skin care products by
Skinceuticals, Skindoctors, Transformulas plus many more. ...
www.salonlines.co.uk/ - Similar pages

No More Waxing. Remove That **Hair** Permanently at South Coast MedSpa
please flag with **care**: ... A recent survey confirmed that women prefer men with a smooth,
**sexy, hair** free back. Whether on the beach or with that special ...
orangecounty.craigslist.org/bts/663648234.html - 5 hours ago - Similar pages

graham webb velvet soft shampoo review at Kaboodle
**Sexy Hair** Curly **Sexy Hair**... **Sexy Hair** Curly **Sexy Hair** 24/7 Curl Spray ... Curl Talk:

Everything You Need to Know to Love and **Care** for Your Curly, Kinky, ...
www.kaboodle.com/reviews/graham-webb-velvet-soft-shampoo - 2 hours ago - Similar pages

**Yahoo! Answers - I need urgent help with my hair! pleaseeeee..?**
If you can find/afford it, use Big **Sexy Hair** products. :}. 17 minutes ago ... I do to my **hair**?
How long after a Relaxer can I put **Care** Free Curls Texture? ...
ph.answers.yahoo.com/question/index?qid=20080501134007AAWuIFk - 2 hours ago -
Similar pages

**one breath in a chain of thoughts**
For thinness of **hair**, I use the obnoxiously huge bottle of "Big **Sexy Hair**," my first designer
**haircare** product. For the waviness at the bottom, ...
darlingcherish.blogspot.com/ - Similar pages

**beauty top sellers**
My sister-in-law recommended Clinique's line of skin **care** products, so I decided since ....
short **sexy hair** what a body ultra bodifying blow dry gel 6.8 oz ...
www.very-clever.com/beauty - 40k - Cached - Similar pages

**Previous** 90 91 92 93 94 95 96 97 98 99 100

---

"sexy hair" hair care  [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Big Sexy Hair Shampoo, Big Sexy Hair Conditioner, Volumizing Detangler, Root Pump Spray Mousse.



**Big Sexy Hair** - Featuring Big Sexy Volume Shampoo, Big Sexy Detangling Conditioner, Big Sexy Styling Agents, Big Sexy Finishing Products.

EXTRA Big Sexy Hair Shampoo 13.5oz.
$11.25

Big Sexy Hair Shampoo 10oz & 32oz
$8.95

Big Sexy Conditioner 10oz & 33oz
$9.95

Volumizing Detangler 8.5oz.
$10.25

Root Pump Volumizing Spray Mousse 10.6oz.
$14.95

Root Pump Plus Volumizing Spray Mousse 10.6oz.
$16.95

Spray And Play Hair Spray 10.6oz.
$14.95

Spray And Play Harder Vol. Hair Spray 10.6oz.
$15.95

5/1/2008

Big Sexy Hair Shampoo, Big Sexy Hair Conditioner, Volumizing Detangler, Root Pump Spray Mousse.

Thickening Spray 8.5oz.

4.4oz.

$12.25          $12.25          $13.25          $16.50

Home | Special Orders | Returns | Privacy Policy | Site Map | Affiliate | Brands | Links

HACKER SAFE
TESTED 01-MAY

PayPal

VISA DISCOVER AMEX



Sexy Hair Concept, Shampoo, Conditioner, Silky Sexy Hair, Big Sexy Hair, Curly, Short, Healthy.



**HEALTHY SEXY HAIR**
> VIEW FULL COLLECTION

GOLDWELL Haircare

HEMPZ Hair Care

INNERSENSE

It's A 10 Miracle Treatments

JOE GROOMING

JOICO Haircare

KENRA Hair Care

KERACARE - KERA CARE

KMS CALIFORNIA

MIZANI Hair Care

MOP Hair Products

MOROCCANOIL

MURAD Hair Care

NEXXUS VITA TRESS

NIOXIN Hair Products

OSIS Haircare

PAUL BROWN Hair Care

PHYTO ORGANICS

Home | Special Orders | Returns | Privacy Policy | Site Map | Affiliate | Brands | Links

5/1/2008

Sexy Hair Concept, Shampoo, Conditioner, Silky Sexy Hair, Big Sexy Hair, Curly, Short, Healthy.

- RENE FURTERER PARIS
- RUSK Hair Care
- SALERM Hair Products
- SEBASTIAN Hair Care
- SEXY HAIR CONCEPTS
- SUDZZ FX Treatment Liquids
- SUKESHA Hair Spray
- TERAX Hair Care
- XTAH Hair Care
- WELLA Haircare
- XFusion Keratin Hair Fibers
- Nail Care
- Skin Care
- Makeup
- Body Care
- For Men
- Styling Tools
- Gifts
- Specials
- New Items

Sexy Hair Concept, Shampoo, Conditioner, Silky Sexy Hair, Big Sexy Hair, Curly, Short, Healthy.





## Free Shipping

orders over $60 - U.S. only.

