SEXY HAIR Hair Care Products, Shampoo, Conditioner - For Men & Women at FragranceNet.com

Buy Fast. Feel Secure.*     Enjoy No Payments for 90 Days with ☑ BillMeLater

Order over $99
Subject to credit approval. Details

- in stock today
- 100% genuine brand names

## SEXY HAIR hair care by Sexy Hair Concepts

shampoo | conditioner | styling

Check the items you wish to purchase, then click

**shampoo**

| Image | zoom/info | Description | Price | Add |
|---|---|---|---|---|

BIG SEXY HAIR BIG VOLUME
SHAMPOO 34 OZ

Item #151291

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$18.29**

Retail Price:
$18.50

☐

> ADD TO SHOPPING BAG

∧ Back to Top

STRAIGHT SEXY HAIR
SHAMPOO 10 OZ

Item #152700

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$15.79**

Retail Price:
$15.95

☐

> ADD TO SHOPPING BAG

∧ Back to Top

**conditioner**

| Image | zoom/info | Description | Price | Add |
|---|---|---|---|---|

Check items, then click

**we also recommend:**

**Similar Haircare Brands**
Paul Mitchell Kids
Vavoom
Image

Those who bought
**SEXY HAIR** also
bought

Redken
Paul Mitchell
Bumble And Bumble
Biolage
Back To Basics

## Free Shipping

orders over $60 -
U.S. only.

select product below
ABBA
AMERICAN CREW
AMPLIFY
ARTEC
AVEDA
BACK TO BASICS
BAIN DE TERRE
BED HEAD
BIOGENOL
BIOLAGE
BIOSILK
BUMBLE AND BUMBLE
CATWALK
CHI
COLOR SMART
CURL LIFE
GOLDWELL
GRAHAM WEBB

> IF YOU DON'T SEE IT,
REQUEST IT

>> Join Our Coupon List

>> Win $250 Shopping Spree

### conversions

| oz | ml |
|---|---|
| 1.0 oz | 30 ml |
| 1.7 oz | 50 ml |
| 2.5 oz | 75 ml |
| 3.4 oz | 100 ml |
| 4.2 oz | 125 ml |
| 6.8 oz | 200 ml |

8.4 oz    250 ml

zoom/info
BIG SEXY HAIR BIG VOLUME CONDITIONER 34 OZ

Item #151292

In stock today
Free U.S. Shipping over $60

Our Price:
$17.49

Retail Price:
$18.50

zoom/info
BIG SEXY HAIR VOLUMIZING DETANGLER SPRAY 8.5 OZ

Item #151294

In stock today
Free U.S. Shipping over $60

Our Price:
$11.79

Retail Price:
$12.00

zoom/info
CURLY SEXY HAIR ADVANCED FORMULA CONDITIONER 33.8 OZ

Item #151303

In stock today
Free U.S. Shipping over $60

Our Price:
$20.19

Retail Price:
$22.00

zoom/info
STRAIGHT SEXY HAIR CONDITIONER 10.1 OZ

Item #159935

In stock today
Free U.S. Shipping over $60

Our Price:
$16.79

Retail Price:
$16.95

Check items, then click    > ADD TO SHOPPING BAG

↑ Back to Top

styling

| Image | Description | Price | Add |
| --- | --- | --- | --- |

zoom/info
BIG SEXY HAIR BIG SHINE SPRAY 2.5 OZ

Item #151298

In stock today
Free U.S. Shipping over $60

Our Price:
$11.49

Retail Price:
$11.50



BIG SEXY HAIR ROOT PUMP PLUS VOLUMIZING SPRAY MOUSSE 10.6 OZ

item #151295

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$15.39**

Retail Price:
$15.50

---

BIG SEXY HAIR SPRAY AND PLAY HARDER FIRM HOLD VOLUMIZING HAIRSPRAY 10.6 OZ

item #151299

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$15.39**

Retail Price:
$15.50

---

BIG SEXY HAIR SPRAY AND PLAY VOLUMIZING HAIRSPRAY 10.6 OZ

item #151296

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$14.19**

Retail Price:
$14.50

---

CURLY SEXY HAIR 24/7 CURLS INSTANT CURLING SPRAY 6.1 OZ

item #151309

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$17.19**

Retail Price:
$18.00

---

CURLY SEXY HAIR CURL REACTIVATOR 8.5 OZ

item #151308

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.39**

Retail Price:
$14.00

---

CURLY SEXY HAIR CURLING DETANGLER 8.5 OZ

item #151305

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$11.39**

Retail Price:
$11.50

SEXY HAIR Hair Care Products, Shampoo, Conditioner - For Men & Women at FragranceNet.com® 1-800-PARFUMS - ...    Page 10 of 13



