# EXHIBIT D TO

# METZGER DECLARATION

# Google™ Web Search Help Center

## The Essentials of Google Search

Doing a search on Google is easy. Simply type one or more search terms (the words or phrase that best describe the information you want to find) into the search box and hit the 'Enter' key or click on the Google Search button.

    Hawaii                    [ Google Search ]

In response, Google produces a results page: a list of web pages related to your search terms, with the most relevant page appearing first, then the next, and so on.

Here are some basic tips to help you maximize the effectiveness of your search:

- Choosing search terms
- Capitalization
- Automatic "and" queries
- Optional & excluded words
- Alternate words
- Phrase searches
- Negative terms
- I'm Feeling Lucky

### Choosing search terms

Choosing the right search terms is the key to finding the information you need.

Start with the obvious – if you're looking for general information on Hawaii, try *Hawaii*.

But it's often advisable to use multiple search terms; if you're planning a Hawaiian vacation, you'll do better with *vacation Hawaii* than with either *vacation* or *Hawaii* by themselves. And *vacation Hawaii golf* may produce even better (or, depending on your perspective, worse) results.

    vacation Hawaii golf      [ Google Search ]

You might also ask yourself if your search terms are sufficiently specific. It's better to search on *luxury hotels Maui* than on *tropical island hotels*. But choose your search terms carefully; Google looks for the search terms you chose, so *luxury hotels Maui* will probably deliver better results than *really nice places to spend the night in Maui*.

### Capitalization

Google searches are **NOT** case sensitive. All letters, regardless of how you type them, will be understood as lower case. For example, searches for *george washington*, *George Washington*, and *gEoRgE wAsHiNgToN* will all return the same results.

### Automatic "and" queries

By default, Google only returns pages that include all of your search terms. There is no need to include "and" between terms. Keep in mind that the order in which the terms are typed will affect the search results. To restrict a search further, just include more terms. For example, to plan a vacation to Hawaii, simply type *vacation hawaii*.

vacation hawaii          [ Google Search ]

### Optional and automatically excluded words

Google usually returns pages that use all of the words you search for. However, if some of the words in your search don't appear on the best pages we find, we'll also consider pages that don't include them. For example, when you search for recipe for *a cheese souffle*, we might return recipes that don't happen to include the words "for" or "a."

Very common words (often called "stopwords"), such as "the," "and," or "of," are usually dropped from searches because they typically don't convey much information compared to the other words in a search. We might also treat words as optional if they're redundant given the other words in your search. For example, in *UV sun protective swimwear*, requiring "UV" to appear might exclude high quality pages, so we may exclude "UV" in compiling your results.

Even when words are treated as optional, they're still taken into account in assessing how relevant a page is to your query. For example, Google shows different results for *University of Pennsylvania* than we do for *University in Pennsylvania*.

Generally, excluding common words allows us to return better search results. If one of these words is important to your search, you can precede it with a plus sign "+" to ensure that Google requires it to appear in every search result. So, for example, a search for *+The Red Violin* will return only results that include the word "the."

### Alternate words

Google usually returns pages that use all of the words you included in your search. Sometimes, however, we'll consider other words as substitutes if we think that doing so will improve the results we show you. For example, if you search for *dance marathons*, Google's results might include pages that talk about a *dance marathon*. On the result pages, we'll highlight occurrences of both the original and alternate search terms that appear in titles and snippets.

There are several ways Google identifies alternate words:

- **Stemming** finds alternate forms of a word, such as singular or plural variations.
- **Synonyms** can help someone searching for *UC Berkeley law school* find pages that mention *Boalt law school*.
- **Abbreviations** expand search terms so that *rc model airplanes* might also find pages about *radio control model airplanes*.
- Words might be **combined or split** so that we return pages about *organic dog food* when you enter *organic dogfood*.
- Because it's often easier to type words without accents, a search for a *coup d'etat* might return pages that talk about a *coup d'état.*.

Usually, the alternate words we add to your results will help your search, but we understand that in some cases you want to restrict your search to precisely the terms you enter. In that case, you can precede a word with a plus sign "+" to tell Google you're looking for that exact term. So, for example, if you search for *dance +marathons*, we'll only return pages that are talking about more than one.

### Phrase searches

Sometimes you'll only want results that include an exact phrase. In this case, simply put quotation marks around your search terms.

