# EXHIBIT E TO

# METZGER DECLARATION

**ford bubala & associates**

Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581
Facsimile (562) 592-3867



ford bubala & associates

**ford bubala & associates**

Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581
Facsimile (562) 592-3867

January 31, 2008

TO: Frank J. Colucci, Esq.
Colucci & Umans
218 East 50th Street
New York, New York 10022

FROM: Ford Bubala & Associates

RE: Likelihood of Confusion Survey
Victoria's Secret Stores Brand Management, Inc. v.
Sexy Hair Concepts, LLC

    Enclosed herein, please find the results of a survey designed to address the issue of likelihood of confusion. Specifically, this survey was designed to measure the degree, if any, to which the SO SEXY brand of hair care products sold by Plaintiff, Victoria's Secret Stores Brand Management, Inc., is likely to cause confusion with respect to the source, authorization or approval of, or business affiliation or connection of the SO SEXY brand with Defendant, Sexy Hair Concepts or its brands.

    Provided in Volume I of this report is a synopsis of the methodology for the survey, the survey screener and questionnaire, survey exhibit, response frequencies for the survey's questions, and a listing of the survey's responses. Volume II of this report contains a sequential listing of the survey responses, copies of the Supervisor and Interviewer Instructions which provide additional details of the survey protocols, and other survey-related background materials.

LIKELIHOOD OF CONFUSION SURVEY

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. v.
SEXY HAIR CONCEPTS, LLC

Ford Bubala & Associates
January, 2008

LIKELIHOOD OF CONFUSION SURVEY
VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. v.
SEXY HAIR CONCEPTS, LLC
TABLE OF CONTENTS

VOLUME I

                                                                    Page

Tab A:  Survey Synopsis. . . . . . . . . . . . . . . . . . . . . .     1

Tab B:  **TEST CELL - SO SEXY**
        Exhibit Card, Screener and Questionnaire - Rotation 1. . .     6

        Tab 1:  Table 1 - Questions 6.0 and 6.1. . . . . . . . . .    15
                Response Categories. . . . . . . . . . . . . . . .    16
                Survey Responses . . . . . . . . . . . . . . . . .    17

        Tab 2:  Table 2 - Question 7.0 Series. . . . . . . . . . .    36
                Response Categories. . . . . . . . . . . . . . . .    37
                Survey Responses . . . . . . . . . . . . . . . . .    38

        Tab 3:  Table 3 - Questions 8.0 through 8.3. . . . . . . .    59
                Response Categories. . . . . . . . . . . . . . . .    60
                Survey Responses . . . . . . . . . . . . . . . . .    61

        Tab 4:  Table 4 - Questions 9.0 through 9.3. . . . . . . .    85
                Response Categories. . . . . . . . . . . . . . . .    86
                Survey Responses . . . . . . . . . . . . . . . . .    87

        Tab 5:  Table 5 - Question 2.0 - Numbers . . . . . . . . .   111
                Table 5A - Question 2.0 - Percents . . . . . . . .   112

        Tab 6:  Table 6 - Question 2.1 - Numbers . . . . . . . . .   113
                Table 6A - Question 2.0 - Percents . . . . . . . .   114

        Tab 7:  Table 7 - Age Distribution of Respondents. . . . .   115

        Tab 8:  Table 8 - Gender Distribution of Respondents . . .   116

        Tab 9:  Table 9 - Composite Response Analysis. . . . . . .   117

VOLUME II

APPENDIX

Appendix A:  Sequential Listing of Survey Responses
Appendix B:  Supervisor Instructions
Appendix C:  Interviewer Instructions
Appendix D:  Questionnaire W - Rotations 2, 3, and 4
Appendix E:  Questionnaire Numbering System
Appendix F:  Professional Interviewing Services and Locations
Appendix G:  Incidence Report

