# EXHIBIT G TO

# METZGER DECLARATION



# PAUL LABRECQUE

SHOPPING BAG | MY ACCOUNT | SIGN IN | CHECKOUT

Shop By Brand    Search: 

▶ SHOP  ▶ 30% SALE  ▶ SERVICES  ▶ PL HAIR CARE  ▶ SERVICE MENU  ▶ HOURS & LOCATIONS       888.757.2566



See it on MAPQUEST >                                           See it on MAPQUEST >

## EAST NYC

Mon-Fri 8am-9pm
Sat    9am-8pm
Sun   10am-8pm

171 E 65th Street
The Chatham
Between Lexington & 3rd Avenue
New York, NY 10021
212.988.7816

6 Train to 68th Street/Hunter College
F Train to 63rd/Lexington Avenue

## WEST NYC

Mon-Fri 8am-11pm
Sat    9am-8pm
Sun   10am-8pm

160 Columbus Avenue
Reebok Sports Club/NY
Between 67th & 68th
New York, NY 10023
212.988.7816

1 Train to 66th Street/Lincoln Center
2 or 3 Express Train to 72nd Street

Paul Labrecque East has been voted one of "New York's Best" salon & day spas by New York Magazine, Details, In Style, Allure and Vogue. A 7,000 square foot sanctuary offers guests a shelter of sanity and relaxation. Top of the line service, a personal cater-to-you attitude and a talented team of expert professionals offer the best in beauty and personal care.

**Private Gentlemen's Salon & Barbershop**
**Private Locker Rooms**
**Steam**
**Shower**
**Espresso Bar**
**Physical Medicine Acupuncture**
**Colon Hydrotherapy**
**Paul Labrecque Signature Apothecary**

Paul Labrecque West is located at the Reebok Sports Club, New York's finest wellness and fitness facility. Guests can enjoy an extensive offering of luxurious salon and spa services in a comfortable and relaxing environment. A friendly and welcoming staff will pamper you with the finest in hair care, skin care, massage, nails, makeup and body treatments.

**Private Locker Rooms**
**Steam**
**Shower**
**Sauna**
**Olympic Size Swimming Pool**
**Full Fitness Facility**
**Whirlpool**
**Paul Labrecque Signature Apothecary**

# PAUL LABRECQUE

SHOPPING BAG | MY ACCOUNT | SIGN IN | CHECKOUT

Shop By Brand    Search:

▸ SHOP  ▸ 30% SALE  ▸ SERVICES  ▸ PL HAIR CARE  ▸ SERVICE MENU  ▸ HOURS & LOCATIONS    888.757.2566

| Hair | | |
|---|---|---|
| Cut | from | 85 |
| Blow Out | from | 60 |
| Style | from | 80 |
| Upsweep | from | 100 |
| Style Lesson | | 150 |

| Color | | |
|---|---|---|
| Single | from | 90 |
| Double | from | 150 |
| Striating | from | 250 |
| Varnish | from | 50 |
| Fusion | from | 150 |
| Color Fresh | from | 110 |
| 1/4 Head Highlights / Lowlights | from | 100 |
| 1/2 Head Highlights / Lowlights | from | 175 |
| Full Head Highlights / Lowlights | from | 200 |

| Technical | | |
|---|---|---|
| Creme Thermal | from | 750 |
| Hair Straightening / Relaxer | from | 250 |
| Perm | from | 250 |
| Creme Straight | from | 250 |

| Custom | | |
|---|---|---|
| Extensions | price upon consultation | |
| Weave | price upon consultation | |
| Pieces / Custom Wigs | price upon consultation | |

| Hair & Scalp Therapy | | |
|---|---|---|
| Lemongrass Deep Conditioner | from | 55 |
| Mint Menthol Scalp Revitalizer | | 50 |
| Mineral Mud Moisture Booster | from | 35 |
| Aromatherapy Scalp Treatment | from | 55 |
| Intensive Hair Masque Treatment | | 50 |
| Hair Repair Serums | | 35 |

| Gentlemen / Barber | | |
|---|---|---|
| Cut | from | 80 |
| Facial Trim | from | 30 |
| Color / Partial | from | 45 |
| Color / Single Process | | 85 |
| Color Varnish | | 50 |
| Highlights / Lowlights | from | 80 |
| Hair Straightening / Relaxer | from | 150 |
| Head Shave | | 50 |
| Sports Shave | | 50 |
| Premier Shave | | 65 |
| Indulgent Shave | | 90 |
| Mens Manicure | | 32 |
| Mens Pedicure | | 65 |

| Make-Up | | |
|---|---|---|
| Touch up | | 25 |
| Application | | 75 |
| Brow Tweezing | | 52 |
| False Eyelash Application | | 55 |
| Airbrush Makeup Application | | 125 |
| Lesson | | 125 |
| Eyelash Extensions | from | 350 |

| Healing Modalities | 60 min. | 90 min. |
|---|---|---|
| Reiki | 120 | 150 |
| Cranio Sacral | 120 | 150 |
| Myofascial Release | 120 | 150 |
| Lymphatic Drainage | 140 | — |

| Nails | |
|---|---|
| Classic Manicure | 32 |
| Deluxe Manicure | 50 |
| French Manicure | 38 |
| Classic Pedicure | 65 |
| Deluxe Pedicure | 85 |
| French Pedicure | 70 |

