# EXHIBIT H TO

# METZGER DECLARATION

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-03-20 07:34:49 ET

Serial Number: 78942921 Assignment Information    Trademark Document Retrieval

Registration Number: 3247541

Mark

# SHORT SEXY

(words only): SHORT SEXY

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-05-29

**Filing Date:** 2006-08-02

**Transformed into a National Application:** No

**Registration Date:** 2007-05-29

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-05-29

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Sexy Hair Concepts, LLC

**Address:**
Sexy Hair Concepts, LLC
9232 Eton Avenue

SHNY
0682

Chatsworth, CA 91311
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
hair care products, namely, hair gels, hair gel foams, hair crèmes and hair waxes
**Basis:** 1(a)
**First Use Date:** 1999-12-20
**First Use in Commerce Date:** 1999-12-20

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2403396
2486702
2757856

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-06 - TEAS Change Of Correspondence Received

2007-05-29 - Registered - Principal Register

2007-03-13 - Published for opposition

2007-02-21 - Notice of publication

2007-01-31 - Law Office Publication Review Completed

2007-01-31 - Assigned To LIE

2006-12-28 - Approved for Pub - Principal Register (Initial exam)

2006-12-28 - Assigned To Examiner

2006-08-08 - New Application Entered In Tram                                                SHNY
                                                                                            0683

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78942921                             3/20/2008

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jay K. Meadway

**Correspondent**
Roberta Jacobs-Meadway
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia PA 19102
Phone Number: 215-851-8522
Fax Number: 215-851-8383

SHNY
0684

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-03-20 07:35:20 ET

Serial Number: 78942919　Assignment Information　　　　Trademark Document Retrieval

Registration Number: 3247540

Mark

# HEALTHY SEXY

(words only): HEALTHY SEXY

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-05-29

**Filing Date:** 2006-08-02

**Transformed into a National Application:** No

**Registration Date:** 2007-05-29

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-05-29

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Sexy Hair Concepts, LLC

**Address:**
Sexy Hair Concepts, LLC
9232 Eton Avenune

SHNY
0679

Chatsworth, CA 91311
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
hair care products, namely hair shampoos, hair conditioners, hair pomades and hair tonics
**Basis:** 1(a)
**First Use Date:** 2001-05-20
**First Use in Commerce Date:** 2001-05-20

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2403396
2486702
2757856

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-06 - TEAS Change Of Correspondence Received

2007-05-29 - Registered - Principal Register

2007-03-13 - Published for opposition

2007-02-21 - Notice of publication

2007-01-31 - Law Office Publication Review Completed

2007-01-31 - Assigned To LIE

2006-12-28 - Approved for Pub - Principal Register (Initial exam)

2006-12-28 - Assigned To Examiner

2006-08-08 - New Application Entered In Tram

SHNY 0680

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jay K. Meadway

**Correspondent**
Roberta Jacobs-Meadway
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia PA 19102
Phone Number: 215-851-8522
Fax Number: 215-851-8383

SHNY
0681

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-03-20 07:36:16 ET

Serial Number: 77167615 Assignment Information    Trademark Document Retrieval

Registration Number: 3371913

Mark

# STRONGSEXYHAIR

(words only): STRONGSEXYHAIR

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2008-01-22

Filing Date: 2007-04-27

Transformed into a National Application: No

Registration Date: 2008-01-22

Register: Principal

Law Office Assigned: LAW OFFICE 111

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2008-01-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Sexy Hair Concepts, LLC

**Address:**
Sexy Hair Concepts, LLC
9232 Eton Avenue

SHNY 0676

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=77167615                 3/20/2008

Chatsworth, CA 91311
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** California

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
hair care products, namely, hair shampoos, hair conditioners, hair sprays and hair balms
**Basis:** 1(a)
**First Use Date:** 2007-02-01
**First Use in Commerce Date:** 2007-03-15

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2403396
2757856

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-03-06 - TEAS Change Of Correspondence Received

2008-01-22 - Registered - Principal Register

2007-11-06 - Published for opposition

2007-10-17 - Notice of publication

2007-10-03 - Law Office Publication Review Completed

2007-10-03 - Approved for Pub - Principal Register (Initial exam)

2007-09-15 - Teas/Email Correspondence Entered

2007-09-15 - Communication received from applicant

2007-09-15 - Assigned To LIE

2007-08-06 - TEAS Response to Office Action Received

SHNY 0677

2007-06-22 - Notification Of Non-Final Action E-Mailed

2007-06-22 - Non-final action e-mailed

2007-06-22 - Non-Final Action Written

2007-06-15 - Assigned To Examiner

2007-05-01 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Roberta Jacobs-Meadway

**Correspondent**
Roberta Jacobs-Meadway
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia PA 19102
Phone Number: 215-851-8522
Fax Number: 215-851-8383

SHNY
0678