# personal care feature

CONTINUED FROM PAGE 34

shaper packaged in a clear jar from Clearplas Containers Inc.

The Head Games collection was designed in-house by Suzy Everson, designer; Stephanie Kissner, executive creative director; Mia Dolak and Gordy Danielson, marketing; and Sherri Klaus, copywriter.

### TAILORED PRODUCTS

Formulas by Ecoly's Sexy Hair product family consists of three distinct lines—Big Sexy Hair, Straight Sexy Hair and Short Sexy Hair, with two additional lines, Curly Sexy Hair and Blonde Sexy Hair, on the horizon.

Short Sexy Hair, as its name implies, is comprised of products geared for short hair styles, such as Control Maniac Wax, Blow It Up Gel Foam, Quick Change Shaping Balm and Slept In Texture Cream. Short Sexy Hair is a brand that communicates its purpose from all aspects. From the compact packaging design, to the short descriptive names of the products, everything about it says Short and Sexy," says Michael O'Rourke, CEO, Ecoly International Inc., Chatsworth, CA.

The products are adorned with black and white visuals of a young couple. The hair styles that they wear depict the product usage type. This further communicates the brand and is definitely an attribute worth mentioning," comments O'Rourke. "The collaborations chosen are rudimentary, black and white with red accents. The colors are simple and safe, yet striking and obvious. A nice break from a world of sensory overload."

CCL provided the line's tubes; aluminum cans are manufactured by Advanced Monobloc, Chappaqua, NY, and jars are supplied by Arroyo Packaging, Anaheim, CA.

O'Rourke notes that the Sexy Hair concepts were developed under psychographics rather than demographic guidelines. "The products were created to evoke emotion. Consumers using the products range from age 16 to 60. "Which is proof positive that age has nothing to do with feeling Sexy," he says.

### "JOI" TO THE CURL

When Joico Laboratories, Los Angeles, CA, upgraded the packaging for its salon hair care products, the mission was to inspire hair stylists and improve shopability of its brand, according to company Founder and President, Steve Stefano. "The new packaging is groundbreaking in design and perfect for the new millennium," he notes.

The redesigned bottles have a practical, highly stylized shape to facilitate product application. The entire line is presented in a pearlized, blue-tinted, silver metallic



Agree's new packaging employs hologram film labels that shine through, creating the effect of tiny, iridescent bubbles suspended in the shampoo.
Photo courtesy—Schwarzkopf & DEP Inc.

silver color and features color-coded neck rings that make for easier visual identification.

CCL Plastic Packaging produced all of the line's polypropylene press-top closures. Supplied in both 24mm and 28mm sizes, the closures are precisely color matched to the color of the bottles.

To package its Brilliantine Shine and Defining Pomade, Joico chose two-color polypropylene double-wall jars, which are also produced by CCL. The unique shape was custom designed to match and follow the contours of the bottles used for the other Joico products in the salon line. The custom molded outer shell fits over a stock CCL inner jar and gives the package a distinctive, upscale look. The jars are topped off with a 58mm polypropylene dome-shaped closure. The top section

CONTINUED ON PAGE 38



Short Sexy Hair, as its name implies, is a line of products geared for short hair styles.
Photo courtesy—Formulas by Ecoly

## personal care feature

Shampoos, conditioners and styling aids are designed to attract discerning clientele.



Back to Basics is comprised of naturally-inspired products with cleanly designed packaging.
Photo courtesy — Graham Webb International



# HIGH STYLE HAIR CARE

*By* JOANNA COSGROVE
*Managing Editor*

Hair care product marketers are using beautifully executed product design to sell the salon experience. In most cases, customized stock packaging plays a major role in product design, affording marketers the opportunity to take advantage of options like practical soft-touch textures and decorative muted color palettes.

