# EXHIBIT 4 TO

# STATEMENT OF FACTS

# Carry Your SEXY with Style!

## ★ THE SEXY STYLIST KIT

**Purchase 1 of each**

Big Sexy Hair Big Time Blow Dry Gel [8.5 fl oz]
Big Sexy Hair Root Pump Volumizing Spray Mousse [10.6 oz]
Big Sexy Hair Spray & Play Hair Spray [10.6 oz]

Straight Sexy Hair Straight Aero Aerated Straightening Spray [8.8 oz]
Straight Sexy Hair Smooth and Seal Aerated Anti-Frizz Spray [8.8 oz]
Straight Sexy Hair Power Straight Temporary Straightening Balm [3.4 fl oz]
Straight Sexy Hair Shine On Polishing Gloss [3.4 fl oz]

Short Sexy Hair Blow It Up Gel Foam [5.3 oz]
Short Sexy Hair Control Maniac Wax [1.8 oz]
Short Sexy Hair Quick Change Shaping Balm [1.7 oz]
Short Sexy Hair Slept In Texture Creme [4.2 fl oz]
Short Sexy Hair Hard Up Hard Holding Gel [4.2 fl oz]
Short Sexy Hair Fixed Up Hard Holding Hairspray [8.8 oz]

Curly Sexy Curl Power Curl Enhancing Foam [8.5 fl oz]
Curly Sexy Hair Hot Curl Setting Lotion [8.5 fl oz]

Hot Sexy Highlights Whipped Up Gel Foam [7 oz]
Hot Sexy Highlights High Drama Gold Glitter Spray [4.4 oz]

**Receive FREE**

1 of each product brochure
1 NEW Sexy Hair Concepts Stylist Bag
$40.00 retail value
[all products are packed in Stylist Bag]

**Salon Price** $99.95

SHC 1974

OPP NO. 125,739 (SO SEXY)

EXHIBIT 5-1
Deponent: M. Stiller
Date 9-28-04  Rptr. MY
DEPOBOOK


Case 1:07-cv-05804-GEL Document 19-6 Filed 05/03/2008 Page 3 of 11

## ★★ THE SEXY OPENER

**Purchase 4 of each AT A DISCOUNT**

### BIG SEXY HAIR
- Shampoo [8.5 fl oz]
- Conditioner [8.5 fl oz]
- Volumizing Detangler [8.5 fl oz]
- Root Pump Volumizing Spray Mousse [10.6 oz]
- Spray and Play Hair Spray [10.6 oz]
- Big Time Volumizing Blow Dry Gel [8.5 fl oz]

### STRAIGHT SEXY HAIR
- Shampoo [8.5 fl oz]
- Conditioner [8.5 fl oz]
- Straight Aero Aerated Straightening Spray [8.8 oz]
- Smooth & Seal Aerated Anti-Frizz Spray [8.8 oz]
- Power Straight Temporary Straightening Balm [3.4 fl oz]
- Shine On Polishing Gloss [3.4 fl oz]

### CURLY SEXY HAIR
- Shampoo [8.5 fl oz]
- Conditioner [8.5 fl oz]
- Curl Power Curl Enhancing Foam [8.5 fl oz]
- Hot Curl Setting Lotion [8.5 fl oz]

### SHORT SEXY HAIR
- Control Maniac Wax [1.8 oz]
- Blow It Up Gel Foam [5.3 oz]
- Slept In Texture Creme [4.2 fl oz]
- Quick Change Shaping Balm [1.7 fl oz]
- Hard Up Hard Holding Gel [4.2 fl oz]
- Fixed Up Hard Holding Hairspray [8.8 oz]

### HOT SEXY HIGHLIGHTS
- Highlighting Shampoo [6.8 fl oz]
- Titanium Blonde Color Conditioner [5.1 fl oz]
- Wheat Blonde Color Conditioner [5.1 fl oz]
- Whipped Up Gel Foam [7 oz]
- High Drama Gold Glitter Spray [4.4 oz]
- Color Stabilizing Shampoo [6.8 fl oz]
- Red Hot Mama Color Conditioner [5.1 fl oz]
- Black Cat Color Conditioner [5.1 fl oz]
- Foxy Brown Color Conditioner [5.1 fl oz]

- 1 of each product as a tester
- 25 Retail Bags
- 10 of each product line brochures
- 1 of each product shelf talker
- 2 Sexy Hair Concepts posters
- 1 NEW product knowledge video
- 1 Sexy Hair Concepts Decal

Salon Price $509.75
Salon Value $880.00

save 32% overall
28% product savings

SHC 1975

52

SEXY HAIR

## ★★★ THE SEXY EXPANDER

Purchase 8 of each at a DISCOUNT

### BIG SEXY HAIR
Shampoo [8.5 fl oz]
Conditioner [8.5 fl oz]
Volumizing Detangler [8.5 fl oz]
Root Pump Volumizing Spray Mousse [10.6 oz]
Spray and Play Hair Spray [10.6 oz]
Big Time Volumizing Blow Dry Gel [8.5 fl oz]

