# JULY/AUGUST 2002 PROMOTIONS

## bigsexyhair

### BIG SEXY HAIR NEW PRODUCTS OPENER

**Purchase:**
- 5-Big Sexy Hair Spray & Play Harder Firm Volumizing Hairspray 10.6 oz
- 5-Big Sexy Hair Dense Thickening Spray 8.5 fl oz
- 5-Big Sexy Hair Big Shine - Shine Spray 2.5 fl oz
- 5-Big Sexy Hair Flip It Over Full & Wild Spray 4.4 oz

**Receive Free*:**
- 1 of each product
- 1-Easel Card
- 1-Big Sexy Hair Styling Video
- 10-Sexy Hair Concepts Consumer Brochures
- *U.S. ONLY

- US Salon Price: $127.20
- US Salon Value: $165.14

**Save 23%**

- CN Salon Price: $234.25 (CAD)
- CN Salon Value: $270.60 (CAD)

**Save 13%**



### BIG SEXY HAIR NEW PRODUCTS TRIAL BOX

**Purchase:**
- 1-Big Sexy Hair Spray & Play Harder Firm Volumizing Hairspray 10.6 oz
- 1-Big Sexy Hair Dense Thickening Spray 8.5 fl oz
- 1-Big Sexy Hair Big Shine - Shine Spray 2.5 fl oz
- 1-Big Sexy Hair Flip It Over Full & Wild Spray 4.4 oz

**Receive Free:**
- 1-Trial Box/POP Display
- 1-Sexy Hair Concepts Consumer Brochure

- US Salon Price: $25.44
- CN Salon Price: $42.85 (CAD)




SHC 2023

OPP NO. 125,789 (SO SEXY)

SEE BACK PAGE FOR MORE INFORMATION ON NEW PRODUCTS

ALL CANADIAN PRICING IS SUGGESTED. PLEASE CONTACT YOUR DISTRIBUTOR FOR CONFIRMED PRIC[E]



EXHIBIT 7-1
Deponent M. Stiller
Date 9.28.04  Rptr. mg



# bigsexyhair & SEXsymbol
*Cosmetic Enhancers*

### BIG SEXY HAIR ROOT PUMP PLUS HUMIDITY RESISTANT VOLUMIZING SPRAY MOUSSE WITH $1.00 SEX SYMBOL HOT CHEEKS (RETAIL)

**Purchase:**
1-Big Sexy Hair Root Pump Plus Humidity Resistant Volumizing Spray Mousse 10.6 oz
1-Sex Symbol Hot Cheeks Cheek Stick (Sunburnt or Love Struck*) for $1.00 (Retail)

- US Salon Price: $7.75
- CN Salon Price: $13.10 (CAD)
- US Salon Value: $14.75
- CN Salon Value: $24.64 (CAD)
- US Sugg. Retail Price: $15.50
- CN Sugg. Retail Price: $21.75 (CAD)
- US Sugg. Retail Value: $29.50
- CN Sugg. Retail Value: $40.99 (CAD)

**Save 47%**

(Products will be shrinkbanded. Stickered for US distribution only. *Color choice not available.)



### BIG SEXY HAIR ROOT PUMP VOLUMIZING SPRAY MOUSSE WITH FREE SEX SYMBOL LIP LUBE LIP GLOSS

**Purchase:**
1-Big Sexy Hair Root Pump Volumizing Spray Mousse 10.6 oz
**Receive Free:**
1-Sex Symbol Lip Lube Lip Gloss (Luscious or Boy Bait*)

- US Salon Price: $6.50
- CN Salon Price: $10.95 (CAD)
- US Salon Value: $12.25
- CN Salon Value: $20.60 (CAD)
- US Sugg. Retail Price: $13.00
- CN Sugg. Retail Price: $18.25 (CAD)
- US Sugg. Retail Value: $24.50
- CN Sugg. Retail Value: $34.25 (CAD)

**Save 47%**

(Products will be shrinkbanded. Stickered for US distribution only. *Color choice not available.)



### U.S. RUMBLE BOYS

### RUMBLE BOYS BULLET PROOF & KNOCKOUT SHAMPOO WITH FREE BAD DAWG WAX

**Purchase at a special price:**
1-Bullet Proof Hairspray 5.3 oz
1-Knockout Stimulating Shampoo 8.5 fl oz
**Receive Free:**
1-Bad Dawg Wax Limited Edition .5 oz

- US Salon Price: $6.98
- CN Salon Price: $11.20 (CAD)
- US Salon Value: $10.96
- CN Salon Value: $17.45 (CAD)
- US Sugg. Retail Price: $13.95
- CN Sugg. Retail Price: $18.65 (CAD)
- US Sugg. Retail Value: $21.92
- CN Sugg. Retail Value: $29.10 (CAD)

**Save 36%**

(Products will be bagged with hangtag.)



sexyhairconcepts™

SHC 2024

ALL CANADIAN PRICING IS SUGGESTED. PLEASE CONTACT YOUR DISTRIBUTOR FOR CONFIRMED PRICING.

