exy Hair Concepts [ Property of Michael O'Rourke ]



SHC 2940

xy Hair Concepts [ Property of Michael O'Rourke ]



Go ahead, touch it.

big sexy hair :

Specifically designed to add, support and enhance maximum fullness and body to the hair while maintaining moisture and protecting hair color from fadin

SHC 2941

14-15

Sexy Hair Concepts [ Property of Michael O'Rourke ]

# short sexy hair

PROPERTY OF MICHAEL O'ROURKE

LATEST news

HOME | ABOUT | IN THE NEWS | NEW → | PRODUCTS | WHERE TO BUY | CONTACT  ★sexyhair

**Go ahead, touch it.**



Design, Nothing-Creative.com

**short sexy hair :**

Offers dual action products specially made for short hair to achieve the ultimate stylish loo. The products can be combined together to create a unique, individual style.

SHC 2942

14-16

Sexy Hair Concepts [ Property of Michael O'Rourke ]



SHC 2943

10/11/2002

14-17

Sexy Hair Concepts [ Property of Michael O'Rourke ]



SHC 2944

14-18

Sexy Hair Concepts [ Property of Michael O'Rourke ]



healthy sexy hair :

Big Sexy Hair just got Bigger. V
is being taken to the next level.
exciting new styling products c
volume not just at the roots bu
the ends of hair. Two fabulous
finishing products support your
"Big" look. Additionally, all of t
products maintain moisture in h

Big Sexy Hair products are spe
ulated to build volume in all ha
especially in fine and thinning l

SHC 2945

10/11/2002

14-19

Sexy Hair Concepts [ Property of Michael O'Rourke ]



SHC 2946

14-20

# EXHIBIT B

SHC 2947

PHL_A #1699615 v1
Attorney Docket No. 080492

14-21



UNITED STATES PATENT AND TRADEMARK OFFICE



*TESS was last updated on Thu Dec 12 04:10:42 EST 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**
—

| | |
|---|---|
| **Word Mark** | SEXY HAIR |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Hair care products for men, women and children, namely hair shampoos, hair conditioners, hair lotions, hair cremes, hair gels, hair sprays, hair color, hair dyes, hair rinses, hair mousse. FIRST USE: 19980615. FIRST USE IN COMMERCE: 19981221 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75634213 |
| **Filing Date** | February 5, 1999 |
| **Published for Opposition** | August 22, 2000 |
| **Registration Number** | 2403396 |
| **Registration Date** | November 14, 2000 |
| **Owner** | (REGISTRANT) Ecoly International, Inc. CORPORATION CALIFORNIA 9232 Eton Avenue Chatsworth CALIFORNIA 91311 |
| **Attorney of Record** | Roberta Jacobs-Meadway |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HAIR" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

SHC 2948

14-22

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

SHC 2949

14-23

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 11:57:23 ET

Serial Number: 75634213

Registration Number: 2403396

Mark (words only): SEXY HAIR

Current Status: Registered.

Date of Status: 2000-11-14

Filing Date: 1999-02-05

Registration Date: 2000-11-14

Law Office Assigned: TMEG Law Office 104

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2002-10-18

---

## CURRENT APPLICANT(S)/OWNER(S)

1. Ecoly International, Inc.

Address:
Ecoly International, Inc.
9232 Eton Avenue
Chatsworth, CA 91311
United States
State or Country of Incorporation: California
Legal Entity Type: Corporation

---

## GOODS AND/OR SERVICES

Hair care products for men, women and children, namely hair shampoos, hair conditioners, hair lotions, hair cremes, hair gels, hair sprays, hair color, hair dyes, hair rinses, hair mousse
International Class: 003
First Use Date: 19980615
First Use in Commerce Date: 19981221

Basis: 1(a)

SHC 2950

14-24

## ADDITIONAL INFORMATION

**Disclaimer:** "HAIR"

## PROSECUTION HISTORY

2000-11-14 - Registered - Principal Register

2000-08-22 - Published for opposition

2000-07-21 - Notice of publication

2000-06-03 - Approved for Pub - Principal Register (Initial exam)

1999-12-14 - Letter of suspension mailed

1999-10-18 - Communication received from applicant

1999-08-17 - Non-final action mailed

1999-08-04 - Case file assigned to examining attorney

1999-07-30 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
Roberta Jacobs-Meadway (Attorney of record)

ROBERTA JACOBS-MEADWAY
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE COMMERCE SQ STE 2200
2005 MARKET ST
PHILADELPHIA PA 19103
United States

SHC 2951

# EXHIBIT C