

xy Hair C( pts [ Property of Michael O'Rourke ]

LATEST NEWS:
HOME | ABOUT | IN THE NEWS | NEW → | PRODUCTS | WHERE TO BUY | CONTACT
2.2
sexyhairconcepts
NEW!! UNSHAKEABLE
NEW!! FLASHY
NEW!!

SHC 2953

http://www.sexyhairconcepts.com/index_intro1.html 10/11/2002

14-27

Go ahead, touch it.

wild sexy hair :

Take a walk on the wild side. This new WILD line of products brings fun and style into one.

Take long, short, curly or straig hair from bland to wild instantl

SHC 2954

14-28



Sexy Hair Concepts [ Property of Mic[illegible] O'Rourke ] Page 1 of 1

LATEST NEWS
big sexy hair
PROPERTY OF MICHAEL O'ROURKE
HOME | ABOUT | IN THE NEWS | NEW → | PRODUCTS | WHERE TO BUY | CONTACT
sexyhair
Go ahead, touch it.
big sexy hair :
Specifically designed to add, support and enhance maximun fullness and body to the hair while maintaining moisture and protecting hair color from fadin

SHC 2955

http://www.sexyhairconcepts.com/index_intro1.html 10/11/2002

14-29

SHC 2956

14-30

Sexy Hair Concepts [ Property of Michael O'Rourke ] Page 1 of 1

curly sexy hair
PROPERTY OF MICHAEL O'ROURKE
LATEST NEWS
HOME | ABOUT | IN THE NEWS | NEW | PRODUCTS | WHERE TO BUY | CONTACT
sexyhair
Go ahead, touch it.
curly sexy hair :
Specifically designed with innovative ingredients to create and support curls of all kinds.
HAIR SHAMPOO
HAIR CONDITIONER

SHC 2957

http://www.sexyhairconcepts.com/index_intro1.html 10/11/2002

14-31



SHC 2958

14-32

Sexy Hair Concepts [ Property of Mich[illegible] O'Rourke ] Page 1 of 1

LATEST NEWS:
healthy sexy hair
HOME | ABOUT | IN THE NEWS | NEW → | PRODUCTS | WHERE TO BUY | CONTACT
sexyhair
Go ahead, touch it.
healthy sexy hair
healthy sexy hair :
Big Sexy Hair just got Bigger. V
is being taken to the next level
exciting new styling products c
volume not just at the roots bu
the ends of hair. Two fabulous
finishing products support you
"Big" look. Additionally, all of t
products maintain moisture in
Big Sexy Hair products are spe
ulated to build volume in all ha
especially in fine and thinning

SHC 2959

http://www.sexyhairconcepts.com/index_intro1.html 10/11/2002

14-32

RASPBERRY TRUFFLE BODY CLEANSE

DIRECTIONS: Wet body, smooth over skin and rinse thoroughly. Use a sponge for luxurious lather.

MODE D'EMPLOI: Appliquez sur la peau humide et rincer abondamment. Utiliser une éponge pour obtenir une mousse somptueuse.

APLICACIÓN: Moje su cuerpo entero, esparza el tonificante sobre la piel y enjuague constantemente.

ANWENDUNG: Sanft auf dem nassen Körper verteilenoder mit einem Schwamm reichhaltigen Schaum erzeugen - und gut abspülen.

INGREDIENTS: Water(Aqua), Sodium Lauryl Sulfate, Sodioum Laureth Sulfate, Cocamide DEA, Polyquaternium-7, Cocamidopropyl Betaine, Fragrance (parfum), Aloe Barbadensis (Aloe Vera) Leaf Juice, Rubus Idaeus (Raspberry) Fruit Extract, Kelp Extract (Macrocystis Pyrifera), Cypripedium Pub-escens (Lady's Slipper) Extract, Angelica Archangelica Root Extract, Tocopheryl Acetate (Vitamin E Acetate), Retinyl Palmitate (Vitamin A Palmitate), Yohimbine (Yohime) Extract, Theobroma Cacao(Cocoa) Seed Butter, Panthenol (Pro-Vitamin B5), Sodium Chloride, Red 33, Methylisothiazolinone, Methylchloroisothiazolinone, Citric Acid.

Manufactured for Sexy Hair Concepts 800-848-3383 made in the U.S.A. Chatsworth, CA 91311 Hamstead, London NW3 UK www.sexyhairconcepts.com

6 46630 00131 6



sexybath&body

PROPERTY OF MICHAEL O'ROURKE

W.m.n.

RASPBERRY TRUFFLE

BODY CLEANSE

LOTION PURIFIANTE POUR LE CORPS

TONIFICANTE CORPORAL

BODY CLEANSE

10.5 fl oz (300 ml) ℮

SHC 2961

14-35

# EXHIBIT E

SHC 2962

PHL_A #1699615 v1
Attorney Docket No. 080492

14-36

exy Hair Concepts [ Property of Micha O'Rourke ] Page 1 of 1

sexsymbol
LATEST NEWS:
HOME | ABOUT | IN THE NEWS | NEW | PRODUCTS | WHERE TO BUY | CONTACT
sexyhair

Go ahead, touch it.

sexsymbol
aerotan

sex symbol :

# aero tan

## INSTANT TEMPORARY TANNING SPRAY

Instant temporary tanning spra Unique aerosol tanning formulat an overall even tan that does n skin looking orange. Spray onl rub in. Can be used to maintai bronzed look.

Aero Tan does not contain sun- and does not protect from UV

Design. HaChine-Creations.com

SHC 2963

...irconcepts.com/index_intro1.html 10/11/2002

14-37

SHC 2964

14-38

# EXHIBIT F

SHC 2965

PHL_A #1699615 v1
Attorney Docket No. 080492

14-39