


## UNITED STATES PATENT AND TRADEMARK OFFICE

*TESS was last updated on Thu Dec 12 04:10:42 EST 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SEXSYMBOL |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: cosmetics, namely, lipstick and lip gloss, nail polish, mascara, eyeliner and foundation, and hair care products for men, women, and children, namely, shampoos, conditioners, hair lotions, hair conditioning creams, hair gels, hair sprays, hair color, hair tint and hair mousse. FIRST USE: 20010100. FIRST USE IN COMMERCE: 20010100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76132497 |
| **Filing Date** | September 21, 2000 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | May 22, 2001 |
| **Registration Number** | 2636664 |
| **Registration Date** | October 15, 2002 |
| **Owner** | (REGISTRANT) Ecoly International, Inc. CORPORATION CALIFORNIA 9232 Eton Avenue Chatsworth CALIFORNIA 91311 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JAY K MEADWAY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

SHC 2966

http://tess.uspto.gov/bin/showfield?f=doc&state=vrbdr8.3.1                12/12/2002

14-40

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 12:04:15 ET

Serial Number: 76132497

Registration Number: 2636664

Mark (words only): SEXSYMBOL

Current Status: Registered.

Date of Status: 2002-10-15

Filing Date: 2000-09-21

Registration Date: 2002-10-15

Law Office Assigned: TMO Law Office 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 651 -Publication And Issue

Date In Location: 2002-11-27

## CURRENT APPLICANT(S)/OWNER(S)

1. Ecoly International, Inc.

**Address:**
Ecoly International, Inc.
9232 Eton Avenue
Chatsworth, CA 91311
United States
**State or Country of Incorporation:** California
**Legal Entity Type:** Corporation

## GOODS AND/OR SERVICES

cosmetics, namely, lipstick and lip gloss, nail polish, mascara, eyeliner and foundation, and hair care products for men, women, and children, namely, shampoos, conditioners, hair lotions, hair conditioning creams, hair gels, hair sprays, hair color, hair tint and hair mousse
International Class: 003
First Use Date: 20010100
First Use in Commerce Date: 20010100

Basis: 1(a)

SHC 2968

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-10-15 - Registered - Principal Register

2002-07-26 - Allowed for Registration - Principal Register (SOU accepted)

2002-07-03 - Communication received from applicant

2002-07-03 - PAPER RECEIVED

2002-06-07 - Non-final action mailed

2002-05-06 - Previous allowance count withdrawn

2002-05-06 - Allowed for Registration - Principal Register (SOU accepted)

2002-02-14 - Statement of use processing complete

2002-02-14 - Amendment to Use filed

2001-08-14 - Notice of allowance - mailed

2001-05-22 - Published for opposition

2001-05-09 - Notice of publication

2001-02-27 - Approved for Pub - Principal Register (Initial exam)

2001-02-23 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
JAY K. MEADWAY (Attorney of record)

JAY K. MEADWAY
AKIN GUMP STRAUSS HAUER & FELD LLP
1 COMMERCE SQ
2005 MARKET ST FL 22
PHILADELPHIA PA 19103-7014
United States

SHC 2969

# EXHIBIT G

PHL_A #1699615 v1
Attorney Docket No. 080492

SHC 2970

14-44




## UNITED STATES PATENT AND TRADEMARK OFFICE

*TESS was last updated on Thu Dec 12 04:10:42 EST 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At: [     ] OR [Jump] to record: [     ] **Record 4 out of 946**

---

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

**Word Mark** HYDRA-DETENTE

**Translations** APPLICANT SUBMITS THAT "HYDRA" IS THE ABBREVIATION OF THE WORD MEANING "MOISTURIZING" AND THE ENGLISH TRANSLATION OF THE WORD DETENTE IS "RELAXATION".

**Goods and Services** IC 003. US 001 004 006 050 051 052. G & S: Non-medicated skin care and cleaning preparations, namely, cream, milk, lotion, serum, gel, fluid, and oil for moisturizing the body, face and eyes; non-medicated cellulite-reducing skin lotions and skin gels; cleansing, moisturizing, anti-aging, and non-medicated anti-wrinkle facial masks; non-medicated moisturizing lip masks; anti-wrinkle cream for eyes; massage oil; talcum powder; sun products, namely, sun screen, suntanning oils and lotions, sun block, after-sun cream, self-tanning milk and cream, accelerated tanning cream; cosmetics, namely, skin soap, make-up remover, lip and eye make-up remover, nail polish, dentifrices, depilatories, liquid foundation, tinted skin creams, make-up, powder and cream blusher, lipstick, mascara, eye shadow, eye-liner pencil; perfumes, namely, perfumed water, toilet water, cologne water, scented water, perfumed talcum powder, perfumed skin cream, perfumed body oils, perfumed skin cleansing foam, essential oils for personal use; perfumed bath products, namely, body lotions, body powder, body oils and personal deodorants; hair care preparations, namely, shampoo, conditioners, sprays, lotions, hair gels, mousse, masks, foams, sun screen and hair color; Non-medicated skin care and cleaning preparations, namely, cream, milk, lotion, serum, gel, fluid, and oil for moisturizing the body, face and eyes; non-medicated cellulite-reducing skin lotions and skin gels; cleansing, moisturizing, anti-aging, and non-medicated anti-wrinkle facial masks; non-medicated moisturizing lip masks; anti-wrinkle cream for eyes; massage oil; talcum powder; sun products, namely, sun screen, suntanning oils and lotions, sun block, after-sun cream, self-tanning milk and cream, accelerated tanning cream.

