

**UNITED STATES PATENT AND TRADEMARK OFFICE**

**Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Dec 12 04:10:42 EST 2002

Please logout when you are done to release system resources allocated for you.

List At: ☐ OR to record: ☐ **Record 131 out of 946**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | BODY INVEST |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: shampoo, conditioner, hair spray, gel and mousse, body and face moisturizers and lotions, body oils, soap, shaving cream and gel, and suntanning preparations. FIRST USE: 20000103. FIRST USE IN COMMERCE: 20000103 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76353239 |
| **Filing Date** | December 31, 2001 |
| **Published for Opposition** | August 27, 2002 |
| **Registration Number** | 2651844 |
| **Registration Date** | November 19, 2002 |
| **Owner** | (REGISTRANT) NORVELL, GREGORY A. INDIVIDUAL UNITED STATES 115 Edgewood Street Alexandria TENNESSEE 37012 |
| **Attorney of Record** | Donn K. Harms, Esq. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BODY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

SHC 2980

14-54

| Live/Dead Indicator | LIVE |
|---|---|

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

 

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 10:43:56 ET

Serial Number: 76353239

Registration Number: 2651844

Mark (words only): BODY INVEST

Current Status: Registered.

Date of Status: 2002-11-19

Filing Date: 2001-12-31

Registration Date: 2002-11-19

Law Office Assigned: TMEG Law Office 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2002-11-19

---

### CURRENT APPLICANT(S)/OWNER(S)

---

1. NORVELL, GREGORY A.

Address:
NORVELL, GREGORY A.
115 Edgewood Street
Alexandria, TN 37012
United States
Country of Citizenship: United States
Legal Entity Type: Individual

---

### GOODS AND/OR SERVICES

---

shampoo, conditioner, hair spray, gel and mousse, body and face moisturizers and lotions, body oils, soap, shaving cream and gel, and suntanning preparations
International Class: 003
First Use Date: 20000103
First Use in Commerce Date: 20000103

Basis: 1(a)

SHC 2982

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=76353239     12/12/2002

14-56

## ADDITIONAL INFORMATION

**Disclaimer:** "BODY"

## PROSECUTION HISTORY

2002-11-19 - Registered - Principal Register

2002-08-27 - Published for opposition

2002-08-07 - Notice of publication

2002-04-29 - Approved for Pub - Principal Register (Initial exam)

2002-04-25 - Case file assigned to examining attorney

2002-04-25 - Examiner's amendment mailed

2002-04-19 - Non-final action mailed

2002-04-11 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
Donn K. Harms, Esq. (Attorney of record)

DONN K. HARMS, ESQ.
PATENT & TRADEMARK LAW CENTER
12702 VIA CORTINA
SUITE 100
DEL MAR, CA 92014
United States

SHC 2983

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=76353239         12/12/2002

14-57




# UNITED STATES PATENT AND TRADEMARK OFFICE

### Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 12 04:10:42 EST 2002

[PTO Home] [Trademark] [TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Bottom] [Help] [Prev List]
[Curr List] [Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [    ] OR [Jump] to record: [    ] **Record 152 out of 946**

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

**Word Mark**    COSMETOTALE

**Goods and Services**    IC 003. US 001 004 006 050 051 052. G & S: Non-medicated cosmetic **preparations** for slimming purposes, namely, creams for cellulite reduction, lotions for cellulite reduction, non-medicated **suntanning preparations**, namely, sun creams, sun tan gel, sun tan lotion, sun tan oil, aromatherapy oils, astringents for cosmetic purposes, non-medicated cosmetic **preparations** for bath and shower, namely, bath beads, bath gel, shower gel, bath oil, non-medicated bath salts, beauty masks, non-medicated mouthwash, hair lotions, cosmetic kits comprised of skin creams, skin lotions, hair gel, hair pomade, nail cream, nail strengtheners, gel for tired legs; cosmetics pencils, skin creams, make-up removers, dentifrices, depilatories, personal deodorants, scented body spray, toilet water, essential oils for personal use, make-up, non-medicated body oil, non-medicated body milk, skin lotions, facial lotions, body lotions, non-medicated after-shave lotions, nail care **preparations**, perfumes, make-up powder, non-medicated shaving **preparations**, lipsticks, toilet soaps, disinfectant cosmetic soaps, hair shampoo, hair care **preparations**, talcum powder, lip cream

IC 005. US 006 018 044 046 051 052. G & S: medicated sunburn ointments, dietary drink mix for use as a meal replacement, medicated mouthwash, dietary food supplements, diet capsules, medicinal herbs, herbal tea for medicinal purposes, nutritional supplements containing **preparations** of trace elements comprised of amino acids, mineral salts, metallic salts of natural origin, lactoferments, macro-elements and plant extracts for human use; medicated skin care **preparations**, mineral food supplements, pharmaceutical **preparations** for the treatment of perspiration, vitamin supplements

