**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 12/12/2002 10:27:12 ET

**Serial Number:** 73383739

**Registration Number:** 1256544

**Mark**



**(words only):** TCB

**Current Status:** A Section 15 affidavit has been acknowledged.

**Date of Status:** 1989-07-10

**Filing Date:** 1982-09-07

**Registration Date:** 1983-11-08

**Law Office Assigned:** TMEO Law Office # 7

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 1999-01-07

---

**CURRENT APPLICANT(S)/OWNER(S)**

---

1. Alberto-Culver Company

**Address:**
Alberto-Culver Company
2525 Armitage Ave.
Melrose Park, IL 60160
United States
**State or Country of Incorporation:** Delaware
**Legal Entity Type:** Corporation

---

SHC 2996



14-70

## GOODS AND/OR SERVICES

Hair Shampoo, Hair Conditioner, Hair Lotion, (( Skin Lotion, )) Hair Relaxer, Hair Spray
**International Class:** 003
**First Use Date:** 19750327
**First Use in Commerce Date:** 19750327

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1201691

## PROSECUTION HISTORY

1989-07-10 - Section 15 acknowledged

1989-07-01 - Post Registration action correction

1989-04-10 - Section 15 affidavit received

1989-03-29 - Section 8 (6-year) accepted

1988-12-22 - Section 8 (6-year) and Section 15 Filed

1983-11-08 - Registered - Principal Register

1983-08-16 - Published for opposition

1983-11-08 - Registered - Principal Register

1983-08-16 - Published for opposition

1983-07-27 - Notice of publication

1983-07-22 - Notice of publication

1983-07-21 - Notice of publication

1983-07-20 - Notice of publication

1983-07-19 - Notice of publication

1983-06-10 - Approved for Pub - Principal Register (Initial exam)

1983-05-25 - Case file assigned to examining attorney

## CONTACT INFORMATION

SHC 2997



14-71

---

**Correspondent (Owner)**
JO E. OSBORN (Attorney of record)

JO E. OSBORN
ALBERTO-CULVER CO.
2525 ARMITAGE AVE.
MELROSE PARK, IL 60160
United States

---

SHC 2998



14-72



UNITED STATES PATENT AND TRADEMARK OFFICE




*TESS was last updated on Thu Dec 12 04:10:42 EST 2002*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status ***(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)***

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | GLY SILK |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: skin and hair care products, namely, hair shampoo, facial cleanser, body wash, hand cream, body lotion, face toner, facial peels, foot cream, sunblock, face creams, and moisturizers. FIRST USE: 19950610. FIRST USE IN COMMERCE: 19950610 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74728821 |
| **Filing Date** | September 14, 1995 |
| **Published for Opposition** | November 26, 1996 |
| **Registration Number** | 2038351 |
| **Registration Date** | February 18, 1997 |
| **Owner** | (REGISTRANT) M.D. Dermaceuticals, Inc. CORPORATION ILLINOIS 3501 Woodhead Drive Northbrook ILLINOIS 60062 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

SHC 2999



14-73

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 12/12/2002 10:29:11 ET

**Serial Number:** 74728821

**Registration Number:** 2038351

**Mark (words only):** GLY SILK

**Current Status:** Registered.

**Date of Status:** 1997-02-18

**Filing Date:** 1995-09-14

**Registration Date:** 1997-02-18

**Law Office Assigned:** TMEG Law Office 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 1997-03-04

---

**CURRENT APPLICANT(S)/OWNER(S)**

---

1. M.D. Dermaceuticals, Inc.

**Address:**
M.D. Dermaceuticals, Inc.
3501 Woodhead Drive
Northbrook, IL 60062
United States
**State or Country of Incorporation:** Illinois
**Legal Entity Type:** Corporation

---

**GOODS AND/OR SERVICES**

---

skin and hair care products, namely, hair shampoo, facial cleanser, body wash, hand cream, body lotion, face toner, facial peels, foot cream, sunblock, face creams, and moisturizers
**International Class:** 003
**First Use Date:** 19950610
**First Use in Commerce Date:** 19950610

