Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 10:31:21 ET

Serial Number: 73818383

Registration Number: 1750932

Mark



(words only): PAUL MITCHELL THE CONDITIONER

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1998-07-03

Filing Date: 1989-08-11

Registration Date: 1993-02-09

Law Office Assigned: TMEO Law Office 11

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 1998-09-03

---

### CURRENT APPLICANT(S)/OWNER(S)

1. JOHN PAUL MITCHELL SYSTEMS

Address:
JOHN PAUL MITCHELL SYSTEMS
P.O. BOX 10597
BEVERLY HILLS, CA 902133597
United States
State or Country of Incorporation: California
Legal Entity Type: Corporation

---

SHC 3009

14-83

## GOODS AND/OR SERVICES

NON-MEDICATED HAIR AND SKIN CARE CONDITIONER FOR DETANGLING HAIR, MOISTURIZING HAIR, TREATING SCALP AND SKIN, THERMAL CONTROL DURING WAVING AND DRYING, SHAVING LOTION, SKIN MASSAGE AND SKIN PROTEIN ADDITIVE.
**International Class:** 003
**First Use Date:** 19800201
**First Use in Commerce Date:** 19800201

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "CONDITIONER"

**Name Portrait Consent:** "PAUL MITCHELL" does not not refer to a living individual.

**Prior Registration Number(s):**
1242495
1247496

## PROSECUTION HISTORY

1998-07-03 - Section 8 (6-year) accepted & Section 15 acknowledged

1998-04-10 - Section 8 (6-year) and Section 15 Filed

1993-09-20 - Reprinting registration certificate

1993-04-26 - Section 7 amendment filed

1993-02-09 - Registered - Principal Register

1992-11-17 - Published for opposition

1992-10-16 - Notice of publication

1992-05-28 - Approved for Pub - Principal Register (Initial exam)

1992-05-12 - Examiner's amendment mailed

1992-02-10 - Communication received from applicant

1991-09-30 - Non-final action mailed

1991-04-01 - Jurisdiction restored to examiner

1990-08-10 - Final refusal mailed

SHC 3010

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=73818383                  12/12/2002

14-84

1990-05-07 - Communication received from applicant

1989-11-03 - Non-final action mailed

---

### CONTACT INFORMATION

**Correspondent (Owner)**
DONALD J FITZPATRICK (Attorney of record)

DONALD J FITZPATRICK
PEPER MARTIN JENSEN MAICHEL AND HETLEAGE
720 OLIVE ST 24TH FL
ST LOUIS MO 63101-2396
United States




# UNITED STATES PATENT AND TRADEMARK OFFICE

Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 12 04:10:42 EST 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

 Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | NEXXUS |
| **Goods and Services** | IC 005. US 018. G & S: VITAMINS AND DIETARY FOOD SUPPLEMENTS. FIRST USE: 19791200. FIRST USE IN COMMERCE: 19791200<br><br>IC 003. US 051 052. G & S: HAIR SHAMPOO, HAIR CONDITIONERS, HAIR SPRAYS, HAIR DYE SOLUTIONS AND NEUTRALIZING PREPARATIONS FOR USE IN PERMANENT HAIR WAVING, SKIN CLEANING PREPARATIONS, AND SKIN CONDITIONERS. FIRST USE: 19791200. FIRST USE IN COMMERCE: 19791200 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73263568 |
| **Filing Date** | May 27, 1980 |
| **Published for Opposition** | July 30, 1985 |
| **Registration Number** | 1376635 |
| **Registration Date** | December 31, 1985 |
| **Owner** | (REGISTRANT) NEXXUS PRODUCTS COMPANY CORPORATION CALIFORNIA 618 EAST GUTIERREZ STREET SANTA BARBARA |

|                     |                        |
|---------------------|------------------------|
|                     | CALIFORNIA 93103       |
| **Attorney of Record** | JOHN R. RYDELL, II  |
| **Type of Mark**    | TRADEMARK              |
| **Register**        | PRINCIPAL              |
| **Affidavit Text**  | SECT 15. SECT 8 (6-YR).|
| **Live/Dead Indicator** | LIVE               |

`PTO HOME` `TRADEMARK` `TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `TOP` `HELP`

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 10:32:08 ET

Serial Number: 73263568

Registration Number: 1376635

Mark



(words only): NEXXUS

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1992-01-02

Filing Date: 1980-05-27

Registration Date: 1985-12-31

Law Office Assigned: TMEO Law Office # 2

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 1992-01-13

---

### CURRENT APPLICANT(S)/OWNER(S)

1. NEXXUS PRODUCTS COMPANY

**Address:**
NEXXUS PRODUCTS COMPANY
618 EAST GUTIERREZ STREET
SANTA BARBARA, CA 93103
United States
**State or Country of Incorporation:** California
**Legal Entity Type:** Corporation

