**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
2900 Crystal Drive
Arlington, Virginia 22202-3513

ROBERTA JACOBS-MEADWAY
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599

**Mailed:  August 20, 2003**

**Serial No.:** 78168706

**HAROLD ROSS, LEGAL ASSISTANT:**

The request to extend time to oppose is granted until
**9/20/03** on behalf of potential opposer **SEXY HAIR CONCEPTS,
LLC.**

Please do not hesitate to contact the Trademark Trial and
Appeal Board for any questions relating to this extension.



SHC 3035

15-16

TRADEMARK RETURN POSTCARD

ATTY _PGC_    SECY _MM_    DATE _7/31/13_ ATTY DOCKET NO _085663_
CERT OF MAIL/CERT OF SERVICE/EXPRESS MAIL LABEL NO. _____
TM.AP/REG/OPP/CANC # _Request for Extension of Time_
OF: _by Sexy Hair Concepts_
FOR: _SEXY SEX63 IN SIXTY SECONDS - 76/164206_
RECEIPT IS ACKNOWLEDGE BY THE USPTO FOR THE FOLLOWING:

___TRADEMARK APPLICATION: _USE _ITU          ___RESPONSE TO ACTION
___SPECIMENS ___DRAWING PAGE                   ___TRANSMITTAL LETTER
___RENEWAL APPLICATION                         ___ASSIGN/CHG NAME/MERGER/ASSIGNMENT
                                               ___NOTICE OF APPEAL/APPEAL BRIEF
                                               ___NOTICE OF OPPOSITION
                                               ___PETITION TO CANCEL
                                               _✓_REQ.EXT. TIME TO OPPOSE
08-04-2003                                     ___PET/MOT FOR EXT. OF TIME
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #71       ___APPOINT DOMESTIC REPRESENTATIVE
                                               ___REVOC/APPT. OF ATTORNEY

OTHER (PAPER TITLE)_____
FEE AUTH CHARGE B.S.A.I. DEPOSIT. ACCT. #02-0755 $_N/A_

SHC 3036

15-17



DALLAS | AUSTIN

4000 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202-2790
Main 214.955.7500
Fax 214.655.7584
Web munsch.com

Writer's Direct Dial  214.855 7538
E-Mail  mpegues@munsch com
Direct Fax  214 978 5325

October 6, 2003

By Facsimile and regular mail

Patricia G. Cramer
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania  19103-7599

Re:    SEXY SOLES IN SIXTY SECONDS

Dear Patricia:

Enclosed with this letter is the executed copy of the Settlement Agreement between Epiphany and Sexy Hair Concepts regarding the above-identified trademark. Please have your client execute the agreement and forward a copy to me.

Should you have any questions, please do not hesitate to give me a call.

Sincerely,

MUNSCH HARDT KOPF & HARR, P.C.

By:
Michael D. Pegues

MDP mdp
cc:    Codi Boone (w/encl.)

15-18

Oct-06-03  10:25am    From-MUNSCH HARDT                    +2148557584          I-Ubb   P.Uu/Ua   F-bIU

## AGREEMENT

This Agreement entered into as of August ____, 2003, by and between Epiphany ("Epiphany"), a Texas Corporation, having a mailing address of 835 East Lamar, #106, Arlington, Texas, 76011, and Sexy Hair Concepts, LLC ("SHC"), a California limited liability company having an address of 9232 Eton Avenue, Chatsworth, California, 91311.

WHEREAS, SHC has, since at least as early as June 1998, employed SEXY HAIR as the dominant component of its marks and name in connection with hair care preparations and has secured U.S. Trademark Registration Nos. 2,403,396; 2,486,702; and 2,553,996 among others.";

WHEREAS, Epiphany is the owner of the trademark SEXY SOLES IN SIXTY SECONDS for, inter alia, hair care preparations, as set forth in U.S. Trademark Application Serial No. 78/168,706 filed on September 27, 2002, for the same, among other things (the "Epiphany Application"); and

WHEREAS, SHC has filed a Request for Extension of Time to oppose registration of the mark of the Epiphany Application; and

WHEREAS, Epiphany has agreed to file documentation with the U.S. Patent and Trademark Office to amend the description of the goods of Epiphany Application to exclude "hair care preparations, namely hair oil; and

WHEREAS, the parties have exchanged information and materials and wish confirm their mutual understanding to resolve the potential opposition.

