

Citation                     Search Result          Rank(R) 17 of 76          Database
3/12/03 CHICAGOTR 4                                                            ALLNEWS
3/12/03 Chi. Trib. 4
2003 WL 15977642
**(Publication page references are not available for this document.)**

Chicago Tribune
Copyright 2003, Chicago Tribune. All Rights Reserved.

Wednesday, March 12, 2003

Woman News

STYLE/BEAUTY.

Hair apparent Locks take lead at Midwest Beauty Show
By Ingrid Schmidt, Special to the Tribune.

"No matter what you wear . . . You are still judged by your hair,"
read the slogan on Canadian hairdresser Umberto Buffone's T-shirt.

The best way to avoid bad judgment might be to stay ahead of the trend
curve. So thought the thousands from the beauty industry who packed into
the Donald E. Stephens Convention Center in Rosemont March 1-3 to
preview the latest tips and toiletries at the Chicago Midwest Beauty
Show.

"Everything's very big and bold," said Omekia Arford, the owner of
Shear Stylin salon in Danville, Ill. "There's ... lots of red going
on."

"Everybody's here for ceramic [curling] irons," said Karen Rawski, a
nail technician from Winfield. "The crimping irons with patterns are
new. ... I've got to find those."

The booth of Italian company Dawa was doing a brisk business in flat
irons with interchangeable patterned inserts, including some with the
word **"sexy,"** and had none left by the end of the show's second day.

Beyond styling, many of the newest products and tools appeal to
women's busy lifestyles.

Wella's Blondor Express Mouse (resembles a computer mouse) lets salons
add highlights to hair in less than three minutes. Naturopatch touts
Essential Oil Patch Therapy as a natural remedy "to promote good health
and well-being." Paul Mitchell's Tea Tree Hair and Body Moisturizer
hydrates hair and skin. The Personal Microdermabrasion System from
DermaNew, an at-home version of the salon treatment, uses a rotating,
battery-operated wand to massage cream laden with buffing crystals into
the skin. (Now available in Chicago at Kiva Spa.)

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

3/12/03 CHICAGOTR 4
**(Publication page references are not available for this document.)**

At **Sexy** Hair Concepts, a new product line called Wild **Sexy** Hair was being promoted while hair aficionados grooved to vinyl records spun by a disc jockey and watched demonstrations in "disruptive texture haircutting." Young men danced around in torn red T-shirts, toting packs of metallic holding gel in colors like copper and crimson as if they were boom boxes.

After the show, attendees filled the Rosemont Theater for the Alternative Hair Show, featuring 17 artistic hair teams from around the world, including the Frank Gironda Salon and Day Spa (with three locations in Wheaton and Naperville). Gironda's segment, Cell Block Tango, was inspired by the movie musical "Chicago."

A slew of strong, **sexy** women, jailed for "offing" their lovers, donned equally powerful hairstyles, from locks woven with chains to the biggest "big hair" imaginable.

"We wanted to show how women have evolved into these powerful creatures, which is what they should be, so we showed lots of over-exaggerated shapes," said Mark Hartwig, artistic director for Frank Gironda and designer of the hairstyles and costumes.

Stylist Nicholas French inspired the audience with hair crimped forward in an undulating shape or out like a windblown ponytail frozen in midgust with Final Net. Lolita-like models skipped around stage with oversize lollipops to the Cyndi Lauper tune "Girls Just Want To Have Fun."

TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

PHOTOS 5

PHOTO (color): The Alternative Hair Show at the Rosemont Theater provided some hair raising looks as 17 teams from around the world competed for charity.

PHOTO (color): Far right: At the Chicago Midwest Beauty Show, a camera-ready audience watched demonstrations in "disruptive texture haircutting" by stylists from **Sexy** Hair Concepts.

PHOTO (color): Large photo: At the Alternative Hair Show, stylist Nicholas French sent out models with hair that looked like windblown waves frozen in mid air.

PHOTO (color): Above: Joseph Accolla (left) and Rod Sickler of **Sexy** Hair Concept's international artistic team go to town on volunteer Bridget Bingham's hair at the **Sexy** Hair stage.

PHOTO (color): Left: For its Alternative Hair Show segment, the Frank Gironda Salon team found inspiration in the movie musical "Chicago." Tribune photos by

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.      DOW JONES Westlaw

3/12/03 CHICAGOTR 4
**(Publication page references are not available for this document.)**

Stacey Wescott.

---- INDEX REFERENCES ----

KEY WORDS:          WOMAN;  FASHION;  MEETING;  PRODUCT;  INDUSTRY;  PROFILE

NEWS SUBJECT:       Fashion; Calendar of Events; New Products/Services; English
                    language content; Political/General News; Routine General
                    News; Content Types; Corporate/Industrial News (GFAS NCAL
                    C22 ENGL GCAT NRGN NCAT CCAT)

REGION:             United States - Illinois; Midwest U.S.; United States; North
                    American Countries; Illinois; North America; United States
                    (USIL USC USA NAMZ IL NME US)

EDITION:            CHICAGO FINAL

Word Count: 477
3/12/03 CHICAGOTR 4
END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw



Page    21

Citation                   Search Result          Rank(R) 18 of 76        Database
3/1/03 GLOBALCOSM 8                                                        ALLNEWS
3/1/03 Global Cosmetic Indus. 8
2003 WL 11567052
**(Publication page references are not available for this document.)**

Global Cosmetic Industry
Copyright 2003 Gale Group Inc. All rights reserved. COPYRIGHT 2003 Advanstar
Communications, Inc.

