Global Cosmetic Industry January 1, 2003

Clairol

* Collection: Nice 'N Easy

* Products: Nice 'N Easy

* Boasts: Reformulation features copper-blocking technology, patented conditioning technologies and patented multi-tone color

* Key ingredients: N/A

* Available: February 2003 at mass retailers

* Retail: $6.00 each

Goldwell

* Collection: Definition Serums

* Products: Color & Highlights, Permed and Curly, Dry & Porous Repair

* Boasts: Leave-in treatments formulated in a new delivery method for intensive conditioning, leaving hair light and manageable

* Key ingredients: Aloe vera milk, alpha hydroxy acids

* Available: Now at select salons

* Retail: $5 each

EC Mode

* Collection: Wellness

* Product: Optimum Hair Growth System Kit

* Boasts: Gently exfoliates to help men or women with thinning hairlines or thinning hair

* Key ingredients: Vitamins C and E, herbal extracts

* Available: Now at select salons

* Retail: $32.99

Sexy Hair Concepts

* Collection: Wild

* Products: Untamed Whipped Wax, Unshakeable Firm Holding Fixative, Flashy 3-D Shine Gloss

* Boasts: Combines attitude with flair for an edgy, clever and intimate alternative look

* Key ingredients: N/A

* Available: Now at select salons and specialty retailers

* Retail: $14.95, $12.50, $13, respectively

Farouk Systems USA

* Collection: BioSilk Kids

* Product: Bubble Gum Bubbles No Tears Shampoo, No Kinks Conditioner and No Tangles

* Boasts: 3-step line designed for kids

* Key ingredients: Fun

* Available: Now at select salons and spas

* Retail: N/A

  

Global Cosmetic Industry January 1, 2003

Pureology

* Collection: Pureology

* Products: VolumeShampoo, VolumeCondition

* Boasts: Pure 100% vegan ingredients volumize hair while ensuring color preservation

* Key ingredients: Heliogenol, melanin, vitamin C and E, aromatherapeutic essences

* Available: Now at select salons

* Retail: $19 each

Zotos International

* Collection: Quantum Reds

* Product: Daily Color Replenishing Shampoo and Refreshing Conditioner

* Boasts: Formulated to replenish, refresh, brighten and protect all shades of red hair

* Key ingredients: Equalizer 4 Color Protection Complex

* Available: Now at professional beauty supply stores

* Retail: $5.39 each

Avalon

* Collection: Organic Botanicals

* Products: Nourishing Lavender, Clarifying Therapeutic Lemon Verbena, Revitalizing Therapeutic Mint Thyme, Volumizing Therapeutic Rosemary

* Boasts: Therapeutic shampoos and conditioners derived from certified organic plants and flowers

* Key ingredients: Vitamins, botanicals

* Available: Now online and at select natural products retailers

* Retail: $6.95 each

Philip Pelusi

* Collection: Phyto-Life

* Product: Age de phy Rejuvenating Shampoo

* Boasts: Moisturizing system with gentle exfoliation combats the signs of mature hair

* Key ingredients: Apple seed, oat kernel, honey, soy protein, pumpkin, lemon extract, matricaria

* Available: Now online and at select salons and spas

* Retail: $23.95

**IAC-CREATE-DATE:** March 7, 2003

**LOAD-DATE:** March 10, 2003

  

10 of 17 DOCUMENTS

Copyright 2002 Cable News Network
All Rights Reserved

CNN.com

December 27, 2002 Friday

SECTION: ENTERTAINMENT

LENGTH: 489 words

HEADLINE: Catherine Zeta-Jones: 'Chicago'

BYLINE: Amy Powell; InStyle

BODY:

Catherine Zeta-Jones shows off more than just her acting abilities and stunning looks in the screen version of "Chicago." The formally trained singer and dancer was the first to be cast in the period film (set in the Roaring Twenties)—as Velma Kelley, a vixen vaudeville performer and murderess. "Like Velma she's smart, kind of vulnerable," says hairstylist Karyn Huston, "and she's able to make Velma likeable even though she's a murderer." Costume designer Colleen Atwood agrees, adding that Zeta-Jones's natural glamour matches that of Velma's. "The idea was that even if she didn't have two nickles to rub together she looked liked a million bucks. Even her prison uniform still had a little Velma glam."

Hair

While actresses do make sacrifices for movie roles, Zeta-Jones did not have to lop off her locks for this one—she wore a wig. According to Huston the clean bob with short bangs, a la Louise Brooks, was a perfect fit. "We wanted to make it look like Catherine got her hair cut, so we matched the wig perfectly to her hair color." Although Huston was styling a wig, she says you can use the same steps on your own hair to create this glamorous look. Start by adding **Sexy** ███████████ Smoothie Straightening Tonic to damp hair, then blow it dry with a Mason Pearson brush. "You don't want to use a round brush because you don't want a lot of height with this look. You just want to put a nice bend at the ends," she advises. Finally, after applying a few drops of Kerastase Nutri-Instant Serum to the hair, go over it with a flat iron. That step, Huston says, is the trick to ultra-shiny hair.

