

```
Citation                   Search Result      Rank(R) 29 of 76    Database
10/1/02 SOAPCOSMETICS 47                                          ALLNEWS
10/1/02 Soap & Cosmetics 47
2002 WL 15890577
```
**(Publication page references are not available for this document.)**

Soap & Cosmetics
Copyright 2002 Gale Group Inc. All rights reserved. COPYRIGHT 2002 Chemical Week Associates

Tuesday, October 1, 2002

ISSN: 1523-9225; Volume 78; Issue 7

CCL Container. (Packaging News).(packaging for **Sexy** Hair Concepts' Big **Sexy** Hair collection)(Brief Article)
Total number of pages for this article: 1 FULL TEXT

CCL Container produced the blazing red packaging for **Sexy** Hair Concepts' Big **Sexy** Hair collection. The products boast bright and bold brushed aluminum containers that are directly printed on via dry offset, using a clear base coat layered with a bright red, high-gloss over-varnish. Lettering is black in small caps with occasional drop-out silver outlining. For more information, call 203/852-1962.

---- INDEX REFERENCES ----

| | |
|---|---|
| KEY WORDS: | UNITED STATES; PRODUCT INFORMATION |
| NEWS SUBJECT: | Output/Production; English language content; Corporate/Industrial News (C21 ENGL CCAT) |
| NEWS CATEGORY: | BRIEF ARTICLE |
| MARKET SECTOR: | Industrial (IDU) |
| INDUSTRY: | Containers & Packaging (CTR) |
| PRODUCT: | Industrial Goods & Services (DIG) |
| REGION: | United States; North America; United States; North American Countries (US NME USA NAMZ) |

Word Count: 61
10/1/02 SOAPCOSMETICS 47
END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.   Westlaw



| Citation | Search Result | Rank(R) 33 of 76 | Database |
|---|---|---|---|
| 6/10/02 PRODALERT | | | ALLNEWS |

6/10/02 Prod. Alert (Pg. Unavail. Online)
2002 WL 24330542
**(Publication page references are not available for this document.)**

Product Alert
Copyright 2002 Gale Group Inc. All rights reserved. COPYRIGHT 2002 Marketing Intelligence Service Ltd.

Monday, June 10, 2002

ISSN: 0740-3801; Volume 31; Issue 11

**Sexy** Hair Concepts Healthy **Sexy** Hair Firm Holding Gel - Soy Gelatine
MANUFACTURER: **Sexy** Hair Concepts CATEGORY: 320 - Hair Styling Products.(Brief Article)

FULL TEXT

The new **Sexy** Hair Concepts Healthy **Sexy** Hair line is available from Chatsworth, CA-based **Sexy** Hair Concepts. Full page ads promoting the line state, "Property of Michael O'Rourke." One of the products, Soy Gelatine Firm Holding Gel, is offered in a 4.4 oz. (125g) plastic jar. For sample retrieval information, please call: Marketing Intelligence Service, Ltd., (585) 374-6326.

---- INDEX REFERENCES ----

| | |
|---|---|
| KEY WORDS: | CONSUMER HAIR CARE PRODUCTS; UNITED STATES; PRODUCT INTRODUCTION; TOILET PREPARATION MANUFACTURING |
| NEWS SUBJECT: | New Products/Services; English language content; Health; Political/General News; Health; Corporate/Industrial News (C22 ENGL GHEA GCAT HLT CCAT) |
| NEWS CATEGORY: | BRIEF ARTICLE |
| SIC: | 2844 |
| REGION: | United States; North America; United States; North American Countries (US NME USA NAMZ) |

Word Count: 59
6/10/02 PRODALERT (No Page)
END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works
Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.
Westlaw



```
                                                                    Page    41
Citation              Search Result       Rank(R) 34 of 76       Database
6/10/02 PRODALERT                                                ALLNEWS
6/10/02 Prod. Alert (Pg. Unavail. Online)
2002 WL 24330543
```
**(Publication page references are not available for this document.)**

Product Alert
Copyright 2002 Gale Group Inc. All rights reserved. COPYRIGHT 2002 Marketing Intelligence Service Ltd.

Monday, June 10, 2002

ISSN: 0740-3801; Volume 31; Issue 11

**Sexy Hair Concepts Healthy Sexy Hair Miraculous Leave-In Treatment - Soy Potion**

MANUFACTURER: **Sexy** Hair Concepts CATEGORY: 321 - Hair Colorings & Other Hair Products.(Brief Article)

FULL TEXT

New **Sexy** Hair Concepts Healthy **Sexy** Hair Soy Potion Miraculous Leave-In Treatment is available in a 5.10 fl. oz. (150ml) plastic pump from Chatsworth, CA-based **Sexy** Hair Concepts. Full page ads promote the Healthy **Sexy** Hair, "property of Michael O'Rourke" line. For sample retrieval information, please call: Marketing Intelligence Service, Ltd., (585) 374-6326.

