# EXHIBIT 6 TO

# STATEMENT OF FACTS





SHC 01271

MODERN SALON | JUNE 2000   143

38-2

# trademarks

### MILLENNIUM PACKAGING— MILLENNIUM PRODUCTS

Put your salon's name on this entire line of technologically advanced anti-aging, anti-acne, skin rejuvenating skincare products. With no minimums and personalized service, this elite brand gives you and your clients the products of the future with the customized service of the past. With each product purchased you get a FREE seven product travel kit. Only available from industry leader D'Arcy Laboratories. Call your salon consultant today.

**800-881-6900**

**CIRCLE 114**





### NEW! BIG SEXY HAIR VOLUMIZING DETANGLER

This unique leave-in detangler gives hair body and fullness, while leaving it tangle free. It contains Panthenol, Ginseng and Ginkgo Biloba Extracts which help add moisture, volume and shine. It's a perfect addition to the Big Sexy Hair line. Now, every product you need for volume is here. Visit us at www.sexyhairconcepts.com or call.

**800-848-3383**

**CIRCLE 115**

### BUSINESS CARDS WITH STYLE

Announce your profession with just one glance! Use these beautiful hair stylist and manicurist business card designs to promote your business and yourself as an image designer. At $39.99 for 500 cards and just $20 for each additional set, these full-color business cards are as affordable as they are stylish! Available only through the STYLES COMPANY, Lake Forest, California.

**800-400-2432**

**CIRCLE 116**



SHC 01272

38-3



# trademarks



### INTRODUCING 4 NEW ADDITIONS TO SEXY HAIR CONCEPTS

Our Straight Sexy Hair Line is bringing on POWER STRAIGHT, the world's strongest temporary straightening balm, to straighten even the curliest hair along with the new weightless hold of SHINE ON polishing gloss, which locks out humidity and protects hair from becoming frizzy. Our Short Sexy Hair line just created a collection that will help make hair look salon-styled everyday—guaranteed! Both FIXED UP hair spray and HARD UP hard holding gel give intense control throughout the day and won't cause buildup. For information on all Sexy Hair Concepts products, visit our Web site www.Sexyhairconcepts.com or call.

*800-848-3383*
**CIRCLE 118**



### GIFT CERTIFICATES

A great way to grow your clientele! These pound carbonless duplicate gift certificates have an exclusive carbon copy beneath to help you track your clients and product comps. All certificates arrive with 100 envelopes and a FREE cover. Available in six beautiful designs: Classic Scissor & Comb, Nail Elegance, Fun Styling Tools, Skin Care, Tanning Tropics and Salon Accessories. A great value for only $19.95! Satisfaction guaranteed. Call now to order.

*800-400-2432*
**CIRCLE 119**



### SALON VESTS & BIG SHIRTS

Available for the first time, Salon Professionals in Lake Forest, California, presents Big Shirts by Bric McMann. These beautiful, crinkle nylon shirts are available in black, white, red, teal, navy, purple, fuchsia, silver, berry, charcoal, turquoise, royal blue and hunter green. As functional as they are elegant, Big Shirts are water repellent and will not shrink. One size fits all; pleated back expands to fit large sizes. A $35.00 value, on sale now for just $19.95 while supplies last. Satisfaction 100 percent guaranteed. Call now to order.

*800-400-2432*
**CIRCLE 120**

SHC 01286

39-2



Show clients warm colors for fall using a Mega Browns color swatch wheel that's free with purchase of six Mega Browns Shades from L'Oréal Classic Salon Products. Call 800-345-5014.



Give your clients more hold for free with 30 percent more hair spray in the bonus-size W8LESS container from Rusk. Call 800-USE-RUSK.



Shake-up nail color with Nicole by OPI's Metamorphosis Collection, including three light-changing colors: Overwhelmed, amethyst to plum; Temperamental, melon to bronze; and Whatever, henna to pumpkin spice. The trio comes in a miniature metal lunchbox. Call 800-341-9999.



Pass along savings on these Definition duos from Goldwell in the 32-oz. size: Color and Highlights, Balance and Vitality, Permed and Curly, and Dry and Porous. Call 800-288-9118.



Save on liter combos from L'anza to handle your back-to-school rush; get special deals on: Volume Formula Bodifying Shampoo and Weightless Rinse; Dry Hair Formula Moisturizing Shampoo and Detangler; and Long Hair formula Cleanse and Conditioner. Call 888-I-USE-LANZA.



Purchase sets of Ecoly Curly Sexy Hair or Short Sexy Hair products and receive a free gift. The Short Sexy Hair set includes: Slept-In texture crème, Quick Change shaping balm, Blow It Up styling gel foam, and Control Maniac styling wax, all in a black messenger pack. The Curly Sexy Hair set includes: a curling iron, Shampoo, Conditioner, Curl Power Curl Enhancer and Hot Curl Setting Lotion, all in a blue tote. Call 800-848-3383.

