# EXHIBIT 7 TO

# STATEMENT OF FACTS

**TTAB**

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO THE COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VA 22202-3514 ON THE DATE INDICATED BELOW

By: _Judith Mueth-Mosel_

DATE: _9-14-04_

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| SEXY HAIR CONCEPTS, LLC, | ) |
| | ) |
| | ) |
| *Opposer,* | ) |
| | ) |
| *v.* | ) Opposition No. 125,739 |
| | ) |
| V SECRET CATALOGUE, INC., | ) (SO SEXY) |
| | ) |
| *Applicant.* | ) |

### NOTICE OF RELIANCE

Honorable Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Commissioner:

Pursuant to T.B.M.P. §§707 and 708 and 37 C.F.R. §2.122(d), Opposer hereby gives notice that it intends to rely on the following evidence.

Certified copies of Certificates of Registration, with title and status, for the following U.S. Trademark Registrations:

| Registration No. | Mark |
|---|---|
| 2,403,396 | SEXY HAIR |
| 2,472,793 | FORMULAS BY ECOLY BIG SEXY HAIR |
| 2,486,702 | SEXY HAIR & DESIGN |
| 2,553,996 | HOT SEXY HIGHLIGHTS |
| 2,707,751 | WILD SEXY HAIR |
| 2,757,856 | SEXY HAIR CONCEPTS & DESIGN |

Respectfully submitted,

Dated: _9/14/04_

By: _____
Roberta Jacobs-Meadway
Jay K. Meadway
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street – 51st Floor
Philadelphia, PA 19103
(215) 665-8500

ATTORNEYS FOR OPPOSER

**09-17-2004**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached Notice of Reliance filed with U.S. Trademark Trial and Appeal Board was served on counsel for the Applicant on the date listed below via overnight mail delivery:

>Frank J. Colucci, Esquire
>Colucci & Umans
>Manhattan Tower
>101 East 52nd Street
>New York, NY 10022

Dated: ___9-14___, 2004



1149566

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

#### March 31, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,403,396* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 14, 2000*

SAID RECORDS SHOW TITLE TO BE IN:
  *SEXY HAIR CONCEPTS, LLC*
  *A LIMITED CALIFORNIA LIABILITY COMPANY*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WOODSON
**Certifying Officer**

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

## United States Patent and Trademark Office

Reg. No. 2,403,396
Registered Nov. 14, 2000

### TRADEMARK
#### PRINCIPAL REGISTER

## SEXY HAIR

ECOLY INTERNATIONAL, INC. (CALIFORNIA COR-
PORATION)
9232 ETON AVENUE
CHATSWORTH, CA 91311

FOR: HAIR CARE PRODUCTS FOR MEN, WOMEN
AND CHILDREN, NAMELY HAIR SHAMPOOS, HAIR
CONDITIONERS, HAIR LOTIONS, HAIR CREMES,
HAIR GELS, HAIR SPRAYS, HAIR COLOR, HAIR
DYES, HAIR RINSES, HAIR MOUSSE, IN CLASS 3
(U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST    USE    6–15–1998;    IN    COMMERCE
12–21–1998.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "HAIR", APART FROM THE MARK AS
SHOWN.

SER. NO. 75–634,213, FILED 2–5–1999.

LYNN A. LUTHEY, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

### January 05, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,472,793 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *July 31, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
*SEXY HAIR CONCEPTS, LLC*
*A CALIFORNIA LIMITED LIABILITY COMPANY*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

**L. EDELEN**
**Certifying Officer**

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

## United States Patent and Trademark Office

**Reg. No. 2,472,793**
Registered July 31, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## FORMULAS BY ECOLY BIG SEXY HAIR

ECOLY INTERNATIONAL, INC. (CALIFORNIA CORPORATION)
9232 ETON AVENUE
CHATSWORTH, CA 91311

FOR: HAIR CARE PRODUCTS FOR MEN, WO-MEN AND CHILDREN, NAMELY HAIR SHAM-POOS, HAIR CONDITIONERS, HAIR LOTIONS, HAIR CREMES, HAIR GELS, HAIR SPRAYS, HAIR COLOR, HAIR DYES, HAIR RINSES, HAIR MOUSSE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-15-1998; IN COMMERCE 12-21-1998.

OWNER OF U.S. REG. NO. 1,866,675.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HAIR", APART FROM THE MARK AS SHOWN.

SER. NO. 75-730,741, FILED 6-17-1999.

