# EXHIBIT 11 TO

# STATEMENT OF FACTS

```
 1
 2     UNITED STATES PATENT AND TRADEMARK OFFICE
       BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD
 3     ------------------------------------------X
       SEXY HAIR CONCEPTS, LLC,
 4                    Opposer,
                  -against-
 5     V SECRET CATALOGUE, INC.,
                    Applicant.
 6     Opposition No.: 125,739
       ------------------------------------------X
 7     SEXY HAIR CONCEPTS, LLC,
                    Opposer,
 8              -against-
       INTIMATE BEAUTY CORPORATION
 9     d/b/a VICTORIA'S SECRET BEAUTY,
                    Applicant.
10     Opposition No.:  91,152,596
       ------------------------------------------X
11     SEXY HAIR CONCEPTS, LLC,
                    Opposer,
12              -against-
       V SECRET CATALOGUE, INC.,
13                    Applicant.
       Opposition No.:  91,152,612
14     ------------------------------------------X
15                    1140 Avenue of the Americas
                      New York, New York
16
                      November 11, 2002
17                    10:15 a.m.
18              Deposition of SHERRY HELENE BAKER,
19     pursuant to Notices, before Christine Salerno,
20     a Notary Public of the State of New York.
21
              ELLEN GRAUER COURT REPORTING CO.
22            133 East 58th Street, Suite 1201
                  New York, New York 10022
23                    212-750-6434
                      REF:   46497
24
25
```

CONFIDENTIAL    ORIGINAL

1                CONFIDENTIAL - BAKER
2   movies, but where the item would be placed
3   within a retail unit or a retail store?
4        A.    I'm not sure I understand what
5   you're asking.
6   183  Q.    Does Victoria's Secret Beauty have
7   separate retail outlets?
8        A.    Separate from what?
9   184  Q.    From Victoria's Secret stores?
10       A.    There are 500 Victoria's Secret
11  Beauty stores.  Within that 500, some are
12  freestanding, meaning they're just by
13  themselves, some are side-by-side with a
14  lingerie store, so it would be a case where you
15  would have two separate doors, one entrance for
16  beauty, one entrance for lingerie, most times
17  connected by a through pass inside the store.
18  Then there are side insides which are when the
19  beauty area is inside of a lingerie store,
20  okay.
21            Also, beauty products are sold at
22  500 -- in our company, we call them, so I'm
23  just going to, niches, N-I-C-H-E-S, which is a
24  beauty that is simply inside of a lingerie
25  store.