# EXHIBIT 12 TO

# STATEMENT OF FACTS

ORIGINAL                                                          1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
   BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD
------------------------------x
SEXY HAIR CONCEPTS, LLC,         )  Opposition No.
                                 )  125,739
              Opposer,           )
                                 )
         -v-                     )
                                 )
V SECRET CATALOGUE, INC.,        )
                                 )
              Applicant.         )
------------------------------x

RECEIVED
MAY 0 5 2005
FILE

DEPOSITION OF KATHI VAN ZANDT

New York, New York

Thursday, January 13, 2005

Reported by:
NICOLE TERLIZZI KOCHY, CSR, RPR

**TOBY FELDMAN**
INCORPORATED
One Penn Plaza . New York, New York 10119 . tel . 212.244.3990 . fax . 212.268.4828

```
                                                        2
 1
 2
 3
 4
 5              January 13, 2005
 6              10:06 a.m.
 7
 8
 9
10
11
12         DEPOSITION of KATHI VAN ZANDT, held at the
13    offices of Victoria's Secret Beauty, 888 7th Avenue,
14    New York, New York, Pursuant to Notice, before
15    Nicole Terlizzi Kochy, a New Jersey Certified
16    Shorthand Reporter, Registered Professional Reporter
17    and Notary Public of the States of New York and New
18    Jersey.
19
20
21
22
23
24
25
```

```
                                                                3
 1

 2   A P P E A R A N C E S:

 3
     BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP
 4   Attorneys for Opposer
           1735 Market Street
 5         Philadelphia, Pennsylvania 19103
     BY:   ROBERTA JACOBS-MEADWAY, ESQ.
 6

 7   COLUCCI & UMANS
     Attorneys for Applicant
 8         218 East 50th Street
           New York, New York 10022
 9   BY:   FRANK J. COLUCCI, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                              6
 1                        Van Zandt
 2        A.    By Time Warner.  I was the copy and
 3   promotion director of Fortune Magazine.
 4        Q.    During what period of time were you
 5   employed by Time Warner?
 6        A.    Let's see, what year was it?  It was for
 7   about three to four years.  I believe right before
 8   here.  So maybe it was 1995.
 9        Q.    All right.  And prior to Time Warner were
10   you employed?
11        A.    Yes.
12        Q.    By whom?
13        A.    I was at Vogue Magazine.
14        Q.    And what were your duties and
15   responsibilities at Vogue?
16        A.    I was the director of copy and sort of
17   protective of the brand voice and ran what
18   essentially was an in-house advertising agency for
19   Vogue.
20        Q.    During what period of time was this?
21        A.    This was for eight years, so prior to Time
22   Warner.
23        Q.    And prior to Vogue were you employed?
24        A.    I was at Hearst Magazines.
25        Q.    And what were your duties and
```

                                                              19
                        Van Zandt

     A.   Well, it was used in store. We did an
in-store test, I think it was 90 stores that we
launched in.

     Q.   And do you recall what specific hair care
products were involved in this test?

     A.   I think it was about 12 products. It was
shampoos, conditioners that were depending upon hair
type and then there was, I believe, five styling
products, I think. We've since lost one, but I
think there were five.

     Q.   Do you recall what one you lost?

     A.   It was a gel; we have a couple of gels. I
think it was a structuring gel or texturizing gel.
I'm not sure exactly the form.

     Q.   And what was the result of the in-store
testing?

     A.   People loved it and it was successful.

     Q.   Now, getting back to the application which
was filed in the United States Patent and Trademark
Office to register So Sexy, do you know whether a
statement of use has been filed?

     A.   I believe so.

          MS. JACOBS-MEADWAY:  Mr. Colucci, are you
     contending the statement of use was filed for

```
                                                          27
                         Van Zandt
     A.   I believe my, one of my writers wrote it,
so I proofed it and edited it.
     Q.   According to that document that you
prepared, the recipient of that direct mailer would
be directed to go where to purchase a So Sexy
product?
     A.   Select Victoria's Secret stores.  It would
be one of the test stores.
     Q.   Other than the direct mailer, the
educational piece, we talked about point of sale, we
talked about the package copy, we talked about the
positioning statement, do you recall preparing any
other documents in connection with the new hair care
line for Victoria's Secret Beauty?
     A.   No.
     MR. COLUCCI:  I offer Exhibit, I think I
offered Exhibit X.  I offer all the succeeding
exhibits Y, Z, AA all the way through the last
one which I believe was DD in evidence.  Do you
have any objection statements?
     MS. JACOBS-MEADWAY:  I'll reserve on
objections.
     MR. COLUCCI:  I have no further questions
of this witness.  You may cross-examine.
```

                                                          31
1                       Van Zandt
2   correct?
3       A.   Right, yes.
4       Q.   So would you then consider selling
5   fragrance under the same mark as the hair care once
6   you've made that decision not to do that?
7       A.   No, but -- No.
8       Q.   What other products were listed in the
9   application that you had the law firm prepare for
10  the So Sexy brand?
11      A.   I don't recall at the moment.
12      Q.   Was there ever a decision made that
13  Victoria's Secret Beauty would not be selling all of
14  the products identified in the application for
15  registration that you had Mr. Colucci's firm file?
16      A.   Yes.  I believe we, I believe we decided
17  not to expand the collection.
18      Q.   And when was that decision made?
19      A.   I can't recall.
20      Q.   Approximately when?
21      A.   A few years ago.
22      Q.   Was the decision made before the hair care
23  products were introduced into the test stores?
24      A.   I don't recall the timing exactly.
25      Q.   Was the application for So Sexy ever meant

```
                                                          32
1                        Van Zandt
2    to delete the goods that Victoria's Secret Beauty no
3    longer intended to sell under the mark?
4         A.   I don't know.
5         Q.   Did you ever direct Mr. Colucci to delete
6    from the application any of the goods which
7    Victoria's Secret Beauty no longer intended to sell?
8         A.   I believe I did, but I really can't recall
9    definitively.
10        Q.   Who was involved in the decision not to
11   sell additional products under the So Sexy brand?
12        A.   Sherry Baker and the marketing team.
13        Q.   And who was involved in the decision to
14   discontinue one of the items in the So Sexy line?
15        A.   That would be the marketing team.
16        Q.   And what was the basis for that decision?
17        A.   I believe that it wasn't performing well
18   or the formula was not up to snuff or something.
19   I'm not a hundred percent sure.
20        Q.   When was the product discontinued?
21        A.   I think it was this year.  Or 2004 rather.
22        Q.   Was that in 2004 before the rollout beyond
23   the test stores or not?
24        A.   I do not know.
25        Q.   Has any product been added to the So Sexy
```