# EXHIBIT 13 TO

# STATEMENT OF FACTS

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO THE COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VA 22202-3514 ON THE DATE INDICATED BELOW

By: *[signature]* Judith Muller-Scott

DATE: 9/24/04

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| SEXY HAIR CONCEPTS, LLC, | ) |
| Opposer, | ) |
| v. | ) Opposition No. 125,739 |
| V SECRET CATALOGUE, INC., | ) (SO SEXY) |
| Applicant. | ) |

**TTAB**

### NOTICE OF RELIANCE ON APPLICANT'S RESPONSES TO OPPOSER'S REQUESTS FOR ADMISSIONS

Honorable Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

Dear Commissioner:

Pursuant to T.B.M.P. §§704.01 and 37 C.F.R. §2.120(j), Opposer hereby gives notice that it intends to rely on the answers, as supplemented, provided by Applicant in response to requests 50 and 51 of Opposer's Fifth Requests for Admissions. Exhibit A attached hereto contains the referenced requests and responses.

Respectfully submitted,

Dated: 9/24/04

By: *[signature]*
Roberta Jacobs-Meadway
Jay K. Meadway
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street – 51st Floor
Philadelphia, PA 19103
(215) 665-8500
ATTORNEYS FOR OPPOSER

File No. 892492
PHL_A #1923736 v1

09-27-2004
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #74

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached Notice of Reliance on Applicant's Responses To Opposer's Requests For Admissions filed with U.S. Trademark Trial and Appeal Board was served on counsel for the Applicant on the date listed below via overnight mail delivery:

>Frank J. Colucci, Esquire
>Colucci & Umans
>Manhattan Tower
>101 East 52nd Street
>New York, NY 10022

Dated: __9-24__, 2004                    _[signature]_

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

- - - - - - - - - - - - - - - - - - - -x
SEXY HAIR CONCEPTS, LLC,            :

               Opposer,    :    Opposition

     v.                              :    No. 125,739

V SECRET CATALOGUE, INC,            :    (SO SEXY)

              Applicant.    :
- - - - - - - - - - - - - - - - - - - -x

FEB 17 2004

**APPLICANT'S RESPONSES TO OPPOSER'S
FIFTH REQUEST FOR ADMISSIONS**

Applicant, V Secret Catalogue, Inc., by its attorneys, hereby responds to opposer, Sexy Hair Concepts, LLC's, Fifth Request for Admissions, as follows:

**General Objections**

Applicant repeats and incorporates by reference its previous objections to Opposer's First, Second and Third and Fourth Requests for Admission, as if herein again set forth in detail.

Applicant notes that Opposer's Fifth Request for Admissions were incorrectly numbered. Hence, its Fifth Request for Admissions should have been numbered 50 through 51, and Applicant has re-numbered them accordingly.

**Responses**

50. Applicant admits that the documents attached and marked as "IBC 0682-0787" are true and correct copies of documents produced by Applicant in response to Opposer's Request for Documents, and is a marketing report on the market for hair care products.

Deny the mischaracterization of documents IBC 0682-0787 as a "marketing report". Applicant produced documents bearing Bates No. IBC 0682-0787 in response to Opposer's Production Request No. 67, which requested "All Klein data purchased by Applicant which refers or relates to hair care products and hair care product market".

51. Applicant admits that the documents attached and marked as "IBC 0788-IBC 0942" are true and accurate copies of documents produced by Applicant in response to Opposer's Request for documents, and are sales reports for Applicant's hair products and test market reports.

Admit.

Dated:  New York, New York        COLUCCI & UMANS
February 11, 2004

By ___Frank J. Colucci___
Frank J. Colucci
Attorneys for Applicant
Manhattan Tower
101 East 52nd Street,
New York, New York 10022
(212) 935-5700

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing "Applicant's Responses To Opposer's Fifth Request For Admissions" has been forwarded via First Class Mail, postage prepaid, to Opposer's Attorney, Roberta Jacobs-Meadway of Ballard Spar Andrews & Ingersoll, LLP at 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103-7599 this 11th day of February, 2004.

