# EXHIBIT G TO

# FORD MOTION IN LIMINE

FEMALES ONLY                                                FB&A
                                                            1/08
                                                           #1302A


SCREENER - Z

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

   _____ 1. male **TERMINATE.**

   __X__ 2. female **CONTINUE.**


1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

   _____ 1. under 18 **TERMINATE.**

   _____ 2. 18 to 34 ┐

   __X__ 3. 35 to 54 ├ **CHECK SCREENING QUOTA. CONTINUE.**

   _____ 4. 55 or over ┘

   _____ 5. refused **DO NOT READ. TERMINATE.**


2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| - shampoo? | X 1. | _____ 2. | _____ 3. |
| - conditioner? | X 1. | _____ 2. | _____ 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | X 1. | _____ 2. | _____ 3. |
| - straightening balm? | X 1. | _____ 2. | _____ 3. |
| - curl-enhancing spray? | X 1. | _____ 2. | _____ 3. |
| - shine serum? | X 1. | _____ 2. | _____ 3. |

                                                    **CONTINUE.**

FEMALES ONLY	FB&A
1/08
#1302A

SCREENER - Z

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

    ____1. male  **TERMINATE.**

    _X_2. female  **CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
**READ LIST. RECORD RESPONSE WITH AN 'X.'**

    ____1. under 18  **TERMINATE.**

    ____2. 18 to 34 ┐

    _X_3. 35 to 54  ├ **CHECK SCREENING QUOTA. CONTINUE.**

    ____4. 55 or over ┘

    ____5. refused  **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
**READ LIST. RECORD RESPONSES WITH AN 'X.'**

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | ___ 2. | ___ 3. |
| conditioner? | X 1. | ___ 2. | ___ 3. |
| hair spray, styling gel, mousse, pomade, or style creme? | X 1. | ___ 2. | ___ 3. |
| straightening balm? | X 1. | ___ 2. | ___ 3. |
| curl-enhancing spray? | X 1. | ___ 2. | ___ 3. |
| shine serum? | X 1. | ___ 2. | ___ 3. |

**CONTINUE.**

VS - Ford 1287

**FEMALES ONLY**                                                                 FB&A
                                                                                 1/08
                                                                                 #1302A

SCREENER - Z

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 **RECORD GENDER:**

   _____ 1. male   **TERMINATE.**

   __X__ 2. female **CONTINUE.**

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
   **READ LIST. RECORD RESPONSE WITH AN 'X.'**

   _____ 1. under 18   **TERMINATE.**

   _____ 2. 18 to 34 ┐

   __X__ 3. 35 to 54 ├ **CHECK SCREENING QUOTA. CONTINUE.**

   _____ 4. 55 or over ┘

   _____ 5. refused  **DO NOT READ. TERMINATE.**

2.0 Within the past six months, have you purchased any of the following hair care products?
   **READ LIST. RECORD RESPONSES WITH AN 'X.'**

|                                                     | Yes   | No   | Don't Recall |
|-----------------------------------------------------|-------|------|--------------|
| - shampoo?                                          | X 1.  | 2.   | 3.           |
| - conditioner?                                      | X 1.  | 2.   | 3.           |
| - hair spray, styling gel, mousse, pomade, or style creme? | X 1.  | 2.   | 3.           |
| - straightening balm?                               | X 1.  | 2.   | 3.           |
| - curl-enhancing spray?                             | X 1.  | 2.   | 3.           |
| - shine serum?                                      | X 1.  | 2.   | 3.           |

**CONTINUE.**

**VS - Ford 1302**