7.0  What other brand name or names, if any, do you believe are
used by the company that puts out the products on this card
with this name?
RECORD RESPONSE VERBATIM.

L Oreal

_____

_____

                              IF 'DON'T KNOW,' GO TO --> Q8.0;
                                  OTHERWISE, CONTINUE.

7.1  ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: L Oreal

Why do you say that   INSERT 1ST RESPONSE TO Q7.0   is
another brand name used by the company that puts out these
products with this name?
RECORD RESPONSE VERBATIM.

They have hair care and skin products similar to
the ones on the card

                              IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
                                  OTHERWISE, GO TO --> Q8.0.

7.2  RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that   INSERT 2ND RESPONSE TO Q7.0   is
another brand name used by the company that puts out these
products with this name?
RECORD RESPONSE VERBATIM.

_____

_____

                              IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
                                  OTHERWISE, GO TO --> Q8.0.

7.3  RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that   INSERT 3RD RESPONSE TO Q7.0   is
another brand name used by the company that puts out these
products with this name?
RECORD RESPONSE VERBATIM.

_____

_____

                              IF MORE THAN THREE RESPONSES AT Q7.0,
                                  USE BACK OF PAGE AND CONTINUE;
                                  OTHERWISE, GO TO --> Q8.0.

8.0   Now, I am going to ask you a question that has three
      choices.  PAUSE.  After I am done, if you want me to read
      the question again, just ask me.  PAUSE.

      Do you believe that the products on this card with this name
      ...READ LIST...

            one, are being put out with the authorization or
            approval of any other company or companies;

            two, are not being put out with the authorization or
            approval of any other company or companies; or

            three, don't know or have no opinion?

      RECORD RESPONSE VERBATIM.

      _I believe there put out with authorization._

      IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL....,' CONTINUE;
                                      OTHERWISE, GO TO --> Q9.0.

8.1   With what other company or companies?
      RECORD RESPONSE VERBATIM.

      _The competitive companys like the ones I mention,_
      _VOS and L'Oreal_

                                      IF 'DON'T KNOW' NAME(S),
                                          GO TO --> Q8.3;
                                      OTHERWISE, CONTINUE.

8.2   Why do you say that?
      RECORD RESPONSE VERBATIM.

      _Its a competition_

                                      GO TO --> Q9.0.

8.3   Even though you don't know the name or names, what, if
      anything, can you tell me about the company or
      companies or the company that you believe gave their authorization or
      approval for the products on this card with this name?
      RECORD RESPONSE VERBATIM.

      _There or sending these products. KJ 11/08_

                                      CONTINUE.

1520

9.0 Now, I am going to ask you another question that has three choices. **PAUSE.** Again, after I am done, if you want me to read the question again, just ask me. **PAUSE.**

Do you believe that the company that puts out the products on this card with this name...READ LIST...

    one, <u>has</u> a business affiliation or business connection with any other company or companies;

    two, does <u>not</u> have a business affiliation or business connection with any other company or companies; or

    three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_Don't know_

IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
          OTHERWISE, GO TO --> Q10.0.

9.1 With what other company or companies?
RECORD RESPONSE VERBATIM.

IF 'DON'T KNOW' NAME(S),
        GO TO --> 9.3;
       OTHERWISE, CONTINUE.

9.2 Why do you say that?
RECORD RESPONSE VERBATIM.

GO TO --> Q10.0.

9.3 Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

CONTINUE.

10.0 Would you please tell me what letter is on the back of the card?
RECORD LETTER.

LETTER: _W_    CONTINUE.

PUT EXHIBIT CARD BACK IN FILE AND CONTINUE.

1520

VERIFICATION:

      Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: ▨▨▨ **Redacted**

Telephone Number: _____

ASK:  Is that a daytime or evening telephone number?
     **RECORD RESPONSE WITH AN 'X.'**

     ✓ 1.  daytime telephone number

     ✓ 2.  evening telephone number

THANK RESPONDENT FOR HIS/HER TIME AND PARTICIPATION.

---

Interviewer Certification:

    I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_____    _____
Interviewer's signature                    Date

---

Supervisor Validation:

    I hereby certify that I personally met this respondent and confirmed his/her answers to questions 1.0 through 2.1.

