# EXHIBIT K TO

# FORD MOTION IN LIMINE

STAPLE SCREENER TO <u>BACK</u> OF QUESTIONNAIRE.  DO THIS NOW.

QUESTIONNAIRE - W

DO <u>NOT</u> ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

   In a moment, I am going to show you the survey exhibit; then I will ask you a couple of questions.

   Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE EXHIBIT CARD __W__ OUT OF FILE AND HAND TO RESPONDENT.

   Please look at the products and name on this survey exhibit.

   Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES HE/SHE IS READY TO CONTINUE.

6.0 Who, or what company, do you believe puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

   *I don't know*

                                    IF 'DON'T KNOW,' GO TO --> Q7.0;
                                           OTHERWISE, CONTINUE.

6.1 Why do you say that?
RECORD RESPONSE VERBATIM.

                                                        CONTINUE.

7.0    What other brand name or names, if any, do you believe are used by the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

_Clairol_

IF 'DON'T KNOW,' GO TO --> Q8.0;
OTHERWISE, CONTINUE.

7.1    ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: _Clairol_

Why do you say that    INSERT 1ST RESPONSE TO Q7.0    is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

_Because it is a name brand._

IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.2    RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that    INSERT 2ND RESPONSE TO Q7.0    is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
OTHERWISE, GO TO --> Q8.0.

7.3    RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that    INSERT 3RD RESPONSE TO Q7.0    is another brand name used by the company that puts out these products with this name?
RECORD RESPONSE VERBATIM.

IF MORE THAN THREE RESPONSES AT Q7.0,
USE BACK OF PAGE AND CONTINUE;
OTHERWISE, GO TO --> Q8.0.

8.0  Now, I am going to ask you a question that has three choices. PAUSE. After I am done, if you want me to read the question again, just ask me. PAUSE.

Do you believe that the company that puts out the products on this card with this name...READ LIST...

one, does not have a business affiliation or business connection with any other company or companies;

two, has a business affiliation or business connection with any other company or companies; or

three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_I think they do have a business affiliation_

IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
OTHERWISE, GO TO --> Q9.0.

8.1  With what other company or companies?
RECORD RESPONSE VERBATIM.

_Herbal Essence_

IF 'DON'T KNOW' NAME(S),
GO TO --> Q8.3;
OTHERWISE, CONTINUE.

8.2  Why do you say that?
RECORD RESPONSE VERBATIM.

_Because of all of the products that they make_

GO TO --> Q9.0.

8.3  Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out the products on this card with this name?
RECORD RESPONSE VERBATIM.

_____
_____

CONTINUE.

9.0   Now, I am going to ask you another question that has three choices.  PAUSE.  Again, after I am done, if you want me to read the question again, just ask me.  PAUSE.

Do you believe that the products on this card with this name ...READ LIST...

one, are not being put out with the authorization or approval of any other company or companies;

two, are being put out with the authorization or approval of any other company or companies; or

three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

I don't know

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
OTHERWISE, GO TO --> Q10.0.

9.1   With what other company or companies?
RECORD RESPONSE VERBATIM.

IF 'DON'T KNOW' NAME(S),
GO TO --> Q9.3;
OTHERWISE, CONTINUE.

9.2   Why do you say that?
RECORD RESPONSE VERBATIM.

GO TO --> Q10.0.

9.3   Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for the products on this card with this name?
RECORD RESPONSE VERBATIM.

CONTINUE.

10.0  Would you please tell me what letter is on the back of the card?
RECORD LETTER.

LETTER:  W          CONTINUE.

PUT EXHIBIT CARD BACK IN FILE AND CONTINUE.

VERIFICATION:

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: [Redacted]

Telephone Number: [Redacted]

ASK:  Is that a daytime or evening telephone number?
RECORD RESPONSE WITH AN 'X.'

__X__ 1. daytime telephone number

__X__ 2. evening telephone number

THANK RESPONDENT FOR HIS/HER TIME AND PARTICIPATION.

---

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_Anne [signature]_                                              _1/7/08_
Interviewer's Signature                                          Date

---

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed his/her answers to questions 1.0 through 2.1.

_____
Supervisor's signature

---

.   MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE.  DO THIS NOW.

SCREENER - W

Hello. My name is _____, and I am with _____. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0 RECORD GENDER:

__X__ 1. male  
_____ 2. female  
CHECK SCREENING QUOTA. CONTINUE.

1.1 So that we can get a mix of individuals in various age categories, would you please tell me if you are...
READ LIST. RECORD RESPONSE WITH AN 'X.'

_____ 1. under 18   TERMINATE.

_____ 2. 18 to 34  
_____ 3. 35 to 54  
__X__ 4. 55 or over  
CHECK SCREENING QUOTA. CONTINUE.

_____ 5. refused   DO NOT READ. TERMINATE.

2.0 Within the past six months, have you purchased any of the following hair care products?
READ LIST. RECORD RESPONSES WITH AN 'X.'

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | X 1. | ___ 2. | ___ 3. |
| conditioner? | X 1. | ___ 2. | ___ 3. |
| hair spray, styling gel, mousse, or pomade? | X 1. | ___ 2. | ___ 3. |
| straightener? | ___ 1. | X 2. | ___ 3. |
| dyes, rinses, highlighter or hair mascara? | X 1. | ___ 2. | ___ 3. |
| hair glitter? | ___ 1. | X 2. | ___ 3. |
| hair removing creams? | ___ 1. | X 2. | ___ 3. |

CONTINUE.

2.1 Within the next six months, are you likely to purchase any of the following hair care products?
READ LIST. RECORD RESPONSES WITH AN 'X.'

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ___ 2. | ___ 3. |
| - conditioner? | X 1. | ___ 2. | ___ 3. |
| - hair spray, styling gel, mousse, or pomade? | X 1. | ___ 2. | ___ 3. |
| - straightener? | ___ 1. | X 2. | ___ 3. |
| - dyes, rinses, highlighter or hair mascara? | X 1. | ___ 2. | ___ 3. |
| - hair glitter? | ___ 1. | X 2. | ___ 3. |
| - hair removing creams? | ___ 1. | X 2. | ___ 3. |

IF 'YES,' TO ANY, CONTINUE;
OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
READ LIST. RECORD RESPONSES WITH AN 'X.'

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ___ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care products? | ___ 1. | X 2. |

IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
RECORD RESPONSE WITH AN 'X.'

___ 1. yes   TERMINATE.

X 2. no/don't recall   CONTINUE.

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
RECORD RESPONSE WITH AN 'X.'

___ 1. yes   TERMINATE.

X 2. no   CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you are reading?
RECORD RESPONSE WITH AN 'X.'

___ 1. yes   CONTINUE.

X 2. no   GO TO --> INVITATION TO INTERVIEW.