1121

5.1  Do you have them with you at this time?
     RECORD RESPONSE WITH AN 'X.'

     _____1.  yes   CONTINUE.

     _____2.  no   TERMINATE.


5.2  Will you please wear them during the rest of the interview?
     RECORD RESPONSE WITH AN 'X.'

     _____1.  yes, agreed   CONTINUE.

     _____2.  no, refused   TERMINATE.


**INVITATION TO INTERVIEW:**

     We would like to show you a survey exhibit and ask the
remainder of our questions in our interviewing facility here at
the mall.  This will take only a few minutes of your time.  Would
you come with me, please?
     RECORD RESPONSE WITH AN 'X.'

     __X__1.  yes, agreed   CONTINUE.

     _____2.  no, refused   TERMINATE.

1124

7.0    What other brand name or names, if any, do you believe are
       used by the company that puts out the products on this card
       with this name?
       RECORD RESPONSE VERBATIM.

_Bed Head_
_____

_____

_____
                                    IF 'DON'T KNOW,' GO TO --> Q8.0;
                                              OTHERWISE, CONTINUE.


7.1    ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0:    _Bed Head_

Why do you say that    INSERT 1ST RESPONSE TO Q7.0    is
another brand name used by the company that puts out these
products with this name?
RECORD RESPONSE VERBATIM.

_Just because they always shown_
_people with messy hair or soaked_
_Doctors_
                          IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
                                         OTHERWISE, GO TO --> Q8.0.


7.2    RECORD SECOND RESPONSE TO Q7.0:    _____

Why do you say that    INSERT 2ND RESPONSE TO Q7.0    is
another brand name used by the company that puts out these
products with this name?
RECORD RESPONSE VERBATIM.

_____

_____
                          IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
                                         OTHERWISE, GO TO --> Q8.0.


7.3    RECORD THIRD RESPONSE TO Q7.0:    _____

Why do you say that    INSERT 3RD RESPONSE TO Q7.0    is
another brand name used by the company that puts out these
products with this name?
RECORD RESPONSE VERBATIM.

_____

_____
                          IF MORE THAN THREE RESPONSES AT Q7.0,
                                    USE BACK OF PAGE AND CONTINUE;
                                         OTHERWISE, GO TO --> Q8.0.

1124

8.0  Now, I am going to ask you a question that has three
     choices.  PAUSE.  After I am done, if you want me to read
     the question again, just ask me.  PAUSE.

     Do you believe that the company that puts out the products
     on this card with this name...READ LIST...

          one, has a business affiliation or business connection
          with any other company or companies;

          two, does not have a business affiliation or business
          connection with any other company or companies; or

          three, don't know or have no opinion?

     RECORD RESPONSE VERBATIM.

     _____I don't Know_____

     _____

     IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
                                  OTHERWISE, GO TO --> Q9.0.

8.1  With what other company or companies?
     RECORD RESPONSE VERBATIM.

     _____

     _____

                                  IF 'DON'T KNOW' NAME(S),
                                     GO TO --> Q8.3;
                                  OTHERWISE, CONTINUE.

8.2  Why do you say that?
     RECORD RESPONSE VERBATIM.

     _____

     _____

                                     GO TO --> Q9.0.

8.3  Even though you don't know the name or names, what if
     anything, can you tell me about the company or
     companies that you believe have a business affiliation
     or business connection with the company that puts out
     the products on this card with this name?
     RECORD RESPONSE VERBATIM.

     _____

     _____

                                              CONTINUE.

1124

9.0    Now, I am going to ask you another question that has three
       choices.  PAUSE.  Again, after I am done, if you want me to
       read the question again, just ask me.  PAUSE.

       Do you believe that the products on this card with this name
       ...READ LIST...

           one, are being put out with the authorization or
           approval of any other company or companies;

           two, are not being put out with the authorization or
           approval of any other company or companies; or

           three, don't know or have no opinion?

       RECORD RESPONSE VERBATIM.

       _____With the approval_____

       IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
                                        OTHERWISE, GO TO --> Q10.0.

9.1    With what other company or companies?
       RECORD RESPONSE VERBATIM.

       _____Maybe an abocrombia company_____

       _____or Victoria Secret_____

                                        IF 'DON'T KNOW' NAME(S),
                                              GO TO --> Q9.3;
                                        OTHERWISE, CONTINUE.

9.2    Why do you say that?
       RECORD RESPONSE VERBATIM.

       _____That what they sell_____

       _____

                                        GO TO --> Q10.0.

9.3    Even though you don't know the name or names, what, if
       anything, can you tell me about the company or
       companies that you believe gave their authorization or
       approval for the products on this card with this name?
       RECORD RESPONSE VERBATIM.

       _____

       _____

                                                       CONTINUE.

10.0   Would you please tell me what letter is on the back of the
       card?
       RECORD LETTER.

       LETTER:_____W_____    CONTINUE.

       PUT EXHIBIT CARD BACK IN FILE AND CONTINUE.

VERIFICATION:

> Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work.  If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name: ___■■■■■■Redacted■■■■■■___

Telephone Number: ___■■■■■■■■■■■■■■___

ASK:   Is that a daytime or evening telephone number?
       **RECORD RESPONSE WITH AN 'X.'**

       ___X___ 1.   daytime telephone number

       ___X___ 2.   evening telephone number

THANK RESPONDENT FOR HIS/HER TIME AND PARTICIPATION.

