

STAPLE SCREENER TO BACK OF QUESTIONNAIRE. DO THIS NOW.

## QUESTIONNAIRE - Z

DO <u>NOT</u> ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

In a moment, I am going to show you a picture of a retail display; and after that, I am going to show you a product from that display. Then I will ask you a couple of questions.

Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE PICTURE __Z__ OUT OF FILE AND HAND TO RESPONDENT.

Would you please look at this picture as you would if you saw this display in a store.

Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

GET PICTURE BACK AND PUT BACK IN FILE.

REMOVE PRODUCT __Z__ FROM BAG AND HAND TO RESPONDENT.

This is a product from the display like the one you saw in the picture. Please look at this product as you would if you saw it in a store and were considering purchasing this product.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

6.0 Who, or what company, do you believe puts out this product with this name?
RECORD RESPONSE VERBATIM.

_I don't know_

IF 'DON'T KNOW,' GO TO --> Q7.0;
OTHERWISE, CONTINUE.

6.1 Why do you say that?
RECORD RESPONSE VERBATIM.

_____

CONTINUE.

DO **NOT** ERASE ON THE QUESTIONNAIRE.

TAKE RESPONDENT INTO INTERVIEWING ROOM.

SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM THE RESPONDENT.

    In a moment, I am going to show you a picture of a retail display; and after that, I am going to show you a product from that display. Then I will ask you a couple of questions.

    Please understand that we are only interested in your opinions; and if you don't have an opinion or don't know the answer to a question, that is an acceptable answer.

TAKE PICTURE __Y__ OUT OF FILE AND HAND TO RESPONDENT.

    Would you please look at this picture as you would if you saw this display in a store.

    Please take as much time as you like, and let me know when you are ready to continue.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

GET PICTURE BACK AND PUT BACK IN FILE.

REMOVE PRODUCT __Y__ FROM BAG AND HAND TO RESPONDENT.

    This is a product from the display like the one you saw in the picture. Please look at this product as you would if you saw it in a store and were considering purchasing this product.

PAUSE UNTIL RESPONDENT INDICATES SHE IS READY TO CONTINUE.

6.0  Who, or what company, do you believe puts out this product with this name?
RECORD RESPONSE VERBATIM.

_Clairol, Vasoan_

                                     IF 'DON'T KNOW,' GO TO --> Q7.0;
                                         OTHERWISE, CONTINUE.

6.1  Why do you say that?
RECORD RESPONSE VERBATIM.

_The only one that I can think of at the moment_

                                                      CONTINUE.

What other brand name or names, if any, do you believe are used by the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

*Pantine*

              IF 'DON'T KNOW,' GO TO --> Q8.0;
              OTHERWISE, CONTINUE.

7.1 ASK FOR EACH RESPONSE AT Q7.0:

RECORD FIRST RESPONSE TO Q7.0: *Pantenica*

Why do you say that __INSERT 1ST RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

*Pantene is a good product and the shape reminds me of it*

       IF MORE THAN ONE RESPONSE AT Q7.0, CONTINUE;
       OTHERWISE, GO TO --> Q8.0.

7.2 RECORD SECOND RESPONSE TO Q7.0: _____

Why do you say that __INSERT 2ND RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

       IF MORE THAN TWO RESPONSES AT Q7.0, CONTINUE;
       OTHERWISE, GO TO --> Q8.0.

7.3 RECORD THIRD RESPONSE TO Q7.0: _____

Why do you say that __INSERT 3RD RESPONSE TO Q7.0__ is another brand name used by the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

       IF MORE THAN THREE RESPONSES AT Q7.0,
       USE BACK OF PAGE AND CONTINUE;
       OTHERWISE, GO TO --> Q8.0.

8. Now I am going to ask you a question that has three choices.  PAUSE.  After I am done, if you want me to read the question again, just ask me.  PAUSE.

