# EXHIBIT 14 TO

# STATEMENT OF FACTS

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| SEXY HAIR CONCEPTS LLC, ) | |
| ) | |
| Opposer, ) | COPY |
| ) | |
| vs. ) | Opposition No. 125, 739 |
| ) | (SO SEXY) |
| V SECRET CATALOGUE, INC., ) | |
| ) | |
| Applicant. ) | |
| ) | |

DEPOSITION OF MARK STILLER

Chatsworth, California

Tuesday, September 28, 2004

Reported by:

MEGAN M. GROSSMAN

CSR No. 12586

Philadelphia Job No. 152101

Los Angeles Job No. 903365

```
 1         IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
 2            BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD
 3
 4   SEXY HAIR CONCEPTS LLC,         )
                                     )
 5              Opposer,             )
                                     )
 6         vs.                       )   Opposition No. 125, 739
                                     )   (SO SEXY)
 7   V SECRET CATALOGUE, INC.,       )
                                     )
 8              Applicant.           )
                                     )
 9
10
11
12
13
14
15           Deposition of Mark Stiller, taken
16   on behalf of Opposition, at 9232 Eton Avenue,
17   Chatsworth, California, beginning at 10:01 a.m.
18   and ending at 3:46 p.m. on Tuesday, September 28,
19   2004, before MEGAN M. GROSSMAN, Certified
20   Shorthand Reporter No. 12586.
21
22
23
24
25
```

```
 1   APPEARANCES:
 2
 3   For Opposition:
 4   BALLARD SPAHR ANDREWS & INGERSOLL, LLP
     By:  Roberta Jacobs-Meadway, Esq.
 5   1735 Market Street
     51st Floor
 6   Philadelphia, PA 19103-7599
     (215) 864-8201
 7
 8
 9   For Defendant:
10   COLUCCI & UMANS
     By:  Frank J. Colucci, Esq.
11   101 East 52nd Street
     New York, NY  10022
12   (212) 935-5700
13
14
     Also Present:
15
     Donna Federici (Joined proceedings at 1:42 p.m.)
16
17
18
19
20
21
22
23
24
25
```

```
 1              (Opposer's Exhibit Number 9 was marked for
 2         identification by the shorthand reporter.)
 3   BY MS. JACOBS-MEADWAY:
 4        Q    Mr. Stiller?
 5        A    Yes.
 6        Q    How often does Sexy Hair Concepts issue
 7   promotion sheets of this sort?
 8        A    We used to be monthly.  I believe this year we
 9   do a bimonthly promotion sheet.  We would also have
10   different sheets for the chains versus the regular
11   distributors.
12        Q    In addition to the promotional sheets, are there
13   other advertising media that Sexy Hair Concepts uses?
14        A    I believe we discussed before the various
15   promotional media that we use.  Just to run through it
16   again, we advertise in trade magazines and consumer
17   magazines.
18             There are some billboard advertising that we
19   have done recently.  We do co-op advertising with our
20   distributors.  We have our websites.  We promote at trade
21   shows.
22             We use all the various p.o.p.'s that we
23   discussed previously.  We have our educators and our
24   sales people that are promoting the product.  We also
25   would do appearances -- someone like Michael O'Rourke
```

```
 1   would do appearances on TV shows.  We also would have
 2   product placement on certain movies.
 3           That's what comes to mind at the time.  I might
 4   have left some out.  And, again, Donna might have a more
 5   complete list.
 6       Q   With respect to the professional magazines, can
 7   you identify some of those professional magazines that
 8   you advertise in?
 9       A   Yes.  Modern Salon, American Salon, Canadian
10   Hairdresser.  Those are the ones we do regularly.  And
11   then there are a whole lot of others that we do from time
12   to time.
13       Q   With respect to the personal appearances, have
14   you ever seen any of the personal appearances made by
15   Mr. O'Rourke on television programming?
16       A   Yes, I have.
17       Q   Can you name some of the shows?
18       A   He has done -- typically, when Michael goes to
19   do a show around the country, our PR agency would
20   typically try to get him onto the morning TV shows where
21   they will interview him and he might cut the hair of the
22   anchor or someone at the show.
23           He has been on -- is it called "The Other Half"?
24   I am trying to remember the name of that show.  I know he
25   appeared two or three times on that TV show.  And the
```

