# EXHIBIT 16 TO

# STATEMENT OF FACTS

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

------------------------------------------------------

SEXY HAIR CONCEPTS, LLC,

      Opposer,

    v.

V SECRET CATALOGUE, INC.,

      Applicant.

------------------------------------------------------

: Opposition No.

: 125,739

## INDEX TO EXHIBITS AND TRIAL TESTIMONY OF KATHI VAN ZANDT

I.    Deposition Testimony Transcript of Kathi Van Zandt ("Van Zandt")

Applicant's Examination of Van Zandt:    Page 4

Opposer's Cross Examination of Van Zandt: Page 28

Applicant's Reexamination of Van Zandt: Page 48

II.    Exhibits Offered at the Deposition of Van Zandt

Applicant's Exhibit V:    "Applicant's Notice of Taking of Testimony (Kathi Van Zandt)" (p. 62), Introduced on p. 4

Applicant's Exhibit W:    "Applicant's Amended Notice of Taking of Testimony (Kathi Van Zandt)" (p. 66), Introduced on p. 4

Applicant's Exhibit X:    CCH Corsearch Comprehensive Search for "SO SEXY" (p. 71), Introduced on p. 13

Applicant's Exhibit Y:    Applicant's "SO SEXY" Postioning Statement (p. 161), Introduced on p. 16

Applicant's Exhibit Z:    Applicant's "SO SEXY" Product Description (p. 163), Introduced on p. 17

Applicant's Exhibit AA:    Applicant's "SO SEXY" Product Sample (p. 165), Introduced on p. 20

Applicant's Exhibit BB:    Applicant's "SO SEXY" Product Signage (p. 168), Introduced on p. 23

Applicant's Exhibit CC:     Applicant's "SO SEXY" In Store Instructions (p. 182), Introduced on p. 24, Confidential – Filed Under Seal

Applicant's Exhibit DD:     Applicant's "SO SEXY" Product Mailer (p. 185), Introduced on p. 26

FEBRUARY 10, 2005



Van Zandt 167

