# EXHIBIT 17 TO

# STATEMENT OF FACTS

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

---

SEXY HAIR CONCEPTS, LLC,

    Opposer,

v.

V SECRET CATALOGUE, INC.,

    Applicant.

---

Opposition No.

125,739

## INDEX TO EXHIBITS AND TRIAL TESTIMONY OF SHERRY HELENE BAKER

I.    <u>Deposition Testimony Transcript of Sherry Helene Baker ("Baker")</u>

Applicant's Examination of Baker: Page 4

Opposer's Cross Examination of Baker: Page 31

II.    <u>Exhibits Offered at the Deposition of Baker</u>

| | |
|---|---|
| Applicant's Exhibit EE: | "Applicant's Notice of Taking of Testimony (Sherry Helene Baker)" (p. 66), Introduced on p. 4 |
| Applicant's Exhibit FF: | "Applicant's Amended Notice of Taking of Testimony (Sherry Helene Baker)" (p. 70), Introduced on p. 4 |
| Applicant's Exhibit GG: | Applicant's SO SEXY HAIR Television Media Campaign (with attached CD Rom) (p. 75), Introduced on p. 30 |
| Applicant's Exhibit HH: | Photograph of Applicant's VICTORIA'S SECRET SO SEXY hair product (p. 77), Introduced on p. 31 |
| Opposer's Exhibit 66: | Competitive Hair Care Product Summary (p.80) Introduced on p. 42 |
| Opposer's Exhibit 67: | Women's Wear Daily Article entitled "Victoria's New Secret: Hair Care", dated April 16, 2004 (p. 187), Introduced on p. 52 |

[signature]
FEBRUARY 10, 2005

Baker 77

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| SEXY HAIR CONCEPTS, LLC, | |
| Opposer, | Opposition No. |
| v. | 125,739 |
| V SECRET CATALOGUE, INC., | |
| Applicant. | |

## APPLICANT'S EXHIBIT HH

Photograph of Applicant's
VICTORIA'S SECRET SO SEXY hair product




