IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Victoria's Secret Brand Management, Inc.  :
:
        Plaintiff/Appellant,  :
:
:  Case No.: 07-cv-5804 (GEL)
:
v.  :
:
Sexy Hair Concepts, LLC  :
:
        Defendant/Appellee.  :
:
:

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, copies of the documents listed below were served upon Frank J. Colucci, Esquire of COLUCCI & UMANS, 218 East 50th Street, New York, NY 10022, counsel for Plaintiff/Appellant, by Federal Express next day delivery:

- Reply Brief in Response to Plaintiff/Appellant's Opposition to Defendant/Appellee's Motion for Summary Judgment
- Reply and Response to Plaintiff/Appellant's Response and Additional Rule 56.1 Statement of Facts
- Reply Brief in Response to Opposition to Motion in Limine of Defendant/Appellee Sexy Hair Concepts to Preclude the Testimony of Edward Finegan, Ph.D.
- Reply Brief in Response to Opposition to Motion in Limine of Defendant/Appellee Sexy Hair Concepts to Preclude the Testimony of Paul Labrecque
- Reply Brief in Response to Opposition to Motion in Limine of Defendant/Appellee Sexy Hair Concepts to Preclude the Testimony of Dr. Gerald L. Ford
- Reply Brief in Response to Opposition to Motion in Limine of Defendant/Appellee Sexy Hair Concepts to Preclude the Testimony of Dr. Michael B. Mazis

{M0652330.1}

- Response to Plainitff/Appellant's Motion and Memorandum to Strike the Declaration of John F. Metzger
- Supplemental Declaration of John F. Metzger in Support of Motion for Summary Judgment

June 6, 2008
Date

*[signature: John F. Metzger]*

{M0652330.1}