# EXHIBIT A TO

# SUPPLEMENTAL METZGER

# DECLARATION

{M0652330.1}

# PAUL LABRECQUE

SHOPPING BAG | MY ACCOUNT | SIGN IN | CHECKOUT

Shop By Brand   Search:

▸ SHOP   ▸ 30% SALE   ▸ SERVICES   ▸ PL HAIR CARE   ▸ SERVICE MENU   ▸ HOURS & LOCATIONS   888.757.2566

**Shop By Category**
- Hair Care
  - Paul Labrecque
    - Daily - for all hair types
    - Color - for bleached or processed hair
    - Curly - for unruly hair
    - Straight - for rebellious hair
    - Volume - for limp, fine or weak hair
    - Repair - for dry or damaged hair
    - Bath & Body
    - Brushes
    - pro
  - Kérastase
  - Phyto
  - Biologique Recherche
  - Créde
  - Uans
  - Philip B
  - Magic Move
  - Tools
  - Isle of Dogs
- Skin Care
- Makeup
- Bath & Body
- Candles & Scents
- Jewelry & Accessories
- Men's
- 30% Sale
- Gifts
- New Additions
- Best Sellers
- **Services**
- Salon
- Spa
- PL Haircare
- PL in Print
- Gift Cards
- Store Info



## LUXURY HAIR CARE
### by Paul Labrecque

Prescription care for every hair type:

DAILY ▸   COLOR ▸   VOLUME ▸
STRAIGHT ▸   CURLY ▸   REPAIR ▸

----Home > Shop By Category > Hair Care > Paul Labrecque > **Straight - for rebellious hair**

# STRAIGHT COLLECTION

Protects and smoothes for frizz-free sleek hair.
**Buy all 4 Products! SAVE 10%**



**BUY NOW**
**SAVE 10%** ▸



**Paul Labrecque**
Straight Shampoo (8.0 oz)
$ 25.00



**Paul Labrecque**
Straight Condition (8.0 oz)
$ 30.00



**Paul Labrecque**
Straight Style (5.1 oz)
$ 26.00



**Paul Labrecque**
Straight Finish (5.1 oz)
$ 18.00



Straight Hair Care Collection - 4 Piece Set
$ 89.00

Paul Labrecque in Print  |  Ask The Expert  |  About Paul Labrecque  |  Service Menu
Press Releases | Privacy & Security | Contact Us | Return Policy | Order Status | Gift card | PARTNER LOGIN

© 2007 Paul Labrecque Salon & Spa , All rights reserved.



# PAUL LABRECQUE

SHOPPING BAG | MY ACCOUNT | SIGN IN | CHECKOUT

Shop By Brand     Search:

▸ SHOP ▸ SERVICES ▸ PL HAIR CARE ▸ SERVICE MENU ▸ HOURS & LOCATIONS     888.757.2566

**Shop By Category**
- Hair Care
  - Paul Labrecque
    - Daily - for all hair types
    - Color - for bleached or processed hair
    - Curly - for unruly hair
    - Straight - for rebellious hair
    - Volume - for limp, fine or weak hair
    - Repair - for dry or damaged hair
    - Bath & Body
    - Brushes
    - pro
  - Kérastase
  - Phyto
  - Biologique Recherche
  - Créde
  - Uans
  - Philip B
  - Magic Move
  - Tools
  - Isle of Dogs
- Skin Care
- Makeup
- Bath & Body
- Candles & Scents
- Jewelry & Accessories
- Men's
- 30% Sale
- Gifts
- New Additions
- Best Sellers

**Services**
**Salon**
**Spa**
**PL Haircare**
**PL in Print**
**Gift Cards**
**Store Info**



## LUXURY HAIR CARE
by Paul Labrecque

Prescription care for every hair type:

DAILY ▸    COLOR ▸    VOLUME ▸
STRAIGHT ▸    CURLY ▸    REPAIR ▸

----Home > Shop By Category > Hair Care > Paul Labrecque > **Repair - for dry or damaged hair**

## REPAIR COLLECTION

Rebuild strength, renew luster, replenish moisture.

**Buy all 4 Products! SAVE 10%**



**BUY NOW SAVE 10%** ▸



Paul Labrecque
Repair Shampoo (8.0 oz)
$ 26.00



Paul Labrecque
Repair Condition (5 x 1.0 oz)
$ 55.00



Paul Labrecque
Repair Style (3.9 oz)
$ 22.00



Paul Labrecque
Repair Finish (1.7 oz)
$ 22.00



Repair Hair Care Collection - 4 Piece Set
$ 112.00

Paul Labrecque in Print | Ask The Expert | About Paul Labrecque | Service Menu
Press Releases | Privacy & Security | Contact Us | Return Policy | Order Status | Gift card | PARTNER LOGIN

© 2007 Paul Labrecque Salon & Spa, All rights reserved.