# EXHIBIT B TO

# METZGER DECLARATION

# IN FURTHER SUPPORT OF SJ MOTION

{M0652330.1}

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-06-05 10:55:00 ET

Serial Number: 75634213    Assignment Information        Trademark Document Retrieval

Registration Number: 2403396

Mark (words only): SEXY HAIR

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2006-06-28

Filing Date: 1999-02-05

Transformed into a National Application: No

Registration Date: 2000-11-14

Register: Principal

Law Office Assigned: LAW OFFICE 104

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2006-08-03

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. SEXY HAIR CONCEPTS, LLC

Address:
SEXY HAIR CONCEPTS, LLC
9232 ETON AVENUE
CHATSWORTH, CA 91311
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: California

---

### GOODS AND/OR SERVICES

International Class: 003
Class Status: Active

Hair care products for men, women and children, namely hair shampoos, hair conditioners, hair lotions, hair cremes, hair gels, hair sprays, hair color, hair dyes, hair rinses, hair mousse
**Basis:** 1(a)
**First Use Date:** 1998-06-15
**First Use in Commerce Date:** 1998-12-21

## ADDITIONAL INFORMATION

**Disclaimer:** "HAIR"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-06-04 - Notice Of Suit

2008-05-14 - Assignment Of Ownership Not Updated Automatically

2008-04-23 - Assignment Of Ownership Not Updated Automatically

2008-03-06 - TEAS Change Of Correspondence Received

2008-03-06 - TEAS Change Of Correspondence Received

2006-08-03 - Case File In TICRS

2006-06-28 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-06-12 - Assigned To Paralegal

2006-03-24 - Section 8 (6-year) and Section 15 Filed

2006-03-24 - TEAS Section 8 & 15 Received

2000-11-14 - Registered - Principal Register

2000-08-22 - Published for opposition

2000-07-21 - Notice of publication

2000-06-03 - Approved for Pub - Principal Register (Initial exam)

1999-12-14 - Letter of suspension mailed

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75634213                6/5/2008

1999-10-18 - Communication received from applicant

1999-08-17 - Non-final action mailed

1999-08-04 - Assigned To Examiner

1999-07-30 - Assigned To Examiner

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Roberta Jacobs-Meadway

**Correspondent**
ROBERTA JACOBS-MEADWAY
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia PA 19102
Phone Number: 215-851-8522
Fax Number: 215-851-8383