# EXHIBIT C TO

# METZGER DECLARATION

# IN FURTHER SUPPORT OF SJ MOTION

{M0652330.1}

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-06-06 12:29:01 ET

Serial Number: 78942914 Assignment Information        Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark

# SEXY

(words only): SEXY

Standard Character claim: Yes

Current Status: An opposition is now pending at the Trademark Trial and Appeal Board.

Date of Status: 2007-07-11

Filing Date: 2006-08-02

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 113

Attorney Assigned:
FRYE KIMBERLY

Current Location: 650 -Publication And Issue Section

Date In Location: 2007-02-06

---
### LAST APPLICANT(S)/OWNER(S) OF RECORD
---

1. Sexy Hair Concepts, LLC

Address:
Sexy Hair Concepts, LLC
9232 Eton Avenue

Chatsworth, CA 91311
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
hair care products, namely hair shampoos, hair colors, hair conditioners, hair mousses, hair sprays, hair gels, hair gel foams, hair crèmes, hair waxes, hair detanglers, hair balms, hair glosses, hair pomades, dry silicon serum sprays for hair and hair tonics
**Basis:** 1(a)
**First Use Date:** 1998-06-15
**First Use in Commerce Date:** 1998-12-21

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2403396
2486702
2757856

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-04-23 - Assignment Of Ownership Not Updated Automatically

2008-03-06 - TEAS Change Of Correspondence Received

2007-07-11 - Opposition instituted for Proceeding

2007-04-09 - Extension Of Time To Oppose Received

2007-03-13 - Published for opposition

2007-02-21 - Notice of publication

2007-01-31 - Law Office Publication Review Completed

2007-01-31 - Assigned To LIE

2006-12-28 - Approved for Pub - Principal Register (Initial exam)

2006-12-28 - Assigned To Examiner

2006-08-08 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Roberta Jacobs-Meadway

**Correspondent**
Roberta Jacobs-Meadway
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia PA 19102
Phone Number: 215-851-8522
Fax Number: 215-851-8383