IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Victoria's Secret Brand Management, Inc.          :
                                                  :
              Plaintiff/Appellant,                :
                                                  :
                                                  :
                                                  :   Case No.:  07-cv-5804 (GEL)
                                                  :
          v.                                      :
                                                  :
Sexy Hair Concepts, LLC                           :
                                                  :
              Defendant/Appellee.                 :
                                                  :
                                                  :

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below , copies of the documents listed

below were served upon Frank J. Colucci, Esquire of COLUCCI & UMANS, 218 East 50th

Street, New York, NY 10022, counsel for Plaintiff/Appellant, by Federal Express next day

delivery:

- Reply Brief in Response to Plaintiff/Appellant's Opposition to Defendant/Appellee's Motion for Summary Judgment
- Reply and Response to Plaintiff/Appellant's Response and Additional Rule 56.1 Statement of Facts
- Reply Brief in Response to Opposition to Motion in Limine of Defendant/Appellee Sexy Hair Concepts to Preclude the Testimony of Edward Finegan, Ph.D.
- Reply Brief in Response to Opposition to Motion in Limine of Defendant/Appellee Sexy Hair Concepts to Preclude the Testimony of Paul Labrecque
- Reply Brief in Response to Opposition to Motion in Limine of Defendant/Appellee Sexy Hair Concepts to Preclude the Testimony of Dr. Gerald L. Ford
- Reply Brief in Response to Opposition to Motion in Limine of Defendant/Appellee Sexy Hair Concepts to Preclude the Testimony of Dr. Michael B. Mazis

- Response to Plainitff/Appellant's Motion and Memorandum to Strike the Declaration of John F. Metzger
- Supplemental Declaration of John F. Metzger in Support of Motion for Summary Judgment

June 6  2008
Date