# EXHIBIT A TO

# SUPPLEMENTAL METZGER

# DECLARATION

{M0652330.1}

# PAUL LABRECQUE

SHOPPING BAG | MY ACCOUNT | SIGN IN | CHECKOUT

Shop By Brand    Search:

> SHOP  > 30% SALE  > SERVICES  > PL HAIR CARE  > SERVICE MENU  > HOURS & LOCATIONS    888.757.2566

**Shop By Category**
- Hair Care
  - Paul Labrecque
    - Daily - for all hair types
    - Color - for bleached or processed hair
    - Curly - for unruly hair
    - Straight - for rebellious hair
    - Volume - for limp, fine or weak hair
    - Repair - for dry or damaged hair
    - Bath & Body
    - Brushes
    - pro
  - Kérastase
  - Phyto
  - Biologique Recherche
  - Créde
  - Uans
  - Philip B
  - Magic Move
  - Tools
  - Isle of Dogs
- Skin Care
- Makeup
- Bath & Body
- Candles & Scents
- Jewelry & Accessories
- Men's
- **30% Sale**
- Gifts
- New Additions
- Best Sellers
- **Services**
- Salon
- Spa
- PL Haircare
- PL in Print
- **Gift Cards**
- **Store Info**



## LUXURY HAIR CARE
### by Paul Labrecque

Prescription care for every hair type:

DAILY ▸    COLOR ▸    VOLUME ▸
STRAIGHT ▸   CURLY ▸    REPAIR ▸

----Home > Shop By Category > Hair Care > Paul Labrecque > **Straight - for rebellious hair**

## STRAIGHT COLLECTION
Protects and smoothes for frizz-free sleek hair.
**Buy all 4 Products! SAVE 10%**



**BUY NOW SAVE 10%** ▸



**Paul Labrecque**
Straight Shampoo (8.0 oz)
$ 25.00



**Paul Labrecque**
Straight Condition (8.0 oz)
$ 30.00



**Paul Labrecque**
Straight Style (5.1 oz)
$ 26.00



**Paul Labrecque**
Straight Finish (5.1 oz)
$ 18.00



Straight Hair Care Collection - 4 Piece Set
$ 89.00

Paul Labrecque in Print | Ask The Expert | About Paul Labrecque | Service Menu
Press Releases | Privacy & Security | Contact Us | Return Policy | Order Status | Gift card | PARTNER LOGIN

© 2007 Paul Labrecque Salon & Spa , All rights reserved.







© 2007 Paul Labrecque Salon & Spa, All rights reserved.

# PAUL LABRECQUE

SHOPPING BAG | MY ACCOUNT | SIGN IN | CHECKOUT

Shop By Brand    Search:

▶ SHOP  ▶ SERVICES  ▶ PL HAIR CARE  ▶ SERVICE MENU  ▶ HOURS & LOCATIONS    888.757.2566

**Shop By Category**
- Hair Care
  - Paul Labrecque
    - Daily - for all hair types
    - Color - for bleached or processed hair
    - Curly - for unruly hair
    - Straight - for rebellious hair
    - Volume - for limp, fine or weak hair
    - Repair - for dry or damaged hair
    - Bath & Body
    - Brushes
    - pro
  - Kérastase
  - Phyto
  - Biologique Recherche
  - Créde
  - Uans
  - Philip B
  - Magic Move
  - Tools
  - Isle of Dogs
- Skin Care
- Makeup
- Bath & Body
- Candles & Scents
- Jewelry & Accessories
- Men's
- 30% Sale
- Gifts
- New Additions
- Best Sellers
- **Services**
- Salon
- Spa
- PL Haircare
- PL in Print
- Gift Cards
- Store Info



## LUXURY HAIR CARE
### by Paul Labrecque

Prescription care for every hair type:

DAILY ▶    COLOR ▶    VOLUME ▶
STRAIGHT ▶    CURLY ▶    REPAIR ▶

----Home > Shop By Category > Hair Care > Paul Labrecque > **Repair - for dry or damaged hair**

## REPAIR COLLECTION
Rebuild strength, renew luster, replenish moisture.
### Buy all 4 Products! SAVE 10%

**BUY NOW SAVE 10%** ▶



**Paul Labrecque**
Repair Shampoo (8.0 oz)
$ 26.00



**Paul Labrecque**
Repair Condition (5 x 1.0 oz)
$ 55.00



**Paul Labrecque**
Repair Style (3.9 oz)
$ 22.00



**Paul Labrecque**
Repair Finish (1.7 oz)
$ 22.00



Repair Hair Care Collection - 4 Piece Set
$ 112.00

Paul Labrecque in Print  |  Ask The Expert  |  About Paul Labrecque  |  Service Menu
Press Releases | Privacy & Security | Contact Us | Return Policy | Order Status | Gift card | PARTNER LOGIN

© 2007 Paul Labrecque Salon & Spa , All rights reserved.