UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------------------

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,   07 CIV 5804 (GEL)

                Plaintiff,

v.

SEXY HAIR CONCEPTS, LLC,

                Defendant.

------------------------------------------------------------------------X

## REVISED SCHEDULING ORDER

**THIS COURT** having set a briefing schedule with respect to defendant's pending motions in limine and for summary judgment, and plaintiff having made a motion for summary judgment on May 23, 2008, and upon the joint application by both parties for an enlargement of time with respect to plaintiff's motion for summary judgment:

**IT IS HEREBY ORDERED** that the briefing schedule order of May 9, 2008, is amended so that defendant may file an opposition to plaintiff's motion for summary judgment on June 6, 2008, and plaintiff may file a reply to such opposition by June 13, 2008.

MICROFILMED JUN 1 0 2008 -12 00 PM

Dated: New York, New York  
      June __9__, 2008

**SO ORDERED**

*/s/ Gerald E. Lynch*

Gerald E. Lynch,
United States District Judge
United States District Court
For the Southern District of New York