### conversions

| oz | ml |
| --- | --- |
| 1.0 oz | 30 ml |
| 1.7 oz | 50 ml |
| 2.5 oz | 75 ml |
| 3.4 oz | 100 ml |
| 4.2 oz | 125 ml |
| 6.8 oz | 200 ml |
| 8.4 oz | 250 ml |

SHAMPOO 10 OZ

Item #152700

In stock today
Free U.S. Shipping over $60

**$15.79**
Retail Price:
$15.95

Check items, then click

> ADD TO SHOPPING BAG

Back to Top

Add

### conditioner

| Image | Description | Price | Add |
| --- | --- | --- | --- |
| zoom/info | BIG SEXY HAIR BIG VOLUME CONDITIONER 34 OZ  Item #151292  In stock today  Free U.S. Shipping over $60 | **Our Price: $17.49** Retail Price: $18.50 | |
| zoom/info | BIG SEXY HAIR VOLUMIZING DETANGLER SPRAY 8.5 OZ  Item #151294  In stock today  Free U.S. Shipping over $60 | **Our Price: $11.79** Retail Price: $12.00 | |
| zoom/info | CURLY SEXY HAIR ADVANCED FORMULA CONDITIONER 33.8 OZ  Item #151303  In stock today  Free U.S. Shipping over $60 | **Our Price: $20.19** Retail Price: $22.00 | |
| zoom/info | STRAIGHT SEXY HAIR CONDITIONER 10.1 OZ  Item #159935  In stock today  Free U.S. Shipping over $60 | **Our Price: $16.79** Retail Price: $16.95 | |

Check items, then click

## styling



| Image | Description | Price | Add |
|---|---|---|---|
| zoom/info | BIG SEXY HAIR BIG SHINE SPRAY 2.5 OZ<br><br>item #151298<br><br>In stock today<br>Free U.S. Shipping over $60 | **Our Price:**<br>$11.49<br><br>Retail Price:<br>$11.50 | ☐ |
| zoom/info | BIG SEXY HAIR ROOT PUMP PLUS VOLUMIZING SPRAY MOUSSE 10.6 OZ<br><br>item #151295<br><br>In stock today<br>Free U.S. Shipping over $60 | **Our Price:**<br>$15.39<br><br>Retail Price:<br>$15.50 | ☐ |
| zoom/info | BIG SEXY HAIR SPRAY AND PLAY HARDER FIRM HOLD VOLUMIZING HAIRSPRAY 10.6 OZ<br><br>item #151299<br><br>In stock today<br>Free U.S. Shipping over $60 | **Our Price:**<br>$15.39<br><br>Retail Price:<br>$15.50 | ☐ |
| zoom/info | BIG SEXY HAIR SPRAY AND PLAY VOLUMIZING HAIRSPRAY 10.6 OZ<br><br>item #151296<br><br>In stock today<br>Free U.S. Shipping over $60 | **Our Price:**<br>$14.19<br><br>Retail Price:<br>$14.50 | ☐ |
| zoom/info | CURLY SEXY HAIR 24/7 CURLS INSTANT CURLING SPRAY 6.1 OZ<br><br>item #151309<br><br>In stock today<br>Free U.S. Shipping over $60 | **Our Price:**<br>$17.19<br><br>Retail Price:<br>$18.00 | ☐ |

> ADD TO SHOPPING BAG

▲ Back to Top

CURLY SEXY HAIR CURL REACTIVATOR 8.5 OZ

item #151308

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.39**

Retail Price:
$14.00

zoom/info

---

CURLY SEXY HAIR CURLING DETANGLER 8.5 OZ

item #151305

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$11.39**

Retail Price:
$11.50

zoom/info

---

HEALTHY SEXY HAIR SOY PASTE TEXTURE POMADE 1.8 OZ

item #155612

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.79**

Retail Price:
$13.95

zoom/info

---

HEALTHY SEXY SOYA WANT FLAT IRON SPRAY 4.5 OZ

item #155613

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$12.79**

Retail Price:
$12.95

zoom/info

---

SHORT SEXY HAIR BLOW IT UP GEL FOAM 5.3 OZ

item #151316

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.79**

Retail Price:
$14.00

zoom/info

---

SHORT SEXY HAIR CONTROL MANIAC WAX 1.8 OZ

item #151315

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.39**

Retail Price:
$13.50

zoom/info

SEXY HAIR Hair Care Products, Shampoo, Conditioner - For Men & Women at FragranceNet.com®- 1-800-PARFUMS - On... Page 3 of 13

zoom/info

**SHORT SEXY HAIR DOUBLE HEADER VOLUME & TEXTURIZING SPRAY 6.8 OZ**

item #151319

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.79**

Retail Price:
$14.50

zoom/info

**SHORT SEXY HAIR HARD UP GEL 16.9 OZ**

item #152697

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$27.79**

Retail Price:
$30.25

zoom/info

**SHORT SEXY HAIR PLAY DIRTY WAX MASTER DRY WAX 4.4 OZ**

item #151318

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$15.79**

Retail Price:
$16.00

**SHORT SEXY HAIR QUICK CHANGE SHAPING BALM 1.7 OZ**

item #151317

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$12.79**

Retail Price:
$13.00

zoom/info

**SHORT SEXY HAIR SLEPT IN TEXTURE CREAM 5.1 OZ**

item #152699

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$14.19**

Retail Price:
$15.50

**SHORT SEXY SHATTER SEPARATE & HOLD SPRAY 4.2 OZ**

item #155614

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.29**

Retail Price:
$13.95

http://www.fragrancenet.com/f/net/hc_items.html?cat=10095&cur_letter=S&gs_gen=u&mv_pc=froogle&utm_source=google_pr...    5/1/2008