zoom/info

HEALTHY SEXY HAIR SOY PASTE
TEXTURE POMADE 1.8 OZ

Item #155612

In stock today
Free U.S. Shipping over $60

**Our Price:**
$13.79

Retail Price:
$13.95



zoom/info

HEALTHY SEXY SOYA WANT
FLAT IRON SPRAY 4.5 OZ

Item #155613

In stock today
Free U.S. Shipping over $60

**Our Price:**
$12.79

Retail Price:
$12.95



zoom/info

SHORT SEXY HAIR BLOW IT UP
GEL FOAM 5.3 OZ

Item #151316

In stock today
Free U.S. Shipping over $60

**Our Price:**
$13.79

Retail Price:
$14.00



zoom/info

SHORT SEXY HAIR CONTOL
MANIAC WAX 1.8 OZ

Item #151315

In stock today
Free U.S. Shipping over $60

**Our Price:**
$13.39

Retail Price:
$13.50



zoom/info

SHORT SEXY HAIR DOUBLE
HEADER VOLUME &
TEXTURIZING SPRAY 6.8 OZ

Item #151319

In stock today
Free U.S. Shipping over $60

**Our Price:**
$13.79

Retail Price:
$14.50

SHORT SEXY HAIR HARD UP
GEL 16.9 OZ

Item #152697

**Our Price:**
$27.79

Retail Price:

In stock today
Free U.S. Shipping over $60

$30.25

SHORT SEXY HAIR PLAY DIRTY
WAX MASTER DRY WAX 4.4 OZ

Item # 151318

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$15.79**

Retail Price:
$16.00

SHORT SEXY HAIR QUICK
CHANGE SHAPING BALM 1.7 OZ

Item # 151317

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$12.79**

Retail Price:
$13.00

SHORT SEXY HAIR SLEPT IN
TEXTURE CREAM 5.1 OZ

Item # 152699

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$14.19**

Retail Price:
$15.50

SHORT SEXY SHATTER
SEPARATE & HOLD SPRAY 4.2
OZ

Item # 155614

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.29**

Retail Price:
$13.95

SILKY SEXY HAIR FRIZZ
ELIMINATOR LOTION 4.2 OZ

Item # 151324

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$17.19**

Retail Price:
$18.00

zoom/info
zoom/info
zoom/info
zoom/info
zoom/info



SILKY SEXY HAIR SATIN
HAIRSPRAY MEDIUM HOLD 8.5
OZ

Item #151325

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$12.79**

Retail Price:
$13.00

STRAIGHT SEXY HAIR POWER
STRAIGHT STRAIGHTENING
BALM 3.4 OZ

Item #151332

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.39**

Retail Price:
$13.50

STRAIGHT SEXY HAIR SHINE ON
POLISHING GLOSS 3.4 OZ

Item #151333

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$13.39**

Retail Price:
$13.50

STRAIGHT SEXY HAIR
STRAIGHT AERO SPRAY 8.8 OZ

Item #151330

In stock today
Free U.S. Shipping over $60

**Our Price:**
**$16.39**

Retail Price:
$16.50

> ADD TO SHOPPING BAG

Check items, then click, REQUEST IT.

If you don't see what you are looking for, REQUEST IT.

zoom/info

zoom/info

zoom/info

zoom/info

**Women's Fragrances | Men's Fragrances | Gift Sets | SkinCare | Haircare | Aromatherapy | Candles**

**Contact | Help | Privacy | Order Status | My Account | Shopping Bag**

About Us | Gift Certificates | Affiliate Program | Wholesale Information | Corporate Discount Program

100% Safe, Secure Shopping. 30 Day Money Back Guarantee.