"the long and winding road"        [ Google Search ]

Phrase searches are particularly effective if you're searching for proper names (**"George Washington"**), lyrics (**"the long and winding road"**), or other famous phrases (**"This was their finest hour"**).

### Negative terms

If your search term has more than one meaning (**bass**, for example, could refer to fishing or music) you can focus your search by putting a minus sign ("-") in front of words related to the meaning you want to avoid.

For example, here's how you'd find pages about bass-heavy lakes, but not bass-heavy music:

bass -music        [ Google Search ]

Note: when you include a negative term in your search, be sure to include a space before the minus sign.

### And finally... "I'm Feeling Lucky"

After you've entered your search terms, you might want to try the "I'm Feeling Lucky" button, which takes you straight to the most relevant website that Google found for your query. You won't see the search results page at all, but if you did, the "I'm Feeling Lucky" site would be listed on top.

For example, if you're looking for the Stanford University homepage, just enter **Stanford** and click "I'm Feeling Lucky" instead of the Google Search button. Google will take you directly to "www.stanford.edu."

Stanford        [ Google Search ]    [ I'm Feeling Lucky ]

-

**Tell us how we're doing:** Please answer a few questions about your experience to help us improve our Help Center.

---

©2008 Google

 **Web Search Help Center**

## Search Results Page

Your search results page is packed with information. Here's a quick guide to decoding it.

Each underlined item is a search result that the Google search engine found for your search terms. The first item is the most relevant match we found, the second is the next-most relevant, and so on down the list. Clicking any underlined item will take you to the related web page.

Here's a sample search results page, along with brief explanations of the various types of information about your results that you can find there.



A. **Google navigation bar**
Click the link for the Google service you want to use. You can search the web, browse for images, news, maps and videos, and navigate to Gmail and other Google products.

B. **Search field**
To do a search on Google, just type in a few descriptive search terms, then hit "Enter" or click the "Search" button.

C. **Search button**

Click this button to submit a search query. You can also submit your query by hitting the 'Enter' key.

**D.**    **Advanced search**
This links to a page on which you can do more precise searches. [ Learn more about Advanced Search ]

**E.**    **Preferences**
This links to a page that lets you set your personal search preferences, including your language, the number of results you'd like to see per page, and whether you want your search results screened by our SafeSearch filter to avoid seeing adult material.

**F.**    **Search statistics**
This line describes your search and indicates the total number of results, as well as how long the search took to complete.

**G.**    **Top contextual navigation links**
These dynamic links suggest content types that are most relevant to your search term. You can click any of these links in order to see more results of a particular content type.

**H.**    **Integrated results**
Google's search technology searches across all types of content and ranks the results that are most relevant to your search. Your results may be from multiple content types, including images, news, books, maps and videos.

**I.**    **Page title**
The first line of any search result item is the title of the web page that we found. If you see a URL instead of a title, then either the page has no title or we haven't yet indexed that page's full content, but its place in our index still tells us that it's a good match for your query.

**J.**    **Text below the title**
This is an excerpt from the results page with your query terms bolded. If we expanded the range of your search using stemming technology, the variations of your search terms that we searched for will also be bolded.

**K.**    **URL of result**
This is the web address of the returned result.

**L.**    **Size**
This number is the size of the text portion of the web page, and gives you some idea of how quickly it might display. You won't see a size figure for sites that we haven't yet indexed.

**M.**    **Cached**
Clicking this link will show you the contents of the web page when we last indexed it. If for some reason the site link doesn't connect you to the current page, you might still find the information you need in the cached version.

**N.**    **Similar pages**
When you select the Similar Pages link for a particular result, Google automatically scouts the web for pages that are related to this result.

**O.**    **Indented result**
When Google finds multiple results from the same website, the most relevant result is listed first, with other relevant pages from that site indented below it.

**P.**    **More results**
If we find more than two results from the same site, the remaining results can be accessed by clicking on the "More results from..." link.

**Q.**    **Plus Box results**
Clicking the "plus box" icon reveals additional info about your search result. You'll see this feature for pages related to publicly traded U.S. stocks, local businesses, and Google and YouTube videos.

**R.**    **Related search terms**
Sometimes the best search terms for what you're looking for are related to the ones you actually

entered. Click these related search terms to see alternate search results.

**Tell us how we're doing:** Please <u>answer a few questions</u> about your experience to help us improve our Help Center.

---

©2008 Google