APPENDIX F

PROFESSIONAL INTERVIEWING SERVICES AND LOCATIONS

```
Boston Metropolitan Market
     Performance Plus
     Faneuil Hall
     #2 Faneuil Hall Marketplace
     Boston, MA  02109

New York Metropolitan Market
     Sight Line Research, Ltd.
     Broadway Mall
     965 Broadway Mall
     Hicksville, NY  11801

Chicago Metropolitan Market
     Consumer Surveys Co.
     Chicago Ridge Mall
     730 Chicago Ridge Mall
     Chicago Ridge, IL  60415

Minneapolis Metropolitan Market
     Car-Lene Research, Inc.
     Southdale Center
     940 Southdale Center
     Edina, MN  55435

Atlanta Metropolitan Market
     Mid-America Research, Inc.
     Lenox Square
     3393 Peachtree Road N.E.
     Atlanta, GA  30326

Memphis Metropolitan Market
     Friedman Marketing Services
     Hickory Ridge Mall
     6080 Hickory Ridge Mall
     Memphis, TN  38115

Dallas Metropolitan Market
     Friedman Marketing Services
     The Parks @ Arlington
     3811 S. Cooper
     Arlington, TX  76015

Phoenix Metropolitan Market
     C & C Market Research
     Arrowhead Towne Center
     7700 W. Arrowhead Towne Center
     Glendale, AZ  85308

Los Angeles Metropolitan Market
     Car-Lene Research
     Montclair Plaza
     5184 Montclair Plaza Lane
     Montclair, CA  91763
```

# EXHIBIT F TO

# METZGER DECLARATION



**INTERNET ARCHIVE**
**WayBackMachine**

Enter Web Address: http://  All  [ Take Me Back ]  Adv. Search  Compare Archive Pages

Searched for http://paullabrecque.com                                    **170** Results

Note some duplicates are not shown. See all.
\* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

### Search Results for Jan 01, 1996 - Nov 04, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 6 pages | 10 pages | 10 pages | 23 pages | 22 pages | 30 pages | 32 pages | 13 pages |
| | | | | Oct 18, 2000 \* | Feb 02, 2001 | Jan 22, 2002 | Feb 18, 2003 \* | Feb 04, 2004 | Jan 16, 2005 \* | Jan 01, 2006 | Jan 26, 2007 \* |
| | | | | Oct 19, 2000 | Feb 03, 2001 | Mar 26, 2002 \* | Mar 08, 2003 | Apr 02, 2004 \* | Jan 22, 2005 | Jan 02, 2006 | Feb 03, 2007 \* |
| | | | | Oct 22, 2000 | Feb 14, 2001 | Mar 30, 2002 | Mar 27, 2003 \* | Apr 04, 2004 | Jan 26, 2005 | Jan 03, 2006 | Feb 05, 2007 \* |
| | | | | Dec 06, 2000 \* | Mar 09, 2001 | Apr 02, 2002 | Apr 01, 2003 | May 18, 2004 | Jan 29, 2005 | Jan 04, 2006 | Feb 10, 2007 \* |
| | | | | Dec 15, 2000 | Apr 02, 2001 \* | May 26, 2002 \* | Apr 06, 2003 | Jun 04, 2004 | Feb 05, 2005 | Jan 06, 2006 | Mar 04, 2007 \* |
| | | | | Dec 16, 2000 | Jul 21, 2001 \* | Jun 01, 2002 | Apr 07, 2003 | Jun 11, 2004 | Feb 09, 2005 | Jan 07, 2006 | Mar 14, 2007 \* |
| | | | | | Aug 15, 2001 | Jun 04, 2002 | Apr 26, 2003 | Jun 14, 2004 | Mar 05, 2005 | Jan 10, 2006 | Mar 23, 2007 \* |
| | | | | | Sep 25, 2001 | Sep 29, 2002 \* | May 19, 2003 | Jun 27, 2004 | Mar 20, 2005 | Jan 12, 2006 | Apr 05, 2007 \* |
| | | | | | Nov 24, 2001 \* | Nov 23, 2002 \* | May 28, 2003 | Aug 28, 2004 | Mar 23, 2005 | Jan 17, 2006 \* | Apr 23, 2007 \* |
| | | | | | Dec 25, 2001 \* | Nov 24, 2002 | May 30, 2003 | Aug 31, 2004 | Mar 26, 2005 | Jan 18, 2006 | May 23, 2007 \* |
| | | | | | | | Jun 22, 2003 | Sep 05, 2004 | Apr 18, 2005 | Feb 02, 2006 \* | Jun 23, 2007 \* |
| | | | | | | | Jul 18, 2003 | Sep 18, 2004 | Apr 29, 2005 | Feb 03, 2006 | Jun 24, 2007 \* |
| | | | | | | | Jul 31, 2003 \* | Sep 19, 2004 | May 03, 2005 | Feb 04, 2006 | Aug 24, 2007 \* |
| | | | | | | | Aug 09, 2003 | Sep 24, 2004 | May 17, 2005 | Feb 07, 2006 | |
| | | | | | | | Sep 19, 2003 | Oct 15, 2004 | Jun 03, 2005 | Feb 08, 2006 | |
| | | | | | | | Sep 20, 2003 | Oct 18, 2004 | Jun 14, 2005 | Mar 05, 2006 \* | |
| | | | | | | | Oct 02, 2003 | Nov 10, 2004 | Jul 22, 2005 | Apr 02, 2006 \* | |
| | | | | | | | Oct 21, 2003 | Nov 20, 2004 | Aug 18, 2005 | Apr 24, 2006 \* | |
| | | | | | | | Nov 24, 2003 | Dec 04, 2004 \* | Aug 26, 2005 | May 05, 2006 \* | |
| | | | | | | | Dec 01, 2003 | Dec 10, 2004 | Aug 27, 2005 | May 17, 2006 \* | |
| | | | | | | | Dec 18, 2003 \* | Dec 16, 2004 | Aug 30, 2005 | Jun 04, 2006 \* | |
| | | | | | | | Dec 25, 2003 | Dec 18, 2004 | Sep 09, 2005 | Jun 13, 2006 | |
| | | | | | | | Dec 26, 2003 | | Sep 12, 2005 | Jun 14, 2006 | |
| | | | | | | | | | Oct 25, 2005 | Jul 01, 2006 \* | |
| | | | | | | | | | Nov 02, 2005 | Jul 17, 2006 \* | |
| | | | | | | | | | Nov 25, 2005 | Aug 03, 2006 \* | |
| | | | | | | | | | Nov 30, 2005 | Aug 08, 2006 | |
| | | | | | | | | | Dec 01, 2005 | Aug 31, 2006 \* | |
| | | | | | | | | | Dec 30, 2005 | Oct 16, 2006 \* | |
| | | | | | | | | | Dec 31, 2005 | Nov 05, 2006 | |
| | | | | | | | | | | Nov 14, 2006 \* | |
| | | | | | | | | | | Dec 05, 2006 \* | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