| Custom Extras | | |
|---|---|---|
| Polish Change Fingers | | 18 |
| Polish Change Toes | | 22 |
| French Polish Change Fingers | | 22 |
| French Polish Change Toes | | 24 |
| Nail Whitener | | 12 |
| Menthol Clay Foot Masque | | 25 |
| Almond Oil Hand & Elbow Repair | | 25 |
| Heel & Foot Callus Therapy | | 25 |
| Anti-Aging Hand or Foot Rejuvenator | each | 20 |

| Facial Treatments | |
|---|---|
| Deep Cleansing Hydrating Facial | 125 |
| Gentlemen's Relaxing Facial | 125 |
| Aromatherapy Facial | 140 |
| PLS Medical Facial | 160 |

| Deluxe Facial Treatments | | |
|---|---|---|
| Biologique Recherche Firming Facial | | 160 |
| Bio Sculpt Lifting Facial | from | 210 |
| Carita Anti-Age Firm & Lift Facial | from | 195 |
| Carita Ideal Age Management Facial | from | 175 |

| Facial Treatment Additions | |
|---|---|
| MD Skincare Alpha Beta Face Peel | 95 |
| Collagen Face Mask | 75 |
| Anti-Wrinkle Eye & Lip Treatment | 75 |

| Waxing & Hair Removal | |
|---|---|
| Brow Shaping | 40 |
| Bikini | 45 |
| Brazilian Bikini | 75 |
| Lower Leg & Bikini | 70 |
| Upper Leg & Bikini | 80 |
| Full Leg & Bikini | 110 |
| Upper or Lower Leg | 50 |
| Full Leg Man | 95 |
| Full Leg Woman | 85 |
| Full Arm | 55 |
| Half Arm | 40 |
| Chest | 75 |
| Back | 80 |

| Body Treatments | |
|---|---|
| Detoxifying Seaweed Body Wrap | 135 |
| Mineral Salt Body Polish | 135 |
| Healthy Glow Tan | 140 |
| Shea Butter Body Treatment | 135 |
| Miracle Mud Body Wrap | 135 |
| Honey & Milk Envelopment | 135 |
| Back Therapy | 110 |
| Air Bronze | 95 |

# PAUL LABRECQUE

HAIR



**Paul Labrecque Salon & Spa ...simple, sexy, sophisticated!**

Simple. Sexy. Sophisticated. The Paul Labrecque philosophy underscores a forward thinking vision for natural beauty. Recognized by Vanity Fair as one of the countries Top 3 Stylists, Paul Labrecque's two award-winning salon & spa locations in Manhattan and luxury hair care product line, continue to offer the best of New York beauty without pretense.

What started out as a two seat salon on the Upper West Side in 1988 has now turned into two widely popular salons on both the East Side and West Side of Manhattan, each a cozy and relaxed getaway with a decidedly hip and friendly downtown vibe – Paul Labrecque Salon & Spa is a space where creativity and personalized attention flourish undoubtedly, the great success of Paul Labrecque lies not only in Paul's incredible abilities as a style visionary, but also in his uber-warm demeanor, and a "treat clients as friends" creed. To wit, Paul styles his very first client– no small feat in this competitive business.

The ultimate in service and treatments, Paul Labrecque houses an exceptionally talented and passionate staff of hairdressers, colorists, massage therapists, facialists, men's grooming experts, nail technicians, and makeup artists. Each member of the hair team has been personally trained by Paul, assuring every client a look derived from Paul's heralded expert vision. Spa Director and skin care extraordinaire Regina Viotto gives detailed attention to client needs both in and out of the spa by delivering the most exceptional, high-quality skincare, spa treatments and at-home products available.

A special feature at the East Side location is a discreet Gentlemen's Salon & Barber Shop - the ultimate male grooming destination. Part barbershop, part gentlemen's club, this private upscale getaway offers more than just a shave in the most relaxing atmosphere possible. With a following that includes leading actors, athletes, royals, professionals and New York's hippest crowd, the Gentlemen's Salon & Barber Shop is the place to go for the best men's salon and spa services in town. With an extensive and unique service menu, The Gentlemen's Salon & Barber Shop goes well beyond the typical male salon. Constantly developing new treatments and techniques, clients can be assured that they are getting the very best in both style and service.

Constantly on the look out and testing the newest and best in beauty products makes Paul Labrecque Salon & Spa a virtual one-stop shop for every beauty need thanks to its high-end luxury apothecary showcasing some of the best in cosmetics and skincare from around the world.

Whether its working with today's top celebrities, prepping hair for New York fashion shows at 7th on Sixth, winning constant beauty awards from *Allure, New York Magazine, Time Out New York* and *Vogue, or* receiving recognition in national beauty/fashion publications such as *Allure, Cosmopolitan, Elle, GQ, Harper's Bazaar, InStyle, Lucky, Marie Claire, Town & Country,* and *Vogue,* Paul Labrecque continues to be recognized as one of the countries leading salon and spa's, for exceptional head to toe beauty.

Paul Labrecque in Print  |  Ask The Expert  |  About Paul Labrecque  |  Service Menu
Press Releases | Privacy & Security | Contact Us | Return Policy | Order Status | Gift card

© 2007 Paul Labrecque Salon & Spa , All rights reserved.