### AESTHETIC APPEAL

The Back to Basics hair care line from Graham Webb International, Carlsbad, CA, is comprised of naturally-inspired products with cleanly designed and coordinated packaging. Each product is formulated with a variety of natural ingredients, including green tea, shea butter, echinacea, ginseng and ginkgo, to promote hair well-being. "The Back to Basics Green Tea Styling Collection product packaging was developed to support the fresh, clean and simple marketing concept, the all-natural herbal ingredients and superior product functions of the line–it's simple, fresh, clean, elegant, yet understated and still upholds the Back to Basics 'Pure and Simple' theme," says Amy Tuliper, Director of public relations, Graham Webb International.

Hydrating Cleanse, Conditioning Creme and Thickening Serum are housed in bottles provided by Clearplas Container Inc., Penn Yan, NY and topped with silver push-top dispensing closures from Seaquist Closures, Mukwonago, WI. Smoothing Elixir, a translucent gel

Continued on page 34






**PUMP HARDER**
THE ORIGINAL JUST GOT BIGGER, STRONGER AND SEXIER!

* EXTRA HUMIDITY RESISTANT
* VOLUPTUOUS HOLD
* BIGGEST VOLUME
* GLAM STIMULATOR
* EGO INFLATOR
* KEEPS YOU COOL EVEN AT YOUR HOTTEST
* GO AHEAD SHOOT TO THRILL

BIG SEXY HAIR

Root Pump Plus
Humidity Resistant Volumizing Spray Mousse

Vaporisateur mousse volumisant résistant à l'humidité

Espuma spray voluminosa y resistente a la humedad

Volumen Sprühschaum zum Schutz vor Luftfeuchtigkeit

Net wt. 10.6 oz. (300g) ℮

1★800★848★3383 www.sexyhairconcepts.com · sold only in salons ©2001 Sexy Hair Concepts Los Angeles, CA 91311

SHC 01347

Disabled
Disabled
Disabled
Disabled
Disabled
Disabled
Disabled



# healthy SEXY HAIR

*the first complete soy-based haircare line in the professional beauty industry.*

    

## feed it with the goodness of soy!



*"There's nothing sexier than strong, healthy hair..."*

Michael O'Rourke
CEO and Co-Founder
Sexy Hair Concepts



SHC 01348









# healthy SEXY HAIR™

the first complete soy-based haircare line in the professional beauty industry.





# Soy Sensational!



"There's nothing sexier than strong, healthy hair..."

Michael O'Rourke
CEO and Co-Founder
Sexy Hair Concepts



www.sexyhairconcepts.com  1★800★848★3383  sold only in salons ©2001 Sexy Hair Concepts
For more information, circle 130 on Reader Service Card

SHC 01352





APPLICANT EXHIBIT 42

WITNESS: STILLER

CONTACT:
M. CRAIG & ASSOCIATES
Sheryl Craig/310-899-2900
Jennifer Craig/212-410-0842

## MICHAEL O'ROURKE'S FORMULAS BY ECOLY ANNOUNCES NEW COMPANY NAME AS SEXY HAIR CONCEPTS

(Chatsworth, California) - - Piggybacking the tremendous success of his Sexy Hair Concepts collections, Formulas by Ecoly's CEO and President, Michael O'Rourke announced that the company will officially be named Sexy Hair Concepts.

"Sexy hair is exactly what we are about and I believed it was time to 'own' it. Our products continue to impact the beauty industry and our customer keeps coming back for more." says O'Rourke.

The first of the Sexy Hair Concepts was the Big Sexy Hair collection, which was originally launched in February 1999. Straight Sexy Hair followed in July 1999 and Short Sexy Hair made its splash in December 1999. Kicking off 2000, Curly Sexy Hair helped establish the trend that brought back curly hair and in July 2000, a new category was created with Hot Sexy Highlights.

The hair care manufacturer's decision to brand Sexy Hair Concepts is based upon the success of its product collection. "The word *Sexy* is a powerful marketing tool. Being subjective in nature, it allows the consumer to drum up connotations on a very personal level. Beauty and women's magazines invariably use it on almost every cover to entice the reader in some aspect or another," says Donna Federici, Vice President of Marketing, Sexy Hair Concepts.

In addition to the Sexy Hair products, Sexy Hair Concepts also manufactures and markets Formulas by Ecoly shampoos, conditioners and styling products, and Rumble Boys, O'Rourke's newest exclusive men's hair care collection. In 2001, Sexy Hair Concepts will introduce several new hair care concepts as well as additions to its current collections.