### STRAIGHT SEXY HAIR
Shampoo [8.5 fl oz]
Conditioner [8.5 fl oz]
Straight Aero Aerated Straightening Spray [8.8 oz]
Smooth & Seal Aerated Anti-Frizz Spray [8.8 oz]
Power Straight Temporary Straightening Balm [3.4 fl oz]
Shine On Polishing Gloss [3.4 fl oz]

### CURLY SEXY HAIR
Shampoo [8.5 fl oz]
Conditioner [8.5 fl oz]
Curl Power Curl Enhancing Foam [8.5 fl oz]
Hot Curl Setting Lotion [8.5 fl oz]

### SHORT SEXY HAIR
Control Maniac Wax [1.8 oz]
Blow It Up Gel Foam [5.3 oz]
Slept In Texture Creme [4.2 fl oz]
Quick Change Shaping Balm [1.7 fl oz]
Hard Up Hard Holding Gel [4.2 fl oz]
Fixed Up Hard Holding Hairspray [8.8 oz]

### HOT SEXY HIGHLIGHTS
Highlighting Shampoo [6.8 fl oz]
Titanium Blonde Color Conditioner [5.1 fl oz]
Wheat Blonde Color Conditioner [5.1 fl oz]
Whipped Up Gel Foam [7 oz]
High Drama Gold Glitter Spray [4.4 oz]
Color Stabilizing Shampoo [6.8 fl oz]
Red Hot Mama Color Conditioner [5.1 fl oz]
Black Cat Color Conditioner [5.1 fl oz]
Foxy Brown Color Conditioner [5.1 fl oz]

**Receive FREE**
1 Big Sexy Hair Shampoo Liter
1 Big Sexy Hair Conditioner Liter
1 Straight Sexy Hair Shampoo Liter
1 Straight Sexy Hair Conditioner Liter
1 Curly Sexy Hair Shampoo Liter
1 Curly Sexy Hair Conditioner Liter
6 Liter pumps
1 of each product shelf talker
25 Sexy Hair Concepts retail bags
1 ad slick and logo sheet package
2 Sexy Hair Concepts posters
1 Sexy Hair decal
100 Sexy Hair Concepts foils
1 NEW product knowledge video
Co-op Advertising Program ask for details

Salon Price: $
Salon Value: $
save ?2% overall
29% product savings

SHC 1976

CONCEPTS    53

# Price List — SEXY HAIR CONCEPTS

## ▼ BIG SEXY HAIR

**What they are:**
Big Sexy Hair is a RED HOT product line created to take hair to it's maximum fullness.

**Why is it different?**
Big Sexy Hair is designed to improve and maintain the hair's moisture balance while producing voluptuous body.

### BIG SEXY HAIR PRICE LIST:

| | Salon Price | Sugg. Retail |
|---|---|---|
| Shampoo [8.5 fl oz] | $3.48 | $6.95 |
| Shampoo [33.8 fl oz / liter] | $8.75 | $17.50 |
| Conditioner [8.5 fl oz] | $3.48 | $6.95 |
| Conditioner [33.8 fl oz / liter] | $8.75 | $17.50 |
| Volumizing Detangler [8.5 fl oz] | $4.48 | $8.95 |
| Root Pump Spray Mousse [10.6 oz] | $6.50 | $13.00 |
| Spray and Play Hair Spray [10.6 oz] | $6.50 | $13.00 |
| Big Time Volumizing Blow Dry Gel [8.5 fl oz] | $5.50 | $11.00 |

## ▼ SHORT SEXY HAIR

**What they are:**
A line specifically geared for short hairstyles. All Short Sexy Hair products have dual uses allowing you to change your hair as often as you change your mind.

**Why is it different?**
These unique styling products add texture and allow you to shape hair into any short hairstyle. Perfect for creating casual work styles and funky weekend looks. Short Sexy Hair is a sign of the times.

### SHORT SEXY HAIR PRICE LIST:

| | Salon Price | Sugg. Retail |
|---|---|---|
| Control Maniac Wax [1.8 oz] | $5.48 | $10.95 |
| Blow It Up Gel Foam [5.3 oz] | $5.48 | $10.95 |
| Blow It Up Gel Foam [3.1 oz] | $7.48 | $14.95 |
| Slept In Texture Creme [4.2 fl oz] | $5.48 | $10.95 |
| Quick Change Shaping Balm [1.7 fl oz] | $5.48 | $10.95 |
| Hard Up Hard Holding Gel [4.2 oz] | $4.98 | $9.95 |
| Fixed Up Hard Holding Hairspray [8.8 oz] | $5.75 | $11.50 |

## ▼ STRAIGHT SEXY HAIR

**What they are:**
Getting straight has never been so Sexy! Straight Sexy Hair is more than a straightening system. The line utilizes the industry's newest and latest ingredients that condition, protect and put you in control of your hair.