7-2

# short hair

## SHORT SEXY HAIR HARD UP GEL BONUS SIZE - 100% MORE FREE!

Purchase:
Short Sexy Hair Hard Up Gel 8.5 fl oz for the 4.2 fl oz Price

- US Salon Price: $5.25
- US Salon Value: $10.50
- US Sugg. Retail Price: $10.50
- US Sugg. Retail Value: $21.00
- CN Salon Price: $8.85 (CAD)
- CN Salon Value: $17.75 (CAD)
- CN Sugg. Retail Price: $14.75 (CAD)
- CN Sugg. Retail Value: $29.50 (CAD)

### Save 50%



# back to school bargains

## STOCK UP ON LITERS!
## BACK TO SCHOOL SPECIAL 2 FOR $20 RETAIL*

Purchase any of these Shampoo and Conditioner Duos:
Big Sexy Hair Shampoo & Conditioner Liters
Curly Sexy Hair Shampoo & Conditioner Liters
Healthy Sexy Hair SoyMilk Shampoo & Conditioner Liters
Straight Sexy Hair Shampoo & Conditioner Liters

- US Salon Price: $10.00
- US Salon Value: $17.50
- US Sugg. Retail Price: $20.00
- US Sugg. Retail Value: $35.00
- CN Salon Price: $18.25 (CAD)
- CN Salon Value: $32.00 (CAD)
- CN Sugg. Retail Price: $30.50 (CAD)
- CN Sugg. Retail Value: $53.30 (CAD)

### Save 43%

(*Products will be shrinkbanded. Stickered 2 for $20 for US distribution only.)

# healthy sexy hair

## NEW HEALTHY SEXY HAIR SOYMILK MOISTURE SHAMPOO LITER WITH HEALTHY SEXY HAIR SOYMILK CONDITIONER LITER 2 FOR $22*



- US Salon Price: $11.00
- US Salon Value: $18.50
- US Sugg. Retail Price: $22.00
- US Sugg. Retail Value: $37.00
- CN Salon Price: $20.25 (CAD)
- CN Salon Value: $33.95 (CAD)
- CN Sugg. Retail Price: $33.75 (CAD)
- CN Sugg. Retail Value: $56.50 (CAD)

### Save 40%

(*Products will be shrinkbanded. Stickered 2 for $22 for US distribution only.)

# FORMULAS by ECOLY

## FORMULAS BY ECOLY LITERS

Purchase your choice of any of these products, 33.8 oz:
Formulas By Ecoly Papaya Dry Hair Shampoo Liter
Formulas By Ecoly Primrose Daily Shampoo Liter
Formulas By Ecoly Cucumber Oily Hair Shampoo Liter
Formulas By Ecoly Sage Weightless Conditioner and Detangler Liter



- US Salon Price: $6.00
- US Salon Value: $10.50-12.00
- US Sugg. Retail Price: $12.00
- US Sugg. Retail Value: $21.00-24.00

SHC 2025

### Save up to 50%

(*Products will be stickered $12 for US distribution only.)

7-3

# NEW big sexy hair

## • GET THE FACTS! • GET THE FACTS! • GET THE FACTS! • GET THE FACTS! • GET THE FACTS!



### DENSE THICKENING SPRAY
- The perfect, non-aerosol spray that thickens and volumizes hair
- Leaves hair extremely soft and FREE of that sticky product feel
- Delivers long lasting volume that's flexible and touchable
- Spray this weightless product into damp hair from roots to ends and blow-dry
- Contains Lavender Extract for lots of extra volume, with Aloe Vera and Evening Primrose Extracts for condition, moisture balance and soothing properties



### SPRAY & PLAY HARDER FIRM VOLUMIZING HAIRSPRAY
- It's BIGGER, STRONGER and FASTER
- Fights humidity and damaging UV rays
- Faster drying and gives you more volume
- Extra Hydrolyzed Wheat Protein helps to moisturize hair
- Delivers a super shiny finish



### FLIP IT OVER FULL AND WILD SPRAY
- This is a one of a kind product that brings BIG styling to the next level
- Specifically designed to give you extremely full and wild volume
- Flip your head over, spray onto the underside of dry hair, then scrunch it and tousle it
- Unique formula bonds to the hair for super fullness
- Contains Lavender Extract for lots of extra volume, Aloe and Evening Primrose Extracts for condition, moisture balance and soothing properties
- Also contains Panthenol to thicken the hair shaft



### BIG SHINE - SHINE SPRAY
- For a BIG finish
- Non-greasy and weightless so it won't flatten your BIG style
- Unique combination of ingredients plus Lemon Extract for ULTIMATE SHINE

**CHECK OUT OUR WEBSITE - www.sexyhairconcepts.com • NEW LOOK • NEW LAYOUT • NEW INFORMATION**



## SPEAKING OUT AGAINST DIVERSION

Diversion corrupts our synergy, weakens our strength as opinion leaders, and diminishes our capacity to earn. I, as stylist, salon owner, and manufacturer, am incensed from all perspectives. I don't believe that any manufacturer in our industry is exempt from this attack.