cosmetics, namely, skin soap, make-up remover, lip and eye make-up remover, nail polish, dentifrices, depilatories, liquid foundation, tinted skin creams, make-up, powder and cream blusher, lipstick, mascara, eye shadow, eye-liner pencil; perfumes, namely, perfumed water, toilet water, cologne water, scented water, perfumed talcum powder, perfumed skin cream, perfumed body oils, perfumed skin cleansing foam, essential oils for personal use; perfumed bath products, namely, body lotions, body powder, body oils and personal deodorants; hair care preparations, namely, shampoo, conditioners, sprays, lotions, hair gels, mousse, masks, foams, sun screen and hair color

| | |
|---|---|
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78041895 |
| Filing Date | January 5, 2001 |
| Filed ITU | FILED AS ITU |
| Published for Opposition | April 16, 2002 |
| Registration Number | 2659435 |
| Registration Date | December 10, 2002 |
| Owner | (REGISTRANT) Beaute Createurs (Societe Anonyme) CORPORATION FRANCE 10 RUE DE LA PAIX 75002 Paris FRANCE |
| Attorney of Record | Elizabeth H. Cohen |
| Section 44 Indicator | SECT44 |
| Priority Date | July 7, 2000 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 10:37:44 ET

Serial Number: 78041895

Registration Number: 2659435

Mark (words only): HYDRA-DETENTE

Current Status: Registered.

Date of Status: 2002-12-10

Filing Date: 2001-01-05

Registration Date: 2002-12-10

Law Office Assigned: TMO Law Office 112

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2002-12-10

---

### CURRENT APPLICANT(S)/OWNER(S)

1. Beaute Createurs (Societe Anonyme)

**Address:**
Beaute Createurs (Societe Anonyme)
10 RUE DE LA PAIX
75002 Paris,
France
**State or Country of Incorporation:** France
**Legal Entity Type:** Corporation

---

### GOODS AND/OR SERVICES

Non-medicated skin care and cleaning preparations, namely, cream, milk, lotion, serum, gel, fluid, and oil for moisturizing the body, face and eyes; non-medicated cellulite-reducing skin lotions and skin gels; cleansing, moisturizing, anti-aging, and non-medicated anti-wrinkle facial masks; non-medicated moisturizing lip masks; anti-wrinkle cream for eyes; massage oil; talcum powder; sun products, namely, sun screen, suntanning oils and lotions, sun block, after-sun cream, self-tanning milk and cream, accelerated tanning cream; cosmetics, namely, skin soap, make-up remover, lip and eye make-up remover, nail polish, dentifrices, depilatories, liquid foundation, tinted skin creams, make-up, powder and cream blusher, lipstick, mascara, eye shadow, eye-liner pencil; perfumes, namely, perfumed water,

toilet water, cologne water, scented water, perfumed talcum powder, perfumed skin cream, perfumed body oils, perfumed skin cleansing foam, essential oils for personal use; perfumed bath products, namely, body lotions, body powder, body oils and personal deodorants; hair care preparations, namely, shampoo, conditioners, sprays, lotions, hair gels, mousse, masks, foams, sun screen and hair color; Non-medicated skin care and cleaning preparations, namely, cream, milk, lotion, serum, gel, fluid, and oil for moisturizing the body, face and eyes; non-medicated cellulite-reducing skin lotions and skin gels; cleansing, moisturizing, anti-aging, and non-medicated anti-wrinkle facial masks; non-medicated moisturizing lip masks; anti-wrinkle cream for eyes; massage oil; talcum powder; sun products, namely, sun screen, suntanning oils and lotions, sun block, after-sun cream, self-tanning milk and cream, accelerated tanning cream; cosmetics, namely, skin soap, make-up remover, lip and eye make-up remover, nail polish, dentifrices, depilatories, liquid foundation, tinted skin creams, make-up, powder and cream blusher, lipstick, mascara, eye shadow, eye-liner pencil; perfumes, namely, perfumed water, toilet water, cologne water, scented water, perfumed talcum powder, perfumed skin cream, perfumed body oils, perfumed skin cleansing foam, essential oils for personal use; perfumed bath products, namely, body lotions, body powder, body oils and personal deodorants; hair care preparations, namely, shampoo, conditioners, sprays, lotions, hair gels, mousse, masks, foams, sun screen and hair color

**International Class:** 003
**First Use Date:**
**First Use in Commerce Date:**

**Basis:** 44(e)

## ADDITIONAL INFORMATION

**Translation:** APPLICANT SUBMITS THAT "HYDRA" IS THE ABBREVIATION OF THE WORD MEANING "MOISTURIZING" AND THE ENGLISH TRANSLATION OF THE WORD DETENTE IS "RELAXATION".