**Mark**

SHC 2984

| | |
|---|---|
| Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76005301 |
| Filing Date | March 20, 2000 |
| Filed ITU | FILED AS ITU |
| Published for Opposition | August 6, 2002 |
| Registration Number | 2641616 |
| Registration Date | October 29, 2002 |
| Owner | (REGISTRANT) LABORATOIRES ROBERT SCHWARTZ CORPORATION FRANCE Parc d'Innovation Boulevard Gonthier d'Andernach 67400 ILLKIRCH GRAFFENSTADEN FRANCE |
| Attorney of Record | Lawrence E. Abelman |
| Section 44 Indicator | SECT44 |
| Priority Date | October 6, 1999 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

SHC 2985

14-59

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 10:45:29 ET

Serial Number: 76005301

Registration Number: 2641616

Mark (words only): COSMETOTALE

Current Status: Registered.

Date of Status: 2002-10-29

Filing Date: 2000-03-20

Registration Date: 2002-10-29

Law Office Assigned: TMO LAW OFFICE 116

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2002-12-02

---

### CURRENT APPLICANT(S)/OWNER(S)

---

1. LABORATOIRES ROBERT SCHWARTZ

**Address:**
LABORATOIRES ROBERT SCHWARTZ
Parc d'Innovation Boulevard Gonthier d'Andernach
67400 ILLKIRCH GRAFFENSTADEN,
France
**State or Country of Incorporation:** France
**Legal Entity Type:** Corporation

---

### GOODS AND/OR SERVICES

---

Non-medicated cosmetic preparations for slimming purposes, namely, creams for cellulite reduction, lotions for cellulite reduction, non-medicated suntanning preparations, namely, sun creams, sun tan gel, sun tan lotion, sun tan oil, aromatherapy oils, astringents for cosmetic purposes, non-medicated cosmetic preparations for bath and shower, namely, bath beads, bath gel, shower gel, bath oil, non-medicated bath salts, beauty masks, non- medicated mouthwash, hair lotions, cosmetic kits comprised of skin creams, skin lotions, hair gel, hair pomade, nail cream, nail strengtheners, gel for tired legs; cosmetics pencils, skin creams, make-up removers, dentifrices, depilatories, personal deodorants, scented body spray, toilet water, essential oils for personal use, make-up, non-medicated body oil, non-medicated body milk, skin

lotions, facial lotions, body lotions, non-medicated after-shave lotions, nail care preparations, perfumes, make-up powder, non-medicated shaving preparations, lipsticks, toilet soaps, disinfectant cosmetic soaps, hair shampoo, hair care preparations, talcum powder, lip cream
**International Class:** 003
**First Use Date:**
**First Use in Commerce Date:**

**Basis:** 44(e)

medicated sunburn ointments, dietary drink mix for use as a meal replacement, medicated mouthwash, dietary food supplements, diet capsules, medicinal herbs, herbal tea for medicinal purposes, nutritional supplements containing preparations of trace elements comprised of amino acids, mineral salts, metallic salts of natural origin, lactoferments, macro-elements and plant extracts for human use; medicated skin care preparations, mineral food supplements, pharmaceutical preparations for the treatment of perspiration, vitamin supplements
**International Class:** 005
**First Use Date:**
**First Use in Commerce Date:**

**Basis:** 44(e)

## ADDITIONAL INFORMATION

**Foreign Application Number:** 99816417
**Foreign Registration Number:** 99816417
**Foreign Registration Date:** 1999-10-06
**Country:** France
**Foreign Filing Date:** 1999-10-06
**Foreign Expiration Date:** 2014-10-06

## PROSECUTION HISTORY

2002-10-29 - Registered - Principal Register

2002-08-06 - Published for opposition

2002-07-17 - Notice of publication

2002-05-16 - PAPER RECEIVED

2002-05-08 - Approved for Pub - Principal Register (Initial exam)

2002-03-13 - ITU claim deleted

2002-03-13 - Communication received from applicant

2002-04-03 - Inquiry as to suspension mailed

2002-03-13 - PAPER RECEIVED

SHC 2987

2001-04-10 - Letter of suspension mailed

2001-02-28 - Communication received from applicant

2000-09-05 - Non-final action mailed

2000-08-28 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
Lawrence E. Abelman (Attorney of record)