**Basis:** 1(a)

SHC 3000



14-74

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1997-02-18 - Registered - Principal Register

1996-11-26 - Published for opposition

1996-10-25 - Notice of publication

1996-09-30 - Approved for Pub - Principal Register (Initial exam)

1996-08-12 - Communication received from applicant

1996-02-27 - Non-final action mailed

1996-02-19 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
M.D. DERMACEUTICALS, INC.
3501 WOODHEAD DRIVE
NORTHBROOK, IL 60062
United States

SHC 3001



14-75



UNITED STATES PATENT AND TRADEMARK OFFICE




*TESS was last updated on Thu Dec 12 04:10:42 EST 2002*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP



Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

PALMER'S

| | |
|---|---|
| **Word Mark** | PALMER'S |
| **Goods and Services** | IC 005. US 018. G & S: MEDICATED SKIN OINTMENT, ASTRINGENT CLEANSER AND ANTISEPTIC CLEANSING LOTION. FIRST USE: 19730424. FIRST USE IN COMMERCE: 19730424<br><br>IC 003. US 040 051 052. G & S: COCOA BUTTER, SUNTAN OIL CREAM, MOISTURIZING LOTION AND CREAM, HOME PERMANENT KIT CONSISTING PRIMARILY OF CURLERS AND PERMANENT SOLUTION FOR HOME PERMANENTS, HAIR SHAMPOO AND CONDITIONERS, HAIR POMADES, FADE CREAM, HAIR COLOR, HAIR HOLDING SPRAY, HAIR SHEEN SPRAY, CURL ACTIVATORS AND MOISTURIZERS, SPOT MOISTURIZER, HAIR MOISTURIZERS, LIP BALM, SKIN WHITENING CREAM, DEPILATORIES, AFTER SHAVE, HAIR CURLING KIT CONSISTING OF CURLING SOLUTION, NEUTRALIZER, ACTIVATOR, MOISTURIZER AND SHEEN SPRAY, HAIR RELAXER CREAM AND KITS, TOILET SOAPS, LIQUID SOAPS, SKIN TONERS, HAIR TREATMENT FOR DRY AND BREAKING HAIR, HAIR LOTION, STYLING MOUSSE, AND SHAVE CREAM. FIRST USE: 19730424. FIRST USE IN COMMERCE: 19730424 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial** | 73799200 |

SHC 3002



14-76

| | |
|---|---|
| **Number** | |
| **Filing Date** | May 11, 1989 |
| **Published for Opposition** | May 29, 1990 |
| **Registration Number** | 1610344 |
| **Registration Date** | August 21, 1990 |
| **Owner** | (REGISTRANT) E. T. BROWNE DRUG CO., INC. CORPORATION NEW JERSEY 440 SYLVAN AVENUE ENGLEWOOD CLIFFS NEW JERSEY 07632 |
| **Attorney of Record** | DAVID S. KASHMAN |
| **Prior Registrations** | 0305091;0305635;0613793;1005155;1301116;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010215. |
| **Renewal** | 1ST RENEWAL 20010215 |
| **Live/Dead Indicator** | LIVE |

---

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

SHC 3003



14-77

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 12/12/2002 10:30:15 ET

**Serial Number:** 73799200

**Registration Number:** 1610344

**Mark**

PALMER'S

**(words only):** PALMER'S

**Current Status:** This registration has been renewed.

**Date of Status:** 2001-02-15

**Filing Date:** 1989-05-11

**Registration Date:** 1990-08-21

**Law Office Assigned:** TMEO Law Office # 7

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2001-02-20

---

**CURRENT APPLICANT(S)/OWNER(S)**

---

1. E. T. BROWNE DRUG CO., INC.

**Address:**
E. T. BROWNE DRUG CO., INC.
440 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632
United States
**State or Country of Incorporation:** New Jersey
**Legal Entity Type:** Corporation