---

SHC 3014

## GOODS AND/OR SERVICES

HAIR SHAMPOO, HAIR CONDITIONERS, HAIR SPRAYS, HAIR DYE SOLUTIONS AND NEUTRALIZING PREPARATIONS FOR USE IN PERMANENT HAIR WAVING, SKIN CLEANING PREPARATIONS, AND SKIN CONDITIONERS
International Class: 003
First Use Date: 19791200
First Use in Commerce Date: 19791200

Basis: 1(a)

VITAMINS AND DIETARY FOOD SUPPLEMENTS
International Class: 005
First Use Date: 19791200
First Use in Commerce Date: 19791200

Basis: 1(a)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1992-01-02 - Section 8 (6-year) accepted & Section 15 acknowledged

1991-07-24 - Post Registration action mailed Section 8 & 15

1991-03-04 - Section 8 (6-year) and Section 15 Filed

1985-12-31 - Registered - Principal Register

1985-07-30 - Published for opposition

1985-07-01 - Notice of publication

1985-04-30 - Approved for Pub - Principal Register (Initial exam)

1985-04-18 - Ex parte appeal dismissed as moot

1983-07-06 - Ex parte appeal - Instituted

1981-08-14 - Non-final action mailed

1981-06-09 - Case file assigned to examining attorney

1980-10-27 - Case file assigned to examining attorney

## CONTACT INFORMATION

SHC 3015

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=73263568        12/12/2002

14-89

**Correspondent (Owner)**
JOHN R. RYDELL, II (Attorney of record)

GRIFFITH AND THORNBURGH
P.O. DRAWER A
SANTA BARBARA, CALIFORNIA 93102-0009
United States

 

# UNITED STATES PATENT AND TRADEMARK OFFICE

*TESS was last updated on Thu Dec 12 04:10:42 EST 2002*

[PTO Home] [Trademark] [TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Bottom] [Help] [Prev List]
[Curr List] [Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ]   **Record 10 out of 11**

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | **REDKEN** |
| **Goods and Services** | IC 003. US 051. G & S: HAIR CONDITIONERS, WAVE SETS, HAIR SPRAYS, PERMANENT WAVE LOTIONS, HAIR LIGHTENERS, HAND LOTIONS, AND FACE AND SKIN CREAMS. FIRST USE: 19600000. FIRST USE IN COMMERCE: 19600000 |
| | IC 003. US 052. G & S: HAIR SHAMPOOS AND WOMEN'S BEAUTY SOAP. FIRST USE: 19600000. FIRST USE IN COMMERCE: 19600000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72412601 |
| **Filing Date** | January 14, 1972 |
| **Registration Number** | 0971521 |
| **Registration Date** | October 23, 1973 |
| **Owner** | (REGISTRANT) REDKEN LABORATORIES, INC. CORPORATION CALIFORNIA 14721 CALIFA ST. VAN NUYS CALIFORNIA 91401 |
| | (LAST LISTED OWNER) REDKEN LABORATORIES, INC. CORPORATION BY MERGER WITH DELAWARE 6625 VARIEL AVENUE CANOGA PARK CALIFORNIA 91309 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

SHC 3017

| | |
|---|---|
| Prior Registrations | 0915199 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Renewal | 1ST RENEWAL 19931222 |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/12/2002 10:35:06 ET

Serial Number: 72412601

Registration Number: 971521

Mark (words only): REDKEN

Current Status: This registration has been renewed.

Date of Status: 1993-12-22

Filing Date: 1972-01-14

Registration Date: 1973-10-23

Law Office Assigned: Unknown

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 1994-02-08

---

### CURRENT APPLICANT(S)/OWNER(S)

1. REDKEN LABORATORIES, INC.

Address:
REDKEN LABORATORIES, INC.
6625 VARIEL AVENUE
CANOGA PARK, CA 91309
United States
State or Country of Incorporation: Delaware
Legal Entity Type: Corporation

---

### GOODS AND/OR SERVICES

HAIR CONDITIONERS, WAVE SETS, HAIR SPRAYS, PERMANENT WAVE LOTIONS, HAIR LIGHTENERS, HAND LOTIONS, AND FACE AND SKIN CREAMS
U.S. Class: 051 (International Class 003)
First Use Date: 19600000
First Use in Commerce Date: 19600000

Basis: 1(a)

SHC 3019

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=72412601      12/12/2002

14-93

HAIR SHAMPOOS AND WOMEN'S BEAUTY SOAP
U.S. Class: 052 (International Class 003)
First Use Date: 19600000
First Use in Commerce Date: 19600000

Basis: 1(a)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
915199

## PROSECUTION HISTORY

1993-12-22 - Registration renewed - 10 year

1993-10-14 - Response received for Post Registration action

1993-09-01 - Post Registration action mailed - Section 9

1993-07-19 - Section 9 filed/check record for Section 8

1980-01-28 - Section 8 (6-year) accepted & Section 15 acknowledged

## CONTACT INFORMATION

**Correspondent (Owner)**
KURT B. BLOEDEL
REDKEN LABORATORIES, INC.
6625 VARIEL AVENUE
CANOGA PARK, CA 91309
United States

SHC 3020

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=72412601         12/12/2002

14-94

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Trademark Trial and Appeal Board
2900 Crystal Drive
Arlington, Virginia 22202-3513

Mailed: December 20, 2002

Opposition No 91153992
Serial No. 76403550

JAMES M. DURLACHER
WOODARD, EMHARDT, NAUGHTON, MORIARTY ET
BANK ONE CENTER/TOWER 111 MONUMENT CIRCLE, SUITE 3700
INDIANAPOLIS, IN 46204-5137

Sexy Hair Concepts, LLC

v.