NOW THEREFORE, in consideration of the foregoing and the undertakings set forth hereinafter and intending to be legally bound, the parties hereby agree as follows:

1.    Within ten (10) business days of the date hereof Epiphany shall file an amendment to the Epiphany application with the U.S. Patent and Trademark Office to amend the description of the goods of Epiphany Application to exclude "hair care preparations, namely hair oil.

2.    Epiphany shall limit the use of the mark to the goods identified in the Epiphany Application, as amended.

3.    Epiphany agrees not to use the SEXY SOLES IN SIXTY SECONDS name or mark or any name or mark which contains or comprises the term "SEXY," on or in connection with hair care preparations or products.

4.    SHC agrees not to file a Notice of Opposition to the mark of the Epiphany Application, as amended, or petition to cancel any registration which issues on the Epiphany Application, as amended, provided Epiphany is in compliance with the terms of this Agreement and has not abandoned use of SEXY SOLES IN SIXTY SECONDS .

5.    This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, heirs, assigns and related companies or affiliates.

PHL_A #1780564 v1

SHC  3044

15-19

Oct-06-03  10:25am    From-MUNSCH HARDT                    +2148557584              T-068    P.04/04    F-678

6.      This Agreement constitutes the entire agreement of the parties with respect to the subject matter hereof and there are no other agreements or understandings, whether oral or written.

7.      This Agreement may be modified or amended only by written agreement signed by both of the parties hereto.

8.      This Agreement may be executed in counterparts which, taken together, shall comprise one single legal instrument.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first written above.

EPIPHANY

By:

Name: Codi Boone

Title: President


SEXY HAIR CONCEPTS, LLC


By:

Name: Mark Stiller

Title:  Chief Financial Officer

SHC 3045

15-20



**MUNSCH HARDT**
**KOPF & HARR** PC
ATTORNEYS & COUNSELORS

DALLAS | AUSTIN

4000 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202-2790
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Writer's Direct Dial: 214.855.7538
E-Mail: mpegues@munsch.com
Direct Fax: 214.978.5325

October 6, 2003

By Facsimile and regular mail

Patricia G. Cramer
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599

    Re:    SEXY SOLES IN SIXTY SECONDS

Dear Patricia:

    Enclosed with this letter is the executed copy of the Settlement Agreement between Epiphany and Sexy Hair Concepts regarding the above-identified trademark. Please have your client execute the agreement and forward a copy to me.

    Should you have any questions, please do not hesitate to give me a call.

               Sincerely,

               MUNSCH HARDT KOPF & HARR, P.C.

By:
               Michael D. Pegues

MDP:mdp
cc:    Codi Boone (w/encl.)

SHC 3040

DALLAS 891613_1 6489.1

15-21

## AGREEMENT

This Agreement entered into as of August ____, 2003, by and between Epiphany ("Epiphany"), a Texas Corporation, having a mailing address of 835 East Lamar, #106, Arlington, Texas, 76011, and Sexy Hair Concepts, LLC ("SHC"), a California limited liability company having an address of 9232 Eton Avenue, Chatsworth, California, 91311.

WHEREAS, SHC has, since at least as early as June 1998, employed SEXY HAIR as the dominant component of its marks and name in connection with hair care preparations and has secured U.S. Trademark Registration Nos. 2,403,396; 2,486,702; and 2,553,996 among others. ;

WHEREAS, Epiphany is the owner of the trademark SEXY SOLES IN SIXTY SECONDS for, inter alia, hair care preparations, as set forth in U.S. Trademark Application Serial No. 78/168,706 filed on September 27, 2002, for the same, among other things (the "Epiphany Application"); and

WHEREAS, SHC has filed a Request for Extension of Time to oppose registration of the mark of the Epiphany Application; and

WHEREAS, Epiphany has agreed to file documentation with the U.S. Patent and Trademark Office to amend the description of the goods of Epiphany Application to exclude "hair care preparations, namely hair oil; and

WHEREAS, the parties have exchanged information and materials and wish confirm their mutual understanding to resolve the potential opposition.

NOW THEREFORE, in consideration of the foregoing and the undertakings set forth hereinafter and intending to be legally bound, the parties hereby agree as follows:

1.      Within ten (10) business days of the date hereof Epiphany shall file an amendment to the Epiphany application with the U.S. Patent and Trademark Office to amend the description of the goods of Epiphany Application to exclude "hair care preparations, namely hair oil.