Saturday, March 1, 2003

ISSN: 1523-9470; Volume 171; Issue 3

**Sexy** goes Super. (Street **Level**).(**Sexy** Hair Concepts launches skus in Supercuts
salons)(Brief Article)
Total number of pages for this article: 1 FULL TEXT

**Sexy** Hair Concepts rolled out its top 10 SKU mix into 728 corporate
Supercuts salons in February. Supercuts stylists had the opportunity to
fill out a questionnaire provided by **Sexy** Hair and receive three
full-sized products, an educational video and the chance to win an MP3
DVD player.

---- INDEX REFERENCES ----

KEY WORDS:          SERVICE INDUSTRIES; HAIR PREPARATIONS; UNITED STATES;
                    PRODUCT INTRODUCTION; GOODS & SERVICES DISTRIBUTION;
                    ALLIANCES, PARTNERSHIPS; TOILET PREPARATION MANUFACTURING

NEWS SUBJECT:       Political/General News; New Products and Services; New
                    Products/Services; Joint Ventures; English language content;
                    Corporate/Industrial News; Ownership Changes (GCAT PDT C22
                    C184 ENGL CCAT C18)

NEWS CATEGORY:      BRIEF ARTICLE

MARKET SECTOR:      Consumer Non-Cyclical; Consumer Cyclical (NCY CYC)

INDUSTRY:           Cosmetics & Personal Care; Consumer Electronics; Home
                    Furnishings & Appliances (COS CSE HMF)

PRODUCT:            Consumer Products (DCP)

SIC:                2844

REGION:             United States; North America; United States; North American
                    Countries (US NME USA NAMZ)

Word Count: 49

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.          Westlaw

3/1/03 GLOBALCOSM 8
**(Publication page references are not available for this document.)**

3/1/03 GLOBALCOSM 8
END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



Citation                    Search Result        Rank(R) 4 of 11        Database
2/25/03 BSX-DYEXP P32                                                   ALLNEWS
2/25/03 Daily Express P32
2003 WL 15835657
(Publication page references are not available for this document.)

The Express
(c) Copyright Express Newspapers 2003

Tuesday, February 25, 2003

TANIA BRYER.Every week, TV presenter Tania gives her verdict on the latest
beauty buys.

Every week, TV presenter Tania gives her verdict on the latest beauty buys.
This week, she looks at hair products that help you get the windswept look
EVERY time I step outside my front door lately I'm swept up in a gust of wind.

Thankfully, windswept hair is high fashion again and you can get the wild look
with a little help from the high street. First, clean your hair with a
fabulous detoxifying shampoo. My favourite is Aveda Curessence Damage Relief
Shampoo, t17 (020 7297 6350), which gives hair a healthy, organic burst.

Since an overload of styling products can dry out hair, restore its moisture
with Nicky Clarke Hairomatherapy Hydrating Shampoo, t3.99 (nationwide).

Give coloured hair a boost with a shampoo such as Neutrogena Clean For Colour
Colour Defending Shampoo, t2.59 (nationwide). Then treat it to the divine
Garnier Colour Last Replenishing Mask, t3.99 (nationwide), which will
revitalise coloured locks.

If your hair's looking dull and lifeless, the ultimate cure is Daniel Galvin
Miracle Solution Colour Shine Brightener, t4.99 (Boots).

For that all-important windswept look, I love TIGI Bedhead Small Talk, t11
(0870 330 0955), right, a three-in-one thickening, energising and styling
cream. This potion adds body and volume to lifeless hair as well as styling
and separating it.

For something wild and sexy, try Sexy Hair Concepts Wild Sexy Hair Untamed
Whipped Wax, t11.65 (020 8381 7793), far left, a light wax spray. The cast of
Sex And The City use the products from this range.

Get a super, shiny sheen with Wella High Hair Gloss Serum, t8.85 (0800
3283400) which is sprayed on to the hair to leave a shiny finish without
frizz. I also love Charles Worthington Dream Hair Shining Star, t6.95
(nationwide). For something with more weight, try John Frieda Frizz Ease Hair
Serum, t5.95 (nationwide) because it controls even the most unruly hair.

Actress Sarah Jessica Parker loves this product, as well as John Frieda's

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

2/25/03 BSX-DYEXP P32
**(Publication page references are not available for this document.)**

Sheer Blonde range (nationwide).

---- INDEX REFERENCES ----

NEWS SUBJECT:        English language content; Lifestyle; Political/General News;
                     Corporate/Industrial News (ENGL GLIFE GCAT CCAT)

MARKET SECTOR:       Consumer Non-Cyclical (NCY)

INDUSTRY:            Cosmetics & Personal Care (COS)

PRODUCT:             Consumer Products (DCP)

REGION:              United Kingdom; Western European Countries; European
                     Countries; European Union Countries (UK WEURZ EURZ EECZ)

Word Count: 326
2/25/03 BSX-DYEXP P32
END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw



Citation                    Search Result          Rank(R) 20 of 76        Database
2/24/03 PRODALERT 0                                                        ALLNEWS
2/24/03 Prod. Alert 0
2003 WL 11728449
**(Publication page references are not available for this document.)**

Product Alert

Copyright 2003 Gale Group Inc. All rights reserved. COPYRIGHT 2003 Marketing
Intelligence Service Ltd.