Accessories

"Velma's a show girl so her style has a bit of flash," says Atwood. In this photo Velma dons a velvet and satin cloche that was purchased from a vintage collection, and a long glass necklace that Atwood found at a fleamarket. She also thinks people may go crazy by all of the fishnet stockings on screen. "I probably went through 100 pairs each," says Atwood who outfitted Zeta-Jones in stockings by Wolford and her co-star Renee Zellweger in ones by Agent Provocateur. Other undergarments making star appearances are garter belts. "I made the ones in the film, but Victoria's Secret has a ve████████ of them right now," says Atwood.

Clothes

"Velma opens the movie as a very strong character and she remains that way; her colors are black and bold," says Atwood. "She has complete fearlessness." Atwood researched 1920's dress by going through books, archives and journalistic photographs. Before designing anything, she also watched the dance rehearsals to see how much movement was involved. "Dancing was a huge influence on the design," she says. "It limited some things, but it all works in a positive way." In this photo Velma Kelley makes a court appearance wearing a luxurious chocolate brown cashmere coat with a fox collar, over a satin slip dress with black lace trim.

LOAD-DATE: October 2, 2003

  



Citation                 Search Result        Rank(R) 23 of 76        Database
12/1/02 HHPERSPI 64                                                   ALLNEWS
12/1/02 Household & Pers. Prod. Indus. 64
2002 WL 106207049
(Publication page references are not available for this document.)

Household & Personal Products Industry
Copyright 2002 Gale Group Inc. All rights reserved. COPYRIGHT 2002 Rodman
Publications, Inc.

Sunday, December 1, 2002

ISSN: 0090-8878; Volume 39; Issue 12

The hair care market: hundreds of competing hair care brands answer
increasingly diverse needs.
Veronica MacDonald
Total number of pages for this article: 9 FULL TEXT

THE $1.3 BILLION SHAMPOO and $796 million conditioner categories are
rising ever so slowly as marketers strive to answer every possible hair
care need. Shampoos grew 1.5% while conditioners rose 1.1% for the year
ended Oct. 6, according to Information Resources Inc., Chicago. These
figures exclude Wal-Mart sales.

What are consumers buying these days? Well, shampoos and conditioners
that add volume and moisture are doing quite well. At the same time,
consumers want hair color in a variety of shades. Still, they want it
all at an affordable price.

Procter & Gamble, the mass market hair care leader after the
acquisition of Clairol in November of 2001, studies the market carefully
to develop, reevaluate and extend its many hair care brands. The company
recently reduced its Aussie prices by 14% to meet a lower-priced need.
The Vidal Sassoon (VS) brand is also being reevaluated for its poor
performance in North America, and will be withdrawn from distribution in
the early part of 2003. Head & Shoulders continues to be No. 1 in the
anti-dandruff category, especially with its new look and conditioners
that were launched in 2001.

"P&G is looking across all the different brand segments in terms of
different needs, pricing and getting our portfolio strong," said Maria
Burquest, spokesperson for P&G. "We want to make sure we have the right
mix."

And finding the right mix is important for the increasingly diverse
U.S. population. "The rep-pop (representative population) is no longer
the rep-pop," insisted Ms. Burquest. "There are so many consumers out
there with different needs and desires--it's not one-size-fits-all any
more."

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

So this year has seen many new additions that largely focus on updated
technology to achieve various looks, such as volume, curls and
long-lasting hair color.

Height and Lift

Volume is a key term in the industry right now as fashion has pointed
to heightened hairdos. The newly reformulated and repackaged Pert Plus
2-in-1 shampoos are said to clean and condition hair without leaving
residue, resulting in light and lively hair. There has been a stigma for
some time that 2-in-1 products weight hair down. "We have definitely
shown that is not the case," insisted P&G's Ms. Burquest. "Pert does not
cause buildup."

Pert Plus shampoo is the No. 10 brand in the U.S., according to IRI.
P&G executive also reduced prices of the four sizes by 17% to encourage
new buyers and keep existing ones. Pert Plus is available in five
versions: shampoo plus medium (normal hair), light (fine or oily hair)
and deep (dry hair) conditioners, anti-dandruff and no-tears.

In salons this fall, John Paul Mitchell Systems (JPMS) launched
Extra-Body Daily Boost, a volumizing root-lifting styling product using
panthenol and natural ingredients with a precision sprayer. It is the
latest addition to the Extra Body System, which includes Paul Mitchell
Extra-Body Daily shampoo, Daily rinse, Body Sculpting gel and foam.

Sebastian International's citrus-scented Shaper line added a Volume
Boost shampoo and Volume Boost conditioner to make hair soft, volumized
and manageable.

Schwarzkopf & Dep's L.A. Looks brand introduced shampoos and
conditioners featuring Flexan, a styling polymer that gently washes away
buildup by bonding to styling residue and promotes volume. The products
also contain hair strengthening compounds with thermal protection,
anti-static, humidity-resistant and fortifying properties. The four L.A.
Looks shampoos and conditioners include Shine Enhancing, Moisturizing,
Volumizing and 2-in-1 Sport.

Volume, Naturally

Fine and limp hair is no more with Modern Organic Products' (MOP) new
Lemongrass conditioner and Lemongrass lift. Joining the original
Lemongrass shampoo, these products condition and style lifeless hair
with certified organic lemongrass extract, which slows the scalp's
production of oil and increases volume and luster, and promotes the
growing organic ingredients trend.