---- INDEX REFERENCES ----

| | |
|---|---|
| KEY WORDS: | HAIR CONDITIONERS; UNITED STATES; PRODUCT INTRODUCTION; TOILET PREPARATION MANUFACTURING |
| NEWS SUBJECT: | Political/General News; New Products/Services; English language content; Corporate/Industrial News; Health; Health (GCAT C22 ENGL CCAT GHEA HLT) |
| NEWS CATEGORY: | BRIEF ARTICLE |
| MARKET SECTOR: | Consumer Non-Cyclical (NCY) |
| INDUSTRY: | Health Care Providers (HEA) |
| PRODUCT: | Health Care (DHC) |
| SIC: | 2844 |
| REGION: | United States; North America; United States; North American Countries (US NME USA NAMZ) |

Word Count: 54

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works
Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.      Westlaw



Page 43

```
Citation                    Search Result         Rank(R) 35 of 76      Database
6/10/02 PRODALERT                                                        ALLNEWS
6/10/02 Prod. Alert (Pg. Unavail. Online)
2002 WL 24330553
```

**(Publication page references are not available for this document.)**

Product Alert
Copyright 2002 Gale Group Inc. All rights reserved. COPYRIGHT 2002 Marketing Intelligence Service Ltd.

Monday, June 10, 2002

ISSN: 0740-3801; Volume 31; Issue 11

**Sexy Hair Concepts Healthy Sexy Hair Moisture Shampoo - Soy Milk for Dry and Chemically Treated Hair MANUFACTURER: Sexy Hair Concepts CATEGORY: 319 - Shampoos & Conditioners.(Brief Article)**

FULL TEXT

Soy Milk Moisture Shampoo for Dry and Chemically Treated Hair is part of the new Sexy Hair Concepts Healthy Sexy Hair line from Chatsworth, CA-based Sexy Hair Concepts. The Shampoo is packaged in a 13.5 fl. oz. plastic bottle, resembling a glass milk jug. Full page ads promote the products as, "Property of Michael O'Rourke." For sample retrieval information, please call: Marketing Intelligence Service, Ltd., (585) 374-6326.

---- INDEX REFERENCES ----

| | |
|---|---|
| KEY WORDS: | SHAMPOOS & CONDITIONERS; UNITED STATES; PRODUCT INTRODUCTION; TOILET PREPARATION MANUFACTURING |
| NEWS SUBJECT: | New Products/Services; English language content; Corporate/Industrial News; Dairy; Health; Political/General News; Health (C22 ENGL CCAT DRY GHEA GCAT HLT) |
| NEWS CATEGORY: | BRIEF ARTICLE |
| MARKET SECTOR: | Consumer Non-Cyclical (NCY) |
| INDUSTRY: | Food Products (FOD) |
| PRODUCT: | Food & Tobacco (DFT) |
| SIC: | 2844 |
| REGION: | United States; North America; United States; North American Countries (US NME USA NAMZ) |

Word Count: 68

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.                Westlaw

14 of 17 DOCUMENTS

Copyright 2002 PR Newswire Association, Inc.
PR Newswire

May 18, 2002, Saturday

**SECTION:** FINANCIAL NEWS

**DISTRIBUTION:** TO ENTERTAINMENT, ARTS AND TELEVISION EDITORS

**LENGTH:** 738 words

**HEADLINE:** The National Council of La Raza to Give Luxurious Gift Basket To the Host, Presenters & Performers of The 2002 Alma Awards;
Antonio Banderas, Melanie Griffith, Ricky Martin, Paulina Rubio, Nelly Furtado, Freddy Fender, Marc Anthony, Jaime-Lynn Sigler, Esai Morales, Andy Garcia and Benjamin Bratt Among Those to Receive Exclusive Gift Basket

**DATELINE:** LOS ANGELES, May 18

**BODY:**

The National Council of La Raza has put together an exceptional Presenters Gift Basket that includes over 30 unique items exclusively for the host, presenters, performers and select VIPs of the 2002 ALMA Awards. Everyone from Paul Rodriguez (host) to artists such as Antonio Banderas, Melanie Griffith, Ricky Martin, Paulina Rubio, Nelly Furtado, Freddy Fender, Marc Anthony, Jaime-Lynn Sigler, Esai Morales, Andy Garcia and Benjamin Bratt, just to name a few, will receive one of these coveted gift baskets.