SHC 01287

39-3



# profile

## TEAM ECOLY

**Formulas by Ecoly's Michael O'Rourke talks about how he works to grow his business—and his staff.**



"Without them I'm a right-brained, wild hairdresser in need of guidance," says Michael O'Rourke, founder and CEO of Formulas by Ecoly, Chatsworth, CA, of his dedicated staff. "They are my team, my rock and foundation that keeps me from trying to take over the whole world at once."

O'Rourke likes to think of his company, which he founded in 1992 after years at the helm of the Carlton Hair International USA chain, as the ultimate team effort. "How I look at it is, I want to grow my company but I also want to grow my people," he says. "I came out of a labor-intensive situation with my chain; I employed about 1,000 people. By keeping a smaller group, I can make sure of their growth." The Ecoly team includes vice president of sales Scott Scharg, chief financial officer Mark Stiller and marketing director Donna Federici, who sees O'Rourke as a product himself. "My intention is to turn Michael into a brand," says Federici. "There are so few people in the industry like him. He has touched the hearts and souls of hairdressers, and he's just a remarkable artist."

Formulas by Ecoly experienced an incredible 80 percent growth in 1999 over the previous year. "We're in 28 countries right now and we're growing at an unbelievable rate," says O'Rourke. Much of the company's recent success can be directly attributed to its latest collection, Sexy Hair Concepts, which consists of three different product lines (Big Sexy Hair, Straight Sexy Hair and Short Sexy Hair), all launched in 1999. "One of the most important things I've decided is that in the new millennium with such a technologically oriented society, people


O'Rourke in action

SHC 01236
60-2



Left: O'Rourke and Donna Federici talk shop.
Above: The Ecoly team at a recent trade show.

are forgetting their real emotions," says O'Rourke. "What I've done with this line is I've triggered an emotion in the industry and with consumers that has become less prominent in our minds. We're so busy working that we forget about having fun. And by our bringing up something with an emotion, it has literally set us on fire."

This year, O'Rourke and Formulas by Ecoly plan to focus their efforts on adding to the collection. Hot on the heels of the first three lines are two more "Sexy" lines: Curly Sexy Hair and Blonde Sexy Hair, which will be introduced in April and June, respectively.

Also new this year is "Structure in Motion," the company's new cutting technique, in the form of an educational video, which can only be described as out-of-the-box hairdressing. "This technique makes you rethink what you know and allows you to cut from within," says O'Rourke. "Step back, breathe a little and use your emotions and feel from an outside perspective to cut. Cut from the soul."

A native of South Africa, O'Rourke, as a young man, was befriended and inspired by a Zulu woman who—at a time when others in the country were suffering from a drought—made her living by extracting an oil from an indigenous weed, which her son sold to European perfumeries. This early learning experience has carried over into O'Rourke's business philosophy.

"If you educate someone you educate yourself as well—it makes *you* stronger, too," adds O'Rourke. "We all develop together. It makes us all better equipped to survive in the new millennium."—KATHLEEN EWALD
> "I want to grow my company but I also want to grow my people. By keeping a similar group, I can make sure of their growth."

## in session



Heads up: Haircutting may be on the brink of a revolution. The new Structure In Motion (S.I.M.) cutting system, created by mane maestro Michael O'Rourke, founder of Formulas by Ecoly and Sexy Hair Concepts, puts the freedom of expression in hairdressers' hands while allowing them to cre-

# BASIC INSTINCT

ate haircuts in half the time. "It's what I refer to as 'disciplined freedom,'" explains O'Rourke. "Using techniques like cutting down and cutting up, stylists draw on their discipline and emotion to create angle, head shape and texture as well as to cut the design length and interior all in one motion." For information on O'Rourke's step-by-step guide and video, call (800) 848-3383.

## clean sweep

Performing facials with soft, durable cloths that you don't have to throw away once seemed about as feasible as time travel to skincare pros. But that's all changed thanks to Acorn Body Care's Este Mitts and Patina Finis. Developed by Portland, OR, esthetician and massage therapist Marie Swan-Black, the Este Mitts are small enough to manipulate like a sponge and durable enough to reuse many times. Black's Patina Finis, on the other hand, are ideal for every step of the facial process and are especially effective at removing most gel-type masks and peels in a snap. To get the skinny on these two skincare innovations, call (503) 228-1976 or email Black at Acorncares@AOL.com.

PHOTOGRAPHY: TOP, COURTESY OF FORMULAS BY ECOLY; BOTTOM, LARS KLOVE

SHC 01238

60-4