LYNN A. LUTHEY, EXAMINING ATTORNEY



1149570

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**April 01, 2004**

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,486,702 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *September 11, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
*SEXY HAIR CONCEPTS, LLC*
*A CALIFORNIA LIMITED LIABILITY COMPANY*

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

*L. Edelen*

**L. EDELEN**
**Certifying Officer**

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,486,702
Registered Sep. 11, 2001

**TRADEMARK**
**PRINCIPAL REGISTER**



ECOLY INTERNATIONAL, INC. (CALIFORNIA CORPORATION)
9232 ETON AVENUE
CHATSWORTH, CA 91311

FOR: HAIR CARE PRODUCTS FOR MEN, WOMEN AND CHILDREN, NAMELY SHAMPOOS, CONDITIONERS, HAIR LOTIONS, HAIR CONDITIONING CREAMS, HAIR GELS, HAIR SPRAYS, HAIR COLOR, HAIR TINT AND HAIR MOUSSE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-15-1998; IN COMMERCE 12-21-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HAIR", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR RED.

SER. NO. 75-751,842, FILED 7-15-1999.

LYNN A. LUTHEY, EXAMINING ATTORNEY



1149567

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

#### April 01, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,553,996* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *March 26, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
   *SEXY HAIR CONCEPTS, LLC*
   *A LIMITED LIABILITY COMPANY OF CALIFORNIA*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

P. SWAIN
Certifying Officer

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

## United States Patent and Trademark Office

Reg. No. 2,553,996
Registered Mar. 26, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## HOT SEXY HIGHLIGHTS

ECOLY INTERNATIONAL, INC. (CALIFORNIA CORPORATION)
9232 ETON AVENUE
CHATSWORTH, CA 91311

FOR: HAIR CARE PRODUCTS FOR MEN, WO-MEN AND CHILDREN, NAMELY, SHAMPOOS, CONDITIONERS, HAIR LOTIONS, HAIR CONDITIONING CREAMS, HAIR GELS, HAIR SPRAYS, HAIR COLOR, HAIR TINT AND HAIR MOUSSE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-0-2000; IN COMMERCE 7-0-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HIGHLIGHTS", APART FROM THE MARK AS SHOWN.

SN 76-075,306, FILED 6-22-2000.

ELLEN PERKINS, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

January 05, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,707,751 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *April 15, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
*SEXY HAIR CONCEPTS, LLC*
*A CALIFORNIA LIMITED LIABILITY COMPANY*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

M. K. HAWKINS
Certifying Officer

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,707,751

Registered Apr. 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## WILD SEXY HAIR

SEXY HAIR CONCEPTS, LLC (CALIFORNIA LTD LIAB CO)
9232 ETON AVENUE
CHATSWORTH, CA 91311 BY ASSIGNMENT ECO-LY INTERNATIONAL, INC. (CALIFORNIA CORPORATION) CHATSWORTH, CA 91311

FOR: HAIR CARE PRODUCTS FOR MEN, WO-MEN, AND CHILDREN, NAMELY HAIR SHAM-POOS, HAIR CONDITIONERS, HAIR LOTIONS, HAIR CREMES, HAIR GELS, HAIR SPRAYS, HAIR COLOR, HAIR DYES, HAIR RINSES, HAIR MOUSSE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-15-2002; IN COMMERCE 8-15-2002.

OWNER OF U.S. REG. NO. 2,403,396.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HAIR", APART FROM THE MARK AS SHOWN.

SN 76-260,669, FILED 5-22-2001.

PAUL F. GAST, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

January 05, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,757,856 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *September 02, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
*SEXY HAIR CONCEPTS, LLC*
*A CALIFORNIA LIMITED LIABILITY COMPANY*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

L. EDELEN
Certifying Officer

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,757,856

Registered Sep. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER



SEXY HAIR CONCEPTS, LLC (CALIFORNIA LTD LIAB CO)
9232 ETON AVENUE
CHATSWORTH, CA 91311 , BY ASSIGNMENT ECO-LY INTERNATIONAL, INC. (CALIFORNIA CORPORATION) CHATSWORTH, CA 91311

FOR: HAIR CARE PRODUCTS FOR MEN, WOMEN AND CHILDREN, NAMELY HAIR SHAMPOOS, HAIR CONDITIONERS, HAIR LOTIONS, HAIR CREMES, HAIR GELS, HAIR SPRAYS, HAIR COLOR, HAIR DYES, HAIR RINSES, HAIR MOUSSE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-1-2000; IN COMMERCE 7-1-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HAIR", APART FROM THE MARK AS SHOWN.

SER. NO. 76-017,117, FILED 4-4-2000.

SUSAN HAYASH, EXAMINING ATTORNEY