_Andrea Pelaez_
Andrea Pelaez

Hair Results:
November Week 1

| Store # | Store Name | District | Region | MSA | Test | Diary Type | Store 2002 Annual $ | Store $ | Store Units | Hair $ | Hair $% | Hair Units | Hair Unit % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | | $85,029,107 | $1,454,043 | 132,333 | $29,710 | 2.1% | 4,966 | 3.8% |
| Avg/Store | | | | | | | $924,229 | $15,805 | 1,438 | $323 | | 54 | |
| 517 | Silver City | 102 | 100 | Boston-Worce | $8.50 | RECOLOR | $757,699 | $14,797 | 1,263 | $450 | 3.0% | 84 | 6.7% |
| 491 | Rockingham Park | 102 | 100 | Boston-Worce | $8.50 | RECOLOR | $1,071,748 | $17,242 | 1,412 | $205 | 1.2% | 38 | 2.7% |
| 1100 | 1981 Broadway | 104 | 100 | New York-No. | $7.00 | DAVID COLLINS | $1,237,505 | $18,005 | 1,704 | $234 | 1.3% | 41 | 2.4% |
| 181 | Sangertown | 105 | 100 | Syracuse, NY | $7.00 | FRAGRANCE ROOM | $619,621 | $10,556 | 1,000 | $442 | 4.2% | 78 | 7.8% |
| 1162 | Carousel | 105 | 100 | Syracuse, NY | $7.00 | DAVID COLLINS | $555,736 | $8,563 | 757 | $159 | 1.9% | 26 | 3.4% |
| 798 | Palisades | 106 | 100 | New York-No. | $7.00 | NEW STORE DESIGN | $1,269,566 | $20,036 | 1,950 | $563 | 2.8% | 109 | 5.6% |
| 604 | The Westchester | 106 | 100 | New York-No. | $7.00 | PERFUMERY | $586,074 | $9,457 | 876 | $175 | 1.9% | 28 | 3.2% |
| 511 | Nanuet | 106 | 100 | New York-No. | $7.00 | FRAGRANCE ROOM | $530,482 | $8,736 | 796 | $170 | 1.9% | 34 | 4.3% |
| 1235 | Galleria | 106 | 100 | New York-No. | $7.00 | DAVID COLLINS | $641,719 | $9,292 | 806 | $111 | 1.2% | 21 | 2.6% |
| 890 | Newport Centre | 108 | 100 | New York-No. | $7.00 | SILVER STORE | $1,439,037 | $29,693 | 3,041 | $368 | 1.2% | 62 | 2.0% |
| 19 | Riverside Square | 108 | 100 | New York-No. | $7.00 | FRAGRANCE ROOM | $398,613 | $5,898 | 625 | $218 | 3.7% | 43 | 6.9% |
| 1171 | Garden State | 108 | 100 | New York-No. | $7.00 | DAVID COLLINS | $886,281 | $14,854 | 1,226 | $187 | 1.3% | 31 | 2.5% |
| 258 | Deptford | 109 | 100 | Philadelphia | $7.00 | DAVID COLLINS | $1,054,618 | $17,852 | 1,462 | $226 | 1.3% | 34 | 2.3% |
| 1178 | Cherry Hill | 109 | 100 | Philadelphia | $7.00 | DAVID COLLINS | $642,969 | $9,396 | 776 | $155 | 1.7% | 23 | 3.0% |
| 289 | Echelon | 109 | 100 | Philadelphia | $7.00 | PERFUMERY | $429,128 | $6,522 | 572 | $101 | 1.6% | 15 | 2.6% |
| 456 | Christiana | 110 | 100 | | $8.50 | DAVID COLLINS | $1,552,194 | $30,313 | 2,608 | $541 | 1.8% | 86 | 3.3% |
| 591 | Annapolis | 110 | 100 | | $8.50 | PERFUMERY | $1,050,161 | $13,550 | 1,261 | $399 | 2.9% | 68 | 5.4% |
| 172 | Marley Station | 110 | 100 | Washington-B | $8.50 | FRAGRANCE ROOM | $713,464 | $12,777 | 1,172 | $142 | 1.1% | 24 | 2.0% |
| 1118 | Columbia | 110 | 100 | Washington-B | $8.50 | DAVID COLLINS | $893,529 | $12,113 | 1,046 | $133 | 1.1% | 22 | 2.1% |
| 497 | Towsontown | 110 | 100 | Washington-B | $8.50 | DAVID COLLINS | $1,019,236 | $17,315 | 1,614 | $102 | 0.6% | 18 | 1.1% |
| 1300 | Easton Town Center | 201 | 200 | Columbus, OH | $7.00 | DAVID COLLINS | $890,867 | $19,552 | 1,630 | $407 | 2.1% | 73 | 4.5% |
| 506 | Chapel Hill | 202 | 200 | Cleveland-Ak | $7.00 | RECOLOR | $876,240 | $15,758 | 1,489 | $580 | 3.7% | 102 | 6.9% |
| 224 | Great Northern | 202 | 200 | Cleveland-Ak | $7.00 | DAVID COLLINS | $215,789 | $14,260 | 1,290 | $555 | 3.9% | 93 | 7.2% |
| 562 | Great Lakes | 202 | 200 | Cleveland-Ak | $7.00 | RECOLOR | $845,589 | $14,654 | 1,343 | $374 | 2.6% | 62 | 4.6% |
| 1174 | Beachwood Place | 202 | 200 | Cleveland-Ak | $7.00 | DAVID COLLINS | $565,485 | $7,517 | 689 | $342 | 4.5% | 57 | 8.3% |
| 193 | Eastwood | 203 | 200 | | $7.00 | PERFUMERY | $785,430 | $13,643 | 1,352 | $434 | 3.2% | 82 | 6.1% |
| 707 | Somerset | 204 | 200 | | $8.50 | DAVID COLLINS | $840,627 | $26,870 | 2,285 | $758 | 2.8% | 124 | 5.4% |
| 698 | Westland | 204 | 200 | Detroit-Ann | $8.50 | PERFUMERY | $963,557 | $15,535 | 1,449 | $290 | 1.9% | 47 | 3.2% |
| 57 | Fairlane Town | 204 | 200 | Detroit-Ann | $8.50 | PERFUMERY | $1,362,321 | $18,851 | 1,916 | $160 | 0.8% | 26 | 1.4% |
| 672 | Southland | 204 | 200 | Detroit-Ann | $8.50 | PERFUMERY | $1,028,434 | $15,321 | 1,437 | $159 | 1.0% | 29 | 2.0% |
| 513 | Mall St. Matthews | 206 | 200 | Louisville, | $8.50 | RECOLOR | $1,112,962 | $20,438 | 1,744 | $577 | 2.8% | 99 | 5.7% |
| 1067 | Jefferson | 206 | 200 | Louisville, | $8.50 | SILVER STORE | $891,386 | $17,859 | 1,575 | $282 | 1.6% | 47 | 3.0% |
| 788 | Mall Of America | 207 | 200 | Minneapolis- | $7.00 | NEW STORE DESIGN | $699,567 | $14,701 | 1,214 | $425 | 2.9% | 62 | 5.1% |