_____
Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE <u>BACK</u> OF THIS QUESTIONNAIRE.  <u>DO THIS NOW.</u>

FB&A
1/08
#1302
1520

SCREENER - W

Hello.  My name is _____, and I am with _____.  We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0  **RECORD GENDER:**

```
_____1.  male────┐
                   ├── CHECK SCREENING QUOTA.  CONTINUE.
_____2.  female──┘
```

1.1  So that we can get a mix of individuals in various age categories, would you please tell me if you are... READ LIST.  RECORD RESPONSE WITH AN 'X.'

```
_____1.  under 18   TERMINATE.

_____2.  18 to 34────┐

_____3.  35 to 54    ├── CHECK SCREENING QUOTA.  CONTINUE.

_____4.  55 or over──┘

_____5.  refused   DO NOT READ.  TERMINATE.
```

2.0  Within the past six months, have you purchased any of the following hair care products? READ LIST.  RECORD RESPONSES WITH AN 'X.'

|  |  | Yes | No | Don't Recall |
|---|---|---|---|---|
| – | shampoo? . . . . . . . . | ___1. | ___2. | ___3. |
| – | conditioner? . . . . . . | ___1. | ___2. | ___3. |
| – | hair spray, styling gel, mousse, or pomade? . . . | ___1. | ___2. | ___3. |
| – | straightener?. . . . . . | ___1. | ___2. | ___3. |
| – | dyes, rinses, highlighter or hair mascara? . . . . | ___1. | ___2. | ___3. |
| – | hair glitter?. . . . . . | ___1. | ___2. | ___3. |
| – | hair removing creams?. . | ___1. | ___2. | ___3. |

CONTINUE.

2.1  Within the next six months, are you likely to purchase any
     of the following hair care products?
     READ LIST.  RECORD RESPONSES WITH AN 'X.'

|                                                        | Yes | No | Don't Know |
|--------------------------------------------------------|-----|----|------------|
| -  shampoo? . . . . . . . .                            | ✓ 1. | ___ 2. | ___ 3. |
| -  conditioner? . . . . . .                            | ✓ 1. | ___ 2. | ___ 3. |
| -  hair spray, styling gel, mousse, or pomade? . . .   | ___ 1. | ✓ 2. | ___ 3. |
| -  straightener?. . . . . .                            | ___ 1. | ✓ 2. | ___ 3. |
| -  dyes, rinses, highlighter or hair mascara? . . . .  | ___ 1. | ✓ 2. | ___ 3. |
| -  hair glitter?. . . . . .                            | ___ 1. | ✓ 2. | ___ 3. |
| -  hair removing creams?. . .                          | ___ 1. | ✓ 2. | ___ 3. |

                                    IF 'YES,' TO ANY, CONTINUE;
                                       OTHERWISE, TERMINATE.

3.0  Do you, or does anyone else in your home, work for...
     READ LIST.  RECORD RESPONSES WITH AN 'X.'

|                                                               | Yes | No |
|---------------------------------------------------------------|-----|----|
| -  an advertising agency or marketing research firm? . . . . . | ___ 1. | ✓ 2. |
| -  a retail store or company that makes, sells, or distributes any hair care products?. . . . . | ___ 1. | ✓ 2. |

                              IF 'YES' TO EITHER, TERMINATE.
                              IF 'NO' TO BOTH, CONTINUE.

4.0  Other than a political poll, during the past three months,
     have you participated in any marketing research surveys,
     including online surveys?
     RECORD RESPONSE WITH AN 'X.'

     ___ 1.  yes  TERMINATE.

     ✓ 2.  no/don't recall  CONTINUE.

4.1  During the past month, have you heard anything about the
     subject of any of the interviews we are conducting here at
     the mall?
     RECORD RESPONSE WITH AN 'X.'

     ___ 1.  yes  TERMINATE.

     ✓ 2.  no  CONTINUE.

5.0  Do you usually wear contact lenses or eyeglasses when you
     are reading?
     RECORD RESPONSE WITH AN 'X.'

     ___ 1.  yes  CONTINUE.

     ✗ 2.  no  GO TO --> INVITATION TO INTERVIEW.