---

Interviewer Certification:

   I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_____Phyllis Sands_____         ___1/9___
      Interviewer's signature             Date

---

Supervisor Validation:

   I hereby certify that I personally met this respondent and confirmed his/her answers to questions 1.0 through 2.1.

_____
      Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE.  DO THIS NOW.

FB&A
1/08
#1302

1124

SCREENER - W

     Hello.  My name is \_\_\_\_\_, and I am with \_\_\_\_\_.  We are
conducting a very brief survey today on hair care products and
would like to include your opinions.


1.0   **RECORD GENDER:**

      _X_ 1.  male⎯⎯⎯⎤
                     ├⎯ **CHECK SCREENING QUOTA.  CONTINUE.**
      \_\_\_ 2.  female⎯⎦


1.1  So that we can get a mix of individuals in various age
     categories, would you please tell me if you are...
     **READ LIST.  RECORD RESPONSE WITH AN 'X.'**

      \_\_\_ 1.  under 18  **TERMINATE.**

      _X_ 2.  18 to 34⎯⎯⎤

      \_\_\_ 3.  35 to 54     ├⎯ **CHECK SCREENING QUOTA.  CONTINUE.**

      \_\_\_ 4.  55 or over⎯⎦

      \_\_\_ 5.  refused  **DO NOT READ.  TERMINATE.**


2.0  Within the past six months, have you purchased any of the
     following hair care products?
     **READ LIST.  RECORD RESPONSES WITH AN 'X.'**

| | | Yes | No | Don't Recall |
|---|---|---|---|---|
| – | shampoo? . . . . . . . . . | _X_ 1. | \_\_\_ 2. | \_\_\_ 3. |
| – | conditioner? . . . . . . | _X_ 1. | \_\_\_ 2. | \_\_\_ 3. |
| – | hair spray, styling gel, mousse, or pomade? . . . | _X_ 1. | \_\_\_ 2. | \_\_\_ 3. |
| – | straightener?. . . . . . | \_\_\_ 1. | _X_ 2. | \_\_\_ 3. |
| – | dyes, rinses, highlighter or hair mascara? . . . . | \_\_\_ 1. | _X_ 2. | \_\_\_ 3. |
| – | hair glitter?. . . . . . | \_\_\_ 1. | _X_ 2. | \_\_\_ 3. |
| – | hair removing creams?. . | \_\_\_ 1. | _X_ 2. | \_\_\_ 3. |

                                        **CONTINUE.**

1124

2.1   Within the next six months, are you likely to purchase any of the following hair care products?
**READ LIST.   RECORD RESPONSES WITH AN 'X.'**

|                                                    | Yes   | No     | Don't Know |
|----------------------------------------------------|-------|--------|------------|
| – shampoo? . . . . . . . . .                       | X 1.  | ___ 2. | ___ 3.     |
| – conditioner? . . . . . . .                       | X 1.  | ___ 2. | ___ 3.     |
| – hair spray, styling gel, mousse, or pomade? . . . | X 1.  | ___ 2. | ___ 3.     |
| – straightener?. . . . . .                         | ___ 1. | X 2.   | ___ 3.     |
| – dyes, rinses, highlighter or hair mascara? . . . . | ___ 1. | X 2.   | ___ 3.     |
| – hair glitter?. . . . . .                         | ___ 1. | X 2.   | ___ 3.     |
| – hair removing creams?. .                         | ___ 1. | X 2.   | ___ 3.     |

                                        IF 'YES,' TO ANY, CONTINUE;
                                        OTHERWISE, TERMINATE.

3.0   Do you, or does anyone else in your home, work for...
**READ LIST.   RECORD RESPONSES WITH AN 'X.'**

|                                                                              | Yes    | No    |
|------------------------------------------------------------------------------|--------|-------|
| – an advertising agency or marketing research firm? . . . . .                | ___ 1. | X 2.  |
| – a retail store or company that makes, sells, or distributes any hair care products?. . . . . . | ___ 1. | X 2.  |

                                        IF 'YES' TO EITHER, TERMINATE.
                                        IF 'NO' TO BOTH, CONTINUE.

4.0   Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
**RECORD RESPONSE WITH AN 'X.'**

_____ 1.   yes   **TERMINATE.**

__X__ 2.   no/don't recall   **CONTINUE.**

4.1   During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
**RECORD RESPONSE WITH AN 'X.'**

_____ 1.   yes   **TERMINATE.**

__X__ 2.   no   **CONTINUE.**

5.0   Do you usually wear contact lenses or eyeglasses when you are reading?
**RECORD RESPONSE WITH AN 'X.'**

_____ 1.   yes   **CONTINUE.**

__X__ 2.   no   **GO TO --> INVITATION TO INTERVIEW.**

Screener - W, Page 3

1124

5.1   Do you have them with you at this time?
**RECORD RESPONSE WITH AN 'X.'**

_____1.   yes   CONTINUE.

_____2.   no   TERMINATE.


5.2   Will you please wear them during the rest of the interview?
**RECORD RESPONSE WITH AN 'X.'**

_____1.   yes, agreed   CONTINUE.

_____2.   no, refused   TERMINATE.


**INVITATION TO INTERVIEW:**

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall.  This will take only a few minutes of your time.  Would you come with me, please?
**RECORD RESPONSE WITH AN 'X.'**

___X___1.   yes, agreed   CONTINUE.

_____2.   no, refused   TERMINATE.