Do you believe that the company that puts out this product with this name...READ LIST...

    one, does <u>not</u> have a business affiliation or business connection with any other company or companies;

    two, <u>has</u> a business affiliation or business connection with any other company or companies; or

    three, don't know or have no opinion?

**RECORD RESPONSE VERBATIM.**

_I don't know_

    IF '...HAS A BUSINESS AFFILIATION/CONNECTION...,' CONTINUE;
    OTHERWISE, GO TO --> Q9.0.

8.1 With what other company or companies?
**RECORD RESPONSE VERBATIM.**

    IF 'DON'T KNOW' NAME(S),
    GO TO --> Q8.3;
    OTHERWISE, CONTINUE.

8.2 Why do you say that?
**RECORD RESPONSE VERBATIM.**

    GO TO --> Q9.0.

8.3 Even though you don't know the name or names, what if anything, can you tell me about the company or companies that you believe have a business affiliation or business connection with the company that puts out this product with this name?
**RECORD RESPONSE VERBATIM.**

    CONTINUE.

9.0   Now, I am going to ask you another question that has three choices.  PAUSE.  Again, after I am done, if you want me to read the question again, just ask me.  PAUSE.

Do you believe that this product with this name ...READ LIST...

one, is <u>not</u> being put out with the authorization or approval of any other company or companies;

two, <u>is</u> being put out with the authorization or approval of any other company or companies; or

three, don't know or have no opinion?

RECORD RESPONSE VERBATIM.

_I don't know_

IF '...PUT OUT WITH THE AUTHORIZATION/APPROVAL...,' CONTINUE;
OTHERWISE, GO TO --> Q10.0.

9.1   With what other company or companies?
RECORD RESPONSE VERBATIM.

IF 'DON'T KNOW' NAME(S),
GO TO --> Q9.3;
OTHERWISE, CONTINUE.

9.2   Why do you say that?
RECORD RESPONSE VERBATIM.

GO TO --> Q10.0.

9.3   Even though you don't know the name or names, what, if anything, can you tell me about the company or companies that you believe gave their authorization or approval for this product with this name?
RECORD RESPONSE VERBATIM.

CONTINUE.

10.0  Would you please tell me what letter is on the back of the bottle?
RECORD LETTER.

LETTER:  _Z_     CONTINUE.

PUT PRODUCT BACK IN BAG AND CONTINUE.

Within the past six months, have you had your hair done at a salon?
RECORD RESPONSE WITH AN 'X.'

____ 1. yes
_X__ 2. no        ⎫ CONTINUE.
____ 3. don't recall ⎭

11.1 Within the next six months, are you likely to have your hair done at a salon?
RECORD RESPONSE WITH AN 'X.'

____ 1. yes
_X__ 2. no        ⎫ CONTINUE.
____ 3. don't know ⎭


VERIFICATION:

Finally, may I please have your name and telephone number? This information is so that my Supervisor can verify a portion of my work. If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent N[Redacted]
Telephone N[Redacted]
ASK: Is tha[Redacted]
RECORD RESPONSE WITH AN 'X.'

_X_ 1. daytime telephone number
_X_ 2. evening telephone number

THANK RESPONDENT FOR HER TIME AND PARTICIPATION.

---

Interviewer Certification:

I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_[signature]_____   _____
Interviewer's signature                Date

---

Supervisor Validation:

I hereby certify that I personally met this respondent and confirmed her answers to questions 1.0 through 2.1.

_[signature]_____
Supervisor's signature

---

MAKE CERTAIN THAT THE SCREENER IS SECURELY FASTENED TO THE BACK OF THIS QUESTIONNAIRE. DO THIS NOW.

SCREENER - Z

Hello. My name is \_\_\_\_, and I am with \_\_\_\_. We are conducting a very brief survey today on hair care products and would like to include your opinions.

1.0   RECORD GENDER:

    \_\_\_\_ 1.   male   TERMINATE.

    _X_ 2.   female   CONTINUE.