1   name escapes me right now.
2           Again, Donna can give you the complete list
3   because that's what she does.
4       Q   In the course of these appearances, is there any
5   reference made to the Sexy Hair mark?
6       A   Absolutely.
7       Q   With respect to product placement, are you
8   familiar in connection with which television programs or
9   movies Sexy Hair brand products have been placed?
10      A   Again, Donna can give you the list.  I can give
11  you some that I recall, but if you want a more complete
12  list, Donna is the right person to ask that question.
13      Q   Which are the ones that you recall?
14      A   The Tonight Show with Jay Leno.  Let me try and
15  get this right.  "Queer Eye For the Straight Guy."  I
16  believe it's something like that.  There have been a few
17  other movies, but I can't recall the name right now.
18      Q   Who is responsible at Sexy Hair Concepts for
19  having products placed on a program like "Queer Eye for
20  the Straight Guy"?
21      A   Typically, that goes through our PR company,
22  M. Craig & Associates.  Donna has an assistant who
23  handles PR internally.
24      Q   What is the purpose of having a product placed
25  on a program like "Queer Eye for the Straight Guy"?

```
 1   into both the retail and professional channels?
 2        A    Yes, there are.
 3        Q    Can you name some of those companies?
 4        A    L'Oreal, for example, would have a professional
 5   line and a retail line.  Wella will have a professional
 6   line and retail line.
 7             But then you also get a number of the more
 8   popular brands that have the same diversion issues we do
 9   where you find them in the mass market as well as the
10   professional.
11        Q    In relationship to competitors such as L'Oreal
12   and Wella, where do the Sexy Hair products fall in terms
13   of pricing?
14        A    Well, if we can distinguish between the
15   professional because you get the professional brands
16   versus the retail brands.  As far as the professional
17   brands go, we are about a mid-priced brand.
18             The professional, I am talking about our
19   competitors such as TG and Redkin and Sebastian.  Those
20   types of companies.
21        Q    Do you take any steps to monitor the activities
22   of your competitors such as TG, Sebastian and Redkin?
23        A    We are not a very big industry, so we have a
24   fairly good feel of what is going on in the market place.
25   Plus, we often have the same distributor.
```

Esquire Deposition Services

```
 1      Q    Are you aware of any companies other than
 2  Victoria's Secret who are using "Sexy" as a brand or
 3  component of a brand name in connection with any hair
 4  care products?
 5      A    I am not aware of any that are actually using
 6  it.  I know there are some applications for use that have
 7  come to my attention, but I am not aware of any that are
 8  out there in the market place.
 9      Q    In connection with the applications that have
10  come to your attention, has Sexy Hair Concepts taken any
11  steps to police and protect the Sexy Hair brand in the
12  market place or the trademark office?
13      A    Absolutely.
14      Q    Who decides if action should be taken?
15      A    It's usually between me and our attorney.  You
16  in this case.
17      Q    I would like to show you a number of files and
18  ask if these are representative of some of the policing
19  efforts that have been undertaken in connection with the
20  Sexy Hair brand.
21           I show you a set of documents that have been
22  produced under Production Numbers SHC 1226 through 1225.
23           MR. COLUCCI:  1226 to where?
24           MS. JACOBS-MEADWAY:  Sorry.  These are in
25  chronological order rather than production order.  So I
```

```
 1  will read off the numbers.
 2          So the record is clear, these relate to a
 3  trademark application of Performance Brands, Inc., and
 4  the Production Numbers are 1226 through 1227, 1224
 5  through 1225, 1156 to 1175, 1194 through 1212, 1176
 6  through 1193, 1154 to 1155, 1149 through 1153, 1151 and
 7  1152, 1142 through 1148, 1129 through 1106.
 8          MR. COLUCCI:  Say that again, please?  1129
 9  to --
10          MS. JACOBS-MEADWAY:  Actually, it continues
11  through --
12          MR. COLUCCI:  1141; right?
13          MS. JACOBS-MEADWAY:  1128 and 93 through 96.
14          MR. COLUCCI:  Off the record.
15                  (Off the record.)
16  BY MS. JACOBS-MEADWAY:
17      Q   Mr. Stiller, do you recall an opposition to
18  registration of "Sexy Bath and Body" by Performance
19  Brands, Inc.?
20      A   Yes, I do.
21      Q   Directing your attention to the page which bears
22  Production Number SHC 1141.
23      A   Yes.
24      Q   Did Ecoly International secure an assignment of
25  the "Sexy Bath and Body" marked from Performance Brands
```