SEXY HAIR Hair Care Products, Shampoo, Conditioner - For Men & Women at FragranceNet.com - ...    Page 1 of 1

              

**more about FragranceNet.com**

Perfume at discount prices are just the beginning. FragranceNet.com was created to provide consumers worldwide with access to the largest inventory of genuine, brand name perfumes and fragrances, skincare, candles, haircare, aromatherapy and more at the lowest possible prices. We deliver your favorite perfume to your door step offering Free U.S. shipping for orders above $60. Discover what others say about their favorite perfumes. Women's perfumes, men's perfumes, discount perfumes, designer perfumes, celebrity perfumes and other products such as cologne, skin care products and hair care items. We only carry genuine brand name perfumes and colognes.
. Absolutely NO imitations or knock-offs. FragranceNet.com has been online since 1997.

Entire contents Copyright © 1997-2008 FragranceNet.com, Inc.
FragranceNet and FragranceNet.com are trademarks of FragranceNet.com, Inc.
All Rights Reserved.

graham webb velvet soft shampoo review at Kaboodle



# kaboodle

Home   People   Gifts   Brands   Fun Stuff   My Profile

Experience
xRank Celebrity

xRank

Join Now | Sign in | Help

Spring Dress Photo Contest

## graham webb velvet soft shampoo

▶ Flag Product

Add to my list
Send to friend
Compare prices

**Shop for it:** (added from 1 site)

cosmogirl.com          ☞ Buy it
See more products from this brand »

Ads by Google

**Sexyhair Products**
Shop sexyhair Products atBeauty Depot. Free Shipping!
www.BeautyDepot.com

**$17.33 BioSilk Therapy**
BioSilk Silk Therapy TreatmentHave silky hair instantly.
www.i-medica.com

**Hair Care by Grund**
Find Shampoo, Conditioner & More30-Day Money Back. Free Shipping!
HairCareChoices.com/Grund

**Infusium 23 Hair Care**
Buy Infusium 23 & Get 5% BackFree Shipping with Minimum Purchase
www.drugstore.com/Infusium23

Microsoft
Live Search
Jennifer Lopez

Try It Now!
① 2008-0...
② 2008-03-20 ... items ...
③ 2008-04-10 Jennifer Lopez Tr...

Great Mother's Day gift ideas for



YOU'LL LOVE
THE SOUND OF THIS

2008 Mercury **Milan**

2008 Mercury **Mariner**

Roll Over To
FIND OUT WHY

MERCURY

SIRIUS
SATELLITE RADIO

Items    Lists    People

5/1/2008

graham webb velvet soft shampoo review at Kaboodle

**Added by**

cabett added to
cabett's Closet

**Rate this:**
☆☆☆☆☆  0 Ratings
Added to 1 list
Add Comment

**Description:**  WHY WE LOVE IT: This miracle shampoo has heat-activated conditioners that make our hair silky soft even though we constantly abuse it with our flat irons. WHY YOU HAVE TO HAVE IT: Starting your styling routine with a great shampoo... See more »

**Tags:**  graham webb, shampoo

**Join the conversation:**



[Submit]

**Ads by Google**

**Rusk Shampoo**
Shop for Rusk Being Hair Careat Beauty Depot. Free Shipping
**www.BeautyDepot.com**

**$17.33 BioSilk Therapy**
BioSilk Silk Therapy TreatmentHave silky hair instantly.
**www.i-medica.com**

**Grund Hair Care**
Buy Grund Hair Products OnlineFree Shipping & Great Service!
**HairCareChoices.com/Grund**

**Infusium 23 Hair Care**
Buy Infusium 23 & Get 5% BackFree Shipping with Minimum Purchase
**www.drugstore.com/Infusium23**

Related Items

Farouk CHI 1 Inch Ceramic...
First picked by sjbellofatto
See more from amazon.com

Paul Mitchell Super Skinny...
First picked by alexandriam
See more from folica.com

Sedu Ionic Ceramic...
First picked by senoritaboni
See more from folica.com

Davines Love Lovely...
First picked by newsgirl057
See more from drugstore.com

PHI Professional Flat Iron
First picked by jen_g
See more from phibeauty.com

Graham Webb Halo Drench...
First picked by babyleo4455
See more from beautydeals.net

**Latest Blog Posts**

Kaboodle and Marie Claire My...

Fab Finds: David Lynch...

Fab Finds: Motorcycle Jacket

Fab Finds: Giant Earbud...