**PAUL LABRECQUE.COM** HOME • SHOP/APOTHECARY • GIFTCARDS • SERVICE INFO • BRIDAL SERVICES
SALON  SPA  BARBER  APOTHECARY        • PAUL'S BEAUTY TIPS • PAUL IN PRINT • NEW FROM PAUL

### HOLIDAY 2005 GIFT COLLECTION

**The Red Card**

PAUL LABRECQUE GIFT

Paul Labrecque Gift Cards

Custom Gift Boxes
shipped anywhere in the US

The perfect gift for any amount.
Good for gifts and services:

Hair/ Color
Massage
Facials/Skincare
Gentlemen's Salon
Makeup & Nails

Biologique Recherche Skincare
MD Skincare
GoSmile Tooth Whitening
La Don Body Scrubs
Paul Labrecque Haircare

**PAUL LABRECQUE HAIRCARE
SIMPLY, SEXY, SOPHISTICATED**

[x] Paul Labrecque Color Group

**NEW for 2005**

**HOLIDAY SERVICES
Aroma Radiance Facial**
Perfect for big events and holiday parties.
Leave your skin with a brighter complexion and a healthy, hydrated glowing state.
Click for more information.

| Alora Ambiance | Douglas Little Candles | Hommage Razors | La Mer Skincare |
|---|---|---|---|
| [x] Room Diffusers | [x] DL Candles | [x] Hommage Monaco Groom Center | [x] La Mer Skincare |

***Welcome.***    Join our mailing list & enter yourself to win a free 60 minute massage.

### SALON & SPA HOURS AND LOCATIONS

info@paullabrecque.com   •   Company Info

illustrations provided by
**John Pirman**

site designed and maintained by