Sexy Hair Concepts products are available through professional salons in 24 countries. For more information about the products call (800) 848-3383 or visit www.sexyhairconcepts.com.

\# \# \#

SHC 01382

Sexy Hair Concepts
9232 Eton Avenue * Chatsworth, CA 91311 * 818.718.6982 * fax 818  Issued January 2001

by M. Craig

## Michael O'Rourke interview

A couple years ago, BIR was covering the Long Beach IBS when we first came in contact with Michael O'Rourke. It was set-up day, with the usual chaos, everyone was scrambling to get their exhibits set up. Walking by the Fashion Formulas by Ecoly booth, I could not help but marvel at this man in motion, "schlepping" boxes, putting out merchandise, directing people—you name it and he was doing it! I introduced myself and was shocked to discover this dynamo was none other than the company president and CEO. It's definitely not S.O.P. for the chief executive officer to be down in the trenches with the workers. When the show started, guess who was on the platform? None other than Mr. O'Rourke himself. In fact, he performed non-stop everyday of the 3-day show. What was interesting, that besides his endless energy, was his charisma, his stage presence and his ability to communicate to the audience so that each hair stylist felt as if Michael was talking to her on a one-on-one basis. It's a rare trait that few platform artists possess, and it brings to mind Vidal Sassoon in his hey-day. Since that first meeting, I have been keeping tabs on Formulas by Ecoly and Michael O'Rourke.

Michael emigrated to the U.S. in 1978 from South Africa where he learned his trade apprenticing for 4 years and by working 14 hours a day under a killer schedule of doing four clients an hour. Michael was also an active participant in styling competitions, where he learned the structure and discipline necessary to complete and grow to the next level. It was a jam-packed schedule that also included winning a world title as champion hair stylist. During his career in South Africa, Michael learned the business side, as well as the artistic side, of running a salon that grew into a successful 40-unit salon chain and with a manufacturing business, as well. After accomplishing all that was available in a relatively small country, the land of opportunity called. Michael, who is a believer in the cyclical nature of the business cycle, felt it was time for a major up swing, and America was the best place to catch it. Michael replicated his South African successful hairstyling and salon owner career in the U.S. by creating and growing an upscale salon chain called Carlton Salons. He also started manufacturing his own hair care line of products that initially were sold in his salons. It is from this beginning that Formulas by Ecoly evolved. Recently, Opal Concepts acquired the Carlton Salons, giving Michael the money and focus to grow his rapidly-expanding hair care business.

A key ingredient in Michael's success formula is his ability to communicate with people. He deals with his employees, customers and hair stylist audiences the same way, with direct, clear, compassionate communications. Michael has a rare combination of creative skills, as exhibited by his ability to dream up creative alternatives to standard business actions that go along with his pragmatic managerial style. Michael feels having quality people is as important as making quality products. At Ecoly, Michael surrounds himself with a committed team of employees, led by VP's Mark Stiller and Scott Scharg, plus marketing guru, Donna Federici. Michael told BIR that as his business has grown and he is more involved with the business side, he never forgets his roots, "Hairdressing and the salon will always be my first love."

BIR asked Michael to tell about his blockbuster Sexy Hair Concepts Collection, introduced last year. Kicking off with Big Sexy Hair and brand extending to Straight Sexy Hair and most recently Short Sexy Hair, the collection has been a winner out of the shoot. Are these brands hot? Michael and Sexy Hair literally brought down the house at the recent LA ICE Show. (Check out BIR's ICE recap for the Chippendales-like grand finale.) Michael told us, "Sexy Hair Concepts collection are hot and at this point, driving our whole product line. The products were conceived when I realized with women assuming more roles than ever, emotions were of key importance. They want products that evoke emotion. In this case, the consumer is looking for products and hairstyles that say sexy and make her feel sensual, and there is a big difference between sexy and sensual. It's as different as night and day. Healthy hair is very sexy. Sexiness transcends all aspects of the consumer's life, so I see endless opportunities for growth. Our newest launch, Short Sexy Hair, looks like it will have more power than its successors. In today's society, a woman with short sexy hair is as comfortable in the boardroom as she is in the bedroom."