**Why is it different?**
A mixture of Proteins and Panthenol are combined in the products to help relax curls and add shine. Our straightening balms and our first ever aerated straightening system leave you SHINED, SEALED, and DELIVERED.

### STRAIGHT SEXY HAIR PRICE LIST:

| | Salon Price | Sugg. Retail |
|---|---|---|
| Shampoo [8.5 fl oz] | $3.48 | $6.95 |
| Shampoo [33.8 fl oz / liter] | $8.75 | $17.50 |
| Conditioner [8.5 fl oz] | $3.48 | $6.95 |
| Conditioner [33.8 fl oz / liter] | $8.75 | $17.50 |
| Straight Aero Aerated Straightening Spray [8.8 oz] | $7.48 | $14.95 |
| Smooth Out Aerated Anti-Frizz Spray [8.8 oz] | $7.48 | $14.95 |
| Power Straight Temporary Straightening Balm [3.4 oz] | $6.48 | $12.95 |
| Shine On Polishing Gloss [3.4 fl oz] | $6.48 | $12.95 |

## ▼ CURLY SEXY HAIR

**What they are:**
Designed specifically for curls of all kinds, this curly system makes your hair curly and keeps it curly! It's a Curls best friend!

**Why is it different?**
Our Curly Sexy Hair line utilizes a new type of Protein in conjunction with a combination of botanicals to support and strengthen curls.

### CURLY SEXY HAIR PRICE LIST:

| | Salon Price | Sugg. Retail |
|---|---|---|
| Shampoo [8.5 fl oz] | $3.48 | $6.95 |
| Shampoo [33.8 fl oz / liter] | $8.75 | $17.50 |
| Conditioner [8.5 fl oz] | $3.48 | $6.95 |
| Conditioner [33.8 fl oz / liter] | $8.75 | $17.50 |
| Curl Power Curl Enhancing Foam [8.5 fl oz] | $5.98 | $11.95 |
| Hot Curl Setting Lotion [8.5 fl oz] | $4.98 | $9.95 |

## ▼ HOT SEXY HIGHLIGHTS

**What they are:**
The HOTTEST products for all highlighted hair! All of the products in this line enhance blonde, black, red and brown hair tones.

**Why is it different?**
This collection is designed to cleanse, condition, and protect your color from fading fast while bringing out the vibrant color of your hair. From the shampoo to the styling aids, and conditioners, this line is all about ENHANCEMENT!

### HOT SEXY HIGHLIGHTS PRICE LIST:

| | Salon Price | Sugg. Retail |
|---|---|---|
| Highlighting Shampoo [6.8 fl oz] | $3.98 | $7.95 |
| Color Stabilizing Shampoo [6.8 fl oz] | $3.98 | $7.95 |
| Titanium Blonde Color Conditioner [5.1 fl oz] | $5.98 | $11.95 |
| Wheat Blonde Color Conditioner [5.1 fl oz] | $5.98 | $11.95 |
| Red Hot Mama Color Conditioner [5.1 fl oz] | $5.98 | $11.95 |
| Foxy Brown Color Conditioner [5.1 fl oz] | $5.98 | $11.95 |
| Black Cat Color Conditioner [5.1 fl oz] | $5.98 | $11.95 |
| Whipped Up Gel Foam [7 oz] | $6.48 | $12.95 |
| High Drama Glitter Spray [4.4 oz] | $5.98 | $11.95 |

## ▼ CURE 4

**What they are:**
The first ever set of Leave-In Conditioners that address four specific problems: Dull Hair, Dry Hair, Chemically Treated Hair, and Fine Hair.

**Why is it different?**
Other leave-in conditioners are produced for all hair types, but Cure 4 contains exceptional ingredients that condition, protect and treat your specific hair type. Find YOUR Cure4.

### CURE 4 PRICE LIST:

| | Salon Price | Sugg. Retail |
|---|---|---|
| Cure4 Dull Hair [3.4 fl oz] | $4.00 | $7.99 |
| Cure4 Dry Hair [3.4 fl oz] | $4.00 | $7.99 |
| Cure4 Chemically Treated Hair [3.4 fl oz] | $4.00 | $7.99 |
| Cure4 Fine Hair [3.4 fl oz] | $4.00 | $7.99 |



SHC 1977

5-4

1-800-848-3383
www.sexyhairconcepts.com
sold only in salons
©2000 Sexy Hair Concepts, Los Angeles, CA 91311

09SHOPEN/EX-1

# SEXY HAIR CONCEPTS
## JANUARY/FEBRUARY 2002 PROMOTIONS

## BRAND NEW FOR 2002!
### shortsexyhair



### SALON OPENER

**Purchase:**
5 - Frenzy Bulked Up Texture Compound 2.5 oz
5 - Shatter Separate & Hold Spray 4.2 fl oz

**Receive Free:**
1 of each product as a tester
1 - Easel Card

US Salon Price: $68.65  •  CN Salon Price: $114.99 (CAD)
US Salon Value: $82.38  •  CN Salon Value: $137.88 (CAD)