We at Sexy Hair Concepts are committed to:
- Terminate any distributors we find diverting products directly or indirectly.
- Ensuring distributors stop shipping to any salons known to be or suspected of diverting products.
- Work with other manufacturers to implement procedures which will minimize the ability to divert our product and to trace those responsible.
- Do everything in our power to legally stop retailers from selling diverted products.

I thank you for your support and hopefully together we can free our wonderful industry from this unfortunate plight.

*Michael O'Rourke*
Founder and CEO, Sexy Hair Concepts

09SHJA02   SHC 2026

7-4

# HOLIDAY 2002 PROMOTIONS

## healthysexyhair

### GET HEALTHY FOR A SPECIAL PRICE:

Purchase for a special price:
- 1-Healthy Sexy Hair Soya Want Full Hair Hairspray 10.6 oz
- 1-Healthy Sexy Hair Soy Tri-Wheat Leave In Conditioner 8.5 fl oz

- US Salon Price: $8.98
- US Salon Value: $12.23
- US Sugg. Retail Price: $17.95
- US Sugg. Retail Value: $24.45

- CN Salon Price: $15.07 (CAD)
- CN Salon Value: $20.65 (CAD)
- CN Sugg. Retail Price: $25.10 (CAD)
- CN Sugg. Retail Value: $34.39 (CAD)

### Save 27%
(Products will be boxed)




Healthy Sexy Hair $10.95, gives Jennifer's hair protein and gets rid of static.

As seen in Seventeen magazine, August 2002

SHC 2379

# ★ sexyhairconcepts™

## straight

### STRAIGHT POWER DUO AT A SPECIAL PRICE

Purchase for a special price:
- 1-Straight Sexy Hair Smooth & Seal Aerated Anti-Frizz Spray 8.8 oz
- 1-Straight Sexy Hair Power Straight Temporary Straightening Balm 3.4 fl oz

- US Salon Price: $9.48
- US Salon Value: $13.95
- US Sugg. Retail Price: $18.95
- US Sugg. Retail Value: $27.90

- CN Salon Price: $17.45 (CAD)
- CN Salon Value: $23.55 (CAD)
- CN Sugg. Retail Price: $29.00 (CAD)
- CN Sugg. Retail Value: $39.25 (CAD)

### Save 32%     Save 25%
(Products will be boxed)



## SEX SYMBOL STAR POWDERS

Purchase:
- 2-Wintergreen Star Powders
- 2-24 Carat Star Powders
- 2-Sugar Plum Star Powders

Receive Free:
Counter Display Box

- US Salon Price: $64.50
- US Sugg. Retail Value: $21.50 ea.

- CN Salon Price: $108.90 (CAD)
- CN Sugg. Retail Value: $28.99 ea. (CAD)



## FORMULAS BY ECOLY

Purchase:
- 1-Thyme Volumizing Gel-Mousse 7 oz

Receive Free:
- 1-Tri-Wheat Leave-In Conditioner 10 fl oz

- US Salon Price: $7.13
- US Salon Value: $13.83

- US Sugg. Retail Price: $14.25
- US Sugg. Retail Value: $27.25

### Save 48%
(Products will be boxed)



ALL CANADIAN PRICING IS SUGGESTED. PLEASE CONTACT YOUR DISTRIBUTOR FOR CONFIRMED PRICING.

09SHH02

SHC 2382






# HAIR FOR

## YOU WILL SEE OUR LOGOS CHANGE ON PRODUCT PACKAGES DURING 2003

Please compare the difference between the OLD Big Sexy Hair Logo on this can of Spray and Play Hairspray with the NEW Big Sexy Hair Logo on Spray and Play Harder. Watch for similar changes in all Sexy hair brand lines.