**Foreign Application Number:** 0087380
**Foreign Registration Number:** 0087380
**Foreign Registration Date:** 2000-07-07
**Country:** Benelux
**Foreign Filing Date:** 2000-07-07
**Foreign Expiration Date:** 2010-07-07

## PROSECUTION HISTORY

2002-12-10 - Registered - Principal Register

2002-05-30 - Extension of time to oppose - Filed

2002-04-16 - Published for opposition

2002-03-27 - Notice of publication

2001-11-09 - Section 44(d) claim - Deleted

2001-12-17 - Approved for Pub - Principal Register (Initial exam)

SHC 2974

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78041895              12/12/2002

14-48

2001-11-09 - ITU claim deleted

2001-11-09 - Communication received from applicant

2001-10-30 - Letter of suspension mailed

2001-08-15 - Communication received from applicant

2001-06-13 - Non-final action mailed

2001-05-25 - Case file assigned to examining attorney

---

### CONTACT INFORMATION

---

**Correspondent (Owner)**
Elizabeth H. Cohen (Attorney of record)

ELIZABETH H. COHEN
ARENT FOX KINTNER PLOTKIN & KAHN PLLC
1050 CONNECTICUT AVE NW
WASHINGTON DC 20036-5303
United States

**Domestic Representative**
ELIZABETH H. COHEN

---

SHC 2975

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78041895         12/12/2002

14-49

 

# UNITED STATES PATENT AND TRADEMARK OFFICE

Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 12 04:10:42 EST 2002

Please logout when you are done to release system resources allocated for you.

List At: [    ] OR to record: [    ] **Record 76 out of 946**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | I.D. INDIVIDUAL-DEMANDS |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Hair Products, namely, shampoos, conditioners, hairspray, reconstructor and Styling **Preparations**, styling pomade, styling gel, styling wax, and haircolor; For Skin Care Products, namely, moisturizers, toners, lotions, foaming bath, face cream, bar soap, facial scrub, liquid soap, shower gel; For Men's Prepatory Products, namely shaving cream, shaving lotion, after shave lotion, after shave gel, cologne, perfume, deodorant, fragranced body sprays, body washes, suntanning creams. FIRST USE: 20000501. FIRST USE IN COMMERCE: 20000501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78018522 |
| **Filing Date** | July 26, 2000 |
| **Published for Opposition** | August 28, 2001 |
| **Registration Number** | 2510582 |
| **Registration Date** | November 20, 2001 |
| **Owner** | (REGISTRANT) Hawaii Beauty Products, Inc. CORPORATION CALIFORNIA 3190 S. Bascom Ave. #100 San Jose CALIFORNIA 95124 |
| **Type of Mark** | TRADEMARK |

SHC 2976

14-50

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 10:42:51 ET

Serial Number: 78018522

Registration Number: 2510582

Mark (words only): I.D. INDIVIDUAL DEMANDS

Current Status: Registered.

Date of Status: 2001-11-20

Filing Date: 2000-07-26

Registration Date: 2001-11-20

Law Office Assigned: TMEG Law Office 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2001-12-04

---

### CURRENT APPLICANT(S)/OWNER(S)

1. Hawaii Beauty Products, Inc.

**Address:**
Hawaii Beauty Products, Inc.
3190 S. Bascom Ave. #100
San Jose, CA 95124
United States
**State or Country of Incorporation:** California
**Legal Entity Type:** Corporation

---

### GOODS AND/OR SERVICES

Hair Products, namely, shampoos, conditioners, hairspray, reconstructor and Styling Preparations, styling pomade, styling gel, styling wax, and haircolor; For Skin Care Products, namely, moisturizers, toners, lotions, foaming bath, face cream, bar soap, facial scrub, liquid soap, shower gel; For Men's Prepatory Products, namely shaving cream, shaving lotion, after shave lotion, after shave gel, cologne, perfume, deodorant, fragranced body sprays, body washes, suntanning creams
**International Class:** 003
**First Use Date:** 20000501
**First Use in Commerce Date:** 20000501

SHC 2978

**Basis:** 1(a)

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

2002-03-15 - TEAS Change of Correspondence Received

2001-11-20 - Registered - Principal Register

2001-08-28 - Published for opposition

2001-08-08 - Notice of publication

2000-12-29 - Approved for Pub - Principal Register (Initial exam)

2000-12-22 - Case file assigned to examining attorney

---

### CONTACT INFORMATION

**Correspondent (Owner)**
DAVID H. JAFFER
PILLSBURY WINTHROP LLP
2550 HANOVER STREET
PALO ALTO CA 94304-1115
United States

SHC 2979