LAWRENCE E. ABELMAN
ABELMAN FRAYNE & SCHWAB
150 E 42ND ST
NEW YORK NY 10017-5612
United States

**Domestic Representative**
ABELMAN FRAYNE & SCHWAB




# UNITED STATES PATENT AND TRADEMARK OFFICE

TESS was last updated on Thu Dec 12 04:10:42 EST 2002

[PTO Home] [Trademark] [TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Bottom] [Help]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

johnson's
ULTRA
SENSITIVM

| | |
|---|---|
| **Word Mark** | JOHNSON'S ULTRA SENSITIVE |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: cosmetics and toiletries, namely, hair shampoo; skin lotion, skin cleansers, skin cream, body soap. FIRST USE: 19960131. FIRST USE IN COMMERCE: 19960131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 011525 |
| **Serial Number** | 75085119 |
| **Filing Date** | April 8, 1996 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | May 20, 1997 |
| **Registration Number** | 2155403 |
| **Registration Date** | May 5, 1998 |
| **Owner** | (REGISTRANT) JOHNSON & JOHNSON CORPORATION NEW JERSEY One Johnson & Johnson Plaza New Brunswick NEW JERSEY 089337001 |
| **Attorney of Record** | Richard F. Biribauer |

SHC 2989

| | |
|---|---|
| **Prior Registrations** | 0620110;1341920;1385670;1441713;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ULTRA SENSITIVE" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The stippling is a feature of the mark and does not indicate color. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

SHC 2990

http://tess.uspto.gov/bin/showfield?f=doc&state=kjtk2b.2.1                    12/12/2002

14-64

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 10:25:45 ET

Serial Number: 75085119

Registration Number: 2155403

Mark

(words only): JOHNSON'S ULTRA SENSITIVE

Current Status: Registered.

Date of Status: 1998-05-05

Filing Date: 1996-04-08

Registration Date: 1998-05-05

Law Office Assigned: TMEG Law Office 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 1998-05-07

---

### CURRENT APPLICANT(S)/OWNER(S)

---

1. JOHNSON & JOHNSON

**Address:**
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 089337001
United States
**State or Country of Incorporation:** New Jersey
**Legal Entity Type:** Corporation

---

SHC 2991

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75085119       12/12/2002

14-65

## GOODS AND/OR SERVICES

cosmetics and toiletries, namely, hair shampoo, skin lotion, skin cleansers, skin cream, body soap
**International Class:** 003
**First Use Date:** 19960131
**First Use in Commerce Date:** 19960131

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "ULTRA SENSITIVE"

**Lining and Stippling:** The stippling is a feature of the mark and does not indicate color.

**Prior Registration Number(s):**
620110
1341920
1385670
1441713

## PROSECUTION HISTORY

1998-05-05 - Registered - Principal Register

1998-03-16 - Allowed for Registration - Principal Register (SOU accepted)

1998-03-08 - Statement of use processing complete

1998-01-21 - Amendment to Use filed

1997-08-12 - Notice of allowance - mailed

1997-05-20 - Published for opposition

1997-04-18 - Notice of publication

1997-03-21 - Approved for Pub - Principal Register (Initial exam)

1997-03-18 - Examiner's amendment mailed

1997-03-18 - Previous allowance count withdrawn

1997-02-21 - Approved for Pub - Principal Register (Initial exam)

1997-02-18 - Case file assigned to examining attorney

1997-02-13 - Examiner's amendment mailed

SHC 2992

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75085119                12/12/2002

14-66

1996-12-16 - Communication received from applicant

1996-10-25 - Non-final action mailed

1996-09-30 - Case file assigned to examining attorney

1996-09-27 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

**Correspondent (Owner)**
Richard F. Biribauer (Attorney of record)

RICHARD F. BIRIBAUER
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933-7001
United States

---



# UNITED STATES PATENT AND TRADEMARK OFFICE



TESS was last updated on Thu Dec 12 04:10:42 EST 2002

[PTO Home] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP]

 Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TCB |
| **Goods and Services** | IC 003. US 051 052. G & S: Hair Shampoo, Hair Conditioner, Hair Lotion, (( Skin Lotion, )) Hair Relaxer, Hair Spray. FIRST USE: 19750327. FIRST USE IN COMMERCE: 19750327 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73383739 |
| **Filing Date** | September 7, 1982 |
| **Published for Opposition** | August 16, 1983 |
| **Registration Number** | 1256544 |
| **Registration Date** | November 8, 1983 |
| **Owner** | (REGISTRANT) Alberto-Culver Company CORPORATION DELAWARE 2525 Armitage Ave. Melrose Park ILLINOIS 60160 |
| **Attorney of Record** | JO E. OSBORN |
| **Prior Registrations** | 1201691 |
| **Type of Mark** | TRADEMARK |

SHC 2994

http://tess.uspto.gov/bin/showfield?f=doc&state=kjtk2b.3.1    12/12/2002

14-68

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

SHC 2995

14-69