---

SHC 3004



14-78



## GOODS AND/OR SERVICES

COCOA BUTTER, SUNTAN OIL CREAM, MOISTURIZING LOTION AND CREAM, HOME PERMANENT KIT CONSISTING PRIMARILY OF CURLERS AND PERMANENT SOLUTION FOR HOME PERMANENTS, HAIR SHAMPOO AND CONDITIONERS, HAIR POMADES, FADE CREAM, HAIR COLOR, HAIR HOLDING SPRAY, HAIR SHEEN SPRAY, CURL ACTIVATORS AND MOISTURIZERS, SPOT MOISTURIZER, HAIR MOISTURIZERS, LIP BALM, SKIN WHITENING CREAM, DEPILATORIES, AFTER SHAVE, HAIR CURLING KIT CONSISTING OF CURLING SOLUTION, NEUTRALIZER, ACTIVATOR, MOISTURIZER AND SHEEN SPRAY, HAIR RELAXER CREAM AND KITS, TOILET SOAPS, LIQUID SOAPS, SKIN TONERS, HAIR TREATMENT FOR DRY AND BREAKING HAIR, HAIR LOTION, STYLING MOUSSE, AND SHAVE CREAM
**International Class:** 003
**First Use Date:** 19730424
**First Use in Commerce Date:** 19730424

**Basis:** 1(a)

MEDICATED SKIN OINTMENT, ASTRINGENT CLEANSER AND ANTISEPTIC CLEANSING LOTION
**International Class:** 005
**First Use Date:** 19730424
**First Use in Commerce Date:** 19730424

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
305091
305635
613793
1005155
1301116

## PROSECUTION HISTORY

2001-02-15 - Registration renewed - 10 year

2001-02-15 - Section 8 (10-year) accepted/ Section 9 granted

2000-08-17 - Combined Section 8 (10-year)/Section 9 filed

1996-06-12 - Section 8 (6-year) accepted & Section 15 acknowledged

1995-11-13 - Section 8 (6-year) and Section 15 Filed

1990-08-21 - Registered - Principal Register

SHC 3005



14-79

1990-05-29 - Published for opposition

1990-04-28 - Notice of publication

1990-03-16 - Approved for Pub - Principal Register (Initial exam)

1990-02-12 - Communication received from applicant

1989-09-21 - Non-final action mailed

---

## CONTACT INFORMATION

---

**Correspondent (Owner)**
DAVID S. KASHMAN (Attorney of record)

DAVID S. KASHMAN
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 MADISON AVENUE
NEW YORK, NY 10016
United States

---

SHC 3006



14-80



UNITED STATES PATENT AND TRADEMARK OFFICE




*TESS was last updated on Thu Dec 12 04:10:42 EST 2002*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP



Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

THE CONDITIONER

| | |
|---|---|
| **Word Mark** | PAUL MITCHELL THE CONDITIONER |
| **Goods and Services** | IC 003. US 051. G & S: NON-MEDICATED HAIR AND SKIN CARE CONDITIONER FOR DETANGLING HAIR, MOISTURIZING HAIR, TREATING SCALP AND SKIN, THERMAL CONTROL DURING WAVING AND DRYING, SHAVING LOTION, SKIN MASSAGE AND SKIN PROTEIN ADDITIVE. FIRST USE: 19800201. FIRST USE IN COMMERCE: 19800201 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 261701 261704 |
| **Serial Number** | 73818383 |
| **Filing Date** | August 11, 1989 |
| **Published for Opposition** | November 17, 1992 |
| **Registration Number** | 1750932 |
| **Registration Date** | February 9, 1993 |
| **Owner** | (REGISTRANT) JOHN PAUL MITCHELL SYSTEMS CORPORATION CALIFORNIA P.O. BOX 10597 BEVERLY HILLS CALIFORNIA 902133597 |
| **Attorney of** | |

SHC 3007



14-81

| | |
|---|---|
| **Record** | DONALD J FITZPATRICK |
| **Prior Registrations** | 1242495;1247496;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CONDITIONER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | "PAUL MITCHELL" does not not refer to a living individual. |
| **Live/Dead Indicator** | LIVE |



SHC 3008



14-82