Australian Gold, Inc.

ROBERTA JACOBS-MEADWAY
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599



RECEIVED DEC 27 2002

Millicent Canady, Legal Assistant

A notice of opposition to the registration sought in the above-identified application has been filed. A copy of the notice is attached.

**ANSWER IS DUE FORTY DAYS** after the mailing date hereof. (See Patent and Trademark Rule 1.7 for expiration date falling on Saturday, Sunday or a holiday).

Proceedings will be conducted in accordance with the Trademark Rules of Practice, set forth in Title 37, part 2, of the Code of Federal Regulations. The parties are reminded of the recent amendments to the Trademark Rules that became effective October 9, 1998. See Notice of Final Rulemaking published in the *Official Gazette* on September 29, 1998 at 1214 TMOG 145. Slight corrections to the rules, resulting in a correction notice, were published in

SHC 3021

14-95

the *Official Gazette* on October 20, 1998 at 1215 TMOG 64. A copy of the recent amendments to the Trademark Rules, as well as the *Trademark Trial and Appeal Board Manual of Procedure* (TBMP), is available at http://www.uspto.gov.

Discovery and testimony periods are set as follows:

| | |
|---|---|
| Discovery period to open: | January 09, 2003 |
| Discovery period to close: | July 08, 2003 |
| 30-day testimony period for party in position of plaintiff to close: | October 06, 2003 |
| 30-day testimony period for party in position of defendant to close: | December 05, 2003 |
| 15-day rebuttal testimony period for plaintiff to close: | January 19, 2004 |

A party must serve on the adverse party a copy of the transcript of any testimony taken during the party's testimony period, together with copies of documentary exhibits, within 30 days after completion of the taking of such testimony. See Trademark Rule 2.125.

Briefs shall be filed in accordance with Trademark Rule 2.128(a) and (b). An oral hearing will be set only upon request filed as provided by Trademark Rule 2.129.

NOTE: The Board allows parties to utilize telephone conferences to discuss or resolve many interlocutory matters that arise in inter partes cases. See the *Official Gazette* notice titled "Permanent Expansion of Telephone Conferencing on Interlocutory Matters in Inter Partes Cases Before the Trademark Trial and Appeal Board," 1235 TMOG 68 (June 20, 2000). A hard copy of the *Official Gazette* containing this notice is available for a fee from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402 (Telephone (202) 512-1800). The notice is also available at http://www.uspto.gov. Interlocutory matters which the Board agrees to discuss or decide by phone conference may be decided adversely to any party which fails to participate.

If the parties to this proceeding are also parties to other Board proceedings involving related marks or, during the pendency of this proceeding, they become parties to such proceedings, they should notify the Board immediately, so that the Board can consider consolidation of proceedings.

SHC 3023

14-97

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Trademark Trial and Appeal Board
2900 Crystal Drive
Arlington, Virginia 22202-3513

dmd/dab

Mailed: May 29, 2003

Opposition No. 91153992

Sexy Hair Concepts, LLC

v.

Australian Gold, Inc.

On March 22, 200 , the Board sent a notice of default to applicant because no answer had been filed.

The record shows no response thereto.

Accordingly, judgment by default is hereby entered against applicant, the opposition is sustained, and registration to applicant is refused. See Fed. R. Civ. P. 55, and Trademark Rule 2.106(a).

*By the Trademark Trial and Appeal Board*



RECEIVED JUN - 9 2003

SHC 3024

14-98

LAW OFFICES
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
WWW.BALLARDSPAHR.COM

BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

ROBERTA JACOBS-MEADWAY
DIRECT DIAL: 215-864-8201
PERSONAL FAX: 215-864-9950
JACOBSMEADWAYR@BALLARDSPAHR.COM

June 17, 2003

James M. Durlacher, Esquire
Woodard, Emhardt, Naughton, Moriarty
Bank One Center
Tower 111 Monument Circle
Suite 3700
Indianapolis, IN 46204-5137

Re: Sexy Hair Concepts v. Australian Gold, Inc. ("SEXY THING")
Our File: 080492

Dear Mr. Durlacher:

This has reference to the decision of the Trademark Trial and Appeal Board sustaining Opposition No. 91153992 to your client's application for "SEXY THING". We note that your client's application was filed based on Intent to Use. We trust that your client has decided against proceeding with use of this mark. However, please note that if the mark is used in the United States, our client reserves its rights to take further action to prevent such use.

Sincerely,

Roberta Jacobs-Meadway

RJ/af
cc: Mr. Mark Stiller

PHL_A #1765879 v1

SHC 3025

14-99