2.      Epiphany shall limit the use of the mark to the goods identified in the Epiphany Application, as amended.

3.      Epiphany agrees not to use the SEXY SOLES IN SIXTY SECONDS name or mark or any name or mark which contains or comprises the term "SEXY," on or in connection with hair care preparations or products.

4.      SHC agrees not to file a Notice of Opposition to the mark of the Epiphany Application, as amended, or petition to cancel any registration which issues on the Epiphany Application, as amended, provided Epiphany is in compliance with the terms of this Agreement and has not abandoned use of SEXY SOLES IN SIXTY SECONDS .

5.      This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, heirs, assigns and related companies or affiliates.

PHL_A #1780564 v1

SHC  3041

15-22

6.    This Agreement constitutes the entire agreement of the parties with respect to the subject matter hereof and there are no other agreements or understandings, whether oral or written.

7.    This Agreement may be modified or amended only by written agreement signed by both of the parties hereto.

8.    This Agreement may be executed in counterparts which, taken together, shall comprise one single legal instrument.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first written above.

EPIPHANY

By:

Name: Codi Boone

Title: President

SEXY HAIR CONCEPTS, LLC

By:

Name: Mark Stiller

Title:   Chief Financial Officer

15-23



LAW OFFICES
## BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
WWW.BALLARDSPAHR.COM

BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Michael D. Pegues, Esquire | Munsch Hardt Kopf & Harr, P.C. | (214) 855-7584 | (214) 855-7538 |

From:    Patricia G. Cramer

Phone:   (215) 864-8607

Fax:     (215) 864-9744

E-mail:  cramerp@ballardspahr.com

Date:    October 22, 2003

Matter:  085663

Total number of pages including this page:  3
If you do not receive all the pages, please call (215) 864-8757

Re:    U.S. Trademark Application Serial No. 78/168,706
for SEXY SOLES IN SIXTY SECONDS
Our file 085663

Dear Mike:

Attached please find the Agreement between Sexy Hair Concepts, Inc. ("SHC") and Epiphany in connection with the above referenced trademark application executed by SHC.

In connection with the provisions of Section 1 of the Agreement, please send me a copy of the amendment to the Epiphany application that is filed with the U.S. PTO.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Patricia G. Cramer

cc:    Mark Stiller (w/o enc.)
Roberta Jacobs-Meadway, Esquire (w/o enc.)

**Please Note:** The information contained in this facsimile message is privileged and confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received the communication in error, or if any problems occur with transmission, please notify us immediately by telephone. Thank you.
PHL_A #1780950 v1

SHC 3049

15-24

# AGREEMENT

This Agreement entered into as of October 21, 2003, by and between Epiphany ("Epiphany"), a Texas Corporation, having a mailing address of 835 East Lamar, #106, Arlington, Texas, 76011, and Sexy Hair Concepts, LLC ("SHC"), a California limited liability company having an address of 9232 Eton Avenue, Chatsworth, California, 91311.

WHEREAS, SHC has, since at least as early as June 1998, employed SEXY HAIR as the dominant component of its marks and name in connection with hair care preparations and has secured U.S. Trademark Registration Nos. 2,403,396; 2,486,702; and 2,553,996 among others. ;

WHEREAS, Epiphany is the owner of the trademark SEXY SOLES IN SIXTY SECONDS for, inter alia, hair care preparations, as set forth in U.S. Trademark Application Serial No. 78/168,706 filed on September 27, 2002, for the same, among other things (the "Epiphany Application"); and

WHEREAS, SHC has filed a Request for Extension of Time to oppose registration of the mark of the Epiphany Application; and

WHEREAS, Epiphany has agreed to file documentation with the U.S. Patent and Trademark Office to amend the description of the goods of Epiphany Application to exclude "hair care preparations, namely hair oil; and

WHEREAS, the parties have exchanged information and materials and wish confirm their mutual understanding to resolve the potential opposition.

NOW THEREFORE, in consideration of the foregoing and the undertakings set forth hereinafter and intending to be legally bound, the parties hereby agree as follows:

1.    Within ten (10) business days of the date hereof Epiphany shall file an amendment to the Epiphany application with the U.S. Patent and Trademark Office to amend the description of the goods of Epiphany Application to exclude "hair care preparations, namely hair oil.