Monday, February 24, 2003

ISSN: 0740-3801; Volume 32; Issue 4

Wild **Sexy** Hair Unshakeable Firm Holding Fixative Spray; Flashy 3-D Shine Gloss
MANUFACTURER: **Sexy** Hair Concepts CATEGORY: 320 - Hair Styling Products.(Brief
Article)

FULL TEXT

   More information has been obtained to append our report on the Wild
**Sexy** Hair line of products from **Sexy** Hair Concepts.  The Chatsworth,
CA-based company offers three products in this line, two of which are
Unshakeable Firm Holding Fixative Spray and Flashy 3-D Shine Gloss.
Available in a 4.2 oz. short plastic pump spray bottle for $13.80, the
Fixative Spray is said to deliver an extremely firm hold "that you just
can't shake."  It dries fast and is to be used on dry hair. The Shine
Gloss, in a 1.7 oz. plastic pump dispenser for $14.30, "delivers a
super, high shine without being greasy."  To be used on dry hair, it
"creates multi-dimension styles with a lightweight hold" and "leaves
hair soft, manageable and ready for the spotlight." For sample retrieval
information, please call:  Marketing Intelligence Service, Ltd., (585).
374-6326.

---- INDEX REFERENCES ----

KEY WORDS:         HAIR PREPARATIONS; UNITED STATES; PRODUCT INTRODUCTION;
                   TOILET PREPARATION MANUFACTURING

NEWS SUBJECT:      Political/General News; New Products and Services; New
                   Products/Services; English language content;
                   Corporate/Industrial News (GCAT PDT C22 ENGL CCAT)

NEWS CATEGORY:     BRIEF ARTICLE

MARKET SECTOR:     Consumer Non-Cyclical (NCY)

INDUSTRY:          Cosmetics & Personal Care (COS)

PRODUCT:           Consumer Products (DCP)

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

```
2/24/03 PRODALERT 0
(Publication page references are not available for this document.)

SIC:                2844
REGION:             United States; North America; United States; North American
                    Countries (US NME USA NAMZ)

Word Count: 141
2/24/03 PRODALERT 0
END OF DOCUMENT
```

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw



Citation                    Search Result              Rank(R) 21 of 76        Database
2/10/03 PRODALERT 0                                                            ALLNEWS
2/10/03 Prod. Alert 0
2003 WL 11728719
**(Publication page references are not available for this document.)**

Product Alert
Copyright 2003 Gale Group Inc. All rights reserved. COPYRIGHT 2003 Marketing
Intelligence Service Ltd.

Monday, February 10, 2003

ISSN: 0740-3801; Volume 32; Issue 3

Wild **Sexy** Hair Untamed Whipped Wax MANUFACTURER: **Sexy** Hair Concepts CATEGORY:
320 - Hair Styling Products.(Brief Article)
FULL TEXT

Chatsworth, CA-based **Sexy** Hair Concepts has added Wild **Sexy** Hair
Untamed Whipped Wax to its haircare line.  It is available in a pump
dispenser with an "easy-dispensing spout" created by SeaquistPerfect
Dispensing of Cary, IL. For sample retrieval information, please call:
Marketing Intelligence Service, Ltd., (585) 374-6326.

---- INDEX REFERENCES ----

KEY WORDS:          HAIR PREPARATIONS; UNITED STATES; PRODUCT INTRODUCTION;
                    TOILET PREPARATION MANUFACTURING

NEWS SUBJECT:       Political/General News; New Products and Services; New
                    Products/Services; English language content;
                    Corporate/Industrial News (GCAT PDT C22 ENGL CCAT)

NEWS CATEGORY:      BRIEF ARTICLE

MARKET SECTOR:      Consumer Non-Cyclical (NCY)

INDUSTRY:           Cosmetics & Personal Care (COS)

PRODUCT:            Consumer Products (DCP)

SIC:                2844

REGION:             United States; North America; United States; North American
                    Countries (US NME USA NAMZ)

Word Count: 48
2/10/03 PRODALERT 0
END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.                    DOW JONES Westlaw

9 of 17 DOCUMENTS

Copyright 2003 Gale Group, Inc.
ASAP
Copyright 2003 Advanstar Communications, Inc.
Global Cosmetic Industry

January 1, 2003

SECTION: No. 1, Vol. 171; Pg. 37; ISSN: 1523-9470

IAC-ACC-NO: 96893469

LENGTH: 6235 words

HEADLINE: Healthy hair, healthy segment; Global Report: Hair Care; Industry Overview

BODY:

Whether buying in a niche or mass market, store or salon, consumers want their hair to be an outward expression of themselves. And they are looking to you to help them scream style with healthy, shiny, sophisticated hair.