"Hair is soft right now and volume and texture have become important
again," insisted Matthew Williams, artistic director, MOP. "The airy
texture to hair is looser and less strict than previous years, but not

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

so fussy that you wouldn't want to touch it."
   Other ingredients in the conditioner include chamomile, calendula, blackberry, grapeseed, ginkgo and soybean extracts, as well as wheat protein, wheat germ, cider vinegar, castor oil and honey. Lemongrass Lift, a product that protects the hair against chemical services and heat styling, contains chitosan and organic extracts.

   Let it Shine, Let it Shine

   With lifeless hair comes dull shine. Goldwell has reformulated its Definition line of shampoos and treatments with aloe, almond, avocado and lemon plant milks to repair, protect and enhance shine in four categories: Color & Highlights, Permed & Curly, Dry & Porous and Shine & Vitality.

   L'Oreal's new FreshVive line is specially formulated for frequent hair washing and eliminates stripping and buildup. Featuring a Citrus CR complex, FreshVive keeps hair fresh, clean and healthy-looking all day, executives said. The line includes FreshVive Clean Shine shampoo, conditioner and 2-in-1 shampoo and conditioner.

   Smoothing and Moisturizing

   Another common hair problem is unruly flyaways that are often caused by damage. Australian company Fudge introduced Unleaded Everyday Shampoo 1 and Conditioner 1. The shampoo uses panthenol to seal split ends and make hair more manageable. The Unleaded Everyday Conditioner 1 contains a blend of protein-based ingredients to strengthen and moisturize hair and reduce static flyaways. The shampoo has a light sherbet scent.

   This month, Sebastian launched three new Raw hair products under the Xtah line: Raw Sensuality Hydration shampoo, Raw Sensuality Hydration conditioner and Loose Locks styling lotion. The shampoo and conditioner hydrate, nourish and replenish the hair. Infused with an orange blossom scent, both contain botanical essences; the conditioner has panthenol, hydrolyzed algae extract, jojoba and sweet almond oils and the shampoo features panthenol, hydrolyzed wheat and olive oil. Xtah Loose Locks separates the hair with a flexible, **sexy** and "undone" look.

   **Sexy** Hair Concepts, Chatsworth, CA, introduced its new Healthy **Sexy** Hair Moisture collection, including Healthy **Sexy** Hair Soymilk Moisture shampoo, Soy Potion Miraculous leave-in treatment and Soy Gelatine Firm Holding gel. The shampoo infuses hydrating ingredients soy protein, jojoba oil, chamomile extract, avocado oil and hydrolyzed wheat protein to the hair with a peach fragrance. It makes hair soft, shiny and manageable, according to executives.

   Zotos International's Innovative Styling Options (ISO) brand added ISO Prescriptive, a sub-line of products described as "the prescription for beautiful hair." The products impart conditioning and manageability to

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.          Westlaw

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

hair and encourage styling using Tri-Active technology, a blend of
vitamins, proteins, moisturizers and positive charges to strengthen and
hydrate hair and boost shine. Products include Daily Balancing Cleanse
gentle shampoo, Reviving Cleanse moisturizing shampoo, Purifying Cleanse
deep cleansing shampoo, Daily Nourishing Condition light creme
conditioner, Recovery Condition intensive treatment and Stress Defense
spray-on leave-in protection. ISO Prescriptive also offers eight styling
and finishing products.

Along the same lines, the ISO Multiplicity line introduced Moisture
Hydrating shampoo and conditioner. The hair care and styling line,
designed to cater to every hair care need, offers ultra-hydrating
products to treat dry, damaged or color-treated hair infusing the hair
with NMF (natural moisturizing factor) to create a moisture barrier.

Pool water can be extremely damaging to hair. That's why Sausalito,
CA-based California North launched Sea Blast shampoo. This pH-balanced
product restores lost moisture to hair with sea kelp, algae, chamomile,
nettle, henna, rosemary, comfrey, sage, aloe and wheat and soy proteins.
The companion Watermint conditioner infuses the hair with herbs, aloe,
kelp, proteins and peppermint oil to condition the scalp and improve the
look and feel of hair.

Curly Swirly

In the spring, Redken introduced Fresh Curls, a line specifically
formulated for the special needs of curly hair, such as control in humid
environments. Forty-five percent of women in the U.S. and 27% of women
in Europe reportedly have wavy or curly hair. And the catwalks have
recently starred naturally curly-haired models.

"One of the newest primary requirements is taking care of naturally
curly hair," said Karen Fuss-Zipp, vice president of U.S. marketing,
Redken. "The problem with curly hair is that it tends to be frizzy, so
we made sure Fresh Curl defines, moisturizes and de-frizzes to make hair
look healthy."

The comprehensive line includes a shampoo, conditioner, Spin Control
curl-defining leave-in treatment and Curl Boost scrunching spray gel.
Fresh Curls features the interbond conditioning system, a technology
that delivers definition, control and moisturization to curly, frizzy
hair using coconut oil, calcium and honey. Other ingredients include
protein, cationic polymers and silicones.