The 2002 ALMA Awards will air on ABC June 1st from 8-10 p.m. (ET/PT). The ALMA Awards (American Latino Media Arts Awards), executive produced by Ken Ehrlich, is the only Latino-themed primetime award show honoring outstanding artistic achievement and the enhancement of the Latino image in entertainment, including film, television and music.

Encompassing a wide variety of categories the items featured in the gift baskets include beauty, fashion, relaxing getaways, decadent foods and more. Following is a list of items that will be included:

- About Productions: CD: By the Hand of the Father featuring Alejandro Escovedo
- Accent Marketing: Dewars 12 Year Reserve Scotch with leather hip flask
- Allen Brothers: Gift Certificate — Special ALMA Awards package that consists of two 10 ounce prime strip steaks and two 16 ounce filet mignon
- Beverly Hills Luggage: Gift Certificate
- Blockbuster Inc.: 52 week Blockbuster rental card
- Center Studio: Pilates video tape and gift certificate for five private Pilates classes with Karen Luker
- Chica: Ribbed tank top
- Clarins: New women's fragrance launched in March 2002, So You Eau de Perfume
- Daniel Franco Fashion Design: Gift Certificate
- Dee Bartolo Skin Institute: Gift Certificate for one hour facial with Dee Bartolo at the Jose Eber Salon in Beverly Hills or The Four Seasons in Marina del Rey
- Enessa Wellness Spa: Luxurious Aromatherapy Hydrating Facial Gift Certificate
- Esperanza Resorts: 2 night stay and dinner for two in Cabo San Lucas
- Fresh Look: Six month supply of Fresh Look colored contact lenses, an

  

eye exam and fitting
- Gaiam: Yoga bag filled with yoga mat, props and power yoga video
- Godiva: 1 pound box of chocolates
- Guerlain: Samsara — Women's fragrance and Vetiver — Men's fragrance
- Guerlain: Cosmetics bag filled with assorted products including Terracotta Gloss Shine, 2 Colour Shine lipsticks, 2 eye pencils, Rose Teint, Powder balls and brush
- Hint Mint: Hint Mint
- Dr. John Ivey: Gift certificate for teeth bleaching
- Kipling: Duffel bag with baseball cap
- Linq Restaurant/Lounge: Dinner for two gift certificate
- Morton's of Chicago: Gift Certificate
- My Tee: "Suerte" cotton ribbed top
- Neutrogena: Neutrogena products including sunscreen, men's line of shave gel and facial lotion with scrub, Rainbath gel, sesame oil, body lotion, hand and foot cream and lip moisturizer
- The Nile Institute: Facial gift certificate with Nina Curtis at her Beverly Hills skincare institute
- Ona Spa: Gift certificate towards a spa treatment of your choice
- Prive Hair Salon: Gift certificate for hair services at their new spa and salon
- Rembrandt: Travel bag with various Rembrandt products
- Saludos Para Ti: Box of assorted greeting cards with a special ALMA Awards salutation
- Seagrams: Crown Royal Reserve
- **Sexy Hair Concepts**: Healthy **Sexy Hair** Soy Milk Shampoo & Soy Potion Leave-In Treatment
- Sircuit Cosmeceuticals: X-Trap Gentle Face Wash, Liquid Crystal Hydrating Hair Bath, Crystal Creme Revitalizing Conditioner
- Swavorski: Crystal Tattoos
- Unilever Prestige: Cerruti Image fragrance for men

MAKE YOUR OPINION COUNT - Click Here
http://tbutton.prnewswire.com/prn/11690X57571732

SOURCE 2002 ALMA Awards

CONTACT: Jennifer Price or Alex Uliantzeff of The Lippin Group/LA, +1-323-965-1993, for 2002 ALMA Awards

URL: http://www.prnewswire.com

LOAD-DATE: May 19, 2002

  



Page    45

Citation                    Search Result          Rank(R) 40 of 76        Database
5/1/02 HHPERSPI 71                                                         ALLNEWS
5/1/02 Household & Pers. Prod. Indus. 71
2002 WL 12257517
(Publication page references are not available for this document.)

Household & Personal Products Industry
Copyright 2002 Gale Group Inc. All rights reserved. COPYRIGHT 2002 Rodman Publications, Inc.

Wednesday, May 1, 2002

ISSN: 0090-8878; Volume 39; Issue 5

The styling market turns a new page: new hair sytling product forms are popping up on shelves at unprecedented rates.
Veronica MacDonald
Total number of pages for this article: 6 FULL TEXT

AFTER A COUPLE of years of parallel growth, hair spray and other fixatives have gone their separate ways. The $412 million hair spray category fell 2.6% for the year ended Feb. 24, according to Information Resources Inc., Chicago. But other hair styling categories are reporting gains. Gel and mousse sales rose 7.7% to $516 million last year. These results exclude Wal-Mart sales.