IBC 0904

## Hair Results:

| | | | | | | November Week 1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 539 | Mall Of America | 207 | 200 | Minneapolis- | $7.00 | RECOLOR | $968,997 | 1,305 | $376 | 2.4% | 59 | 4.5% |
| 161 | Rosedale | 207 | 200 | Minneapolis- | $7.00 | RECOLOR | $755,886 | 1,236 | $297 | 2.1% | 50 | 4.0% |
| 171 | Ridgedale | 207 | 200 | Minneapolis- | $7.00 | RECOLOR | $755,886 | 885 | $207 | 2.1% | 36 | 4.1% |
| 1230 | Southdale | 207 | 200 | Minneapolis- | $7.00 | DAVID COLLINS | $534,672 | 690 | $180 | 2.4% | 28 | 4.1% |
| 223 | Maplewood | 207 | 200 | Minneapolis- | $7.00 | PERFUMERY | $895,359 | 1,315 | $176 | 1.2% | 26 | 2.0% |
| 282 | Ford City | 210 | 200 | Chicago-Gary | $7.00 | DAVID COLLINS | $1,240,317 | 1,865 | $437 | 2.4% | 80 | 4.33% |
| 476 | Southlake | 210 | 200 | Chicago-Gary | $7.00 | FRAGRANCE ROOM | $1,278,071 | 1,735 | $214 | 1.1% | 36 | 2.1% |
| 1043 | Arbor Place | 302 | 300 | Atlanta, GA- | $7.00 | SILVER STORE | $877,668 | 1,484 | $477 | 3.1% | 82 | 5.5% |
| 876 | Mall Of Georgia | 302 | 300 | Atlanta, GA- | $7.00 | SILVER STORE | $545,290 | 882 | $466 | 4.9% | 81 | 9.2% |
| 1199 | TC At Cobb | 302 | 300 | Atlanta, GA- | $7.00 | DAVID COLLINS | $1,339,390 | 1,260 | $199 | 1.5% | 37 | 2.9% |
| 1149 | Cumberland | 302 | 300 | Atlanta, GA- | $7.00 | DAVID COLLINS | $765,749 | 770 | $95 | 1.1% | 15 | 1.9% |
| 640 | Seminole T.C. | 304 | 300 | Orlando, FL | $7.00 | PERFUMERY | $718,521 | 1,133 | $372 | 2.8% | 62 | 5.5% |
| 385 | Fashion Sq | 304 | 300 | Orlando, FL | $7.00 | RECOLOR | $1,078,976 | 1,440 | $323 | 1.9% | 55 | 3.8% |
| 1302 | Mall @ Millenia | 304 | 300 | Orlando, FL | $7.00 | DAVID COLLINS | $504,103 | 1,790 | $251 | 1.1% | 41 | 2.3% |
| 724 | West Oaks | 304 | 300 | Orlando, FL | $7.00 | NEW STORE DESIGN | $917,427 | 1,403 | $144 | 1.0% | 24 | 1.7% |
| 1038 | Citrus Park | 305 | 300 | Tampa-St. Pe | $8.50 | SILVER STORE | $842,132 | 1,052 | $269 | 2.1% | 42 | 4.0% |
| 885 | Tyrone | 305 | 300 | Tampa-St. Pe | $8.50 | SILVER STORE | $927,809 | 1,272 | $201 | 1.4% | 34 | 2.7% |
| 1219 | International Plaza | 305 | 300 | Tampa-St. Pe | $8.50 | DAVID COLLINS | $899,437 | 1,559 | $150 | 0.9% | 27 | 1.7% |
| 235 | Chesterfield | 308 | 300 | Richmond-Pet | $7.00 | RECOLOR | $772,296 | 1,049 | $334 | 2.5% | 55 | 5.2% |
| 543 | Virginia | 308 | 300 | Richmond-Pet | $7.00 | FRAGRANCE ROOM | $795,463 | 949 | $91 | 0.8% | 15 | 1.6% |
| 862 | Hanes | 309 | 300 | Greensboro-W | $8.50 | NEW STORE DESIGN | $929,177 | 1,377 | $390 | 2.7% | 65 | 4.7% |