1520

5.1  Do you have them with you at this time?
     RECORD RESPONSE WITH AN 'X.'

     _____1.  yes  CONTINUE.

     _____2.  no  TERMINATE.

5.2  Will you please wear them during the rest of the interview?
     RECORD RESPONSE WITH AN 'X.'

     _____1.  yes, agreed  CONTINUE.

     _____2.  no, refused  TERMINATE.

**INVITATION TO INTERVIEW:**

     We would like to show you a survey exhibit and ask the
remainder of our questions in our interviewing facility here at
the mall.  This will take only a few minutes of your time.  Would
you come with me, please?
     RECORD RESPONSE WITH AN 'X.'

     _____1.  yes, agreed  CONTINUE.

     __✗__2.  no, refused  TERMINATE.

Rotation 4

1603

STAPLE SCREENER TO BACK OF QUESTIONNAIRE.  DO THIS NOW.


QUESTIONNAIRE - W

DO NOT ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.


    In a moment, I am going to show you the survey exhibit; then
I will ask you a couple of questions.

    Please understand that we are only interested in your
opinions; and if you don't have an opinion or don't know the
answer to a question, that is an acceptable answer.


TAKE EXHIBIT CARD ___W___ OUT OF FILE AND HAND TO RESPONDENT.

    Please look at the products and name on this survey exhibit.

    Please take as much time as you like, and let me know when
you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES HE/SHE IS READY TO CONTINUE.


6.0   Who, or what company, do you believe puts out the products
     on this card with this name?
     RECORD RESPONSE VERBATIM.

_____Dove_____

_____

_____

_____

                       IF 'DON'T KNOW,' GO TO --> Q7.0;
                             OTHERWISE, CONTINUE.


6.1   Why do you say that?
     RECORD RESPONSE VERBATIM.

_____it's the first thing I canthink____

of._____

_____

_____

                                 CONTINUE.

7.0  What other brand name or names, if any, do you believe are
used by the company that puts out the products on this card
with this name?
RECORD RESPONSE VERBATIM.

_____ got to be glue, Clairol _____

suave _____

_____

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1  ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: got to be glue

Why do you say that __INSERT 1ST RESPONSE TO Q7.0__ is
another brand name used by the company that puts out these
products with this name?
RECORD RESPONSE VERBATIM.

they make hair gel _____

_____

_____

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2  RECORD SECOND RESPONSE TO Q7.0: Clairol

Why do you say that __INSERT 2ND RESPONSE TO Q7.0__ is
another brand name used by the company that puts out these
products with this name?
RECORD RESPONSE VERBATIM.

Cause they make hair dye _____

_____

_____

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3  RECORD THIRD RESPONSE TO Q7.0: Suave

Why do you say that __INSERT 3RD RESPONSE TO Q7.0__ is
another brand name used by the company that puts out these
products with this name?
RECORD RESPONSE VERBATIM.

Cause they make shampoo _____

_____

_____

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

1603

8.0  Now, I am going to ask you a question that has three
     choices.  PAUSE.  After I am done, if you want me to read
     the question again, just ask me.  PAUSE.

     Do you believe that the company that puts out the products
     on this card with this name...READ LIST...

          one, does not have a business affiliation or business
          connection with any other company or companies;

          two, has a business affiliation or business connection
          with any other company or companies; or

          three, don't know or have no opinion?

     RECORD RESPONSE VERBATIM.

     _____ three _____

     _____

          IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
                                    OTHERWISE, GO TO --> Q9.0.


8.1  With what other company or companies?
     RECORD RESPONSE VERBATIM.

     _____

     _____

                                    IF 'DON'T KNOW' NAME(S),
                                        GO TO --> Q8.3;
                                    OTHERWISE, CONTINUE.


8.2  Why do you say that?
     RECORD RESPONSE VERBATIM.

     _____

     _____

                                    GO TO --> Q9.0.


8.3  Even though you don't know the name or names, what if
     anything, can you tell me about the company or
     companies that you believe have a business affiliation
     or business connection with the company that puts out
     the products on this card with this name?
     RECORD RESPONSE VERBATIM.

     _____

     _____

                                    CONTINUE.