1.1   So that we can get a mix of individuals in various age categories, would you please tell me if you are...
READ LIST. RECORD RESPONSE WITH AN 'X.'

    \_\_\_\_ 1.   under 18   TERMINATE.

    \_\_\_\_ 2.   18 to 34

    \_\_\_\_ 3.   35 to 54     CHECK SCREENING QUOTA. CONTINUE.

    _X_ 4.   55 or over

    \_\_\_\_ 5.   refused   DO NOT READ. TERMINATE.

2.0   Within the past six months, have you purchased any of the following hair care products?
READ LIST. RECORD RESPONSES WITH AN 'X.'

|  | Yes | No | Don't Recall |
|---|---|---|---|
| shampoo? | _X_ 1. | \_\_\_\_ 2. | \_\_\_\_ 3. |
| conditioner? | _X_ 1. | \_\_\_\_ 2. | \_\_\_\_ 3. |
| hair spray, styling gel, mousse, pomade, or style creme? | \_\_\_\_ 1. | _X_ 2. | \_\_\_\_ 3. |
| straightening balm? | \_\_\_\_ 1. | _X_ 2. | \_\_\_\_ 3. |
| curl-enhancing spray? | \_\_\_\_ 1. | _X_ 2. | \_\_\_\_ 3. |
| shine serum? | \_\_\_\_ 1. | _X_ 2. | \_\_\_\_ 3. |

    CONTINUE.

within the next six months, are you likely to purchase any of the following hair care products?
READ LIST.  RECORD RESPONSES WITH AN 'X.'

|  | Yes | No | Don't Know |
|---|---|---|---|
| - shampoo? | X 1. | ___ 2. | ___ 3. |
| - conditioner? | X 1. | ___ 2. | ___ 3. |
| - hair spray, styling gel, mousse, pomade, or style creme? | ___ 1. | X 2. | ___ 3. |
| - straightening balm? | ___ 1. | X 2. | ___ 3. |
| - curl-enhancing spray? | ___ 1. | X 2. | ___ 3. |
| - shine serum? | ___ 1. | X 2. | ___ 3. |

IF 'YES,' TO ANY, CONTINUE;
OTHERWISE, TERMINATE.

3.0 Do you, or does anyone else in your home, work for...
READ LIST.  RECORD RESPONSES WITH AN 'X.'

|  | Yes | No |
|---|---|---|
| - an advertising agency or marketing research firm? | ___ 1. | X 2. |
| - a retail store or company that makes, sells, or distributes any hair care product? | ___ 1. | X 2. |

IF 'YES' TO EITHER, TERMINATE.
IF 'NO' TO BOTH, CONTINUE.

4.0 Other than a political poll, during the past three months, have you participated in any marketing research surveys, including online surveys?
RECORD RESPONSE WITH AN 'X.'

___ 1.  yes  TERMINATE.

X 2.  no/don't recall  CONTINUE.

4.1 During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?
RECORD RESPONSE WITH AN 'X.'

___ 1.  yes  TERMINATE.

X 2.  no  CONTINUE.

5.0 Do you usually wear contact lenses or eyeglasses when you are shopping?
RECORD RESPONSE WITH AN 'X.'

X 1.  yes  CONTINUE.

___ 2.  no  GO TO --> INVITATION TO INTERVIEW.

Do you have them with you at this time?
RECORD RESPONSE WITH AN 'X.'

   ✗  1. yes  CONTINUE.

      2. no  TERMINATE.

5.2 Will you please wear them during the rest of the interview?
RECORD RESPONSE WITH AN 'X.'

   ✗  1. yes, agreed  CONTINUE.

      2. no, refused  TERMINATE.

INVITATION TO INTERVIEW:

We would like to show you a survey exhibit and ask the remainder of our questions in our interviewing facility here at the mall. This will take only a few minutes of your time. Would you come with me, please?
RECORD RESPONSE WITH AN 'X.'

   ✗  1. yes, agreed  CONTINUE.

      2. no, refused  TERMINATE.