See More »

**Mother's Day Gifts - By Interest**

Gardener

Hostess

Mom-To-Be

Fashionista

See More »

**Latest Deals & Discounts**

Exclusive Offer! 15% off at... from Karmaloop.com

Free Urban Decay Crash Liquid... from Beauty/drugstore.com

**Mother's Day Gifts - By Category**

Jewelry & Watches

Pampering

Home & Garden

Handbags

See More »

**Latest Finds**

ysshopper added "I Am Not A Paper...

melosad added Cart Contents

veromarie added Contrast-Top Party Dress

cheerfulstorm added Rossellini Earrings

See More »

**Mother's Day Gifts - By Price**

Under $25

$50-100

$100-500

Extravagant

See More »

**Navigate**   Home | Products | Lists | Gift Ideas | People | Groups | My Profile

**Get Help**   Getting Started | Get the Buttons | FAQ

**More Info**   About Us | Blog | Retailers | Community Guidelines | Careers

Terms of Service and Privacy Policy

Sitemap

Send Feedback!

Copyright © 2008, Kaboodle, Inc. All Rights Reserved.

HEARST *digital media*

Yahoo! Answers - I need urgent help with my hair! pleaseeeee..?

Yahoo! Mail

**Search the Web:** [ Search ]

**YAHOO!** ANSWERS
PHILIPPINES

**Sign in**
New User? Sign Up

Answers Home - Blog - About - Help

1. Home >
2. Beauty & Style >
3. Hair >
4. Open Question

 Samantha D

Member since:
April 17, 2008
Total points:
91 (Level 1)

- Add to My Contacts
- Block User

Yahoo! Answers - I need urgent help with my hair! pleaseeee..?

## Answers (11)



by T19
Member since:
January 25, 2007
Total points:
1790 (Level 3)
○ Add to My Contacts
○ Block User
you just want everything don't ya.
• ○ 3 hours ago



by Andreaaa...
Member since:
March 28, 2008
Total points:
296 (Level 2)
○ Add to My Contacts
○ Block User
you should just do beachy waves.
• ○ 3 hours ago



by Green Bean
Member since:
May 02, 2008
Total points:
141 (Level 1)
○ Add to My Contacts
○ Block User
Use a round headed brush to give your hair some wave and spray in some standard hairspray under it. If you can find/afford it, use Big Sexy Hair products. :]
• • ○ 3 hours ago

Yahoo! Answers - I need urgent help with my hair! pleaseeee..?



by ~angel~
Member since:
March 07, 2006
Total points:
171 (Level 1)
o  Add to My Contacts
o  Block User

Even though you said you didn't want any updo ... try this one:

Half Up do. And curl your hair it looks like this:

http://images.della.com/images/slideshow...

o  3 hours ago



by Ariel M
Member since:
March 08, 2008
Total points:
168 (Level 1)
o  Add to My Contacts
o  Block User

you can first part your hair to the side so have more hair on the side then you will need a clip now grab a little bit of the hair you have on the side pull it back but not back back just to the side of your head and clip it so it like a clip to the side but looks cute renember little clip and little hair in clip then curl it i have worn my hair like this many time it is really hard to explain though

Garnier Fructis has many great products.
p.s you can find those products at cvs

o  3 hours ago

good luck

by Fallen S
Member since:
April 14, 2008

o  3 hours ago

Yahoo! Answers - I need urgent help with my hair! pleaseeeee..?

- Total points:
  97 (Level 1)
  - ○ Add to My Contacts
  - ○ Block User

well i don't know that much about hair products but you can have it shorter not thaat short but like top neck short and have your bangs to the side or you can have your hair ALITTLE curly which you do by brading your hair and sleeping with it. when you wake up you will have a slightly curly hair!

  - ○ 3 hours ago

 by ml_socce...
  Member since:
  May 02, 2008
  Total points:
  117 (Level 1)
  - ○ Add to My Contacts
  - ○ Block User

how long is ur hair? this may not work if its really long. pull it back into a pony tail in the middle of ur head (in the back). curl the hair coming out from the pony tail (almost so its kind of messy and it goes back towards the head), it will look similar to a bun. i dont kno wat to do about ur bangs. you could bobby pin them back or leave them down... i dont know.