Recently, the company trade ads have started featuring Michael instead of his company's products. BIR asked Michael about this marketing shift. "After years of deliberating, I finally made the decision to allow my image to front the company. It's not an easy decision for me, because I've never been one for the limelight. Year after year while standing on platform doing hair at countless trade shows, hair stylists have addressed their concerns to me from the stylist's perspective. So many times, my heart has ached because I sense their lack of self-esteem and trust. They feel safe asking all kinds of questions, from cutting techniques, to salon ownership, knowing that I have faced the same travails that they do in their everyday lives. I have stacks and stacks of letters from them reaching out for advice, thanking me for the time. Whatever the reason for writing, I am always touched. So, if by associating my image with the company and the products lets the hair stylists feel that being a hairdresser is important, if it lets them dream that they too can do anything they want, then I am please and honored to do so."

Formulas by Ecoly is not only growing domestically, but is implementing an aggressive export business strategy. With Michael being an "import" himself, he is well aware of the international market possibilities and is adding exclusive distributors in a number of countries overseas.

BIR has stated a number of times that the pro beauty biz is eagerly waiting for a hairstylist/CEO, someone who has that unique combination of charisma and business smarts. Who, as a platform artist, can transcend through an audience, to the individual stylist so they feel they are being talked to directly and can identify with the person, his artistry and products. Michael O'Rourke has demonstrated time and time again that he has these key ingredients. As a result, hairdressers are buying up Formula by Ecoly and its unique product collections at a rapid pace. It's been a long time since Vidal Sassoon performed his magic for hair stylists. The way Michael and his product lines popularity are growing, who knows, he might be the next star the industry is eagerly waiting for.

APPLIC EXHIBIT 54 FOR ID
BARBARA J. SHANBERG, CSR 4537
DATE_____ PAGES_____
WITNESS O'ROURKE

SHC 01258

54

55



APPLIC EXHIBIT 55 FOR ID
BARBARA J. SHANBERG, CSR 4537
DATE _____ PAGES 1
WITNESS O'ROURKE

# hairsells

The success of Ecoly's Big Sexy Hair line reaffirms the power of one of advertising's golden oldie rules.



Michael O'Rourke wants people to have fun. "We're all too serious. People need to lighten up, to re-focus," the 56-year-old CEO of Ecoly International says over the phone from Los Angeles. "In the daytime, women go about in their black power suits, but at night, they put on a short red skirt, they want to have fun, be sexy."

O'Rourke's philosophy about the way to approach life is embodied in his company's latest launch, Big Sexy Hair, a four-product line that enforces one thing: bigger is better and definitely sexier. The public agreed: 1.2 million cans of hairspray sold in the first two weeks. "The products give an opportunity to change at night, like a werewolf. It's about balancing life," explains O'Rourke. And the momentum continues. July saw the release of Straight Sexy Hair, to be followed by the launch of Curly Sexy Hair in November.

The success of Big Sexy Hair answers the question, "does sex still sell?" According to O'Rourke, its continuous power lies in its universal appeal. "It has such a powerful connotation. Everyone wants to feel sexy. It's amazing to me that it still triggers an emotion. It will go on until we're dead and gone." O'Rourke says the marketing behind the line has worked so well because for one, the message is simple. Instead of using technical words to describe what the product will do to hair, it offers a descriptive image: big and sexy. The choice of these words then convey an emotion. "We use words like big and sexy to depict the epitome of hair. Emotions trigger senses, which trigger buying."

Not only are emotions the ticket to sales, but O'Rourke feels they're important especially in the wake of the new millennium. "In the year 2000, there will be a tremendous move to try and have fun when everything will be technology-focused. We will be inclined to lean more towards nature by taking sex and impacting it with technology to stop it from being so sterile."