### Save: 17%

(see back for new product information)

### STYLIST'S TRIAL OFFER

**Purchase:**
1 - Frenzy Bulked Up Texture Compound 2.5 oz
1 - Shatter Separate & Hold Spray 4.2 fl oz

**Receive Free:**
Neon Stylist's Bag

US Salon Price: $13.73  •  CN Salon Price: $22.99 (CAD)
(see back for new product information)



OPP NO. 125,739 (SO SEXY)

EXHIBIT 6-1
Deponent M. Stiller
Date 9-28-04  Rptr. mg
DEPOBOOK

SHC 2000

**ALL CANADIAN PRICING IS SUGGESTED. PLEASE CONTACT YOUR DISTRIBUTOR FOR CONFIRMED PRICING.**

# SOMETHING NEW FOR 2002

## healthy SEXY HAIR

### INTRODUCING SOYL SCULPTING & BRAIDING CLAY

Purchase at a special price:

1 - Soy Tri-Wheat Leave-In Conditioner 8.5 oz
1 - NEW! Soyl Sculpting & Braiding Clay 6 oz

- US Salon Price: $9.98 • CN Salon Price: $16.85 (CAD)
- US Salon Value: $11.96 • CN Salon Value: $20.20 (CAD)
- US Sugg. Retail Price: $19.95 • CN Sugg. Retail Price: $27.99 (CAD)
- US Sugg. Retail Value: $23.90 • CN Sugg. Retail Value: $33.65 (CAD)

**Save 17%**

(Products are boxed. See back for new product information)









### NEW SIZE LIMITED EDITION

Short Sexy Hair Hard Up Hard Hold Gel 8.5 fl oz

- US Salon Price: $8.48 • CN Salon Price: $14.35 (CAD)
- US Salon Value: $10.50 • CN Salon Value: $17.75 (CAD)
- US Sugg. Retail Price: $16.95 • CN Sugg. Retail Price: $23.95 (CAD)
- US Sugg. Retail Value: $21.00 • CN Sugg. Retail Value: $29.50 (CAD)

**Save 19%**

(Product is stickered only for US Distribution)



SHC 2001

602

# SEXY HAIR CONCEPTS PRICING LIST

## ▼ BIG SEXY HAIR

| | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Shampoo [8.5 fl oz] | $3.48 | $6.95 | $5.85 | $9.75 |
| Shampoo [33.8 fl oz / liter] | $8.75 | $17.50 | $16.00 | $26.65 |
| Conditioner [8.5 fl oz] | $3.48 | $6.95 | $5.85 | $9.75 |
| Conditioner [33.8 fl oz / liter] | $8.75 | $17.50 | $16.00 | $26.65 |
| Volumizing Detangler [8.5 fl oz] | $4.48 | $8.95 | $7.55 | $12.60 |
| Root Pump Volumizing Spray Mousse [10.6 oz] | $6.50 | $13.00 | $10.95 | $18.25 |
| Root Pump Plus Humidity Resistant Spray Mousse [10.6 oz] | $7.25 | $14.50 | $11.99 | $19.99 |
| Spray and Play Hair Spray [10.6 oz] | $6.50 | $13.00 | $10.95 | $18.25 |
| Big Time Volumizing Blow Dry Gel [8.5 fl oz] | $5.50 | $11.00 | $9.25 | $15.40 |

## ▼ SHORT SEXY HAIR

| | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Control Maniac Wax [1.8 oz] | $5.75 | $11.50 | $9.70 | $16.15 |
| Blow It Up Gel Foam [5.3 oz] | $5.75 | $11.50 | $9.70 | $16.15 |
| Blow It Up Gel Foam [9.1 oz] | $7.75 | $15.50 | $13.85 | $23.00 |
| Slept In Texture Creme [4.2 fl oz] | $5.75 | $11.50 | $9.70 | $16.15 |
| Quick Change Shaping Balm [1.7 fl oz] | $5.75 | $11.50 | $9.70 | $16.15 |
| Hard Up Hard Holding Gel [4.2 fl oz] | $5.25 | $10.50 | $8.85 | $14.75 |
| Fixed Up Hard Holding Hairspray [8.8 oz] | $6.25 | $12.50 | $10.55 | $17.58 |
| Frenzy Bulked-Up Texture Compound [2.5 oz] | $7.75 | $15.50 | $12.99 | $21.65 |
| Shatter Separate & Hold Spray [4.2 fl oz] | $5.98 | $11.95 | $9.99 | $16.65 |