OLD LOGO: BIG SEXY HAIR    NEW LOGO: bigsexyhair

OLD LOOK / NEW LOOK

## sexy

### GET 100% MORE HARD UP HARD HOLDING GEL FREE FOR THE NEW YEAR!

Purchase:
1 Hard Up Hard Holding Gel 8.5 oz. for the 4.2 oz. price

- US Salon Price: $5.25
- CN Salon Price: $9.00 (CAD)
- US Salon Value: $10.50
- CN Salon Value: $17.75 (CAD)
- US Sugg. Retail Price: $10.50
- CN Sugg. Retail Price: $15.00 (CAD)
- US Sugg. Retail Value: $24.00
- CN Sugg. Retail Value: $29.50 (CAD)

**Save 50%**

## straight hair

### STRAIGHT SEXY HAIR SHAMPOO & CONDITIONER 2 FOR $10 RETAIL

Purchase a Special Price:
Shampoo 8.5 oz.
Conditioner 8.5 oz.

- US Salon Price: $5.00
- CN Salon Price: $8.67 (CAD)
- US Salon Value: $6.95
- CN Salon Value: $10.70 (CAD)
- US Sugg. Retail Price: $10.00
- CN Sugg. Retail Price: $17.25 (CAD)
- US Sugg. Retail Value: $13.90
- CN Sugg. Retail Value: $19.80 (CAD)

**Save 28%**

(Combined Value of Shampoo and Conditioner at US and CN Retail)



ALL CANADIAN PRICING IS SUGGESTED. PLEASE CONTACT DISTRIBUTOR FOR CONFIRMED PRICING.

SHC 2376

9-2

## UP LITERS THESE SPECIALS

### HEALTHY SEXY HAIR SOYMILK SHAMPOO & CONDITIONER LITERS WITH FREE SOY FUEL POWER CONDITIONER BOOSTER

- Purchase at a Special Price (2 for $22 Retail):
  - 1 – Soy Milk Shampoo 33.8 oz
  - 1 – Soy Milk Conditioner 33.8 oz
- Receive FREE:
  - 1 – Soy Fuel Power Conditioner Booster 1.7 oz

- US Salon Price: $11.00
- US Salon Value: $24.98
- US Sugg. Retail Price: $22.00
- US Sugg. Retail Value: $49.95

- CN Salon Price: $20.78 (CAD)
- CN Salon Value: $34.50 (CAD)
- CN Sugg. Retail Price: $34.65 (CAD)
- CN Sugg. Retail Value: $74.40 (CAD)

**Save 55%**

*Products will be shrink-wrapped. Stickered for US distribution only.*



## DUOS FOR RETAIL*

- Big Sexy Hair Shampoo & Conditioner Liters
- Curly Sexy Hair Shampoo & Conditioner Liters
- Healthy Sexy Hair Soy Milk Moisture Shampoo & Conditioner Liters
- Straight Sexy Hair Shampoo & Conditioner Liters

Purchase any of the Shampoo and Conditioner Duos (bottled liters):

- US Salon Price: $11.00
- US Salon Value: $17.50 – $19.50
- US Sugg. Retail Price: $22.00
- US Sugg. Retail Value: $35.00 – $37.00

- CN Salon Price: $20.78 (CAD)
- CN Salon Value: $32.00 – $36.85 (CAD)
- CN Sugg. Retail Price: $34.65 (CAD)
- CN Sugg. Retail Value: $53.70 – $58.65 (CAD)

**Save up to 41%**

*Products will be shrink-wrapped. Stickered for US distribution only.*



SHC 2377

9-3

# FORMULAS by ECOLY

## FORMULAS BY ECOLY LITERS $12 EACH RETAIL

Purchase your choice of any of these products, 33.8 oz.
- Papaya Dry Hair Shampoo Liter
- Primrose Daily Shampoo Liter
- Cucumber Oily Hair Shampoo Liter
- Sage Weightless Conditioner and Detangler Liter

- US Salon Price: $6.00
- US Salon Value: $10.50–12.00
- US Sugg. Retail Price: $12.00
- US Sugg. Retail Value: $21.00–24.00

### Save up to 50%

(Product available through select US distribution only.)

## CELEBRITIES   SEXY




MICHAEL O'ROURKE WAS DELIGHTED TO RECEIVE THIS AUTOGRAPHED COPY OF ERIN'S BOOK.

## PLAN FOR SUCCESS! PLAN YOUR PROFITS!

| Monthly Profit Goal for All Deals: $ _____ | Total Monthly Profit _____ |

| PROMOTION | # OF STYLISTS | x | PROFIT PER DEAL (US) | x | DEALS SOLD PER STYLIST PER WEEK | x | # OF WEEKS IN PROMOTION | = | TOTAL PROFIT |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | $2.50 |  |  |  |  |  |  |
|  |  |  | $6.25 |  |  |  |  |  |  |
|  |  |  | $8.00 |  |  |  |  |  |  |
|  |  |  | $10.00 |  |  |  |  |  |  |
|  |  |  | $14.00 |  |  |  |  |  |  |
|  |  |  | $9.00 |  |  |  |  |  |  |

TOTAL PROFIT: _____

SHC 2378  9-4