2.    Epiphany shall limit the use of the mark to the goods identified in the Epiphany Application, as amended.

3.    Epiphany agrees not to use the SEXY SOLES IN SIXTY SECONDS name or mark or any name or mark which contains or comprises the term "SEXY," on or in connection with hair care preparations or products.

4.    SHC agrees not to file a Notice of Opposition to the mark of the Epiphany Application, as amended, or petition to cancel any registration which issues on the Epiphany Application, as amended, provided Epiphany is in compliance with the terms of this Agreement and has not abandoned use of SEXY SOLES IN SIXTY SECONDS.

5.    This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, heirs, assigns and related companies or affiliates.

Oct-21-03   05:43pm   From-BALLARD SPAHR                    +215 864 8999          T-127   P.004/004   F-498

Oct-09-03   10:28am   From-WUNSCH HARDT                     +21485578034          T-058   P.04/04   F-879

6.      This Agreement constitutes the entire agreement of the parties with respect to the subject matter hereof and there are no other agreements or understandings, whether oral or written.

7.      This Agreement may be modified or amended only by written agreement signed by both of the parties hereto.

8.      This Agreement may be executed in counterparts which, taken together, shall comprise one single legal instrument.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first written above.

EPIPHANY

By: _____

Name:

Title:  Codi Boone
        President


SEXY HAIR CONCEPTS, LLC

By: _____

Name: Mark Stiller

Title:  Chief Financial Officer

_____
10/21/03

PHL_A #1750954 v1                              2

SHC 3051

15-26

TRADEMARK
Docket No. 6489.2-4

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

---

### Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as Express Mail, Label No. EL 864974151 US in an envelope addressed to: Director of the U.S. Patent and Trademark Office, Attention: TTAB, 2900 Crystal Drive, Arlington, Virginia 22202-3513, on the date indicated below.

Name of Person Signing Certificate: Denise Hill

Signature: _Denise Hill_

Date of Signing: _Oct 23, 2003_

---

APPLICANT: Epiphany
MARK: SEXY SOLES IN SIXTY SECONDS
SERIAL NO.: 78/168,706
FILING DATE: September 27, 2002
PUBLICATION DATE: April 22, 2003



RECEIVED
NOV - 5 2003

Director of the U.S. Patent and Trademark Office
Attention: TTAB
2900 Crystal Drive
Arlington, VA 22202-3513

### Request for Amendment of Description of Goods
### Extension of Time for Filing an Opposition Has Been Granted

Sir:

Applicant, through its attorney, hereby requests that the description of goods in the Application to register the above-referenced mark be amended pursuant to 37 CFR 2.71(a). Specifically, Applicant requests that the recitation of services be amended to read as follows:

> Bath and body care products, namely, bath beads, bath crystals, bath oil, non-medicated salts and scrubs, lotion and massage oil; and foot care products, namely, non-medicated foot cream, in International Class 003.

SHC 3052

15-27

TRADEMARK
Docket No. 6489.2-4

The referenced application was published on April 22, 2003 and an Extension of Time for Filing Notice of Opposition has been granted.

This Amendment is being submitted pursuant to an Agreement executed by Opposer and Applicant, in which Applicant has agreed to remove "hair care preparations, namely hair oil; and" from the description of goods. Accordingly, Applicant respectfully requests that the amendment be accepted and entered.

Applicant believes that republication of mark is not required and respectfully requests that a Certificate of Registration be issued.

Respectfully submitted,

Michael D. Pegues
Attorney for Applicant

Dated: __October 23, 2003__

Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue, Suite 4000
Dallas, TX 75202-2790
Phone: 214-855-7538

SHC 3053

15-28

2

TRADEMARK
Docket No. 6489.2-4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Amendment of Description of Goods - Extension of Time for Filing an Opposition Has Been Granted was served on attorneys for Opposer, Sexy Hair Concepts, LLC, on the date indicated below, by placing a copy thereof in the United States Postal Service first class mail, proper postage prepaid, addressed as follows:

Ballard Spahr Andrews & Ingersoll, LLP
Attorneys for Potential Opposer
Robert Jacobs-Meadway
Patricia G. Gramer
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Date: __October 23, 2003__