Hair care was the fastest growing segment of the personal care industry from 1998 through 2002, increasing from $21 billion to $27.2 billion, according to Datamonitor. The market is also seeing impressive growth across geographical regions. This trend is expected to continue with consumers striving for ways to look and feel better by showcasing a head of healthy locks. With a market that is constantly being flooded with new products, the industry has to keep its sights on the horizon for upcoming consumer desires and solutions to meet their demands. In Europe and across the globe, consumers' interest in hair care has been fueled by a large number of new launches to feed major styling fashions, including the trend toward controlled "messy," which continues to gain popularity. In the United States, the underserved ethnic consumer has been given a growing amount of attention, and the specific needs of African Americans now are being met en masse in products designed for their hair type.

While a saturated market makes penetration difficult, the hair care segment continues to survive a struggling economy. Yet, a virtually untapped market lies in the professional arena, where manufacturers have a challenging but potentially prosperous opportunity to distribute their brand through salons, escaping the clutter of the mass market's retail shelf.

1: MAKING A MESS

New products are increasingly important to European consumers as they strive to achieve the right look.

BY IMOGEN MATTHEWS

European consumers' are sophisticated, and their interest in hair care has been fueled by a large number of new launches. According to Mintel's Global New Products Database (GNPD), nearly 3,000 new hair care products were introduced worldwide in 2000, with a massive increase in new product activity for styling products since 1999. "This is not surprising, as we have seen the entrance into the market of many new brands during this period, such as Fructis and Timotei," commented David Jago, editorial director for GNPD. He has seen evidence of this trend continuing throughout the new year with product activity finishing at record levels in 2002.

Hair care products have become increasingly sophisticated as companies seek out new niches to satisfy differing consumer needs. Mintel notes three major trends in hair styling: the straight effect, the messed up look and the curly statement. "For some followers of fashion, it seems the messier, the better," maintained Jago. "The unstructured look has been popular for a few years. But it is not as easy to achieve as one might think, and there are many styling products out there to help." Recent examples of brands launched Europe-wide include the Out of Bed range of creams, gels and waxes from L'Oreal under its Studio Line banner, and Hair Make Up Twist It Modelling Paste, introduced by Jean-Marc Maniatis in France.

 
™ LexisNexis™     ™ LexisNexis™     ™ LexisNexis™

Global Cosmetic Industry January 1, 2003

This isn't to say that consumers want a naturally unkempt look. To achieve their desired styles, European women have a sophisticated repertoire of shampoo, conditioner and styling products. According to Taylor Nelson Sofres consumer Panels, almost all Europeans use a shampoo, nearly one in five also use conditioner and a third incorporate a styling product into their hair care regime. The Germans are the biggest users of shampoo and styling products, closely followed by the British who also have a propensity to use a separate conditioner. By contrast, Italians lag behind the European average in terms of usage due to the high percentage of visitors who frequent hair salons to have their hair washed and styled.

Despite relatively low penetration for both conditioners and styling products, usage increased between 2000 and 2002 for both categories and for each of the major European countries. In particular, more Spaniards are taking to conditioning products and trading up to new value-added hair treatments, which is driving market growth. More European consumers use styling products than conditioners as part of their hair care regime. Hair care companies can exploit this potential opportunity by developing styling products offering a multi-functional conditioning and hold benefit.

Salon Innovation

In the United Kingdom, the market has taken a slightly different turn, due to the phenomenal success of designer hair care brands endorsed by well-known hairdressers. The move into retail hair care began in the '70s with Vidal Sassoon, and many celebrity hairdressers have put their name to their own brand, including John Frieda, Charles Worthington, Trevor Sorbie and Toni & Guy.

John Frieda now has an international business, due largely to the success of Frizz-Ease, his best-selling hair straightening concept. New to the U.K. market is Frizz-Ease Relax, aimed at the specific needs of chemically relaxed hair. Relax targets the weaknesses and difficulties of chemically straightened hair with a range of products designed to prolong periods between relaxing treatments. Texture correcting serum is a silicone formula to help eliminate frizz and contains vitamins A, E and aloe.

Charles Worthington launched a new styling collection in Autumn 2001 called In Fashion, inspired by catwalk trends and ingredient innovation. The styling range and accessories are updated every six months for autumn/winter and spring/summer with products that define the season's look. Charles Worthington's "in-out" hair care philosophy is a new fashion-based approach to a normally static industry. For example, Get Shaggy is inspired by this season's hippy chic trend for loose curls, which is a "rough and ready" styling gel that can create a disheveled bohemian look.

Long Hair was recently launched by Trevor Sorbie, which he developed after listening to clients' requests to grow and maintain shiny, healthy long hair. The range incorporates Croda's new breakthrough ingredient 18 MEA (18 methyl eicosanoic acid), a lipid that until now was only found in hair itself. This lipid forms a microscopic layer to the outside of each cuticle cell and protects the surface, waterproofs and gives hair its smoothness and slip. The formulation also infuses the hair with moisture retaining amino acids which combat static, improve condition and increase the overall softness and feel of the hair.

Toni & Guy is a chain of hairdressing salons that also sells its own hair care products, developed in conjunction with the U.K.'s leading hair care retailer, Boots. Insights is a new range developed by Sacha Mascolo-Tarbuck, daughter of Toni & Guy's founder Toni Mascolo. She wanted a line to use both in the salon and at home consisting of products that nurture the hair using a holistic approach. In gredients include honey quat, sea silk extract and tiare extract, which forms part of the hibiscus family.