Perms are another way to achieve that naturally curly look. Goldwell
has launched its 2003 perm technique book, "Dynamic Styles," created by
top German hair stylist Joe Lorenz. The guide demonstrates four new
texturizing techniques using Goldwell's Colorance Acid Color and
Goldwell texturizers to create "Color Perming." The four styles include
Curly Temptation (long spiral curls), Swingin' Delight (mid-length

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright© 2000 Dow Jones & Company, Inc. All Rights Reserved.

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

face-framed hair), Summer Breeze (short hair with square sections) and New Romance (loop-twisted short hair).

   Slather It On

   For severely damaged hair, many companies offer leave-in treatments that permeate the hair shaft and repair damage. Lamaur, a Zotos International division, recently launched Bone Marrow Deep Penetrating treatment, a conditioning product that reconstructs and strengthens all hair types using hydrolyzed collagen, panthenol and lecithin. Executives said Bone Marrow helps stop and prevent breakage while adding body to fine, limp hair.

   Ouidad's Botanical Boost spray-on conditioner recently received Allure magazine's "best stay-in-leave-in conditioner" award. The lightweight conditioner combines amino acids, vitamins and botanical extracts to moisturize dry and brittle hair. It also boosts flexibility and elasticity. Botanical Boost can be used on wet or dry hair to refresh curls, tame frizz and enhance shine, according to executives.

   Redken's All Soft Addictive Hair Transformer uses nanospheres of avocado and jojoba oil to detangle, soften and condition hair without greasiness. "The nanoemulsion technology adds moisture to hair without weighing it down," explained Karen Fuss-Zipp, vice president of U.S. marketing, Redken. Executives said it also contains wheat protein and lecithin to promote fullness.

   **Sexy** Hair Concepts' Soy Potion Miraculous Leave-in treatment is a reparative treatment for dry and chemically-treated hair that delivers protection in a lightweight gel. It contains vitamins A and E, nourishing oils and a mango-ginger scent. The firm holding gel is alcohol- and flake-free and strengthens the hair with soy and wheat proteins as well as lemongrass, ginger, orchid and peach extracts.

   Burn, Baby, Burn

   A major culprit for damaged hair is heated styling tools, such as hairdryers and flat irons. Kenra recently introduced Intensive Emollient treatment, a blend of mango, olive and cocoa emollients and silk proteins to replenish lost lipids and strengthen weak strands. The Intensive Emollient treatment also contains microencapsulated jojoba oil.

   Pantene ProV's new Daily Moisture Renewal shampoo and conditioner for dry/damaged hair contain a pro-vitamin formula that repairs damage and seals in moisture to provide 10 times more protection against future damage, executives said. P&G reported 73% of women said they have damaged hair and 41% think their hair is dry. And nearly half said winter is when their hair is most dry.

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

"Pantene approached consumer needs differently a few year's ago and focused on end-benefits, or what consumers wanted their hair to do," explained Ms. Burquest of P&G. "But there is still a segment of consumers who are really hungering for that intense moisturization."

Maintaining Color

Moisturization is also critical to maintaining hair color, as well as UV protection. To help maintain both color and shine, Redken launched Color Extend Injection Color-Charged conditioners. This uses the company's interbond conditioning system and a patented chromatic direct dye technology to promote long-lasting color. Six shades are available: Platinum Toner, Blonde Cast, Copper/Gold, Red and Copper.

"The Color Extend line makes sure consumers keep the integrity and maintain color received at the salon," said Redken's Ms. Fuss-Zipp. "It really freshens color up."

Quantum Reds, a new collection of products to reduce red color fading, is new from Zotos International. The products use the Equalizer 4 Color Protection complex which is formulated to replenish, refresh, brighten and protect all shades of colored red hair. Quantum Reds includes a Daily Color Replenishing shampoo, conditioner and two-phase color protector (colors and conditions).

EC Mode has launched Revitalizing shampoo to combat oxidation on colored, permed or chemically straightened hair. Nine botanical extracts such as yarrow and burdock as well as vitamins C and E help to increase the longevity of color and perms, prevent breakage and counteract the effects of hard water. Executives suggested it be used in combination with EC Mode's Brilliant Detangling conditioner to promote healthy hair and scalp.

Color Protect, a three-part hair care system from JPMS, contains sunflower extract to combat the fading effects of UV radiation. Color Protect includes a Daily shampoo with vegetable-based conditioners, Daily conditioner with wheat proteins and amino acids and Locking spray with silicone and panthenol to lock in color and shine. All Color Protect products use JPMS' activated moisturizing and shine blend of Hawaiian awapuhi, chamomile, henna, rosemary, aloe vera and jojoba moisturizers.

Matrix's Biolage Earth Tones Color Refreshing conditioners promise fresh-from-the-salon hair color. Executives said the unique botanical complex provides intense conditioning, recharging shine while rich pigments, inspired by nature, refresh the color. Earth Tones also contains shine-enhancing molecules, botanical extracts and cationic conditioning complex. Earth Tones are available in salons in five shades: Violet (cool blonde tones on light- to medium-blonde hair), Light Gold (gold tones on light-blonde to light-brown hair), Copper

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

(warm copper tones on light- to medium-red and brown hair), True Red
(red tones on medium- to dark-red and brown hair) and Natural Brown
(natural brown tones on medium- to dark-brown hair).