But hope remains for hair spray. They may be making a comeback since experts suggest the Eighties will be revived and "big hair" will be popular again. As promising as it sounds for hair spray, companies are also finding other ways to create volume, such as gels, clays, muds, starches, waxes and pomades. There is a constant flow of new and innovative styling textures, as seen in recent months.

The Eighties Revisited

As hairstyles return to the Eighties, there is a contradiction between wanting no-fuss Dos and buying products that create the right look. It is a fine line to walk, but Jingles International, a division of Robanda International, is willing to take that risk with its new Jingles Jam pomade line.

"Women in their 20s and early 30s don't want to do a lot for their hair," said Carla Ross, creative director, Jingles International, a division of Robanda International, San Diego, CA. "They are looking for combination products that provide pliability, separation, shine, moisturization and more."

The Jingles Jam pomade line contains two products: Take 1 (light-medium hold) and Take 2 (medium-strong hold). Both utilize the non-silicone SWS complex containing soy, wheat and silk proteins. The

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.                Westlaw

5/1/02 HHPERSPI 71
**(Publication page references are not available for this document.)**

jams can be used to create spiked, firm, shiny and textured finishes, which reflect the recent flashback to the Eighties.

"We are going to see a soft revisiting of the Eighties, where gel-like products and hair sprays will again make their mark," insisted Ms. Ross. "Because hair is changing so radically, people will be looking for texture, such as bouffant, scrunched and wild hail: It is a natural development after the straight hair of recent years."

Jingles Jam pomades are sold in 2-oz. jars for $12.99 in salons.

"Next fall we will experience a Renaissance of the early Eighties where the hair is longer on top than the bottom," insisted Philip Pelusi, president and creative director of Phyto-Life salons, Pittsburgh, PA. "It is a revision of the original punk idea, only much more refined."

In June, Phyto-Life will introduce four styling products: Glimmer, Hair Honey, Glaze and Fixative. "Versatile cuts are important as well as using products to achieve different looks," explained Mr. Pelusi. "Hair is also generally becoming smoother and bigger with an emphasis on color and cut."

Glimmer hair and body glow contains pro-vitamin B5, hempseed oil, UV sun protection, honey and silk amino acids. Together, the ingredients add glimmer to the hair and provide a medium-hold with shine in four colors: Pure Gold, Diamond Violet, Ruby Red and Bedazzle Brunette. Mr. Pelusi noted the glimmers can be added to any of the styling products or can be used on their own. The introduction of this product offers clients several looks.

Hair Honey molding beeswax blends honey, beeswax, organic polymers, silica quartz and calcium and zinc protein. The product is fibrous and taffy-like to mold and condition the hair in any direction, as well as define curls. The idea behind the Hair Honey was to control the hair like a gel, but allow pliability, explained Mr. Pelusi.

Fixative, a light and volumizing texture gel, combines algae, grapeseed, locust bean, calcium, zinc and wheat protein. Fixative's styling memory allows the hair to be re-styled with heat. Glaze creates pliable style using apricot, cucumber juice, calcium, zinc and wheat protein.

Pump Up the Volume

Back in the 1980s, hair had volume, and 20 years later, marketers are once again turning up the volume. Clairol Herbal Essences, recently acquired by Procter & Gamble, offers a natural volumizing collection. Clairol Herbal Essences gels and mousses ranked No. 4 last year with sales of $21.7 million and No. 5 in the hair spray category with $18.9

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.                Westlaw

5/1/02 HHPERSPI 71
(Publication page references are not available for this document.)

million, reported IRI.

Recently, Herbal Essences added three new stylers to the natural volumizing collection: Weightless hair spray, Bodifying foam and Body Boosting gel. The line offers a comprehensive root-to-tip system that achieves all-day volume, body and control. Anita Walter, spokesperson for P&G hair care communications, insisted all recent P&G additions were launched to make life easier for consumers.

"Consumers are looking for simple, easy to use products that fit their particular styling needs, and stylers such as gels, cremes and mousses have been growing at a rate of about 7% per year," Ms. Walter noted.

Redken's Clean Lift 7, a volumizing gel, was launched in November to give hair fullness and a touchable feel. "Large numbers of people want to volumize their hair," said Karen Fuss-Zipp, vice president of U.S. marketing, Redken Fifth Avenue. "This is the No. 1 request in salons, followed by shine."

Executives said Clean Lift 7 was designed to work with blow-dryers. It contains wheat protein to protect and condition the hair, styling polymers and UV filters.