| 887 | Four Seasons | 309 | 300 | Greensboro-W | $8.50 | SILVER STORE | $643,348 | 994 | $310 | 2.7% | 50 | 5.0% |
| 730 | Wolfchase Galleria | 401 | 400 | Memphis, TN- | $7.00 | NEW STORE DESIGN | $1,928,375 | 3,214 | $644 | 1.8% | 112 | 3.5% |
| 1079 | Barnes Crossing | 401 | 400 | Tupelo, MS-A | $7.00 | SILVER STORE | $693,814 | 899 | $440 | 4.1% | 64 | 7.1% |
| 131 | Northpark | 401 | 400 | Jackson, MS- | $7.00 | RECOLOR | $1,085,362 | 1,515 | $409 | 2.4% | 59 | 3.9% |
| 52 | Hickory Ridge | 401 | 400 | Memphis, TN- | $7.00 | RECOLOR | $1,326,473 | 1,704 | $180 | 1.0% | 30 | 1.8% |
| 307 | Oak Court | 401 | 400 | Memphis, TN- | $7.00 | PERFUMERY | $790,402 | 1,025 | $169 | 1.4% | 28 | 2.7% |
| 837 | Mall Of Louisiana | 404 | 400 | Baton Rouge, | $8.50 | NEW STORE DESIGN | $1,069,154 | 1,648 | $429 | 2.3% | 79 | 4.8% |
| 552 | Oakwood | 404 | 400 | New Orleans, | $7.00 | RECOLOR | $1,418,425 | 1,837 | $266 | 1.3% | 43 | 2.3% |
| 162 | Collin Creek | 405 | 400 | Dallas-Fort | $8.50 | RECOLOR | $923,050 | 1,287 | $322 | 2.2% | 50 | 3.9% |
| 12 | Galleria | 405 | 400 | Dallas-Fort | $8.50 | PERFUMERY | $787,625 | 1,655 | $220 | 1.3% | 35 | 2.1% |
| 1221 | Shops At Willowbend | 405 | 400 | Dallas-Fort | $8.50 | DAVID COLLINS | $505,522 | 553 | $134 | 2.1% | 21 | 3.8% |
| 711 | First Colony | 407 | 400 | Houston-Galv | $7.00 | PERFUMERY | $1,219,052 | 1,418 | $403 | 2.6% | 58 | 4.1% |
| 46 | Willowbrook | 407 | 400 | Houston-Galv | $7.00 | DAVID COLLINS | $1,229,797 | 1,465 | $173 | 1.0% | 25 | 1.7% |
| 639 | Village Arcade | 407 | 400 | Houston-Galv | $7.00 | PERFUMERY | $593,012 | 972 | $164 | 1.7% | 26 | 2.7% |
| 378 | West Oaks | 407 | 400 | Houston-Galv | $7.00 | RECOLOR | $937,397 | 1,311 | $137 | 1.0% | 22 | 1.7% |
| 36 | Deerbrook | 407 | 400 | Houston-Galv | $7.00 | FRAGRANCE ROOM | $899,003 | 1,171 | $56 | 0.4% | 8 | 0.7% |
| 414 | Plaza Camino | 502 | 500 | San Diego, C | $7.00 | DAVID COLLINS | $1,339,790 | 2,120 | $701 | 3.0% | 119 | 5.6% |
| 72 | Mission Valley | 502 | 500 | San Diego, C | $7.00 | FRAGRANCE ROOM | $964,899 | 1,626 | $402 | 2.6% | 68 | 4.2% |
| 508 | Galleria At Tyler | 503 | 500 | Los Angeles- | $8.50 | SILVER STORE | $2,026,450 | 3,456 | $1,297 | 3.5% | 232 | 6.7% |
| 637 | Palm Desert Town | 503 | 500 | Los Angeles- | $8.50 | PERFUMERY | $870,111 | 1,535 | $323 | 2.0% | 54 | 3.5% |
| 547 | Moreno Valley | 503 | 500 | Los Angeles- | $8.50 | FRAGRANCE ROOM | $1,010,684 | 1,515 | $263 | 1.5% | 46 | 3.0% |
| 215 | Topanga | 505 | 500 | Los Angeles- | $8.50 | DAVID COLLINS | $827,763 | 2,563 | $626 | 2.3% | 104 | 4.1% |