  - ○ 3 hours ago

 by Louisa L
  Member since:
  March 01, 2008
  Total points:
  852 (Level 2)
  - ○ Add to My Contacts
  - ○ Block User
  www.thehairstyler.com
  all kinds of styles.
  - ○ 3 hours ago

**Source(s):**

- http://answers.yahoo.com//question/index:...

- ●
- ●

http://ph.answers.yahoo.com/question/index?qid=20080501134007AAWulFk

5/1/2008

Yahoo! Answers - I need urgent help with my hair! pleaseeee...?

 by ibethebo...

Member since:
February 27, 2008
Total points:
2490 (Level 3)
- Add to My Contacts
- Block User

Lots of options for long hair, but I don't know how they will work with side bangs. A few links....with instructions in some cases.

HTH

- http://www.dressytresses.com/hair/galler...
  http://www.dressytresses.com/hair/galler...
  http://www.dressytresses.com/hair/galler...
  http://www.dressytresses.com/hair/galler...
  http://www.dressytresses.com/hair/galler...
  http://www.dressytresses.com/hair/galler...
  o 3 hours ago

 by frijoler...

Member since:
August 04, 2006
Total points:
3788 (Level 4)
- Add to My Contacts
- Block User

- it sounds like you know how your going to style your hair already. down with your bangs pulled back in a poof and soft waves or curled. sounds good to me. im sure it would look better than a head full of style products and all stiff. you might want to curl all your hair with the curls going away from your face than in. looks cute with the poofed bangs pulled back.
  o 2 hours ago

 by NIGEL R

Yahoo! Answers - I need urgent help with my hair! pleaseeeee..?

**TOP CONTRIBUTOR**

Member since:
    December 19, 2006
Total points:
    39518 (Level 7)
Badge Image:    **TOP CONTRIBUTOR**

Contributing In:
    Hair
    o  Add to My Contacts
    o  Block User
just get some fancy grips and grip both side's up......
    o  2 hours ago
•



Job : 212
Date: 5/1/2008
Time: 8:06:09 PM

| SEARCH BLOG | °FLAG BLOG| Next Blog»

# one breath in a chain of thoughts

Wednesday, April 30, 2008
## Smart Guy With Problems

There's this guy in my class who is really smart, but doesn't do any of the work. Needless to say, he's failing the class. He's always the one raising his hand and asking (irrelevant yet intelligent)questions. You know, the type that you just assume will get an A+ at the end of the semester. I got my test back for this class, and I got an A-. I peered over my shoulder and saw that he got an F. I was pretty confused. He looked over at my grade and said, "Well, good for you. I got an F." Our conversation went something like this:

Me: Yeah, I did OK. Why'd you get a F?

Boy: I never do the homework. You know, this is my third time taking this class?

Me: OK, then why don't you just do the homework then?

Boy: I can't concentrate. No one taught me how to study. I don't know how to study, I don't like to study, and whenever I try my mind wanders off to all these other things. I threw down $400 to get myself a desk at home, so that I can do my work but nothing helps. I just end up being on the computer all day.

Me: I don't know if I was ever taught to study. You've just got to do it. It's like, a matter of discipline. Why don't you try going to a cafe, where you'll be far away from your computer?

Boy: Whenever I go to a cafe, I just end up wanting to eat something. I spend around 30 minutes just eating, and when I open my book, I just can't focus and I just end up people watching. My attention is just off. It's like REALLY off. I can't concentrate and whenever I try I fail. I just start thinking about other things all the time and I don't know what to doooo....

### About Me



JO

spoonfed my breaths

View my complete profile

### friends

Alisha Park

Andrew Kim

Angie Oh

Brian Hwang

Caroline So

Christian Jazz Blog

Clara Huh

Cliff Kim

David Synn

Drew Chang

Eddy Park

Eric Hwang

one breath in a chain of thoughts

Me(not knowing how to say what I want to say): I see. Is your......... attention.......... OK?

Boy: You mean.. do I have ADD?

Me (hesitantly): ..yeah.

Boy (nonchalantly): I think so.

Me (uncomfortable, and changing the subject): Have you seen my pencil pouch?