While an ideal society may be one that's free from the feelings of detachment associated with technology, at least for today, people need to take a breather from the hustle and bustle. "These days I've never seen parents and kids work so hard. I've never met so many lonely people, with no time for a social life. We need to make fun sexy things. We need to find words that make people feel better." And if O'Rourke can do that, then he's happy too. "My job is to make them (clients) feel like movie stars. The ability to do that is an amazing feeling."

55

SHC 01327



SHC 01338

# hairdressers Journal international

JANUARY 11 – 17, 2002   £1.70

- DIG THE NEW BREED
- FASHION NEWCOMER SPECIAL
- BANISH WASHDAY BLUES
- WIN A TOP-NOTCH LAUNDRY SYSTEM
- NEW YEAR, NEW JOB – ALL THE BEST VACANCIES

# Gold rush

## Warming up the winter

PUBLIC EXHIBIT 57 FOR ID
BARBARA J. SHANBERG, CSR 4537
PAGES
DATE
WITNESS O'ROURKE

SHC 01476
57-1



# Love Sexy

With its catchy name and striking packaging, Sexy Hair Concepts is a winner in the salon. Emma Gillespie reports

It's rare for a product range's packaging to grab both you and your clients, but Sexy Hair Concepts aims to do just that. This strictly professional range has grabbed the imagination of hairdressers, clients and the media with its exciting look, inspiring formulae and head-turning names, claims the company.

Sexy Hair Concepts is a range of eight hair care collections, including shampoos, conditioners and styling aids. It also includes three make-up ranges.

"The logic behind the name Sexy Hair Concepts is that everyone wants to be sexy, so why not call the products that? The products also still need to be good, because people won't buy them if they don't work," says Ian Gerrard, director of The Natural Nail Company, which distributes the American range.

The range began as four collections – Big Sexy Hair, Straight Sexy Hair, Curly Sexy Hair, and Short Sexy Hair. But because of its popularity, it has expanded.

"There are now eight ranges: Big; Straight; ▸

## COMPANY HISTORY

Like many product ranges, it began with a hairdresser wanting to create a professional range. The founder of Sexy Hair Concepts is Michael O'Rourke. He started with 20 salons in South Africa and launched a product range called Linea, which is still sold in America. This followed with a range called Ecoly which got a great response. He then started manufacturing Sexy Hair Concepts in America in 1999. The Sexy Hair Concepts head office is in California and the range is distributed throughout Europe.

SHC 01477



marketplace

hort; Curly; Hot; Healthy; and umble Boys. The most recent addition to the Healthy range is Soy. It's bsolutely mind-blowing," enthuses an.

"At the beginning of 2001, we ought out the first make-up products. The first range was called The ex Symbol Collection, which consists of five make-up products. bout six months later the Sex ymbol Nude Beach Collection as launched; then in October 001 Sex Symbol Seduce came ut," explains Ian.

Simplicity is key to Sexy lair Concepts – if the client as curly hair, you use Curly, they want straight hair, use traight.

As well as head-turning ames and tried-and-tested ormulae, the packaging is yecatching and colourful. distinctive star-shaped logo ppears on the products, nd bright primary lours, together with silver, are used to distinguish ach range.

Although there was no fficial launch, the product nge has gradually filtered into lons, backed up with an npressive amount of press coverage.

"To launch the range we simply ot the sales force out in the salons nd set up a PR campaign with the ress – it has had an amazing response."

If the way Sexy Hair Concepts has been ccepted in the UK so far is anything to go y, it is easy to imagine it being a huge uccess.

"It's already the fastest-growing haircare company in America and we want le range to be number one in this country. It's going to be hard, but this is something different, and the products really o work," says Ian.

For further information contact The atural Nail Company on 020 8381 7793.