## ▼ STRAIGHT SEXY HAIR

| | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Shampoo [8.5 fl oz] | $3.48 | $6.95 | $5.85 | $9.75 |
| Shampoo [33.8 fl oz / liter] | $8.75 | $17.50 | $16.00 | $26.25 |
| Conditioner [8.5 fl oz] | $3.48 | $6.95 | $5.85 | $9.75 |
| ‎titioner [33.8 fl oz / liter] | $8.75 | $17.50 | $16.00 | $26.25 |
| ‎ght Aero Aerated Sraightening Spray [8.8 oz] | $7.48 | $14.95 | $12.60 | $21.00 |
| Smooth and Seal Aerated Anti-Frizz Spray [8.8 oz] | $7.48 | $14.95 | $12.60 | $21.00 |
| Power Straight Temporary Straightening Balm [3.4 fl oz] | $6.48 | $12.95 | $10.95 | $18.25 |
| Shine On Polishing Gloss [3.4 fl oz] | $6.48 | $12.95 | $10.95 | $18.25 |

## ▼ CURE 4

| | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Cure4 Dull Hair [3.4 fl oz] | $2.50 | $4.99 | $4.70 | $7.85 |
| Cure4 Dry Hair [3.4 fl oz] | $2.50 | $4.99 | $4.70 | $7.85 |
| Cure4 Chemically Treated Hair [3.4 fl oz] | $2.50 | $4.99 | $4.70 | $7.85 |
| Cure4 Fine Hair [3.4 fl oz] | $2.50 | $4.99 | $4.70 | $7.85 |

## ▼ CURLY SEXY HAIR

| | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Shampoo [8.5 fl oz] | $3.48 | $6.95 | $5.85 | $9.75 |
| Shampoo [33.8 fl oz / liter] | $8.75 | $17.50 | $16.00 | $26.25 |
| Conditioner [8.5 fl oz] | $3.48 | $6.95 | $5.85 | $9.75 |
| Conditioner [33.8 fl oz / liter] | $8.75 | $17.50 | $16.00 | $26.25 |
| Curl Power Curl Enhancing Foam [8.5 fl oz] | $5.98 | $11.95 | $9.99 | $16.65 |
| Hot Curl Setting Lotion [8.5 fl oz] | $4.98 | $9.95 | $8.40 | $14.00 |

## ▼ HOT SEXY HIGHLIGHTS

| | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Highlighting Shampoo [6.8 fl oz] | $3.98 | $7.95 | $6.70 | $11.15 |
| Color Stabilizing Shampoo [6.8 fl oz] | $3.98 | $7.95 | $6.70 | $11.15 |
| Titanium Blonde Color Conditioner [5.1 fl oz] | $5.98 | $11.95 | $9.95 | $16.65 |
| Wheat Blonde Color Conditioner [5.1 fl oz] | $5.98 | $11.95 | $9.95 | $16.65 |
| Red Hot Mama Color Conditioner [5.1 fl oz] | $5.98 | $11.95 | $9.95 | $16.65 |
| ‎Brown Color Conditioner [5.1 fl oz] | $5.98 | $11.95 | $9.95 | $16.65 |
| ‎Cat Color Conditioner [5.1 fl oz] | $5.98 | $11.95 | $9.95 | $16.65 |
| Whipped Up Gel Foam [7 oz] | $6.48 | $12.95 | $10.95 | $18.25 |
| High Drama Glitter Spray [4.4 fl oz] (Gold, Red, Blue) | $5.98 | $11.95 | $9.99 | $16.65 |
| Aero Color Spray (Polyester Pink, Denim Flare Blue) [3.5 oz] | $5.98 | $11.95 | $9.99 | $16.65 |

## ▼ HEALTHY SEXY HAIR

| | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| SoyMilk Shampoo [8.5 fl oz] | $3.98 | $7.95 | $6.70 | $11.15 |
| SoyMilk Shampoo [33.8 fl oz/Liter] | $8.75 | $17.50 | $16.00 | $26.70 |
| SoyMilk Conditioner [8.5 fl oz] | $4.98 | $9.95 | $8.35 | $13.90 |
| SoyMilk Conditioner [33.8 fl oz/Liter] | $8.75 | $17.50 | $16.00 | $26.70 |
| Soy Fuel Power Conditioner Booster [1 fl oz] | $7.48 | $14.95 | $12.50 | $21.00 |
| Soy Salvation Deep Treatment Hair Masque (6/pk) [1 fl oz ea.] | $9.75 | $19.50 | $16.45 | $27.50 |
| Soy Tri-Wheat Leave-In Conditioner [8.5 fl oz] | $5.48 | $10.95 | $9.25 | $15.40 |
| Soy Smoothie Straightening Tonic [4.2 fl oz] | $5.48 | $10.95 | $9.25 | $15.40 |
| Soy Paste Texture Pomade [1.8 oz] | $6.48 | $12.95 | $10.95 | $18.25 |
| Soy Butter Pure Shine [1.41 oz] | $7.75 | $15.50 | $13.00 | $21.95 |
| Soya Want Flat Hair Flat Iron Spray [5.3 oz] | $5.98 | $11.95 | $9.99 | $16.99 |
| Soya Want Full Hair Firm Hold Hairspray [10.6 oz] | $6.75 | $13.50 | $11.40 | $18.99 |
| Soyl Sculpting & Braiding Clay [1.8 oz] | $6.48 | $12.95 | $10.95 | $18.25 |