Michael D. Pegues
Attorney for Applicant

DALLAS 896185_1   6489.2

SHC 3054

15-29

11/03/03  MON 16:26 FAX 215 864 8999        Ballard Spahr                                    ☒001

```
                          ********************
                      ***    TX REPORT    ***
                          ********************


        TRANSMISSION OK

        TX/RX NO                 2671
        CONNECTION TEL                    12148557584
        SUBADDRESS
        CONNECTION ID
        ST. TIME            11/03 16:26
        USAGE T             00'36
        PGS.                   1
        RESULT              OK
```

LAW OFFICES

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
WWW.BALLARDSPAHR.COM

BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|-----------|---------|---------|-----------|
| Michael D. Pegues, Esquire | Munsch Hardt Kopf & Harr, P.C. | (214) 855-7584 | (214) 855-7538 |

From:    Patricia G. Cramer                    Date:     November 3, 2003

Phone:   (215) 864-8607                        Matter:   085663

Fax:     (215) 864-9744

E-mail:  cramerp@ballardspahr.com

Total number of pages including this page:
If you do not receive all the pages, please call (215) 864-8757

Re:    U.S. Trademark Application Serial No. 78/168,706
for SEXY SOLES IN SIXTY SECONDS
Our file 085663

Dear Mike:

Please confirm that pursuant to the provisions of Section 1 of the Agreement between Epiphany and Sexy Hair Concepts an Amendment of the description of goods for the above-referenced application has been filed with the U.S. PTO.

Please be so kind as to send me a copy of the amendment.

If you have any questions, please do not hesitate to contact me.

SHC 3055

15-30

LAW OFFICES
## BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
WWW.BALLARDSPAHR.COM

BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Michael D. Pegues, Esquire | Munsch Hardt Kopf & Harr, P.C. | (214) 855-7584 | (214) 855-7538 |

| | | | |
|---|---|---|---|
| From: | Patricia G. Cramer | Date: | November 3, 2003 |
| Phone: | (215) 864-8607 | Matter: | 085663 |
| Fax: | (215) 864-9744 | | |
| E-mail: | cramerp@ballardspahr.com | | |

Total number of pages including this page:
If you do not receive all the pages, please call (215) 864-8757

Re:    U.S. Trademark Application Serial No. 78/168,706
for SEXY SOLES IN SIXTY SECONDS
Our file 085663

Dear Mike:

Please confirm that pursuant to the provisions of Section 1 of the Agreement between Epiphany and Sexy Hair Concepts an Amendment of the description of goods for the above-referenced application has been filed with the U.S. PTO.

Please be so kind as to send me a copy of the amendment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Patricia G. Cramer

cc:    Mark Stiller (via facsimile)
Roberta Jacobs-Meadway, Esquire

**Please Note:** The information contained in this facsimile message is privileged and confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received the communication in error, or if any problems occur with transmission, please notify us immediately by telephone. Thank you.

PHL_A #1812863 v1

SHC 3056

15-31

**UNITED STATES PATENT AND TRADEMARK OFFICE**
Trademark Trial and Appeal Board
2900 Crystal Drive
Arlington, Virginia 22202-3513


ROBERTA JACOBS-MEADWAY
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599


Mailed: November 24, 2003
Serial No.: 78168706

HAROLD ROSS, LEGAL ASSISTANT:


The request to extend time to oppose is granted until
11/19/03 on behalf of potential opposer **SEXY HAIR CONCEPTS,
LLC**.


Please do not hesitate to contact the Trademark Trial and
Appeal Board for any questions relating to this extension.

**New Developments at the Trademark Trial and Appeal Board**


TTAB forms for electronic filing of extensions of time to
oppose, notices of opposition, and inter partes filings are now
available at http://estta.uspto.gov. Images of TTAB proceeding
files can be viewed using TTABVue at http://ttabvue.uspto.gov.


Parties should also be aware of changes in the rules affecting
trademark matters, including rules of practice before the TTAB.
*See* Rules of Practice for Trademark-Related Filings Under the
Madrid Protocol Implementation Act, 68 Fed. R. 55,748 (September
26, 2003) (effective November 2, 2003) Reorganization of
Correspondence and Other Provisions, 68 Fed. Reg. 48,286 (August
13, 2003) (effective September 12, 2003). Notices concerning the
rules changes are available at www.uspto.gov.



DEC - 1 2003

SHC 3057

15-32