Future Prospects

Mintel predicts that traditional hair care products, such as hairsprays and mousses, will lose popularity while gels and waxes will continue to catch consumers' imagination. Jago said, "There will be more variety, more two-in-one gel and wax formulations, foaming waxes, liquids that turn into mousses and water-based lines with a purer positioning." These products are increasingly important as consumers strive to achieve the right look, and the prominence of these products promise to feed the "messy" trend for a long time to come.

TABLE 1.


PENETRATION OF HAIR CARE

  

Global Cosmetic Industry January 1, 2003

Percentage use of hair care products, by European country, 2000 vs. 2002.

| | Shampoos | | Conditioners | | Styling products | |
|---|---|---|---|---|---|---|
| | 2000 | 2002 | 2000 | 2002 | 2000 | 2002 |
| France | 85.3 | 83.7 | 12.9 | 14.5 | 22.6 | 31.4 |
| Germany | 88.4 | 88.8 | 16.6 | 17.4 | 39.1 | 40.6 |
| Great Britain | 90.3 | 88.5 | 27.3 | 29.9 | 33.2 | 35.7 |
| Italy | 76.4 | 75.3 | 14.0 | 15.3 | 25.8 | 30.8 |
| Spain | 81.4 | 84.6 | 12.5 | 17.7 | 13.3 | 18.3 |
| All countries | 84.8 | 84.4 | 16.8 | 18.9 | 28.3 | 32.9 |

Source: Taylor Nelson Sofres Consumer Panels

Imogen Matthews is a consultant to In-cosmetics, which will take place April 1-3, 2003, at Porte de versailles in Paris. Mintel will be collaborating with In-Cosmetics in the months before the show and will also participate in the Industry Trends Presentations taking place on each of the show days.

### 2: CARE FOR BLACK HAIR

African Americans account for more than 30 percent of industry spending in a $4 billion hair market and are finally getting the attention they deserve. BY SARA MASON

The underserved ethnic consumer has been given a growing amount of attention over the past few years. As U.S. Census 2000 results continue to trickle out of government offices, manufacturers and retailers are beginning to realize that the ethnic consumer base is significant in number and spending power. More important is its increasingly heterogeneousness. The market has evolved to such an extent that grouping all non-mainstream consumer products into an ethnic category is no longer sufficient. Products serving all hair shades, types and textures have begun to emerge en masse.

"Consumers want products that address their individual needs," explained Penny Vanemon, global marketing manager for National Starch & Chemical Co. "We expect to see new formulations that address a wide range of hair types, not just normal, dry or oily hair."

Degussa Corp., for example, differentiates its products by hair type, with curly (African) being one of three thick/course hair fiber diameters. Within this category, there are three hair qualities, based on chemical treatment or natural change: virgin (not altered) or gray/white, straightened and dyed. The company claims that to make available a selection of products that suit the consumers' needs, this distinction must be made. It is essential, for example, that a hair conditioner for African American hair types has a dry feel and a straightening effect that weighs hair down. In addition, for straightened hair, detangling, dry-comb and reduced friction, gloss and shine are essential properties in any conditioning product.

For example, a novel polymer-based technology from Uniqema offers formulators the ability to build in 80-85 percent water and still deliver a product with exceptional moisturization, texture and flow benefits. (1) "Polymer-based technology is ideal for the ethnic hair care market because it enables the formulator to use lighter emollients," explained Mark Chandler, technical manager of Uniqema. "By using lighter emollients, the after-feel of the product is improved significantly."

  

This type of specialized hair care, a trend modeled after skin care, also requires that a shampoo not only moisturize, but it must also repair specific damage. "There's more fragmentation in hair care," said Janet Kosiek, personal care marketing manager of Degussa. "Special treatments, such as hair repair and restoration are desired." This new arena of hair specialties and custom treatments affect the price, but the market shows that this is what consumers want.

Specifically in the African American market, industry figures show that while blacks make up 13 percent of the U.S. population, they account for more than 30 percent of industry spending in a $4 billion hair care market. On average, African Americans spend three times more on hair care than all other Americans. "We understand we have a huge opportunity to make a significant impact in the ethnic hair and skin care market and to make an impact in the African American community," said Candace S. Matthews, president of Soft Sheen-Carson, a leading marketer and distributor of hair care products for black consumers. In order to stay loyal to its mission to provide premier products for the care of hair and skin that transcend the needs and exceed the desires of people of color, Soft Sheen-Carson will rely on the research and technology of its parent company, L'Oreal. In 2000, L'Oreal Group committed more than $360 million to R&D and opened the Institute for Ethnic Hair and Skin Research to study black hair and skin. Its research capabilities allow Soft Sheen-Carson to provide a full range of products infused with science and innovation to serve the needs of black men and women worldwide.

Victoria Holloway, MD, joined the science research facility as director to build and develop the facility. "With product development research, you see results in months to a year or two," Holloway explained. "But, for this kind of 'advanced' or 'fundamental' research, results are seen several years later." The concept is that with some new understanding about the science of hair or skin, companies can begin to tailor their product development for the African American community.

The problem

Considerations for product development include the unique inherent properties of African American hair, in addition to aggressive styling habits. Structural differences include a flattened ellipse shape versus the round hair of Caucasians and an inconsistent diameter down the length of the hair. "We also know that black hair tends to be much more fragile—it tends to break more easily," said Holloway.