Goodbye to Sulfates

PureOlogy, Irvine, CA, extended its color-protective hair care lineup
with VolumeShampoo and VolumeConditioner using a volumizing blend,
heliogenol, vitamins C and E and silica. Executives said this is the
first sulfate-free, less irritating shampoo that protects color and
volumizes hair. All PureOlogy products contain a "Longer-Lasting Colour
Guarantee." The conditioner has high levels of the volumizing blend to
weightlessly detangle the hair, executives said.

PureOlogy executives estimate 65% of the population has fine hair, but
do not use satisfactory products. "The problem is they use they type of
products that dry and strip color in order to get volume," insisted Jim
Markham, chief executive officer and co-founder of PureOlogy Research
LLC, Irvine, CA.

PureOlogy also launched ColourMax, a daily sealant spray that
restructures and protects temporary hair color from UVA/UVB rays,
oxidation and styling five times longer than normal. Executives said
hair is 50% more vulnerable when wet, and ColourMax prevents combing
snags. The product features a blend of rose, geranium and sandalwood and
no animal byproducts.

"Consumers are ingredient junkies," asserted Mr. Markham. "They are
more aware and concerned."

But that's not all that is changing. PureOlogy executives view hair
color as the wave of the future, including products that help to
preserve vibrant hair color. "Hair coloring is probably in its infancy
and will be here for a long time," Mr. Markham insisted. "There will be
more of it, more men using it and the explosion will continue."

Real Men Wear Color

Combe Inc.'s Just for Men recently partnered with Maxim magazine to
launch Maxim Magazine Haircare, a line of four contemporary hair colors
(Bleach Blond, Sandstorm, Black Jack and Red Rum), a strong-hold gel and
a 2-in-1 shampoo. Just for Men is the No. 5 best-selling hair coloring
brand in the U.S. with sales of $68 million for the year ended Oct. 6,
IRI reported. The new hair colors are versatile, and can create
highlights, tips or full-head color. Executives insist young men are
looking for just these options to create personal, fashionable styles.

Blondes are one of the hottest commodities right now, for men and
women, dark to platinum, according to Mark Wofford, manager of
evaluation services, Combe Inc. But each fall and winter there is a

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright© 2000 Dow Jones & Company, Inc. All Rights Reserved.

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

strong trend in reds and auburns. However, "the difference this year is men and women are going for pieces, tips and chunks," he said.

The young male population is especially interested in highlights. Maxim Magazine haircolor comes with a patent-pending application tool to easily apply highlights. And due to fitness magazines and TV, grooming has been brought to the forefront of men's minds.

"There is no longer a stigma about men coloring their hair," insisted Mr. Wofford. "And as the graying of America continues, we will see more and more men coloring their hair."

John Paul Mitchell Systems' the color introduced Male Service, a new color kit that gives stylists the tools to create the color men want, such as cooler, natural tones. The kit offers a sampler of tones, a guide and tools.

Color for the Ladies

L'Oreal, the top vendor in the hair coloring market with sales of $463 million according to IRI, introduced new collection of three sizzling shades--Feria Power Reds. The colors answer the call of women who have dark hair and have experienced fading shortly after at-home application. L'Oreal said that while only 8% of women are natural redheads, 20% of hair color users prefer red shades. Feria Power Reds use Colour Booster, a patented blend of chromatic dyes that illuminate and intensify permanent hair color. The new shades include Blowout Burgundy, Ruby Rush and Flaming Red.

Clairol, second only to industry leader L'Oreal, controls 39% of the U.S. hair coloring market, according to the ACNielsen. L'Oreal controls 50%. In the fall, Clairol Natural Instincts launched the Autumn Spice collection, three warm-toned brunette shades (Spiced Cider, Cinnamon Stick and Roasted Chestnut) for the fast-growing brown category. Also new is the Clariol Hydrience Sunlit Topaz collection. These jewel-toned blonde shades include Sparkling Sunstone, Golden Glow and Sienna Luster.

Clairol's Nice 'n Easy brand will soon feature a new star ingredient--a copper-blocking compound. Executives said copper is often found in tap water and can prematurely speed up the coloring process, leaving hair with a less vibrant dyed color. This technology is borrowed from P&G's fabric care unit, which maintains clothes' original hue.

Industry insiders said this reformulation is just the beginning of several initiatives designed to revive Clairol's heritage. P&G will unveil Clairol's decades-old questions for baby boomers: "Do blondes have more fun?" and "Does she or doesn't she?" P&G revealed that 55% of American women color their hair--36% do it themselves at home while 19% go to the salon. Nearly half of women started coloring their hair at age 17 or younger and want to make their hair lighter.

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright© 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

Clairol Professional recently introduced Kaleidocolors Violet, the latest shade joining Kaleidocolors' powder lighteners that lift and deposit tone in one step. Executives said Kaleidocolors were designed to lift up to four levels, leaving hair with soft, natural-looking cool tones. The end result is non-brassy medium-brown to light-blonde hair. Other lighteners in the line include Gold, Blue and Neutral. All contain aloe vera and a light melon scent. Kaleidocolors Violet is sold in 1-oz. packets or an 8-oz. tub.