L'Oreal's Studio Line FX launched Volumatic Full-Up mousse and Volumatic Root-Lift Spray gel. Both make hair appear fuller using a silicone grafted resin that plumps the hair shaft. L'Oreal executives said research reveals 42% of women define their hair as fine and 38% said their hair has too little body. L'Oreal Studio Line FX was the No. 11 mousse and gel brand last year with sales of $8.7 million, according to IRI. This figure was up 21.3% from the previous year.

Super-Duper Grip

Not only is volume an important component in creating full hair, but a strong hold is vital as well. In April, Goldwell AG introduced Trendline Extreme Volume mousse and Trendline Extreme Finish spray in aerosol form. The products were introduced after consumers requested stronger forms of the Trendline Volume mousse and Trendline Finish spray.

Executives said the new mousse provides extremely strong hold without stickiness or stiffness. It is also alcohol-free and protects hair from heat styling. The Trendline Extreme aerosol finish spray has an extremely strong hold and shine and helps to create shorter, more directional hairstyles. Each costs $14.50.

Will Power 26 is the firmest holding non-aerosol hair spray Redken offers and fills a gap in the Redken lineup, according to executives. The product contains ginseng and silicone for shine, a high-hold resin, a UV absorber and a conditioning protein.

Curlycue Compliments

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw

5/1/02 HHPERSPI 71
**(Publication page references are not available for this document.)**

Industry executives identified a trend in the market for romantic, loosely curled hair this spring. Pantene Pro-V, the No. 1 mousse and gel brand and the No. 2 hair spray brand, is known for catering to several hair types in its lineup, including curly hair. Pantene Pro-V recently launched the Pantene Pro-V Moisturizing Curls Shaper Anti-Frizz creme to both condition the hair and reduce flyaways. The formula also seals in moisture, provides curl control and shine, creates separation and has a light hold.

"We continuously heard from women with curly hair that their style is difficult to achieve day to day and never lasts," said P&G's Ms. Walter. "These women wanted a product with conditioning benefits, as well as hold ingredients to 'tame' frizz and increase curl definition."

Executives said the Moisturizing Curls Shaper Anti-Frizz creme can replace mousse, gel or anti-frizzing products and provides eight times less frizz and 30% more smoothness than its competitors.

Sebastian International's Laminates collection introduced Laminates Curl this month. It is a single-step product to hydrate and hold natural curls weightlessly. The formula provides shine, touchable hold and no frizzing. Laminates Curl joins the collection of other Laminates products including shampoo, conditioner, hair spray, gel, grip, body, drops, hi-gloss spray and straightening spray.

Gelling Options

Most industry executives agree gels are the single most used styling product, due to their versatility in both wet and heat-styled hairdos. In March, Rancho Dominguez, CA-based Schwarzkopf & Dep added a new conditioning complex to all of its gels which includes panthenol, carotene, amino acids, polyvinyl pyrrolidone and hydrolyzed wheat protein. The company also changed the Dep logo to modernize the brand. Dep is the No. 6 mousse and gel brand with sales of $16.3 million, according to IRI.

The company also introduced Dep Botanicals, a styling gel duo with herbal extracts. Dep Botanicals Volumizing gel contains aloe and lavender to strengthen the hair and add shine, while Dep Botanicals Nourishing gel uses chamomile and watercress for shine and strength.

For those with dandruff, Dep launched 2-in-1 Anti-Dandruff & Styling gel under its Dep Sport line. Executives said it treats and controls dandruff with zinc pyrithione while providing extreme hold.

The White Rain Company, Danbury, CT, launched several new gel products in March, including Pearberry AntiFrizz gel and Playful Plumeria Volumizing gel. White Rain is the No. 5 hair spray vendor in the U.S. Under the Dippity-Do brand, the company plans to introduce a unisex gel line with Power 7, Intensity 8, Ultimate 9 and Extreme 10 products.

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.    Westlaw

Page 49

5/1/02 HHPERSPI 71
**(Publication page references are not available for this document.)**

  L'Oreal Studio Line FX recently introduced Grab Extreme Stretch gel to shape hair in any style. The formula has elastic stretch fibers to make hair pliable and fast-drying.

  Not Quite a Gel

  The most impressive increases in the hair styling category are in terms of product form. New categories are being established almost daily, such as clays, jams, muds and foams. Redken executives insist these forms give stylists and consumers more versatility. "What stylists find most interesting to work with are different textures, such as gels and waxes," said Redken's Ms. Fuss-Zipp. "Styling products have become more cosmetic in how they feel."

  Redken's Vinyl Glam, a fine and lightweight mega-shine spray, will debut in June. Spray Starch 15, a regular hold non-aerosol spray that mimics the pattern of heat appliances, was introduced last fall after executives noticed an increase in the use of damaging heating appliances, such as crimping and flat irons.