IBC 0905

## Hair Results:
### November Week 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1234 | Sunvalley | 506 | 500 | San Francisc | $7.00 | DAVID COLLINS | $1,648,955 | 2,422 | $841 | 3.7% | 146 | 6.0% |
| 51 | Stoneridge | 506 | 500 | San Francisc | $7.00 | DAVID COLLINS | $982,292 | 2,096 | $378 | 1.8% | 55 | 2.6% |
| 1120 | San Francisco Centre | 506 | 500 | San Francisc | $7.00 | DAVID COLLINS | $1,778,953 | 1,681 | $200 | 1.1% | 29 | 1.7% |
| 356 | Vintage Faire | 507 | 500 | Sacramento-Y | $7.00 | PERFUMERY | $1,067,612 | 2,617 | $775 | 2.6% | 112 | 4.3% |
| 572 | Sunrise | 507 | 500 | Sacramento-Y | $7.00 | RECOLOR | $1,011,744 | 1,542 | $414 | 2.4% | 73 | 4.7% |
| 1077 | Galleria At Roseville | 507 | 500 | Sacramento-Y | $7.00 | DAVID COLLINS | $814,696 | 1,604 | $298 | 1.7% | 49 | 3.1% |
| 1094 | Flatiron Crossing | 509 | 500 | Denver-Bould | $8.50 | DAVID COLLINS | $672,067 | 1,289 | $338 | 2.3% | 57 | 4.4% |
| 1224 | Cherry Creek | 509 | 500 | Denver-Bould | $8.50 | DAVID COLLINS | $778,147 | 993 | $218 | 2.0% | 37 | 3.7% |
| 570 | Southwest | 509 | 500 | Denver-Bould | $8.50 | RECOLOR | $1,256,849 | 791 | $174 | 1.9% | 32 | 4.0% |
| 723 | Park Meadows | 509 | 500 | Denver-Bould | $8.50 | NEW STORE DESIGN | $371,400 | 1,682 | $137 | 0.7% | 22 | 1.3% |
| 411 | Southglenn | 509 | 500 | Denver-Bould | $8.50 | PERFUMERY | $1,762,405 | 423 | $120 | 2.4% | 20 | 4.7% |
| 417 | Washington Sq | 511 | 500 | Portland-Sal | $7.00 | DAVID COLLINS | $981,766 | 3,015 | $726 | 2.4% | 107 | 3.5% |
| 1078 | Clackamas | 511 | 500 | Portland-Sal | $7.00 | SILVER STORE | $647,961 | 1,646 | $395 | 2.3% | 60 | 3.6% |
| 617 | South Hills | 511 | 500 | Seattle-Taco | $7.00 | PERFUMERY | $506,401 | 1,158 | $280 | 2.3% | 48 | 4.1% |
| 299 | Bellevue | 511 | 500 | Seattle-Taco | $7.00 | DAVID COLLINS | $414,250 | 1,374 | $144 | 1.0% | 26 | 1.9% |
| 718 | Redmond Town | 511 | 500 | Seattle-Taco | $7.00 | NEW STORE DESIGN | $6,965 | 686 | $135 | 1.9% | 22 | 3.2% |