So that was really awkward. How do you have conversations like that with complete strangers? What if he thinks I'm his friend now? Because we are definitely not friends. Not even acquaintances. Anyway, I feel sorry for him, because ADD would really suck the living marrow out of my bones as a serious student. My instincts tells me to help him (darn my maternal nature!) but I have to realize that I can't help everyone. He needs to go through that on his own, and seek treatment if he really wants to be a student (and ultimately a chemist, as he says.) This situation made me think a lot, because it made me realize that lots of people go through lots of silent struggles. Everyone has a battle, I guess.

I had a really productive day today. But it's not over!! So I have to get back to work again.

Without further adieu, I leave my readers with a band that has recently received my affection, Headlights. They're like a hard version of Fiest, a more modern version of Belle&Sebastian, and sadly their sound also reminds me of TaTu (the lesbo group that creeps me out).. and Sixpence None the Richer. But they're really good (despite its resembling TaTu..)

Erika Choung
Esther Kim
Ezra Lee
Frank Vuong
Jane Chung
Janie Yoo
Jaymie Lao
Jiah Kim
Jina Ko
Joann Kim
Joyce Kim
KiHong Lee
Les Langoustines
Lilly Kong
Nancy Lee
Nuri Kim
Pete Wada
Richard Huh
Sam Han
Sam Kang
Shirley Hwang
Surim Kim
Sunny Chang
Teenerz Park

5/1/2008

one breath in a chain of thoughts



p.s. I know I sound fickle, but I realized that this is the only song by Headlights that I truly like. Doesn't it sound like "My Idea Of Heaven" by Leigh Nash?

TheTheologiansCafe

Tommy Lee

Tyler Perry

Victoria Shin

**Blog Archive**

▼ 2008 (20)

▼ April (13)

Smart Guy With Problems

Black Girl Hairspray

Reminder

I Hate It When...

My Stupid Imagination

Slow Down Everyone, You're Moving Too Fast

"Loner By Nature"

Motivation is what gets you started. Habit is what...

Eyes

Tyler Perry

Destroy My Idols, Have Nothing to Do With Them.

Dear True God, You Are Sovereign

Take a DEEEEEEP Breath, Jo

► March (7)

one breath in a chain of thoughts



Right??? They're oddly similar.

Posted by jo at 7:50 PM 1 comments

Sunday, April 27, 2008
**Black Girl Hairspray**

Sometimes when I'm really, really bored, I go to Longs Pharmacy to peruse and look for excuses to spend money. This week, I went through the hair care products isle.

For my readers who haven't noticed or doesn't remember what my hair is like, let me paint you a picture. The strands of my hair are super thin, like blonde hair. I have bits of frizziness near the frontline of my hair, above my forehead. My hair is stick straight from the root to around my ears, and from my ears my hair gets wavy (big waves) which some have coveted (out of ignorance.)

http://darlingcherish.blogspot.com/

5/1/2008

5/1/2008

# one breath in a chain of thoughts

So usually, I don't know which haircare products to use, because my hair is just a mixture of things. I have:

thin strands of hair = like blonde hair
stick straight hair = asian
wavy at the bottom = ???
frizzy near forehead = black

I don't even know where I get those genes from. Neither of my parents or my sister has my kind of jjam-bbong hair.

So I use a variety of haircare products...
For thinness of hair, I use the obnoxiously huge bottle of "Big Sexy Hair," my first designer haircare product. For the waviness at the bottom, I use Dove mouse for curls.

Anyway, at Longs, I was just looking around, and I found myself at the black women's haircare product section. DAYAMMMM they have so much stuff there. I don't think it's a secret that black women have to work at their hair a lot more than most others, because their hair is really hard to manage. So I figured that their haircare products probably work super well... Like their mouse or gel probably make your hair really stay the way you style it.

So I bought some hairspray called Pump It Up. It works FREAKING well. To the point where David touched my hair and said "um, your hair is hard," which didn't particularly make me feel very pretty. HAHA! Hilarious. The bottle looks pretty ghetto too, but man, this is the hairspray you want if you want to style your hair.

Here's a picture for your pleasure:



# one breath in a chain of thoughts

Posted by jo at 10:52 AM 4 comments

Tuesday, April 22, 2008
## Reminder

Good morning,
This is God.
I will be handling all of
your problems today.
I will not need
your help, so,
have a great day!!

exodus 14:14, matthew 6:25, phillipians 4:6-7

Posted by jo at 8:29 AM 0 comments

Monday, April 21, 2008
## I Hate It When...