## THE SEXY HAIR CONCEPTS RANGE

■ **Big Sexy Hair:** Big Volume shampoo, Big Volume conditioner, Root Pump Spray Mousse, Spray & Play hairspray, Volumizing Detangler, Blow Dry Volumizing Gel.
■ **Straight Sexy Hair:** shampoo, conditioner, Straight Aero, Smooth & Seal.
■ **Curly Sexy Hair:** shampoo, conditioner, Curl Power, Hot Curl Setting Lotion.
■ **Short Sexy Hair:** Control Maniac Wax, Quick Change Shaping Balm, Blow It Up Gel Foam, Slept In Texture Creme.
■ **Healthy Sexy Hair:** Soy Fuel Power-conditioner Booster, Soy Salvation Deep Treatment Hair Masque, Soy Butter-Pure Shine, Soya Want Flat Hair-Flat Iron Spray, Soya Want Full Hair-Firm Hairspray, Soy Milk shampoo, Soy Milk conditioner, Soy Tri-Wheat Leave-In conditioner, Soy Smoothie Straightening Tonic, Soy Paste Texture Pomade.
■ **Hot Sexy Hair:** Hot Sexy Highlights Highlighting shampoo, Wheat Blonde Color conditioner, Titanium Blonde Color conditioner, Whipped Up Gel Foam, Color Stabilising shampoo, Black Cat-Black Color conditioner, Foxy Brown-Brown Color conditioner, Red Hot Mama-Red Color conditioner.
■ **Rumble Boys:** Knock Out Stimulating shampoo, High Voltage Think Big Foam, Shark Attack Pomade, Heavyweight Hold Glow Gel, War Paint, Bullet Proof Hairspray, Axel Grease.

There are three Sex Symbol Make-Up Collections comprising 15 products.

## SALON SUPPORT
Full salon support material is provided, everything from posters to display stands.


SHC 01478

 

FORMULAS
by

APPLIC EXHIBIT 5C FOR ID
BARBARA J. SHANBERG, CSR 4537
DATE_____ PAGES_____
WITNESS  O'ROURKE

# Who Sez straight isn't SEXY?

Los Angeles, CA, (July 1999) --- Smooth It....Sleek it......Shine It....Ooooh....Make it straight, baby.

Are you straight but wannabe sexy? Well, now it is possible with Formulas by Ecoly's latest launch in their BIG SEXY HAIR line - Straight Sexy Hair which consists of four ingenious products. To straighten that shag, Straight Sexy Hair Shampoo is the one to use as this shampoo loosens the curl while adding shine and moisture to the hair. The second step in creating that sexy look is with Straight Sexy Hair Conditioner which is a detanglers dream! The next "Sexy" is the foaming aerated straightening spray - the first product ever of its kind - Straight Aero straightens hair, temporarily relaxes curl while providing shine and smoothing the hair. To complete the look don't forget Straight Sexy Hair Smooth Out - this aerated anti-frizz spray smoothes and polishes the hair, is moisture resistant and leaves the hair with a high shine.

A big hit among celebrities, stylists and consumers, Straight Sexy Hair is a "can't do without" product for everyone! For both stars and stargazers, "**STRAIGHT SEXY HAIR** is a lifestyle choice - being sexy always is! And today "Sexy" is so sassy and savvy. It says, "I'm confident with who I am." "Our innovative **BIG SEXY HAIR** line is a unique way for people to make that statement by using their hair as an ultimate accessory" says Michael O'Rourke, president of Los Angeles-based **Formulas by Ecoly**. According to O'Rourke "From shampoo, to conditioner, to Straight Aero, to Smooth-Out, **Formulas by Ecoly** provides the tools to make it STRAIGHT and SEXY - the rest is up to you..." Founded in 1991, the company's slogan "**Pure.Art.Form.**" embodies O'Rourke's vision of integrating nature's pure elements with the art and creativity of hairstyling.

Straight Sexy Hair --- it's your formula for S T R A I G H T SEXY H A I R.
For further information please call Lindy Berman at PROMOTION partners at (310) 446-

*(handwritten annotations: OBSOLETE / USE COMBINED / RELEASE / AT DATE OF / LAUNCH)*

Sexy Hair Concepts ★ Formulas by Ecoly
9232 Eton Avenue ★ Chatsworth, CA 91311 ★ 818.718.6982 ★ fax 818.718.9353 ★ 800.64
www.sexyhairconcepts.com ★ www.ecoly.com

SHC 01374



EXHIBIT 59