## ▼ SEXY HAIR FOIL SAMPLES
Build your retail business with product samples!

| | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Big Sexy Hair Shampoo [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Big Sexy Hair Conditioner [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Big Sexy Hair Blow Dry Gel [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Curly Sexy Hair Shampoo [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Curly Sexy Hair Conditioner [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Healthy Sexy Hair SoyMilk Shampoo [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Healthy Sexy Hair SoyMilk Conditioner [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Healthy Sexy Hair Soy Smoothie [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Hot Sexy Color Stabilizing Shampoo [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Hot Sexy Titanium Blonde Conditioner [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Hot Sexy Wheat Blonde Conditioner [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Hot Sexy Black Cat Color Conditioner [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Hot Sexy Foxy Brown Color Conditioner [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Hot Sexy Red Hot Mama Color Conditioner [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Short Sexy Hair Hard Up Gel [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Short Sexy Hair Slept-In Texture Creme [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Straight Sexy Hair Shampoo [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Straight Sexy Hair Conditioner [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |
| Straight Sexy Hair Power Straight [.25 fl oz] | $0.25 | n/a | $0.35 | n/a |

## ▼ U.S. RUMBLE BOYS

| | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Limited Edition Bad Dawg Wax [.50 oz] | Limited Edition | | Limited edition | |
| Shark Attack Pomade Schtick [2.5 oz] | $6.25 | $12.50 | $9.50 | $15.85 |
| High Voltage Think Big Foam [5.3 oz] | $5.98 | $11.95 | $9.50 | $15.85 |
| War Paint For Body And hair [.66 oz] | $5.75 | $11.50 | $8.60 | $14.50 |
| Heavyweight Hold Glow Gel [6.6 fl oz] | $4.98 | $9.95 | $7.50 | $12.50 |
| Knockout Stimulating Shampoo [8.5 fl oz] | $3.48 | $6.95 | $5.25 | $8.75 |
| Axel Grease Hold And Shine Pomade [1.8 oz] | $5.75 | $11.50 | $8.60 | $14.50 |
| Bullet Proof Hard Hold Hairspray [5.3 oz] | $4.98 | $9.95 | $7.50 | $12.50 |

SHC 2002

63

## ▼ SEX SYMBOL - COSMETIC ENHANCERS

| SEDUCE COLLECTION (NEW!) | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Lip Lacquer (Bella Donna & Last Kiss) Double Ended Lip Gloss | $7.50 | $15.00 | $12.65 | $21.00 |

Packaged in a double ended cylinder, Bella Donna is a holographic magenta that can be used alone or over a favorite lipstick color; and the bittersweet Last Kiss is a rich, wine gloss with a hint of hot metal. These Lip Lacquers can be used alone or can be blended together.

| | | | | |
|---|---|---|---|---|
| Peep Show (Temptation/Enamor/Sultry) Eye Shadow Trio | $8.50 | $17.00 | $14.35 | $23.95 |

Three enticing eye shadows that allow one wink to mean much, much more. Enamor, a soft lilac that highlights the entire lid or simply under the brow; Temptation, a deep magenta to give eyes a dramatic look; and Sultry, a smoky-black shadow ideal for lining or smudging. Peep Show crème-to-powder eye shadows apply like a cream and dry to a powder for a flawless finish.

| | | | | |
|---|---|---|---|---|
| Hot Cheeks (Cheeky) Cheek Stick | $7.50 | $15.00 | $12.65 | $21.00 |

This sheer, purplish-pink cheek stick highlights cheekbones and casts an opalescent hint on the face.

| | | | | |
|---|---|---|---|---|
| Star Powder (Snow Kiss) Shimmer Dust Powder | $10.75 | $21.50 | $18.15 | $29.99 |

Snow Kiss silvery shimmer dust has lavender undertones to transform the stars from the night sky into kisses of snow.

| NUDE BEACH COLLECTION: (available while supplies last) | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Orgazmic Dust (Toast-O-Matic) Shimmer Powder | $10.75 | $21.50 | $18.15 | $30.25 |
| Hot Cheeks (Sun Burnt) pH Sticks | $7.50 | $15.00 | $12.65 | $21.00 |
| Lip Lube (Boy Bait) Lip Gloss | $5.75 | $11.50 | $9.65 | $16.00 |
| Aero Tan Temporary Tanning Spray [4.4 oz] | $6.98 | $13.95 | $11.75 | $19.50 |

AERO TAN-A first-to-the-industry instant temporary tanning spray! This unique product provides an overall even tan without exposing yourself to harmful UV rays. Simply spray onto skin, rub in and a healthy, golden-bronze glow will appear without streaking or turning orange! Now you can look like you are vacationing all summer long! (does not contain sunscreen)

| GLITTERATZY COLLECTION: (available while supplies last) | U.S. Salon Price | U.S. Sugg. Retail | (CAD) CANADIAN (SUGG.) Salon Price | (CAD) CANADIAN (SUGG.) Sugg. Retail |
|---|---|---|---|---|
| Hot Cheeks (Love Struck) Bronzer Stick | $7.50 | $15.00 | $12.65 | $21.00 |
| Peep Show (Erotica) Eye Shadow | $5.50 | $11.00 | $9.25 | $15.40 |
| Starry Eyed (Raunchy/Righteous) Eye Pencil Duo | $8.50 | $17.00 | $14.35 | $23.90 |
| Lip Lube (Luscious) Lip Gloss | $5.75 | $11.50 | $9.65 | $16.00 |