Breakage is partially due to styling behaviors such as hair relaxing, coloring and heat styling. "Most African American women at some point do relax their hair," she explained. "For most it's a regular process, something we use every eight weeks." Information Resources, Inc. supports this assertion in its report of ethnic personal care sales of chemical treatments, on which $47 million was spent, year ending September 15, 2002. Of course, the mis-use of relaxers can be damaging to the hair, so it's important that consumers are aware of the proper use. "Better informing African Americans of the damage caused by certain hairstyling practices will bring improved hair care," said Holloway.

Hair relaxing, also known as lanthionization, is a chemical process to straighten extremely curly hair. The hair is softened during this process by a general distribution of all the chemical bonds. The protein is degraded and the disulfide linkages are destroyed, causing lanthionine cross linkages to form between the protein chains. This process of breaking and reforming bonds forever displaces the internal protein structure of the hair. Severe damage is caused during the relaxing process because not all the cross-linkages form. Hair is 70–80 percent protein, and its loss can cause a decrease in moisture, shine, flexibility and strength. It is important that reconstructive products are used to lessen the damaging effect of the relaxing process with the addition of specific proteins, quaterniums and other reactive ingredients. (2)

Relaxers aren't the only problem, however. The last year has shown a 15.7 percent and 12 percent increase in the number of African Americans purchasing hair color and curl/wave maintenance products, respectively, according to IRI.

In addition, the use of heat-styling appliances can be damaging to hair. Even at the temperatures at which blow dryers operate, water is evaporated, resulting in physical changes to the hair. (3) Reduced moisture retention, increased fiber stiffness and decreased fiber mechanical strength are all observed changes associated with the heat-induced physical changes of hair. As hair is exposed to temperature ranges in which curling and flat irons operate, it undergoes chemical changes, such as tryptophan decomposition, discoloration and the formation of amide cross linkages. (3) This damage also includes cuticle removal and lifting. At the consumer level, this may be noticed as a loss of shine, an increase in combing force, less conditioned feel of hair and an increase in hair breakage.

  

Global Cosmetic Industry January 1, 2003

### The solutions

Because ethnic consumers have these unique hair care needs, there has never been a better time for a company to provide products that address them.

Chicago-based Soft Sheen-Carson has launched Optimum Care, a relaxer with lysine, an essential amino acid similar to the natural protein found in hair. The patent-pending lysine technology concentrates and delivers this amino acid directly into the hair shaft to help protect the hair strength from root to end, and it has been proven to reduce breakage.

The company also recently launched Heat Strengthening Styling Creme to its Breakthru Anti-Breakage System to help African American women stop breakage so that the hair grows longer, stronger and healthier-looking. The styling aid combines anti-breakage technology with heat-activating agents that help strengthen the hair every time it is styled. It can be used on wet hair before blow drying or on dry hair as it is hot-curled, flat ironed or during any heat-styling process.

The secret to this line is ceramides, natural hair protectors, which help to ensure that cuticle scales of hair adhere to each other, defending the inner structure of the hair. The natural ceramides on the hair are destroyed by relaxing, shampooing, blow-drying, styling, coloring and through sun exposure. When natural ceramides are replaced, the cuticles scales lay flat and hair feels smooth from root to ends, creating a foundation for healthier-looking, stronger, longer hair.

"Realizing that most women with relaxed or color-treated hair also often use heat appliances, this styling aid contains glucosomine sugars, which are heat-activated strengtheners that bond with the proteins in the hair," said Soft Sheen's Matthews. The products are part of a five-step regimen, to help strengthen the hair each time the product is used and heat is applied.

Similarly, Avlon Industries introduced Affirm Dry & Itchy Scalp Conditioning Relaxer System with Protecto, specially created for the problems of dry and itchy scalps or dandruff, that also relaxes hair. Its exclusive sensitive-scalp formula gently soothes and moisturizes the scalp during the relaxing process while reducing the amount of visible dandruff. For professional use, it is available in nine-applications kits.

The entire system helps professionals and their clients control, prevent and soothe the annoying problems of dry, flaky, itchy scalp without sacrificing the beauty of well-conditioned and stylish hair.

For a temporary fix, Spilo Worldwide offers the Double-Action Ceramic Ionic Flat Iron which reduces exposure to heat because it cuts styling time. The advanced ionic technology also infuses moisture into the hair by emitting negative ions that break down water molecules. By increasing moisture into the hair shaft, each strand is less likely to break and has improved texture for a healthier shine.

Botanicals and other natural ingredients are also key to ethnic formulations that promote healthy hair: (1) Ingredients such as rosemary, mango, honey, avocado, jojoba, shea butter and coconut oil appeal to ethnic consumers and make for great marketing messages. Formulators are continually discovering ways to solubilize these natural oils and emollient moisturizers into hair products.

Kenra recently introduced a new hair care treatment, not exclusive to the ethnic market. Its Intensive Emollient Treatment for dry and chemically stressed hair features natural butters, mango, olive and cocoa emollients to replace lost lipids, while silk proteins fortify weak hair strands. Microencapsulated jojoba oil and natural plant extracts further drench hair in moisture. The goal is to help dry, brittle hair become noticeably more supple, radiant and manageable.

Ethnic hair care has been a niche market that is finally blossoming into a rich revenue source. Now that the market has reached a growth stage, product innovation and development will have increasing importance in the coming years.