John Paul Mitchell's the color True Red series, with three new eye-popping shades, completes the red color palette to allow hairdressers to create an unlimited variety of permanent red shades, executives said. The three shades, Violet Red (5VR), Red Red (6RR) and Orange Red (7OR), are oxidative without a brown base, so they can be combined with various colors. They also have a low-ammonia, conditioning base to promote healthy and shiny hair.

Revlon's new High Dimension Beach Blond Lightening kit provides dramatic blonde color in 10 to 30 minutes, which is half the time of traditional blonding products, according to executives. The Liquid Crystal Lightening system formula also works to make hair soft and conditioned with amino acids, coconut oil and collagen, as well as UV-protected, manageable and non-brassy or ashy. "We're excited to offer women a bleach blonde product that works to leave hair shiny and healthy while minimizing the risk typically associated with lightening through a bleaching process," said marketing vice president Patricia Wheatley in a statement.

Redken's new Color Fusion Hi-Fusion Color Highlights and Amplifier offers four new dual-purpose shades--red/copper, red, red/violet and violet/red--to increase the tonal intensity of Color Fusion or be used as a stand-alone highlighter. These non-permanent dyes use a new generation of chromatic direct dyes and ammoniated/lifting base. The color lodges into the cuticle layers and lightens the hair's natural base. Redken's exclusive conditioning creme system also imparts shine and conditioning.

Apples and Oranges

Fruit is capturing the attention of hair care formulators. Clairol Herbal Essences, the No. 1 brand in the shampoo market with sales of $93.6 million for the year ended Oct. 6 according to IRI, launched the new Fruit Fusions collection in April. The line features a number of exclusive, sophisticated and fruity fragrance blends to capture the same kind of attention that Herbal Essences has generated. Though teens are often targeted with fruity combinations, P&G insists Clariol Herbal Essences Fruit Fusions appeal to consumers in general. "The brand has done well with younger consumers," insisted Ms. Burquest. "But teens aren't the only ones using the products in their households."

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    WestLaw

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

The nutrient-rich products come in four formulations for various hair care needs: Purifying (kiwi, kumquat and fig), Protection (mandarin, starfuit and papaya), Revitalizing (pomegranate, lychee and persimmon) and Hydrating (blackberry, avocado and mango). The launch was also accompanied by two body washes. The shampoos and condi retail for $3.49 each.

For tweens, the Suave Hair Vibe line features fruity scents in a collection of three shampoos, a conditioner and a styling gel. The sub-line includes Berry shampoo, Peach shampoo, Pear conditioner, Melon 2-in-1 shampoo and conditioner and Apple Max hold gel. Executives said tweens spend $10 billion annually and influence an additional $74 billion in family spending.

Flakes Galore

Fruit and other botanicals are rich in vitamins, which are spotlighted in a few treatments for eczema and dandruff. Malibu, CA-based EC Mode answers the problems of dandruff or eczema with its EC Mode Dandruff and Eczema System kit. All three products, Scalp Therapy shampoo, conditioner and revitalizer, contain fresh-dried vitamins and botanicals to gently control and relieve symptoms such as itchiness, redness and flaking. The products also normalize the exfoliation rate of the scalp, acidify the scalp's pH balance and remove mineral buildup from water.

Lamas Botanicals Chinese Herb Stimulating shampoo uses an age-old Chinese formula containing 50 exotic herbs to stimulate, break down buildup and revitalize weak hair and the scalp. The shampoo alleviates dandruff, dryness and itchy scalp. It also dissolves sebum and debris and clears follicles to prevent premature hair loss.

Neutrogena introduced T/Gel Overnight Dandruff treatment, a foaming leave-on spray with salicylic acid that effectively reduces dandruff, seborrheic dermatitis and psoriasis, according to executives. The pleasant-smelling and fast-drying treatment rinses out with shampooing. Neutrogena also launched Overnight Therapy, a protein-rich, leave-in spray conditioner designed to penetrate the hair during sleeping, lessening the effects of hair dyes, styling products and the environment. Overnight Therapy's fragrance combines apple, green melon, linden blossom, musk, creamy apricot, white lily and osmeanthus.

Sometimes Thin is Too Thin

Thin hair is a concern for many women--in fact an estimated 24 million women have fine or thin hair. Progaine, a Pharmacia brand, recently added a daily hair care line to nourish hair with wheat amino acids and nutrients to help make fine, thin and thinning hair appear fuller. Safe for permed and color-treated hair, the lineup includes Progaine Volumizing shampoo, 2-in-1 shampoo, Deep Cleansing shampoo, Weightless conditioner, Volumizing root lifter and Volumizing foam.

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright© 2000 Dow Jones & Company, Inc. All Rights Reserved.

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

Executives also offered tips for thin hair such as using products specifically for fine or thin hair, alternating with a volumizing and deep cleansing shampoo, using a weightless conditioner, adding lifting products to roots before drying and placing velcro rollers at the roots of dry hair.

Bionutrient Formulations, a new line from 15-year-old Nioxin Research Laboratories, is a system of hair care products for thin, colored hair. The main ingredient, Glyco-Fused complex, is a moisturizing blend of protective herbs and botanicals to protect the scalp from drying and irritating effects resulting from chemical services.