  "When you iron clothes with starch, the cloth mimics the pattern of the iron," explained Ms. Fuss-Zipp. "We wanted the same thing for hair, but without the stiffness."

  Spray Starch 15 contains a patented starch extract, hydrolyzed wheat protein, hydrolyzed wheat starch, styling polymers and UV filters.

  A new alternative to gel, Hexatone is the latest styling foam from Jon English Salons, Minneapolis, MN. It combines six ingredients to condition and volumize the hair. The ingredients include cucumber, lactic acid, neem oil, aloe, pathenol and PVP/VA copolymer to provide style and control. Hexatone uses a specially engineered pump dispenser to aerate the liquid into foam without using propellants.

  "The foam dispenser is a great way to get these ingredients well distributed in a light foam base," said Jon English, founder and owner of Jon English Salons and products. "Hexatone also has a lot of play time. This is important to consider since consumers take longer to style hair than professionals."

  Executives said Hexatone is perfect for fine, curly hair or limp hair. It also follows a trend for volumized hairstyles. But versatility, Mr. English contends, is the main driving force in the styling industry.

  "People are really looking for different things to change the fiber of their hair whether it is textured, separated, wet, high gloss, straight or shiny," he said. Mr. English plans to soon launch a 14-SKU line with a few styling products. Venetex is a gel that acts like a hair spray without the hard hold. Polisheen is a silica-based product that polishes the outside of the cuticle in the direction of growth to remove buildup

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.



5/1/02 HHPERSPI 71
(Publication page references are not available for this document.)

and help the conditioner enhance the shine of the hair.

Sebastian International recently introduced two new Xtah Raw Hair products: Xtah Roxx styling gelatine and Xtah Cy-clone smoothing cream. The line is designed to take both styling and a state of mind to a heightened level. Xtah Roxx styling gelatine gives hair texture and firm hold with a cooling sensation and feel of rubber. Xtah Cy-clone smoothing cream creates a soft surface with light definition with a minty scent. Both products are sold in colorful 1.8-oz. and 4.4-oz jars for $12.50 and $19.50, respectively.

The Simple Life

Chatsworth, CA-based **Sexy** Hair Concepts has introduced a new item to its Healthy **Sexy** Hair line--Soyl Braiding and Sculpting clay. Using a blend of soy protein and diatomaceous earth, Soyl Braiding and Sculpting clay strengthens the hair and absorbs scalp oils. Other ingredients include a water-soluble resin and light wax. The clay can be used on all lengths of hair to create twists and definition, and on longer hair, dreadlocks and braids.

"People are eating at home, knitting and going back to simplicity; they are going back to braids," insisted Michael O'Rourke, president and chief executive officer, **Sexy** Hair Concepts. "It is important to have a consciousness of time and why people behave the way they do."

Within its Short **Sexy** Hair line, **Sexy** Hair Concepts launched two new styling agents to give shine, definition and freedom to hair: Frenzy Bulked Up Texture thickening compound and Shatter Separate & Hold spray. Frenzy defines straight hair and curls. Shatter is a spray designed to accentuate and hold shattered hairstyles.

The shattered look will extend into the summer and fall, according to Mr. O'Rourke, and a "Bohemian rock" look will take over in the fall. This hairstyle incorporates elements from the Sixties and Eighties--hair is short on top, long on the sides and asymmetrical around the face. The new **Sexy** Hair products are perfect for this transition and also meet the needs of the modern woman.

"Women are working hard and want a unique product that during the day can be used simply and easily and at night can make their hair full and wild," said Mr. O'Rourke. "Consumers today want 'performance' products that are easy to understand and easy-to-use, but they must also impart a 'good for your hair' attitude."

Wild and Waxy

More waxes are appearing on the hair styling scene. Swax spray wax, introduced in January under Zotos International's Innovative Styling Options (ISO) brand, is a liquid wax that gives hair instant grip, a shiny and satiny finish, separation, versatility and control. Swax

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw

5/1/02 HHPERSPI 71
**(Publication page references are not available for this document.)**

contains beeswax, carnauba wax and soy protein. Executives said Swax doesn't leave the hair flat or greasy and offers consumers creativity and versatility.

"The market has become more creative," noted Debby Novak, marketing manager, ISO. "There are so many brands out there and products to choose from that people are branching out into their own styles, which is reflected in the products they use."

Last July, Zotos' ISO Multiplicity line launched six styling products including Tousle cream 'n gel, Tactile texture paste, Luminate glossing glaze, Whipped cream wax, Upshoot styling spritz and Mobilize working spray. All Multiplicity products utilize the ISO-flex complex that eliminates buildup, protects hair from environmental damage and provides humidity resistance.