IBC 0906

| So Sexy Hair: April Week 2 |

## I. Results:

**Test 1: $7 or 2/$12**
*58 stores: Easton and 1981 Broadway excluded from "average"*

| | Total Shop Results | | | | | |
|---|---|---|---|---|---|---|
| | Sales $ | RIMU $ | | | ADS | TRX |
| Total Shop | -0.3% | -1.4% | | | -2.4% | 2.2% |
| Garden | -16.0% | -15.3% | | | | |
| Prestige | -2.2% | -1.7% | | | | |
| Color | -5.2% | -5.1% | | | | |

| Average Store Sales | Sales $ | | Units | $ % to shop | Unit % to shop |
|---|---|---|---|---|---|
| Total HAIR | $ | 1,084 | 177 | 9.1% | 13% |
| SHAMPOO | $ | 374 | 61 | 34% | 35% |
| CONDITIONER | $ | 341 | 56 | 31% | 32% |
| STYLING AIDS | $ | 325 | 52 | 30% | 30% |
| TRIAL SIZE | $ | 45 | 7 | 4% | 4% |
| Shampoos / Conditioners | | | | | |
| Hydrating | $ | 343 | 56 | 52% | 52% |
| Normal | $ | 156 | 25 | 23% | 23% |
| Clarifying | $ | 53 | 9 | 8% | 8% |
| Volumizing | $ | 163 | 27 | 24% | 25% |
| Styling Aids | | | | | |
| Spray | $ | 105 | 17 | 32% | 32% |
| Balm | $ | 59 | 10 | 18% | 18% |
| Curl | $ | 57 | 9 | 18% | 18% |
| Mousse | $ | 71 | 12 | 22% | 22% |
| Gel | $ | 33 | 5 | 10% | 10% |

**Test 2: $8.50 or 2/$15**
*30 stores*

| | Total Shop Results | | | | | |
|---|---|---|---|---|---|---|
| | Sales $ | RIMU $ | | | ADS | TRX |
| Total Shop | 2.6% | 2.4% | | | -1.0% | 3.7% |
| Garden | -11.3% | -10.8% | | | | |
| Prestige | 2.5% | 2.9% | | | | |
| Color | -2.9% | -2.1% | | | | |

| Average Store Sales | Sales $ | | Units | $ % to shop | Unit % to shop |
|---|---|---|---|---|---|
| Total HAIR | $ | 945 | 126 | 7.6% | 9% |
| SHAMPOO | $ | 326 | 43 | 34% | 34% |
| CONDITIONER | $ | 299 | 39 | 32% | 31% |
| STYLING AIDS | $ | 261 | 34 | 28% | 27% |
| TRIAL SIZE | $ | 60 | 10 | 6% | 8% |
| Shampoos / Conditioners | | | | | |
| Hydrating | $ | 286 | 38 | 51% | 51% |
| Normal | $ | 137 | 18 | 25% | 25% |
| Clarifying | $ | 53 | 7 | 9% | 10% |
| Volumizing | $ | 148 | 20 | 26% | 27% |
| Styling Aids | | | | | |
| Spray | $ | 86 | 11 | 33% | 33% |
| Balm | $ | 48 | 6 | 18% | 18% |
| Curl | $ | 43 | 6 | 17% | 16% |
| Mousse | $ | 62 | 8 | 24% | 24% |
| Gel | $ | 22 | 3 | 9% | 9% |