(in no particular order)

I hate it when...

1. any of my body parts falls asleep, leaving me screaming, squeeling, and worst of all, immobile
2. people play "dumb" during crucial moments. "I uhh didn't know."
3. people talk too quickly or too slowly, and do not enunciate. Both are seriously, seriously annoying.
4. people don't think it's a big deal that the bill wasn't split evenly. "You put down 20, and I'll put down 19. That's fair." No it's not.
5. I'm tired, but for some reason I can't go home.
6. people, or girls in particular, laugh these fake laughs and try to play them off as 'cute'
7. something so stupid or necessary costs so much. ie. printer ink
8. I have to do laundry.

http://darlingcherish.blogspot.com/

5/1/2008

one breath in a chain of thoughts

9. things are lost in translation.
10. ex-girlfriends/boyfriends don't GTFO (that one's harsh, but not really)
11. I underestimate or overestimate the weather, and consequently clad myself inappropriately
12. people are verbose
13. people try to explain themselves/justify blatant wrongdoing
14. people have expressionless eyes. they make me sad or mad.
15. I hear high pitched voices
16. I don't think something is funny, but everybody else laughs
17. Tylenol doesn't help
18. girls who know nothing about sports pretend to, to seem cool
19. guys are sarcastic
20. there's nothing good on TV
21. I get sick of a commercial because it's on every 30 seconds
22. my socks are wet
23. people use euphemisms
24. underaged kids drink and think they're so cool. I want to scream at all of them.
25. food gets on my clothes
26. I'm out of handsoap
27. my towels don't dry properly and start to stink even if they've just been washed (which is relevant to #8)
28. I am stalked, watched, or talked about (even if it's in a positive way), mainly by the opposite gender (not that it happened too much)
29. I'm not productive
30. people call me on my phone
31. I don't get my alone time
32. I don't have time to go running
33. dishes pile up
34. I miss a sneaky deadline
35. it's that time of the month

It's that time of the month. GAWD!!!!!!!!!! I'm so ANGRY!!!!!!!!!!!!!!!!!! >:O

Posted by jo at 4:15 PM 5 comments

Thursday, April 17, 2008
**My Stupid Imagination**

http://darlingcherish.blogspot.com/

5/1/2008

one breath in a chain of thoughts

I really hate my imagination sometimes. It makes me think of the worst possible scenario, and it freaks me out.

Case in point: Adviser emailed and wrote:
"GIVE ME A CALL."

No signiture, no greeting, nothing. Yes, and as you can see, it is all in caps. Damn it, why does she have to scare me? This better be good. I haven't called her yet, but I'm so scared out of my mind. I'm so scared that I still haven't called her. (She emailed me yesterday.) Why would she use all caps? Why? Is that even professional? Is this a prank? Am I not going to graduate? Or maybe she has good news for me. Have I received an honor? Did she find something wrong with my transcript? p394u8htp9384ht;po}4r'3pqo4t3qoiht;oewrhg is how I feel at the moment. I know I can relieve myself of this stress by just picking up my (very unloved)phone, but it is currently 12:42PM and everyone knows that people go out to lunch until 1PM. Emancipate me from my imagination. It's torturing me...

I think doctors call this paranoia.

postedit: I called! It was nothing. Hurray!

an edit after the postedit: I'm currently sitting at a cafe called Gaylord's and I can't stop giggling because I am immature. >;)

the final edit: Happy 6 months, to the man I want to do things right with. Cheers!

Posted by jo at 12:29 PM 3 comments

Wednesday, April 16, 2008
## Slow Down Everyone, You're Moving Too Fast

...*Frames can't catch you when you're moving like that...*

Jack's got it right on, friends. Let's just chill for a sec here. I don't understand why we all spend most of our days working, when the point of working in the first place is to survive and possibly enjoy life. It's just so sad that most people spend the best hours of the day at work,

http://darlingcherish.blogspot.com/

# one breath in a chain of thoughts

just to get back to their families at night when they have no more energy to offer to their loved ones. Why must we live like this? Is this life? That is just sad, my friends. Do you agree?

Let's all just take a break and breathe. This weekend, I'm hoping that D and I could go to Half Moon Bay or Sausalito to walk and talk. I'm bringing my canvas bag of painting material, so D and I could paint what we see. I always loved doing stuff like that.