## ▼ FORMULAS BY ECOLY

| | Available sizes | U.S. Salon Price | U.S. Sugg. Retail |
|---|---|---|---|
| Papaya Dry Hair Shampoo | [10 oz./300 ml] | $4.13 | $8.25 |
| Papaya Dry Hair Shampoo | [16.9 oz./500 ml] | $7.25 | $14.50 |
| Papaya Dry Hair Shampoo | [33.8 oz/1000 ml] | $12.00 | $24.00 |
| Papaya Dry Hair Shampoo | [Gallon/3.8 l] | $30.00 | |
| Cucumber Oily Hair Shampoo | [10 oz./300 ml] | $4.13 | $8.25 |
| Cucumber Oily Hair Shampoo | [16.9 oz./500 ml] | $6.00 | $12.00 |
| Cucumber Oily Hair Shampoo | [33.8 oz./1000 ml] | $11.00 | $22.00 |
| Cucumber Oily Hair Shampoo | [Gallon/3.8 l] | $28.50 | |
| Primrose Daily Shampoo | [10 oz./300 ml] | $3.88 | $7.25 |
| Primrose Daily Shampoo | [16.9 oz./500 ml] | $5.63 | $11.25 |
| Primrose Daily Shampoo | [33.8 oz./1000 ml] | $10.50 | $21.00 |
| Primrose Daily Shampoo | [Gallon/3.8 l] | $26.50 | |
| Extra Moisture Conditioner | [5.1 fl oz./150 ml] | $5.98 | $11.95 |
| Intense Hair Repair Protein Reconstructor | [4.2 fl oz. /125 ml] | $5.98 | $11.95 |
| Tri-Wheat Leave-In Conditioner | [10 oz./300 ml] | $6.50 | $13.00 |
| Tri-Wheat Leave-In Conditioner | [16.9 oz./500 ml] | $10.75 | $21.50 |
| Tri-Wheat Leave-In Conditioner | [33.8 oz./1000 ml] | $15.50 | $31.00 |
| Tri-Wheat Daily Use Reconstructor | [10 oz./300 ml] | $8.25 | $16.50 |
| Tri-Wheat Daily Use Reconstructor | [16.9 oz./500 ml] | $15.00 | $30.00 |
| Tri-Wheat Daily Use Reconstructor | [33.8 oz./1000 ml] | $24.00 | $48.00 |
| Tri-Wheat Daily Use Reconstructor | [Gallon/3.8 l] | $53.00 | |
| Sage Weightless Conditioner & Detangler | [10 oz. /300 ml] | $4.13 | $8.25 |
| Sage Weightless Conditioner & Detangler | [16.9 oz./500 ml] | $6.13 | $12.25 |
| Sage Weightless Conditioner & Detangler | [33.8 oz./1000 ml] | $11.00 | $22.00 |
| Sage Weightless Conditioner & Detangler | [Gallon /3.8 l] | $28.50 | |
| Rosemary Mint Scalp Stimulating Treatment | [10 oz./300 ml] | $7.50 | $15.00 |
| Rosemary Mint Scalp Stimulating Treatment | [33.8 oz./1000 ml] | $19.50 | $39.00 |
| Willow Bark Heat Curling Lotion | [10 oz./300 ml] | $6.00 | $12.00 |
| Thyme Volumizing Gel-Mousse | [7 oz./200 ml] | $7.13 | $14.25 |
| Oak Tree Firm Hold Aerated Hair Spray | [10 oz./300 g] | $6.00 | $12.00 |
| Sundew Shine Spray | [1.7 oz./50 ml] | $6.00 | $12.00 |
| Oak Bark Gel | [4 oz./120 g] | $4.38 | $8.75 |
| Linden Mousse | [8 oz./230 g] | $6.00 | $12.00 |
| Cypress Setting Lotion | [10 oz./300 ml] | $6.50 | $13.00 |
| Slippery Elm Polishing Gloss | [4 oz./120 g] | $11.00 | $22.00 |
| Almond Tree Molding Putty | [4 oz./120 g] | $9.00 | $18.00 |
| Chamomile Hair Therapy Oil | [1 oz./30 ml] | $8.25 | $16.50 |
| Mint Hair Therapy Oil | [1 oz./30 ml] | $8.25 | $16.50 |
| Tea Tree Hair Therapy Oil | [1 oz./30 ml] | $8.25 | $16.50 |