### References

(1.) Chapman R, "Bench & Beyond," Cosmetics & Toiletries magazine, volume 117, number 11

(2.) Vermeulen S, et al., "Ethnic Hair Care," Cosmetics & Toiletries magazine, volume 117, number 11

(3.) Streuli D, et al, "Style Savers," GCI magazine, volume 170, number 1

RELATED ARTICLE: PACKAGING CONSIDERATIONS.

  

Global Cosmetic Industry January 1, 2003

While the marketing and technology of ethnic products are under extensive research, other considerations, such as pack aging, cannot be ignored. Diversifying advertising and the use of models is part of the marketing message, yet you also want to be sure the product reflects more than culture. Current trends are important, as are the color and design.

"Cartons currently being produced for the hair color market call for vibrant yet warm colors with graphics that have new hairstyles and colors in the latest trends," explained Michael Little, marketing manager, Rex Corporation. He also sites easy access with open and close features for the re-use of the product as considerations, while catching the consumer's eye with a glossy UV coating or soft matted finishes.

However, difficulties are introduced when using ethnic models on the packaging. Because hair color shades can vary ever so slightly, greater control is needed in the printing. Colors must be perfect for the consumer to make the right product selection. However, finding a packaging printer that can ensure the hair color matches and the facial tones are perfect is difficult. "The amount of ink value in the flesh tones and hair color is much more saturated and color shifts are more pronounced than when printing Caucasian models," explained Sam Silcox, graphics and technical services manager, Rex Corporation. "The hair detail in dark-colored hair is much more difficult to achieve and hold on a printing press." When there are models with jet black or natural black hair color—two popular ethnic hair shades—with a long flowing hairstyle, maintaining hair strand detail and shape can be challenging. "Utilizing a digital-workflow system, scanning and retouching can help resolve any issue that might be a print reproduction concern," said Silcox. According to Pira International, which follows developments in the packaging industry, digital printing will account for almost 20 percent of all printing by 2010. "Small printers have been leading this digital revolution which can meet the growth in demand for personalized printed packages," agreed Yrjo Aho, Stora Enso Consumer Boards marketing director. The company predicts digital printing will take a strong position in packaging markets and become a mainstream process. Digital printing's biggest strength is the ability to personalize brand products and support customer relationship management concepts. "Personalized packages are being developed... whereas marketing is focused on selected target groups," added Gilles Pingeot, Digital Packaging SA's managing director. ·

The primary rule of thumb is to be sure you have thought about the outcome of your packaging and have discussions with your packaging supplier in the early stages to ensure its success on the retail shelf.

3: OPPORTUNITY KNOCKS

Bryan Durocher

By working with salon owners in five challenging areas, hair care product manufacturers can build a distributorship that will sell their brands for a lifetime.

The personal care products industry in the United States topped $52.9 billion in sales in 2001, with professional salon and spa retail claiming only a little above two percent of these sales. Even with consumers being loyal to their salon or technician for services, and in spite of the strong relationships they build, retail purchases are not significant. This is not implicative of the opportunity manufacturers have in respect to the professional hair care industry. But, it is important to look at the intricacies of the relationships between the salon owner, the staff, the clients and the manufacturers to provide a detailed picture of what is really hindering professional product sales.

Five major challenges must be overcome to bridge the gap and reach the potential revenue available to this market: business skills, divided attention, lack of a retail environment, product dialogue and retail goals/incentives. Turning these challenges into opportunities could open the door to success in the professional hair care market.

1. BUSINESS SKILLS. Many salon owners received the technical and creative skill to provide hair care services but did not obtain solid business skills, training or understanding while they were in school. They may know that retail sales are important yet do not realize how significant retail profit is compared to the service dollar. They naturally focus their attention on what they know and do best—providing technical services.

The opportunity is to focus on the salon owners' understanding of the numbers first. They need to know what their business' numbers mean and see that product sales are the fastest way to a healthy bottom line. This can take time, as many have just been writing checks and keeping a mental tally without an organized accounting system. One distinction to be noted is the salon owners who have come from different business arenas or have had extensive education in addition to their cosmetology license usually provide a stronger overall business understanding and practice.

  

Global Cosmetic Industry January 1, 2003

2. DIVIDED ATTENTION. Salon owners have their attention divided in too many places. The majority within the industry is trying to run two businesses at the same time. According to a Sale Metrix, Inc. survey describing salon ownership, 77 percent are frill-time owner/operators, 15 percent are part-time owner/operators, and only 6 percent of owners are not working in a treatment room or behind the chair at all. This means most owners are juggling servicing clients and managing staff and running a business while being interrupted multiple times during the day. Some are caught up in their own service revenues being poured into the business in order to keep it open and are afraid to step out from behind their chair for fear of not being able to meet their overhead.

Providing training and development on leveraging their business by working through others is the solution. Help owners map out specific hours each week to market and develop their business is the place to start. It is important to support the shift from working in their business to working on it. The potential revenue from developing other's potential far outweighs what is generated by their individual sales.

3. RETAIL ENVIRONMENT. Many salons owners leave little space in the front of the salon for product, which is often inaccessible, locked away in display cases. The opportunity here is to help them design a retail shopping environment or experience.