The company recently introduced Bionutrient Protectives Scalp Therapy, a conditioner for people with fine, thin and chemically-enhanced hair. The conditioner uses the Glyco-Fused and Co-zyme10 technology complexes, bio-complex minerals, naturally-derived enzymes and a vitamin, protein and amino acid blend that together exfoliate the scalp, neutralize color fading and build volume.

Trial and Error

Not only are consumers looking for the right solution for their hair care concerns, but price can also play a factor in those decisions. The cheaper the product is, the less guilty a consumer feels to toss it out if it doesn't do the trick.

"We continue to see segmentation, or consumers trying different things all the time," said P&G's Ms. Burquest. "It is not unusual for a consumer to buy a premium-priced hair care product and a low-priced one in the same trip."

Suave introduced several shampoos and conditioners to mimic premium brands at a low cost, such as Suave Amplifying shampoo and conditioner to replace Matrix Amplify. But what is the fuss all about? Hair, an extension of the body, seems to have taken on a life of its own.

"Just as people the have opportunity to buy clothes to identify who they are, the same can be done with hair," explained Redken's Ms. Fuss-Zipp. "It says a lot about who you are and who you want to be."

Hair is extremely versatile, and that, some insist, is the reason it is such a hot commodity. "Hair is the one accessory people wear everyday," asserted MOP's Mr. Williams. "It's a statement about the time, where you are at that time and what is fashionable. It is a very personal thing."
L'Oreal Leads Coloring Category
L'Oreal is the leading player in the U.S. hair coloring category, according to IRI. Here are sales of the top 10 coloring vendors in food, drug and mass merchandisers for the year ended Oct. 6, 2002. Figures do not include

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

Wal-Mart results. Dollar figures are in millions.

| Vendor | $ Sales | % Change |
|---|---|---|
| L'Oreal | 463.0 | 2.6 |
| Clariol | 397.1 | -3.0 |
| Combe Inc. | 91.6 | 6.9 |
| Revlon Inc. | 71.1 | 9.9 |
| Garnier Inc. | 66.5 | 24.1 |
| Jerome Russell | 5.4 | 22.3 |
| John Frieda | 4.2 | 92.2 |
| Carson Products | 2.6 | 6.7 |
| Chattem Inc. | 2.1 | -24.3 |
| Komb Ltd. | 2.0 | 94.4 |
| Total | 1,115.5 | 2.2 |

Source: Information Resources Inc., Chicago.
Here are the leading shampoos
ranked by dollar sales (in millions)
for the year ended Oct. 6, 2002.

| | |
|---|---|
| Clairol Herbal Essences | 93.6 |
| Suave | 42.2 |
| Head & Shoulders Classic | 41.7 |
| Private Label | 41.3 |
| Pantene Smooth and Sleek | 37.0 |
| Thermasilk | 36.3 |
| Pantene Clasically Clean | 34.6 |
| Pantene Sheer Volume | 34.4 |
| Finesse | 33.8 |
| Part Plus | 32.2 |

Note: Table made from bar graph.
Here are the leading conditioners
ranked by dollar sales (in millions)
for the year ended Oct. 6, 2002.

| | |
|---|---|
| Clairol Herbal Essences | 50.7 |
| Alberto VO5 | 41.3 |
| Thermasilk | 39.2 |
| Infusium | 32.8 |
| Pantene Smooth and Sleek | 31.9 |
| Finesse | 29.2 |
| Pantene Sheer Volume | 21.8 |
| Pantene Constant Care | 20.4 |
| Suave | 17.1 |
| Pantene Color Revival | 16.7 |

Source: Information Resources Inc.
These figures do not include Wal-Mart sales.
Note: Table made from bar graph.

---- INDEX REFERENCES ----

COMPANY (TICKER):   Procter & Gamble Co. (PG)

KEY WORDS:          UNITED STATES

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

WESTlaw

12/1/02 HHPERSPI 64
**(Publication page references are not available for this document.)**

| | |
|---|---|
| NEWS SUBJECT: | English language content; Corporate/Industrial News; Branding; Dow Jones Total Market Index; Marketing (ENGL CCAT CBRAND WEI C31) |
| MARKET SECTOR: | Consumer Non-Cyclical (NCY) |
| INDUSTRY: | Cosmetics & Personal Care; Advertising: Brand Names; Advertising; Non-Durable Houseware Products; Consumer Products & Services; Consumer & Household Products (COS IABN ADV HPN HOU HPR) |
| PRODUCT: | Consumer Products (DCP) |
| REGION: | United States; North America; United States; North American Countries (US NME USA NAMZ) |

Word Count: 4472
12/1/02 HHPERSPI 64
END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

WESTLAW

11 of 17 DOCUMENTS

Copyright 2002 MGN Ltd.
The People

October 27, 2002, Sunday

**SECTION:** FEATURES; Pg. 30

**LENGTH:** 329 words

**HEADLINE:** BEAUTY PEOPLE: THE WINTER HOT LIST;
HERE'S THE 10 ESSENTIAL BEAUTY PRODUCTS YOU SHOULDN'T BE WITHOUT THIS SEASON...