John Paul Mitchell is known as an industry innovator. In February, John Paul Mitchell Systems (JPMS) launched two now dry hair techniques to go along with the debut of Spray wax. The "No Thumb" technique focuses on using the tips of scissors to create point-cutting and definition and finishing with Spray wax to lightly lift the hair. The "Bow Tie" technique involves misting Spray wax onto long hair and setting it to dry in a knot. The result is hair movement somewhere between a curl and a wave. JPMS' Spray wax is sold in 2.8-oz. and 6.8-oz. bottles for $12.50 and $19.95, respectively. JPMS also offers a 6.8-oz. Spray wax and "New Way to Wax" stylist kit for $10.

Style Like a Man

Men are also receiving a lot of attention with new hair styling offerings. JPMS introduced XTG-Extreme Thickening glue, a men's styling product designed to hold short hair in place during any extreme activity. The product has a light vanilla scent and dries quickly without producing flakes. A 3.4-oz. bottle of XTG-Extreme Thickening glue retails for $9.95 in hair salons.

Dep Sport Endurance pomade, introduced last month, is a strong-hold pomade for men with thickening fibers. It keeps hair in place both indoors and outdoors, executives said.

American Crew executives think they have struck copper. The new American Crew Revitalize brand capitalizes on the unique benefits of copper peptides that were discovered during skin graining experiments for burn victims. Researchers found that not only did the skin regenerate, but the hair follicle environment was also revived. The line is a revolutionary new system for thinning hair to improve and create an environment for healthy hair and minimize the loss of hair.

"We discovered that men don't like complicated systems," said Austin Baskett, brand manager for American Crew's d:fi and American Crew

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw

5/1/02 HHPERSPI 71
(Publication page references are not available for this document.)

Revitalize. "All you need to use are three products: a shampoo, conditioner and either the spray or the serum."

All products contain the Nutra-Rich Copper complex, a blend of micro-nutrients and botanicals. The products include: Revitalizing Daily shampoo, Revitalizing Daily Moisturizing shampoo, Revitalizing Daily conditioner, Revitalizing Spray solution, and Revitalizing serum.

American Crew will also introduce Forming cream, a low-shine paste that gives the hair texture and hold with pliability. "It fills a hole that we had between our high gloss Grooming cream and the matte Fiber styling products," explained Mr. Baskett.

Right Off the Beach

Men and women alike often prefer apply-and-go products as well as the just-from-the-beach look. Beach Bum, a recent addition to American Crew's d:fi family, gives flat hair volume and texture that is like ocean bathed hair.

Last year, John Frieda introduced Beach Blonde, a 4-SKU line to create an off-the-beach look, with products such as Ocean Waves, an innovative body-enhancing spray combining seawater and conditioning oils for shine.

"If clients have a natural wave and live in a humid place, Ocean Waves spray is perfect," said Corey Morris, hairstylist at the New York-based John Frieda salon. "You scrunch the hair and it gives it a curly look with separation for that imperfect beach look."

In April, four new products were added to the Beach Blonde line: Cool Dip refreshing shampoo, Life Preserver hair conditioning oil, Smooth Sailing detangling conditioner and Kelp Help deep conditioning masque. The products encourage hair health, even during the summer months.

Under the Sheer Blonde collection, John Frieda introduced Dream creme, a product that penetrates porous blonde hair with rich emollients and humectants and replaces natural oils lost to chemical treatments or blow-drying. A gentle sunscreen also protects delicate, vulnerable blonde hair from the sun's damaging rays and reduces dry, damaged flyaways.

Children's Choosings

HairBrain Formula Company, a Manhattan Beach, CA-based hair care company, recently expanded its tween and child-geared line to salons. HairBrain offers the Moose mousse with conditioning herbal extracts, essential oils and vitamins to give children a lightly styled look. "This natural product has less glue than other mousses and is non-irritating to the skin," said founder Bob Chasin.

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw

5/1/02 HHPERSPI 71
**(Publication page references are not available for this document.)**

D:fi launched Thick Stick in November for 10-24-year olds. The lotion-like product was designed to create bigger and bolder hair with a light-medium hold. The product was packaged in a twistable glue stick-like container.

"The packaging was developed to offer a fun new way to apply a product," noted Mr. Baskett. "It is a neat way to get a thick medium in a quick glob."

Cactus extract, a common d:fi ingredient, increases the hair's elasticity and shine. Sugar cane provides hold and maintains moisture balance, while ginseng extract stimulates the scalp. A 1.5-oz. Thick Stick retails for $14.95.

A Natural Style

The entire personal care market has shifted toward natural ingredients and the trend holds up in hair styling categories too. Natural product marketer Aura Cacia introduced six styling products: Reviving Protein foam, a B5 formula to boost limp hair with nutmeg and Spanish moss add shine; Heat-Activated relaxer straightening spray with proteins and essential oils; Curl Enhancing gel with allantoin and natural botanical moisturizers; Amplifying foam with pro-vitamins, honey and natural extracts; Spray-On detangler with lavender, chamomile and rosemary oils and Medium Hold spray with rosewood, soy and witch hazel. Every product uses natural and subtle fragrances such as spearmint, cinnamon, lavender and lime.

"The interest in natural hair care has never been greater," said Thierry Jean, natural personal care category manager for Aura Cacia, a Frontier brand, Boulder, CO. "There's also a greater demand for products that can make the hair look great in less time, such as 'ease of comb-ability' with our Spray-On detangler."

Rusk, New York, N-Y, recently launched DeepShine Hold and Shine hair spray for a humidity-resistant and flexible hold. Also new is the DeepShine Sea Kelp Shine spray to revitalize hair before blow-drying, DeepShine Sea Kelp Shining gel to give hair a non-greasy chunky texture and DeepShine Sea Kelp Liquid gel for static flyaways and dry frizzy ends. They contain bio-marine extracts of sea kelp which have high levels of vitamins, minerals, amino acids, essential trace elements and UV absorbers.

Catering to Convenience

In February, Physique introduced two new products to its hair styling lineup. Physique Scrunching foam, under the Curl Defining Series, adds shine and manages curls in a lightweight formula. Physique Trial Size packettes in Spiral cream and Contouring lotion were also launched to satisfy consumers' needs for travel-sized products. Executives noted the

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw

5/1/02 HHPERSPI 71
(Publication page references are not available for this document.)

packettes are not only portable, but also a good way for first-time users to experiment. And all products use an anti-frizzing formula.

This year, Physique has also been busy launching a hair and fragrance product--Physique 2.5-oz. Mini Styling spray. The spray contains the fresh scent of Eau, a blend of fruity flavors and floral essences that is infused throughout Physique shampoos, conditioners and styling products. Specifically, Eau has top notes of watermelon, kiwi, Easter lily and ozone with a heart of freesia, lily of the valley, peony and peach and a drydown of creamy sandalwood and grass.

The Nitty-Gritty

Consumers are interested in seeing new product forms to help them style their hair, but the fundamental guidelines for consumer satisfaction remain the same. "Consumers want products to do what they claim to do," said Redken's Ms. Fuss-Zipp. "Secondly, they want the benefits to the hair to be healthy."

These rules are important to not only find a niche in the hairstyling market, but essential to keep consumers coming back for more.
Helene Curtis Leads the Gel/Mousse Pack
Helene Curtis is the leading player in the U.S. gel/mousse category, according to IRI. Here are sales of the top 10 gel/mousse vendors in food, drug and mass merchandisers for the year ended Feb. 24, 2002. Figures do not include Wal-Mart results. All dollar figures and units are in millions.

| Vendor | $ Sales | % Change | Unit Sales | % Change |
|---|---|---|---|---|
| Helene Curtis | 66.9 | 5.0 | 28.3 | -0.5 |
| Procter & Gamble | 61.6 | 5.5 | 12.6 | -4.1 |
| Dep | 55.7 | 5.6 | 23.9 | -3.6 |
| John Frieda | 50.9 | 11.2 | 10.1 | 5.9 |
| L'Oreal | 50.7 | 6.1 | 15.2 | -1 |
| Clairol | 28.7 | -7.1 | 9.7 | -8.8 |
| Advanced Research Labs | 19.4 | 51 | 4.3 | 29.4 |
| Alberto-Culver | 14.1 | 7.6 | 4.5 | 2.1 |
| Chesebrough Pond's | 12.5 | -7 | 5.5 | -9.7 |
| Redmond | 10.4 | 12.1 | 2.8 | 16.7 |
| Category Total | 516.2 | 7.7 | 154.9 | -0.2 |

Source: Information Resources, Inc., Chicago.

---- INDEX REFERENCES ----

NEWS SUBJECT:       English language content (ENGL)

REGION:             United States; United States; North American Countries (US
                    USA NAMZ)

Word Count: 3822
5/1/02 HHPERSPI 71

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works

Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw

Page    55

5/1/02 HHPERSPI 71
(Publication page references are not available for this document.)

END OF DOCUMENT

Copr. (C) West 2004 No Claim to Orig. U.S. Govt. Works
Copyright © 2000 Dow Jones & Company, Inc. All Rights Reserved.

Westlaw