## II. Conclusions:

* Hair appears to have had a successful launch week, although it is soon to draw conclusions.
* The Total Shop test stores were flat (in test 1) and +2.6% (in test 2) versus the balance of company.
* The lower priced test ($7 or 2/$12) generated 14% more hair dollar sales and 40% more hair unit sales vs. the higher priced test ($8.50/2 for $15).
* Garden was hit most dramatically in the test stores. While Garden was almost 48% of shop in BOC, in the test stores it was 37-38%. (Garden was featured in the windows for the "Garden Gifts" floorset in BOC, while for the test, Hair was in the windows.)
* #1 SKU (dollar sales) - $7.00 Nourishing Conditioner; #2 -- $7.00 Nourishing Shampoo; #3 - $7.00 Hairspray

## III. Next Steps:

1. Continue to analyze the results of the test through September week 4 2003 for detailed learnings
2. Evaluate the option and details of rolling the line out for December week 5 2003
3. Investigate introducing the $6.00 trial set in all 90 stores of the test

IBC 0907

Sexy Hair April Week 3

**Test 1**
**$7 or 2/$12**
58 stores: Easton and 1981 Broadway excluded from "average"

| Total Shop | Sales $ | Total Shop Results RIMU $ | ADS | TRX |
|---|---|---|---|---|
| Garden | 6.7% | 5.9% | 1.9% | 4.7% |
| Prestige | -1.1% | -0.9% | | |
| Color | 4.2% | 4.1% | | |
| | 6.1% | 6.5% | | |

| Average Store Sales | Sales $ | | Units | $ % | Unit % |
|---|---|---|---|---|---|
| Total HAIR | $ | 537 | 90 | 4% | 6% |
| SHAMPOO | $ | 187 | 32 | 35% | 35% |
| CONDITIONER | $ | 171 | 29 | 32% | 32% |
| STYLING AIDS | $ | 158 | 26 | 29% | 29% |
| TRIAL SIZE | $ | 21 | 4 | 4% | 4% |
| Shampoos / Conditioners | | | | | |
| Hydrating | $ | 177 | 30 | 49% | 49% |
| Normal | $ | 75 | 13 | 21% | 21% |
| Clarifying | $ | 26 | 4 | 7% | 7% |
| Volumizing | $ | 81 | 14 | 22% | 23% |
| Styling Aids | | | | | |
| Spray | $ | 56 | 9 | 36% | 36% |
| Balm | $ | 24 | 4 | 15% | 15% |
| Curl | $ | 29 | 5 | 18% | 18% |
| Mouse | $ | 34 | 6 | 22% | 22% |
| Gel | $ | 14 | 2 | 9% | 9% |

**Test 2**
**$8.50 or 2/$15**
30 stores

| Total Shop | Sales $ | Total Shop Results RIMU $ | ADS | TRX |
|---|---|---|---|---|
| Garden | 0.2% | -0.2% | -0.1% | 0.3% |
| Prestige | -4.6% | -4.5% | | |
| Color | -2.9% | -3.3% | | |
| | -1.2% | -0.8% | | |

| Average Store Sales | Sales $ | | Units | $ % | Unit % |
|---|---|---|---|---|---|
| Total HAIR | $ | 454 | 62 | 3% | 4% |
| SHAMPOO | $ | 155 | 21 | 34% | 34% |
| CONDITIONER | $ | 138 | 19 | 30% | 30% |
| STYLING AIDS | $ | 130 | 17 | 29% | 28% |
| TRIAL SIZE | $ | 30 | 5 | 7% | 8% |
| Shampoos / Conditioners | | | | | |
| Hydrating | $ | 149 | 20 | 51% | 51% |
| Normal | $ | 48 | 6 | 16% | 16% |
| Clarifying | $ | 24 | 3 | 8% | 8% |
| Volumizing | $ | 73 | 10 | 25% | 25% |
| Styling Aids | | | | | |
| Spray | $ | 45 | 6 | 35% | 35% |
| Balm | $ | 25 | 3 | 19% | 19% |
| Curl | $ | 19 | 3 | 15% | 15% |
| Mouse | $ | 31 | 4 | 24% | 24% |
| Gel | $ | 9 | 1 | 7% | 7% |

**Observations**
While it is still too soon to judge incrementality, the Test 1 stores had a good week.
The test stores offering hair at $7 or 2/$12 had a successful week. They were up almost 7% versus BOC.
The lower priced test at $7 or 2/$12 generated 14% higher Hair $ sales, off of 40% more units. The Hair margin $ were up 4.2% in the $7 test.
Garden was hit most dramatically in the test stores. In Test 1, Prestige and Color were up, but Garden was down (1%).
   And in Test 2: Garden was down almost (5%). The Hair dollars brought total shop flat with BOC.
The penetrations within the classes and forms appears consistent regardless of price.
Hair was 4% of shop in Easton and the Broadway store.

IBC 0908

Sexy Hair May Week 1

**Test 1**
$7 or 2/$12
58 stores: Easton and 1981 Broadway excluded from "average"

| Average Store Sales | | Total Shop Results | | | |
|---|---|---|---|---|---|
| | Sales $ | RIMU $ | ADS | | TRX |
| Total Shop | 2.5% | 2.4% | 0.6% | | 1.9% |
| Garden | 2.2% | 2.5% | | | |
| Prestige | 1.3% | 1.2% | | | |
| Color | 1.2% | 1.7% | | | |

| Average Store Sales | Sales $ | | Units | $ % | Unit % |
|---|---|---|---|---|---|
| Total HAIR | $ | 394 | 66 | 1.6% | 3% |
| SHAMPOO | $ | 125 | 21 | 32% | 32% |
| CONDITIONER | $ | 121 | 20 | 31% | 31% |
| STYLING AIDS | $ | 109 | 18 | 28% | 27% |
| TRIAL SIZE | $ | 39 | 7 | 10% | 10% |
| Shampoos / Conditioners | | | | | |
| Hydrating | $ | 116 | 19 | 47% | 47% |
| Normal | $ | 57 | 9 | 23% | 23% |
| Clarifying | $ | 17 | 3 | 7% | 7% |
| Volumizing | $ | 57 | 10 | 23% | 23% |
| Styling Aids | | | | | |
| Spray | $ | 40 | 7 | 37% | 37% |
| Balm | $ | 16 | 3 | 15% | 15% |
| Curl | $ | 19 | 3 | 17% | 17% |
| Mouse | $ | 25 | 4 | 23% | 23% |
| Gel | $ | 9 | 1 | 8% | 8% |

| Hair Performance versus Plan | Plan | Actual | Var | Var % |
|---|---|---|---|---|
| May Week 1 | $53,772 | $35,143 | -$18,629 | -35% |
| Month to Date | $395,131 | $211,243 | -$183,888 | -47% |

**Test 2**
$8.50 or 2/$15
30 stores

| | | Total Shop Results | | | |
|---|---|---|---|---|---|
| | Sales $ | RIMU $ | ADS | | TRX |
| Total Shop | 3.5% | 3.7% | -1.6% | | 5.2% |
| Garden | 8.9% | 9.4% | | | |
| Prestige | -1.0% | -1.0% | | | |
| Color | 0.3% | 0.6% | | | |

| Average Store Sales | Sales $ | | Units | $ % | Unit % |
|---|---|---|---|---|---|
| Total HAIR | $ | 399 | 56 | 1.6% | 2% |
| SHAMPOO | $ | 121 | 16 | 30% | 29% |
| CONDITIONER | $ | 116 | 16 | 29% | 28% |
| STYLING AIDS | $ | 94 | 13 | 24% | 22% |
| TRIAL SIZE | $ | 68 | 12 | 17% | 21% |
| Shampoos / Conditioners | | | | | |
| Hydrating | $ | 121 | 16 | 51% | 51% |
| Normal | $ | 47 | 6 | 20% | 20% |
| Clarifying | $ | 17 | 2 | 7% | 7% |
| Volumizing | $ | 51 | 7 | 22% | 22% |
| Styling Aids | | | | | |
| Spray | $ | 37 | 5 | 40% | 40% |
| Balm | $ | 16 | 2 | 17% | 17% |
| Curl | $ | 17 | 2 | 18% | 18% |
| Mouse | $ | 16 | 2 | 17% | 17% |
| Gel | $ | 8 | 1 | 8% | 8% |

**Observations**
Both of the test cells were up a few points to BOC last week. However, the lift does not appear to have come from Hair.
Hair dropped to 1.6% shop penetration last week. This may be a result of Mother's Day gift purchasing rather than self-purchasing.
Hair $ sales per average store were almost equal in the two test cells last week. This is the same result as last week.
The lower priced test at $7 or 2/$12 was basically flat in Hair $ sales, off of 17% more units. The Hair margin $ were down (8%) in the $7 test.
The trial size sales in the $8.50 or 2/$15 stores was driven by 4 stores with very high sales of $233, $180, $153, and $150.
Hair was 5% of shop in Easton and 2% of shop in the Broadway store.

IBC 0909