D let me use his old Northface backpack. I love it, because I feel like he's sitting next to me. There is something about the backpack that looks like him. I know, right?- How could a backpack look like a person? I don't know... the backpack has a boyish style to it. It looks like it's been places, like it's gone around the world as the white parts of the bag are now grey. :P That's sort of like D. He is boyish and masculine, and he's been through so many things in his 25 (going on to 26) life on this earth thus far. I think that's one thing I really admire about him. He's struggled through things, but he always comes out conquering things with the Lord. That's so hot. You MUST agree.

I only have around 3 months left here. I'm going to make the most of this!

I find comfort in the fact that God is here, and He is also in LA (and in Brazil and NY and Europe and in outer space.. etc) He's with me no matter where I am. That is so comforting to me. (I love You God.)

I'm slowing down. I won't move too fast. I want the frames to catch me. :)

Posted by jo at 3:25 PM 3 comments

Tuesday, April 15, 2008
## "Loner By Nature"

The phrase caught me off guard when Tyler Perry used it to describe himself. I thought, "Wow, that's me." I totally feel you, T.

I'm not sure what I mean by "loner," though. Because it doesn't mean that I hate people and that people hate me. (It's quite the opposite, thank you.) I just really enjoy being alone- more than the ordinary person would like. It's not because I don't like people, either. It's just that I like being alone. So yeah, "loner by nature."

one breath in a chain of thoughts

During the prime years of college, my roommates would catch me eating lunch by myself in the corner of a cafe. They'd be baffled to see that

a) I am alone eating lunch
b) I did not mind being alone
c) I actually liked being alone

I can see how that can be strange to a lot of people. But sorry. That's just me.

D and I walked around campus a few nights ago with a medium serving of froyo for sharing. We passed by so many of the nooks and crannies of campus that I used to visit alone. I wouldn't just go somewhere [alone], but I'd also stay there for as long as possible.

All my close friends have suffered due to the spiteful relationship that I have with my phone. I absolutely detest it. I hate that thing. I wish I could just throw it away or lose it (oh wait, that happens around 5 times a year.. go figure..) I really abhor that little black thing that I call a cell phone. It's like a leash, or a contract that robs my freedom. Don't ring, you little black thing, "Stop ringing! Stop wanting to talk to me. Leave me alone, I just want to be alone. I just want silence."

I know, I know, it sounds a bit dramatic.

I would turn my phone off, but unfortunately, some people find that rude (i.e. Mom.) And what about those emergencies, you know? What if someone needs to reach me regarding something life-threatening? Mind you, those are the only reasons why I keep that thing by my side at all times.

I also keep my phone around b/c it now has internet access, and I must. must. MUST. check my email every 15 minutes or so. Because D sends me lovenotes. heh heh heh. And that is the only exception that I'll make in terms of my loving solitude. (and jane and sam. and jessica. and jina. and.. .ok fine, everyone qualifies but just don't abuse my poor loner soul)

I am v.v.v.v.v.v.v.v.v.v.v.v.v. slowly but surely realizing at this VERY moment that I have not always been this way. There was a time when large groups attracted me. But those days are long. long. gone. Maybe they will come back again. Small talk is mundane, and forced friendships are.. mundane. (Couldn't think of a better word, so I had to use it twice.) And small talk and forced friendships are exactly what comes about with large groups.

# one breath in a chain of thoughts

There is a time, place, length&duration for my affinity to large groups though. Mine happened @ a constant & high intensity for 5 years straight. I've been exhausted. Now I crave silence.

Loner by nature, yep. At least these days.



This video is how I feel at the moment. Sorta just want to retreat to a beach, with lots of people, but no one that I know. Go in my bikini, lather up in sunblock, take sunhat, and tan. (and leave phone at home.)

I want an apartment by a beach and run my dog everywhere. I like coconuts and warm sand. C'est la vie, friends!

.........Too bad I suck at surfing. I absolutely SUCK. (I also suck at baking. and by "suck," I really mean "REALLY suck.") I will learn.

http://darlingcherish.blogspot.com/

one breath in a chain of thoughts

Got lots of work to do. But forget it, I'm going for a nice run. :) Tootles!

Posted by jo at 4:04 PM 3 comments

Older Posts

Subscribe to: Posts (Atom)