SHC 2003

## ALL CANADIAN PRICING IS SUGGESTED. PLEASE CONTACT YOUR DISTRIBUTOR FOR CONFIRMED PRICING.

Last Rev: 11/19/01

lo-4

# STOCK UP NOW ON SEXY HAIR LITERS

## BIG SEXY HAIR • STRAIGHT SEXY HAIR • CURLY SEXY HAIR • HEALTHY SEXY HAIR

Purchase any of our Sexy Hair Concepts Shampoo & Conditioner Duos

US Salon Price: $10.00 • CN Salon Price: $18.50 (CAD)
US Salon Value: $17.50 • CN Salon Value: $32.00 (CAD)
US Sugg. Retail Price $20.00 • CN Sugg. Retail Price: $29.95 (CAD)
US Sugg. Retail Value: $35.00 • CN Sugg. Retail Value: $53.30 (CAD)

Save 43%

(Products are shrinkwrapped, stickered only for US distribution)



## HOT SAVINGS ON HOT SEXY HIGHLIGHTS

**SAVE 50%** on All Hot Sexy Highlights Shampoos, Conditioners & Whipped Up Gel Foam

### Highlighting & Color Stabilizing Shampoo, 6.8 fl oz.
US Salon Price: $1.99 • CN Salon Price: $3.35 (CAD)
US Salon Value: $3.98 • CN Salon Value: $6.70 (CAD)
US Sugg. Retail Price: $3.98 • CN Sugg. Retail Price: $5.60 (CAD)
US Sugg. Retail Value: $6.95 • CN Sugg. Retail Value: $11.15 (CAD)

### Blonde & Color Conditioners, 5.1 fl oz.
US Salon Price: $2.99 • CN Salon Price: $5.00 (CAD)
US Salon Value: $5.98 • CN Salon Value: $9.95 (CAD)
US Sugg. Retail Price: $5.98 • CN Sugg. Retail Price: $8.35 (CAD)
JS Sugg. Retail Value: $11.95 • CN Sugg. Retail Value: $16.65 (CAD)

### Whipped Up Gel Foam, 7 oz.
US Salon Price: $3.24 • CN Salon Price: $5.45 (CAD)
US Salon Value: $6.48 • CN Salon Value: $10.90 (CAD)
US Sugg. Retail price: $6.48 • CN Sugg. Retail Price: $9.99 (CAD)
JS Sugg. Retail Value: $12.95 • CN Sugg. Retail Value: $18.25 (CAD)



SHC 2004

10-5

# INTRODUCING 3 NEW SEXY HAIR CONCEPTS PRODUCTS TO START OFF 2002 WITH A BANG!

### SHORT SEXY HAIR FRENZY BULKED UP TEXTURE COMPOUND
- Dual action to give bulked up volume & intense texture.
- Frenzy bonds to the hair to thicken up the hair shaft to create fullness & separation at the same time.
- This unique compound helps create today's messy and wild hairstyles.
- Delivers extra holding power to hold styles in place with a medium matte finish.
- Apply a small amount to dry hair and style. For more intense texture, throw your head upside down and work product vigorously through hair creating random bits and pieces. Then throw your head back over and place chunks where desired.

### SHORT SEXY HAIR SHATTER SEPARATE & HOLD SPRAY
- Dual action to give hair extra separation and hold.
- First-ever texture spray with hold that's dry and non greasy. Never overly damp.
- Firm holding 55% VOC pump spray specifically designed to enhance shattered, jagged and textured hair styles.
- Unique new spray delivers a very controlled fine mist that goes only where you want it to go.
- Gives hair extra hold to keep it in place all day.
- Spray on damp hair and style with blow dryer or use on dry hair for extra separation and finishing hold.

### HEALTHY SEXY HAIR SOYL SCULPTING & BRAIDING CLAY
- The first-ever clay specifically designed for braiding, sculpting and twisting.
- Soyl contains Soy Protein for added strength and protection from the environment and Diatomaceous Earth which absorbs oil from the hair and to cause it clump up for more control while styling.
- When applied to long straight hair, it will give the hair a rough, worn texture, making it easy to achieve twists, temporary deadlocks and braids.
- Also works great on short hair to give severe matte texture and intense direction.
- On curly hair, short or long, it will instantly clump hair up and give deep, intense separation creating rope-like pieces.
- Emulsify a small amount of Soyl between hands and apply to small sections of dry hair from roots to ends. Begin braiding or sculpting as Soyl helps bond the hair to simplify the process.



## CHANGE HAPPENS

The New Year is a great time for introspection and a perfect time to evaluate yourself and your salon. Change everything that doesn't make you happy. It's that simple. Picture your life the way you want to see it and then re-invent it. Change your body, change old habits, change your hairstyle, change your service menu, and change your prices. Change is frightening, invigorating, refreshing and needed. Don't procrastinate another moment. Live life like you mean it.

Someone once told me, if you're not living on the edge, you're taking up too much space. It's become my credo. I hope it works for you.

SHC 2005

*Michael O'Rourke*
Founder and CEO, Sexy Hair Concepts

09SHJF02

6-6