Educate salon owners on the merchandising techniques successful retailers use. Creative retail product displays should have a major presence in the entrance to the business and throughout the entire salon. The atmosphere must stimulate the five senses. Examples would be certain types of music that relax the client and put them in an enjoyable mood, aromatherapy throughout the shopping area and inviting displays that allow the clients to feel and examine the product selections. Manufacturers who support and can contribute ideas for merchandising tools that pique consumer interest, such as tester units, will definitely benefit in the long-term sales of their salon owner client.

4. PRODUCT DIALOGUE. Another challenge to retail sales is a lack of training in sales. Most salon owners and technicians do not know what to say or when to say it. They are focused instead on providing service recommendations. Most of the time, they know just enough about the products to use them in a professional service. Common responses from technicians hesitant to learn sales include not wanting to be a salesperson and being seen as pushy. To overcome this, salon technicians need to be educated in how to integrate products into home regimens to complement the service experience. Having basic product knowledge classes is not enough.

Coach salon owners and their staffs on what to say and how to say it, using hands-on involvement. Having a defined client experience that integrates retail product during the consultation, service and close of the visit creates consistent business performance. Consistency is the difference between a good retail business and a great one. The keys here are role-playing dialogue with the entire team and repetition. This is an ongoing process. Retail sales should be a part of every job description as it supports client retention. When looking at successful counterparts in the beauty industry such as cosmetic representatives in department stores, the first thing they learn are the products and how to recommend them. Look at the successful results they have with pulling complete strangers into their care and closing large product sales. How much more can a salon technician do for a client with whom a relationship has developed? Technical education when combined with product knowledge creates experiential learning t hat is retained.

5. RETAIL GOALS/INCENTIVES.

The call to action and the compelling reasons to recommend product are often absent in salons where retail sales are down. Offering a commission is not enough.

Historically, three types of motivation call people to action: fear and intimidation, incentives and casual motivation. Fear and intimidation should be left out of this picture completely. Incentives are great because the prize or reward is only given when specific goals are achieved. This technique has been around forever because it is effective. Incentives have to be examined carefully to find out what interests these professionals.

Some incentives such as product rebates interest owners, while prizes, education or money would be of interest to their staff members. This motivation can be a combination of acknowledgment, self-satisfaction of doing a job well and, of course, money. However, although money is a powerful incentive, it is not many peoples' primary call to action. Finally, casual motivation simply means that everyone in the salon environment is doing their part because they want to. In essence, when the "cat is away the mice are not playing." This level of motivation occurs when the time has been taken to identify the goals of the salon owner's business—and the individuals working within it—and to help them to achieve long-term success.

  

Global Cosmetic Industry January 1, 2003

Some manufacturers have answered the call when it comes to promoting long-term retail sales within the salon market. They have developed business programs and universities to support the overall success of the salon owner's business. The salon owner is getting coaching in some or all of the challenging areas and is implementing the education into their businesses. The result is a financially secure salon with a strong bond and loyalty to the manufacturer who supported the process.

A multitude of product choices available to this market with variety in price points, packaging and target markets that overlap make it difficult to penetrate. Companies who want to do business with the salon market need to understand this and distinguish what it is about their organization that truly is or can be different. Manufacturers can sell salon owners a product today or work with them on these five challenging areas to build a relationship that sell products for a lifetime.

### REFERENCES

(1.) Nancy Flynn Marketing Resources, Harris Info Source, and NAICS

Bryan Durocher is the founder of Durocher Enterprises, www.durocherenterprises.com. His involvement with coaching and salon/spa management for the past 13 years has given him a wealth of knowledge and resources in business and marketing. Durocher also manages successful salons and spas in New York and California, including the renowned Paul Labrecque Salon and Spa. He has appeared in many publications and has provided business education nationally through The Salon Association and several professional beauty trade shows.

### 4: STOREFRONT. Hair Care

Pop culture reveals new trends as the world changes, inventing new challenges for the manufacturer. The answer to I can't do a thing with my hair, has grown ever more complicated. From high gloss to brilliant style, key marketing phrases are being splashed across the pages of best-selling consumer magazines, which are showing off bigger issues with stylish cuts and more color to its readers. With a market that is constantly being flooded with ideas and suggestions, it is difficult to predict what the next trend might be. With new product launches perpetually being unveiled for the upcoming season, the industry has to keep its sights on the horizon for upcoming consumer desires and solutions to meet those demands. In the meantime, following are just some of the most recent launches from salon professional and mass market marketers. With contributions from Rachel Chapman, assistant editor for Cosmetics & Toiletries magazine.

Creme of Nature

* Collection: Colors

* Products: Natural Black, Medium Brown, Red Clay

* Boasts: Three new shades of permanent color for men, in an easy-to-apply, low ammonia cream gel formula, that uses a liquid crystal technology to allow penetration of hair color

* Key ingredients: Wheat extract, marine collagen

* Available: Now at mass retailers

* Retail: $5 each

Modern Organic Products

* Collection: Lemongrass

* Products: Shampoo, Conditioner, Lift

* Boasts: Cleanses, conditions and styles fine and limp hair with certified organic lemongrass extract

* Key ingredients: Lemongrass, plus chamomile, calendula, cider vinegar, soybean wheat protein; caster oil, wheat germ, honey; wheat protein, chitosan

* Available: Now at select salons

* Retail: $11.50, $12.50, $14.50, respectively