**BYLINE:** With Yve Lyons

**BODY:**

1. Hairspray

Purehair Cornflower Working Spray, pounds 10, is the stars' setting secret. Fans of the organic range include Kate Winslet.

2. Deep conditioner

If you've been ironing your hair straight, your locks need some TLC and **Sexy Hair Concepts Soy** Salvation Deep Treatment Hair Masque with Oatmeal is perfect. It's pounds 18.75 for six sachets, but the Sex And The City girls swear by this quirky range.

3. Day cream

Clinique Weather Everything, pounds 27.50, keeps the elements at bay, while Superdrug's Optimum range Moisturising Day Cream SPF 15 does the same for only pounds 5.99.

4. Face mask The Body Shop Warming Mineral Mask, pounds 6, is full of essential oils to lift grit and grime from your face, leaving you with a complexion Gisele would be jealous of.

5. Moisturiser

Barbara Daly's Make-up for Tesco Face Lift, pounds 6, is a light-reflecting moisturiser which will disguise blemishes, making skin look as fresh-faced as Kate Moss.

6. Lipstick If Liz Hurley's lips leave you longing for fuller ones, try L'Oreal's Glam Shine, pounds 6.99. It's glittery, glossy – and lip-plumping, too.

7. Mascara THE mascara of the moment is Coup de Theatre, pounds 8.99, by Bourjois. It's double ended, with a white wand to lengthen lashes and a black wand to dress them up into the most dramatic lashes in showbiz.

8. Body shimmer

Celebs love sparkly shoulders and they're likely to use Sex Symbol Orgazmic Dust, pounds 15.50. Glow Girl! Shimmer Duster by Caboodles at Superdrug is only pounds 4.99.

9. Lip balm

Titania Hardie's a white witch worshipped by the likes of Kylie. Within her Beauty Spells range, I like the cute Magical Kiss Lip Balm Captivating Pucker Potion, pounds 3, which is moisturising with a sexy scent.

10. Concealer Boots No7 Radiance Concealer, pounds 10.50 is the best under-eye concealer I've used. Similar to the famed Yves Saint Laurent Touche Eclat, pounds 21, but half the price.

  

The People, October 27, 2002

LOAD-DATE: October 27, 2002

  



Page    14

Citation                   Search Result        Rank(R) 6 of 11        Database
10/1/02 GLOBALCOSM 22                                                   ALLNEWS
10/1/02 Global Cosmetic Indus. 22
2002 WL 23335567
**(Publication page references are not available for this document.)**

Global Cosmetic Industry
Copyright 2002 Gale Group Inc. All rights reserved. COPYRIGHT 2002 Advanstar
Communications, Inc.

Tuesday, October 1, 2002

ISSN: 1523-9470; Volume 170; Issue 10

CCL container. (Wrap Up).(Brief Article)
Total number of pages for this article: 1 FULL TEXT

    The company has collaborated with **Sexy Hair Concepts**, developer and
manufacturer of hair care products for the professional hair care
industry, on the line extension Big **Sexy Hair**. Packaged in bright and
bold brushed aluminum, the red containers are direct printed via dry
offset using a clear base coat layered with a bright red, high-gloss
over-varnish. Lettering is black in small caps with occasional drop-out
silver outlining. The metallic surface serves as a backdrop for the
color, allowing it to have eye-catching appeal.

---- INDEX REFERENCES ----

KEY WORDS:          HAIR PREPARATIONS; UNITED STATES; CONTRACTS & ORDERS
                    RECEIVED; CONTRACTS & ORDERS LET; MARKETING PROCEDURES;
                    TOILET PREPARATION MANUFACTURING

NEWS SUBJECT:       Political/General News; Contracts/Orders; Contracts, Non-
                    government; Markets/Marketing; English language content;
                    Corporate/Industrial News (GCAT C33 C333 C31 ENGL CCAT)

NEWS CATEGORY:      BRIEF ARTICLE

SIC:                2844

REGION:             United States; North America; United States; North American
                    Countries (US NME USA NAMZ)

Word Count: 84
10/1/02 GLOBALCOSM 22
END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works
Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw



Citation                  Search Result          Rank(R)  7 of 11          Database
10/1/02 HHPERSPI 151                                                        ALLNEWS
10/1/02 Household & Pers. Prod. Indus. 151
2002 WL 26160232
**(Publication page references are not available for this document.)**

Household & Personal Products Industry
Copyright 2002 Gale Group Inc. All rights reserved. COPYRIGHT 2002 Rodman
Publications, Inc.

Tuesday, October 1, 2002

ISSN: 0090-8878; Volume 39; Issue 10

CCL container develops big sexy hair containers. (Packaging News).
Total number of pages for this article: 1 FULL TEXT


   * Hermatige, PA-based CCL Container created the brushed aluminum cans
for **Sexy Hair Concepts'** new Big **Sexy Hair** line. The package features red
brushed aluminum that is direct printed via dry offest using a clear
base coat layered with a bright red, high gloss varnish.

---- INDEX REFERENCES ----

NEWS SUBJECT:       English language content (ENGL)

REGION:             United States; United States; North American Countries (US
                    USA NAMZ)

Word Count: 46
10/1/02 HHPERSPI 151
END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw